Exh. "A"

## Kerner, Justin

| From: | Kerner, Justin |
|---|---|
| Sent: | Monday, May 15, 2017 12:53 PM |
| To: | 'Daniel@erlegal.com' |
| Cc: | Risk, Jayne Anderson |
| Subject: | Susman, et al. v. Goodyear Tire & Rubber Company |
| Attachments: | TSC170417182160 LTR.PDF |

Good afternoon Dan,

Please let us know whether you intend to move forward with the first action pending before Judge Slomsky, or whether you will voluntarily dismiss it. We request that you dismiss voluntarily. As we discussed, the subsistence certificate upon which your Remand Motion is premised was issued by the Pennsylvania Department of State in error. Please see the attached letter from the Department of State, recognizing that error.

Also, Judge Slomsky may schedule a status conference when (or if) briefing on your Remand Motion is complete.

Very truly yours,

**Justin Kerner**
Associate

**T** +1 215.656.2454
**F** +1 215.606.2045
**M** +1 610.551.5460
**E** justin.kerner@dlapiper.com



DLA Piper LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
United States
www.dlapiper.com


**pennsylvania**
DEPARTMENT OF STATE

May 12, 2017

IN RE:  GOODWEAR TIRE AND RUBBER COMPANY
        TSC170417182160-1

A Subsistence Certificate was issued by this office on April 17, 2017 under transaction number TSC170417182160-1 bearing the name GOODYEAR TIRE AND RUBBER COMPANY. This name was listed on the Certificate due to a typographical error in the Department of State's database. This error has since been corrected. The certificate should have listed the company name as GOODWEAR TIRE AND RUBBER COMPANY.

Exh. "B"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2017** |
| E-Filing Number: 1705002140 |
| **000306** |

| | |
|---|---|
| PLAINTIFF'S NAME<br>RYSTA L. SUSMAN | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY |
| PLAINTIFF'S ADDRESS<br>304 SHEPPARD AVENUE<br>HILDRETH NE 68947 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |
| PLAINTIFF'S NAME<br>RYSTA L. SUSMAN | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY, ALIAS:<br>GOODYEAR TIRE AND RUBBER COMPANY |
| PLAINTIFF'S ADDRESS<br>304 SHEPPARD AVENUE<br>HILBRETH NE 68947 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |
| PLAINTIFF'S NAME<br>JACOB SUMMERS | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY , ALIAS:<br>GOODYEAR TIRE AND RUBBER COMPANY |
| PLAINTIFF'S ADDRESS<br>823 S. MAIN<br>WILBER NE 68465 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |

| TOTAL NUMBER OF PLAINTIFFS<br>3 | TOTAL NUMBER OF DEFENDANTS<br>9 | COMMENCEMENT OF ACTION |
|---|---|---|
| | | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br>MAY **01** 2017<br>**M. BRYANT** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES          NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYSTA L SUSMAN , RYSTA L SUSMAN , JACOB SUMMERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DANIEL J. SHERRY | ADDRESS<br>EISENBERG ROTHWEILER WINKLER<br>EISENBERG & JECK PC |
|---|---|
| PHONE NUMBER<br>(215) 546-6636 | FAX NUMBER<br>(215) 546-0118 | 1634 SPRUCE STREET<br>PHILADELPHIA PA 19103 |
| SUPREME COURT IDENTIFICATION NO.<br>201515 | E-MAIL ADDRESS<br>daniel@erlegal.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>DANIEL SHERRY | DATE SUBMITTED<br>Monday, May 01, 2017, 02:51 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
2. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
3. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
4. GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
5. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
6. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
7. GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
8. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316
9. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY: DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636

ATTORNEY FOR PLAINTIFFS

---

RYSTA LEONA SUSMAN, both
Individually and as Legal Guardian of
SHANE ALLEN LOVELAND
304 Sheppard Ave.
Hildreth, NE 68947
         and
JACOB SUMMERS
823 S. Main
Wilber, NE 68465

                           Plaintiffs

              v.

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
         and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
         and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
         and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
         and

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY


MAY TERM, 2017
NO.


**JURY TRIAL DEMANDED**

Case ID: 170500306

GOODWEAR TIRE & RUBBER COMPANY          :
d/b/a THE GOODYEAR TIRE & RUBBER        :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
       and                             :
GOODWEAR TIRE & RUBBER COMPANY          :
d/b/a GOODYEAR TIRE & RUBBER            :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
       and                             :
GOODYEAR TIRE & RUBBER COMPANY          :
200 Innovation Way                      :
Akron, Ohio 44316                       :
       and                             :
GOODYEAR TIRE & RUBBER COMPANY          :
d/b/a THE GOODYEAR TIRE & RUBBER        :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
       and                             :
GOODYEAR TIRE & RUBBER COMPANY          :
d/b/a GOODWEAR TIRE & RUBBER            :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
                            Defendants  :

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly issue the Writ of Summons in connection with the above-referenced matter.

**EISENBERG, ROTHWEILER, WINKLER,**
**EISENBERG & JECK, P.C.**


BY: **/s/ Daniel J. Sherry, Jr.**
          DANIEL J. SHERRY, JR., ESQUIRE
          Attorney for Plaintiff

DATED:  May 1, 2017

2

CP 97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

## CITY AND COUNTY OF PHILADELPHIA

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

vs.

THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, OH 44316, et al.

To[1]

See attached list for Defendants

COURT OF COMMON PLEAS



Susman Ftal Vs The Goodyear Tire & Rubber Co-WR&UM _ Term. 20 17

17050030600003

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*



By _____

Date _____ December 28, 2012

170500306
05/01/2017 02:51 pm
M. BRYANT

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 170500306

## LIST OF DEFENDANTS – WRIT OF SUMMONS

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
     and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a GOODWEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316

Case ID: 170500306

COURT OF COMMON PLEAS

May _____ Term, 20 17 ___, No. ___

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

vs.

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, OH 44316, et al.

SUMMONS

Case ID: 170500306

Exh. "C"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

MARCH 2017                    000489

E-Filing Number: 1703019160

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYSTA LEONA. SUSMAN | GOODYEAR TIRE & RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE HILDRETH NE 68947 | 200 INNOVATION WAY AKRON OH 44316 |

RECEIVED

MAR 13 2017

GOODYEAR LAW DEPARTMENT 622

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| SHANE ALLEN. LOVELAND | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE HILDRETH NE 68947 | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JACOB SUMMERS | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 823 SOUTH MAIN STREET WILBER NE 68465 | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 1 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal ☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☒ Jury ☐ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☒ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2P - PRODUCT LIABILITY |

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** MAR 08 2017 **M. BRYANT** | IS CASE SUBJECT TO COORDINATION ORDER? YES    NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYSTA LEONA SUSMAN , SHANE ALLEN LOVELAND , JACOB SUMMERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DANIEL J. SHERRY | EISENBERG ROTHWEILER WINKLER EISENBERG & JECK PC |

| PHONE NUMBER | FAX NUMBER | 1634 SPRUCE STREET |
|---|---|---|
| (215)546-6636 | (215)546-0118 | PHILADELPHIA PA 19103 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 201515 | daniel@erlegal.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DANIEL SHERRY | Wednesday, March 08, 2017, 11:34 am |

FINAL COPY (Approved by the Prothonotary Clerk)

Exh. "D"

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY: DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636

ATTORNEY FOR PLAINTIFFS

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

RYSTA LEONA SUSMAN, as Legal Guardian of :
SHANE ALLEN LOVELAND;
304 Sheppard Ave.
Hildreth, Nebraska 68947

and

JACOB SUMMERS
823 S. Main
Wilber, Nebraska 68465

                                Plaintiffs

                v.

GOODYEAR TIRE & RUBBER COMPANY
C/O CORPORATION SERVICE COMPANY
2595 Interstate Drive, Suite 103
Harrisburg, Pennsylvania 17110

and

THE GOODYEAR TIRE & RUBBER COMPANY :
200 Innovation Way
Akron, Ohio 44316

and

THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316

and

THE GOODYEAR TIRE & RUBBER

MAY TERM, 2017

NO. 0306

**JURY TRIAL DEMANDED**

Case ID: 170500306

COMPANY d/b/a GOODWEAR TIRE          :
AND RUBBER COMPANY                    :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODWEAR TIRE & RUBBER COMPANY       :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODWEAR TIRE & RUBBER COMPANY       :
d/b/a THE GOODYEAR TIRE & RUBBER     :
COMPANY                              :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODWEAR TIRE & RUBBER COMPANY       :
d/b/a GOODYEAR TIRE & RUBBER         :
COMPANY                              :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODYEAR TIRE & RUBBER COMPANY       :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODYEAR TIRE & RUBBER COMPANY       :
d/b/a THE GOODYEAR TIRE & RUBBER     :
COMPANY                              :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :
and                                  :
                                     :
GOODYEAR TIRE & RUBBER COMPANY       :
d/b/a GOODWEAR TIRE & RUBBER         :
COMPANY                              :
200 Innovation Way                   :
Akron, Ohio 44316                    :
                                     :

2

Defendants    :

:
_____

## Notice to Defend

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you buy the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si, usted quiere defenderse de estas demandas expuetas en las páginas siguientes, usted tiene veinte (20) días de plazo al partir de la fedcha de la demanda y la notificatioion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con tadas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE. | "LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTA. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO. SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO." |
| **LAWYER REFERRAL SERVICE**<br>**One Reading Center**<br>**1101 Market Street**<br>**Philadelphia, Pennsylvania 19107**<br>**(215) 238-6333** | **SERVICIO DE REFERENCIA LEGAL**<br>**One Reading Center**<br>**1101 Market Street**<br>**Filadelfia, Pennsylvania 19107**<br>**Teléfono (215) 238-6333** |

## COMPLAINT

Plaintiffs, Rysta Leona Susman, both Individually and as Personal Representative and

Legal Guardian of Shane Allen Loveland, and Jacob Summers, sues Defendants, Goodyear Tire

& Rubber Company, a Pennsylvania business corporation under the law of the Commonwealth

3

of Pennsylvania; Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company
d/b/a The Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a
Goodwear Tire and Rubber Company, Goodwear Tire and Rubber Company; Goodwear Tire
and Rubber Company d/b/a The Goodyear Tire and Rubber Company; Goodwear Tire and
Rubber Company d/b/a Goodyear Tire and Rubber Company; The Goodyear Tire and Rubber
Company; The Goodyear Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company;
and The Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company.

## I.
### THE PARTIES

1.      This is an action against Defendants, Goodyear Tire & Rubber Company, a
Pennsylvania business corporation under the law of the Commonwealth of Pennsylvania,
Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a The Goodyear
Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a Goodwear Tire and
Rubber Company, Goodwear Tire and Rubber Company; Goodwear Tire and Rubber Company
d/b/a The Goodyear Tire and Rubber Company; Goodwear Tire and Rubber Company d/b/a
Goodyear Tire and Rubber Company; The Goodyear Tire and Rubber Company; The Goodyear
Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company; and The Goodyear Tire
and Rubber Company d/b/a Goodwear Tire and Rubber Company in excess of fifty thousand
dollars ($50,000,00.00).  This action was initiated on May 31, 2017 via a Writ of Summons.

2.      At all times relevant hereto, Rysta Leona Susman was and is a resident of
Franklin County, Nebraska.  Rysta Leona Susman is the mother of Shane Allen Loveland and is
the Court Appointed Guardian, as reflected in the Caption.

4

3.     At all times relevant hereto, Shane Allen Loveland was a resident of Buffalo County, Nebraska at the time of the accident. He currently resides with his mother, Rysta Leona Susman.

4.     At all times relevant hereto, Jacob Summers was a resident of Saline County, Nebraska at the time of the accident.

5.     Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a The Goodyear Tire and Rubber Company; and Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company is a domestic Pennsylvania business entity, that is actively registered with the Pennsylvania Department of State as a domestic Pennsylvania business entity, that regularly engages in the business of designing and manufacturing automotive tires. Goodyear Tire & Rubber Company submitted themselves to the jurisdiction and venue of this Court by regularly conducting business in Philadelphia County, Pennsylvania for which they receive significant revenue.

6.     Goodwear Tire and Rubber Company; Goodwear Tire and Rubber Company d/b/a The Goodyear Tire and Rubber Company; and Goodwear Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company is a domestic Pennsylvania business entity, that is actively registered with the Pennsylvania Department of State as a domestic Pennsylvania business entity, that regularly engages in the business of designing and manufacturing automotive tires. Goodwear Tire & Rubber Company submitted themselves to the jurisdiction and venue of this Court by regularly conducting business in Philadelphia County, Pennsylvania for which they receive significant revenue.

5

7.     The Goodyear Tire and Rubber Company; The Goodyear Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company; and The Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company is a foreign business entity, that is actively registered with the Pennsylvania Department of State, that regularly engages in the business of designing and manufacturing automotive tires.   The Goodyear Tire & Rubber Company submitted themselves to the jurisdiction and venue of this Court by regularly conducting business in Philadelphia County, Pennsylvania for which they receive significant revenue.

8.     Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a The Goodyear Tire and Rubber Company; Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company, Goodwear Tire and Rubber Company; Goodwear Tire and Rubber Company d/b/a The Goodyear Tire and Rubber Company; Goodwear Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company; The Goodyear Tire and Rubber Company; The Goodyear Tire and Rubber Company d/b/a Goodyear Tire and Rubber Company; and The Goodyear Tire and Rubber Company d/b/a Goodwear Tire and Rubber Company are all ostensible agents of each other and/or were involved in a joint venture.

9.     At all times material to the incident, and all material times leading up thereto, Goodyear was acting through their agents, servants and/or employees engaged in their business and acting within the scope of their employment.

## II.
### FACTUAL BACKGROUND

9.     Plaintiffs hereby re-allege and incorporate by reference all preceding paragraphs as if set forth in full herein.

6

Case ID: 170500306

10.    On or about May 1, 2015, Shane Loveland and Jacob Summers were passengers in a 2003 Chevrolet Silverado SC1 pickup truck when the vehicle's right rear tire suffered a tread separation. As a result of the tread separation, the vehicle operator was unable to maintain a straight line of travel and the Chevrolet Silverado left the roadway, crossed into the median and caused a rollover. During the incident, Shane Loveland sustained significant brain injuries among other injuries. Jacob Summers suffered significant orthopedic injuries.

11.    At the time of this accident, the right rear tire on the vehicle was a Goodyear Wrangler HT, LT235/85R16 Load Range "E" bearing DOT MDORNJHV0244 (hereinafter also referred to as the "accident tire" or "subject tire"). The tread of the accident tire separated from the carcass, leading directly to the loss of control of the Chevrolet Silverado SC1. The design, manufacture, and marketing of the accident tire by the defendants, individually, as ostensible agents and acting in joint venture with each other, was defective and unreasonably dangerous both from a consumer expectation standard as well as from a risk-utility standard.

## COUNT I
## NEGLIGENCE AGAINST ALL DEFENDANTS

12.    Plaintiffs incorporate by reference all of the above Paragraphs as if set forth fully herein.

13.    At all relevant times, the defendants were in the business of designing, manufacturing and supplying tires for use on public roadways and held themselves out as having special expertise in that industry.

14.    The Plaintiffs were foreseeable users of the vehicle with the defective tire manufactured and distributed by the defendants. Defendants had a duty not to design, manufacture or market a defective product.

7

Case ID: 170500306

15.     The defective tire deviated from industry standards, was marketed without adequate testing and the probability that the tread would separate when used in the manner and for the purpose for which it was intended was known to defendants when the defective tire was manufactured and marketed.  Accordingly, defendants breached their duty.

16.     The negligence of defendants, as described above, directly and proximately caused Plaintiffs' catastrophic injuries, in that it or they directly and in natural and continuous sequence produced, contributed substantially or enhanced Plaintiffs' injuries.

17.     The actions of defendants, as set forth above, constitute willful and wanton misconduct in disregard of the rights and safety of Plaintiffs, and warrant the imposition of punitive damages.

WHEREFORE, Plaintiffs demands judgment in their favor against defendants for damages in excess of $50,000.00, for compensatory damages, for punitive damages and for costs, and such other relief this Court deems just and for trial by jury on all issues so triable as a matter of right.

## COUNT II
## STRICT LIABILITY

18.     Plaintiffs incorporate by reference all of the above Paragraphs as if set forth fully herein.

19.     The subject tire was defectively designed, manufactured, and sold by the defendants pursuant to both a risk-utility standard as well as a consumer expectation standard.

20.     The subject tire was defectively marketed by the defendants.

21.     The subject tire was defective and unreasonably dangerous at the time it was designed, manufactured, marketed and distributed by the defendants.  The defective tire came

8

apart while still within its expected tread life-use.  The tire at issue failed during its useful tread

life as a result of a separation of the tread and upper belt from the lower belt and carcass as a

result of manufacturing and design defects, resulting in the subject accident.

22.   Aside from foreseeable wear and aging, the subject tire was in the same defective

condition at the time of the crash as it was when it left defendant's possession.  The tire at issue

was expected to and in fact reached its consumer market in the defective and unfit condition in

which the tire was originally sold.  The defective and unreasonably dangerous conditions of the

tire were a producing and proximate cause of the incident made the basis of this suit and

resulting damages.

23.   Technologically and economically feasible safer alternative designs existed that

would have remedied the defective condition of the subject tire and prevented or significantly

reduced the risk of injury without substantially impairing the utility of the product pursuant to a

risk-utility analysis.  These safer alternative designs were economically and technologically

feasible by the application of existing or reasonably achievable scientific knowledge.  The safer

alternative designs include, but are not limited to the following:

     (a)    **The use of proper belt edge rubber strips or wedges or insulation or wraps;**

     (b)    **The proper use of nylon or Kevlar belt reinforcements whether used in strips or caps or belts or full-belt-width plies;**

     (c)    **Proper rubber antidegradants including a proper antioxidant package;**

     (d)    **Proper innerliners with sufficient lapped splicing and sufficient rubber gauge and sufficient amounts of halobutyl rubber to guard against the permeation of air into the tire;**

     (e)    **Other tire aging and separation countermeasures.**

9

24. Further, the subject tire was defective and unreasonably dangerous because it contained manufacturing defects.

25. Further, the subject tire was defective and unreasonably dangerous because it lacked adequate warnings to consumers and users about the dangers associated with tire aging irrespective or wear and use, including detreads.

26. The aforementioned defects were each proximate causes of the tires failure and resulting injuries of Plaintiffs.

27. The actions of the defendants, separately and as ostensilble agents and acting in a joint venture with each other, as set forth above, constitute willful and wanton misconduct in disregard of the rights and safety of Plaintiffs, and warrant the imposition of punitive damages.

WHEREFORE, Plaintiffs demands judgment in their favor, against defendants for damages in excess of $50,000.00, for compensatory damages, for punitive damages and for costs, and such other relief this Court deems just and for trial by jury on all issues so triable as a matter of right.

## COUNT III
## BREACH OF WARRANTY

28. Plaintiffs incorporate by reference all of the above Paragraphs as if set forth fully herein.

29. At all relevant times the defendants were in the business of designing, manufacturing and supplying tires to the public.

30. The defendants committed a breach of the warranty of merchantability in that the defective tire was not fit for its ordinary use.

10

31.     The Plaintiffs were persons who would foreseeably be damaged by the breach of warranty of merchantability by the defendants.

32.     The breach of warranty of merchantability by the defendants resulted in injuries to Plaintiffs.

WHEREFORE, Plaintiff demands judgment in their favor, against the defendants for damages in excess of $50,000.00, for compensatory damages, for punitive damages and for costs, and such other relief this Court deems just and for trial by jury on all issues so triable as a matter of right.

Respectfully submitted,

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.

BY:_____
        DANIEL J. SHERRY, JR., ESQUIRE
        Attorney for Plaintiff

DATED: July 18, 2017

11

# VERIFICATION

Daniel J. Sherry, Jr., Esquire verifies that he is an associate of the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., attorneys for the Plaintiff in the foregoing matter, and that he is authorized to sign this Verification on behalf of said Plaintiff. He has reviewed the facts set forth in the foregoing Complaint and the facts set forth therein are true and correct to the best of his knowledge, information and belief. These statements are made subject to the penalties of 18 Pa. C.S. § 4904 relating to unsworn falsification to authorities.

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.

BY: _____

DANIEL J. SHERRY, JR., ESQUIRE
Attorney for Plaintiff

Date: **July 18, 2017**

12

Case ID: 170500306

Exh. "E"

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY: DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636



Filed and Attested by the
Office of Judicial Records
31 MAY 2017 11:59 am
D. COTTON

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| RYSTA LEONA SUSMAN, both<br>Individually and as Legal Guardian of<br>SHANE ALLEN LOVELAND<br>304 Sheppard Ave.<br>Hildreth, NE 68947<br>    and<br>JACOB SUMMERS<br>823 S. Main<br>Wilber, NE 68465 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2017<br>NO. 0306 |
|        Plaintiffs | |
| v. | |
| THE GOODYEAR TIRE & RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>    and<br>THE GOODYEAR TIRE & RUBBER<br>COMPANY d/b/a GOODYEAR TIRE AND<br>RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>    and<br>THE GOODYEAR TIRE & RUBBER<br>COMPANY d/b/a GOODWEAR TIRE<br>AND RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>    and<br>GOODWEAR TIRE & RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>    and | |

GOODWEAR TIRE & RUBBER COMPANY  :
d/b/a THE GOODYEAR TIRE & RUBBER  :

Case ID: 170500306

COMPANY                                          :
200 Innovation Way                               :
Akron, Ohio 44316                                :
    and                       :
GOODWEAR TIRE & RUBBER COMPANY                    :
d/b/a GOODYEAR TIRE & RUBBER                      :
COMPANY                                           :
200 Innovation Way                               :
Akron, Ohio 44316                                 :
    and                       :
GOODYEAR TIRE & RUBBER COMPANY                    :
200 Innovation Way                               :
Akron, Ohio 44316                                 :
    and                       :
GOODYEAR TIRE & RUBBER COMPANY                    :
d/b/a THE GOODYEAR TIRE & RUBBER                  :
COMPANY                                           :
200 Innovation Way                               :
Akron, Ohio 44316                                 :
    and                       :
GOODYEAR TIRE & RUBBER COMPANY                    :
d/b/a GOODWEAR TIRE & RUBBER                      :
COMPANY                                           :
200 Innovation Way                               :
Akron, Ohio 44316                                 :
                   Defendants   :

## PRAECIPE TO REISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly reissue the Summons in the above-captioned Civil Action for an additional thirty

days so that service can be made on the Defendants.

                     EISENBERG, ROTHWEILER,
                     WINKLER, EISENBERG & JECK, P.C.


          BY:    s/Daniel J. Sherry, Jr.
                 DANIEL J. SHERRY JR., ESQUIRE
                 Attorneys for Plaintiff

DATED:  5/31/17

Case ID: 170500306

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**MAY 2017**

E-Filing Number: 1705002140

**000306**

| PLAINTIFF'S NAME<br>RYSTA L. SUSMAN | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY |
|---|---|
| PLAINTIFF'S ADDRESS<br>304 SHEPPARD AVENUE<br>HILDRETH NE 68947 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |
| PLAINTIFF'S NAME<br>RYSTA L. SUSMAN | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY, ALIAS:<br>GOODYEAR TIRE AND RUBBER COMPANY |
| PLAINTIFF'S ADDRESS<br>304 SHEPPARD AVENUE<br>HILBRETH NE 68947 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |
| PLAINTIFF'S NAME<br>JACOB SUMMERS | DEFENDANT'S NAME<br>THE GOODYEAR TIRE & RUBBER COMPANY , ALIAS:<br>GOODYEAR TIRE AND RUBBER COMPANY |
| PLAINTIFF'S ADDRESS<br>823 S. MAIN<br>WILBER NE 68465 | DEFENDANT'S ADDRESS<br>200 INNOVATION WAY<br>AKRON OH 44316 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 9 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce  ☐ Settlement<br>☐ Minor Court Appeal  ☐ Minors<br>☐ Statutory Appeals  ☐ W/D/Survival |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED**<br>**PRO PROTHY**<br><br>MAY **01** 2017<br><br>**M. BRYANT** | IS CASE SUBJECT TO<br>COORDINATION ORDER?<br>YES      NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYSTA L SUSMAN , RYSTA L SUSMAN , JACOB SUMMERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>DANIEL J. SHERRY | ADDRESS<br>EISENBERG ROTHWEILER WINKLER<br>EISENBERG & JECK PC |
|---|---|
| PHONE NUMBER<br>(215) 546-6636 | FAX NUMBER<br>(215) 546-0118 | 1634 SPRUCE STREET<br>PHILADELPHIA PA 19103 |
| SUPREME COURT IDENTIFICATION NO.<br>201515 | E-MAIL ADDRESS<br>daniel@erlegal.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>DANIEL SHERRY | DATE SUBMITTED<br>Monday, May 01, 2017, 02:51 pm |

Case ID: 170500306

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

2. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

3. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

4. GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

5. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

6. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

7. GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

8. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

9. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

Case ID: 170500306

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY:  DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636

ATTORNEY FOR PLAINTIFFS

*Filed and Attested by the Office of Judicial Records 01 MAY 2017 02:51 pm M. BRYANT*

| | |
|---|---|
| RYSTA LEONA SUSMAN, both<br>Individually and as Legal Guardian of<br>SHANE ALLEN LOVELAND<br>304 Sheppard Ave.<br>Hildreth, NE 68947<br>and<br>JACOB SUMMERS<br>823 S. Main<br>Wilber, NE 68465 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2017<br>NO. |
|              Plaintiffs | **JURY TRIAL DEMANDED** |

v.

THE GOODYEAR TIRE & RUBBER COMPANY :
200 Innovation Way
Akron, Ohio 44316
       and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
       and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
       and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
       and

GOODWEAR TIRE & RUBBER COMPANY                     :
d/b/a THE GOODYEAR TIRE & RUBBER                   :
COMPANY                                            :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
     and                  :
GOODWEAR TIRE & RUBBER COMPANY                     :
d/b/a GOODYEAR TIRE & RUBBER                       :
COMPANY                                            :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
     and                  :
GOODYEAR TIRE & RUBBER COMPANY                     :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
     and                  :
GOODYEAR TIRE & RUBBER COMPANY                     :
d/b/a THE GOODYEAR TIRE & RUBBER                   :
COMPANY                                            :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
     and                  :
GOODYEAR TIRE & RUBBER COMPANY                     :
d/b/a GOODWEAR TIRE & RUBBER                       :
COMPANY                                            :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
                               Defendants   :

### PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

     Kindly issue the Writ of Summons in connection with the above-referenced matter.

                    **EISENBERG, ROTHWEILER, WINKLER,**
                    **EISENBERG & JECK, P.C.**

                    BY: **/s/ Daniel J. Sherry, Jr.**
                        DANIEL J. SHERRY, JR., ESQUIRE
                        Attorney for Plaintiff

DATED: May 1, 2017

Case ID: 170500306

CP.ST

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

*vs.*

THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, OH 44316, et al.

To (1)

See attached list for Defendants

COURT OF COMMON PLEAS



Susman Etal Vs The Goodyear Tire & Rubber Co-WRSUM _ Term, 20 17

17050030600003

You are notified that the Plaintiff (2)
*Usted esta avisado que el demandante* (2)

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*



By _____

Date   December 28, 2012

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 170500306

## LIST OF DEFENDANTS – WRIT OF SUMMONS

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
        and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a GOODWEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316

Case ID: 170500306

COURT OF COMMON PLEAS

May _____ Term, 20 17 ___ No. _____

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

vs.

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, OH 44316, et al.

SUMMONS

Case ID: 170500306

Exh. "F"

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY: DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636



Filed and Attested by the
Office of Judicial Records
29 JUN 2017 04:22 pm
C. KORTE

ATTORNEY FOR PLAINTIFFS

| | |
|---|---|
| RYSTA LEONA SUSMAN, both<br>Individually and as Legal Guardian of<br>SHANE ALLEN LOVELAND<br>304 Sheppard Ave.<br>Hildreth, NE 68947<br>and<br>JACOB SUMMERS<br>823 S. Main<br>Wilber, NE 68465 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2017<br>NO. 0306 |

:
:
:
:
:
:
:
:
:
:
:
                            Plaintiffs    :
                                          :
                                          :
                  v.                      :
                                          :
                                          :
THE GOODYEAR TIRE & RUBBER COMPANY :
200 Innovation Way                        :
Akron, Ohio 44316                         :
        and                               :
THE GOODYEAR TIRE & RUBBER                :
COMPANY d/b/a GOODYEAR TIRE AND           :
RUBBER COMPANY                            :
200 Innovation Way                        :
Akron, Ohio 44316                         :
        and                               :
THE GOODYEAR TIRE & RUBBER                :
COMPANY d/b/a GOODWEAR TIRE               :
AND RUBBER COMPANY                        :
200 Innovation Way                        :
Akron, Ohio 44316                         :
        and                               :
GOODWEAR TIRE & RUBBER COMPANY            :
200 Innovation Way                        :
Akron, Ohio 44316                         :
        and                               :

Case ID: 170500306

GOODWEAR TIRE & RUBBER COMPANY         :
d/b/a THE GOODYEAR TIRE & RUBBER       :
COMPANY                                :
200 Innovation Way                     :
Akron, Ohio 44316                      :
  and                        :
GOODWEAR TIRE & RUBBER COMPANY         :
d/b/a GOODYEAR TIRE & RUBBER           :
COMPANY                                :
200 Innovation Way                     :
Akron, Ohio 44316                      :
  and                        :
GOODYEAR TIRE & RUBBER COMPANY         :
200 Innovation Way                     :
Akron, Ohio 44316                      :
  and                        :
GOODYEAR TIRE & RUBBER COMPANY         :
d/b/a THE GOODYEAR TIRE & RUBBER       :
COMPANY                                :
200 Innovation Way                     :
Akron, Ohio 44316                      :
  and                        :
GOODYEAR TIRE & RUBBER COMPANY         :
d/b/a GOODWEAR TIRE & RUBBER           :
COMPANY                                :
200 Innovation Way                     :
Akron, Ohio 44316                      :
    Defendants     :

## PRAECIPE TO REISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

  Kindly reissue the Summons in the above-captioned Civil Action for an additional thirty

(30) days so that service can be made on the Defendants.

       EISENBERG, ROTHWEILER,
       WINKLER, EISENBERG & JECK, P.C.


      BY:  s/Daniel J. Sherry, Jr.
         DANIEL J. SHERRY JR., ESQUIRE
         Attorneys for Plaintiff

DATED: 6/29/17

Case ID: 170500306

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| MAY 2017 |
| F-Filing Number: 1705002140 |

**000306**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYSTA L. SUSMAN | THE GOODYEAR TIRE & RUBBER COMPANY |

Filed and Attested by the
Office of Judicial Records
29 JUN 2017 04:22 pm

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE HILDRETH NE 68947 | 200 INNOVATION WAY AKRON OH 44316 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYSTA L. SUSMAN | THE GOODYEAR TIRE & RUBBER COMPANY, ALIAS: GOODYEAR TIRE AND RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE HILDRETH NE 68947 | 200 INNOVATION WAY AKRON OH 44316 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JACOB SUMMERS | THE GOODYEAR TIRE & RUBBER COMPANY , ALIAS: GOODYEAR TIRE AND RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 823 S. MAIN WILBER NE 68465 | 200 INNOVATION WAY AKRON OH 44316 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 9 | ☐ Complaint    ☐ Petition Action    ☐ Notice of Appeal |
| | | ☒ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less | ☐ Arbitration | ☐ Mass Tort | ☐ Commerce | ☐ Settlement |
| ☒ More than $50,000.00 | ☒ Jury | ☐ Savings Action | ☐ Minor Court Appeal | ☐ Minors |
| | ☐ Non-Jury | ☐ Petition | ☐ Statutory Appeals | ☐ W/D/Survival |
| | ☐ Other: | | | |

CASE TYPE AND CODE

2V - MOTOR VEHICLE ACCIDENT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | MAY **01** 2017 | YES        NO |
| | M. BRYANT | |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYSTA  L. SUSMAN , RYSTA L SUSMAN , JACOB SUMMERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DANIEL J. SHERRY | EISENBERG ROTHWEILER WINKLER EISENBERG & JECK PC |
| PHONE NUMBER: (215)546-6636 | FAX NUMBER: (215)546-0118 | 1634 SPRUCE STREET PHILADELPHIA PA 19103 |
| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
| 201515 | daniel@erlegal.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
| DANIEL SHERRY | Monday, May 01, 2017, 02:51 pm |

Case ID: 170500306

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

2. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

3. THE GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE AND RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

4. GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

5. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

6. GOODWEAR TIRE & RUBBER COMPANY
   ALIAS: GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

7. GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

8. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

9. GOODYEAR TIRE & RUBBER COMPANY
   ALIAS: GOODWEAR TIRE & RUBBER COMPANY
   200 INNOVATION WAY
   AKRON OH 44316

Case ID: 170500306

EISENBERG, ROTHWEILER, WINKLER,
EISENBERG & JECK, P.C.
BY: DANIEL J. SHERRY, JR., ESQUIRE
ATTORNEY I.D. No. 201515
1634 Spruce Street
Philadelphia, PA 19103
215.546.6636

ATTORNEY FOR PLAINTIFFS

RYSTA LEONA SUSMAN, both                           :     COURT OF COMMON PLEAS
Individually and as Legal Guardian of              :     PHILADELPHIA COUNTY
SHANE ALLEN LOVELAND                               :
304 Sheppard Ave.                                  :
Hildreth, NE 68947                                 :     MAY TERM, 2017
            and                                    :     NO.
JACOB SUMMERS                                      :
823 S. Main                                        :
Wilber, NE 68465                                   :
                                                   :     **JURY TRIAL DEMANDED**
                              Plaintiffs            :
                                                   :
                                                   :
                 v.                                :
                                                   :
THE GOODYEAR TIRE & RUBBER COMPANY :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
            and                                    :
THE GOODYEAR TIRE & RUBBER                         :
COMPANY d/b/a GOODYEAR TIRE AND                    :
RUBBER COMPANY                                     :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
            and                                    :
THE GOODYEAR TIRE & RUBBER                         :
COMPANY d/b/a GOODWEAR TIRE                        :
AND RUBBER COMPANY                                 :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
            and                                    :
GOODWEAR TIRE & RUBBER COMPANY                     :
200 Innovation Way                                 :
Akron, Ohio 44316                                  :
            and                                    :

Case ID: 170500306

GOODWEAR TIRE & RUBBER COMPANY          :
d/b/a THE GOODYEAR TIRE & RUBBER        :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
    and             :
GOODWEAR TIRE & RUBBER COMPANY          :
d/b/a GOODYEAR TIRE & RUBBER            :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
    and             :
GOODYEAR TIRE & RUBBER COMPANY          :
200 Innovation Way                      :
Akron, Ohio 44316                       :
    and             :
GOODYEAR TIRE & RUBBER COMPANY          :
d/b/a THE GOODYEAR TIRE & RUBBER        :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
    and             :
GOODYEAR TIRE & RUBBER COMPANY          :
d/b/a GOODWEAR TIRE & RUBBER            :
COMPANY                                 :
200 Innovation Way                      :
Akron, Ohio 44316                       :
              Defendants   :

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly issue the Writ of Summons in connection with the above-referenced matter.

                    **EISENBERG, ROTHWEILER, WINKLER,**
                    **EISENBERG & JECK, P.C.**

                    BY: **/s/ Daniel J. Sherry, Jr.**
                        DANIEL J. SHERRY, JR., ESQUIRE
                        Attorney for Plaintiff

DATED: May 1, 2017

Case ID: 170500306

C.P.89

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

*vs.*

THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, OH 44316, et al.

To:[1]

See attached list for Defendants

COURT OF COMMON PLEAS

Susman Flat Vs the Goodyear Tire & Rubber Co-WRSUM _ Term, 20 17 ___

17050030600003

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*[2]

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



JOSEPH H. EVERS
*Prothonotary*

By _____

Date ___December 28, 2012___



[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 170500306

## LIST OF DEFENDANTS – WRIT OF SUMMONS

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a GOODWEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316

Case ID: 170500306

COURT OF COMMON PLEAS

May _____ Term, 20 _17_ No. _____

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

vs.

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, OH 44316, et al.

SUMMONS

Case ID: 170500306