## CERTIFICATE OF SERVICE

I certify that on August 7, 2017, I have served a true and correct copy of the foregoing Notice of Removal upon the following counsel for Plaintiffs:

Daniel J. Sherry, Jr., Esquire
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103

DATED: August 7, 2017

Justin Kerner
*Attorney for Defendant*
*The Goodyear Tire & Rubber Company*