# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 2:17-cv-03521<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER** |

The Court, having considered Defendant The Goodyear Tire & Rubber Company's Motion to Transfer the Action to The United States District Court for the District of Nebraska, and any responses thereto, it is hereby **ORDERED** that Defendant's Motion to Transfer is **GRANTED**.

_____

J.