## CERTIFICATE OF SERVICE

I, Justin Kerner, certify that on this day I have served a true and correct copy of the foregoing on all parties and/or counsel of record via CM/ECF.

_____
Justin Kerner

Dated: August 16, 2017