## CERTIFICATE OF SERVICE

I certify that on August 21, 2017, I have served a true and correct copy of the foregoing Motion upon the following counsel:

>Justin Kerner, Esquire
>DLA Piper
>1650 Market Street
>Suite 4900
>Philadelphia, PA 19103

>EISENBERG, ROTHWEILER,
>WINKLER, EISENBERG & JECK, P.C.

DATED: 8/21/17  By:  */s/ Daniel J. Sherry, Jr.*
DANIEL J. SHERRY, JR., ESQUIRE
Attorney for Plaintiffs