# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE KEVIN NEWTON and<br>PAMELA NEWTON,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CORRY MOTOR SPORTS, INC., et al.,<br>　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION<br><br>　　No. 16-2389 |

## ORDER

This 6th day of June, 2016, upon consideration of Plaintiffs' Motion to Stay Briefing, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. All responsive briefing regarding the pending Motions to Dismiss is **STAYED** pending the Court's ruling on Plaintiffs' Motion to Remand.

　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　United States District Court Judge