## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on August 21, 2017, I served a true and correct copy of the foregoing letter brief upon the following counsel for Plaintiffs:

Daniel J. Sherry, Jr., Esquire
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA  19103

DATED:  August 21, 2017

/s/ Jayne Risk
Jayne Risk

*Attorney for Defendant*
*The Goodyear Tire & Rubber Company*