IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS<br><br>Plaintiffs<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, Et al.,<br><br>Defendants | CIVIL ACTION NO.:2:17-cv-03521-JHS |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of Plaintiffs' Motion to Remand, and any response in opposition thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion to Remand is GRANTED.

It is further ORDERED and DECREED that this action is REMANDED to the Court of Common Pleas of Philadelphia County.

**BY THE COURT:**

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS | : CIVIL ACTION NO.:2:17-cv-03521-JHS |
| Plaintiffs | : |
| v. | : |
| GOODYEAR TIRE & RUBBER COMPANY Et al., | : |
| Defendants | : |

## PLAINTIFFS' MOTION TO REMAND

Plaintiffs, by and through their attorney, respectfully file this timely Motion to Remand, and for the reasons expressed in the attached Memorandum of Law (incorporated by reference) respectfully request that this Honorable Court remand this matter to the Philadelphia Court of Common Pleas.

Respectfully submitted,

BY: /s/ Daniel J. Sherry, Jr.
DANIEL J. SHERRY, JR., ESQUIRE
EISENBERG, ROTHWEILER, WINKLER, EISENBERG &
JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Phone: 215.546.6636
Fax: 215.546.0118

*Attorney for Plaintiff*

DATED: August 23, 2017