**CERTIFICATE OF SERVICE**

I certify that on August 23, 2017, I have served a true and correct copy of the foregoing Motion to Remand upon the following counsel for Defendants:

Jayne A. Risk
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103

        **EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

        BY:  /s/ Daniel J. Sherry, Jr.
              DANIEL J. SHERRY, JR., ESQUIRE
              *Attorney for Plaintiff*

DATED:  August 23 2017