# EXHIBIT 2

October 28, 1916.  TEXTILE WORLD JOURNAL  (4623)  19

## CO-OPERATION ON DYES

### Dr. Norton of Department of Commerce Tells of Dyestuff Development

WASHINGTON, Oct. 25.—There have been a number of stories printed during the past week in the daily press telling of the co-operative methods that have been going on between Dr. Thomas H. Norton, dyestuff expert of the Department of Commerce, and various explosive manufacturers, dealing with the use of their plants for manufacturing dyestuffs. The reports have been more or less misleading, inasmuch as they intimated that the Department was co-operating with only one or two concerns. This is not true. Dr. Norton has been in conference with many firms. In an interview with your correspondent to-day, Dr. Norton had the following to say relative to the published articles and the general question:

"There is really nothing new in the article. For a year past I have emphasized in public the great desirability of prompt action on the part of the big explosive companies in shaping their plans, that they might not be taken unawares when peace arrives, but could immediately switch over their enormous plants to the production of coal-tar intermediates, and have a nucleus of trained men ready for expansion along lines of manufacture, closely analogous in their nature to the present phases of their activity, but yielding the products so surely needed by the makers of dyestuffs.

"I have strongly urged this line of action in conferences with several of the munition plants, it is so essential to their sane economic utilization of their huge plants upon the advent of peace, and suggested the formulation of plans making some of the staple dyes most in demand, beginning on a modest scale. I found a ready response. Plans were necessarily delayed, for the latter feature awaited the appearance of our dyestuff census.

"The Du Pont Co. began, however, about three weeks ago, to offer in large quantities some of the leading intermediates. The Aetna Co. placed upon the market at an earlier date a fine grade of salicylic acid for the use of dyestuff firms and manufacturers of coal-tar medicinals. The Semet-Solway Co., also a heavy producer of explosives, responded even more to my urging, and for several months has been making, not only salicylic acid, but sulphur black in large amounts.

"What has chiefly hindered the

## Increase in Domestic Dyestuff Manufacture

### Possibility of Explosive Factories' Conversion Into Dye Plants—Census of Domestic Makers

IN connection with the announcement emanating from Washington this week, that it is the intention of the Du Pont Powder Co. and the Aetna Explosives Co. to turn their auxiliary munition factories into dyestuff plants after the war, a census of domestic manufacturers of dye crudes, intermediates and finished dyestuff products by Dr. Thomas H. Norton of the Department of Commerce is of interest. The first statement is to the effect that the auxiliary plants of the two explosive manufacturing companies will be converted into the production of dye products after the war. No official announcement has been made by either company, the nearest statement being that which appeared in these columns last week by a representative of the Du Ponts, made to a member of the staff of this journal, that extensive experiments were being made in the dyestuff field, but that definite determination of the company to manufacture dyestuffs is still in abeyance. It was further stated that about 700 chemists are engaged in research work and that certain of these are admittedly studying the dyestuff field. Owing to the necessity of great care and close investigation, no one connected with the Du Pont interests was prepared to make any announcement as to their general entrance into this important field. This conservatism, however, is not tantamount to a denial that the company is already interested in a way in the manufacture of products connected with dyestuff distribution. It is advertising to the textile trade that it is producing aniline oil, sulphur black and acetate of soda. In addition the Department of Commerce is authority for the statement that the company has also put on the market dimenthylaniline, nitro benzol, dinitro toluol and aniline salts. This Department is also authority for the statement that the Aetna Explosives Co. is offering for sale salicylic acid and will probably follow this with other dye products in the near future.

The Semet-Solway Co. is advertising to the textile industry yellow prussiate of soda for immediate delivery and the tain of their intermediates from one or the other of these companies and are sure of the increased demand which there will be for this class of product.

Mr. Norton gives in a statement for the press lists of domestic manufacturers of dye crudes, intermediates, artificial dyestuffs and vegetable dyestuffs. These lists, beginning with the finished product and giving in turn those making intermediates and crudes follow:

### ARTIFICIAL DYESTUFFS

The following firms were in operation prior to 1914 and manufacture a large variety of synthetic colors:

The Bayer Company, Inc., Rensselaer, N. Y., office 117 Hudson street, New York city.
W. Beckers Aniline & Chemical Works, 105 Underhill avenue, Brooklyn, N. Y.
Central Dyestuff Company, Newark, N. J.
Consolidated Color & Chemical Company, Newark, N. J.
Heller & Bertz, Newark, N. J. (specialty coaltar colors for paper).
Hub Chemical Company, South Boston, Mass. (alizarin yellow).
Schoellkopf Aniline & Chemical Works, Inc., Buffalo, N. Y.

The following firms have entered upon the manufacture of coal-tar dyes since Jan. 1, 1915:

Amalgamated Dyestuff & Chemical Works, Newark, N. J., office 76 Hudson street, New York city (various colors).
American Aniline Products, Inc., Harrison, N. J., office 15 East 15th street, New York city (various).
American Dye Company, Monadnock Building, Chicago, Ill. (alizarins).
Holland Aniline Company, 111 North Kenzie street, Chicago, Ill.
American Synthetic Dyes, Inc., New York city.
Ault & Wiborg, Cincinnati, Ohio.
Calco Chemical Company, Bound Brook, N. J. (beta-naphthol, etc.).
The Chemical Company of America, 29 Platt street, New York city.
Dye Products Company, Manayunk, Pa. (black and blues).
Dow Chemical Company, Midland, Mich. (synthetic indigo).
Federal Dyestuff & Chemical Company, Kingsport, Tenn., office 30 Pine street, New York city (sulphur black and other colors).
Franco-States Dyes, Inc., 41 Broadway, New York city (various colors).
Erik H. Green Company, 531 Grosvenor Building, Providence, R. I. (sulphur black).
H. M. T. Co., Merchants-Laclede Building, St. Louis, Mo.
E. C. Klipstein & Sons, Chrome, N. J. (sulphur black).
F. A. McJeneth, Milwaukee, Wis. (dyes for biological stains, etc.).
Marden, Orth & Hastings Company, 41 Broadway, New York city (methylene blue, nictosine, sulphur black, sulphur brown, paranitraniline, beta-naphthol).
Frank L. May & Co., Perth Amboy, N. J. (indulines).
Neidich Process Company, Burlington, N. J. (methyl violet, soluble blue, etc.).

### INTERMEDIATES

American Synthetic Color Company, Stamford, Conn. (aniline).
American Synthetic Dyes, Inc., Newark, N. J., office 60 Wall street, New York city (aniline).
Aniline Products Company, Inc., Linden, N. J. (aniline).
The Harrett Company, 17 Battery place, New York city.
Bezzol Products Company, 25 Broad street, New York city (aniline and derivatives).
Blackstone Chemical Works, 521 Grosvenor building, Providence, R. I. (aniline).
Arnold & Marshall Chemical Company, South Seekonk, Mass. (aniline).
Briggs Chemical Works, Amherst, Ohio (nitronaphthalene).
Butterworth-Judson Company, Newark, N. J. (aniline).
Calco Chemical Company, Bound Brook, N. J. (aniline, beta-naphthol).
Cambria Steel Company, Johnstown, Pa. (aniline).
Chemical Company of America, Inc. 29 Platt street, New York city (aniline).
Chemical Construction Company, Fort Washington, Pa. (aniline).
Davis Chemical Company, 120 Broadway, New York city (benzoic acid).
Detroit Organic Chemical Company, 3417 Dime Bank building, Detroit, Mich. (aniline and dimethylaniline).
E. I. du Pont de Nemours & Co., Wilmington, Del.
Dye Products & Chemical Company, Inc., Newark, N. J. (aniline).
Thomas A. Edison, Inc., Orange, N. J. (aniline, bara-phenylinc-diamine).
Goodyear Tire & Rubber Company, Akron, Ohio (aniline).
Frank Hemingway, Inc., New York city.
Hooker Electro Chemical Company, Niagara Falls, N. Y. (chlorobenzol).
Industrial Chemical Company, Providence, R. I. (aniline).
The Aniline Company, Providence, R. I. (aniline).
Frank L. May & Co., Perth Amboy, N. J. (aniline).
Manhattan Chemical Company, New York city (aniline).
Midvale Chemical Company, Elizabeth, N. J. (aniline).
Middlesex Aniline Company, Lincoln, N. J., office 110 Broadway, New York city (aniline).
Monsanto Chemical Works, St. Louis (salicyclic acid).
Naugatuck Chemical Company, Naugatuck, Conn. (aniline).
Newbrink Dyeing Company, Reading, Pa. (nitro derivatives).
Newport Hydro Carbon Company, Carrollville, Wis. (alpha-naphthylamine).
Nitrate Chemicals Company, Kingston, N. Y. (nitro naphthalene and homologues).
Oxford Chemical Company, 46 Oxford street, Providence, R. I. (aniline).
Rahway Coal Tar Products Company, Rahway, N. J. (aniline).
Seydel Manufacturing Company, 14 Forrest street, Jersey City, N. J. (aniline).
Sherwin-Williams Company, 61 Canal road, Cleveland, Ohio (aniline).

C. W. Hill Chemical Company, Los Angeles, Cal. (orchil).
Jacksonville Chemical Company, Jacksonville, Fla.
John D. Lewis, Providence, R. I.
Marden, Orth & Hastings Company (Inc.), 225 Purchase street, Boston, Mass. (osage orange dyes etc.).
Mt. Union Tanning & Extracting Company, Mt. Union, Pa.
Murphy & Sons, Philadelphia, Pa.
Oakes Manufacturing Co., Long Island City, N. Y.
Obei Laboratories, Marietta, Ohio.
Stamford Manufacturing Company, 85 Wall street, New York, N. Y.
Taylor White Extracting Company, Camden, N. J.
W. & K. Company, Warren, R. I.
J. S. Young Company, Hanover, Pa.