# EXHIBIT 3

# THE GARMENT WORKER

## OFFICIAL JOURNAL OF THE UNITED GARMENT WORKERS OF AMERICA.

VOL. XXI, NO. 25.   NEW YORK, APRIL 7, 1922.   SINGLE COPY THREE CENTS.

## BIRMINGHAM, ALA., TO BE REPRESENTED AT THE CONVENTION.

**Committee Appointed to Raise Funds—Arranging to Give Play—Other Notes of Interest.**

Birmingham, Ala.—Local No. 87 held a special meeting Saturday, March 18. We had with us Brother Victor Altman, who addressed the meeting, which was thoroughly enjoyed by everyone present. We are always very glad to have Brother Altman with us.

The following committee was appointed at the last business meeting, to raise funds to send delegates to the international convention: W. W. Jones, chairman; G. A. Jones, Thurman Glenn, Mrs. Mary Anderson, Miss Hattie Cunningham, Miss Ethel Hill, Miss Neely Sheffield, Mrs. Jessie James, Miss Janie Whitworth, Mrs. Hattie Steele. This committee has been very busy, having made arrangements to give a play, "Lost and Won," by our Local at Knights of Actors, Tuesday and Wednesday nights, April 11 and 12, at the United Temple.

The employees of the Phillips-Lester factory regret very much to see the resignation of their forelady, Miss Allie Crocker, take place the first of March. She had been forelady for several years and was liked by everyone.

Her place has been very ably filled by Mrs. Nell Bettiers, another pioneer member of Local 87.

There has been a change of forelady in the Liberty factory also, Mrs. Thatenhorst resigning, Mrs. Strickland taking her place, Mrs. Strickland has been a member of Local 87 for eleven years and we wish her the greatest of success in her new position.

The people of Alabama are very much interested in the Muscle Shoals controversy and are hoping that Henry Ford gets it, and if it was left to the people of the South we feel quite sure that he would.

The Liberty Overall Co. have recently gotten out a new overall and secured a patent on it. It is sure a beautiful garment and we hope that it will make a big hit with the men who wear overalls.

The League of Women Voters of Birmingham recently put on a housewife's exhibit, which was a great success. They showed and demonstrated the things that were made in Birmingham. Both of the overall factories had a splendid exhibit.

—CORRESPONDENT.

## SAN ANTONIO, TEXAS, LOCAL 176, IS IN SPLENDID CONDITION.

San Antonio, Texas.—Local Union 176, of San Antonio, Texas, is in splendid condition and has improved financially. All the members have steady work at present and are quite sure of a busy spring and summer.

We have started preparation to secure a fund by which to defray the expenses of our delegates to the National Convention, which will be held next October. At a recent meeting of our Local we elected a committee to make arrangements for an entertainment to be given for that purpose. We are confident that we will be able to carry out all our plans, and our only regret is that we cannot all attend the convention. We feel that it is our best interest that we should take advantage of our opportunity to acquire all the information possible.

## CONTRACTORS EXPLOIT THE PUBLIC WHILE BLAMING "HIGH WAGES."

**Attorney Untermyer Gives Strabler Something to Think About, and to Act on Also.**

New York.—The excessive cost of labor in building construction was placed on contractors by Samuel Untermyer, counsel for the Lockwood committee, in a letter to Walter Strabler.

The latter is a life insurance official and head of a self-constituted "public" group which is "fussing around" in an effort to prove that labor is responsible for high building costs.

Attorney Untermyer gives Strabler something to think about—and to act on, also, by reminding him of testimony developed last year by the Lockwood committee, and which is ignored by those who blame labor for high building costs.

This testimony shows that contractors charge the public 60 and 70 per cent more than they actually pay their workers, and in some instances charge two and three times more than they pay them. The contractors, of course, assure the customer that the union is responsible for the high rates he is forced to pay.

"About the worst case of exploitation," said Mr. Untermyer, "is that practiced by the architectural iron association, which charged $14 a week for the services of finishers and helpers, whose total wage was $4. The customer was charged $7 a week for a buster, but the wage for that work was $4.50. A marble setter and helper jointly received $15 a day, but the customer paid $24.75. A marble polisher was paid $8.50 a day, but

## WILL REWRITE SCHOOL BOOKS.

**Labor Unions Plan Changes in Education—Aim to Help Real Workers—A. F. of L. Makes Working Arrangement with New York Bureau.**

Washington.—Organized labor has just launched a plan to give its members a high school education in economics and history, with the hope that it will extend to the American school system as a whole.

The main responsibility for carrying out this plan, which is to develop Labor's policy of workers' education, rests upon Matthew Woll, chairman of the education committee and vice-president of the Federation.

With the cooperation of the Workers' Education Bureau of New York, an organization supported by trade unions, Woll expects to work out a new set of text books on political and social science, of lectures, pamphlets and all other educational helps that will make the worker "a better citizen and a better worker."

### Conference Arranged

"We hope to supply, in the absence of information on all economic questions pertaining to the industrial relationship in his own industry and in all other industries," Woll said.

The final agreement between the A. F. of L. and the Workers Education Bureau took effect recently, having been concluded between Woll and Spencer Miller, secretary of the bureau. A conference to set going the program now being prepared will be held in New York April 23 and 24.

that demonstrates clearly where the chief responsibility lies for the excessive item of labor in building construction."

## BIG RUBBER PROFITS.

New York.—The Goodyear Tire & Rubber Company reports net profits of $9,640,235, for the last 11 months of last year. After meeting all interest charges and costs to subsidiary companies there is a surplus of $3,620,043.

Three profits, that would create a sensation 15 years ago, were made at Akron, Ohio, where swarms of spies, company men and detectives have established an anti-union espionage system that would shame the late Czar.