# EXHIBIT 4

## THE AMERICAN

### RED WING, MINN.

Factory: $20,000. 2 sty. & bas. Red Wing. Owner Goodyear Tires Co., Scott Ewers, pres.. Frank O'Berg, secy., 506 Andrus bldg., Minneapolis. Contemplated. Brk. re. conc., gravel rf., struct. iron.