# EXHIBIT 5

and to triple the output of the plant.

The Goodwear Tire Company is building a factory in Red Wing, Minn., in which 200 tires are to be made daily. The company is capitalized at $300,000. H. Scott Ewers is president, and the other officers are: Vice president, G. W. Frabson; secretary, Frank E. Oberg; treasurer, C. W. Obert. Harry J. Smith is purchasing agent and factory manager.

The Quality Tire and Rubber Company, Hartville, O., has changed its name to