# EXHIBIT 6



Fisk Tires, porcelain, 1930s ............ **425.00**

Good Gulf Gasoline, porcelain, flange
............ **550.00**

Goodyear Service Station, Goodyear
means Goodwear, porcelain, 1920s
............ **895.00**

Sinclair Gas, porcelain ............ **100.00**

**Tape measure**, Shell Oil, A. C. McLoon &
Co., metal ............ **24.00**

**Thermometer**

Shell Anti-Freeze ............ **85.00**

Sunoco, 6-3/4" h, 3-3/4" w, tin, raised
finish, diecut, emb airplane in flight, adv
below, blue and white, black lettering
............ **275.00**