# EXHIBIT 8


**pennsylvania**
DEPARTMENT OF STATE

May 12, 2017

IN RE: GOODWEAR TIRE AND RUBBER COMPANY
TSC170417182160-1

    A Subsistence Certificate was issued by this office on April 17, 2017 under transaction number TSC170417182160-1 bearing the name GOODYEAR TIRE AND RUBBER COMPANY. This name was listed on the Certificate due to a typographical error in the Department of State's database. This error has since been corrected. The certificate should have listed the company name as GOODWEAR TIRE AND RUBBER COMPANY.

Bureau of Corporations and Charitable Organizations | 401 North Street, Room 206 | Harrisburg, PA 17120 | 717-787-1057 | F 717-783-2244

Case ID: 170500306