# EXHIBIT 9



**DLA Piper LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300
www.dlapiper.com

Justin Kerner
justin.kerner@dlapiper.com
T  215.656.2454
F  215.606.2045

May 31, 2017
**VIA CERTIFIED MAIL**

Daniel J. Sherry, Esq.
Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103

Re:  Susman, et al. v. The Goodyear Tire & Rubber Company, et al.
Philadelphia Court of Common Pleas Case ID: 170500306

Dear Mr. Sherry:

This law firm represents The Goodyear Tire & Rubber Company in the above-referenced action. As you know, we also represented the Goodyear Tire & Rubber Company in a related and recently dismissed federal action, captioned *Susman, et al. v. Goodyear Tire & Rubber Company*, Civil Action No. 17-1682 (E.D. Pa.). We are writing to ensure that evidence is properly preserved.

Please accept this letter as notice that you are required to preserve both the subject vehicle, a 2003 Chevrolet SC1 bearing VIN # 1GCEC14X33Z115363, and any tires that were installed on the subject vehicle at the time of the accident at issue, including both the subject tire and any companion tires including all tire pieces or remnants. These materials must be preserved for the duration of this lawsuit. If you are not in possession of any of the vehicle or tire evidence, please: (1) forward this preservation request to the individual/entity in whose possession the evidence is; and (2) notify us of the identity of the individual/entity that is in possession of the evidence within five days of receipt of this letter so that we may confirm that the evidence is being preserved.

If the condition of the subject vehicle or its tires have been altered in any way while in the possession of the plaintiffs or the plaintiffs' agents, The Goodyear Tire & Rubber Company will seek applicable sanctions, up to and including dismissal of the action.

Very truly yours,

Justin Kerner

JK/llc