IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 17-3521 |

## ORDER

AND NOW, this 24th day of August 2017, upon consideration of Defendants' Motion to Transfer (Doc. No. 2), Plaintiffs' Motion to Stay Briefing Associated with the Motion to Transfer (Doc. No. 5), Defendants' Letter in Response to the Motion to Stay (Doc. No. 6), Plaintiffs' Reply (Doc. No. 7), and in view of the fact that Plaintiffs have filed a Motion to Remand (Doc. No. 8), it is **ORDERED** as follows:

1. Plaintiffs' Motion to Stay Briefing Associated with the Motion to Transfer (Doc. No. 5) is **GRANTED**.

2. All briefing regarding the Motion to Transfer (Doc. No. 2) is **STAYED** pending the outcome of Plaintiffs' Motion to Remand (Doc. No. 8).

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.