# Exhibit A

215017377
44445

**State of Nebraska**
## Investigator's Motor Vehicle Accident Report

Sheet 1 of 2

| Field | Value |
|---|---|
| Total Number of Vehicles | 1 |
| Local No / District | |
| Agency Case No. | C15-07916 |
| HIT & RUN? | X NO |
| INVESTIGATION MADE AT SCENE? | X YES |
| DATE OF ACCIDENT | 05/01/2015 (F) |
| TIME OF ACCIDENT | 0657 |
| POLICE NOTIFIED | 0700 |
| STATE USE ONLY | Amended 05/06/2015 |
| PLACE OF ACCIDENT — COUNTY | Hall |
| CITY | |
| PRIVATE PROPERTY? | NO |
| LATITUDE | 40.724380 |
| ROAD ON WHICH ACCIDENT OCCURRED / STREET/HIGHWAY NO. | INTERSTATE 80 |
| ONE-WAY STREET? | NO |
| DISTANCE FROM MILEPOST | 2440 FEET W |
| MILEPOST | 294.000 |
| HIGHWAY NO. | 80 |
| LONGITUDE | -98.681920 |

IF AT INTERSECTION — NAME OF INTERSECTING ROADWAY:

IF NOT AT INTERSECTION: 3.00 MILES X W OF NEAREST STREET, BRIDGE, RAILROAD CROSSING — SHELTON OVERPASS I-80

IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN:
4.00 MILES X N AND 2.00 MILES W OF NEAREST CITY OR TOWN — SHELTON

R. WORK ZONE CODES: R1=1
S. PEDESTRIAN CLASSIFICATION CODES: —
DOES ACCIDENT INVOLVE DAMAGE TO STATE DEPT. OF ROADS' PROPERTY? X NO

### VEHICLE NO. 1

| Field | Value |
|---|---|
| DRIVER LICENSE NO. | H13702183 |
| STATE | NE |
| SEX | X MALE |
| DRIVER | LARRY R BLAIR |
| DRIVER ADDRESS | 224 E 4TH ST, AXTELL, NE 68924 |
| DATE OF BIRTH | 05/23/1973 |
| OWNER | DANDEE CONSTRUCTION / DAN BUSER |
| PHONE | 308-627-6660 |
| OWNER ADDRESS | 305 EAST 8TH STREET, POB 2587, KEARNEY, NE 68848 |
| CITATION | X NO |
| LICENSE PLATE | TE 092396 |
| YEAR (Plate Expires) | 2015 |
| STATE (Of Plate) | NE |
| VEHICLE YEAR | 2003 |
| MAKE | Chevrolet |
| MODEL | SC1 |
| BODY STYLE | Pickup truck |
| COLOR | blue |
| ESTIMATED DAMAGE | X TOTALED |
| VEHICLE ID NO. (VIN) | 1GCEC14X33Z115363 |
| INSURANCE COMPANY | FARM BUREAU |
| TOWED TO | GRAND ISLAND |
| TOWED BY | KRAMER'S |
| POLICY NO. | 0005CPP000197109 |

VU1 06 / V02 09 / V03 01 / V04 / V05 01 / V06 75

### VEHICLE NO. 2

(CERTIFIED COPY — NEBRASKA DEPT OF ROADS ACCIDENT RECORDS BUREAU stamp, signed Robert A.)

All fields blank.

### Complete this section for all injured persons

| VEH. # | NAME / ADDRESS | DATE OF BIRTH | Seat Position | Eject | Body Region | Injury Sev. | Trans | SEX M/F | MEDICAL FACILITY | EMS SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LARRY R BLAIR 224 E. 4TH ST., AXTELL, NE 68924 | 05/23/1973 | 01 | 3 | 01 | 2 | 2 | M | Good Samaritan Hospital | Wood River Rescue Unit |
| 1 | SHANE A LOVELAND 304 SHEPPARD AVE, HILDRETH, NE 68947 | 04/01/1982 | 02 | 3 | 08 | 2 | 2 | M | Good Samaritan Hospital | Good Samaritan EMS |
| 1 | JACOB S SUMMERS 823 S. MAIN, WILBER, NE 68465 | 12/03/1991 | 03 | 3 | 01 | 2 | 2 | M | Good Samaritan Hospital | Shelton Volunteer Fire & Rescue |

DR Form 40, Jan 09 — THIS FORM REPLACES DR FORM 40, JAN 07 / PREVIOUS EDITIONS WILL BE DESTROYED



**THE FOLLOWING INFORMATION IS REQUIRED FOR ALL ACCIDENTS**
**INDICATE BY DIAGRAM WHAT HAPPENED**

AGENCY CASE NO. C15-07916

Indicate North by Arrow

Not To Scale

I-80 East bound

I-80 West bound

Vehicle #1 blows tire, enters median and rolls

Front right passenger
Front middle passenger
Driver
Interstate fence

**DESCRIPTION OF ACCIDENT BASED ON OFFICER'S INVESTIGATION**

Vehicle #1 was east bound on I-80 near MM 294 when it blew a rear tire. Vehicle #1 crossed into the median and rolled. Vehicle #1 came to rest on the west bound shoulder. All three occupants of Vehicle #1 were ejected. Passengers #2 and #3 received serious injuries. A legal blood draw was taken from the driver of Vehicle #1. Drug use is suspected from all three occupants since methamphetamine was found at the scene. Kramer's towing removed Vehicle #1. All three occupants were transported to Good Samaritan Hospital in Kearney. Occupant #2 was taken by Air Care and eventually flown to Omaha.

NEBRASKA DEPT. OF ROADS
CERTIFIED COPY
Robert A. S___
ACCIDENT RECORDS BUREAU

WITNESSES:
Rob Gibson — 402-499-5550
Mary K Gibson — 402-432-0171

OFFICER NO. 510
DEPARTMENT: Nebraska State Patrol
Photographs taken? X YES
INVESTIGATOR NAME: Joe Flasnick
INVESTIGATOR SIGNATURE: Approved by Joel Bergman
DATE OF REPORT: 05/06/2015