# EXHIBIT C (continued)

Rubber Company," relate to "Good**wear** Tire & Rubber Company." Copies of those documents are appended here as **Exhibit A** and **Exhibit B**.

8. It thus appears that those documents were linked to "Good**year** Tire and Rubber Company" only in error.

9. To the best of my knowledge and belief, The Good**year** Tire & Rubber Company is not and never has been related to "Good**wear** Tire & Rubber Company."

10. In any event, upon information and belief, the tire at issue was designed and manufactured by The Goodyear Tire & Rubber Company—an entity organized under the laws of Ohio and headquartered in Akron, Ohio.

11. Moreover, though Plaintiffs assert that "Goodyear Tire & Rubber Company" is a "domestic" entity in Pennsylvania, they have evinced knowledge otherwise. Specifically, they served The Goodyear Tire & Rubber Company by mailing a copy of the Complaint to its corporate headquarters at "200 Innovative [sic] Way, Akron, OH 44316."

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 12, 2016, at Akron, Ohio.

*Daniel T. Young*
Daniel T. Young
Assistant Secretary

2

# Exh. "A"

## To the Governor of the Commonwealth of Pennsylvania:

SIR:—In compliance with the requirements of an act of the General Assembly of the Commonwealth of Pennsylvania, entitled "An act to provide for the incorporation and regulation of certain corporations," approved the 29th day of April A. D. 1874, and the several supplements thereto, the undersigned _____ all _____ of whom are citizens of Pennsylvania, having associated themselves together for the purpose hereinafter specified, and desiring that they may be incorporated, and that letters patent may issue to them and their successors according to law, do hereby certify:

1st. The name of the proposed corporation is   Goodwear Tire & Rubber Company.

2d. Said corporation is formed for the purpose of   manufacturing, repairing, rebuilding, buying, selling, and dealing in automobiles and motor-cycle tires, tubes, accessories, supplies and similar articles.

3d. The business of said corporation is to be transacted in   Allentown, Pa.

4th. Said corporation is to exist   perpetually.

5th. The names and residences of the subscribers and the number of shares subscribed by each, are as follows:

| NAME. | RESIDENCE. | NO. OF SHARES. |
|---|---|---|
| Horace B. King | Harrisburg, Pa. | 2 |
| M. B. Spangler | Penbrook, Pa. | 2 |
| F. F. Barnitz | Carlisle, Pa. | 2 |

6th. The number of directors of said corporation is fixed at   three   and the names and residences of the directors who are chosen directors for the first year are as follows:

| NAME. | RESIDENCE. |
|---|---|
| Horace B. King | Harrisburg, Pa. |
| M. B. Spangler | Penbrook, Pa. |
| F. F. Barnitz | Carlisle, Pa. |

7th. The amount of the capital stock of said corporation is $5,000.00 divided into 50 shares of the par value of $100.00 and $500.00 being ten per centum of the capital stock, has been paid in cash to the treasurer of said corporation, whose name and residence are:

Horace B. King, Harrisburg, Pa.

          Horace B. King    (SEAL)
          M. B. Spangler    (SEAL)
          E. E. Barnitz    (SEAL)

STATE OF PENNSYLVANIA, } ss:
County of Dauphin

Before me, a Notary Public in and for the county aforesaid, personally came the above named Horace B. King, M. B. Spangler and E. E. Barnitz who in due form of law acknowledged the foregoing instrument to be their act and deed for the purposes therein specified.

Witness my hand and seal of office, the 15th day of November A. D. 1919.
[SEAL]

STATE OF PENNSYLVANIA, } ss:
County of Dauphin

Mabel Updegrove, Notary Public
My commission expires February 19, 1921.

Personally appeared before me this 15th day of November A. D. 1919, Horace B. King, M. B. Spangler and E. E. Barnitz who being duly sworn, according to law, depose and say that the statements contained in the foregoing instrument are true.

Sworn and subscribed before me the day and year aforesaid.

Mabel Updegrove, Notary Public
[SEAL]
My commission expires February 19, 1921.

          Horace B. King
          M. B. Spangler
          E. E. Barnitz

## EXECUTIVE CHAMBER.

Harrisburg, Dec. 15, 1919.

To the Secretary of the Commonwealth:

Having examined the within application and found it to be in proper form, and within the purposes of the class of corporations specified in section two, of the act, entitled "An act to provide for the incorporation and regulation of certain corporations," approved April 29th, A. D. 1874, and the several supplements thereto, I hereby approve the same, and direct that letters patent issue according to law.

          Wm. C. Sproul
          Governor.

## SECRETARY'S OFFICE.

PENNSYLVANIA, ss:

Enrolled in Charter Book No. 187 page 277.

Witness my hand and Seal of Office at Harrisburg this 15th day of December A. D. 1919.

          Cyrus E. Woods
          Secretary of the Commonwealth.

[Secretary's Seal]

# Exh. "B"

## IN THE NAME AND BY AUTHORITY OF THE
# COMMONWEALTH OF PENNSYLVANIA

### EXECUTIVE DEPARTMENT

## To all to whom these Presents shall come, Greeting:

**Whereas,** In and by an Act of the General Assembly of the Commonwealth of Pennsylvania, entitled "An act to provide for the incorporation and regulation of certain corporations," approved the twenty-ninth day of April, Anno Domini one thousand eight hundred and seventy-four, and the supplements thereto, the Governor of the Commonwealth is authorized and required to issue Letters Patent to all corporations formed under the provisions of said acts, embraced within the second class named therein.

**And Whereas,** The stipulations and conditions in said Act of the General Assembly and the supplements thereto have been fully complied with by Goodwear Tire & Rubber Company

**Therefore, Know Ye,** That under authority of the Constitution and laws of said Commonwealth in such case made and provided, I do by these **Presents**, which I have caused to be made **Patent** and sealed with the Great Seal of the State, create, erect and incorporate the subscribers to the stock of said corporation, their associates and successors, and also those who may thereafter become subscribers or holders of the stock of the said corporation, into a body politic and corporate in deed and in law, by the name chosen and hereinbefore specified, who shall have succession perpetually and shall be invested with and have and enjoy all the powers, privileges and franchises incident to a corporation; and be subject to all the duties, requirements and restrictions specified and enjoined in and by the said Acts of the General Assembly and all other laws of this Commonwealth.

Given under my hand and the Great Seal of the State, at the City of Harrisburg, this fifteenth day of December in the year of our Lord one thousand nine hundred and nineteen and of the Commonwealth the one hundred and forty-fourth.

Wm. C. Sproul

**BY THE GOVERNOR:**

Cyrus E. Woods

Secretary of the Commonwealth.


SEAL

## CERTIFICATE OF SERVICE

I certify that on April 12, 2017, I have served a true and correct copy of the foregoing Notice of Removal upon the following counsel for Plaintiffs via Certified Mail, Return Receipt Requested:

Daniel J. Sherry, Jr., Esquire
Eisenberg, Rothweiler, Winkler,
Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103

DATED: April 12, 2017

Justin Kerner
*Attorney for Defendant,*
*Goodyear Tire & Rubber Company*

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
RYSTA LEONA SUSMAN, as legal guardian of SHANE ALLEN LOVELAND, et al.

**(b)** County of Residence of First Listed Plaintiff: Buffalo County, NE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C., 1634 Spruce Street, Philadelphia, PA 19103

## DEFENDANTS
GOODYEAR TIRE & RUBBER COMPANY

County of Residence of First Listed Defendant: Summit County, OH
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
DLA PIPER LLP (US), 1650 Market Street, Suite 4900, Philadelphia, PA 19103-7300

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332
Brief description of cause:
negligence, strict liability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ >$50,000 + punitive damages
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 04/12/2017
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Rysta Leona Susman, as legal guardian of Shane Allen Loveland, et al.,

v.

Goodyear Tire & Rubber Company

CIVIL ACTION

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (✓)

April 12, 2017       Justin Kerner, Esq.        Goodyear Tire & Rubber Co.
**Date**             **Attorney-at-law**        **Attorney for**

(215) 656-2454       (215) 656-3301             justin.kerner@dlapiper.com
**Telephone**        **FAX Number**             **E-Mail Address**

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 304 Sheppard Ave., Hildreth, NE 68947

Address of Defendant: 200 Innovation Way, Akron, OH 44316-0001

Place of Accident, Incident or Transaction: This case involves an automobile accident that occurred outside of Shelton, Nebraska.
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes☐   No☒

Does this case involve multidistrict litigation possibilities?   Yes☐   No☒

RELATED CASE, IF ANY:
Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify) _____

## ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Justin Kerner, counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: April 12, 2017    _____Justin Kerner_____    Pa: 308954
                        Attorney-at-Law                 Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: April 12, 2017    _____Justin Kerner_____    Pa: 308954
                        Attorney-at-Law                 Attorney I.D.#

CIV. 609 (5/2012)