# EXHIBIT E (continued)

🏠    5042 R St Apt 1303
Lincoln, NE 68504
FEB 1994 - JAN 2003
**Show map**

     **Full address details** (/results/address/?
type=person_address_query&address=5042+R+St+Apt+1303+Lincoln%2C+Ne)

🏠    5031 Vine St Apt 405
Lincoln, NE 68504
JUN 1993 - JUN 1993
**Show map**

     **Full address details** (/results/address/?
type=person_address_query&address=5031+Vine+St+Apt+405+Lincoln%2C+Ne)

🏠    200 Wedgewood Dr
Lincoln, NE 68510
SEP 1991 - AUG 1995
**Show map**

     **Full address details** (/results/address/?
type=person_address_query&address=200+Wedgewood+Dr+Lincoln%2C+Ne)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|

🏠 1011 Coachmans Dr
Lincoln, NE 68510
AUG 1989 - SEP 2006
Show map

Full address details (/results/address/?
type=person_address_query&address=1011+Coachmans+Dr+Lincoln%2C+Ne)

🏠 144 Lakewood Dr
Lincoln, NE 68510
AUG 1989 - AUG 1989
Show map

Full address details (/results/address/?
type=person_address_query&address=144+Lakewood+Dr+Lincoln%2C+Ne)

🏠 5031 Vine St
Lincoln, NE 68504
JAN 1989 - JAN 2003
Show map

Full address details (/results/address/?
type=person_address_query&address=5031+Vine+St+Lincoln%2C+Ne)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|

## FAMILY MEMBERS

👤 Tonda Lea Pruitt
In their 40's
View details (/details/contact_report/_C0s8GAshWckqqawJh6vJuEnhtBsdgSH-KrtquOuZzA%3D)

👤 Erica K Marshall
In their 40's
View details (/details/contact_report/I-LTWiCynHzr7VsgY_bY_mmDMXrrvcVduQ5K8HvMYUY%3D)

👤 Roderick R Gibson
In their 40's
View details (/details/contact_report/tYtjfc-z1yTkw5GgZoMDDT_GXvqbyglLFr8x8KIF9P0%3D)

👤 Robert Reece Gibson
In their 60's
View details (/details/contact_report/I-QqsQOptuD11oTtN4AQKWkBfF6LF7lLc30-FoAC9FU%3D)

👤 Robert J Gibson
No age info
View details (/details/contact_report/5jhfKivm06gKV_G2sgx9fOl2Yt3kzqjrzHHpuBGo2_w%3D)

👤 Paula M Gibson
In their 50's
View details (/details/contact_report/f3U9eRXFS9MDA7JYx34XtKB3NHt-Lx_FZWwp5h93hyo%3D)

👤 Nancy Ann Gibson
In their 40's
View details (/details/contact_report/_h0igHYyt4jTtDBlDon1lUR9o-jZxTrp7cRTLLuN2QI%3D)

👤 Jane Margaret Gibson
In their 60's
View details (/details/contact_report/WE_LqHyl1r0L05jhkEnoq94--fdsLwUMOv47Sqf31wY%3D)

## ASSOCIATED PEOPLE

👤 Paula Ward
In their 50's
View details (/details/contact_report/Kr5Sq9o6A7gpsfOL7cl1KqKSqKCou0PUFpNzhQ7vFAs%3D)

👤 Jena D Carrier
No age info
View details (/details/contact_report/9b4IgiLZZgtK4Im_6Xu6ofp7GyJvCUGlpUfKRAweFx8%3D)

👤 Albert Dale Flowerday
In their 80's
View details (/details/contact_report/Bnel2-eRPcyS_6wHgmvDU-PB0kKpbC6GWGwDqZ8DaN8%3D)

👤 Randall Keith Pruitt
In their 50's
View details (/details/contact_report/fanYUvrQI5bgvM_etTb8tYKoXi0x0xKATmJJ4ZluPLxY%3D)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

Carol Marlene Flowerday

In their 70's

**View details (/details/contact_report/71whjSAgNvryaTvqjMcenkHSwNYMMbz_qCamIscEdVU%3D)**

---

Sheila A Sterns

In their 70's

**View details (/details/contact_report/ngqBUCHrkbonYanmqblhpF75Qx5auf-JO4v-_UUfnLo%3D)**

---

Mitchell C Kumagai

In their 90's

**View details (/details/contact_report/Y5KjsMI94NLKTwf04n8LvsXAQrPrOQsZ1f8Cpgn9EWc%3D)**

---

Christina M Scharfen

In their 40's

**View details (/details/contact_report/eEhFDq4JNvOxRKV8b4i7-PJgRXEnCyVNj5fbygFAsfo%3D)**

---

Jaren P Rief

In their 30's

**View details (/details/contact_report/Bkib7uv0vpqfPmbNRYFV2XBaMEcp8rRqMzydfyOJIAY%3D)**

---

Craig Edward Olsen

In their 60's

**View details (/details/contact_report/qQxroQujuxYS8yVz-JifRZtGWIdJNdBhNf5hbVIjZcU%3D)**

---

**See All**

---

## POSSIBLE ASSOCIATES

Robert T Wagner

In their 60's

**View details (/details/contact_report/daSZcTpkGTV4jRAqDppFCBDPP7a3ePNXfLFhrLK6Ht0%3D)**

---

Betty Lou Wagner

In their 70's

**View details (/details/contact_report/SsrVeXHIqJPwZz7kOGeIbw5E_sJiZPYcrHJBBHgVKwI%3D)**

---

Robert D Wagner

In their 80's

**View details (/details/contact_report/D-MI8VgvskMNbM8Ogm9Z1aydbu2BorU4Om4Tmbma9Vo%3D)**

---

Margaret M Tvrdy

In their 40's

**View details (/details/contact_report/o04NFYPrTmwPr__fbzsDWVxSD_RdsOVgFwTizXnPS8g%3D)**

---

Leslie J Gwartney

In their 50's

**View details (/details/contact_report/StW-P5wBdL2XMBtJuXG1Z6kIN9Zop1Xu6x19U-weTu8%3D)**

---

Chad E Marshall

In their 40's

**View details (/details/contact_report/UbuAcXcY8IVr4uiiJlFw-IURG4TcBiKFhQ0akVCQUJU%3D)**

---

Nancy M Jones

In their 70's

**View details (/details/contact_report/LHZTgvqsb-9zE36Ei4FfjqX-L3g6w1Nddi-ETQ7TDtQ%3D)**

---

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|

Broc T Beaver

In their 40's

**View details (/details/contact_report/7IzKFAv3hXd-kYpBz8ShK1rEysWseeuIaqqiQkD7fZo%3D)**

Ann Margaret Beaver

In their 40's

**View details (/details/contact_report/934Ti6JYFBTvPmhyNA-bMpT5lM9sTTzidU-yBXNHJd8%3D)**

**See All**

## Criminal Records

Our Criminal Records include all available details on **Criminal and Traffic Offenses, Arrests, and Warrants** and may contain over 100 different attributes such as:

- **Identifying information** including birth date, gender, hair, eye color, and height
- **Mugshots**, if available on file
- Indication if the person is a **Sex Offender**
- **Offense details** including crime type, location, date, and description
- **Case details** including case type, plea, courts, disposition, sentence, and relevant dates

To see if this person has any Criminal Records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Bankruptcies and Foreclosures

Our **Bankruptcy** records may contain over 35 different attributes such as:

- **Bankruptcy details** including type, location, case details, and relevant dates
- **Action type** including petition, discharge, dismissal, or conversion
- **Attorney and law firm** names and addresses
- **Trustee** names and addresses
- **Court** details

Our Foreclosure records may contain over 60 different attributes such as:

- **Property details** including address, size, age, zoning, number of rooms, and value
- **Lender** company, trustee, and plaintiff details
- **Loan** amount and dates
- Assessor's **Parcel number** ID

To see if this person has any bankruptcy or foreclosure records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Liens & Judgments

Our **Lien and Judgment** records may contain over 40 different attributes such as:

- **Identifying information** including name, address, and DOB
- **Lien and judgement details** such as amount, filing type, and plaintiff
- **Case details** such as case number, relevant dates, and court contact information
- Relevant **document details** such as document type, recording number, and date

To see if this person has any lien or judgment records associated with their past, unlock their profile by ordering a Background Report today.

CONTACT INFO    Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Properties

Our **Property Ownership** records may contain over 70 different attributes on current and historical properties such as:

- **Basic property information** including address, size, year built, and description
- **Tax and assessment information** including assessed, tax, improvement, and total values; number of rooms and baths
- Current **owner details** including owner and seller, type of property, dates
- Related **mortgage** information including lender, amount, interest rate, and term

To see if this person owns any properties, businesses or guns, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Licenses

Our **Licenses and Permits** records may contain:

- **Professional license** details for all US states and territories including type, number, state, status, issue and expiration date
- **Pilot license** records issued by FAA
- **Permits** including hunting permits and concealed weapon permits

To see if this person has any licenses, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

**Questions or concerns? Get in touch:**

**(800) 991-3077 (tel:8009913077) | support@premium.whitepages.com (mailto:support@premium.whitepages.com)**

All rights reserved. © 2017 Whitepages

Whitepages is designed to help you find and connect with others. Whitepages is not a consumer reporting agency as defined by the **Fair Credit Reporting Act (/help#fcra)**. This means that you cannot use information presented in this website for evaluating a person's eligibility for employment, credit, insurance, housing, and other FCRA governed purposes. We do not verify or evaluate each piece of data, and we make no warranties or guarantees about the accuracy of the information in our Background Reports. You can learn more by accessing our **Terms of Service (/premium_terms_of_service)** and **Privacy Policy (/privacy_policy)**.

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

## DECLARATION OF EDWARD S. BOTT, JR., ESQ.

I, Edward S. Bott, Jr., Esq., declare:

1.      I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

2.      I am an attorney licensed and in good standing in the States of Missouri and Illinois. I have represented and currently represent The Goodyear Tire & Rubber Company ("Goodyear") in a variety of product liability actions in the mid-west region, including Nebraska, and at times on a national basis.

3.      I understand that this Declaration is offered in support of Goodyear's motion to transfer the action captioned as *Susman, et al. v. Goodyear Tire & Rubber Company* from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Nebraska.

4.      I was retained by Goodyear to represent its interests and investigate the accident underlying the litigation, which occurred just a few miles outside of Shelton, Nebraska.

5.      As part of that investigation, I received a copy of a contemporaneous police report. A true and correct copy of that police report is attached here as **Exhibit A**.

6.      Following the accident, the vehicle at issue (the "Vehicle"), the tire at issue (the "Subject Tire"), and the Vehicle's other tires (the "Companion Tires") were moved to a storage facility in Omaha, Nebraska.

7.      Sometime thereafter—in the fall of 2015—I was contacted by a representative of the Vehicle's insurer, by e-mail, who sought permission to move the Subject Tire and

Companion Tires to a facility in Tucson, Arizona for non-destructive testing. A true and correct copy of that correspondence is attached here as **Exhibit B**.

8.      To the best of my knowledge and belief, the Subject Tire and Companion Tires were transported to Tucson, Arizona. I do not know whether they remain there or were returned to storage in Omaha, Nebraska.

9.      However, to the best of my knowledge and belief, the Subject Tire and Companion Tires were not ever destined for and do not currently reside in Philadelphia.

10.     Following the accident underlying this litigation, several local news outlets reported on the accident. I preserved copies of several online reports as .pdf files. True and correct copies of three such files are attached here as **Exhibit C**, **Exhibit D**, and **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April ⟋⟍ , 2017, in St. Louis, Missouri.


Edward S. Bott, Jr., Esq.

2

Exh. "A"

(Page 1 of 2)

8:18-cv-00127-LSC-SMB Doc # 10-10 Filed 09/05/17 Page 11 of 32 - Page ID # 332
Case 2:15-cv-01682-HS Document 53 Filed 04/19/11 Page 4 of 22

**215017377**
**44445**

### State of Nebraska
### Investigator's Motor Vehicle Accident Report

Sheet **1** of **2**

| | | |
|---|---|---|
| **1** Total Number of Vehicles | Local Rpt No Dist | Agency No C15-07916 | HIT & RUN? ☐ YES ☒ NO | INVESTIGATION MADE AT SCENE? ☒ YES ☐ NO |

| **01** DATE OF ACCIDENT | 05/01/2015 | M M D D Y Y Y Y | S M T W TH F S ☐☐☐☐☒☐☐ | TIME OF ACCIDENT 0657 | STATE USE ONLY |
| **01** PLACE OF ACCIDENT | COUNTY Hall | CITY | | POLICE NOTIFIED 0700 | Amended |
| | | | | PRIVATE PROPERTY? ☐ YES ☒ NO | 05/06/2015 |
| **2** ROAD ON WHICH ACCIDENT OCCURRED | STREET HIGHWAY NO INTERSTATE 80 | | | ONE-WAY STREET? ☐ YES ☒ NO | LATITUDE 40.724380 |
| | DISTANCE FROM MILEPOST FEET 2440 | N S E W ☒ | MILEPOST 294.000 | HIGHWAY NO 80 | LONGITUDE -98.681920 |

| **1** | IF AT INTERSECTION | | IF NOT AT INTERSECTION |
| | NAME OF INTERSECTING ROADWAY | ☒ FEET ☒ MILES N S E W ☐ | OF NEAREST STREET, BRIDGE, RAILROAD CROSSING |
| **01** | | 3.00 X | SHELTON OVERPASS I-80 |

| | IF ACCIDENT WAS OUTSIDE CITY LIMITS, INDICATE DISTANCE FROM NEAREST TOWN |
| **1** | MILES 4.00 | N S E W ☒ | AND MILES 2.00 | N S E W ☒ | OF NEAREST CITY OR TOWN SHELTON |

| **1** | R. WORK ZONE CODES R1 R2 R3 R4 R5 [1] | S. PEDESTRIAN CLASSIFICATION CODES S1 S2 S3 S4 S5 S5-a S5-b S5-c [ ] | DOES ACCIDENT INVOLVE DAMAGE TO STATE DEPT. OF ROADS' PROPERTY? ☐ YES ☒ NO |

### VEHICLE NO. 1

| **1** DRIVER LICENSE NO. H13702183 | | STATE (Of License) NE | SEX ☐ FEMALE ☒ MALE |
| **1** DRIVER LARRY R BLAIR | PHONE | | V37 06 |
| | DRIVER ADDRESS 224 E 4TH ST, AXTELL, NE 68924 | CITY, STATE, ZIP | DATE OF BIRTH 05/23/1973 | LOCAL NO |
| **2** OWNER DANDEE CONSTRUCTION / DAN BUSER | PHONE 308-627-6660 | | V39 09 |
| | OWNER ADDRESS 305 EAST 8TH STREET, POB 2587, KEARNEY, NE 68848 | CITY, STATE, ZIP | CITATION ☐ PENDING ☒ NO | CITATION NO | |
| **3** LICENSE PLATE TE NO. 092396 | | YEAR (Plate Expires) 2015 | STATE NE | V40 01 |
| **4** VEHICLE 2003 | MAKE Chevrolet | MODEL SC1 | BODY STYLE Pickup truck | COLOR blue | ESTIMATED DAMAGE ☒ TOTALED $ | V41 |
| | VEHICLE ID NO. (VIN) 1GCEC14X33Z115363 | | | INSURANCE COMPANY FARM BUREAU | V15 01 |
| | TOWED FROM GRAND ISLAND | TOWED BY KRAMER'S | | POLICY NO 0005CPP000197109 | V26 75 |

### VEHICLE NO. 2

| **1** DRIVER LICENSE NO. | | STATE (Of License) | SEX ☐ FEMALE ☐ MALE |
| **7** DRIVER | PHONE | | V37 |
| | DRIVER ADDRESS | CITY, STATE, ZIP | DATE OF BIRTH | LOCAL NO | V39 |
| **01** OWNER | | | | |
| | OWNER ADDRESS | CITY, STATE, ZIP | CITATION ☐ PENDING ☐ NO | |
| **1** LICENSE PLATE NO. | | YEAR (Plate Expires) | STATE (Of Plate) | V40 |
| **1** VEHICLE YEAR | MAKE | MODEL | | | |
| | VEHICLE ID NO. (VIN) | | | ESTIMATED DAMAGE ☐ TOTALED $ | |
| **01** | | | INSURANCE COMPANY | |
| | TOWED FROM | TOWED BY | | POLICY NO | |

*(certification stamp: NEBRASKA DEPT OF ROADS — CERTIFIED COPY — Robert A. Branion — ACCIDENT RECORDS)*

### Complete this section for all injured persons
(Complete a continuation report, if more than three were injured)

| VEH. # | NAME / ADDRESS | DATE OF BIRTH (DAY/DD/YYYY) | 1 Seat Position | 2 Eject | 3 Seat Airbag | 4 Rest Sys. | 5 Trans | SEX M/F |
|---|---|---|---|---|---|---|---|---|
| 1 | LARRY R BLAIR 224 E. 4TH ST., AXTELL, NE 68924 | 05/23/1973 | 01 | 3 | 01 | 2 | 2 | M |
| | LOCAL NO | MEDICAL FACILITY NAME Good Samaritan Hospital | EMS SERVICE NAME Wood River Rescue Unit | | | | EMS RUN REPORT NO | |
| 1 | SHANE A LOVELAND 304 SHEPPARD AVE, HILDRETH, NE 68947 | 04/01/1982 | 02 | 3 | 08 | 2 | 2 | M |
| | LOCAL NO | MEDICAL FACILITY NAME Good Samaritan Hospital | EMS SERVICE NAME Good Samaritan EMS | | | | EMS RUN REPORT NO | |
| 1 | JACOB S SUMMERS 823 S. MAIN, WILBER, NE 68465 | 12/03/1991 | 03 | 3 | 01 | 2 | 2 | M |
| | LOCAL NO | MEDICAL FACILITY NAME Good Samaritan Hospital | EMS SERVICE NAME Shelton Volunteer Fire & Rescue | | | | EMS RUN REPORT NO | |

DR Form 40, Jan 09

THIS FORM REPLACES DR FORM 40, JAN 87
PREVIOUS EDITIONS WILL BE DESTROYED

(Page 2 of 2)

8:18-cv-00127-LSC-SMB Doc # 10-10 Filed 09/05/17 Page 12 of 22 - Page ID # 333
Case 2:15-cv-01682-JFS Document 59 Filed 04/19/17 Page 5 of 22



THE FOLLOWING INFORMATION IS REQUIRED FOR ALL ACCIDENTS

INDICATE BY DIAGRAM WHAT HAPPENED

AGENCY CASE NO. C15-07916

Indicate North by Arrow

Not To Scale

**DESCRIPTION OF ACCIDENT BASED ON OFFICER'S INVESTIGATION**

Vehicle #1 was east bound on I-80 near MM 294 when it blew a rear tire. Vehicle #1 crossed into the median and rolled. Vehicle #1 came to rest on the west bound shoulder. All three occupants of Vehicle #1 were ejected. Passengers #2 and #3 received serious injuries. A legal blood draw was taken from the driver of Vehicle #1. Drug use is suspected from all three occupants since methamphetamine was found at the scene. Kramer's towing removed Vehicle #1. All three occupants were transported to Good Samaritan Hospital in Kearney. Occupant #2 was taken by Air Care and eventually flown to Omaha.

CERTIFIED COPY

*Robert a. Smith*

NEBRASKA DEPT. OF ROADS
ACCIDENT RECORDS BUREAU

WITNESS:
Rob Gibson — PHONE 402-499-5550
Mary K Gibson — PHONE 402-432-0171

INVESTIGATOR'S NAME (type or type) Joe Flasnick

INVESTIGATOR SIGNATURE Approved by Joel Bergman

DEPARTMENT Nebraska State Patrol

DATE OF REPORT 05/06/2015

Exh. "B"

## Rhonda L. VanOsdale

| | |
|---|---|
| **From:** | Edward S. Bott |
| **Sent:** | Friday, November 06, 2015 4:43 PM |
| **To:** | Nancy Cody |
| **Cc:** | Rhonda L. VanOsdale |
| **Subject:** | Fwd: Goodyear Claim - Omaha, NE |
| **Attachments:** | image001.png; image001.png; image001.png; image001.png; image001.png; image001.png |

Nancy - I am sending you this email string FYI and file. I will keep you advised.

Ed

Sent from my iPad

Begin forwarded message:

> **From:** Steve Kirchner <steve.kirchner@fbfs.com>
> **Date:** November 6, 2015 at 11:13:07 AM CST
> **To:** "Edward S. Bott" <esb@greensfelder.com>
> **Subject: RE: Goodyear Claim - Omaha, NE**
>
> Dear Mr. Bott:
>
> I must clarify, only the 3 companion tires and wheels are being sent to the expert for non-destructive examination not the tire of issue.  This examination will include demounting the tires from the wheels.  The qualified expert who will be doing the demounting and examination is Paul Maurer at NDT & Radiography in Tucson AZ.  He will  be using the following protocol:
>
> The companion tires will be demounted from the wheels by expert using the following procedure:
> 1. Each tire/wheel will be videotaped.
> 2. The first bead will be broken from the wheel.
> 3. The tire bead will be subjected to a visual and tactile examination for damage. Any damage will be marked on the tire sidewall, and the state of the bead will be recorded using video along the entire 360 degrees of the bead.
> 4. Steps 2 and 3 will be repeated for the second bead.
> 5. The bulb of the valve stem will be subjected to a visual and tactile examination, and any damage noted. The state of the valve stem will be recorded on the video.
> 6. The first bead will be removed from the wheel using tire mounting lubricant as appropriate. The state of the bead will be recorded along the entire 360 degrees of the bead using video.
> 7. Step 6 will be repeated for the second bead.
> 8. The state of the valve stem bulb will be recorded on the video.
>
> In closing, all the tires will be preserved for later inspection by Goodyear in the event of any legal action.
>
> Sorry for the misunderstanding. Please contact me if you have any questions or concerns regarding this matter.
>
> Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, November 04, 2015 11:24 AM
**To:** Steve Kirchner <steve.kirchner@fbfs.com>
**Cc:** Julie M. Rodriguez <jrodriguez@greensfelder.com>
**Subject:** RE: Goodyear Claim - Omaha, NE

Mr. Kirchner:

As I understand your email, the companion tires will not be removed from the rims?  Or, do you foresee that happening and if so, who will do that?  If it is done, I ask that it be done by someone who is qualified and that it be videotaped.  Also, please do hold all tires and wheels for later inspection by Goodyear in Akron in the event litigation is filed.  And, finally, as you would expect, we do not consent to any examination or "testing" that would materially change the condition of the products as they now exist.  Please keep me advised.

Regards,
Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



 "We earn our reputation from the companies we keep."®
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended

recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C. shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, November 03, 2015 2:50 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

I wanted to update you with our investigation. We are going to remove the 3 companion tires from the vehicle and send all them including the tire at issue to our expert for additional non-destructive examination that includes x-ray and shearography. The removal with be recorded to memorialize the event. Once this has been completed the tires will again be preserved for any non-destructive custodial inspection Goodyear will require at its laboratory in Akron in the event of any legal action. In addition, the vehicle will remain preserved at its present location for future inspection if that is deemed necessary.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, September 02, 2015 12:48 PM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Thank you Steve for the clarification. This is acceptable.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Wednesday, September 02, 2015 12:42 PM
**To:** Edward S. Bott
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

Please know the black box was not removed from the vehicle and the data was only imagined not downloaded.

The black box is still securely connected to the vehicle under the driver's seat and the data preserved for future inquires.

The vehicle will remain protected at the location where the mutual examination took place until further notice.

I will communicate with you on any future issues that pertain to this.

Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone:  402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains

information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

---

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, September 02, 2015 11:41 AM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Steve:

I understand from Julie that at the inspection yesterday the black box from the vehicle was removed by representatives of a company by the name of Independent Forensics (IFIC).  I did not know this was going to happen.  Had I known, I would have wanted to discuss it with you before hand and may well have had someone present on behalf of Goodyear to have input into how that was done.  I suspect that so long as no data was lost this may end up being not an issue, but I do ask that you let me know what was done with the black box and who has custody.  I also request that no data be downloaded from the black box without prior notice to me and an opportunity for me to discuss that process with a consultant on behalf of Goodyear.  We may want to do that download jointly.

I look forward to hearing from you.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

---

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Wednesday, August 12, 2015 3:40 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

To follow-up with our conversation from yesterday. Attached is letter confirming the examination.

Please contact me with any questions or concerns.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Monday, August 10, 2015 11:49 AM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Mr. Kirchner:

We should be able to make these dates work. Julie Rodriguez will be attending from my office. I do not yet know who will attend from Goodyear. In preparation for the inspection, can you please provide to me any information you have on the accident. I have the accident report, but that is all. I am particularly interested in anything you have to identify the tire involved, i.e. make, model, DOT number, size, etc. Thank you.

Please confirm the date, time and location where the inspection will begin.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."*®

CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged. This information is intended to be for the use of the intended recipient. If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C. shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, August 04, 2015 3:47 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

We would like to do the mutual examination with Representatives of Goodyear present on September 1 and 2 if necessary. This was as close as we could get to the last two weeks in August.

Plan is to have Dr. John Daws examine the tire; along, with companion tires and vehicle if necessary for Farm Bureau on Tuesday, September 1, 2015 and Wednesday September 2, 2015 should that be necessary. We will look to start the examination at 9:30 AM. The examination will take place at the following location:

**Insurance Auto Auction – Omaha Branch**
**14749 Meredyth Plaza**
**Springfield, NE 68059**

I pray that these days will work.

Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
 Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the

taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Tuesday, July 28, 2015 12:10 PM
**To:** Steve Kirchner
**Subject:** RE: Goodyear Claim - Omaha, NE

Thank you.

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, July 28, 2015 12:08 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott :

I wanted to let you know that I am in receipt of your email.  I will follow-up with you as soon as I have discussed the matter with those handling the Claims.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone:  402-670-8672
Fax:  515-453-3683

Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

---

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Tuesday, July 28, 2015 10:16 AM
**To:** Steve Kirchner
**Subject:** Goodyear Claim - Omaha, NE

Steve:

You and I previously communicated on scheduling the field inspection of the tire involved in this occurrence, the vehicle and the companion tires. As I understand it, you wanted to coordinate a time when you could have your expert and representatives from Goodyear present at the same time for a joint inspection. I have checked with my client, and we would like to attempt to schedule this inspection on a date during the last two weeks in August. As of now, I think most days during those two weeks are available, but that is subject to change as time goes on. It is best that we lock in a date as soon as we can.

As Ms. Cody has indicated to you in earlier email, this field inspection is not a substitute for the non-destructive custodial inspection Goodyear will require of the tire at issue and companion tires at its laboratory in Akron in the event suit is filed.

Thank you for your cooperation. I look forward to hearing from you.

Regards,
Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."*®
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged. This information is intended to be for the use of the intended recipient. If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments. Opinions, conclusions and other

information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C. shall be understood as neither given nor endorsed by it.

This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.

This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.

This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.

Exh. "C"



## UPDATE: Conditions of I-80 Rollover Crash Victims

*By: NBC Nebraska*
*Updated: Tue 10:42 AM, May 05, 2015*



**More Stories**
Two People Arrested After Stealing Trooper's Car During Traffic Stop

**SHELTON, Neb.** -- 33-year-old Shane Loveland of Hildreth and 24-year-old Jacob Summers of Wilbur, who were involved in last Friday's truck rollover on I-80 near Shelton, remained in critical condition Tuesday.

Meanwhile, the driver of the truck, 42-year-old Larry Blair of Axtell, has been upgraded from serious to good condition.

Loveland and Blair were listed at Good Samaritan while Summers has since been transferred to a different hospital.

On Friday, one of the man was flown to the hospital, and the other two were taken by ambulance.

At the scene, the state patrol told NBC Nebraska the pickup truck was headed eastbound around 6:45 a.m. When the truck was just east of Shelton, at mile marker 294, a tire blew. The truck rolled and landed over on the westbound shoulder.

State patrol says all three men inside the truck were ejected adding that none of them were wearing seatbelts.

One of the men was flown via helicopter to Good Samaritan and the other two were taken by ambulance.

NBC Nebraska is working to gather more information on their conditions and will keep you updated.

# Exh. "D"

7/8/2015

8:18-cv-00127-LSC-SMB   Three hospitalized after I-80 crash near Shelton - Kearney Hub
Case 2:17-cv-01682-JHS   Documents-3   Filed 04/19/17   Page 26 of 22   Page ID # 348





Thanks for visiting KearneyHub.com. You're entitled to 15 free local articles every 30 days. After reaching 15 local story reads, you can return in a month to read an additional 15 local stories or purchase an affordable subscription.

For info on our subscription programs and what is included in your free articles monthly, click here. If you already have a subscription, click 'Login' at the top of the page if using a desktop computer and follow the prompts to login; if using a

**14**  **Remaining**

**64°**
Clear

Advanced Search
Search our site        [Go]

Welcome!  Login | Signup

   

Subscribe    Print Ads    Special Sections    Contact Us

| News | Sports | Obituaries | Opinions | Photos/Video | Classifieds | Coupons | Jobs | Marketplace | Contests | E-Paper |

# Three hospitalized after I-80 crash near Shelton

Story    Comments

Recommend   0    Tweet   0    g+1   0

Print    Font Size:

2





816 22nd Ave, Ste. 100
Kearney, NE

308.865.2263

Posted: Friday, May 1, 2015 7:50 am

**Hub Staff**

SHELTON — Three men were injured early this morning in a one-vehicle crash after a tire blew on a pickup.

At 6:54 a.m. Larry Blair, 42, of Axtell was driving a 2003 Chevrolet Silverado east on Interstate 80 three miles east of Shelton when the tire blew. Blair lost control of the pickup, which went through the median and westbound lanes and rolled several times, a Nebraska State Patrol dispatcher said.

The pickup came to rest on the westbound shoulder of I-80. The westbound driving lanes were closed for about 30 minutes while the scene was being investigated and cleaned up.

In addition to Blair, passengers Jacob Summers, 24, of Wilber and Shane Loveland, 33, of Hildreth were transported to CHI Health Good Samaritan by the Shelton Volunteer Fire Department Emergency Unit and AirCare. None of the men were restrained at the time of the crash. No other vehicles were involved, the dispatcher said.

The men's conditions weren't available late this morning.

NEED A NEW AIR CONDITIONER?
Call Us!
308-234-4858

SUMMIT
HEATING
& AIR
CONDITIONING
4103 Cherry Avenue, Kearney
Since 1977

CLICK HERE FOR MORE!

**Hub Staff**

Tweets from a list by Kearney Hub
A list of Kearney Hub reporters and accounts.

 Kearney Hub    33m
@KearneyHub

USDA prepares for possible return of bird flu this fall: bit.ly/1fnBTYp

 ABCKearney    48m
@ABCKearney

Just finished our first July meeting. Kicking off our revitalization plan with key informant interview. We want to hear your stories/ideas!

Retweeted by Amanda Brandt

## LOCAL NEWS VIDEOS

Purple Heart pinning ceremony
Kearney Hub

More videos:

**More about**  *Shelton*

- ARTICLE: Electrical fire damages Shelton residence (06-26-15)
- ARTICLE: Passenger in Friday's I-80 rollover near Shelton in critical condition (05-04-15)
- ARTICLE: Shelton begins renovations to its 101-year-old library (04-20-15)
- ARTICLE: Gangwish Seed Farm employs teens for summer detasseling (03-31-15)

Exh. "E"

7/8/2015     Three Injured in Morning I-80 Crash - KHGI-TV/KWNB-TV/KHGI-CD and KWNB-LD Grand Island, Kearney, Hastings

Case 2:17-cv-01682-JHS Document 3-3 Filed 04/19/17 Page 22 of 22
8:18-cv-00127 Document 3-3 Filed 09/14/18 Page 29 of 32 PageID # 350

[Advertisement banner: NY Mets vs. Cardinals JULY 17-19, JULY 17 CANVAS PRINT, JULY 17 CARPENTER BOBBLEHEAD, JULY 18 WARNER SHIRT, Buy Now cardinals.com]

[NTV share your thoughts... Cargill]

Story

# Three Injured in Morning I-80 Crash

*Posted: May 01, 2015 12:52 PM CDT*
*Updated: May 08, 2015 12:52 PM CDT*

**By Tanner Kahler, Weekend Producer / Reporter**    CONNECT

Near Shelton, NE- Three people were taken to Good Samaritan Hospital in Kearney Friday morning after they were ejected from a vehicle in a roll-over crash on Interstate 80.

According to the Nebraska State Patrol, a 2003 Silverado was east-bound on I-80 when it blew a tire at mile marker 294, lost control, crossed the median and rolled several times before coming to rest in the westbound shoulder.

The driver, Larry Blair, 42, of Axtell is in serious condition with head injuries.

Two passengers in the truck, Jacob Summers, 24, of Wilbur, and Shane Loveland, 33, of Hildreth, were transported with internal injuries. Both are in critical condition.

One of the men was taken by AirCare. The others were taken by ambulance.

Troopers say none of the men were wearing seat-belts.

**Offers and Articles From Around the Web**     ADVERTISEMENT

   

Here's Why You Should Stop 'Googling' Names    15 Famous Celebs Who Have Committed Horrible...    #1 Predictor Of Diabetic Amputation    15 Famous Celebs Who Have Committed Horrible

   

33 Actors Who Tragically Died Too Young    These Girls Would Be Stunning If It Weren't For...    New Rule in Missouri Leaves Drivers Furious and...    15 Famous Celebs Who Have Committed Horrible

worldnow

**General and ne**
**Across the Mid**
events@nebras
Comments: com

**News:**
news@nebrask
Phone: 308-743
News Fax: 308-

All content © Copyright 2000 - 2015 WorldNow and NTV, All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

# DECLARATION OF JAY K. LAWRENCE

I, Jay K. Lawrence, declare:

    1.     I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

    2.     I am the Manager of Product Analysis for The Goodyear Tire & Rubber Company ("Goodyear"). Since 1976, I have been employed by Goodyear in various capacities involving tire technology, including among many others the design and developmental testing of tires. Of particular note, from 1999 to 2002, I was the lead engineer in the Passenger and Radial Light Truck Tire Development Teams for Original Equipment Manufacturer tires, and from 2002 through 2007, I was the team leader in the Radial Light Truck Replacement Tire Development Organization.

    3.     By virtue of my tenure with Goodyear, I am generally familiar with Goodyear's United States business operations, its relationship with company-owned and authorized retailers that sell Goodyear tires, and the location of Goodyear's businesses, including its manufacturing facilities. I am also able to track a tire to its point of origin, using its DOT number.

    4.     I understand that this Declaration is offered in support of Goodyear's motion to transfer the action captioned as *Susman, et al. v. Goodyear Tire & Rubber Company* from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Nebraska.

5.    I was informed by counsel that plaintiffs have identified a tire bearing the DOT number "MDORNJHV0244." However, I was also informed by counsel that the tire at issue may actually bear DOT number "MD0RNJHV244."

6.    Upon information and belief, and using the second DOT number recited in Paragraph 5 above, the tire was designed in Akron, Ohio and manufactured in Gadsen, Alabama.


I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 18, 2017, in Akron, Ohio.



_____
Jay K. Lawrence

2

## CERTIFICATE OF SERVICE

I certify that on April 19, 2017, I have served a true and correct copy of the foregoing

Motion upon the following counsel for Plaintiffs:

Daniel J. Sherry, Jr., Esquire
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103

DATED: April 19, 2017            /s/ Jayne Risk
                                 Jayne Risk

                                 *Attorney for Defendant,*
                                 *Goodyear Tire & Rubber Company*