# **Exhibit F**

## DECLARATION OF DANIEL T. YOUNG

I, Daniel T. Young, declare:

1. I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

2. I am currently the Assistant Secretary of The Goodyear Tire & Rubber Company. I have been an employee of the company since 2007.

3. By virtue of my tenure with The Goodyear Tire & Rubber Company, I am generally familiar with its United States business operations, its relationship with company-owned and authorized retailers that sell Goodyear tires, and the location of The Goodyear Tire & Rubber Company's businesses, including its manufacturing facilities.

4. The Goodyear Tire & Rubber Company is incorporated under the laws of the State of Ohio.

5. The Goodyear Tire & Rubber Company maintains its corporate headquarters, which serves as its principal place of business, at 200 Innovation Way in Akron, Ohio.

6. The Goodyear Tire & Rubber Company is not domiciled in the Commonwealth of Pennsylvania, and it is not a "domestic" entity in Pennsylvania.

7. I was recently informed that the website maintained by the Pennsylvania Secretary of State lists "Goodyear Tire and Rubber Company" (as contrasted with Goodyear's correct name, "**The** Goodyear Tire & Rubber Company") as an "active" and "domestic" Pennsylvania corporation. However, the website hosts no documents that might support such a finding. Instead, documents hosted on that website, under the heading of "Goodyear Tire and

Rubber Company," relate to "Good**wear** Tire & Rubber Company." Copies of those documents are appended here as **Exhibit A** and **Exhibit B**.

8. It thus appears that those documents were linked to "Good**year** Tire and Rubber Company" only in error.

9. To the best of my knowledge and belief, The Good**year** Tire & Rubber Company is not and never has been related to "Good**wear** Tire & Rubber Company."

10. In any event, upon information and belief, the tire at issue was designed and manufactured by The Goodyear Tire & Rubber Company—an entity organized under the laws of Ohio and headquartered in Akron, Ohio.

11. Moreover, though Plaintiffs assert that "Goodyear Tire & Rubber Company" is a "domestic" entity in Pennsylvania, they have evinced knowledge otherwise. Specifically, they served The Goodyear Tire & Rubber Company by mailing a copy of the Complaint to its corporate headquarters at "200 Innovative [sic] Way, Akron, OH 44316."

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 12, 2016, at Akron, Ohio.

*Daniel T. Young*
Daniel T. Young
Assistant Secretary

2

# Exh. "A"

*To the Governor of the Commonwealth of Pennsylvania:*

SIR:—In compliance with the requirements of an act of the General Assembly of the Commonwealth of Pennsylvania, entitled "An act to provide for the incorporation and regulation of certain corporations," approved the 29th day of April A. D. 1874, and the several supplements thereto, the undersigned _____all_____ of whom are citizens of Pennsylvania, having associated themselves together for the purpose hereinafter specified, and desiring that they may be incorporated, and that letters patent may issue to them and their successors according to law, do hereby certify:—

1st. The name of the proposed corporation is Goodwear Tire & Rubber Company.

2d. Said corporation is formed for the purpose of manufacturing, repairing, rebuilding, buying, selling and dealing in automobiles and motor-cycle tires, tubes, accessories, supplies and similar articles.

3d. The business of said corporation is to be transacted in Allentown, Pa.

4th. Said corporation is to exist perpetually.

5th. The names and residences of the subscribers and the number of shares subscribed by each, are as follows:

| NAME. | RESIDENCE. | NO. OF SHARES. |
|---|---|---|
| Horace B. King | Harrisburg, Pa. | 2 |
| M. B. Spangler | Penbrook, Pa. | 2 |
| F. F. Barnitz | Carlisle, Pa. | 2 |

6th. The number of directors of said corporation is fixed at three and the names and residences of the directors who are chosen directors for the first year are as follows:

| NAME | RESIDENCE |
|---|---|
| Horace B. King | Harrisburg, Pa. |
| M. B. Spangler | Penbrook, Pa. |
| F. F. Barnitz | Carlisle, Pa. |

7th. The amount of the capital stock of said corporation is $5,000.00 divided into 50 shares of the par value of $100.00 and $500.00 being ten per centum of the capital stock, has been paid in cash to the treasurer of said corporation, whose name and residence are:

Horace B. King, Harrisburg, Pa.

|  |  |
|---|---|
| Horace B. King | (SEAL) |
| M. B. Spangler | (SEAL) |
| E. E. Barnitz | (SEAL) |

STATE OF PENNSYLVANIA, } ss:
County of Dauphin }

Before me, a Notary Public in and for the county aforesaid, personally came the above named Horace B. King, M. B. Spangler and E. E. Barnitz who in due form of law acknowledged the foregoing instrument to be their act and deed for the purposes therein specified.

Witness my hand and seal of office, the 13th day of November A. D. 1919.

[SEAL]

Mabel Updegrove, Notary Public
My commission expires February 19, 1921.

STATE OF PENNSYLVANIA, } ss:
County of Dauphin }

Personally appeared before me this 13th day of November A. D. 1919. Horace B. King, M. B. Spangler and E. E. Barnitz who being duly sworn, according to law, depose and say that the statements contained in the foregoing instrument are true.

Sworn and subscribed before me the day and year aforesaid.

Mabel Updegrove, Notary Public
[SEAL]
My commission expires February 19, 1921.

Horace B. King
M. B. Spangler
E. E. Barnitz

### EXECUTIVE CHAMBER.

Harrisburg, Dec. 15, 1919.

To the Secretary of the Commonwealth:

Having examined the within application and found it to be in proper form, and within the purposes of the class of corporations specified in section two, of the act, entitled "An act to provide for the incorporation and regulation of certain corporations," approved April 29th, A. D. 1874, and the several supplements thereto, I hereby approve the same, and direct that letters patent issue according to law.

Wm. C. Sproul
Governor.

### SECRETARY'S OFFICE.

PENNSYLVANIA, SS:
Enrolled in Charter Book No. 187 page 277.
Witness my hand and Seal of Office at Harrisburg this 15th day of December A. D. 1919.

Cyrus E. Woods
Secretary of the Commonwealth.

[Secretary's Seal]

# Exh. "B"

## IN THE NAME AND BY AUTHORITY OF THE
## COMMONWEALTH OF PENNSYLVANIA



### EXECUTIVE DEPARTMENT

### To all to whom these Presents shall come, Greeting:

**Whereas,** In and by an Act of the General Assembly of the Commonwealth of Pennsylvania, entitled "An act to provide for the incorporation and regulation of certain corporations," approved the twenty-ninth day of April, Anno Domini one thousand eight hundred and seventy-four, and the supplements thereto, the Governor of the Commonwealth is authorized and required to issue **Letters Patent** to all corporations formed under the provisions of said acts, embraced within the second class named therein.

**And Whereas,** The stipulations and conditions in said Act of the General Assembly and the supplements thereto have been fully complied with by Goodwear Tire & Rubber Company

**Therefore, Know Ye,** That under authority of the Constitution and laws of said Commonwealth in such case made and provided, I do by these **Presents,** which I have caused to be made **Patent** and sealed with the Great Seal of the State, create, erect and incorporate the subscribers to the stock of said corporation, their associates and successors, and also those who may thereafter become subscribers or holders of the stock of the said corporation, into a body politic and corporate in deed and in law, by the name chosen and hereinbefore specified, who shall have succession perpetually and shall be invested with and have and enjoy all the powers, privileges and franchises incident to a corporation; and be subject to all the duties, requirements and restrictions specified and enjoined in and by the said Acts of the General Assembly and all other laws of this Commonwealth.

Given under my hand and the Great Seal of the State, at the City of Harrisburg, this fifteenth day of December in the year of our Lord one thousand nine hundred and nineteen and of the Commonwealth the one hundred and forty-fourth.

Wm. C. Sproul

SEAL

BY THE GOVERNOR:

Cyrus E. Woods

Secretary of the Commonwealth.