# Exhibit I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS, | : : : : | CIVIL ACTION NO.:2:17-cv-01682-JHS |
| Plaintiffs, | : : | |
| v. | : : | |
| GOODYEAR TIRE & RUBBER COMPANY, | : : : | |
| Defendant. | : : | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Rysta Leona Susman, as Legal Guardian of Shane Allen Loveland, and Jacob Summers, voluntarily dismiss this action without prejudice. The only entity that has appeared in this action, The Goodyear Tire & Rubber Company, stipulates to such dismissal.

    Respectfully submitted,

    BY:  */s/ Daniel J. Sherry, Jr.*
    Daniel J. Sherry, Jr., Esquire
    EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
    1634 Spruce Street
    Philadelphia, PA 19103
    Phone: 215.546.6636
    Fax: 215.546.0118

    *Attorney for Plaintiffs*

Dated:  May 18, 2017

BY: /s/ Jayne Risk_____
Jayne A. Risk
Justin Kerner
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Phone: 215.656.3300
Fax: 215.656.3301

*Attorneys for Defendant,*
*The Goodyear Tire & Rubber Company*

Dated: May 18, 2017

2