# Exhibit J

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

MAY 2017    000306

E-Filing Number: 1705002140

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYSTA L. SUSMAN | THE GOODYEAR TIRE & RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE<br>HILDRETH NE 68947 | 200 INNOVATION WAY<br>AKRON OH 44316 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| RYSTA L. SUSMAN | THE GOODYEAR TIRE & RUBBER COMPANY, ALIAS: GOODYEAR TIRE AND RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 304 SHEPPARD AVENUE<br>HILBRETH NE 68947 | 200 INNOVATION WAY<br>AKRON OH 44316 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JACOB SUMMERS | THE GOODYEAR TIRE & RUBBER COMPANY, ALIAS: GOODWEAR TIRE AND RUBBER COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 823 S. MAIN<br>WILBER NE 68465 | 200 INNOVATION WAY<br>AKRON OH 44316 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 3 | 9 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- ☐ $50,000.00 or less
- ☒ More than $50,000.00

**COURT PROGRAMS**
- ☐ Arbitration
- ☒ Jury
- ☐ Non-Jury
- ☐ Other:
- ☐ Mass Tort
- ☐ Savings Action
- ☐ Petition
- ☐ Commerce
- ☐ Minor Court Appeal
- ☐ Statutory Appeals
- ☐ Settlement
- ☐ Minors
- ☐ W/D/Survival

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
MAY 01 2017
M. BRYANT

**IS CASE SUBJECT TO COORDINATION ORDER?**  YES  NO

---

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: RYSTA L SUSMAN , RYSTA L SUSMAN , JACOB SUMMERS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DANIEL J. SHERRY | EISENBERG ROTHWEILER WINKLER EISENBERG & JECK PC<br>1634 SPRUCE STREET<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)546-6636 | (215)546-0118 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 201515 | daniel@erlegal.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DANIEL SHERRY | Monday, May 01, 2017, 02:51 pm |

Case ID: 170500306

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**
```
  1. THE GOODYEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  2. THE GOODYEAR TIRE & RUBBER COMPANY
       ALIAS: GOODYEAR TIRE AND RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  3. THE GOODYEAR TIRE & RUBBER COMPANY
       ALIAS: GOODWEAR TIRE AND RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  4. GOODWEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  5. GOODWEAR TIRE & RUBBER COMPANY
       ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  6. GOODWEAR TIRE & RUBBER COMPANY
       ALIAS: GOODYEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  7. GOODYEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  8. GOODYEAR TIRE & RUBBER COMPANY
       ALIAS: THE GOODYEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
  9. GOODYEAR TIRE & RUBBER COMPANY
       ALIAS: GOODWEAR TIRE & RUBBER COMPANY
       200 INNOVATION WAY
       AKRON OH 44316
```

Case ID: 170500306

| | | |
|---|---|---|
| **EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**<br>BY:  DANIEL J. SHERRY, JR., ESQUIRE<br>ATTORNEY I.D. No. 201515<br>1634 Spruce Street<br>Philadelphia, PA 19103<br>215.546.6636 | | **ATTORNEY FOR PLAINTIFFS**<br>*Filed and Attested by the Office of Judicial Records 01 MAY 2017 02:51 pm M. BRYANT* |

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, both Individually and as Legal Guardian of SHANE ALLEN LOVELAND<br>304 Sheppard Ave.<br>Hildreth, NE 68947<br>            and<br>JACOB SUMMERS<br>823 S. Main<br>Wilber, NE 68465 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br><br>MAY TERM, 2017<br>NO.<br><br>**<u>JURY TRIAL DEMANDED</u>** |
|                             Plaintiffs | :<br>: | |
|                 v. | :<br>: | |
| THE GOODYEAR TIRE & RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>            and<br>THE GOODYEAR TIRE & RUBBER COMPANY d/b/a GOODYEAR TIRE AND RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>            and<br>THE GOODYEAR TIRE & RUBBER COMPANY d/b/a GOODWEAR TIRE AND RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>            and<br>GOODWEAR TIRE & RUBBER COMPANY<br>200 Innovation Way<br>Akron, Ohio 44316<br>            and | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |

Case ID: 170500306

| | |
|---|---|
| GOODWEAR TIRE & RUBBER COMPANY | : |
| d/b/a THE GOODYEAR TIRE & RUBBER | : |
| COMPANY | : |
| 200 Innovation Way | : |
| Akron, Ohio 44316 | : |
| and | : |
| GOODWEAR TIRE & RUBBER COMPANY | : |
| d/b/a GOODYEAR TIRE & RUBBER | : |
| COMPANY | : |
| 200 Innovation Way | : |
| Akron, Ohio 44316 | : |
| and | : |
| GOODYEAR TIRE & RUBBER COMPANY | : |
| 200 Innovation Way | : |
| Akron, Ohio 44316 | : |
| and | : |
| GOODYEAR TIRE & RUBBER COMPANY | : |
| d/b/a THE GOODYEAR TIRE & RUBBER | : |
| COMPANY | : |
| 200 Innovation Way | : |
| Akron, Ohio 44316 | : |
| and | : |
| GOODYEAR TIRE & RUBBER COMPANY | : |
| d/b/a GOODWEAR TIRE & RUBBER | : |
| COMPANY | : |
| 200 Innovation Way | : |
| Akron, Ohio 44316 | : |
| Defendants | : |

## **PRAECIPE TO ISSUE WRIT OF SUMMONS**

TO THE PROTHONOTARY:

    Kindly issue the Writ of Summons in connection with the above-referenced matter.

                                            **EISENBERG, ROTHWEILER, WINKLER,**
                                            **EISENBERG & JECK, P.C.**


                                BY: **/s/ Daniel J. Sherry, Jr.**
                                     DANIEL J. SHERRY, JR., ESQUIRE
                                     Attorney for Plaintiff

DATED:  May 1, 2017

Case ID: 170500306

C.P.97

# Commonwealth of Pennsylvania

CITY AND COUNTY OF PHILADELPHIA

SUMMONS
*CITACION*

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

*vs.*

THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, OH 44316, et al.

COURT OF COMMON PLEAS

Susman Etal Vs The Goodyear Tire & Rubber Co-WRSUM ___ Term, 20 17

17050030600003

To<sup>(1)</sup>

See attached list for Defendants

You are notified that the Plaintiff<sup>(2)</sup>
*Usted esta avisado que el demandante*<sup>(2)</sup>

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

Date  December 28, 2012

**170500306**
31 MAY 2017 11:59 am
D. GOTACIN

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 170500306

## LIST OF DEFENDANTS – WRIT OF SUMMONS

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODYEAR TIRE AND
RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
THE GOODYEAR TIRE & RUBBER
COMPANY d/b/a GOODWEAR TIRE
AND RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODWEAR TIRE & RUBBER COMPANY
d/b/a GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a THE GOODYEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316
    and
GOODYEAR TIRE & RUBBER COMPANY
d/b/a GOODWEAR TIRE & RUBBER
COMPANY
200 Innovation Way
Akron, Ohio 44316

Case ID: 170500306

COURT OF COMMON PLEAS

May _____ Term, 20 _17_ No. _____

RYSTA LEONA SUSMAN, both
Individually and as legal Guardian
of SHANE ALLEN LOVELAND
304 Sheppard Avenue
Hildreth, NE 68947, et al.

vs.

THE GOODYEAR TIRE & RUBBER COMPANY
200 Innovation Way
Akron, OH 44316, et al.

SUMMONS

Case ID: 170500306