# Exhibit K

# The Goodyear Tire & Rubber Company

## Akron, Ohio 44316 – 0001

May 20, 2017

***Via Email and Certified U.S. Mail Return/Receipt***
Daniel J. Sherry, Jr., Esq.
1634 Spruce Street
Philadelphia, PA 19103
Daniel@erlegal.com

Dear Mr. Sherry:

On May 15, 2017, The Goodyear Tire & Rubber Company received certified mail enclosing nine separate sets of cover letters, civil cover sheets, and Praecipes (each to issue a writ of summons). Those cover letters were addressed to:
- The Goodyear Tire & Rubber Company;
- The Goodyear Tire & Rubber Company d/b/a Goodyear Tire & Rubber Company;
- The Goodyear Tire & Rubber Company d/b/a Goodwear Tire & Rubber Company;
- Goodyear Tire & Rubber Company;
- Goodyear Tire & Rubber Company d/b/a The Goodyear Tire & Rubber Company;
- Goodyear Tire & Rubber Company d/b/a Goodwear Tire & Rubber Company;
- Goodwear Tire & Rubber Company;
- Goodwear Tire & Rubber Company d/b/a The Goodyear Tire & Rubber Company; and
- Goodwear Tire & Rubber Company d/b/a Goodyear Tire & Rubber Company.

The Goodyear Tire & Rubber Company does not do business in Pennsylvania as "Goodyear Tire & Rubber Company" or "Goodwear Tire & Rubber Company." Moreover, The Goodyear Tire & Rubber Company is not authorized to accept service on behalf of those entities.

Accordingly, I write to notify you that The Goodyear Tire & Rubber Company is rejecting your attempted service upon: (1) The Goodyear Tire & Rubber Company insofar as it purportedly does business as either "Goodyear Tire & Rubber Company" or "Goodwear Tire & Rubber Company"; and (2) either "Goodyear Tire & Rubber Company" or "Goodwear Tire & Rubber Company," insofar as you attempted to serve them at the address of The Goodyear Tire & Rubber Company in Akron, Ohio. Of course, service upon The Goodyear Tire & Rubber Company – doing business in its own name – was proper, and has been accepted.

# The Goodyear Tire & Rubber Company

## Akron, Ohio  44316 – 0001

Any further attempt to serve "Goodyear Tire & Rubber Company" or "Goodwear Tire & Rubber Company" (in any capacity) at The Goodyear Tire & Rubber Company's corporate headquarters will be similarly rejected.

Best regards,

*[signature]*

DREW ODUM