# Exhibit N

  htorrey

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| Case ID: | 170500306 |
| Case Caption: | SUSMAN ETAL VS THE GOODYEAR TIRE & RUBBER COMPANY |
| Filing Date: | Monday , May 01st, 2017 |
| Court: | MAJOR JURY-STANDARD |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | MOTOR VEHICLE ACCIDENT |
| Status: | NOT OF REMOVAL TO US DIST CT |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | SHERRY JR,, DANIEL J |
| **Address:** EISENBERG ROTHWEILER WINKLER EISENBERG & JECK PC 1634 SPRUCE STREET PHILADELPHIA PA 19103 (215)546-6636 | | **Aliases:** | none | |
| | | | | |
| 2 | 1 | | PLAINTIFF | SUSMAN, RYSTA L |
| **Address:** 304 SHEPPARD AVENUE HILDRETH NE 68947 | | **Aliases:** | none | |
| | | | | |
| 3 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |

| | | | | |
|---|---|---|---|---|
| | | | | |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | none | |
| | | | | |
| 4 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE & RUBBER COMPANY | |
| | | | | |
| 5 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE & RUBBER COMPANY | |
| | | | | |
| 6 | 1 | | GUARDIAN - PLAINTIFF | SUSMAN, RYSTA L |
| **Address:** | 304 SHEPPARD AVENUE HILBRETH NE 68947 | **Aliases:** | none | |
| | | | | |
| 7 | 1 | | PLAINTIFF | SUMMERS, JACOB |
| **Address:** | 823 S. MAIN WILBER NE 68465 | **Aliases:** | none | |
| | | | | |
| 8 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | none | |
| | | | | |
| 9 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE AND RUBBER COMPANY | |
| | | | | |
| 10 | | | DEFENDANT | GOODYEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE & RUBBER COMPANY | |
| | | | | |
| 11 | | | DEFENDANT | GOODWEAR TIRE & RUBBER COMPANY |

| | | | | |
|---|---|---|---|---|
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | none | |
| 12 | | | DEFENDANT | GOODWEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE & RUBBER COMPANY | |
| 13 | | | DEFENDANT | GOODWEAR TIRE & RUBBER COMPANY |
| **Address:** | 200 INNOVATION WAY AKRON OH 44316 | **Aliases:** | GOODYEAR TIRE & RUBBER COMPANY | |
| 14 | | | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | none | |
| 15 | | | ATTORNEY FOR DEFENDANT | KERNER, JUSTIN |
| **Address:** | 1650 MARKET STREET, SUITE 4900 PHILADELPHIA PA 19103 (215)656-2454 | **Aliases:** | none | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 01-MAY-2017 02:51 PM | ACTIVE CASE | | | 02-MAY-2017 10:36 AM |
| **Docket Entry:** | E-Filing Number: 1705002140 | | | |
| 01-MAY-2017 02:51 PM | COMMENCEMENT CIVIL ACTION JURY | SHERRY JR,, DANIEL J | | 02-MAY-2017 10:36 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | none. | | | |

| | | | | |
|---|---|---|---|---|
| 01-MAY-2017 02:51 PM | PRAE TO ISSUE WRIT OF SUMMONS | SHERRY JR,, DANIEL J | | 02-MAY-2017 10:36 AM |
| **Documents:** | ⬥ Click link(s) to preview/purchase the documents<br>praecipe to issue writ.pdf<br>WRSUM_3_001.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | PRAECIPE TO ISSUE WRIT OF SUMMONS FILED. WRIT OF SUMMONS ISSUED. | | | |
| | | | | |
| 01-MAY-2017 02:51 PM | SHERIFF'S SURCHARGE 9 DEFTS | SHERRY JR,, DANIEL J | | 02-MAY-2017 10:36 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 01-MAY-2017 02:51 PM | JURY TRIAL PERFECTED | SHERRY JR,, DANIEL J | | 02-MAY-2017 10:36 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 01-MAY-2017 02:51 PM | WAITING TO LIST CASE MGMT CONF | SHERRY JR,, DANIEL J | | 02-MAY-2017 10:36 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 31-MAY-2017 11:59 AM | PRAECIPE TO REISSUE SUMMONS | SHERRY JR,, DANIEL J | | 31-MAY-2017 12:02 PM |
| **Documents:** | ⬥ Click link(s) to preview/purchase the documents<br>Praec to Reissue Summons.5.31.17.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF JACOB SUMMERS, RYSTA L SUSMAN AND RYSTA L SUSMAN) | | | |
| | | | | |
| 29-JUN-2017 01:22 PM | PRAECIPE TO REISSUE SUMMONS | SHERRY JR,, DANIEL J | | 29-JUN-2017 02:14 PM |
| **Documents:** | ⬥ Click link(s) to preview/purchase the documents<br>Praecipe to Issue and Writ of Summons.pdf<br>Praec to Reissue Summons.6.29.17.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF JACOB SUMMERS, RYSTA L SUSMAN AND RYSTA L SUSMAN) | | | |
| | | | | |
| 12-JUL-2017 | LISTED FOR CASE MGMT | | | 12-JUL-2017 |

| | | | | |
|---|---|---|---|---|
| 10:45 AM | CONF | | | 10:45 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 14-JUL-2017 12:30 AM | NOTICE GIVEN | | | 14-JUL-2017 12:30 AM |
| **Docket Entry:** | *none.* | | | |
| | | | | |
| 18-JUL-2017 04:31 PM | COMPLAINT FILED NOTICE GIVEN | SHERRY JR,, DANIEL J | | 18-JUL-2017 04:48 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Complaint 7.18.17.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. (FILED ON BEHALF OF JACOB SUMMERS, RYSTA L SUSMAN AND RYSTA L SUSMAN) | | | |
| | | | | |
| 28-JUL-2017 02:22 PM | PRAECIPE TO REISSUE SUMMONS | SHERRY JR,, DANIEL J | | 28-JUL-2017 02:24 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Praec to Reissue Summons.7.28.17.pdf<br>Praecipe to Issue and Writ of Summons.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | PREACIPE TO REISSUE WRIT OF SUMMONS FILED. WRIT REISSUED. (FILED ON BEHALF OF JACOB SUMMERS, RYSTA L SUSMAN AND RYSTA L SUSMAN) | | | |
| | | | | |
| 08-AUG-2017 12:42 PM | NOT OF REMOVAL TO US DIST CT | KERNER, JUSTIN | | 08-AUG-2017 01:02 PM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Loveland - Praecipe to Enter Notice of Removal - 8-8-17.pdf<br>Loveland - Filed Notice of Removal - 8-7-17 (2).PDF | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | NOTICE OF REMOVAL TO THE U.S. (EASTERN) DISTRICT COURT UNDER 2:17-CV-03521. (FILED ON BEHALF OF GOODYEAR TIRE & RUBBER COMPANY) | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[E-Filing System]    [Search Home]

# US District Court Civil Docket

## U.S. District - Pennsylvania Eastern
### (Philadelphia)

## 2:17cv3521

## Susman v. The Goodyear Tire & Rubber Company et al

This case was retrieved from the court on Tuesday, September 05, 2017

| | |
|---|---|
| **Date Filed:** 08/07/2017 | |
| **Assigned To:** Honorable Joel H. Slomsky | **Class Code:** OPEN |
| **Referred To:** | **Closed:** |
| **Nature of suit:** Product Liability (365) | **Statute:** 28:1332 |
| **Cause:** Diversity-Product Liability | **Jury Demand:** None |
| **Lead Docket:** None | **Demand Amount:** $0 |
| **Other Docket:** None | **NOS Description:** Product Liability |
| **Jurisdiction:** Diversity | |

| Litigants | Attorneys |
|---|---|
| Rysta Leona Susman<br>BOTH INDIVIDUALLY AND AS LEGAL GUARDIAN OF SHANE ALLEN LOVELAND<br>Plaintiff | DANIEL JOSEPH SHERRY , JR.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK P.C.<br>1634 Spruce Street<br>Philadelphia , PA  19103<br>USA<br>215-546-6636<br>Fax: 215-546-0118<br>Email:Daniel@erlegal.Com |
| Jacob Summers<br>Plaintiff | DANIEL JOSEPH SHERRY , JR.<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK P.C.<br>1634 Spruce Street<br>Philadelphia , PA  19103<br>USA<br>215-546-6636<br>Fax: 215-546-0118<br>Email:Daniel@erlegal.Com |
| The Goodyear Tire & Rubber Company<br>Defendant | JUSTIN EDWARD KERNER<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>DLA PIPER LLP<br>1650 Market St 49th Fl<br>Philadelphia , PA  19103<br>USA<br>215-656-2454<br>Email:Justin.Kerner@dlapiper.Com |
| The Goodyear Tire & Rubber Company<br>Defendant | |

| | |
|---|---|
| The Goodyear Tire & Rubber Company<br>doing business as<br>Defendant | JAYNE RISK<br>ATTORNEY TO BE NOTICED<br>DLA PIPER RUDNICK GRAY CARY US, LLP<br>One Liberty Pl<br>1650 Market St<br>Suite 4900<br>Philadelphia , PA  19103<br>USA<br>215-656-3328<br>Email:Jayne.Risk@dlapiper.Com<br><br>JUSTIN EDWARD KERNER<br>ATTORNEY TO BE NOTICED<br>DLA PIPER LLP<br>1650 Market St 49th Fl<br>Philadelphia , PA  19103<br>USA<br>215-656-2454<br>Email:Justin.Kerner@dlapiper.Com |
| The Goodyear Tire & Rubber Company<br>doing business as<br>GOODWEAR TIRE & RUBBER COMPANY<br>Defendant | |
| Goodwear Tire & Rubber Company<br>Defendant | |
| Goodwear Tire & Rubber Company<br>doing business as<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>Defendant | |
| Goodwear Tire & Rubber Company<br>doing business as<br>GOODYEAR TIRE & RUBBER COMPANY<br>Defendant | |
| Goodyear Tire & Rubber Company<br>Defendant | JUSTIN EDWARD KERNER<br>LEAD ATTORNEY;ATTORNEY TO BE NOTICED<br>DLA PIPER LLP<br>1650 Market St 49th Fl<br>Philadelphia , PA  19103<br>USA<br>215-656-2454<br>Email:Justin.Kerner@dlapiper.Com<br><br>JAYNE RISK<br>ATTORNEY TO BE NOTICED<br>DLA PIPER RUDNICK GRAY CARY US, LLP<br>One Liberty Pl<br>1650 Market St<br>Suite 4900<br>Philadelphia , PA  19103<br>USA<br>215-656-3328<br>Email:Jayne.Risk@dlapiper.Com |
| Goodyear Tire & Rubber Company<br>doing business as<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>Defendant | |
| Goodyear Tire & Rubber Company<br>doing business as<br>GOODWEAR TIRE & RUBBER COMPANY<br>Defendant | |

| Date | # | Proceeding Text | Source |
|---|---|---|---|
| 08/07/2017 | 1 | NOTICE OF REMOVAL by THE GOODYEAR TIRE &amp; RUBBER COMPANY from Court of Common Pleas of Philadelphia, case number 170500306, with Certificate of Service. (Filing fee $ 400 receipt number 163782) (Attachments: # 1 Exhibit, # 2 Declaration, # 3 Certificate of Service, # 4 Civil Cover Sheet, # 5 Case Management Track Form, # 6 Designation Form)(rt) (Entered: 08/08/2017) | |
| 08/08/2017 | 2 | MOTION to Transfer the Action to the United States District Court for the District of Nebraska filed by GOODYEAR TIRE &amp; RUBBER COMPANY.Memorandum in Support with Certificate of Service. (Attachments: # 1 Memorandum Memorandum in Support, # 2 Text of Proposed Order Proposed Order)(KERNER, JUSTIN) (Entered: 08/08/2017) | |
| 08/11/2017 | 3 | ANSWER to Complaint by GOODYEAR TIRE &amp; RUBBER COMPANY, New Matter, Certificate of Service.(RISK, JAYNE) Modified on 8/14/2017 (md). (Entered: 08/11/2017) | |
| 08/16/2017 | 4 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by THE GOODYEAR TIRE &amp; RUBBER COMPANY. (Attachments: # 1 Certificate of Service Certificate of Service)(KERNER, JUSTIN) (Entered: 08/16/2017) | |
| 08/21/2017 | 5 | MOTION to Stay Briefing Associated with The Goodyear Tire and Rubber Company's Motion to Transfer filed by JACOB SUMMERS, RYSTA LEONA SUSMAN.Plts Motion to Stay Briefing. (Attachments: # 1 Certificate of Service, # 2 Exhibit, # 3 Exhibit)(SHERRY, DANIEL) (Entered: 08/21/2017) | |
| 08/21/2017 | 6 | LETTER re RESPONSE in Opposition re 5 MOTION to Stay Briefing Associated with The Goodyear Tire and Rubber Company's Motion to Transfer filed by THE GOODYEAR TIRE &amp; RUBBER COMPANY. (Attachments: # 1 Certificate of Service Certificate of Service)(RISK, JAYNE) Modified on 8/22/2017 (md). (Entered: 08/21/2017) | |
| 08/22/2017 | 7 | REPLY BRIEF in Support of 5 MOTION to Stay Responsive Briefings to the Goodyear Tire and Rubber Company's Motion to Transfer, filed by JACOB SUMMERS, RYSTA LEONA SUSMAN. (Attachments: # 1 Certificate of Service, # 2 Exhibit A)(SHERRY, DANIEL) Modified on 8/23/2017 (md). (Entered: 08/22/2017) | |
| 08/23/2017 | 8 | MOTION to Remand to the Court of Common Pleas of Philadelphia filed by JACOB SUMMERS, RYSTA LEONA SUSMAN.. (Attachments: # 1 Memorandum, # 2 Memorandum, # 3 Certificate of Service, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9)(SHERRY, DANIEL) (Entered: 08/23/2017) | |
| 08/24/2017 | 9 | ORDER THAT PLAINTIFFS' MOTION TO STAY BRIEFING ASSOCIATED WITH THE MOTION TO TRANSFER (DOC. NO. 5) IS GRANTED. ALL BRIEFING REGARDING THE MOTION TO TRANSFER (D0C. NO. 2) IS STAYED PENDING THE OUTCOME OF PLAINTIFFS' MOTION TO REMAND (DOC. NO. 8). SIGNED BY HONORABLE JOEL H. SLOMSKY ON 8/24/2017.8/24/2017 ENTERED AND COPIES MAILED TO UNREP AND E-MAILED.(ahf) (Entered: 08/24/2017) | |

Copyright © 2017 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***