# Exhibit Q



