## CERTIFICATE OF SERVICE

I certify that on September 19, 2017, I have served a true and correct copy of the foregoing Plaintiffs' Reply Brief in Support of Their Motion to Remand upon the following counsel for Defendants:

Jayne A. Risk
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103

                                            **EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

                                            BY:   */s/* Daniel J. Sherry, Jr.
                                                      DANIEL J. SHERRY, JR., ESQUIRE
                                                      *Attorney for Plaintiff*

DATED:  September 19, 2017