IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYSTA LEONA SUSMAN, et al.,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, et al.,

    Defendants.

CIVIL ACTION
NO. 17-3521

## ORDER

**AND NOW**, this 19th day of September 2017, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 8) and Defendant The Good Year Tire & Rubber Company's Opposition to Plaintiffs' Motion to Remand (Doc. No. 10), it is **ORDERED** that a hearing on the Motion (Doc. No. 8) will be held on **October 4, 2017 at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.