IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOODYEAR TIRE & RUBBER COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:17-cv-03521 |

### THE GOODYEAR TIRE & RUBBER COMPANY'S MOTION TO STRIKE PLAINTIFFS' REPLY IN SUPPORT OF THEIR REMAND MOTION, OR, ALTERNATIVELY, FOR LEAVE TO RAISE BRIEF SUR-REPLY ARGUMENTS

Defendant The Goodyear Tire & Rubber Company ("Goodyear") hereby formally moves to strike plaintiffs' Reply in support of their Remand Motion (ECF No. 12), or, alternatively, for leave to raise brief Sur-reply arguments addressing four discrete points.

The bases for this Motion are set forth in the accompanying memorandum of law.

Dated: September 26, 2017.

                                                            Respectfully submitted,

                                                            /s/ Justin Kerner
                                                            Jayne A. Risk
                                                            *jayne.risk@dlapiper.com*
                                                           Justin Kerner
                                                           *justin.kerner@dlapiper.com*
                                                           **DLA PIPER LLP (US)**
                                                           One Liberty Place
                                                           1650 Market Street, Suite 4900
                                                           Philadelphia, PA 19103
                                                           Phone: (215) 656-3300
                                                           Fax: (215) 656-3301

                                                           *Attorneys for Defendant*
                                                           *The Goodyear Tire & Rubber Company*