IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOODYEAR TIRE & RUBBER COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:17-cv-03521 |

## PROPOSED ORDER

**AND NOW**, this ___ day of _____, 2017, upon consideration of the motion to strike plaintiffs' reply (ECF No. 12) or, alternatively, for leave to raise brief sur-reply arguments by defendant The Goodyear Tire & Rubber Company, **IT IS ORDERED** that said motion is **GRANTED**.

The Clerk of the Court is hereby directed to strike plaintiffs' reply (ECF No. 12) from the docket.

BY THE COURT:

_____
Slomsky, J.