## CERTIFICATE OF SERVICE

I certify that on September 26, 2017, I have served a true and correct copy of the foregoing Motion upon the following counsel for Plaintiffs:

Daniel J. Sherry, Jr., Esquire
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA  19103

DATED:  September 26, 2017          /s/ Justin Kerner
                                   Justin Kerner

                                   *Attorney for Defendant*
                                   *The Goodyear Tire & Rubber Company*