IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, et al., | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO. 17-3521 |
| THE GOODYEAR TIRE & RUBBER COMPANY, et al., | |
| Defendants. | |

### ORDER

**AND NOW**, this 27th day of September 2017, upon consideration of the attached letter from counsel for Plaintiffs requesting a continuance, and in view of the fact that counsel for Defendant does not object to this request, it is **ORDERED** that the hearing currently scheduled for October 4, 2017 at 2:00 p.m. is **CANCELLED**. It is **FURTHER ORDERED** that:

1. The hearing shall be **RESCHEDULED** to take place on **October 19, 2017 at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Counsel for the parties shall be present.

2. The Clerk of Court shall docket the attached letter.

BY THE COURT:

*/s/ Joel Slomsky*
JOEL H. SLOMSKY, J.

# ER | EISENBERG ROTHWEILER
## WINKLER EISENBERG & JECK

For life's toughest trials™

Info@erlegal.com
PA  P: 215 546 6636  F: 215 546 0118
NJ  P: 856 751 6652  F: 856 489 1975

DANIEL J. SHERRY, ESQUIRE
DANIEL@ERLEGAL.COM
215-546-6636

September 27, 2017

**VIA FACSIMILE – (267) 299-5058**
The Honorable Joel H. Slomsky
United States District Court for the
Eastern District of PA
601 Market Street
Room 13614
Philadelphia, PA 19106-1748

      Re: Susman v. Goodyear Tire & Rubber Company, et al.
          Civil Action No. 17-3521
          *Request for New Date for Hearing on Plaintiffs' Motion to Remand - Currently scheduled for October 4, 2017*

Dear Judge Slomsky:

      The Court scheduled oral argument on Plaintiffs' Motion to Remand for October 4, 2017 in the above captioned matter.

      Unfortunately, counsel is attached for a hearing in an unrelated matter. Consistent with directive from you staff, I have conferred with opposing counsel, who does not object to this request. The parties have chosen two alternative dates October 19, 2017 or November 3, 2017 for your consideration.

      Thank you and we look forward to hearing from your office.

                 Respectfully,

                 /s/ Daniel J. Sherry

                 DANIEL J. SHERRY

DJS/pr
cc:     Jane Risk, Esquire (*via facsimile only*)

| Philadelphia | New Jersey | Trial Lawyers |
|---|---|---|
| 1634 Spruce Street | 1930 Route 70 East, Suite Q-42 | erlegal.com |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08003 | 866 569 3400 |