

**EISENBERG**
**ROTHWEILER**
WINKLER EISENBERG & JECK

For life's toughest trials™

Info@erlegal.com
PA  P: 215 546 6636  F: 215 546 0118
NJ  P: 856 751 6692  F: 856 489 1975

DANIEL J. SHERRY, ESQUIRE
DANIEL@ERLEGAL.COM
215-546-6636

September 27, 2017

**_VIA FACSIMILE – (267) 299-5058_**
The Honorable Joel H. Slomsky
United States District Court for the
Eastern District of PA
601 Market Street
Room 13614
Philadelphia, PA  19106-1748

> Re:  **Susman v. Goodyear Tire & Rubber Company, et al.**
> **Civil Action No. 17-3521**
> *Request for New Date for Hearing on Plaintiffs' Motion to*
> *Remand - Currently scheduled for October 4, 2017*

Dear Judge Slomsky:

The Court scheduled oral argument on Plaintiffs' Motion to
Remand for October 4, 2017 in the above captioned matter.

Unfortunately, counsel is attached for a hearing in an unrelated
matter.  Consistent with directive from you staff, I have conferred with
opposing counsel, who does not object to this request.  The parties
have chosen two alternative dates October 19, 2017 or November 3,
2017 for your consideration.

Thank you and we look forward to hearing from your office.

Respectfully,

*/s/ Daniel J. Sherry*

DANIEL J. SHERRY

DJS/pr
cc:   Jane Risk, Esquire (*via facsimile only*)

| Philadelphia | New Jersey | Trial Lawyers |
|---|---|---|
| 1634 Spruce Street | 1930 Route 70 East, Suite Q-42 | erlegal.com |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08003 | 866 569 3400 |