**CERTIFICATE OF SERVICE**

      I certify that on October 2, 2017, I have served a true and correct copy of the foregoing Plaintiffs' Response to The Goodyear Tire & Rubber Company's Motion to Strike Plaintiffs' Reply in Support of their Remand Motion upon the following counsel for Defendants:

Jayne A. Risk
DLA Piper LLP (US)
1650 Market Street, Suite 4900
Philadelphia, PA 19103

                                         Eisenberg, Rothweiler, Winkler,
                                         Eisenberg & Jeck, P.C.

                             BY:     */s/* Daniel J. Sherry, Jr.
                                                    Daniel J. Sherry, Jr., Esquire
                                                    *Attorney for Plaintiff*