IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 17-3521 |

## ORDER

**AND NOW**, this 18th day of October 2017, it is **ORDERED** that the hearing currently scheduled for October 19, 2017 at 2:00 p.m. is **CANCELLED**. It is **FURTHER ORDERED** that the hearing shall be **RESCHEDULED** to take place on **October 30, 2017 at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Counsel for the parties shall be present.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.