IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, et al.,<br><br>        Defendants. | CIVIL ACTION<br>NO. 17-3521 |

## ORDER

**AND NOW**, this 30th day of October 2017, it is **ORDERED** that the hearing currently scheduled for October 30, 2017 at 2:00 p.m. is **CANCELLED**. It is **FURTHER ORDERED** that the hearing shall be **RESCHEDULED** to take place on **November 13, 2017 at 2:00 p.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Counsel for the parties shall be present.

                                           BY THE COURT:

                                           /s/ Joel H. Slomsky
                                           JOEL H. SLOMSKY, J.