IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYSTA LEONA SUSMAN, et al.,

   Plaintiffs,

 v.

THE GOODYEAR TIRE & RUBBER COMPANY, et al.,

   Defendants.

CIVIL ACTION
NO. 17-3521

## ORDER

**AND NOW**, this 13th day of November 2017, upon consideration of The Goodyear Tire & Rubber Company's Motion to Strike Plaintiff's Reply in Support of Their Remand Motion, or, Alternatively, for Leave to Raise Brief Sur-Reply Arguments (Doc. No. 15) and Plaintiff's Response in Partial Opposition to The Goodyear's Motion to Strike Plaintiff's Reply in Support of Their Remand Motion (Doc. No. 18), it is **ORDERED** that the Motion (Doc. No. 15) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Strike Plaintiff's Reply in Support of Their Remand Motion (Doc. No. 15) is **DENIED**.

2. Defendant's Motion for Leave to Raise Brief Sur-Reply Arguments (Doc. No. 15) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.