IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYSTA LEONA SUSMAN, et al.,

        Plaintiffs,

   v.

THE GOODYEAR TIRE & RUBBER COMPANY, et al.,

        Defendants.

CIVIL ACTION
NO. 17-3521

## ORDER

**AND NOW**, this 13th day of November 2017, upon consideration of The Goodyear Tire & Rubber Company's Motion to Transfer the Action to the United States District Court for the District of Nebraska (Doc. No. 2), it is **ORDERED** that the Motion (Doc. No. 2) is **DENIED WITHOUT PREJUDICE**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] Defendant may file a renewed Motion to Transfer the Action if the Court denies Plaintiff's Motion to Remand (Doc. No. 8) and retains jurisdiction over this case.