IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS<br><br>Plaintiffs<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, Et al.,<br><br>Defendants | CIVIL ACTION NO.:2:17-cv-03521-JHS |

**PLAINTIFFS' NOTICE OF VIDEOTAPED DEPOSITION OF DANIEL T. YOUNG DIRECTED TO DEFENDANT THE GOODYEAR TIRE AND RUBBER COMPANY**

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, Plaintiffs, by their attorney, Daniel J. Sherry, Jr., Esquire, will take the videotaped deposition of Daniel T. Young, an employee of the Goodyear Tire and Rubber Company since 2007, to provide testimony with the following topics associated with the August 1, 2017 declaration executed by Mr. Young (attached to this Notice, for convenience, as Exhibit "1"):

    1.    The research conducted by or on behalf of Mr. Young on or before the time Mr. Young executed his August 1, 2017 declaration with respect to any relationship between the Goodyear Tire and Rubber Company and Goodwear Tire and Rubber Company, as set forth in, *inter alia*, Mr. Young's August 1, 2017 declaration, Paragraphs 7-8;

    2.    The basis of Mr. Young's purported "knowledge and belief" on or before the time Mr. Young executed his August 1, 2017 declaration with respect to any relationship between the Goodyear Tire and Rubber Company and Goodwear Tire and Rubber Company, as set forth in, *inter alia*, Mr. Young's August 1, 2017 declaration, Paragraphs 7-8;

    3.    The research conducted by or on behalf of Mr. Young on or before the time Mr. Young executed his August 1, 2017 declaration with respect to how the subject tire was

designed and manufactured (the latter being in 1994) and by what entities, as set forth in Mr. Young's August 1, 2017 declaration, Paragraph 9; and

    4.    The basis of Mr. Young's purported "knowledge and belief" on or before the time Mr. Young executed his August 1, 2017 declaration with respect to how the subject tire was designed and manufactured (the latter being in 1994) and by what entities, as set forth in Mr. Young's August 1, 2017 declaration, Paragraph 9.

Mr. Young should bring the following materials with him to his deposition and should expect to be asked questions about the contents of said materials.

    1.    A current copy of the witness' up-to-date resume; and

    2.    Copies of all non-privileged documents and materials relied upon by Mr. Young to support the assertions contained within his August 1, 2017 declaration on or before the time he executed said declaration.

**Place:** 1634 Spruce Street, Philadelphia, PA 19103

**Date:** To be mutually agreed upon by the parties pending authorization by the Hon. Joel H. Slomsky, with time not to exceed three and a half hours of on-record testimony.

**Court Reporter:** The court reporter and video technician will be provided by:

Golkow, Technologies, Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103

                                      BY: /s/ Daniel J. Sherry, Jr.
                                      DANIEL J. SHERRY, JR., ESQUIRE
                                      EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
                                      1634 Spruce Street
                                      Philadelphia, PA 19103
                                      Phone: 215.546.6636
                                      Fax:   215.546.0118

                                      *Attorney for Plaintiffs*

DATED: November 15, 2017

# EXHIBIT 1

## DECLARATION OF DANIEL T. YOUNG

I, Daniel T. Young, declare:

1. I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

2. I am currently the Assistant Secretary of The Goodyear Tire & Rubber Company. I have been an employee of the company since 2007.

3. By virtue of my tenure with The Goodyear Tire & Rubber Company, I am generally familiar with its United States business operations, its relationship with company-owned and authorized retailers that sell Goodyear tires, and the location of The Goodyear Tire & Rubber Company's businesses, including its manufacturing facilities.

4. The Goodyear Tire & Rubber Company is incorporated under the laws of the State of Ohio.

5. The Goodyear Tire & Rubber Company maintains its corporate headquarters, which serves as its principal place of business, at 200 Innovation Way in Akron, Ohio.

6. The Goodyear Tire & Rubber Company is not domiciled in the Commonwealth of Pennsylvania, and it is not a "domestic" entity in Pennsylvania.

7. To the best of my knowledge and belief, The Goodyear Tire & Rubber Company is not and never has been related to a Pennsylvania business entity known as "Goodwear Tire & Rubber Company," does not do business as "Goodwear Tire & Rubber Company," and has not permitted "Goodwear Tire & Rubber Company" to do business as The Goodyear Tire & Rubber Company.

Case ID: 170500306

Case 2:17-cv-03521-JHS Document 1-2 Filed 08/07/17 Page 2 of 2

8. To the best of my knowledge and belief, The Goodyear Tire & Rubber Company is not and never has been related to a Pennsylvania business entity known as "Goodyear Tire & Rubber Company," does not do business as "Goodyear Tire & Rubber Company," and has not permitted "Goodyear Tire & Rubber Company" to do business as The Goodyear Tire & Rubber Company. In fact, I have been informed that the Pennsylvania Department of State does not recognize any such entity.

9. In any event, upon information and belief, the tire at issue was designed and manufactured by The Goodyear Tire & Rubber Company—an entity organized under the laws of Ohio and headquartered in Akron, Ohio.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on August 1, 2017, at Akron, OH.

*Daniel T. Young*
Daniel T. Young
Assistant Secretary

Case ID: 170500306