## DECLARATION OF EDWARD S. BOTT, JR., ESQ.

I, Edward S. Bott, Jr., Esq., declare:

1. I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

2. I am an attorney licensed and in good standing in the States of Missouri and Illinois. I have represented and currently represent The Goodyear Tire & Rubber Company ("Goodyear") in a variety of product liability actions in the mid-west region, including Nebraska, and at times on a national basis.

3. I understand that this Declaration is offered in support of Goodyear's motion to transfer the action captioned as *Susman, et al. v. Goodyear Tire & Rubber Company* from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Nebraska.

4. I was retained by Goodyear to represent its interests and investigate the accident underlying the litigation, which occurred just a few miles outside of Shelton, Nebraska.

5. As part of that investigation, I received a copy of a contemporaneous police report. A true and correct copy of that police report is attached here as **Exhibit A**.

6. Following the accident, the vehicle at issue (the "Vehicle"), the tire at issue (the "Subject Tire"), and the Vehicle's other tires (the "Companion Tires") were moved to a storage facility in Omaha, Nebraska.

7. Sometime thereafter—in the fall of 2015—I was contacted by a representative of the Vehicle's insurer, by e-mail, who sought permission to move the Subject Tire and

Companion Tires to a facility in Tucson, Arizona for non-destructive testing. A true and correct copy of that correspondence is attached here as **Exhibit B**.

8. To the best of my knowledge and belief, the Subject Tire and Companion Tires were transported to Tucson, Arizona. I do not know whether they remain there or were returned to storage in Omaha, Nebraska.

9. However, to the best of my knowledge and belief, the Subject Tire and Companion Tires were not ever destined for and do not currently reside in Philadelphia.

10. Following the accident underlying this litigation, several local news outlets reported on the accident. I preserved copies of several online reports as .pdf files. True and correct copies of three such files are attached here as **Exhibit C**, **Exhibit D**, and **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on April 2, 2017, in St. Louis, Missouri.

Edward S. Bott, Jr., Esq.

2