Exh. "A"

# State of Nebraska Investigator's Motor Vehicle Accident Report

**215017377 / 44445**  Sheet 1 of 2

| Field | Value |
|---|---|
| Total Number of Vehicles | 1 |
| Agency Case No. | C15-07916 |
| Hit & Run? | No |
| Investigation Made at Scene? | Yes |
| Date of Accident | 05/01/2015 (Friday) |
| Time of Accident | 0657 |
| Police Notified | 0700 |
| State Use Only | Amended 05/06/2015 |
| Place of Accident — County | Hall |
| Private Property? | No |
| Latitude | 40.724380 |
| Longitude | -98.681920 |
| Road on which Accident Occurred | INTERSTATE 80 |
| One-Way Street? | No |
| Distance from Milepost | 2440 FEET W of Milepost 294.000, Highway No. 80 |
| If Not At Intersection | 3.00 MILES W of SHELTON OVERPASS I-80 |
| City Limits Distance | 4.00 MILES N AND 2.00 MILES W of nearest city/town SHELTON |
| Work Zone Codes | R1 = 1 |
| Does accident involve damage to State Dept. of Roads' Property? | No |

## VEHICLE NO. 1

| Field | Value |
|---|---|
| Driver License No. | H13702183 |
| State | NE |
| Sex | Male |
| Driver | LARRY R BLAIR |
| Driver Address | 224 E 4TH ST, AXTELL, NE 68924 |
| Date of Birth | 05/23/1973 |
| Owner | DANDEE CONSTRUCTION / DAN BUSER |
| Phone | 308-627-6660 |
| Owner Address | 305 EAST 8TH STREET, POB 2587, KEARNEY, NE 68848 |
| Citation | No |
| License Plate | TE 092396 |
| Year (Plate Expires) | 2015 |
| State (of Plate) | NE |
| Vehicle Year | 2003 |
| Make | Chevrolet |
| Model | SC1 |
| Body Style | Pickup truck |
| Color | blue |
| Estimated Damage | Totaled |
| Vehicle ID No. (VIN) | 1GCEC14X33Z115363 |
| Insurance Company | FARM BUREAU |
| Towed To | GRAND ISLAND |
| Towed By | KRAMER'S |
| Policy No. | 0005CPP000197109 |

## VEHICLE NO. 2

(Certified Copy — Nebraska Dept. of Roads Accident Records Bureau)

Fields blank/illegible.

## Complete this section for all injured persons

| Veh # | Name / Address | Date of Birth | Seat Position | Eject | Body Region | Injury Sev. | Trans | Sex |
|---|---|---|---|---|---|---|---|---|
| 1 | LARRY R BLAIR, 224 E. 4TH ST., AXTELL, NE 68924 — Good Samaritan Hospital / Wood River Rescue Unit | 05/23/1973 | 01 | 3 | 01 | 2 | 2 | M |
| 1 | SHANE A LOVELAND, 304 SHEPPARD AVE, HILDRETH, NE 68947 — Good Samaritan Hospital / Good Samaritan EMS | 04/01/1982 | 02 | 3 | 08 | 2 | 2 | M |
| 1 | JACOB S SUMMERS, 823 S. MAIN, WILBER, NE 68465 — Good Samaritan Hospital / Shelton Volunteer Fire & Rescue | 12/03/1991 | 03 | 3 | 01 | 2 | 2 | M |

DR Form 40, Jan 09

