Exh. "B"

# Rhonda L. VanOsdale

| | |
|---|---|
| **From:** | Edward S. Bott |
| **Sent:** | Friday, November 06, 2015 4:43 PM |
| **To:** | Nancy Cody |
| **Cc:** | Rhonda L. VanOsdale |
| **Subject:** | Fwd: Goodyear Claim - Omaha, NE |
| **Attachments:** | image001.png; image001.png; image001.png; image001.png; image001.png; image001.png |

Nancy - I am sending you this email string FYI and file. I will keep you advised.

Ed

Sent from my iPad

Begin forwarded message:

> **From:** Steve Kirchner <steve.kirchner@fbfs.com>
> **Date:** November 6, 2015 at 11:13:07 AM CST
> **To:** "Edward S. Bott" <esb@greensfelder.com>
> **Subject: RE: Goodyear Claim - Omaha, NE**
>
> Dear Mr. Bott:
>
> I must clarify, only the 3 companion tires and wheels are being sent to the expert for non-destructive examination not the tire of issue.  This examination will include demounting the tires from the wheels.  The qualified expert who will be doing the demounting and examination is Paul Maurer at NDT & Radiography in Tucson AZ.  He will be using the following protocol:
>
> The companion tires will be demounted from the wheels by expert using the following procedure:
> 1. Each tire/wheel will be videotaped.
> 2. The first bead will be broken from the wheel.
> 3. The tire bead will be subjected to a visual and tactile examination for damage. Any damage will be marked on the tire sidewall, and the state of the bead will be recorded using video along the entire 360 degrees of the bead.
> 4. Steps 2 and 3 will be repeated for the second bead.
> 5. The bulb of the valve stem will be subjected to a visual and tactile examination, and any damage noted. The state of the valve stem will be recorded on the video.
> 6. The first bead will be removed from the wheel using tire mounting lubricant as appropriate. The state of the bead will be recorded along the entire 360 degrees of the bead using video.
> 7. Step 6 will be repeated for the second bead.
> 8. The state of the valve stem bulb will be recorded on the video.
>
> In closing, all the tires will be preserved for later inspection by Goodyear in the event of any legal action.
>
> Sorry for the misunderstanding. Please contact me if you have any questions or concerns regarding this matter.
>
> Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

---

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, November 04, 2015 11:24 AM
**To:** Steve Kirchner <steve.kirchner@fbfs.com>
**Cc:** Julie M. Rodriguez <jrodriguez@greensfelder.com>
**Subject:** RE: Goodyear Claim - Omaha, NE

Mr. Kirchner:

As I understand your email, the companion tires will not be removed from the rims?  Or, do you foresee that happening and if so, who will do that?  If it is done, I ask that it be done by someone who is qualified and that it be videotaped.  Also, please do hold all tires and wheels for later inspection by Goodyear in Akron in the event litigation is filed.  And, finally, as you would expect, we do not consent to any examination or "testing" that would materially change the condition of the products as they now exist.  Please keep me advised.

Regards,
Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."*®
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended

2

recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, November 03, 2015 2:50 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

I wanted to update you with our investigation.  We are going to remove the 3 companion tires from the vehicle and send all them including the tire at issue to our expert for additional non-destructive examination that includes x-ray and shearography. The removal with be recorded to memorialize the event. Once this has been completed the tires will again be preserved for any non-destructive custodial inspection Goodyear will require at its laboratory in Akron in the event of any legal action.  In addition, the vehicle will remain preserved  at its present location for future inspection if that is deemed necessary.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, September 02, 2015 12:48 PM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Thank you Steve for the clarification.  This is acceptable.

Ed

3

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

---

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Wednesday, September 02, 2015 12:42 PM
**To:** Edward S. Bott
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

Please know the black box was not removed from the vehicle and the data was only imagined not downloaded.

The black box is still securely connected to the vehicle under the driver's seat and the data preserved for future inquires.

The vehicle will remain protected at the location where the mutual examination took place until further notice.

I will communicate with you on any future issues that pertain to this.

Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone:  402-670-8672
Fax:  515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE:  The material in this e-mail transmission contains

information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Wednesday, September 02, 2015 11:41 AM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Steve:

I understand from Julie that at the inspection yesterday the black box from the vehicle was removed by representatives of a company by the name of Independent Forensics (IFIC).  I did not know this was going to happen.  Had I known, I would have wanted to discuss it with you before hand and may well have had someone present on behalf of Goodyear to have input into how that was done.  I suspect that so long as no data was lost this may end up being not an issue, but I do ask that you let me know what was done with the black box and who has custody.  I also request that no data be downloaded from the black box without prior notice to me and an opportunity for me to discuss that process with a consultant on behalf of Goodyear.  We may want to do that download jointly.

I look forward to hearing from you.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."*®
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Wednesday, August 12, 2015 3:40 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

To follow-up with our conversation from yesterday. Attached is letter confirming the examination.

Please contact me with any questions or concerns.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone:  402-670-8672
Fax:  515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Monday, August 10, 2015 11:49 AM
**To:** Steve Kirchner
**Cc:** Julie M. Rodriguez
**Subject:** RE: Goodyear Claim - Omaha, NE

Mr. Kirchner:

We should be able to make these dates work.  Julie Rodriguez will be attending from my office.  I do not yet know who will attend from Goodyear.  In preparation for the inspection, can you please provide to me any information you have on the accident.  I have the accident report, but that is all.  I am particularly interested in anything you have to identify the tire involved, i.e. make, model, DOT number, size, etc.  Thank you.

Please confirm the date, time and location where the inspection will begin.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245

6



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, August 04, 2015 3:47 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott:

We would like to do the mutual examination with Representatives of Goodyear present on September 1 and 2 if necessary.   This was as close as we could get to the last two weeks in August.

Plan is to have Dr. John Daws examine the tire; along, with companion tires and vehicle if necessary for Farm Bureau on Tuesday, September 1, 2015 and Wednesday September 2, 2015 should that be necessary.  We will look to start the examination at 9:30 AM.  The examination will take place at the following location:

**Insurance Auto Auction – Omaha Branch**
**14749 Meredyth Plaza**
**Springfield, NE  68059**

I pray that these days will work.

Sincerely,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
 Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone:  402-670-8672
Fax:  515-453-3683
Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein.  If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the

taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Tuesday, July 28, 2015 12:10 PM
**To:** Steve Kirchner
**Subject:** RE: Goodyear Claim - Omaha, NE

Thank you.

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged. This information is intended to be for the use of the intended recipient. If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C. shall be understood as neither given nor endorsed by it.

**From:** Steve Kirchner [mailto:steve.kirchner@fbfs.com]
**Sent:** Tuesday, July 28, 2015 12:08 PM
**To:** Edward S. Bott
**Subject:** RE: Goodyear Claim - Omaha, NE

Dear Mr. Bott :

I wanted to let you know that I am in receipt of your email. I will follow-up with you as soon as I have discussed the matter with those handling the Claims.

Respectfully,

Steven Kirchner, CIFI, SCLA, AIC
Special Investigation Unit
FBL Financial Group, Inc.
  Farm Bureau Property & Casualty Insurance Company
  Farm Bureau Financial Services
11006 Mockingbird Dr, Omaha, NE 68137
Phone: 402-670-8672
Fax: 515-453-3683

Steve.Kirchner@fbfs.com

CONFIDENTIALITY NOTICE: The material in this e-mail transmission contains information that is private and is intended only for the use of the individual(s) named herein. If you are not the intended recipient, be advised that unauthorized use, disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by e-mail, and delete the original e-mail message and attachments.

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Tuesday, July 28, 2015 10:16 AM
**To:** Steve Kirchner
**Subject:** Goodyear Claim - Omaha, NE

Steve:

You and I previously communicated on scheduling the field inspection of the tire involved in this occurrence, the vehicle and the companion tires. As I understand it, you wanted to coordinate a time when you could have your expert and representatives from Goodyear present at the same time for a joint inspection. I have checked with my client, and we would like to attempt to schedule this inspection on a date during the last two weeks in August. As of now, I think most days during those two weeks are available, but that is subject to change as time goes on. It is best that we lock in a date as soon as we can.

As Ms. Cody has indicated to you in earlier email, this field inspection is not a substitute for the non-destructive custodial inspection Goodyear will require of the tire at issue and companion tires at its laboratory in Akron in the event suit is filed.

Thank you for your cooperation. I look forward to hearing from you.

Regards,
Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged. This information is intended to be for the use of the intended recipient. If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited. If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments. Opinions, conclusions and other

9

information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C. shall be understood as neither given nor endorsed by it.

This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.
This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.
This email message and any attachments are intended only for the use of the intended recipient, and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this email, and delete or destroy all copies of the original message and attachments thereto. Email sent to or from FBL Financial Group, Inc. and its Affiliates may be retained as required by law, regulation or business practice.