Exh. "C"



# UPDATE: Conditions of I-80 Rollover Crash Victims

*By: NBC Nebraska*
*Updated: Tue 10:42 AM, May 05, 2015*



**More Stories**
Two People Arrested After Stealing Trooper's Car During Traffic Stop

---

**SHELTON, Neb.** -- 33-year-old Shane Loveland of Hildreth and 24-year-old Jacob Summers of Wilbur, who were involved in last Friday's truck rollover on I-80 near Shelton, remained in critical condition Tuesday.
Meanwhile, the driver of the truck, 42-year-old Larry Blair of Axtell, has been upgraded from serious to good condition.
Loveland and Blair were listed at Good Samaritan while Summers has since been transferred to a different hospital.
On Friday, one of the man was flown to the hospital, and the other two were taken by ambulance.
At the scene, the state patrol told NBC Nebraska the pickup truck was headed eastbound around 6:45 a.m.
When the truck was just east of Shelton, at mile marker 294, a tire blew. The truck rolled and landed over on the westbound shoulder.
State patrol says all three men inside the truck were ejected adding that none of them were wearing seatbelts.
One of the men was flown via helicopter to Good Samaritan and the other two were taken by ambulance.
NBC Nebraska is working to gather more information on their conditions and will keep you updated.