Exh. "D"




Thanks for visiting KearneyHub.com. You're entitled to 15 free local articles every 30 days. After reaching 15 local story reads, you can return in a month to read an additional 15 local stories or purchase an affordable subscription.

14 Remaining

For info on our subscription programs and what is included in your free articles monthly, click here. If you already have a subscription, click 'Login' at the top of the page if using a desktop computer and follow the prompts to login; if using a

64° Clear

Advanced Search
Search our site    Go

Welcome! Login | Signup

 

Subscribe   Print Ads   Special Sections   Contact Us

News | Sports | Obituaries | Opinions | Photos/Video | Classifieds | Coupons | Jobs | Marketplace | Contests | E-Paper

# Three hospitalized after I-80 crash near Shelton



**Story**   **Comments**

Recommend 0   Tweet 0   g+1 0

Print   Font Size:

2

Posted: Friday, May 1, 2015 7:50 am

**Hub Staff**

SHELTON — Three men were injured early this morning in a one-vehicle crash after a tire blew on a pickup.

At 6:54 a.m. Larry Blair, 42, of Axtell was driving a 2003 Chevrolet Silverado east on Interstate 80 three miles east of Shelton when the tire blew. Blair lost control of the pickup, which went through the median and westbound lanes and rolled several times, a Nebraska State Patrol dispatcher said.

The pickup came to rest on the westbound shoulder of I-80. The westbound driving lanes were closed for about 30 minutes while the scene was being investigated and cleaned up.

In addition to Blair, passengers Jacob Summers, 24, of Wilber and Shane Loveland, 33, of Hildreth were transported to CHI Health Good Samaritan by the Shelton Volunteer Fire Department Emergency Unit and AirCare. None of the men were restrained at the time of the crash. No other vehicles were involved, the dispatcher said.

The men's conditions weren't available late this morning.





**Hub Staff**
Tweets from a list by Kearney Hub
A list of Kearney Hub reporters and accounts.

 **Kearney Hub**    33m
@KearneyHub
USDA prepares for possible return of bird flu this fall: bit.ly/1fnBTYp

 **ABCKearney**    48m
@ABCKearney
Just finished our first July meeting. Kicking off our revitalization plan with key informant interview. We want to hear your stories/ideas!
    Retweeted by Amanda Brandt

## LOCAL NEWS VIDEOS

Purple Heart pinning ceremony
Kearney Hub

**More videos:**

**More about**    **Shelton**

- **ARTICLE**: Electrical fire damages Shelton residence (06-26-15)
- **ARTICLE**: Passenger in Friday's I-80 rollover near Shelton in critical condition (05-04-15)
- **ARTICLE**: Shelton begins renovations to its 101-year-old library (04-20-15)
- **ARTICLE**: Gangwish Seed Farm employs teens for summer detasseling (03-31-15)