# Exh. "E"



Story

# Three Injured in Morning I-80 Crash

*Posted: May 01, 2015 12:52 PM CDT*
*Updated: May 08, 2015 12:52 PM CDT*

**By Tanner Kahler, Weekend Producer / Reporter**    **CONNECT**

Near Shelton, NE- Three people were taken to Good Samaritan Hospital in Kearney Friday morning after they were ejected from a vehicle in a roll-over crash on Interstate 80.

According to the Nebraska State Patrol, a 2003 Silverado was east-bound on I-80 when it blew a tire at mile marker 294, lost control, crossed the median and rolled several times before coming to rest in the westbound shoulder.

The driver, Larry Blair, 42, of Axtell is in serious condition with head injuries.

Two passengers in the truck, Jacob Summers, 24, of Wilbur, and Shane Loveland, 33, of Hildreth, were transported with internal injuries. Both are in critical condition.

One of the men was taken by AirCare. The others were taken by ambulance.

Troopers say none of the men were wearing seat-belts.

**Offers and Articles From Around the Web**                                     ADVERTISEMENT






Here's Why You Should Stop 'Googling' Names

15 Famous Celebs Who Have Committed Horrible…

#1 Predictor Of Diabetic Amputation

15 Famous Celebs Who Have Committed Horrible






33 Actors Who Tragically Died Too Young

These Girls Would Be Stunning If It Weren't For…

New Rule in Missouri Leaves Drivers Furious and…

15 Famous Celebs Who Have Committed Horrible

worldnow

General and ne
**Across the Mid**
events@nebras
Comments: com

**News:**
news@nebrask
Phone: 308-743
News Fax: 308-

All content © Copyright 2000 - 2015 WorldNow and NTV. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.