## DECLARATION OF JAYNE ANDERSON RISK, ESQ.

I, Jayne Anderson Risk, Esq., declare:

1. I am over the age of eighteen (18). Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following:

2. I am an attorney licensed and in good standing in the Commonwealth of Pennsylvania and the State of New York. I am a partner in the law firm of DLA Piper LLP (US) ("DLA Piper").

3. I understand that this Declaration is offered in support of Goodyear's motion to transfer the action captioned as *Susman, et al. v. Goodyear Tire & Rubber Company, et al.* from the United States District Court for the Eastern District of Pennsylvania to the United States District Court for the District of Nebraska.

4. I, with my law firm, DLA Piper, was retained by Goodyear to represent its interests in this action.

5. In the course of that representation, I received and reviewed a copy of a police report, detailing the accident underlying this action. A true and correct copy of that police report is attached to the Declaration of Edward S. Bott, Esq. as Exhibit A.

6. The police report identifies two eyewitnesses: Rob Gibson and Mary K. Gibson.

7. Upon information and belief, both Mr. Gibson and Ms. Gibson reside and/or work in the State of Nebraska. A true and correct copy of a monitor report on Rob Gibson is attached here as **Exhibit A**. A true and correct copy of a monitor report on Mary K. Gibson is attached here as **Exhibit B.**

2

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on July 26, 2017, in Philadelphia, Pennsylvania.

_____
Jayne Anderson Risk, Esq.