Exh. "A"



# Mary Kay Gibson
Age: In their 70's

Monitor Report

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

| | (402) 292-3749 |
|---|---|
| | LANDLINE PHONE |
| | 2408 Pilgrim Dr |
| | Bellevue, NE 68123 |
| | DEC 2001 - APR 2017 |
| Email | mary.gibson@netins.net |
| Born | January, 1945 |



(https://maps.google.com/maps?ll=41.101256,-95.946895&z=14&t=m&hl=en-US&gl=US&mapclient=apiv3)    Map data ©2017 Google

## PHONE NUMBERS

(402) 813-1365
MOBILE, NEW CINGULAR WIRELESS PCS LLC - IL (AT&T MOBILITY)
**Full phone details (/details/phone/?phone_number=4028131365&type=person_phone_query)**

MOBILE, NEW CINGULAR WIRELESS PCS LLC - IL (AT&T MOBILITY)

(308) 325-7363
MOBILE, CELLCO PARTNERSHIP DBA VERIZON WIRELESS - NE (VERIZON WIRELESS)
**Full phone details (/details/phone/?phone_number=3083257363&type=person_phone_query)**

MOBILE, CELLCO PARTNERSHIP DBA VERIZON WIRELESS - NE (VERIZON WIRELESS)

## PREVIOUS ADDRESSES

| CONTACT INFO | CRIMINAL RECORDS | 1512 Thomas Dr Apt 4 | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|
| | | Bellevue, NE 68005 | | | |
| | | JUL 1985 - JAN 2003 | | | |

Show map

Full address details (/results/address/?type=person_address_query&address=1512+Thomas+Dr+Apt+4+Bellevue%2C+Ne)

POSSIBLE ASSOCIATES



Lisa Ann Wriglesworth
In their 50's
View details (/details/contact_report/2LcLlQRs-6J6P2MtHYZRFi_vww8sXmJHoEhmD1uZgOs%3D)



Barbara Ann White
In their 50's
View details (/details/contact_report/lcS93dVKSdZxhUHoAsg7q8p2d2_o7kgZQu_6jISHBV0%3D)

## Criminal Records

Our Criminal Records include all available details on **Criminal and Traffic Offenses, Arrests, and Warrants** and may contain over 100 different attributes such as:

- **Identifying information** including birth date, gender, hair, eye color, and height
- **Mugshots**, if available on file
- Indication if the person is a **Sex Offender**
- **Offense details** including crime type, location, date, and description
- **Case details** including case type, plea, courts, disposition, sentence, and relevant dates

To see if this person has any Criminal Records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

## Bankruptcies and Foreclosures

Our **Bankruptcy** records may contain over 35 different attributes such as:

- **Bankruptcy details** including type, location, case details, and relevant dates
- **Action type** including petition, discharge, dismissal, or conversion
- **Attorney and law firm** names and addresses
- **Trustee** names and addresses
- **Court** details

Our Foreclosure records may contain over 60 different attributes such as:

- **Property details** including address, size, age, zoning, number of rooms, and value
- **Lender** company, trustee, and plaintiff details
- **Loan** amount and dates
- Assessor's **Parcel number** ID

To see if this person has any bankruptcy or foreclosure records associated with their past, unlock their profile by ordering a Background Report today.

CONTACT INFO    CRIMINAL RECORDS    BANKRUPTCIES    FORECLOSURES    PROPERTIES    LICENSES

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

## Liens & Judgments

Our **Lien and Judgment** records may contain over 40 different attributes such as:

- **Identifying information** including name, address, and DOB
- **Lien and judgement details** such as amount, filing type, and plaintiff
- **Case details** such as case number, relevant dates, and court contact information
- Relevant **document details** such as document type, recording number, and date

To see if this person has any lien or judgment records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

## Properties

Our **Property Ownership** records may contain over 70 different attributes on current and historical properties such as:

- **Basic property information** including address, size, year built, and description
- **Tax and assessment information** including assessed, tax, improvement, and total values; number of rooms and baths
- Current **owner details** including owner and seller, type of property, dates
- Related **mortgage** information including lender, amount, interest rate, and term

To see if this person owns any properties, businesses or guns, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

## Licenses

Our **Licenses and Permits** records may contain:

- **Professional license** details for all US states and territories including type, number, state, status, issue and expiration date
- **Pilot license** records issued by FAA
- **Permits** including hunting permits and concealed weapon permits

To see if this person has any licenses, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=9fOyMYbVwdg5OcF0BOgYTccHpvBRvJeUSXsimf0V5JA%3D)

**Questions or concerns? Get in touch:**

**(800) 991-3077 (tel:8009913077) | support@premium.whitepages.com (mailto:support@premium.whitepages.com)**

All rights reserved. © 2017 Whitepages

Whitepages is designed to help you find and connect with others. Whitepages is not a consumer reporting agency as defined by the **Fair Credit Reporting Act (/help#fcra)**. This means that you cannot use information presented in this website for evaluating a person's eligibility for employment, credit, insurance, housing, and other FCRA governed purposes. We do not verify or evaluate each piece of data, and we make no warranties or guarantees about the accuracy of the information in our Background Reports. You can learn more by accessing our **Terms of Service (/premium_terms_of_service)** and **Privacy Policy (/privacy_policy)**.

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

https://premium.whitepages.com/details/contact_report/5FAIGy4WysG9fplisMeC8Q5QduDz_OZO-2tQIPtUdDE%3D?address_postal_code=&address_city=&a...   3/3