Exh. "B"



# Robert Reece Gibson
Age: In their 50's

Monitor Report

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

|  | (402) 499-5550 |
|---|---|
|  | MOBILE PHONE |

|  | 19502 Cleveland St |
|---|---|
|  | Elkhorn, NE 68022 |
|  | JUL 2015 - APR 2017 |

| Email | rpgibson@aol.com |
|---|---|
|  | yobogib@aol.com |
|  | lkgmuffin@aol.com |
|  | ccrob@web-unwired.net |

| AKA | Robert J Gibson |
|---|---|
|  | Bob Reece Gibson |

| Born | November, 1966 |
|---|---|



(https://maps.google.com/maps?ll=41.288487,-96.223328&z=14&t=m&hl=en-US&gl=US&mapclient=apiv3)    Map data ©2017 Google

## PHONE NUMBERS

|  | (402) 202-0978 |
|---|---|
|  | MOBILE, SPRINT SPECTRUM LP |
|  | Full phone details (/details/phone/?phone_number=4022020978&type=person_phone_query) |

MOBILE, SPRINT SPECTRUM LP

| CONTACT INFO | CRIMINAL RECORDS | (402) 327-0118 | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|
|  |  | UNKNOWN, WINDSTREAM NEBRASKA INC |  |  |  |

| | | |
|---|---|---|
|  | (402) 327-0118 | |

Full phone details (/details/phone/?phone_number=4023270118&type=person_phone_query)

UNKNOWN, WINDSTREAM NEBRASKA INC

| | | |
|---|---|---|
|  | (402) 486-0301 LANDLINE, WINDSTREAM NEBRASKA INC | |

Full phone details (/details/phone/?phone_number=4024860301&type=person_phone_query)

LANDLINE, WINDSTREAM NEBRASKA INC

| | | |
|---|---|---|
|  | (402) 489-8310 ACTIVELANDLINE, WINDSTREAM NEBRASKA INC | |

Full phone details (/details/phone/?phone_number=4024898310&type=person_phone_query)

ACTIVELANDLINE, WINDSTREAM NEBRASKA INC

## PREVIOUS ADDRESSES



5844 Locust St
Lincoln, NE 68516
NOV 2012 - SEP 2015
Show map

Full address details (/results/address/?type=person_address_query&address=5844+Locust+St+Lincoln%2C+Ne)

8120 Eastwood Dr
Lincoln, NE 68506
DEC 2004 - JUL 2013
Show map

Full address details (/results/address/?type=person_address_query&address=8120+Eastwood+Dr+Lincoln%2C+Ne)

1140 Rosewood Dr
Lincoln, NE 68510
OCT 1995 - DEC 2006
Show map

Full address details (/results/address/?type=person_address_query&address=1140+Rosewood+Dr+Lincoln%2C+Ne)

🏠    **5042 R St Apt 1303**
Lincoln, NE 68504
FEB 1994 - JAN 2003
Show map

Full address details (/results/address/?type=person_address_query&address=5042+R+St+Apt+1303+Lincoln%2C+Ne)

🏠    **5031 Vine St Apt 405**
Lincoln, NE 68504
JUN 1993 - JUN 1993
Show map

Full address details (/results/address/?type=person_address_query&address=5031+Vine+St+Apt+405+Lincoln%2C+Ne)

🏠    **200 Wedgewood Dr**
Lincoln, NE 68510
SEP 1991 - AUG 1995
Show map

Full address details (/results/address/?type=person_address_query&address=200+Wedgewood+Dr+Lincoln%2C+Ne)

**CONTACT INFO** | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES

🏠    1011 Coachmans Dr
Lincoln, NE 68510
AUG 1989 - SEP 2006
Show map

Full address details (/results/address/?type=person_address_query&address=1011+Coachmans+Dr+Lincoln%2C+Ne)

🏠    144 Lakewood Dr
Lincoln, NE 68510
AUG 1989 - AUG 1989
Show map

Full address details (/results/address/?type=person_address_query&address=144+Lakewood+Dr+Lincoln%2C+Ne)

🏠    5031 Vine St
Lincoln, NE 68504
JAN 1989 - JAN 2003
Show map

Full address details (/results/address/?type=person_address_query&address=5031+Vine+St+Lincoln%2C+Ne)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

**FAMILY MEMBERS**

**Tonda Lea Pruitt**
In their 40's
View details (/details/contact_report/_C0s8GAshWckqqawJh6vJuEnhtBsdgSH-KrtquOuZzA%3D)

**Erica K Marshall**
In their 40's
View details (/details/contact_report/I-LTWiCynHzr7VsgY_bY_mmDMXrrvcVduQ5K8HvMYUY%3D)

**Roderick R Gibson**
In their 40's
View details (/details/contact_report/tYtjfc-z1yTkw5GgZoMDDT_GXvqbygILFr8x8KIF9P0%3D)

**Robert Reece Gibson**
In their 60's
View details (/details/contact_report/l-QqsQOptuD11oTtN4AQKWkBfF6LF7lLc30-FoAC9FU%3D)

**Robert J Gibson**
No age info
View details (/details/contact_report/5jhfKivm06gKV_G2sgx9fOl2Yt3kzqjrzHHpuBGo2_w%3D)

**Paula M Gibson**
In their 50's
View details (/details/contact_report/f3U9eRXFS9MDA7JYx34XtKB3NHt-Lx_FZWwp5h93hyo%3D)

**Nancy Ann Gibson**
In their 40's
View details (/details/contact_report/_h0igHYyt4jTtDBIDon1lUR9o-jZxTrp7cRTLLuN2QI%3D)

**Jane Margaret Gibson**
In their 60's
View details (/details/contact_report/WE_LqHyi1r0L05jhkEnoq94--fdsLwUMOv47Sqf31wY%3D)

**ASSOCIATED PEOPLE**

**Paula Ward**
In their 50's
View details (/details/contact_report/Kr5Sq9o6A7gpsfOL7cl1KqKSqKCou0PUFpNzhQ7vFAs%3D)

**Jena D Carrier**
No age info
View details (/details/contact_report/9b4IgiLZZgtK4lm_6Xu6ofp7GyJvCUGlpUfKRAweFx8%3D)

**Albert Dale Flowerday**
In their 80's
View details (/details/contact_report/Bnel2-eRPcyS_6wHgmvDU-PB0kKpbC6GWGwDqZ8DaN8%3D)

**Randall Keith Pruitt**
In their 50's
View details (/details/contact_report/fanYUvrQf5bgvM_etTb8tYKoXi0xbKATmJJ4ZIuPLxY%3D)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

**Carol Marlene Flowerday**
In their 70's
View details (/details/contact_report/71whjSAgNvryaTvqjMcenkHSwNYMMbz_qCamlscEdVU%3D)

**Sheila A Sterns**
In their 70's
View details (/details/contact_report/ngqBUCHrkbonYanmqblhpF75Qx5auf-JO4v-_UUfnLo%3D)

**Mitchell C Kumagai**
In their 90's
View details (/details/contact_report/Y5KjsMl94NLKTwf04n8LvsXAQrPrOQsZ1f8Cpgn9EWc%3D)

**Christina M Scharfen**
In their 40's
View details (/details/contact_report/eEhFDq4JNvOxRKV8b4i7-PJgRXEnCyVNj5fbygFAsfo%3D)

**Jaren P Rief**
In their 30's
View details (/details/contact_report/Bkib7uv0vpqfPmbNRYFV2XBaMEcp8rRqMzydfyOJIAY%3D)

**Craig Edward Olsen**
In their 60's
View details (/details/contact_report/qQxroQujuxYS8yVz-JifRZtGWIdJNdBhNf5hbVIjZcU%3D)

**See All**

## POSSIBLE ASSOCIATES

**Robert T Wagner**
In their 60's
View details (/details/contact_report/daSZcTpkGTV4jRAqDppFCBDPP7a3ePNXfLFhrLK6Ht0%3D)

**Betty Lou Wagner**
In their 70's
View details (/details/contact_report/SsrVeXHlqJPwZz7kOGelbw5E_sJiZPYcrHJBBHgVKwI%3D)

**Robert D Wagner**
In their 80's
View details (/details/contact_report/D-MI8VgvskMNbM8Ogm9Z1aydbu2BorU4Om4Tmbma9Vo%3D)

**Margaret M Tvrdy**
In their 40's
View details (/details/contact_report/o04NFYPrTmwPr__fbzsDWVxSD_RdsOVgFwTizXnPS8g%3D)

**Leslie J Gwartney**
In their 50's
View details (/details/contact_report/StW-P5wBdL2XMBtJuXG1Z6kIN9Zop1Xu6x19U-weTu8%3D)

**Chad E Marshall**
In their 40's
View details (/details/contact_report/UbuAcXcY8IVr4uiiJlFw-lURG4TcBiKFhQ0akVCQUJU%3D)

**Nancy M Jones**
In their 70's
View details (/details/contact_report/LHZTgvqsb-9zE36Ei4FfjqX-L3g6w1Nddi-ETQ7TDtQ%3D)

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|

| | Broc T Beaver<br>In their 40's<br>View details (/details/contact_report/7lzKfAv3hXd-kYpBz8ShK1rEysWseeulaqqiQkD7fZo%3D) |
|---|---|
| | Ann Margaret Beaver<br>In their 40's<br>View details (/details/contact_report/934Ti6JYFBTvPmhyNA-bMpT5lM9sTTzidU-yBXNHJd8%3D) |
| | See All |

🔒

## Criminal Records

Our Criminal Records include all available details on **Criminal and Traffic Offenses, Arrests, and Warrants** and may contain over 100 different attributes such as:

- **Identifying information** including birth date, gender, hair, eye color, and height
- **Mugshots**, if available on file
- Indication if the person is a **Sex Offender**
- **Offense details** including crime type, location, date, and description
- **Case details** including case type, plea, courts, disposition, sentence, and relevant dates

To see if this person has any Criminal Records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

🔒

## Bankruptcies and Foreclosures

Our **Bankruptcy** records may contain over 35 different attributes such as:

- **Bankruptcy details** including type, location, case details, and relevant dates
- **Action type** including petition, discharge, dismissal, or conversion
- **Attorney and law firm** names and addresses
- **Trustee** names and addresses
- **Court** details

Our Foreclosure records may contain over 60 different attributes such as:

- **Property details** including address, size, age, zoning, number of rooms, and value
- **Lender** company, trustee, and plaintiff details
- **Loan** amount and dates
- Assessor's **Parcel number** ID

To see if this person has any bankruptcy or foreclosure records associated with their past, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

🔒

## Liens & Judgments

Our **Lien and Judgment** records may contain over 40 different attributes such as:

- **Identifying information** including name, address, and DOB
- **Lien and judgement details** such as amount, filing type, and plaintiff
- **Case details** such as case number, relevant dates, and court contact information
- Relevant **document details** such as document type, recording number, and date

To see if this person has any lien or judgment records associated with their past, unlock their profile by ordering a Background Report today.

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Properties

Our **Property Ownership** records may contain over 70 different attributes on current and historical properties such as:

- **Basic property information** including address, size, year built, and description
- **Tax and assessment information** including assessed, tax, improvement, and total values; number of rooms and baths
- Current **owner details** including owner and seller, type of property, dates
- Related **mortgage** information including lender, amount, interest rate, and term

To see if this person owns any properties, businesses or guns, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

## Licenses

Our **Licenses and Permits** records may contain:

- **Professional license** details for all US states and territories including type, number, state, status, issue and expiration date
- **Pilot license** records issued by FAA
- **Permits** including hunting permits and concealed weapon permits

To see if this person has any licenses, unlock their profile by ordering a Background Report today.

Get full details (/billing/purchase_comp_report/?record_id=VjA9n-6f0gbtweJJ9f9ZzcxnsKiiUwqbjWc2JMZjFf0%3D)

---

**Questions or concerns? Get in touch:**

**(800) 991-3077 (tel:8009913077) | support@premium.whitepages.com (mailto:support@premium.whitepages.com)**

All rights reserved. © 2017 Whitepages

Whitepages is designed to help you find and connect with others. Whitepages is not a consumer reporting agency as defined by the **Fair Credit Reporting Act (/help#fcra)**. This means that you cannot use information presented in this website for evaluating a person's eligibility for employment, credit, insurance, housing, and other FCRA governed purposes. We do not verify or evaluate each piece of data, and we make no warranties or guarantees about the accuracy of the information in our Background Reports. You can learn more by accessing our **Terms of Service (/premium_terms_of_service)** and **Privacy Policy (/privacy_policy)**.

| CONTACT INFO | CRIMINAL RECORDS | BANKRUPTCIES | LIENS & JUDGMENTS | PROPERTIES | LICENSES |
|---|---|---|---|---|---|