IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GOODYEAR TIRE & RUBBER COMPANY, et al.<br><br>Defendants. | CIVIL ACTION NO.: 2:17-cv-03521 |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2017, upon consideration of The Goodyear Tire & Rubber Company's motion of to transfer this action to the United States District Court for the District of Nebraska (ECF No. 30), it is **ORDERED** that said motion is **GRANTED**. The Clerk of the Court shall transfer this action to the United States District Court for the District of Nebraska and take all actions necessary to effect such transfer.

By the Court:

_____
Slomsky, J.