## CERTIFICATE OF SERVICE

I certify that on March 15, 2018, I served a true and correct copy of the foregoing Motion upon the following counsel for Plaintiffs:

Daniel J. Sherry, Jr., Esquire
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA  19103


DATED:  March 15, 2018         /s/ Justin Kerner
                               Justin Kerner

                               *Attorney for Defendant,*
                               *The Goodyear Tire & Rubber Company*