## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al., | CIVIL ACTION NO.: 2:17-cv-03521 |
| Plaintiffs, | |
| v. | **FILED** |
| GOODYEAR TIRE & RUBBER COMPANY, et al., | MAR 22 2018 |
| Defendants. | KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

### STIPULATION OF THE PARTIES TO TRANSFER THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

On March 15, 2018, defendant, The Goodyear Tire & Rubber Company ("Goodyear"), moved to transfer this action to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a) (ECF No. 30). Plaintiffs do not oppose such a transfer.

Accordingly, the parties hereby stipulate and agree on this 20th day of March, 2018, that this matter should be transferred to the United States District Court for the District of Nebraska.


Daniel J. Sherry
**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
1634 Spruce Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs, Rysta Leona Susman, both individually and as legal guardian of Shane Allen Loveland, and Jacob Summers*

Jayne A. Risk
Justin E. Kerner
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

*Attorneys for Defendant, The Goodyear Tire & Rubber Company*

1

**SO ORDERED.** The Clerk of the Court shall transfer this action to the United States District Court for the District of Nebraska and take all actions necessary to effect such transfer.

By the Court:  *MARCH 22, 2018*

*Joel Slomsky*
Slomsky, J.

2