# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

**Denise M. Lucks**
**Clerk of Court**

[www.ned.uscourts.gov](www.ned.uscourts.gov)

**Gabriela Acosta**
**Chief Deputy Clerk**

March 26, 2018

Daniel J. Sherry
EISENBERG, ROTHWEILER LAW FIRM
1634 Spruce Street
Philadelphia, PA   19103

RE:   Case No.   8:18cv127
       Susman, et al v. The Goodyear Tire & Rubber Company, et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

X     Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

X     Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

        Paid the 2017/2018 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request.   If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.   If you have already submitted the forms or taken the action required above, please disregard this letter.   If you have any questions or concerns, please do not hesitate to contact our office.

Sincerely,

s/   Lindsey Olson
      Deputy Clerk

Enclosures

Forms-Attorney_Letter
Approved: February 25, 2008

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

# UNITED STATES DISTRICT COURT

*District of Nebraska*

**APPLICATION FOR ADMISSION TO PRACTICE**

$181.00[1]

Provide case number if admission requested by court: _____

Appearing on behalf of: _____

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

_____
(Bar Code or Number, if applicable)

_____   (Law Firm or Federal Agency)
_____   (Mailing Address)
_____   (City, State, Zip)
_____   (Telephone/Fax Number)

I, _____, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this _____ day of _____, 20___.

_____
(Signature of Applicant)

==========================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this _____ day of _____, 20___.

_____
(Deputy Clerk)

Last update 12/01/16

---

[1] The $181.00 filing fee is waived for federal agency attorneys.

# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

_____*,* Plaintiff,

          Case No: _____

v.

          Appearing on behalf of: _____

_____, Defendant.

I, _____, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of _____ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

          _____
          (Bar Code or Number, if applicable)

_____    (Law Firm or Federal Agency)
_____    (Mailing Address)
_____    (City, State, Zip)
_____    (Telephone/Fax Number)

I, _____, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this _____ day of _____, 20___.

          _____
          (Signature of Applicant)
          (Original signature required when submitted in paper)

====================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

          DATED this _____ day of _____, 20___.

          _____
          (Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____

Last update 09/29/17

United States District Court
District of Nebraska

**ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM**

**<u>PLEASE TYPE</u>**

First/Middle/Last Name: _____

Attorney Bar # and State (If Applicable): _____

Firm Name (If Applicable): _____
_____

Firm or Home Address: _____
_____

Phone Number: _____

FAX Number: _____

Internet E-Mail Address: _____

Additional E-Mail Address: _____

**<u>Additional Important Information</u>**

1.    To file pleadings or other papers electronically, an individual must complete and sign this registration form. The court will then send the individual a login and password to the Internet e-mail address list above. The login and password are used to access CM/ECF.

2.    Registered CM/ECF users agree to comply with the Federal Rules of Civil and Criminal Procedure governing electronic filing, privacy, and redaction. Registered CM/ECF users should also review and comply with the specific local rules dealing with electronic filing. See http://www.ned.uscourts.gov/attorney/local-rules.

3.    CM/ECF users should carefully protect their password. If an attorney or participant suspects the password has been compromised in any way, the attorney or participant should immediately reset the     CM/ECF     password.     To     change     CM/ECF     passwords,     see https://ecf.ned.uscourts.gov/cgi-bin/lostPassword_mdb.pl.

4.    By signing and submitting this registration form, users consent to entry of their e-mail address into the court's CM/ECF mass e-mailing system.

5.    A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records (PACER) Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login and password is required in addition to those issued by the court. To register for

PACER, a user must complete the online form or submit a registration form, available on the PACER Web site, http://pacer.psc.uscourts.gov.

6.  Additional information, procedures, and training materials are available on the court's Web page, http://www.ned.uscourts.gov/attorney/electronic-case-filing.

Please date and sign below.

_____          _____
Date                                             Attorney or Participant Signature

Please submit this form to:

        U.S. District Court
        District of Nebraska
        Attn: ECF Registration
        111 South 18th Plaza, Suite 1152
        Omaha, NE 68102-1322