# UNITED STATES DISTRICT COURT
## District of Nebraska
### APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 APR -6 PM 12:55

OFFICE OF THE CLERK

SUSMAN, ET AL., Plaintiff,

v.

THE GOODYEAR TIRE & RUBBER CO., et al., Defendant.

Case No: 8:18CV127

Appearing on behalf of: The Goodyear Tire & Rubber Company

I, Edward S. Bott, Jr., do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Missouri and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

31934MO
(Bar Code or Number, if applicable)

Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314)241-9090/(314) 241-4245

(Law Firm or Federal Agency)
(Mailing Address)
(City, State, Zip)
(Telephone/Fax Number)

I, Edward S. Bott, Jr., swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 3rd day of April, 2018.

_____
(Signature of Applicant)
(Original signature required when submitted in paper)

================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 6 day of April, 2018.

_____
(Deputy Clerk)

Receipt Number 8046866
COPIES MAILED ON 4/6/18

Last update 09/29/17