UNITED STATES DISTRICT COURT
*District of Nebraska*
APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 APR -9 AM 12: 00
OFFICE OF THE CLERK

RYSTA LEONA SUSMAN, both Individually and
as Legal Guardian of     SHANE ALLEN LOVELAND
    and
JACOB SUMMERS

Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, et al.
    Defendants.

Case No.:   **8:18cv127**

Appearing on behalf of: **Plaintiffs**

I, **Daniel J. Sherry, Jr., Esquire**, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of **Pennsylvania**, and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

**201515**
(Bar Code or Number, if applicable)

**Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C.**
**1634 Spruce Street**
**Philadelphia, PA  19103**
**Phone:  215-546-6636/Fax: 215-546-0118**

(Law Firm or Federal Agency)
(Mailing Address)
(City, State, Zip)
(Telephone/Fax Number)

I, **Daniel J. Sherry, Jr., Esquire**, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 6TH day of April, 2018.

_____
(Signature of Applicant)
(Original signature required when submitted in paper)

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only**.

DATED this 9th day of April, 2018.

_____
(Deputy Clerk)

Receipt Number 8046874
COPIES MAILED ON 4/9/18

ECF