# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | CASE NO. 8:18-cv-00127 |
| Plaintiffs, | |
| v. | **ENTRY OF APPEARANCE** |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| Defendant. | |

COMES NOW Jennifer D. Tricker of Baird Holm LLP and hereby enters her appearance on behalf of Defendant, The Goodyear Tire & Rubber Company, in the above-captioned action.

Dated this 12th day of April, 2018

THE GOODYEAR TIRE & RUBBER COMPANY, Defendant,

By: /s/Jennifer D. Tricker
      Jennifer D. Tricker (NE# 23022)
of   BAIRD HOLM LLP
      1700 Farnam Street
      Suite 1500
      Omaha, NE  68102-2068
      402-344-0500
      jtricker@bairdholm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on April 12, 2018, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel J. Sherry, Jr.
EISENBERG, ROTHWEILER, WINKLER,
  EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Daniel@erlegal.com
*Attorney for Plaintiffs*

Edward S. Bott, Jr.
GREENSFELDER, HEMKER LAW FIRM
10 South Broadway
Suite 2000
St. Louis, MO 63102-1774
esb@greensfelder.com
*Attorney for Defendant*

Jayne Risk
Justin E. Kerner
DLA PIPER LAW FIRM
1650 Market Street
Suite 4900, One Liberty Place
Philadelphia, PA 19103
jayne.risk@dlapiper.com
justin.kerner@dlapiper.com
*Attorneys for Defendant*

                                        /s/Jennifer D. Tricker

DOCS/2058161.1