**UNITED STATES DISTRICT COURT**
*District of Nebraska*
**APPLICATION FOR ADMISSION PRO HAC VICE**
$100.00

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 APR 13 AM 9: 26

OFFICE OF THE CLERK

RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE LOVELAND and JACOB SUMMERS, Plaintiff,

v.

THE GOODYEAR TIRE & RUBBER COMPANY, et al., Defendant.

Case No: 8:18CV127

Appearing on behalf of: Plaintiffs

I, Kyle Wayne Farrar, Esquire, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Texas and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

24034828
(Bar Code or Number, if applicable)

Kaster, Lynch, Farrar & Ball, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300

(Law Firm or Federal Agency)
(Mailing Address)
(City, State, Zip)
(Telephone/Fax Number)

I, Kyle Wayne Farrar, Esquire, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 9th day of April, 20 18.

Kyle W. Farrar
(Signature of Applicant)
(Original signature required when submitted in paper)

=====================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 13 day of April, 2018.

(Deputy Clerk)

Receipt Number 8046940
COPIES MAILED ON 4/13/18

Last update 09/29/17

ECF