IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>     Defendant. | Case No. 8:18-cv-00127 |

### DECLARATION OF JUSTIN E. KERNER
### IN SUPPORT OF THE GOODYEAR TIRE & RUBBER COMPANY'S
### MOTION FOR WITHDRAWAL OF COUNSEL

I, Justin E. Kerner, declare:

1. I am an attorney licensed to practice law in the Commonwealth of Pennsylvania, State of New Jersey, and State of New York, and I have appeared in this action as counsel for The Goodyear Tire & Rubber Company ("Goodyear"). I am an Associate in the law firm of DLA Piper LLP (US) ("DLA Piper") in Philadelphia, Pennsylvania. I make this declaration in support of Goodyear's Motion for Withdrawal of Counsel. Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following.

2. I consent to the withdrawal of myself and DLA Piper as counsel for Goodyear in this matter.

3. Goodyear has been given notice of my withdrawal.

4.	Goodyear will continue to be represented by its other current counsel of record, Edward S. Bott, Jr. and the law firm of Greensfelder, Hemker & Gale, P.C., and Jennifer D. Tricker and the law firm of Baird Holm LLP.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on this 17th day of April, 2018, in Philadelphia Pennsylvania.

s/ Justin E. Kerner
Justin E. Kerner

1723657