# UNITED STATES DISTRICT COURT
## District of Nebraska
## APPLICATION FOR ADMISSION PRO HAC VICE

$100.00

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS, **Plaintiff,**

v.

THE GOODYEAR TIRE & RUBBER COMPANY, **Defendant.**

Case No: 8:18CV127

Appearing on behalf of: Plaintiffs

I, Paul E. Godlewski, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Minnesota and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Attorney Bar No. 35567
(Bar Code or Number, if applicable)

Schwebel, Goetz & Sieben, P.A.
(Law Firm or Federal Agency)
5120 IDS Center, 80 South Eighth Street
(Mailing Address)
Minneapolis, MN 55402
(City, State, Zip)
612-344-0327 telephone / 612-333-6311 fax
(Telephone/Fax Number)

I, Paul E. Godlewski, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 25th day of April, 2018.

*[signature]*
(Signature of Applicant)
(Original signature required when submitted in paper)

================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this ____ day of _____, 20__.

_____
(Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____

Last update 09/29/17