IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | CASE NO. 8:18-cv-00127<br><br>**ENTRY OF APPEARANCE** |

COMES NOW Michael F. Coyle and Robert W. Futhey of FRASER STRYKER PC LLO and hereby enter their appearance on behalf of Plaintiffs in the above-captioned case.

DATED this 18th day of May, 2018.

                                  RYSTA LEONA SUSMAN, both individually
                                  and as Legal Guardian of SHANE ALLEN
                                  LOVELAND; and JACOB SUMMERS,
                                  Plaintiffs.

                BY:   /s/ Michael F. Coyle
                          Michael F. Coyle, #18299
                          Robert W. Futhey, #24620
                          FRASER STRYKER PC LLO
                          500 Energy Plaza
                          409 South 17th Street
                          Omaha, NE  68102-2663
                          (402) 341-6000
                          mcoyle@fraserstryker.com
                          rfuthey@fraserstryker.com

                          ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following listed below by email and United States mail, postage prepaid, this 18th day of May, 2018:

Daniel J. Sherry, Jr.
EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
(215) 546-6636
Email: daniel@erlegal.com
ATTORNEY FOR PLAINTIFFS

Kyle W. Farrar
KASTER, LYNCH FARRAR & BALL, LLP
1010 Lamar
Suite 1600
Houston, TX 77002
(713) 221-8300
Email: kyle@fbtrial.com
ATTORNEY FOR PLAINTIFFS

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
(612) 344-0327
Email: pgodlewski@schwebel.com
ATTORNEY FOR PLAINTIFFS

Edward S. Bott, Jr.
GREENSFELDER, HEMKER LAW FIRM
10 South Broadway
Suite 2000
St. Louis, MO 63102
(314) 241-9090
Email: esb@greensfelder.com
ATTORNEY FOR DEFENDANT

Jennifer D. Tricker
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102
(402) 344-0500
jtricker@bairdholm.com
ATTORNEY FOR DEFENDANT

                  /s/ Michael F. Coyle

1892283 v1