**UNITED STATES DISTRICT COURT**
*District of Nebraska*
**APPLICATION FOR ADMISSION PRO HAC VICE**
$100.00

SUSMAN, et al., Plaintiffs,

Case No.: 8:18CV127

v.

THE GOODYEAR TIRE & RUBBER CO., et al., Defendants.

Appearing on behalf of: The Goodyear Tire & Rubber Company

I, Clark W. Hedger, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Missouri and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

60389MO
(Bar Code or Number, if applicable)

Greensfelder, Hemker & Gale., P.C.   (Law Firm or Federal Agency)
10 S. Broadway, Suite 2000   (Mailing Address)
St. Louis, MO  63102   (City, State, Zip)
314/241-9090 / 314/241-4245   (Telephone/Fax Number)

I, Clark W. Hedger, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 31st day of May, 2018.

/s/ Clark W. Hedger
(Signature of Applicant)
(Original signature required when submitted in paper)

================================================================

IT IS ORDERED:  Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only**.

DATED this _____ day of _____, 20___.

_____
(Deputy Clerk)

Receipt Number _____
COPIES MAILED ON _____