# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION PRO HAC VICE**
$100.00

__SUSMAN, et al.__, Plaintiffs,

Case No.: __8:18CV127__

v.

__THE GOODYEAR TIRE & RUBBER CO., et al.__, Defendants.

Appearing on behalf of: __The Goodyear Tire & Rubber Company__

I, __Juliane M. Rodriguez__, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of __Missouri__ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

__65141MO__
(Bar Code or Number, if applicable)

__Greensfelder, Hemker & Gale., P.C.__ (Law Firm or Federal Agency)
__10 S. Broadway, Suite 2000__ (Mailing Address)
__St. Louis, MO  63102__ (City, State, Zip)
__314/241-9090 / 314/345-5465__ (Telephone/Fax Number)

I, __Juliane M. Rodriguez__, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this __31st__ day of __May__, 20__18__.

__/s/ Juliane M. Rodriguez__
(Signature of Applicant)
(Original signature required when submitted in paper)

================================================================

IT IS ORDERED:  Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only**.

DATED this _____ day of _____, 20___.

_____
(Deputy Clerk)

Receipt Number _____
COPIES MAILED ON _____