IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | CASE NO. 8:18-cv-00127 <br><br><br> NOTICE OF SERVICE OF DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES |

Counsel for Defendant states that on the 7th day of June, 2018, Defendant's Rule 26(a)(1) Initial Disclosures were served by email transmission and U.S. first class mail, postage prepaid, and properly addressed to counsel for Plaintiffs as follows:

Daniel J. Sherry, Jr.
EISENBERG, ROTHWEILER, WINKLER,
  EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Email: Daniel@erlegal.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
Email: pgodlewski@schwebel.com

Kyle W. Farrar
KASTER, LYNCH FARRAR & BALL, LLP
1010 Lamar
Suite 1600
Houston, TX 77002
Email: kyle@fbtrial.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
Email:  mcoyle@fraserstryker.com


Dated this 7th day of June, 2018

        THE GOODYEAR TIRE & RUBBER COMPANY,
        Defendant,


        By:  /s/Jennifer D. Tricker
             Jennifer D. Tricker (NE# 23022)
   of  BAIRD HOLM LLP
            1700 Farnam Street
            Suite 1500
            Omaha, NE  68102-2068
            402-344-0500
            jtricker@bairdholm.com

        and

        Edward S. Bott, Jr. (*pro hac vice*)
        Clark W. Hedger (*pro hac vice*)
        Juliane M. Rodriguez (*pro hac vice*)
  of  GREENSFELDER, HEMKER & GALE, P.C.
        10 South Broadway, Suite 2000
        St. Louis, MO 63102
        314-241-9090
        esb@greensfelder.com
        ch1@greensfelder.com
        jrodriguez@greensfelder.com

## CERTIFICATE OF SERVICE

    I hereby certify that on June 7, 2018, I electronically filed the foregoing Notice of Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Daniel J. Sherry, Jr.
EISENBERG, ROTHWEILER, WINKLER,
  EISENBERG & JECK, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Daniel@erlegal.com

*Attorney for Plaintiffs*

Edward S. Bott, Jr.
GREENSFELDER, HEMKER LAW FIRM
10 South Broadway
Suite 2000
St. Louis, MO 63102-1774
esb@greensfelder.com

*Attorney for Defendant*

Jayne Risk
Justin E. Kerner
DLA PIPER LAW FIRM
1650 Market Street
Suite 4900, One Liberty Place
Philadelphia, PA 19103
jayne.risk@dlapiper.com
justin.kerner@dlapiper.com

*Attorneys for Defendant*

                                                /s/Jennifer D. Tricker

DOCS/2086589.1