IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | ) ) ) ) | |
| Plaintiff(s), | ) | **8:18CV127** |
| | ) | |
| v. | ) ) ) | **NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(1) DISCLOSURES** |
| THE GOODYEAR TIRE & RUBBER COMPANY | ) ) | |
| Defendant(s). | ) | |

Counsel for Plaintiffs state that on this 7th day of June, 2018, Plaintiff's Rule 26(a)(1) Disclosures were served by email transmission and U.S. first class mail, postage prepaid, and properly addressed to counsel for Defendants as follows:

>Edward S. Bott, Jr.
>GREENSFELDER, HEMKER & GALE, P.C.
>10 South Broadway, Suite 2000
>St. Louis, Mo. 63102
>314.516.2690
>314.241.4245 (Fax)
>esb@greensfelder.com
>
>Jennifer D. Tricker
>BAIRD HOLM, LLP
>1700 Farnam Street, Suite 1500
>Omaha, Nebraska 68102
>402.344.0500
>402.344.0588 (Fax)
>jtricker@bairdholm.com

Dated June 7, 2018

                                  Respectfully submitted,

                                  **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By:   _____

                                  Kyle Wayne Farrar *(Pro Hac Vice)*
                                  Texas Bar No. 24038754
                                  1010 Lamar, Suite 1600
                                  Houston, TX 77002
                                  (713) 221-8300 (Telephone)
                                  (713) 221-8301 (Facsimile)
                                  kyle@fbtrial.com

                                  *and*

                                  Paul Godlewski *(Pro Hac Vice)*
                                  SCHEWEBEL, GOETZ & SIEBEN, P.A.
                                  5120 IDS Center
                                  80 S. 8th Street, #5120
                                  Minneapolis, Minnesota 55402
                                  612.377.7777
                                  612.333.6311 (Fax)
                                  pgodlewski@schwebel.com

                                  *and*

                                  Michael F. Coyle
                                  FRASER, STRYKER LAW FIRM
                                  409 South 17th Street
                                  Suite 500, Energy Plaza
                                  Omaha, Nebraska 68102
                                  402.341.6000
                                  402.341.8290 (Fax)
                                  mcoyle@fraserstryker.com

                                  ***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 7, 2018, I electronically filed this foregoing Notice of Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Edward S. Bott, Jr.
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
esb@greensfelder.com
*Attorneys for Defendant, The Goodyear Tire & Rubber Company*

Jennifer D. Tricker
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
jtricker@bairdholm.com
*Attorneys for Defendant, The Goodyear Tire & Rubber Company*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, Nebraska 68102
mcoyle@fraserstryker.com
*Attorney for Plaintiffs*

Paul E. Godlewski
Schwebel, Goetz & Sieben, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, Minnesota 54402
pgodlewski@schwebel.com
*Attorney for Plaintiffs*

 

--------

Kyle W. Farrar

3