IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS | : : : : | |
| Plaintiffs, | : : | Case No. 8:18-cv-00127 |
| v. | : : : | |
| GOODYEAR TIRE & RUBBER COMPANY | : : : : | |
| Defendant. | : : | |

**MOTION FOR WITHDRAWAL AS COUNSEL FOR PLAINTIFFS**

Plaintiffs, Rysta Leona Susman, as Legal Guardian of Shane Allen Loveland; and Jacob Summers hereby move pursuant to Nebraska General Rule 1.3(f) to withdraw Daniel J. Sherry, Jr., Esquire and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, as counsel for Plaintiffs. In support thereof, Plaintiffs state as follows:

1. Mr. Sherry and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck have acted as counsel for Plaintiffs in this case.

2. On or about July 18, 2017, this case was filed in the Court of Common Pleas of Philadelphia County. The case was subsequently removed to the United States District Court for the Eastern District of Pennsylvania.

3. On or about March 22, 2018, the United States District Court for the Eastern District of Pennsylvania ordered, pursuant to a stipulation of the parties, that the case be transferred to the United States District Court for the District of Nebraska.

4. On April 9, 2018, Daniel J. Sherry, Jr., Esquire of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck was admitted *pro hac vice* to this Court to appear on behalf of Plaintiffs.

5. On April 13, 2018, Kyle W. Farrar, Esquire of Kaster, Lynch, Farrar & Ball, LLP was admitted *pro hac vice* to this Court to appear on behalf of Plaintiffs.

6. On May 18, 2018, Michael F. Coyle, Esquire and Robert W. Futhey, Esquire of Fraser Stryker, PC, LLO entered their appearance on behalf of Plaintiffs.

7. Now Daniel J. Sherry, Jr., Esquire and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck seek to withdraw as counsel of record for Plaintiffs. *See* Declaration of Daniel J. Sherry, Jr., Esquire in Support of Plaintiffs' Motion for Withdrawal as Counsel, concurrently filed herewith.

8. Plaintiffs have been given notice of the withdrawal of Daniel J. Sherry, Jr., Esquire and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck.

9. Plaintiffs will continue to be represented by Kyle W. Farrar, Esquire, Michael F. Coyle, Esquire, and Robert W. Futhey, Esquire, and their respective law firms.

10. This Motion will not cause any unnecessary delay, prejudice, or material adverse effect on the interests of any party.

11. Accordingly, good cause exists for Daniel J. Sherry, Jr., Esquire and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck to be withdrawn from the representation of Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order granting their Motion to Withdraw Daniel J. Sherry, Jr., Esquire and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck as counsel for Plaintiffs, and relieve Daniel J. Sherry, Jr., Esquire and

Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck of any future obligations as to the representation of Plaintiffs in this case.

        Respectfully submitted,

        EISENBERG, ROTHWEILER, WINKLER,
        EISENBERG & JECK, P.C.

    BY: /s/ Daniel J. Sherry, Jr.
       DANIEL J. SHERRY, JR., ESQUIRE
       1634 Spruce Street
       Philadelphia, PA 19103
       Phone: 215.546.6636
       Fax: 215.546.0118
       daniel@erlegal.com
       Attorney for Plaintiffs

DATED:  June 12, 2018

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 12, 2018, the foregoing Motion for Withdrawal as Counsel for Plaintiffs was filed electronically and served via operation of the Court's CM/ECF system and via email upon the following:

Edward S. Bott, Jr., Esquire
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102
esb@greensfedler.com

Jennifer D. Tricker, Esquire
Baird Holm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
jtricker@bairdholm.com

Kyle W. Farrar, Esquire
Kaster, Lynch, Farrar & Ball, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski, Esquire
Schwebel, Goetz, Sieben, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle, Esquire
Robert W. Futhey, Esquire
Fraser Stryker, PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
mcoyle@fraserstryker.com
rfuthey@fraserstryker.com

The undersigned further certifies that a true and correct copy of the foregoing Motion was served via certified mail to:

    Rysta Leona Susman, Legal Guardian of
    Shane Allen Loveland
    304 Sheppard Avenue
    Hildreth, NE 68947

    Jacob Summers
    823 S. Main
    Wilber, NE 68465

    Respectfully submitted,

    EISENBERG, ROTHWEILER, WINKLER,
    EISENBERG & JECK, P.C.

BY:  /s/ Daniel J. Sherry, Jr.
      DANIEL J. SHERRY, JR., ESQUIRE
      1634 Spruce Street
      Philadelphia, PA 19103
      Phone: 215.546.6636
      Fax:    215.546.0118
      daniel@erlegal.com
      Attorney for Plaintiffs

DATED: June 12, 2018

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND; and JACOB SUMMERS :<br><br>Plaintiffs, :<br><br>v. :<br><br>GOODYEAR TIRE & RUBBER COMPANY :<br><br>Defendant. : | Case No. 8:18-cv-00127 |

### DECLARATION OF DANIEL J. SHERRY, JR., ESQUIRE IN SUPPORT OF PLAINTIFFS' MOTION FOR WITHDRAWAL AS COUNSEL

I, Daniel J. Sherry, Jr., Esquire, declare:

1. I am attorney licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey, and I have appeared in this action as counsel for Plaintiffs. I am an Associate in the law firm of Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck in Philadelphia, Pennsylvania. I make this declaration in support of Plaintiffs' Motion for Withdrawal as Counsel. Unless otherwise indicated, I have personal knowledge of the matters set forth in this declaration, and I am competent to testify to the following:

2. I consent to the withdrawal of myself and Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck as counsel for Plaintiffs in this matter.

3. Plaintiffs have been given notice of my withdrawal.

4. Plaintiffs will continue to be represented by its other current counsel of record., Kyle W. Farrar, Esquire of Kaster, Lynch, Farrar & Ball, LLP, and Michael F. Coyle, Esquire and Robert W. Futhey, Esquire of Fraser Stryker, PC, LLO.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing statements are true and correct.

Executed on this 12th day of June, 2018, in Philadelphia, Pennsylvania.

/s/ Daniel J. Sherry, Jr.
DANIEL J. SHERRY, JR., ESQUIRE