# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br>　　　Plaintiffs, <br><br>v. <br><br>THE GOODYEAR TIRE & RUBBER COMPANY, <br><br>　　　Defendant. | Case No. 8:18-cv-00127 |

### UNOPPOSED MOTION FOR ENTRY OF A
### CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER

COMES NOW The Goodyear Tire & Rubber Company ("Goodyear"), by and through its attorneys, and moves this Court to enter a Confidentiality Agreement and Protective Order concerning the disclosure of certain confidential information. In support of this motion, Goodyear states:

This matter will involve the production of confidential trade secret, financial, process, marketing, health, and business information, or other commercial information within the meaning of Federal Rule of Civil Procedure 26.

FED. R. CIV. P. 26 provides that disclosure or discovery may be had on specific terms and conditions, and states that a court may enter an order to protect the dissemination of "trade secret or other confidential research, development, or commercial information."

The parties have agreed to the terms and conditions governing the discovery and disclosure of the confidential documents. The proposed Confidentiality Agreement and Protective Order is attached as **Exhibit A**.

WHEREFORE, The Goodyear Tire & Rubber Company respectfully moves this Court to enter the proposed stipulated Confidentiality Agreement and Protective Order limiting the disclosure of certain confidential documents and information as set forth above, and for any other relief this Court deems proper.

        GREENSFELDER, HEMKER & GALE, P.C.

        By: s/ Edward S. Bott, Jr.
        Edward S. Bott, Jr.
        Clark W. Hedger
        Juliane M. Rodriguez
        10 South Broadway, Suite 2000
        St. Louis, MO 63102
        (314) 241-9090
        Fax: (314) 345-5465
        esb@greensfelder.com
        ch1@greensfelder.com
        jrodriguez@greensfelder.com

        AND

        BAIRD HOLM LLP
        Jennifer D. Tricker (NE# 23022)
        1700 Farnam Street, Suite 1500
        Omaha, NE 68102-2068
        (402) 344-0500
        jtricker@bairdholm.com

        *Attorneys for The Goodyear Tire & Rubber Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 18th day of June, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Edward S. Bott, Jr.