### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br>Plaintiffs, <br><br>v. <br><br>THE GOODYEAR TIRE & RUBBER COMPANY, <br><br>Defendant. | Case No. 8:18-cv-00127 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of The Goodyear Tire & Rubber Company's Answers and Objections to Plaintiffs' First Request for Admissions was served by electronic mail and U.S. Mail to all attorneys of record on July 26, 2018.

                                            GREENSFELDER, HEMKER & GALE, P.C.

                                            By: /s/ Edward S. Bott, Jr.
                                            Edward S. Bott, Jr.
                                            Clark W. Hedger
                                            Juliane M. Rodriguez
                                            10 South Broadway, Suite 2000
                                            St. Louis, MO  63102
                                            (314) 241-9090
                                            Fax:  (314) 345-5465
                                            esb@greensfelder.com
                                            ch1@greensfelder.com
                                            jrodriguez@greensfelder.com

                                            AND

          BAIRD HOLM LLP
          Jennifer D. Tricker (NE# 23022)
          1700 Farnam Street, Suite 1500
          Omaha, NE 68102-2068
          (402) 344-0500
          jtricker@bairdholm.com

          *Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 26th day of July, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


          /s/ Edward S. Bott, Jr.

1745704

2