IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 |

### THE GOODYEAR TIRE & RUBBER COMPANY'S UNOPPOSED MOTION TO MODIFY THE COURT'S INITIAL PROGRESSION ORDER

The Goodyear Tire & Rubber Company ("Goodyear"), by and through its counsel, for its Unopposed Motion to Modify the Court's Initial Progression Order, respectfully states as follows:

1. This lawsuit arises from an automobile accident that occurred on May 1, 2015 outside of Shelton Nebraska.

2. That day, Larry R. Blair was driving a 2003 Chevrolet Silverado owned by his employer, Dandee Construction, when the vehicle was involved in an accident that allegedly resulted from the failure of a Goodyear tire on the vehicle.

3. Jacob B. Summers and Shane A. Loveland, Mr. Blair's passengers that day, were injured in this accident.

4. Mr. Loveland's mother and guardian, Rysta Leona Susman, together with Mr. Summers, filed the instant case against Goodyear.

5. Not long after this case was transferred from the United States District Court for the Eastern District of Pennsylvania (after having been removed from the Court of Common Pleas), this Court entered its Initial Progression Order. (ECF No. 56.)

6.      In this Order, the Court set August 8, 2018, as the deadline to add additional parties to this litigation.

7.      Goodyear respectfully requests that the Court extend this deadline by 60 days to allow it additional time to complete its investigation into whether third party claims against Mr. Blair, the vehicle's driver, or Dandee Construction, Mr. Blair's employer and owner of the truck, are appropriate.

8.      Goodyear is in the process of subpoenaing Mr. Blair's medical records, Mr. Blair's employment records, and other records related to Dandee Construction's care, monitoring, repair, and maintenance to the Silverado and its tires, and will be in a position to decide whether to seek to add additional defendants in the next 60 days.

9.      Goodyear has conferred with Plaintiffs' counsel and has been authorized to designate this Motion as unopposed.

**WHEREFORE,** Goodyear respectfully requests that the Court extend the deadline to add additional parties 60 days from the currently-set deadline of August 8, 2018, and for such other and further relief as the Court deems just and appropriate under the circumstances.

                THE GOODYEAR TIRE & RUBBER
                COMPANY, Defendant


                By:  /s/Jennifer D. Tricker
                        Jennifer D. Tricker (NE# 23022)
                Of   BAIRD HOLM LLP
                        1700 Farnam Street, Suite 1500
                        Omaha, NE 68102-2068
                        (402) 344-0500
                        jtricker@bairdholm.com

                AND

        Edward S. Bott, Jr.
        Clark W. Hedger
        Juliane M. Rodriguez
Of GREENSFELDER, HEMKER & GALE, P.C.
        10 South Broadway, Suite 2000
        St. Louis, MO 63102
        (314) 241-9090
        esb@greensfelder.com
        ch1@greensfelder.com
        jrodriguez@greensfelder.com

*Attorneys for The Goodyear Tire & Rubber Company*

### CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorney for Plaintiffs*

        /s/Jennifer D. Tricker