# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | Case No. 8:18-cv-00127 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of The Goodyear Tire & Rubber Company's Objections and Responses to Plaintiffs' First Request for Production and Plaintiffs' First Set of Interrogatories were served by electronic mail and U.S. Mail to all attorneys of record on August 27, 2018.

                                             GREENSFELDER, HEMKER & GALE, P.C.

                                               By: /s/ Juliane M. Rodriguez
                                             Edward S. Bott, Jr.
                                             Clark W. Hedger
                                             Juliane M. Rodriguez
                                             10 South Broadway, Suite 2000
                                             St. Louis, MO  63102
                                             (314) 241-9090
                                             Fax:  (314) 345-5465
                                             esb@greensfelder.com
                                             ch1@greensfelder.com
                                             jrodriguez@greensfelder.com

                                             AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this 27th day of August, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /s/ Juliane M. Rodriguez

17451248