IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | ) ) ) ) | |
| Plaintiff(s), | ) | **8:18CV127** |
| | ) | |
| v. | ) ) | **PLAINTIFFS' INITIAL DISCLOSURE OF FACT AND** |
| THE GOODYEAR TIRE & RUBBER COMPANY | ) ) | **EXPERT WITNESSES** |
| Defendant(s). | ) | |

Plaintiffs by and through their attorneys, and in accordance with this Court's May 24, 2015 order disclose the following.

**A.      Names and address of all non-expert witnesses:**

1.      Rysta Leona Susman,
        Shane Allen Loveland
        Jacob Summers
        c/o Kyle W. Farrar
        KASTER, LYNCH, FARRAR & BALL, LLP
        1010 Lamar, Suite 1600
        Houston, Texas 77002
        713.221.8300
        713.221.8301 (Fax)
        kyle@fbtrial.com

        *and*

        Paul Godlewski
        SCHEWEBEL, GOETZ & SIEBEN, P.A.
        5120 IDS Center
        80 S. 8th Street, #5120
        Minneapolis, Minnesota 55402
        612.377.7777
        612.333.6311 (Fax)
        pgodlewski@schwebel.com
        Plaintiff

2. Shane Allen Loveland
 c/o Kyle W. Farrar
 KASTER, LYNCH, FARRAR & BALL, LLP
 1010 Lamar, Suite 1600
 Houston, Texas 77002
 713.221.8300
 713.221.8301 (Fax)
 kyle@fbtrial.com

 *and*

 Paul Godlewski
 SCHEWEBEL, GOETZ & SIEBEN, P.A.
 5120 IDS Center
 80 S. 8th Street, #5120
 Minneapolis, Minnesota 55402
 612.377.7777
 612.333.6311 (Fax)
 pgodlewski@schwebel.com
 Plaintiff

3. Jacob Summers
 c/o Kyle W. Farrar
 KASTER, LYNCH, FARRAR & BALL, LLP
 1010 Lamar, Suite 1600
 Houston, Texas 77002
 713.221.8300
 713.221.8301 (Fax)
 kyle@fbtrial.com

 *and*

 Paul Godlewski
 SCHEWEBEL, GOETZ & SIEBEN, P.A.
 5120 IDS Center
 80 S. 8th Street, #5120
 Minneapolis, Minnesota 55402
 612.377.7777
 612.333.6311 (Fax)
 pgodlewski@schwebel.com
 Plaintiff

4. Larry Blair
 224 E. 4th Street
 Axtell, NE 68924

        Driver of the subject vehicle

5.      Current and former employees of The Goodyear Tire & Rubber Company
c/o Edward S. Bott, Jr.
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
314.516.2690
314.241.4245 (Fax)
esb@greensfelder.com

*and*

Jennifer D. Tricker
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
402.344.0500
402.344.0588 (Fax)
jtricker@bairdholm.com

6.      Trooper Joseph Flasnick, Badge No. 510,
Nebraska State Patrol, 1600 Highway 2,
Lincoln, Nebraska 68502.
(402) 471.4545.
Trooper Flasnick responded to the accident scene.

7.      Rob Gibson, (402) 499-5550.
Mr. Gibson witnessed the accident.

8.      Mary K. Gibson, (402) 432-0171.
Ms. Gibson witnessed the accident.

9.      Kramer's Towing,
3405 N. Highway 281,
Grand Island, Nebraska.
Kramer Towing towed the subject vehicle from the accident.

10.     Action Care Ambulance Inc.
PO Box 2439
Parker, CO 80134
Medical transport for Shane Loveland

11.     Representatives/employees of Wood River Rescue Unit,
410 W. Green Street,

3

        Wood River, Nebraska 68883.
        (308) 583-2066.
        Responded to the accident scene.

12. Representatives/employees of Good Samaritan EMS
    902 E. B Street,
    McCook, Nebraska
    (308) 345-4434.
    Responded to the accident scene.

13. Representatives/employees of Shelton Volunteer Fire & Rescue.
    218 C. Street,
    Shelton, Nebraska
    (308) 647-6772.
    Responded to the accident scene.

14. Representatives/employees of Dandee Concrete Construction Co. Inc.,
    305 E. 8th Street, PO Box 2587,
    Kearney, Nebraska, 68848
    (308) 627-6660.
    Owner of the subject vehicle.

15. Daniel T. Buser
    Dandee Concrete Construction Co. Inc.,
    305 E. 8th Street, PO Box 2587,
    Kearney, Nebraska, 68848
    (308) 627-6660.
    President of Dandee Concrete Construction

16. Current and former employees of Farm Bureau Insurance Company
    c/o Nicole M. Kustermann, YOST & BAILL, LLP,
    220 South Sixth Street, Suite 2050,
    Minneapolis, Minnesota 55402.
    Worker's compensation insurance carrier for Dandee Construction Co. Inc., and has possession of the subject vehicle.

17. CHI Health Good Samaritan
    10 E 31st St.
    Kearney, NE 68847
    Medical provider for Shane Loveland

18. Madonna Rehabilitation Hospital
    5401 South St.
    Lincoln, NE 68506
    Medical provider for Shane Loveland

19. Colorado Blood and Cancer Care
    701 E. Hampden Ave, Ste 532
    Englewood, CO 80113
    Medical Provider for Shane Loveland

20. Learning Services Neurobehavioral Institute
    7201 W Hampden Ave
    Lakewood, CO 80227
    Medical provider for Shane Loveland

21. Swedish Medical Center
    501 E. Hampden Ave
    Englewood, CO 80113
    Medical provider for Shane Loveland

22. Panorama Orthopedics & Spine Center
    1060 Plaza Dr., Ste. 200
    Littleton, CO 80129
    Medical Provider for Shane Loveland

23. Kearney Regional Medical Centre
    PO Box 3186
    Omaha, NE 68103
    Medical provider for Jacob Summers

24. Madonna Rehabilitation Hospital
    5401 South Street
    Lincoln, NE 68506
    Medical provider for Jacob Summers

25. University of Nebraska Medical Center
    10304 Crown Point Ave
    Omaha, NE 68134
    Medical Provider for Jacob Summers

26. New West Sports Medicine and Orthopaedic
    2810 West 35th St, Ste 1
    Kearney, NE 68845
    Medical provider for Jacob Summers

**B.  Name and address of all expert witnesses:**

27. David Southwell
    27 Netherby Avenue
    Netherby, South Australia 5062

5

28. Micky Gilbert
    Gilbert Engineering, LLC
    16254 W. 77th Lane
    Arvada, Colorado 80007

29. Craig Lichtblau
    Physical Medicine and Rehabilitation Board Certification
    550 Northlake Boulevard
    North Palm Beach, Florida 33408

30. Oscar Padron
    Turner & Associates, LLP
    14505 Commerce Way, Ste 500
    Miami Lakes, Florida 33016

31. Lila Laux, PhD
    Human Factors Consulting
    417 Leyden St.
    Denver, CO 80220

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____
Kyle Wayne Farrar *(Pro Hac Vice)*
Texas Bar No. 24038754
1010 Lamar, Suite 1600
Houston, TX 77002
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com

*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402

          612.377.7777
          612.333.6311 (Fax)
          pgodlewski@schwebel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 10, 2018. I forwarded a copy of the foregoing to the following:

Edward S. Bott, Jr.
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
314.516.2690
314.241.4245 (Fax)
esb@greensfelder.com

*and*

Jennifer D. Tricker
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
402.344.0500
402.344.0588 (Fax)
jtricker@bairdholm.com

*Attorneys for Defendant, The Goodyear Tire & Rubber Company*

          Kyle W. Farrar