IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:18-cv-00127 |

**IDENTIFICATION OF NON-EXPERT AND EXPERT WITNESSES**

The Goodyear Tire & Rubber Company ("Goodyear") pursuant to the Initial Progression Order (Doc. No. 56) identifies the following non-experts who may have relevant knowledge and expert witnesses who are expected to testify for Goodyear at trial:

**I.   Non-Expert Witnesses**

Goodyear adopts and incorporates by reference the non-expert witness disclosure of Plaintiffs (Doc No. 75). In addition, Goodyear discloses the following:

A.   Good Samaritan Hospital
10 E. 31st Street
Kearney, NE  68847

Physicians and healthcare providers for Larry Blair and Jacob Summers.

B.   Independent Forensic Investigations Corp.
3051 99th Street
P.O. Box 7839
Urbandale, IA  50323

Inspected vehicle and tires.

## II. Expert Witnesses

### A. Tire Failure Analysis

1. Product Analysis
   The Goodyear Tire & Rubber Company
   200 Innovation Way
   Akron, OH 44316

Goodyear expects to call a member of Goodyear's Product Analysis team to testify to its inspection, the findings on inspection, and conclusions as to the cause of the tire disablement.

2. Joseph L. Grant
   4201 Moss Creek Court
   Matthews, North Carolina 28105

Mr. Grant is expected to testify to his inspection, the findings on inspection, and conclusions regarding disablement of the tire at issue.

### B. Accident Reconstruction/Vehicle Controllability

1. Stephen J. Fenton, P.E.
   Kineticorp
   6070 Greenwood Plaza Boulevard, Suite 200
   Greenwood Village, Colorado 80111

2. Gray Beauchamp, M.S., P.E.
   Kineticorp
   6070 Greenwood Plaza Boulevard, Suite 200
   Greenwood Village, Colorado 80111

### C. Biomechanical Engineer

Goodyear expects to call a biomechanical engineer to testify to the plaintiffs' injuries and causation. Goodyear has not yet made a choice on whom it will use for this testimony, and will supplement when that person is identified.

**D.      Physical Medicine and Rehabilitation**

Goodyear reserves the right to identify an expert in the field of physical medicine and rehabilitation to testify to the nature, extent, and prognosis of plaintiffs' injuries. Goodyear has not yet made a choice on whom it will use for this testimony, and will supplement when that person is identified.

**E.      Toxicology**

Goodyear reserves the right to identify an expert in toxicology to testify to the role of the use of alcohol or drugs played in the cause of the accident and injuries to the plaintiffs. Goodyear has not yet made a choice on whom it will use for this testimony, and will supplement when that person is identified.

**F.      Life Care Planning and Economist**

Goodyear reserves the right to identify expert(s) in the disciplines of life care planning or economics to testify to the future caretaking expense and economic loss to plaintiffs. Goodyear has not yet made a choice on whom it will use for this testimony, and will supplement when that person is identified.

**G.      Human Factors**

Goodyear reserves the right to identify an expert in the field of human factors engineering. Goodyear has not yet made a choice on whom it will use for this testimony, and will supplement when that person is identified.

Dated: October 10, 2018

Respectfully submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.,
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of October, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Edward S. Bott, Jr.

1761515

4