# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND and
JACOB SUMMERS_____, Plaintiff,

v.

Case No: <u>8:18CV127</u>

Appearing on behalf of: <u>Plaintiffs</u>

THE GOODYEAR TIRE AND RUBBER
COMPANY_____, Defendant.

I, <u>Skip Lynch, Esquire</u>, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of <u>Florida</u> and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| <u>Kaster, Lynch, Farrar & Ball, LLP</u>   | (Law Firm)             | <u>0021085</u>                       |
|--------------------------------------------|------------------------|--------------------------------------|
| <u>125 NE 1st Ave, Ste 3</u>               | (Mailing Address)      | (Bar Code or Number, if Applicable)  |
| <u>Ocala, FL 34470</u>                     | (City, State, Zip)     |                                      |
| <u>352.622.1600</u>                        | (Telephone/Fax Number) |                                      |

I, <u>Skip Lynch, Esquire</u>, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this <u>25th</u> day of <u>October</u>, 2018.    _____
(Signature of Applicant)
(Original signature required when submitted in paper)

================================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this ____ day of _____, 20__.

_____
(Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____