# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION PRO HAC VICE
$100.00

RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND and JACOB SUMMERS                  , Plaintiff,

v.

THE GOODYEAR TIRE AND RUBBER COMPANY                        , Defendant.

Case No: 8:18CV127

Appearing on behalf of: Plaintiffs

I, William Ogden, Esquire, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Texas and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| Kaster, Lynch, Farrar & Ball, LLP | (Law Firm) | 24073531 |
| 1010 Lamar, Suite 1600 | (Mailing Address) | (Bar Code or Number, if Applicable) |
| Houston, Texas 77002 | (City, State, Zip) | |
| 713.221.8300 | (Telephone/Fax Number) | |

I, William Ogden, Esquire, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this 18th day of October, 2018.

_____
(Signature of Applicant)
(Original signature required when submitted in paper)

===============================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this ____ day of _____, 20__.

_____
(Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____