IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | ) ) ) ) | |
| Plaintiff(s), | ) ) | **8:18CV127** |
| v. | ) ) | **PLAINTIFFS' EXPERT WITNESS DISCLOSURE** |
| THE GOODYEAR TIRE & RUBBER COMPANY | ) ) | |
| Defendant(s). | ) | |

Plaintiffs by and through their attorneys, and in accordance with this Court's October 10, 2018 order disclose the following Expert Witnesses that may be called at the trial of this matter.

**A. Expert Witnesses**

1. David Southwell
   27 Netherby Avenue
   Netherby, South Australia 5062

Mr. Southwell is an expert in Tire Failure Analysis. Mr. Southwell is expected to testify regarding the cause of failure of the subject tire, the defective design and manufacture of the subject tire, and any safer alternative designs that were technologically feasible when the subject tire was designed and manufactured. Mr. Southwell's opinions will be provided in full in his expert report that will be served in accordance with this Court's October 10, 2018 order.

2. Micky Gilbert
   Gilbert Engineering, LLC
   16254 W. 77th Lane
   Arvada, Colorado 80007

Mr. Gilbert is an expert in Accident Reconstruction and vehicle handling. He is expected to testify as to the reconstruction of the subject accident of May 1, 2015 and the handling of the subject vehicle including the effect of a rear tire detread as occurred in the subject accident

resulting in a loss of control. Mr. Gilbert's opinions will be provided in full in his expert report that will be served in accordance with this Court's October 10, 2018 order.

    3. Craig Lichtblau, M.D.
       Physical Medicine and Rehabilitation Board Certification
       550 Northlake Boulevard
       North Palm Beach, Florida 33408

Dr. Lichtblau is an expert in the area of continuing care for individuals who have been severely impaired and disabled. Dr. Lichtblau is expected to testify regarding Mr. Loveland's injuries that resulted from the May 1, 2015 subject accident as well as the necessary future care needed due to the injuries sustained from the May 1, 2015 subject accident. Dr. Lichtblau's opinions will be provided in full in his expert report that will be served in accordance with this Court's October 10, 2018 order.

    4. Oscar Padron
       Turner & Associates, LLP
       14505 Commerce Way, Ste 500
       Miami Lakes, Florida 33016

Mr. Padron is an expert economic calculation. He will testify regarding the loss of income experienced by Mr. Loveland as well as the cost associated with Mr. Loveland's future care that is needed due to the injuries sustained from the May 1, 2015 subject accident. Mr. Padron's opinions will be provided in full in his expert report that will be served in accordance with this Court's October 10, 2018 order.

    5. Lila Laux, PhD
       Human Factors Consulting
       417 Leyden St.
       Denver, CO 80220

Dr. Laux is an expert in human factors analysis. She is expected to testify regarding the information and warnings that accompanied or should have accompanied the subject tire. Dr. Laux's opinions will be provided in full in her expert report that will be served in accordance with this Court's October 10, 2018 order.

### B. Medical Providers

Plaintiffs' may call the following medical providers to testify regarding the injuries and treatment sustained by the Plaintiffs' as a result of the May 1, 2015 subject accident.

    6.    CHI Health Good Samaritan
          Dr. Richard S. Jerde
          Dr. William T. Sorrell
          10 E 31st St.

        Kearney, NE 68847
        Medical provider for Shane Loveland

7.     Madonna Rehabilitation Hospital
        Dr. Morgan T. LaHolt
        5401 South St.
        Lincoln, NE 68506
        Medical provider for Shane Loveland

8.     Colorado Blood and Cancer Care
        Dr. Raul Alvarez
        701 E. Hampden Ave, Ste 532
        Englewood, CO 80113
        Medical Provider for Shane Loveland

9.     Learning Services Neurobehavioral Institute
        Dr. Jill Castro
        Melissa Abate, LMSW, CCM
        7201 W Hampden Ave
        Lakewood, CO 80227
        Medical provider for Shane Loveland

10.    Swedish Medical Center
        Dr. Emily S. Marsh
        Dr. Brett Bartz
        501 E. Hampden Ave
        Englewood, CO 80113
        Medical provider for Shane Loveland

11.    Panorama Orthopedics & Spine Center
        Dr. Michael B. Ellman
        1060 Plaza Dr., Ste. 200
        Littleton, CO 80129
        Medical Provider for Shane Loveland

12.    Kearney Clinic, PC
        Dr. Chadd S. Murrary
        211 W. 33rd Street
        Kearney, NE 68845
        Medical Provider for Shane Loveland

13.    Kearney Regional Medical Centre
        Dr. Robert Crandall
        Dr. Scott Smith
        PO Box 3186
        Omaha, NE 68103

        Medical provider for Jacob Summers

14. Madonna Rehabilitation Hospital
    Dr. Daniel B. Einsphar
    5401 South Street
    Lincoln, NE 68506
    Medical provider for Jacob Summers

15. University of Nebraska Medical Center
    Dr. Lawrence E. Nelson
    Dr. Daniel Anderson
    10304 Crown Point Ave
    Omaha, NE 68134
    Medical Provider for Jacob Summers

16. New West Sports Medicine and Orthopaedic
    Dr. James M. Mehalek
    2810 West 35th St, Ste 1
    Kearney, NE 68845
    Medical provider for Jacob Summers

        Respectfully submitted,

        **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _[signature]_

    Kyle Wayne Farrar *(Pro Hac Vice)*
    Texas Bar No. 24038754
    1010 Lamar, Suite 1600
    Houston, TX 77002
    (713) 221-8300 (Telephone)
    (713) 221-8301 (Facsimile)
    kyle@fbtrial.com

    *and*

    Paul Godlewski *(Pro Hac Vice)*
    SCHEWEBEL, GOETZ & SIEBEN, P.A.
    5120 IDS Center
    80 S. 8th Street, #5120
    Minneapolis, Minnesota 55402
    612.377.7777

        612.333.6311 (Fax)
        pgodlewski@schwebel.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October February 14, 2019. I forwarded a copy of the foregoing to the following:

Edward S. Bott, Jr.
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
314.516.2690
314.241.4245 (Fax)
esb@greensfelder.com

*and*

Jennifer D. Tricker
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
402.344.0500
402.344.0588 (Fax)
jtricker@bairdholm.com

*Attorneys for Defendant, The Goodyear Tire & Rubber Company*

        Kyle W. Farrar