IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | ) ) ) ) | |
| Plaintiff(s), | ) ) | **8:18CV127** |
| v. | ) ) | **PLAINTIFFS' AMENDED EXPERT WITNESS DISCLOSURE** |
| THE GOODYEAR TIRE & RUBBER COMPANY | ) ) | |
| Defendant(s). | ) | |

Plaintiffs by and through their attorneys, and in accordance with this Court's October 10, 2018 order disclose the following Expert Witnesses that may be called at the trial of this matter.

**A. Expert Witnesses**

1. David Southwell
   27 Netherby Avenue
   Netherby, South Australia 5062

Mr. Southwell is an expert in Tire Failure Analysis. Mr. Southwell is expected to testify regarding the cause of failure of the subject tire, the defective design and manufacture of the subject tire, safer alternative designs that were technologically feasible when the subject tire was designed and manufactured as well as other similar incidents of similar tire failures. Mr. Southwell's opinions are provided in full in his attached expert report.

2. Micky Gilbert
   Gilbert Engineering, LLC
   16254 W. 77th Lane
   Arvada, Colorado 80007

Mr. Gilbert is an expert in Accident Reconstruction and vehicle handling. He is expected to testify as to the reconstruction of the subject accident of May 1, 2015 and the handling of the subject vehicle including the effect of a rear tire detread as occurred in the subject accident resulting in a loss of control. Mr. Gilbert's opinions are provided in full in his attached expert report.

    3.  Craig Lichtblau, M.D.
        Physical Medicine and Rehabilitation Board Certification
        550 Northlake Boulevard
        North Palm Beach, Florida 33408

Dr. Lichtblau is an expert in the area of continuing care for individuals who have been severely impaired and disabled. Dr. Lichtblau is expected to testify regarding Mr. Loveland's injuries that resulted from the May 1, 2015 subject accident as well as the necessary past and future care needed due to the injuries sustained from the May 1, 2015 subject accident. Dr. Lichtblau's opinions are provided in full in his attached expert report.

    4.  Bernard F. Pettingill, Ph.D
        93 Sandborne Lane, PGA National
        Palm Beach Gardens, Florida 33418

Dr. Pettingill is a forensic economist. He will testify regarding the loss of income, both past and future, experienced by Mr. Loveland as well as the cost associated with Mr. Loveland's present and future care that is needed due to the injuries sustained from the May 1, 2015 subject accident. Dr. Pettingill's opinions are provided in full in his attached expert report.

    5.  Lila Laux, PhD
        Human Factors Consulting
        417 Leyden St.
        Denver, CO 80220

Dr. Laux is an expert in human factors analysis. She is expected to testify regarding the information and warnings that accompanied or should have accompanied the subject tire. Dr. Laux's opinions are provided in full in her attached expert report.

### B. Medical Providers

Plaintiffs' may call the following medical providers to testify regarding the injuries and treatment sustained by the Plaintiffs' as a result of the May 1, 2015 subject accident.

    6.    CHI Health Good Samaritan
            Dr. Richard S. Jerde
            Dr. William T. Sorrell
            10 E 31st St.
            Kearney, NE 68847
            Medical provider for Shane Loveland

    7.    Madonna Rehabilitation Hospital
            Dr. Morgan T. LaHolt
            5401 South St.

       Lincoln, NE 68506
       Medical provider for Shane Loveland

8.     Colorado Blood and Cancer Care
       Dr. Raul Alvarez
       701 E. Hampden Ave, Ste 532
       Englewood, CO 80113
       Medical Provider for Shane Loveland

9.     Learning Services Neurobehavioral Institute
       Dr. Jill Castro
       Melissa Abate, LMSW, CCM
       7201 W Hampden Ave
       Lakewood, CO 80227
       Medical provider for Shane Loveland

10.    Swedish Medical Center
       Dr. Emily S. Marsh
       Dr. Brett Bartz
       501 E. Hampden Ave
       Englewood, CO 80113
       Medical provider for Shane Loveland

11.    Panorama Orthopedics & Spine Center
       Dr. Michael B. Ellman
       1060 Plaza Dr., Ste. 200
       Littleton, CO 80129
       Medical Provider for Shane Loveland

12.    Kearney Clinic, PC
       Dr. Chadd S. Murrary
       211 W. 33rd Street
       Kearney, NE 68845
       Medical Provider for Shane Loveland

13.    Kearney Regional Medical Centre
       Dr. Robert Crandall
       Dr. Scott Smith
       PO Box 3186
       Omaha, NE 68103
       Medical provider for Jacob Summers

14.    Madonna Rehabilitation Hospital
       Dr. Daniel B. Einsphar
       5401 South Street
       Lincoln, NE 68506

Medical provider for Jacob Summers

15. University of Nebraska Medical Center
    Dr. Lawrence E. Nelson
    Dr. Daniel Anderson
    10304 Crown Point Ave
    Omaha, NE 68134
    Medical Provider for Jacob Summers

16. New West Sports Medicine and Orthopaedic
    Dr. James M. Mehalek
    2810 West 35th St, Ste 1
    Kearney, NE 68845
    Medical provider for Jacob Summers

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: [signature]

Kyle Wayne Farrar *(Pro Hac Vice)*
Texas Bar No. 24038754
1010 Lamar, Suite 1600
Houston, TX 77002
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com

*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 14, 2019. I forwarded a copy of the foregoing to the following:

Edward S. Bott, Jr.
GREENSFELDER, HEMKER & GALE, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
314.516.2690
314.241.4245 (Fax)
esb@greensfelder.com

*and*

Jennifer D. Tricker
BAIRD HOLM, LLP
1700 Farnam Street, Suite 1500
Omaha, Nebraska 68102
402.344.0500
402.344.0588 (Fax)
jtricker@bairdholm.com

***Attorneys for Defendant, The Goodyear Tire & Rubber Company***

                Kyle W. Farrar