Moving Party: Kearney Towing & Repair Center, Inc., Intervenor.

IN THE U.S. DISTRICT COURT FOR NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS NATURAL MOTHER OF SHANE ALLEN LOVELAND, A PROTECTED PERSON, SHANE ALLEN LOVELAND, A PROTECTED PERSON BY AND THROUGH HIS TEMPORARY GUARDIAN AND CONSERVATOR, JOHN SAUDER, and JACOB SUMMERS,<br><br>   Plaintiff,<br><br> vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>   Defendant. | CASE NO. CI 8:18-CV-00127<br><br>**MOTION TO INTERVENE FOR PURPOSES OF MODIFYING THE EXISTING PROTECTIVE ORDER AND CONSOLIDATING DISCOVERY THE BELOW CAPTIONED STATE ACTION** |

To assist the Court in more efficiently addressing the parties' discovery dispute(s), the parties shall meet and confer, and jointly complete the following chart. The purpose of this chart is to succinctly state each party's position and the last compromise offered when the parties met and conferred. The fully completed chart shall be e-mailed to chambers at bazis@ned.uscourts.gov.

| | |
|---|---|
| The moving party is: | An intervenor, Kearney Towing & Repair Center Inc. ("Kearney"), seeking to modify the protective order in this case to facilitate efficient, noncumulative and nonduplicative discovery in a related negligent tire installation case filed by Plaintiffs to this action against Kearney in the District Court for Buffalo County Nebraska. The two cases involve common questions of fact in that |

1

Moving Party: Kearney Towing & Repair Center, Inc., Intervenor.

they revolve around the same auto accident and same allegedly defective tire that allegedly caused the incident. The two cases involve common questions of law because Plaintiffs claim against Goodyear is a product liability case alleging both strict and negligent product liability related to the production and sale of the allegedly defective tire. Plaintiffs claim against Kearney is a negligence claim based upon an alleged faulty inspection of the tire and failure to detect the defect prior to installing the tire that was allegedly involved in the same incident.

The responding party is: Plaintiffs and Defendants

**Note:** If discovery from both parties is at issue, provide a separate sheet for each moving party.

| Discovery Request at Issue | Relevant to prove… | Moving Party's Initial Position | Responding Party's Initial Position | Moving Party's Last Offered Compromise | Responding Party's Last Offered Compromise | Court's Ruling |
|---|---|---|---|---|---|---|
| Modification of the Protection Order so as to prevent cumulative and duplicative depositions of Kearney's employees and representatives in these two cases that involve common | Goodyear is defending the case filed against it by Plaintiffs based upon the allegation that Kearney should not have installed the tire that is the subject of both these litigations on the pickup that is the subject of both these litigations and | These cases involve common questions of fact and law. Rule 26 allows for a court to limit discovery to avoid cumulative or duplicative discovery. | | | | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| questions of law and fact. | allegedly resulting in the accident that is the subject of both these litigations. It is alleged by Goodyear that the tire was beyond its useful life due to its age. Plaintiffs lawsuit against Kearney asserts the same allegations against Kearney, claiming Kearney was negligent in inspecting and installing the subject tire that was too old to be useful. | | | | | |
| Modification of the Protection Order so that parties to this litigation can produce documentation from this litigation in response to written discovery requests and a subpoena issued by Kearney to Plaintiffs and Defendants in the Kearney case. | All claims and defenses asserted by Plaintiffs in the case they filed against Kearney Towing and Repair Center, Inc. | The Protective Order should be modified so as to allow materials generated for this litigation to be produced in the related and substantially similar litigation filed by Plaintiffs against Kearney Towing & Repair Center, Inc. | | | | |

3

| Moving Party: | Kearney Towing & Repair Center, Inc., Intervenor. |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Counsel for [Plaintiff]: _____

Counsel for [Defendant]: _____

Date:  Click here to enter a date..