# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,

    Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

    Defendant.

Case No. 8:18-cv-00127

**NOTICE OF DEPOSITION**

**TO:   Plaintiff, RYSTA LEONA SUSMAN, both individual and as Legal Guardian of SHANE ALLEN LOVELAND, and her attorneys of record, Kyle W. Farrar, William Ogden, Michael F. Coyle, Paul Godlewski, and Skip Lynch**

PLEASE TAKE NOTCE that Defendant, The Goodyear Tire & Rubber Company ("Defendant") will take the depositions upon oral examination of the following:

1. John Doe A, identified as "Srv Writer AF" on the attached Kearney Towing & Repair Center Inc. Invoice #91571

   Date:  August 22, 2019
   Time:  9:00 a.m.

2. John Doe B, identified as "Code/Tech BLS9" on the attached Kearney Towing & Repair Center Inc. Invoice #91571

   Date:  August 22, 2019
   Time:  10:00 a.m.

The depositions will take place at the offices of Jacobsen Orr Lindstrom & Holbrook, P.C., L.L.O., 322 W. 39th Street, Kearney, Nebraska 68848 and will be taken before a person duly authorized to administer oaths and will continue from day to day until completed.  You are invited to attend and exercise such rights to which you are entitled under the law.

Dated this 11th day of July, 2019.

        THE GOODYEAR TIRE & RUBBER COMPANY, Defendant,

By: /s/Jennifer D. Tricker
      Jennifer D. Tricker (NE# 23022)
of   BAIRD HOLM LLP
      1700 Farnam Street
      Suite 1500
      Omaha, NE 68102-2068
      Phone: 402-344-0500
      Email: jtricker@bairdholm.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I served the foregoing by email to the following:

Kyle W. Farrar
William Ogden
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com
bill@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

Skip E. Lynch
Kaster, Lynch Law Firm – Florida
125 N.E. First Avenue, Suite 3
Oscala, FL 34470
skip@thetirelawyers.com

Attorney for Plaintiffs

/s/Jennifer D. Tricker

**Kearney Towing & Repair Center Inc**
1303 East 22nd Street
Kearney NE 68847-5720
308-236-9951
TAX ID # 20-2127925

page 1

3/11/2019 9:37 AM

Invoice #91571

DANDEE CONSTRUCTION
P.O. BOX 2587
305 E 8TH STREET
KEARNEY NE 68847

Day Phone   237-4075 OFFICE
Eve Phone   627-6660 CELL
Fax Number 237-4070

-fold here -

Vehicle   : 2003 Chevrolet Truck Silverado 1500 1/2 Ton 2WD -
VIN       : 1GCEC14X33Z115363
Fleet #   : 12
Created   : 6/10/2014 9:15:11 AM
Complete  : 6/10/2014 10:37:39 AM
Invoiced  : 6/10/2014 10:37:39 AM
Contact   : DAN'S CELL (627-6660)
Srv Writer: AF

Tag/State   : 9-2396 / NE

Odometer In  : 185209
Odometer Out : 185209

| Qty | Code/Tech | Reference | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|---|
| 4 | -- | SCRAP2 | SCRAP TIRE 13-17 INCH TIRE | | $3.50 | $14.00 |
|   | BLS9* | MOUNT1 | MOUNT AND BALANCE TIRE | | | $60.00 |
|   |   | PROVIDED OWN USED TIRES. | | | | |

|   |   |   |
|---|---|---|
| Labor | | $60.00 |
| Parts | | $0.00 |
| Sublet/Misc. | | $0.00 |
| Other Charges | | $2.40 |
| Charges | | $14.00 |
| Sales Tax | Tax @ $2.40 * 7.0000% | $0.17 |
| | **Total Due** | **$76.57** |

Tech   Certification #
BLS9

The purchaser will be responsible for all collection costs if this invoice is not paid pursuant to it's terms and conditions. Payments are due within 30 days from the date of the invoice. Outstanding balances will accrue interest at a rate of 18% per annum. In addition, you are responsible for any additional collection agency fees (up to 30% of the outstanding balance) plus attorney fees should litigation become necessary to recover any unpaid balance.

Customer Signature _____

Exhibit A

EXHIBIT 7