IN THE U.S. DISTRICT COURT FOR NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS NATURAL MOTHER OF SHANE ALLEN LOVELAND, A PROTECTED PERSON, SHANE ALLEN LOVELAND, A PROTECTED PERSON BY AND THROUGH HIS TEMPORARY GUARDIAN AND CONSERVATOR, JOHN SAUDER, and JACOB SUMMERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | CASE NO. CI 8:18-CV-00127<br><br>**KEARNEY TOWING AND REPAIR CENTER'S CERTIFICATE OF GOOD FAITH** |

Comes now the undersigned and hereby submits this Certificate of Good Faith that I have conferred or attempted to confer with the parties to this litigation in an effort to resolve this dispute without court action. In doing so, I:

1. Sent a letter on July 1, 2019 to counsel for the parties concerning the possibility of Kearney being overly burdened by multiple depositions concerning the same car accident, tire, and tire installation and asking that they ask all questions they have of Kearney's representative during the deposition then proposed/requested by Goodyear.

2. Called counsel for Plaintiffs and Defendant on or about July 7, 2019 to discuss the issues presented in the Petition for Intervention filed contemporaneously herewith.

3. Emailed counsel for Plaintiffs and Defendants on the dates shown in the emails attached to this Petition as Exhibit 10.

Kristina J. Kamler

_[signature]_
_____
Signature

**SUBSCRIBED AND AFFIRMED** to before me this 18th day of ~~February~~ July 2019.

State of Nebraska – General Notary
JOLEEN BAKER
My Commission Expires
June 16, 2022

_[signature]_
_____
Notary Public

EXHIBIT 11