IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 <br><br> **ORAL ARGUMENT REQUESTED** |

## INDEX IN SUPPORT OF
## THE GOODYEAR TIRE & RUBBER COMPANY'S
## BRIEF IN OPPOSITION TO NON-PARTY KEARNEY TOWING AND REPAIR CENTER, INC.'S PETITION TO INTERVENE FOR PURPOSES OF MODIFYING THE EXISTING PROTECTIVE ORDER

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of its Brief in Opposition to Non-Party Kearney Towing and Repair Center, Inc.'s Petition to Intervene for Purposes of Modifying the Existing Protective Order (ECF No. 95).

| *Exhibit* | *Description* |
|---|---|
| 1 | Notice of Intention to Serve Rule 34 A Records Subpoena |

Dated: August 2, 2019

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ *Edward S. Bott, Jr.*
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

1

1809608

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system this 2nd day of August, 2019 to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com
*Attorney for Plaintiffs*

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com
*Attorney for Plaintiffs*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
*Attorney for Plaintiffs*

Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 (Telephone)
(402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com
*Attorneys for Kearney Towing & Repair Center, Inc.*

   /s/ *Edward S. Bott, Jr.*

1809608