IN THE U.S. DISTRICT COURT FOR NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS NATURAL MOTHER OF SHANE ALLEN LOVELAND, A PROTECTED PERSON, SHANE ALLEN LOVELAND, A PROTECTED PERSON BY AND THROUGH HIS TEMPORARY GUARDIAN AND CONSERVATOR, JOHN SAUDER, and JACOB SUMMERS, ) ) ) ) ) ) ) ) ) | CASE NO. CI 8:18-CV-00127<br><br>**REQUEST FOR ORAL ARGUMENTS CONCERNING KEARNEY'S PETITION TO INTERVENE, DOC NO. 95** |
| Plaintiffs, ) | |
| vs. ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, ) ) ) | |
| Defendant. ) | |

COMES NOW, Kearney Towing and Repair Center, Inc. ("Kearney") NeCivR 7.1 and, hereby respectfully requests oral arguments concerning its Petition to Intervene, Doc. No. 95, for purposes of modifying the existing Protective Order in this case Doc. No. 66 so that documentation produced in this case can be produced for and utilized in a collateral case filed by Plaintiffs against Kearney in Nebraska state court. It is suspected that oral arguments and/or a hearing concerning this matter may assist the parties in reaching a resolution of this discovery dispute without further court intervention or a ruling on the Petition. It is believed that 30 minutes is necessary for the arguments/hearing, which could be completed telephonically to ease any burden on the Court or the parties in scheduling these arguments/hearing.

Respectfully submitted,

KEARNEY TOWING & REPAIR CENTER, INC., A NEBRASKA CORPORATION

By: _____
Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 (Telephone)
(402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael F. Coyle
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
mcoyle@fraserstryker.com
**Attorney for Plaintiff**

Paul E. Godlewski
Schwebel Goetz & Sieben, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, MN 55402
pgodlewski@schwebel.com
**Attorney for Plaintiffs**

Skip Edward Lynch
Kaster Lynch Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Skip@thetirelawyers.com
**Attorney for Plaintiffs**

Kyle Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Kyle@fbtrial.com
**Attorney for Plaintiffs**

William R. Ogden
1117 Herkimer Street
Houston, TX 77008
bill@fbtrial.com
**Attorney for Plaintiffs**

Edward S. Bott, Jr.
Clark Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
esb@greensfelder.com
chl@greensfelder.com
jrodriguez@greensfelder.com
**Attorneys for Defendant**

Jennifer D. Tricker
Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
jtricker@bairdholm.com
**Attorney for Defendant**

                      /s/ Kristina J. Kamler