IN THE U.S. DISTRICT COURT FOR NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS NATURAL MOTHER OF SHANE ALLEN LOVELAND, A PROTECTED PERSON, SHANE ALLEN LOVELAND, A PROTECTED PERSON BY AND THROUGH HIS TEMPORARY GUARDIAN AND CONSERVATOR, JOHN SAUDER, and JACOB SUMMERS, | ) ) ) ) ) ) ) ) ) ) | CASE NO.  CI 8:18-CV-00127 |
| Plaintiffs, | ) ) | **INDEX OF EVIDENCE/AFFIDAVIT** |
| vs. | ) ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

    Before me, the undersigned authority, personally appeared Kristina J. Kamler, who being by me duly sworn, deposed as follows:

    A.  My name is Kristina J. Kamler.

    B.  I am over the age of twenty-one.

    C.  I am of sound mind, capable of making this affidavit.

    D.  I am an attorney of record for Kearney Towing and Repair Center, Inc.

    E.  I am personally acquainted with the facts herein stated.

    F.  Attached hereto are Exhibits 1 through 5, which include:

        1.  Truck Service Invoice

        2.  Motor Vehicle Accident Report

        3.  Jacob Summers' Response to Kearney's Request for Production No. 27.

        4.  Correspondence to Goodyear's counsel providing a curtesy copy of a subpoena for the production of documents.

        5.  A Motion for a Protective Order and Proposed Protective Order.

G. Exhibits 1 through 5 are true and accurate copies of what they purport to be.

Kristina J. Kamler

_____
Signature

**SUBSCRIBED AND AFFIRMED** to before me this 8th day of August, 2019.

GENERAL NOTARY - State of Nebraska
JUDITH A. MITCHELL
My Comm. Exp. June 30, 2023

_____
Notary Public

2