**Kearney Towing & Repair Center Inc**
1303 East 22nd Street
Kearney NE 68847-5720
308-236-9951
TAX ID # 20-2127925

3/11/2019 9:37 AM                                                                                                   page 1

Invoice #91571

DANDEE CONSTRUCTION
P.O. BOX 2587
305 E 8TH STREET
KEARNEY NE 68847

Day Phone    237-4075 OFFICE
Eve Phone    627-6660 CELL
Fax Number  237-4070

-fold here -

Vehicle     : 2003 Chevrolet Truck Silverado 1500 1/2 Ton 2WD -
VIN         : 1GCEC14X33Z115363
Fleet #     : 12
Created     : 6/10/2014 9:15:11 AM
Complete    : 6/10/2014 10:37:39 AM
Invoiced    : 6/10/2014 10:37:39 AM
Contact     : DAN'S CELL (627-6660)
Srv Writer  : AF

Tag/State       : 9-2396 / NE

Odometer In   : 185209
Odometer Out  : 185209

| Qty | Code/Tech* | Reference | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|---|
| 4 | -- | SCRAP2 | SCRAP TIRE 13-17 INCH TIRE | | $3.50 | $14.00 |
| | BLS9* | MOUNT1 | MOUNT AND BALANCE TIRE | | | $60.00 |
| | | PROVIDED OWN USED TIRES. | | | | |

|  |  |  |
|---|---|---|
| Labor | | $60.00 |
| Parts | | $0.00 |
| Sublet/Misc. | | $0.00 |
| Other Charges | | $2.40 |
| Charges | | $14.00 |
| Sales Tax | Tax @ $2.40 * 7.0000% | $0.17 |
| **Total Due** | | **$76.57** |

Tech          Certification #
BLS9

The purchaser will be responsible for all collection costs if this invoice is not paid pursuant to it's terms and conditions. Payments are due within 30 days from the date of the invoice. Outstanding balances will accrue interest at a rate of 18% per annum. In addition, you are responsible for any additional collection agency fees (up to 30% of the outstanding blance) plus attorney fees should litigation become necessary to recover any unpaid balance.

Customer Signature _____

**EXHIBIT 1**