215017377
44445

# State of Nebraska
## Investigator's Motor Vehicle Accident Report

Sheet 1 of 2

| Field | Value |
|---|---|
| Total Number of Vehicles | 1 |
| Local No./District | |
| Agency Case No. | C15-07916 |
| Hit & Run? | NO |
| Investigation Made at Scene? | YES |
| Date of Accident | 05/01/2015 (F) |
| Time of Accident (Military) | 0657 |
| Police Notified | 0700 |
| Place of Accident — County | Hall |
| City | |
| Private Property? | NO |
| State Use Only | Amended 05/06/2015 |
| Road on Which Accident Occurred — Street/Highway No. | INTERSTATE 80 |
| One-Way Street? | NO |
| Latitude | 40.724380 |
| Distance from Milepost | 2440 FEET W of MILEPOST 294.000 |
| Highway No. | 80 |
| Longitude | -98.681920 |
| If Not at Intersection | 3.00 MILES X W of nearest street: SHELTON OVERPASS I-80 |
| Miles from Nearest Town | 4.00 X(S) AND 2.00 X(W) of SHELTON |
| Work Zone Codes | R1: 1 |
| Pedestrian Classification Codes | |
| Does accident involve damage to State Dept. of Roads' property? | NO |

### VEHICLE NO. 1

| Field | Value |
|---|---|
| Driver License No. | H13702183 |
| State | NE |
| Sex | MALE |
| Driver | LARRY R BLAIR |
| Driver Address | 224 E 4TH ST, AXTELL, NE 68924 |
| Date of Birth | 05/23/1973 |
| Owner | DANDEE CONSTRUCTION / DAN BUSER |
| Phone | 308-627-6660 |
| Owner Address | 305 EAST 8TH STREET, POB 2587, KEARNEY, NE 68848 |
| Citation | NO |
| License Plate | TE No. 092396 |
| Year (Plate Expires) | 2015 |
| State (of Plate) | NE |
| Vehicle Year | 2003 |
| Make | Chevrolet |
| Model | SC1 |
| Body Style | Pickup truck |
| Color | blue |
| Estimated Damage | TOTALED |
| Vehicle ID No. (VIN) | 1GCEC14X33Z115363 |
| Insurance Company | FARM BUREAU |
| Towed To | GRAND ISLAND |
| Towed By | KRAMER'S |
| Policy No. | 0005CPP000197109 |

V1 codes: 06, 09, 01, 04, 01, 75

### VEHICLE NO. 2

(blank)

V1/Q: 1

### Complete this section for all injured persons

| Veh # | Name / Address | Date of Birth | Seat Position | Eject | Body Region | Injury Sev. | Trans. | Sex |
|---|---|---|---|---|---|---|---|---|
| 1 | LARRY R BLAIR  224 E. 4TH ST., AXTELL, NE 68924 | 05/23/1973 | 01 | 3 | 01 | 2 | 2 | M |
|   | Medical Facility: Good Samaritan Hospital — EMS: Wood River Rescue Unit | | | | | | | |
| 1 | SHANE A LOVELAND  304 SHEPPARD AVE, HILDRETH, NE 68947 | 04/01/1982 | 02 | 3 | 08 | 2 | 2 | M |
|   | Medical Facility: Good Samaritan Hospital — EMS: Good Samaritan EMS | | | | | | | |
| 1 | JACOB S SUMMERS  823 S. MAIN, WILBER, NE 68465 | 12/03/1991 | 03 | 3 | 01 | 2 | 2 | M |
|   | Medical Facility: Good Samaritan Hospital — EMS: Shelton Volunteer Fire & Rescue | | | | | | | |

DR Form 40, Jan 09 — THIS FORM REPLACES DR FORM 40, JAN 02. PREVIOUS EDITIONS WILL BE DESTROYED.

EXHIBIT 2

## THE FOLLOWING INFORMATION IS REQUIRED FOR ALL ACCIDENTS

Indicate North by Arrow

INDICATE BY DIAGRAM WHAT HAPPENED

AGENCY CASE NO. C15-07916

### DESCRIPTION OF ACCIDENT BASED ON OFFICER'S INVESTIGATION

Vehicle #1 was east bound on I-80 near MM 294 when it blew a rear tire. Vehicle #1 crossed into the median and rolled. Vehicle #1 came to rest on the west bound shoulder. All three occupants of Vehicle #1 were ejected. Passengers #2 and #3 received serious injuries. A legal blood draw was taken from the driver of Vehicle #1. Drug use is suspected from all three occupants since methamphetamine was found at the scene. Kramer's towing removed Vehicle #1. All three occupants were transported to Good Samaritan Hospital in Kearney. Occupant #2 was taken by Air Care and eventually flown to Omaha.

**PROPERTY**

| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

**WITNESSES**

| NAME | ADDRESS | PHONE |
|---|---|---|
| Rob Gibson | | 402-499-5550 |
| Mary K Gibson | | 402-432-0171 |

**VEHICLE MOVEMENT BEFORE COLLISION**

| VEH NO. | N | S | E | W | ROAD OR HIGHWAY NAME |
|---|---|---|---|---|---|
| 1 | | | X | | INTERSTATE 8 |
| 2 | | | | | |

| VEH NO. | |
|---|---|
| 1 | 01 |
| 2 | |

01 Essentially straight ahead
02 Backing
03 Changing lanes
04 Overtaking/ Passing
05 Turning right
06 Turning left
07 Making U-turn
08 Entering traffic lane
09 Leaving traffic lane
10 Parked
11 Slowing or stopped in traffic
12 Other
13 Unknown

**POINT OF IMPACT AND MOST DAMAGED AREA** (Enter numbers for each vehicle)

| | VEHICLE 1 | VEHICLE 2 |
|---|---|---|
| POINT OF IMPACT | 09 | |
| MOST DAMAGED AREA | 11 | |

00 None
09 Top & windows
10 Undercarriage
11 Total (all areas)
12 Other

01–08 (vehicle diagram positions: 01, 02, 03, 04, 05, 06, 07, 08)

**AIRBAG DEPLOYED**

VEHICLE 1: 4, 5, 4

1 Deployed - front
2 Deployed - side
3 Deployed - both front/side
4 Not deployed
5 Not applicable/ No airbag available
6 Unknown

VEHICLE 2: (blank)

**RESTRAINT USE**

VEHICLE 1: 1, 1, 1

1 None used - vehicle occupant
2 Lap & shoulder belt used
3 Shoulder belt only used
4 Lap belt only used
5 Child safety seat used
6 Child booster seat used
7 DOT approved helmet used
8 Costume helmet used
9 Restraint use unknown

VEHICLE 2: (blank)

**TOTAL OCCUPANTS** VEH 1: 3 VEH 2:

| ALCOHOL TESTING | Driver No. 1 | Driver No. 2 | Pedestrian |
|---|---|---|---|
| ALCOHOL LEVEL TESTED | Y X / N | Y / N | Y / N |
| BAC LEVEL | | | |

| ALCOHOL / DRUGS SUSPECTED | Driver No. 1 | Driver No. 2 |
|---|---|---|
| | 3 | |

1 Neither alcohol nor drugs suspected
2 Yes - alcohol suspected
3 Yes - drugs suspected
4 Yes - alcohol & drugs suspected
5 Unknown

| OFFICER NO. | TROOP/ TEAM/ BEAT | DEPARTMENT | Photographs taken? |
|---|---|---|---|
| 510 | | Nebraska State Patrol | X YES / NO |

| INVESTIGATOR NAME (Print or Type) | INVESTIGATOR SIGNATURE | DATE OF REPORT |
|---|---|---|
| Joe Flasnick | Approved by Joel Bergman | 05/06/2015 |

