# Kristina Kamler

| | |
|---|---|
| **From:** | Kristina Kamler |
| **Sent:** | Monday, July 22, 2019 12:51 PM |
| **To:** | Edward S. Bott; jtricker@bairdholm.com; chl@greensfelder.com; jrodriguez@greensfelder.com |
| **Subject:** | Subpoena |
| **Attachments:** | Notice and SDT Good Year Tire and Rubber Company-4102-60698.pdf |

Counsel,

Please find attached a courtesy copy of a subpoena that we are in the process of serving upon your client Goodyear Tire and Rubber Company for a related suit filed by Rysta Susman, et. al. against my client, Kearney Towing and Repair Center, Inc. in the District Court for Buffalo County, Nebraska.

If you have any questions, please feel free to contact me.

Kristina J. (Pfeifer) Kamler
Attorney at Law
Engles, Ketcham, Olson & Keith P.C.
1700 Farnam Street
Woodmen Tower, Suite 1350
Omaha, NE 68102
(402) 938-4883 direct line
(402) 348-0900 operator line
(402) 348-0904 fax

NOTICE: The information in this e-mail and any files attached are intended only for the addressee and may contain attorney - client confidential or privileged material or work product. If you believe you have received this communication in error, please notify the sender by return e-mail or notify the sender at one of the above telephone numbers. Any interception, review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is expressly prohibited.

**EXHIBIT 4**