# EXHIBIT 1

## STIPULATION

Plaintiffs stipulate that Shane Loveland and Jacob Summers were not using seat belts at the time of the May 1, 2015 accident, and Plaintiffs further stipulate to the 5% reduction of damages as set forth in Neb. Rev. St. § 60–6,273.

By: _____

Kyle Wayne Farrar *(Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer St.
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com