# EXHIBIT 3

MAR 22 2018 11:27AM
8:18-cv-00127-JFB-SMB Doc # 106-3 Filed: 08/12/19 Page 2 of 3 - Page ID # 1664
Case 2:17-cv-03521-JHS Document 31 Filed 03/22/18 Page 2 of 2
No. 0526 P. 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYSTA LEONA SUSMAN, as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOODYEAR TIRE & RUBBER COMPANY, et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:17-cv-03521 <br><br> **FILED** <br> MAR 22 2018 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk |

## STIPULATION OF THE PARTIES TO TRANSFER THE ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

On March 15, 2018, defendant, The Goodyear Tire & Rubber Company ("Goodyear"), moved to transfer this action to the United States District Court for the District of Nebraska pursuant to 28 U.S.C. § 1404(a) (ECF No. 30). Plaintiffs do not oppose such a transfer.

Accordingly, the parties hereby stipulate and agree on this 20th day of March, 2018, that this matter should be transferred to the United States District Court for the District of Nebraska.

_____
Daniel J. Sherry
Eisenberg, Rothweiler, Winkler,
Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103

*Attorneys for Plaintiffs, Rysta Leone Susman, both individually and as legal guardian of Shane Allen Loveland, and Jacob Summers*

_____
Jayne A. Risk
Justin E. Kerner
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103-7300

*Attorneys for Defendant,
The Goodyear Tire & Rubber Company*

1

SO ORDERED. The Clerk of the Court shall transfer this action to the United States District Court for the District of Nebraska and take all actions necessary to effect such transfer.

By the Court: MARCH 22, 2018

*Joel Slomsky*
Slomsky, J.

2