# *EXHIBIT B*

FILED UNDER SEAL

CONFIDENTIAL MATERIAL

PROTECTED BY COURT ORDER