*EXHIBIT I*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 8:18-cv-00127 |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF EDWARD S. BOTT, JR. IN SUPPORT OF
## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Edward S. Bott, Jr., declare as follows:

1.      My name is Edward S. Bott Jr. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts stated herein are true and correct.

2.      True and accurate copies of each of the documents identified as exhibits in The Goodyear Tire & Rubber Company's Brief in Support of Defendant's Motion for Partial Summary Judgment are attached to the Index in Support of The Goodyear Tire & Rubber Company's Brief in Support of Defendant's Motion for Partial Summary Judgment.

Pursuant to 28 U.S.C. SECTION 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of August, 2019, in St. Louis, Missouri.

_____
EDWARD S. BOTT, JR.

1810700