IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 |

**INDEX IN SUPPORT OF**
**THE GOODYEAR TIRE & RUBBER COMPANY'S MOTION TO EXCLUDE**
**PLAINTIFFS' FAILURE TO WARN EXPERT, LILA F. LAUX**

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Motion to Exclude Plaintiffs' Failure to Warn Expert, Lila

F. Laux.

| *Exhibit* | *Description* |
|---|---|
| A | Expert Report of Lila Laux |
| B | Selected portions of the deposition of Lila Laux pages 49-50, 52, 63-67, 74-76, 80-81, 103-105, 110-111, 117-119. |
| C | Selected portion of the deposition of David Southwell page 106. |
| D | Declaration of Edward S. Bott, Jr. in Support of The Goodyear Tire & Rubber Company's Motion To Exclude Plaintiffs' Failure To Warn Expert, Lila F. Laux |

1

Dated: August 12, 2019 GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

1810627

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 12th day of August, 2019 to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward S. Bott, Jr.