*EXHIBIT B*

Lisa F. Laux, PhD - 4/15/2019

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
-----------------------------------------------------
RYSTA LEONA SUSMAN, both   )Case No. 8:18-cv-00127
individually and as Legal  )
Guardian of SHANE ALLEN    )
LOVELAND, et al.,          )
                           )
          Plaintiffs,      )
                           )
     vs.                   )
                           )
THE GOODYEAR TIRE &        )
RUBBER COMPANY,            )
                           )
          Defendant.       )
-----------------------------------------------------
    DEPOSITION OF LILA F. LAUX, Ph.D.    April 15, 2019
-----------------------------------------------------
APPEARANCES:
    KASTER, LYNCH, FARRAR & BALL, LLP
        By Kyle W. Farrar, Esq.
           1010 Lamar Street
           Suite 1600
           Houston, Texas 77002
             Appearing on behalf of Plaintiffs.

    GREENSFELDER, HEMKER & GALE, P.C.
        By Edward S. Bott, Jr., Esq.
           10 South Broadway
           Suite 2000
           St. Louis, Missouri 63102
             Appearing on behalf of Defendant.
```

## Page 2

 1      Pursuant to Notice and the Federal Rules of
 2  Civil Procedure, the deposition of LILA F. LAUX,
 3  Ph.D., called by Defendant, was taken on Monday,
 4  April 15, 2019, commencing at 1:00 p.m., at 216-16th
 5  Street, Suite 600, Denver, Colorado, before Patricia
 6  M. Wrede, Registered Professional Reporter and Notary
 7  Public within and for the State of Colorado.
 8
 9              I N D E X
10  DEPOSITION OF LILA F. LAUX, Ph.D.
11  EXAMINATION BY:                          PAGE
12    Mr. Farrar                              --
13    Mr. Bott                                 4

## Page 3

 1           I N D E X (Continued)
 2  EXHIBITS                    INITIAL REFERENCE
 3  Exhibit 1   3-13-19 Laux Report           5
 4  Exhibit 2   Laux Testimony List           5
 5  Exhibit 3   Laux C.V.                     5
 6  Exhibit 4   Laux Fee Schedules            6
 7  Exhibit 5   3-13-19 Laux Invoice          6
 8  Exhibit 6   Thumb Drive - *Retained by Mr. 7
             Bott*
 9
    Exhibit 7   Deposition Notice            42
10
    Exhibit 8   Michelin Technical Bulletin  50
11
    Exhibit 9   Continental Product Service  50
12              Information Bulletin
13  Exhibit 10  Cooper Service Bulletin      50
14  Exhibit 11  Laux Testimony List          115

## Page 4

 1           P R O C E E D I N G S
 2      (Exhibits 1 through 6 marked.)
 3           LILA F. LAUX, Ph.D.,
 4  being first duly sworn in the above cause, was
 5  examined and testified on oath as follows:
 6              EXAMINATION
 7  BY MR. BOTT:
 8      Q   Would you tell me your full name, please?
 9      A   My full name is Lila Carol Fitzgerald
10  Laux.
11      Q   And, Doctor -- I call you Doctor.  You
12  hold a Ph.D., correct?
13      A   I do.
14      Q   Do you prefer to be referred to as Doctor
15  or Ms. or --
16      A   Well, in professional settings I'm usually
17  Doctor.
18      Q   All right.  Would this be a professional
19  setting then?
20      A   I think so.
21      Q   All right then.
22          Dr. Laux, my name is Ed Bott.  We have not
23  met before today, but I represent the Goodyear Tire &
24  Rubber Company, and I'm going to be asking you
25  various questions regarding your involvement in this

Epiq Court Reporting Solutions - Chicago
312.386.2000

Lisa F. Laux, PhD - 4/15/2019

49

1  This one says Passat and this one says
2 Jetta.
3     Q    So is the Jetta owner's manual referenced
4 on Exhibit 6?
5     A    Evidently not.
6     Q    Is there a reason why you didn't produce
7 that to me?
8     A    Human error on my part.  Sorry.
9     Q    With regard to your opinion 5, do you hold
10 an opinion that in fact Goodyear should have issued a
11 public service bulletin as you describe in opinion 5
12 in the year 1990?
13     A    Well, it's a product service bulletin, not
14 a public service bulletin.
15     Q    Thank you.
16     A    And do I think they could have?  Yes.  Do
17 I think they should have?  I don't think so, no.
18     Q    All right.  Do you think that Goodyear
19 should have provided a product service bulletin as
20 the kind you describe in 1995?
21     A    I'm not sure when all the -- this one's
22 from Goodyear that was a product bulletin in 2006 in
23 which they said they didn't believe they needed to do
24 anything about the old tires if I recall.
25     Q    So would you agree then that you're not

50

1 critical of Goodyear for not issuing such a product
2 service bulletin in the year 1994?
3     A    No, I'm not.
4     Q    All right.  As we look at the other
5 product service bulletins that you mention -- and I
6 think these had been provided to me.
7     A    The Service Life for Passenger Car from
8 Cooper, 2006?
9     Q    Yeah, I'm just going to run through --
10     A    There are some others.
11     Q    Let me mark all of these right now.  We
12 might reference them later.  There's --
13     A    They're almost all 2006.
14     Q    I have three of them here.
15         (Exhibits 8 through 10 marked.)
16     Q    (By Mr. Bott) Doctor, Exhibits 8, 9 and 10
17 are product service bulletins or technical bulletins
18 that were provided to me in advance of your
19 deposition, and I believe all of these are on
20 Exhibit 6, although I may have -- I didn't have a lot
21 of time to compare so maybe I missed something.
22         Exhibit 8 is from Michelin, and it's dated
23 February 9, 2006, correct?
24     A    Yep, that's the date.
25     Q    Continental is Exhibit 9, and that's dated

51

1 February 2006, correct?
2     A    It is.
3     Q    Exhibit 10 is Cooper, and I don't see a
4 date on the Cooper document.  Do you happen to know?
5     A    Let me see if I have it.  Mine says 2006,
6 Light Truck and Full-Size Spare Tire Service
7 Bulletin.  It says 2006 in the reference.  Service
8 Life for Passenger Car, Light Truck and Full-Size
9 Spare Tires.  Yes.
10     Q    Okay.  So the product service bulletins
11 that you're aware of from other manufacturers would
12 be these three that we just identified?
13     A    Well, these three, and I think I have
14 others.  Let's see what else I've referenced in here.
15         I have one from the Japan Automotive Tyre
16 Manufacturers Association, Cooper, Michelin,
17 Continental, Cooper, Firestone, and then over here,
18 this is Cooper too.
19         So these are the ones I referenced, yes.
20     Q    Is the Japanese reference on Exhibit 6?
21     A    It's not, and, you know, it's not properly
22 referenced in here either.  It just says Japan
23 Automotive Tyre Manufacturers Association.  So I'm
24 not sure which one it is.
25     Q    So that would be one that I couldn't even

52

1 find if I tried to search for it.
2     A    Oh, yeah, you could.
3     Q    Well, you said -- I thought you said it's
4 not properly referenced?
5     A    Well, it gives you the name of the Japan
6 Automotive Tyre Manufacturers Association, and you
7 can go in there and look for tire service bulletin
8 and you'll find it.
9     Q    So these product service bulletins on
10 aging were first issued evidently in 2006.
11     A    Correct.
12     Q    And so then is it your opinion that in the
13 2006 time frame is when Goodyear should have issued a
14 product service bulletin on the effects of tire aging
15 like these manufacturers did?
16     A    Well, I think they should have made that
17 information public in -- and by 2006 other tire
18 manufacturers had made the decision to make that
19 information public, so it would have been appropriate
20 for Goodyear to make it available at that time as
21 well.
22     Q    And you're aware that Goodyear has issued
23 product service bulletins on aging and in fact did so
24 as far back as March of 2006 --
25     A    Yes.

13 (Pages 49 to 52)

Lisa F. Laux, PhD - 4/15/2019

61

1  information produced about this issue, and Goodyear
2  has certainly been aware of all of this information
3  as it was being produced.
4      MR. BOTT:  Move to strike the last part as
5  nonresponsive.
6      Q   (By Mr. Bott) Doctor, I mean, I've tried
7  to give you a lot of latitude in your answer, and I'm
8  trying not to cut you off, but I would appreciate it
9  if you could try to answer my question.  If I have
10 follow-up questions, I'll ask those.
11     A   Well, I would say that you -- if you ask a
12 pointed question and you only want a response that
13 you find favorable, I can't follow your request
14 there, so I'll do the best I can to answer your
15 questions.
16     Q   I'm not looking for things that are only
17 favorable, because I realize that you probably have
18 very little to say that would be favorable to me.
19 I'm here to explore your opinions.  All right?  And I
20 only asked you to identify for me the references, and
21 you did that, but then you continued to go on and
22 provide detail that was not part of my question.  I
23 know you've been deposed hundreds of times, testified
24 at trial hundreds of times --
25     A   No.

62

1      Q   Well, you've testified hundreds of times.
2  Okay?
3      A   By deposition, yes.
4      Q   Correct.  You know what we're doing.
5      A   Sure I do.
6      Q   And I'd appreciate it if you could just
7  answer my questions.
8      A   Well, I will answer your questions the
9  best way I know how.  That's all I can promise.
10     Q   Okay.  Number 6, you say that Goodyear
11 should have provided the, quote, born date of the
12 tire on both sides of the tire sidewall --
13     A   Right.
14     Q   -- e.g., tire manufacture date
15 February 1997.
16         All right.  So this tire was manufactured
17 in 1994.
18     A   24th week.
19     Q   And so it's your opinion that when it was
20 manufactured in the 24th week of 1994 that Goodyear
21 should have put on both sidewalls the wording "Tire
22 Manufacture Date" --
23     A   March.
24     Q   March?
25     A   1994.  Something like that.

63

1      Q   March 1994.
2      A   This says e.g., which means for example,
3  right?
4      Q   That is what it means, yes, thank you.
5          And so the 24th week of 1994 is in March?
6      A   Well, I don't know.  We could go back and
7  figure it out.  See, that's one of the big problems
8  with this kind of dating.  Why would you say the 24th
9  week of '94?  I mean, what -- that has no relevance
10 to any way that people in the public and people who
11 are driving cars think about dates, is it?  You don't
12 know it either.  I don't know it either.
13         So if we divide it by 4, we get 6, so 5.
14 January, February, March, April, May.  It's probably
15 May.
16     Q   Well, what about June?  Do you think --
17     A   Could be June.
18     Q   -- it might be June?
19     A   Sure.
20     Q   Okay.  So --
21     A   I'd have to go back and count every week
22 between the 1st of January and the -- whenever this
23 tire was manufactured to determine.
24     Q   And that wouldn't be a challenge for you,
25 would it?

64

1      A   Not particularly, and it wouldn't be a
2  challenge for the tire manufacturer either, would it?
3      Q   And so what they should say is Tire
4  Manufacture Date June 1994 in this case.
5      A   If that's --
6      Q   Assuming June was the week --
7      A   Sure.
8      Q   -- or the week was within the month of
9  June.
10     A   Sure.
11     Q   All right.  Now, you're not saying that
12 the manufacturers should hypothetically -- if the
13 24th week began on June 16, should they say
14 manufactured the week of June 16, 1994?
15     A   Well, I think I just showed you that I
16 think the month and the year is probably adequate.
17     Q   Okay, good.  And so then what would happen
18 is that as you roll into a new month, then they
19 should change it to be July of 1994.
20     A   Well, they change the date --
21     Q   August.
22     A   -- in the DOT every time -- every week
23 evidently.
24     Q   I'm not arguing.  I'm just trying to
25 understand.

16 (Pages 61 to 64)

Lisa F. Laux, PhD - 4/15/2019

Page 65

1  So they would change it every month,
2  correct, to --
3  A    Yeah.
4  Q    -- to put the --
5  A    As they change --
6  Q    -- born date.
7  A    As they change the DOT date, they would
8  look and see, okay, what month was it --
9  Q    And the reason you want it on both sides
10 is because sometimes the tires are mounted such that
11 the side with the labeling on it might be to the
12 inside.  Is that what you understand?
13 A    Well, that's something -- that's
14 specifically something NHTSA mentioned, yes.
15 Q    Now, with regard to the label itself, this
16 born date, do you have a judgment as to what type of
17 print should be used or what color or where it should
18 be located?
19 A    Well, there's plenty of room on the side
20 of a tire, and lots of things are put on the side of
21 the tire.  I do think this needs to be -- can
22 certainly be alongside the DOT number.  I haven't
23 analyzed exactly where on the tire it would go.  That
24 would be up to the tire manufacturer to assure that
25 it's in a location that would be seen and read, could

Page 66

1  be seen and read.
2        Do I think it should be colored?  It would
3  be dandy if it could be.  I don't think it's
4  reasonable to make it colored.
5  Q    All right.
6  A    Do I think the print should be larger than
7  the print that's on the DOT number?  That would be a
8  very good thing because that's quite small.  So we
9  could determine by looking at the ANSI warning
10 standard what distance we think people are going to
11 be from the tire, and we can determine what the font
12 size should be from that.  So --
13 Q    Well --
14 A    -- there are a number of things that the
15 manufacturer of the tire would need to determine
16 before putting this message on the side of a tire.
17 Q    All right.  So then in terms of your
18 opinion, as we're here today to talk about, it's your
19 opinion that the born date should be on the sidewall
20 of the tire on both sides of the tire?
21 A    Well, that's what the -- that's what this
22 says.
23 Q    I'm just trying to run through it with
24 you.  I understand that's what it says.
25      But you don't have an opinion as to where

Page 67

1  it should be located, correct?
2  A    No specific opinion yet, no.  I mean, that
3  would be something --
4  Q    You don't --
5  A    -- I would work on with the manufacturer,
6  because it's their tire.
7  Q    You don't have an opinion as to the size
8  of the lettering or the font that should be used,
9  correct?
10 A    I do have an opinion.  It should follow
11 the ANSI standard.
12 Q    And what is that?
13 A    The ANSI warning standard?  Z535.4.
14 Q    Well, what does it tell me in terms of
15 size in this context?
16 A    It tells you for any viewing distance how
17 large the font should be --
18 Q    And have you --
19 A    -- so once you determine how far -- what
20 the viewing distance is, then you can determine
21 easily what the font size should be.  And I haven't
22 done that.  That's up to the manufacturer to do.
23 Q    Okay.  So you haven't done it.
24      You say on the next page:  Had Mr. Bueser
25 known this tire -- it says "tired" but it clearly

Page 68

1  should be "tire" -- was approximately 20 years old,
2  it is likely he would not have purchased it.
3       What's the basis of that conclusion?
4  A    Well, I think he would have recognized
5  that it was likely to not be still a very good tire
6  after -- if it was 20 years old.
7  Q    Have you read anything that leads you to
8  conclude that Mr. Bueser would not have purchased the
9  tire had he -- had the born-on date been on it?
10 A    Not from Mr. Bueser, but I've read other
11 data, reports about people purchasing tires, and
12 they -- you know, most people say they wouldn't want
13 a 20-year-old tire.
14 Q    What other data?
15 A    Well, in some of those articles that I
16 reference, like with Kim and -- Cowley, Kim and
17 Wogalter and Kalsher, Wogalter and Laughery.
18 Q    Do you have an opinion on whether other
19 people would -- well, strike that.
20      Do you know when Mr. Bueser purchased
21 these tires?
22 A    Evidently about a year and a half before
23 the accident.
24 Q    Do you know from where he purchased them?
25 A    It's not absolutely certain whether he

17 (Pages 65 to 68)

Page 73

1 appreciate having that on their tire? Would you
2 agree with that?
3    A   I would agree that some owners might not
4 want red or white or yellow print on the sides of
5 their tires.
6    Q   And with regard to your prototype, you go
7 on to state that, "The prototype warning should be
8 validly tested with a representative user group to
9 determine whether it can be seen and read and whether
10 it is understood."
11        You have not done that testing validation,
12 have you?
13    A   Well, I can't stamp tires, so, no, I
14 haven't.
15    Q   All right.  And are you aware of anyone
16 who has undertaken that testing?
17    A   I don't think any tire manufacturer has
18 attempted to stamp this into their tire, no.
19    Q   Are you aware of anyone, even independent
20 of a tire manufacturer, who has attempted to undergo
21 this testing -- or undertake this testing?
22    A   There is no way anyone can undergo this
23 testing unless they have the capacity to stamp a
24 tire.
25    Q   Okay. So the answer is --

Page 74

1    A   Has to be no, right?
2    Q   -- there is no such testing.
3    A   Of course not.
4    Q   All right.  And then you state, "Once a
5 warning is in place, data should be collected on
6 accidents to determine whether the warning is being
7 effective."
8    A   That's standard.
9    Q   And this is obviously stating the obvious,
10 but there clearly is no data that you're aware of
11 that goes to the effectiveness of such a prototype
12 warning, correct?
13    A   Well, since this prototype warning hasn't
14 been stamped into any tires that I'm aware of,
15 clearly there's not.
16    Q   All right.
17    A   But that's standard practice for any
18 manufacturer, is to collect data like this to
19 determine if something is effective or not, a warning
20 is effective or not.
21    Q   And clearly, given that this relates to
22 stamping on the tire at the time of manufacture, I
23 assume it's your opinion that this prototype warning
24 should have been on this tire at the time it was
25 manufactured in June of 1994?

Page 75

1    A   I certainly wish it were, but do I expect
2 that it would have been?  No.
3    Q   Okay.  And why is it that you expect it
4 would not have been?
5    A   Well, I think in June of 1994 there was
6 not a general consensus among all of the tire
7 manufacturers about this issue.
8    Q   And so had it not been included back in
9 June of 1994, you wouldn't have been critical of
10 Goodyear or any tire manufacturer for not putting it
11 on there because there was no recognized consensus in
12 the industry at that time.
13    A   Well, would I be critical?  Would I think
14 that they probably already knew about this based on
15 the early -- wait a minute.  Let me give my answer.
16    Q   I was.
17    A   No, you weren't.  You were getting ready
18 to interrupt me.
19        So, you know, this issue was already known
20 in the community as recognized by VW putting it on
21 their car, but do I -- would I be critical?  I would
22 be critical of anybody who knew something about a
23 hazard and didn't tell people.  Do I -- do I
24 understand why this wasn't yet placed on the tire?
25 Yes.

Page 76

1    Q   Yeah, so in terms of -- and I want to
2 understand whether -- is it your opinion to a
3 reasonable degree of professional certainty that in
4 this case this tire was unsafe as manufactured in
5 June of 1994 by virtue of the fact that it did not
6 have this prototype warning on it?
7    A   Well, actually I do believe that it was
8 unsafe not to have a -- it doesn't have to be this as
9 the prototype -- not to have this information about
10 the age that they -- the tire was manufactured so
11 that people could determine how old it was, but I
12 understand that at that time tire manufacturers were
13 not warning about this issue and they were still
14 resistant to the idea, I believe, that tires aged
15 out.
16        So am I surprised that it wasn't on there?
17 No.  Do I wish it had been on there?  Yes.  Am I
18 critical?  Well, I don't know whether I would say I'm
19 critical or not.  I understand why it's not on there.
20    Q   And without going through each of them
21 individually, isn't it true that the product service
22 bulletins we identified, the NHTSA study you've
23 referenced, the Baldwin study that you've referenced,
24 and probably others, all of those relate to activity
25 that was ongoing in the mid 2000's?

Lisa F. Laux, PhD - 4/15/2019

77

1  A   Yes, a lot of it was -- started in the
2  early 2000's, yes.
3     Q   And is there anything other than the
4  Volkswagen reference that you mentioned on your
5  Appendix B that predates all of that, that goes back
6  into the 1990's and deals with this issue of aging?
7     A   I bet you I didn't put it in that list,
8  but I do have a bunch of old operator's manuals, and
9  just like the old Jetta manual, many of them talk
10 about replace -- they're all European cars.  All
11 European cars only.  I never saw an it in an American
12 car, but I did see it in other European cars that --
13    Q   Which European cars?
14    A   I'm not sure, but I can certainly get you
15 those.
16    Q   Well, as you sit here today, can you
17 identify any owner's manual from --
18    A   BMW I think was one of them.
19    Q   BMW what year?
20    A   Well, in the early 1900's -- 1990's, but I
21 can't tell you exactly for sure which year, but, you
22 know, I did cite that one because I liked the
23 forthright way in which they talked about tires and
24 spare tires.
25    Q   Where did you cite the BMW?

78

1  A   I didn't.
2  Q   Oh.
3  A   I cited this one, which is what I said
4  that I thought -- this is from a Jeep in 2013 that
5  was in the owner's manual, and I thought that was an
6  excellent warning.
7     Q   So other than the European owner's manuals
8  that you're unable to specifically identify, are you
9  aware of any study or reference or work being done
10 here in the United States in the 1990's that deals
11 with this issue?  Can you cite me to any?
12    A   Well, I think what NHTSA started the study
13 in 2002.
14    Q   All right.  So that would be the earliest
15 that you're aware of?
16    A   That's the earliest one that I know of in
17 the United States, yes.
18    Q   And turning then to number 8, you refer to
19 a couple of things there that in your judgment would
20 be foreseeable to Goodyear regarding a tire 20 years
21 old.  And I don't need to get too deep into the weeds
22 on this.  I just want to know, is there anything here
23 specifically from Goodyear, from a Goodyear witness,
24 from a Goodyear document, that leads you to conclude
25 this was foreseeable to Goodyear, or is this

79

1  statement based again solely on the other references
2  that you've told me about in this deposition?
3     Does that make sense to you what I'm
4  asking?
5  A   It does, but there's a lot of things that
6  I said it was foreseeable to Goodyear about.  So, you
7  know, they talk about reasons to replace a tire, and
8  aging is not one of them, but it was foreseeable to
9  Goodyear that a tire could be 20 years old and not
10 have any of those -- that's what this statement is
11 all about -- not have any of those characteristics
12 that they say are reason to replace a tire.
13    So they could foresee that a tire could
14 get to be 20 years old and not have any of those
15 cracks, bulges, tread worn down to a minimum depth or
16 damage caused by underinflation or overloading, but
17 that it would be 20 years old and that based on the
18 NHTSA information and the other information, Baldwin
19 and so forth, that being 20 years old alone meant
20 that it was more likely to lose tread.
21    Q   Now, do those references say that just
22 being 20 years old makes it more likely to lose
23 tread?
24    A   If you look at the -- was more likely to
25 fail, I guess I should say, and typically that

80

1  failure is detreading.
2     But if you look at the graph in the NHTSA
3  reports, if you look at John Baldwin's data, sure, it
4  does say that they are more likely to fail the older
5  they get after six years old.
6     Q   Okay.  But it doesn't say that they're
7  more likely to lose tread.
8     A   I don't recall whether they said that or
9  whether they just said fail.
10    Q   And is the NHTSA data on the Ford
11 Firestone tires?
12    A   No.  That was one of the impetus for doing
13 it, but they did research on -- the 2002 study was on
14 tire failure, period.
15    Q   All right.
16    A   Tire failure, period.
17    See, when they did this research report to
18 Congress in 2007 on tire aging, that was not just on
19 the Firestone tires.
20    Q   Okay.  Are you aware of -- and I apologize
21 if I've asked you this, but -- and sometimes I tend
22 to jump around and I forget whether I've asked you
23 things before or not.
24    Are you aware of any manufacturer that
25 puts the born date on their tire?

20 (Pages 77 to 80)

Lisa F. Laux, PhD - 4/15/2019

Page 81

1   A   No, I'm not.
2   Q   Are you aware of any manufacturer that
3   puts any type of a warning regarding the aging on
4   their tire?
5   A   No.  They have some warnings on their
6   tires but not about aging.
7   Q   All right.  And do we agree that NHTSA has
8   never recommended that such a warning about aging be
9   put on the tires, have they?
10  A   I don't think they have, no.
11  Q   And do we agree that NHTSA has never
12  recommended that a born date be put on tires, have
13  they?
14  A   They haven't, although they have
15  recognized the difficulty that people have
16  determining the manufacture date of tires based on
17  the DOT number, but they haven't made any effort to
18  change that.
19  Q   And do we agree that there is no federal
20  regulation that requires placement of an age-related
21  warning on the tires?
22  A   There's not.
23  Q   I want to ask you about number 9 if I may.
24  A   Okay.
25  Q   You say, "Goodyear's failure to adequately

Page 82

1   warn and instruct vehicle owners and maintainers and
2   drivers about the hazards associated with driving at
3   highway speeds on a tire more than 10 years old
4   created an unreasonably dangerous situation, which
5   precipitated the injury/death accident."
6       I take that to mean that you're talking
7   about the accident that happened here to Mr. Loveland
8   and Mr. Summers?
9   A   Yes.  It wasn't a death, though, actually.
10  Q   Yes.  And when you say "Goodyear's failure
11  to adequately warn and instruct vehicle owners," how
12  would in your judgment Goodyear have adequately
13  warned and instructed vehicle owners?  Would that
14  have been through the labeling on the tire that we've
15  talked about?
16  A   Well, that would have been one way, but of
17  course I'm not talking about that here.
18  Q   Okay.  What are you talking about here?
19  A   Well, I'm talking about the fact that if
20  they had notified all the tire places like Kearney's
21  and everybody who -- you know, who has -- who
22  maintains their tires, and certainly it could have
23  been put in the driving -- wherever people go to get
24  their driver's licenses renewed, all those kinds of
25  locations, to make this information widely known,

Page 83

1   then when he went into Kearney's to have those tires
2   put on his vehicle, they would have known about it,
3   and they would have said to him, look, these tires
4   are 20 years old, we don't want to mount these tires.
5   Like Discount Tire won't put a tire 10 years old or
6   even service a tire 10 years old anymore because they
7   recognize the hazard.  They're probably one of the
8   biggest maintainers in the U.S.
9       So if this had gotten out to places like
10  Kearney's and other places, smaller places --
11  Discount's a very big place.  They do -- have had
12  problems and so they recognize the issue, but
13  someplace like Kearney needs to get the information,
14  and this could be put out by Goodyear.
15  Q   Well, other than the product service
16  bulletins, are you saying that there is some other
17  means by which that should have been communicated, or
18  is it just through the product service bulletins?
19  A   Well, it's my understanding that most tire
20  manufacturers just send the tire service bulletins to
21  places where their tires are bought in large
22  quantities.
23  Q   And that's sufficient, correct, in your
24  judgment?
25  A   Well, it would be better if they were sent

Page 84

1   out to places like Kearney's and other smaller groups
2   of people who also deal with tires, mount and service
3   tires, and there are plenty of them.  And I recognize
4   that, you know, locating all of them is not
5   necessarily simple, but they are all registered with
6   the state typically and so they can be located.  So
7   if you want to make this information public, if you
8   want to make people aware of it, you could certainly
9   have public service announcements on the radio and on
10  TV.
11  Q   Well, I know you could do a lot of things.
12  What --
13  A   Sure you could, and it's an issue that you
14  should do because it's clearly one that the driving
15  public is not aware of.
16  Q   Well, but, you know, Dr. Laux, I'm trying
17  to differentiate between things that you think would
18  be a good idea versus your opinions in this case.
19  Okay?  And so I --
20  A   My opinion is --
21  Q   So I need --
22      MR. FARRAR:  Let him finish the question.
23  Q   (By Mr. Bott) I need to understand how is
24  it that you think Goodyear failed to provide adequate
25  information -- or failed -- I'm sorry, failed to

21 (Pages 81 to 84)

Lisa F. Laux, PhD - 4/15/2019

Page 101

1  does not include this warning?
2     A   Well, you know, if -- this is -- you're
3  asking me a funny question.
4         So, you know, if a product has a hazard
5  that needs to be warned about, that doesn't
6  necessarily make the product unsafe; it makes the use
7  of it unsafe for the user who needs the warning.  So
8  I know that sounds very circular, but what I'm trying
9  to say is I do think every tire needs to have this
10 warning on it.
11    Q   And so then every tire would be unsafe for
12 use to the general public without this warning.
13    A   Well, after six years, yes.
14    Q   Well --
15    A   It's not unsafe until it starts to be old
16 and have this potential for failure, but it is unsafe
17 in the sense that people need to know this
18 information when they buy a tire or when they put a
19 tire on their car or when they buy a used car and
20 look to see something about the tires or get the --
21 get the spare tire out of their trunks.  They need
22 this information every time those things happen.
23    Q   And so then as soon as the tire hits six
24 years, it becomes unsafe.
25    A   Well, the tire becomes unsafe, yes.

Page 102

1     Q   All right.  Okay.  And that's irrespective
2  of the service conditions of that tire.  It's just in
3  your judgment, chronological age alone, once a tire
4  hits six years of age, if it doesn't have this
5  prototype warning on it, it is unsafe.  Is that
6  right?
7     A   Well, you know, that's not the way I think
8  about it, but it is unsafe after six years with or
9  without the warning.
10    Q   Okay.
11        MR. BOTT:  Let me take a break.  Okay?
12        THE DEPONENT:  Sure.
13        (Recess from 3:14 p.m. to 3:20 p.m.)
14    Q   (By Mr. Bott) Dr. Laux, has your opinions
15 on aging and labeling, has that been peer reviewed by
16 anyone?
17    A   Aging and labeling?  You mean tire aging?
18    Q   Your opinions that you're --
19    A   No.
20    Q   -- here -- okay.
21        Is your opinions that you've given here
22 today, is that generally accepted in the scientific
23 community?
24    A   Well, in the human factors community, yes.
25    Q   By whom?

Page 103

1     A   Well, by like these other people who have
2  written papers about it, like Michael Wogalter and
3  Kalsher, Michael Kalsher, and Kenneth Laughery.  All
4  my colleagues.
5     Q   Am I correct that you have no testing
6  studies or surveys that are relevant to a vehicle
7  owner's decision to replace or inspect tires based on
8  a sidewall expiration date?
9     A   Well, since there is no sidewall
10 expiration date, I don't think there could be any
11 studies on that.
12    Q   Okay.
13    A   There are those studies that I've cited to
14 you several times that talk about how people don't
15 understand that the DOT number has a date of
16 manufacture on it.
17    Q   In the study of human factors, is there an
18 accepted methodology for prioritizing risks
19 associated with the use of various products?
20    A   Well, there is -- there are methodologies
21 for doing that that require that the manufacturer
22 have identified the hazards and the consequences of
23 the hazards, so you have a table, if you want to call
24 it that, where you have the probabilities on one axis
25 and the consequences on another axis, and those that

Page 104

1  come -- fall into the high probability -- low -- that
2  fall into the high consequences section typically are
3  the ones that we want to put on product warnings
4  about.
5         So they'll be -- when you look at one of
6  these tables, it will be yellow, green and red
7  depending, you know, the hazard and the probability
8  and the consequences.  Those that are in the red zone
9  will be the ones that you want to put on product
10 warnings about.  Mainly you would like to design
11 those hazards out if you can, but if you can't, then
12 those are the ones that you would warn about.
13    Q   And is there potential risks associated
14 with including too many warnings on a product?
15    A   Oh, sure.  Everybody likes to talk about
16 the over-warning and the issue that people stop
17 paying attention to warnings --
18    Q   You don't --
19    A   -- because you put so many on there.
20 That's an issue that's been floated around in the
21 public for a long time.  But if you do the kind of
22 analysis that I was just talking about, you would
23 either -- you would determine one of two things.
24 Either your product is too dangerous to let the
25 public have access to it because it needs to have

26 (Pages 101 to 104)

Lisa F. Laux, PhD - 4/15/2019

Page 105

1  this long laundry list of dangers and warnings, or
2  you would figure out that there are a few things that
3  are very serious issues, hazards, associated with use
4  of the product and those are the things you would
5  want to put the warnings about.
6      Q   Have you done this analysis of the two
7  columns and the consequences and the risks as to
8  tires?
9      A   I can't do that. Manufacturers of tires
10 can do that, but I can't do that.
11     Q   And you cannot do that because of what?
12     A   I wouldn't have all the information I
13 would need to do it. Tire manufacturers should do
14 it.
15     Q   And your opinion here that a warning would
16 have made a difference as I understand it is based on
17 the conclusion that had there been a warning, then
18 the tires never would have been installed.
19     A   I believe that's true. I believe if
20 Kearney had understood that a 20-year-old tire was
21 not safe to be driven on the road, I don't think they
22 would have installed it. I mean, I know that's the
23 decision that Discount Tires has taken.
24     Q   I got that. Okay. I just want to
25 understand the causation part of it.

Page 106

1          Do you think there's any risk that with a
2  born date or with -- not the born date but with your
3  labeling of the prototype warning, do you think
4  there's any risk that consumers will falsely rely on
5  that expiration date as more or less a type of
6  warranty that the tire is good for six years or for
7  10 years?
8      A   Well, they get a warranty with their tire
9  when they buy it, and I'm not sure how many years the
10 warranty is for, but, no, I don't think so, because
11 this says specifically old tires that are more than
12 10 years old are likely to do that. It doesn't say
13 that, you know, you need to disregard the other
14 problems that you might have with your tire, like
15 tread being too worn out or bulges or cracks in the
16 side of your tire.
17     Q   So you don't think that some may think
18 that the tire is safe for 10 years --
19     A   No.
20     Q   -- regardless of those things?
21     A   I don't think so. There's nothing in the
22 warning that would indicate to anybody that otherwise
23 the tire is safe, that if it isn't 10 years old it's
24 safe. There's nothing in there that indicates that.
25     Q   Okay. Do the tire manufacturers have a

Page 107

1  right to rely on the recommendations of the vehicle
2  manufacturer as contained in that owner's manual?
3      A   In what way rely on it?
4      Q   Well, as an example -- just let's focus on
5  the issue we're talking about in terms of tire
6  service life and your thought that tires 10 years old
7  should be taken out of service and replaced.
8          Is the tire manufacturer justified in
9  relying on the vehicle manufacturer's instructions on
10 that issue?
11     A   I don't know that the vehicle manufacturer
12 gives any instructions on the issue. The vehicle
13 manufacturer has said that they think tires should be
14 replaced after six years. Can the tire manufacturers
15 rely on that? I don't know how they would rely on
16 that.
17         I'm not understanding what you're asking
18 me. Can they rely on that being enough to warn
19 people about aging tires? Is that what you're asking
20 me?
21     Q   Well, I guess I was trying to get, you
22 talked about the Volkswagen owner's manuals, and you
23 point to that statement by Volkswagen, and I think
24 you mentioned other vehicle manufacturers, about tire
25 life --

Page 108

1      A   Right.
2      Q   -- and replacing the tires.
3          I'm trying to get an understanding, if --
4  you know, let's assume hypothetically if there was a
5  prototype warning on the tire versus information in
6  the owner's manual regarding tire service life, which
7  trumps?
8      A   Well, I think that most people would
9  recognize that the tire manufacturers know more about
10 the date that their tire is likely to expire -- and
11 I'm using that word in quotation marks -- than a
12 vehicle manufacturer.
13         So if vehicle manufacturers say, as most
14 of them do, replace your tires after six years, and
15 tires [sic] say, well, you know, tires may be good up
16 to 10 years, I think that the tire -- the person who
17 owns the tire has to say, well, the tire manufacturer
18 says I can use this tire up to 10 years, so ...
19     Q   Does -- do you know what type of vehicle
20 was involved in this case?
21     A   It was a light truck, a pickup, half-ton
22 pickup.
23     Q   Who made it?
24     A   Gosh, you know, I don't know. Chevy or
25 Ford, but I don't recall which one.

27 (Pages 105 to 108)

Lisa F. Laux, PhD - 4/15/2019

109

1  Q   It was Chevrolet.
2  A   Was it?
3  Q   So General Motors.
4  A   M-hm.
5  Q   Does General Motors include language in
6  their manuals about tire service life?
7  A   I believe they do, but I can't say they do
8  on every vehicle. This was an old 2003 truck, I
9  think.
10 Q   Do you know when they started including
11 that language?
12 A   No, I don't. I have known. I just don't
13 recall at the moment.
14 Q   All right. If General Motors did not
15 include language on tire service life, did not
16 include a recommendation as you've talked about here
17 today of either six or 10 years, in their owner's
18 manual for a 2003 Chevrolet pickup, would you be
19 critical of that?
20 A   Well, most of the American manufacturers
21 of vehicles have European counterparts for the
22 manufacture of their vehicles, and in those owner's
23 manuals, the warning about tires shows up much
24 earlier. I don't know how much earlier than 2003, so
25 I can't say.

110

1  Q   So you'd have no opinion on that.
2  A   I don't.
3  Q   Have you ever designed a consumer product?
4  A   No.
5  Q   You have never worked for a tire company,
6  have you?
7  A   No.
8  Q   And your only professional experience
9  relating to tires is an expert?
10 A   Well, the only professional experience
11 related to tires in this regard, yes, uh-huh.
12 Q   You have done no studies that directly
13 relate to tires, have you?
14 A   I think I've said that. No.
15 Q   I know we've asked around this, but I
16 don't know if I've asked you this question. You have
17 not written any articles on the subject of tire
18 service life or tire aging, have you?
19 A   I have not.
20 Q   And you have not personally written a
21 warning that has gone on a product that's been sold
22 to the public, have you?
23 A   I don't do that.
24 Q   So that answer is no?
25 A   That answer is no, that is not the way I

111

1  work with manufacturers.
2  Q   Okay. And do you understand that NHTSA
3  looked at the possibility of revising the date on
4  tires as recently as 2015 --
5  A   Yes.
6  Q   -- and decided not to make any
7  recommendations for changes in that regard?
8  A   Yes, I do.
9  Q   Going through your report, you state here
10 on the bottom of page 1 that you were the lead
11 researcher on three contracts with General Motors and
12 four contracts with the AAA Foundation to examine
13 human factors issues associated with capabilities of
14 drivers, warnings and instructions, and the location
15 of controls and displays.
16 A   Yep.
17 Q   Tell me what that work was all about, and
18 when did you do that?
19 A   Well, you'll see in my C.V. when we did
20 those reports, and those reports were done in the
21 early '90s, as I recall. We had three contracts, as
22 I said, with General Motors and the information that
23 we --
24 Q   This was Rice University --
25 A   Right.

112

1  Q   -- that had the contracts?
2  A   Rice got the contract and I was -- but it
3  was me that wrote the proposal. And so when the
4  contract was given to Rice, Rice paid me for the
5  work.
6  Q   Okay.
7  A   In other words, General Motors paid Rice
8  and Rice paid me.
9  Q   And what specifically was the scope of the
10 human factors analysis?
11 A   Well, I was just about to tell you.
12 Q   Right, and I apologize for cutting you
13 off.
14 A   The first study was to look at warnings
15 and instructions in owner's manuals and on vehicles,
16 for instance on the jack in the back, on the
17 radiator, things like that. So we looked at -- we
18 identified a series of accidents that occurred that
19 didn't have to do with driving, you know, where you
20 had a collision, someone ran into somebody else or
21 turned into an intersection and got hit. These were
22 accidents that were the result of something to do
23 with the car.
24     So we did a -- we did a study of, I don't
25 know, 20 or 25 owner's manuals from vehicles that

28 (Pages 109 to 112)

Lisa F. Laux, PhD - 4/15/2019

117

1  A   Exactly, that's right.
2  Q   Yeah, fair enough.
3       Dr. Laux, are you familiar with the Pechac
4  case?
5  A   Well, that's such an unusual name, I
6  remember the name but I don't -- who was -- who hired
7  me?
8  Q   I don't know.  Do you -- can you find
9  it -- I can figure out who hired you probably, but do
10 you see it on your list?
11 A   It should be on here.  I think I've given
12 a deposition in that case, but, I mean, it's going to
13 take me some time to go through these one by one.  Do
14 you really want me to do that?
15 Q   It was in 2018 that you would have been
16 deposed.
17 A   Okay.  Well, then I can just go through
18 those.
19     I don't see it, which means I probably
20 went home and completely forgot about it and didn't
21 get it on here.
22 Q   How about Exhibit 11?  Do you see it on
23 there?
24 A   Well, if it isn't on here, it wouldn't be
25 on there.

118

1  Q   Okay.  Has your testimony ever been barred
2  from any court?
3  A   I don't know about barred.  I've never
4  been excluded that I know of for not being qualified.
5  I have been -- I was not allowed to testify in a
6  trial in New Orleans because the judge ruled that
7  although I was qualified, the jury didn't need to
8  hear human factors testimony from either side.
9  Q   Are you aware of the fact that your
10 testimony was ruled to be excluded under Daubert --
11 are you familiar with Daubert?
12 A   Sure.
13 Q   Were you aware that your testimony was
14 excluded under a Daubert-type analysis in the Pechac
15 case?
16 A   No, I wasn't.
17 Q   Pechac, it was a matter of Pechac versus
18 Goodyear, and you were deposed on June 18, 2018.
19 A   Well, that I might remember, but I never
20 knew that I was not -- that I was excluded.  No one
21 told me that.
22 Q   Do you remember what the Pechac case was
23 about?
24 A   No, I don't.
25 Q   Would it surprise you to learn that it was

119

1  about tire aging?
2  A   No, it wouldn't surprise me, but I don't
3  know.  I just got through telling you I don't know
4  what it was about.
5      MR. BOTT:  Off the record.
6      (Discussion off the record.)
7  Q   (By Mr. Bott) This Pechac case was pending
8  in the Superior Court of Arizona.
9  A   Okay.
10 Q   Does that help refresh your memory at all?
11 A   No, not at all.  You seem to have a copy
12 of my deposition, so if you could tell me who --
13 Q   I have parts of it.  Yeah, let me tell
14 you --
15 A   -- who was the attorney who hired me, that
16 might --
17 Q   I don't know if I have that front page.  I
18 only printed out parts of it.
19 A   I see.
20 Q   But I believe his name began with an S.
21 That really narrows it down, doesn't it?
22 A   Really a whole lot, yes.
23 Q   Yeah, I'm a big help.
24     I can maybe figure that out for you.  Hold
25 on.

120

1      Matthew Malia (phonetic)?  Does that ring
2  a bell?
3  A   No.
4  Q   With regard to your case list, if we could
5  get -- I guess Exhibit 2 would be the most
6  comprehensive for what I wanted to --
7  A   Well, the newer one.
8  Q   Yeah, right.  And so let me just pick up
9  in 2018, because I can't really figure out which of
10 these might have been done after the Pechac
11 deposition.  Okay?
12     So this one of Everhart versus Reckitt
13 Benckiser, Southern District of Florida, do you know
14 what that case was about, what the product was?
15 A   It was -- I'm pretty sure -- well, I don't
16 know if that's the one that had to do with the side
17 air curtain or not.  That's one I did for Sean Cleary
18 that I did on --
19 Q   Side air curtain?
20 A   M-hm.
21 Q   What is that product?  I'm not familiar.
22 What do you mean?  What is it?
23 A   It's the air bag in the --
24 Q   Oh, yeah.
25 A   -- vehicle that goes down the side, the