*EXHIBIT C*

David Roy Southwell - 3/28/2019

### Page 1

```
         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND, et al.,
    Plaintiffs,
                              Case No. 8:18-cv-00127
v.
THE GOODYEAR TIRE & RUBBER
COMPANY,
    Defendant.
_____


                    DEPOSITION OF
                  DAVID ROY SOUTHWELL

                    March 28, 2019

                      9:00 a.m.

                   Colville & Dippel
               1309 E. Broadway Boulevard
                  Tucson, Arizona 85719




EPIQ COURT REPORTING
240 West 35th Street
8th Floor
New York, New York 10001
(212) 557-7400
Prepared by:  Sandra Marruffo, R.P.R., AZ C.R. 50815
```

### Page 2

```
 1      The deposition of DAVID ROY SOUTHWELL,
 2 noticed by Edward S. Bott, Jr., was taken on March 28,
 3 2019, from 9:00 a.m. to 2:33 p.m., at the Offices of
 4 Colville & Dippel, 1309 E. Broadway Boulevard,
 5 Tucson, Arizona, 85719, before Sandra Marruffo, Arizona
 6 certified reporter No. 50815.
 7
 8            APPEARANCES OF COUNSEL
 9
   Attorneys for The Goodyear Tire & Rubber Company:
10
        GREENSFELDER, HEMKER & GALE, P.C.
11      BY:  Edward S. Bott, Jr.
        10 South Broadway
12      Suite 2000
        St. Louis, MO 63102
13      (314) 241-9090
        esb@greensfelder.com
14
15 Attorneys for the Plaintiffs:
16      KASTER, LYNCH, FARRAR & BALL, LLP
        BY:  Kyle W. Farrar
17      1010 Lamar
        Suite 1600
18      Houston, TX 77002
        kyle@fbtrial.com
19
20 ALSO PRESENT:
   Christian Teare, Videographer
21
22
23
24
25
```

### Page 3

```
 1            INDEX OF EXAMINATION
 2
 3 WITNESS:   DAVID ROY SOUTHWELL
 4
 5 EXAMINATION                          PAGE
 6 By Mr. Bott                          5, 184
 7 By Mr. Farrar                        179
 8
 9
10            INDEX TO EXHIBITS
11 NO.     DESCRIPTION                  PAGE
12 EXHIBIT 1  Handwritten notes by David Southwell   8
              in preparation for deposition
13
   EXHIBIT 2  Images attached to David Southwell's   86
14            report, photographs and X-rays
15 EXHIBIT 3  Diagram of tire drawn by David         122
              Southwell
16
   EXHIBIT 4  Photos                                 128
17
   EXHIBIT 5  Photos of left rear tire               128
18
   EXHIBIT 6  Photos of left front tire              128
19
   EXHIBIT 7  David Southwell's Curriculum Vitae     176
20
   EXHIBIT 8  David Southwell's Case List            176
21
22
23
24
25
```

### Page 4

```
 1            TRANSCRIPT OF DEPOSITION
 2                    * * *
 3         THE VIDEOGRAPHER:  Good morning.  We are
 4 on the record.  This is Disk No. 1 in the deposition of
 5 David Southwell taken in the matter of Susman, et al.,
 6 versus Goodyear Tire & Rubber Company.  It's in the
 7 U.S. District Court, District of Nebraska.  It's
 8 Case 8:18-cv-00127.  Today's date is Thursday,
 9 March 28th, 2019, and the time is 9:00 a.m.
10         My name's Christian Teare, a legal video
11 specialist with Epiq Court Reporting.
12         This deposition is taking place at
13 1309 East Broadway Boulevard in Tucson, Arizona.
14         The certified shorthand reporter is Sandy
15 Marruffo with Epiq Court Reporting located at 311 South
16 Wacker Drive, Suite 350, in Chicago, Illinois.
17         If Counsel would please state their
18 appearances, the reporter will swear in the witness.
19         MR. FARRAR:  Kyle Farrar for the
20 plaintiffs.
21         MR. BOTT:  Ed Bott for Goodyear.
22                    * * *
23
24
25
```

1 (Pages 1 to 4)

David Roy Southwell - 3/28/2019

105

1  understand that he inspected the tires at some point, but
2  that's -- I don't have any specific --
3      Q.  Right.  And I know Mr. Daws looked at them in
4  the field, I think, in Nebraska, and then I think he took
5  possession of them and -- and I notice that some
6  documents from Mr. Daws' inspection were part of your
7  file.
8      A.  Yes.
9      Q.  Do you rely on what Mr. Daws did in any way as
10 the basis for your opinions?
11     A.  No.
12     Q.  All right.  So I want to move on, then, to
13 another area, and that is kind of the failure mode in the
14 case.
15     A.  Yes.
16     Q.  Is -- the disablement in this tire on the date
17 of this accident started from a localized failure roughly
18 the 330 to 0 degrees on the tire, correct?
19     A.  I think that's a reasonable --
20     Q.  All right.
21     A.  -- statement.
22     Q.  And as you explain on page 1 -- excuse me,
23 page 6 of your report, there you actually pin it at
24 340 degrees as the point of initiation?
25     A.  Approximately 340, that's right.

106

1      Q.  All right.  And the -- you -- you state in your
2  sequence of the component failure, the diagram you have
3  across the middle of that page, "The detachment
4  commences, second belt cords are broken adjacent the
5  initiation point.  The first belt and body ply remain
6  intact."
7          What you're saying there is that at the
8  initiation point, roughly 340 degrees, the belt cords
9  were broken adjacent to that initiation point?
10     A.  Yes, at the initiation.
11     Q.  At the initiation point?
12     A.  Yes.
13     Q.  Okay.  And so then the -- the directional
14 rotation of the tires, we look at this on the report,
15 would have been from the left of the page to the -- the
16 right?
17     A.  That's correct.
18     Q.  And as mounted on this vehicle, was the
19 opposite serial side on the outside of the tire or the
20 inside of the tire?
21     A.  Serial number side outwards.
22     Q.  Serial side out?
23     A.  Yes.
24     Q.  Okay.  And you refer -- you obtain that
25 information from page 5?

107

1      A.  Correct.
2      Q.  But where is it stated on page 5?  I missed
3  that.
4      A.  The second-to-last paragraph.
5      Q.  There we go.  Thank you.
6          As the tire, then, proceeded in and out of
7  the footprint, the -- the tread in belt 1 would be pulled
8  back and separated from belt 2?
9      A.  Correct.
10     Q.  At 74 miles an hour, based upon what you
11 believe the speed to have been from the -- the black box
12 data --
13         I think that's where you got it from.
14     A.  Yes.
15     Q.  -- how many revolutions per second is that tire
16 spinning?
17     A.  I haven't done that calculation.
18     Q.  Okay.  Just generally, at 60, it's about what,
19 12 to 13 or do you know?  This size tire, it may be a
20 little different, I don't know.
21     A.  Yeah, I'd have to do the calculation.
22     Q.  Fair enough.  And then the -- the part of the
23 tread in belt 1 that separated was that area from roughly
24 the 340-0 degrees around to 150?
25     A.  Approximately, yes.

108

1      Q.  All right.  Why was this not a complete tread
2  detachment and only a partial tread detachment, if you
3  have any thoughts on that?
4      A.  It seems to me that there was a -- a
5  preexisting separation at around 150, so there was
6  effectively a -- a weaker point there, which allowed
7  the -- the detaching tread and belt to break away and --
8  and once it had broken away, then the remainder of the
9  tread and belt stayed in- -- intact or stayed attached to
10 the tire.
11     Q.  And the preexisting separation you're talking
12 about is the one at -- at 150 degrees that we've talked
13 about at some length here today?
14     A.  That's correct.
15     Q.  All right.  And that particular separation is
16 photographed by you on what number here in Exhibit 2?
17     A.  Fifty-three.
18     Q.  Okay.  53.  The -- one second.
19         The -- other than the -- the conclusion
20 you've reached that there was this preexisting
21 separation, what other potential reasons could there be
22 of why the -- the separation, the detachment ended at
23 that position as opposed to just continuing around the
24 tire?
25     A.  Well, as the -- as the tire rotates with the

27 (Pages 105 to 108)