# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 8:18-cv-00127 |

## CONSENT MOTION FOR EXTENSION OF TIME

The Goodyear Tire & Rubber Company ("Goodyear") respectfully moves for extension of its deadline to respond to Plaintiffs' Motion to Apply Ohio Law Regarding Punitive Damages (ECF No. 106). In support of this Motion, Goodyear states as follows:

1. Plaintiffs filed their Motion to Apply Ohio Law Regarding Punitive Damages on August 12, 2019. Pursuant to Rule 7.1(b)(1)(B) of the Nebraska Civil Rules, Goodyear's brief opposing this Motion is currently due on or before August 26, 2019.

2. Given the complicated choice-of-law issues presented by this Motion, Goodyear respectfully requests that its deadline to respond to this Motion be extended until September 3, 2019.

3. Federal Rule of Civil Procedure 6(b)(1) gives this Court the discretion to, for good cause shown, extend the time to respond to Motions.

4. Goodyear respectfully submits that it has demonstrated the requisite good cause under Rule 6(b) to support the extension it is seeking.

5. Goodyear seeks this extension in good faith, and for no improper purpose.

1

6. Goodyear has conferred with counsel for Plaintiffs and counsel has no objection to the granting of this Motion.

**WHEREFORE**, The Goodyear Tire & Rubber Company respectfully requests that the Court extend its deadline to oppose Plaintiffs' Motion to Apply Ohio Law Regarding Punitive Damages to September 3, 2019, and grant such other and further relief as the Court deems just and appropriate under the circumstances.

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

1813004

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 23rd day of August, 2019.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                            /s/ Edward S. Bott, Jr.

1813004