# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of Shane Allen Loveland, and JACOB SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 8:18CV127<br><br>**JOINT AND AGREED STIPULATION FOR PARTIAL DISMISSAL OF CLAIMS WITH PREJUDICE AND FOR WITHDRAWAL OF DEFENDANT'S MOTION TO EXCLUDE PLAINTIFF'S FAILURE TO WARN EXPERT, LILA F. LAUX** |

Plaintiff Rysta Leona Susman, individually and as the legal guardian of Shane Allen Loveland, Plaintiff Jacob Summers (collectively "Plaintiffs") and Defendant The Goodyear Tire & Rubber Company ("Goodyear"), by and through undersigned counsel and pursuant to Local Rule 7.3 and Federal Rule of Civil Procedure 41 hereby submit this Joint and Agreed Stipulation for Partial Dismissal of Claims with Prejudice and for Withdrawal of Defendant's Motion to Exclude Plaintiffs' Failure to Warn Expert, Lila F. Laux.

1. This is a products liability action. Plaintiffs' claims include a strict products liability failure to warn claim asserted in Count II: "Further, the subject tire was defective and unreasonably dangerous because it lacked adequate warnings to consumers and users about the dangers associated with tire aging irrespective of wear and use, including detreads." (Notice of Removal, Ex. 1 – Exhibits, Ex. D – Complaint (hereinafter, "Compl.") ¶ 25, ECF No. 1-1 at 24.) Plaintiffs have asserted no other failure to warn claim of any type.

2. Plaintiffs proffered one expert on this claim, Lila F. Laux, PhD.

3. On August 12, 2019, Goodyear filed its Motion to Exclude Plaintiffs' Failure to

1

Warn Expert, Lila F. Laux, and supporting briefing (the "Laux Motion"). (ECF 111, 112, 113, 113a.) Goodyear also moved for partial summary judgment on, among other things, Plaintiffs' failure to warn claim (the "MSJ"). (ECF 107, 108, 109).

4. Pursuant to Local Rule 7.3, counsel for Plaintiffs and Goodyear have stipulated and agreed as follows: (a) Goodyear hereby withdraws the Laux Motion, rendering it moot; (b) Plaintiffs hereby voluntarily dismiss with prejudice all claims of any type in this case based on a failure to warn theory, and will not call any expert or lay witness, including Laux, to testify on any warnings theory; and (c) this stipulation and agreement renders moot the portions of Goodyear's MSJ regarding Plaintiffs' failure to warn claim.

5. Pursuant to Local Rule 7.3(b), Plaintiffs and Goodyear request that the Court enter an order reflecting this stipulation and agreement.

6. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing constitutes a "stipulation of dismissal signed by all parties who have appeared" which does not require approval of the Court as to Plaintiffs' decision to dismiss with prejudice the aforementioned claim against Goodyear.

WHEREFORE Plaintiffs and The Goodyear Tire & Rubber Company respectfully inform this Honorable Court of the foregoing stipulation and agreement and request that the Court enter an order consistent therewith.

| | |
|---|---|
| /s/ Kyle W. Farrar<br>Kyle W. Farrar<br>KASTER, LYNCH, FARRAR & BALL, LLP<br>1010 Lamar, Suite 1600<br>Houston, TX 77002<br>(713) 221-8300<br>kyle@fbtrial.com<br><br>Paul E. Godlewski<br>SCHWEBEL, GOETZ & SIEBEN, P.A.<br>80 South 8th Center<br>Suite 5120, IDS Center<br>Minneapolis, MN 54402<br>(612) 344-0327<br>pgodlewski@schwebel.com<br><br>Michael F. Coyle<br>FRASER, STRYKER LAW FIRM<br>409 South 17th Street<br>Suite 500, Energy Plaza<br>Omaha, NE 68102<br>(402) 341-6000<br>mcoyle@fraserstryker.com<br><br>*Attorneys for Plaintiffs* | /s/ Edward S. Bott, Jr.<br>Edward S. Bott, Jr.<br>Clark W. Hedger<br>Juliane M. Rodriguez<br>GREENSFELDER, HEMKER & GALE, P.C.<br>10 South Broadway, Suite 2000<br>St. Louis, MO 63102<br>(314) 241-9090<br>Fax: (314) 345-5465<br>esb@greensfelder.com<br>ch1@greensfelder.com<br>jrodriguez@greensfelder.com<br><br>AND<br><br>BAIRD HOLM LLP<br>Jennifer D. Tricker (NE# 23022)<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068<br>(402) 344-0500<br>jtricker@bairdholm.com<br><br>*Attorneys for The Goodyear Tire & Rubber Company* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 30th day of August, 2019.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                                /s/ Edward S. Bott, Jr.

1814220