# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of Shane Allen Loveland, and JACOB SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 8:18CV127<br><br>**INDEX IN SUPPORT OF THE GOODYEAR TIRE & RUBBER COMPANY'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO APPLY OHIO LAW REGARDING PUNITIVE DAMAGES** |

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of its Brief in Opposition to Plaintiffs' Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion to Apply Ohio Law Regarding Punitive Damages.

| *Exhibit* | *Description* |
|---|---|
| A | State of Nebraska Investigator's Motor Vehicle Accident Report |
| B | Selected portions of the deposition of Larry Blair, pages: 38, 41, 67 |
| C | Selected portions of the deposition of Daniel T. Bueser, pages: 14, 16-18, 47 |
| D | Complaint, *Susman v. Kearney Towing & Repair Center, Inc.*, Case No. D09CI190000158 |
| E | Kearney Towing Invoice #91571, with its accompanying Affidavit of Records Custodian |
| F | Kearney Towing Invoice #92265, with its accompanying Affidavit of Records Custodian |
| G | Expert Report of Joseph L. Grant, dated May 9, 2019 |
| H | Selected portions of the deposition of Joseph L. Grant, pages: 170-173 |
| I | Expert Report of Gray Beauchamp, M.S., P.E., dated May 6, 2019 |
| J | Declaration of Jay Lawrence in Support of Goodyear's Brief in Opposition to Plaintiffs' Motion for Summary Judgment |
| K | Declaration of Michael Kerns in Support of Goodyear's Brief in Opposition to |

1

1814352

|   |   |
|---|---|
|   | Plaintiffs' Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion to Apply Ohio Law Regarding Punitive Damages |
| L | Selected portions of the deposition of Micky Gilbert., P.E., page 32 |
| M | Expert Report of Micky Gilbert, dated March 12, 2019 |
| N | Selected portions of The 2003 Chevrolet Silverado Owner Manual, pages 4-56, 5-72 |
| O | Selected portions of the deposition of David Roy Southwell, page 54 |
| P | Declaration of Edward S. Bott, Jr. in Support of The Goodyear Tire & Rubber Company's Brief in Opposition to Plaintiffs' Motion for Summary Judgment and Brief in Opposition to Plaintiffs' Motion to Apply Ohio Law Regarding Punitive Damages |

Dated: September 3, 2019

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

3

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system this 3rd day of September, 2019 to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorney for Plaintiffs*

                /s/ Edward S. Bott, Jr.

1814352