*EXHIBIT A*

# State of Nebraska Investigator's Motor Vehicle Accident Report

215017377
44445

Sheet 1 of 2

| Field | Value |
|---|---|
| Total Number of Vehicles | 1 |
| Local No./District | |
| Agency Case No. | C15-07916 |
| Hit & Run? | NO |
| Investigation Made at Scene? | YES |
| L | 1 |

**Date of Accident:** 05/01/2015 (Friday)
**Time of Accident:** 0657 (Military Time)
**Police Notified:** 0700
**State Use Only:** Amended 05/06/2015 — CERTIFIED COPY, Nebraska Dept. of Roads

**Place of Accident**
- County: Hall
- City: (blank)
- Private Property?: NO

**Road on Which Accident Occurred**
- Street/Highway No.: INTERSTATE 80
- One-Way Street?: NO
- Latitude: 40.724380
- Longitude: -98.681920

**Distance From Milepost:** 2440 FEET, W of MILEPOST 294.000
**Highway No.:** 80

**If Not at Intersection:** 3.00 MILES, W of SHELTON OVERPASS I-80

**If Accident Was Outside City Limits, Indicate Distance From Nearest Town:**
4.00 MILES S AND 2.00 MILES W of Nearest City or Town: SHELTON

**R. Work Zone Codes:** R1=1
**S. Pedestrian Classification Codes:** (blank)

**Does Accident Involve Damage to State Dept. of Roads' Property?** NO

## VEHICLE NO. 1

| Field | Value |
|---|---|
| Driver License No. | H13702183 |
| State (Of License) | NE |
| Sex | MALE |
| Driver | LARRY R BLAIR |
| Phone | |
| Local No. | |
| Driver Address | 224 E 4TH ST, AXTELL, NE 68924 |
| Date of Birth | 05/23/1973 |
| Owner | DANDEE CONSTRUCTION / DAN BUSER |
| Phone | 308-627-6660 |
| Owner Address | 305 EAST 8TH STREET, POB 2587, KEARNEY, NE 68848 |
| Citation | NO |
| Citation No. | |
| License Plate | TE No. 092396 |
| Year (Plate Expires) | 2015 |
| State (Of Plate) | NE |
| Vehicle Year | 2003 |
| Make | Chevrolet |
| Model | SC1 |
| Body Style | Pickup truck |
| Color | blue |
| Estimated Damage | TOTALED |
| Vehicle ID No. (VIN) | 1GCEC14X33Z115363 |
| Insurance Company | FARM BUREAU |
| Towed To | GRAND ISLAND |
| Towed By | KRAMER'S |
| Policy No. | 0005CPP000197109 |

V1/1 06, V1/2 09, V1/3 01, V1/4 (blank), V1/5 01, V1/6 75

## VEHICLE NO. 2

(All fields blank)

## Complete this section for all injured persons

| Veh. # | Name | Address | Date of Birth | Seat Position | Eject | Body Region | Injury Sev. | Trans. | Sex M/F |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LARRY R BLAIR | 224 E. 4TH ST., AXTELL, NE 68924 | 05/23/1973 | 01 | 3 | 01 | 2 | 2 | M |
| 1 | SHANE A LOVELAND | 304 SHEPPARD AVE, HILDRETH, NE 68947 | 04/01/1982 | 02 | 3 | 08 | 2 | 2 | M |
| 1 | JACOB S SUMMERS | 823 S. MAIN, WILBER, NE 68465 | 12/03/1991 | 03 | 3 | 01 | 2 | 2 | M |

Medical Facility: Good Samaritan Hospital (all three)
EMS Service: Wood River Rescue Unit; Good Samaritan EMS; Shelton Volunteer Fire & Rescue

DR Form 40, Jan 09 — THIS FORM REPLACES DR FORM 40, JAN 02. PREVIOUS EDITIONS WILL BE DESTROYED.

Susman000001

## THE FOLLOWING INFORMATION IS REQUIRED FOR ALL ACCIDENTS

**INDICATE BY DIAGRAM WHAT HAPPENED**

AGENCY CASE NO. C15-07916

Indicate North by Arrow

*Diagram (Not To Scale): Vehicle #1 traveling east bound on I-80 blows tire, enters median and rolls, coming to rest on west bound shoulder. Labels show I-80 East bound, I-80 West bound, Unit 1, Front right passenger, Front middle passenger, Driver, and Interstate fence.*

### DESCRIPTION OF ACCIDENT BASED ON OFFICER'S INVESTIGATION

Vehicle #1 was east bound on I-80 near MM 294 when it blew a rear tire. Vehicle #1 crossed into the median and rolled. Vehicle #1 came to rest on the west bound shoulder. All three occupants of Vehicle #1 were ejected. Passengers #2 and #3 received serious injuries. A legal blood draw was taken from the driver of Vehicle #1. Drug use is suspected from all three occupants since methamphetamine was found at the scene. Kramer's towing removed Vehicle #1. All three occupants were transported to Good Samaritan Hospital in Kearney. Occupant #2 was taken by Air Care and eventually flown to Omaha.

**PROPERTY**

| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE $ |
|---|---|---|---|---|
| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE $ |

**WITNESSES**

| NAME | ADDRESS | PHONE |
|---|---|---|
| Rob Gibson | | 402-499-5550 |
| Mary K Gibson | | 402-432-0171 |

### VEHICLE MOVEMENT BEFORE COLLISION

| VEH NO. | N | S | E | W | ROAD OR HIGHWAY NAME |
|---|---|---|---|---|---|
| 1 | | | X | | INTERSTATE 8 |
| 2 | | | | | |

| 1 | 01 | 06 Turning left / 07 Making U-turn |
| 2 | | 08 Entering traffic lane |

01 Essentially straight ahead
02 Backing
03 Changing lanes
04 Overtaking/Passing
05 Turning right
06 Turning left
07 Making U-turn
08 Entering traffic lane
09 Leaving traffic lane
10 Parked
11 Slowing or stopped in traffic
12 Other
13 Unknown

### POINT OF IMPACT AND MOST DAMAGED AREA
(Enter numbers for each vehicle)

| | VEHICLE 1 | VEHICLE 2 |
|---|---|---|
| POINT OF IMPACT | 09 | |
| MOST DAMAGED AREA | 11 | |

00 None
09 Top & windows
10 Undercarriage
11 Total (all areas)
12 Other

*Vehicle impact diagram shows positions 01-08 around vehicle outline.*

### AIRBAG DEPLOYED VEHICLE 1

| 4 | | |
| 5 | | |
| 4 | | |

1 Deployed - front
2 Deployed - side
3 Deployed - both front/side
4 Not deployed
5 Not applicable/No airbag available
6 Unknown

**VEHICLE 2**

### RESTRAINT USE VEHICLE 1

| 1 | | |
| 1 | | |
| 1 | | |

1 None used - vehicle occupant
2 Lap & shoulder belt used
3 Shoulder belt only used
4 Lap belt only used
5 Child safety seat used
6 Child booster seat used
7 DOT approved helmet used
8 Costume helmet used
9 Restraint use unknown

**VEHICLE 2**

### TOTAL OCCUPANTS

| VEH 1 | VEH 2 |
|---|---|
| 3 | |

**ALCOHOL TESTING**

| | Driver No. 1 | Driver No. 2 | Pedestrian |
|---|---|---|---|
| ALCOHOL LEVEL TESTED | Y / N | X / N | Y / N |
| BAC LEVEL | | | |

**ALCOHOL/DRUGS SUSPECTED**

| Driver No. 1 | Driver No. 2 |
|---|---|
| 3 | |

1 Neither alcohol nor drugs suspected
2 Yes - alcohol suspected
3 Yes - drugs suspected
4 Yes - alcohol & drugs suspected
5 Unknown

| OFFICER NO. 510 | TROOP/TEAM/BEAT | DEPARTMENT Nebraska State Patrol | Photographs taken? ☒ YES ☐ NO |
| INVESTIGATOR NAME (Print or Type) Joe Flasnick | INVESTIGATOR SIGNATURE Approved by Joel Bergman | DATE OF REPORT | Susman000002 /2015 |