*EXHIBIT E*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | DOC. 8:18-cv-00127 |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF RECORDS CUSTODIAN** |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| Defendant. | |

**A)** **CERTIFICATION OF RECORDS:**

I, _Ryan Scarlett_, being first duly sworn on oath, depose and state that:

1. I am a duly authorized custodian of the business records of _Kearney Towing_ and have the authority to certify those records.

2. The records attached to this Affidavit are true copies.

3. The records attached hereto ( _10_ pages) were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

**B)** **CERTIFICATION OF NO RECORDS:**

☐ All records for the time period in question have been destroyed in accordance with our documents retention policy, which is _____

_____.

☐ A thorough search has been performed and no such records were found in response to your request.

_Ryan Scarlett_
[Signature]

_Vice President_
[Title]

SUBSCRIBED AND SWORN to before me on this _11th_ day of _March_ _2019_.

GENERAL NOTARY - State of Nebraska
KEN N. MEHLIN
My Comm. Exp. October 16, 2020

_Ken N. Mehlin_
Notary Public
My commission expires: _10-16-20_

DOCS/2243325.1

GY-KTR 0006

# Kearney Towing & Repair Center Inc
1303 East 22nd Street
Kearney NE 68847-5720
308-236-9951
TAX ID # 20-2127925

3/11/2019 9:37 AM                                                                 page 1

Invoice #91571

DANDEE CONSTRUCTION
P.O. BOX 2587
305 E 8TH STREET
KEARNEY NE 68847

Day Phone   237-4075 OFFICE
Eve Phone   627-6660 CELL
Fax Number  237-4070

- fold here -

Vehicle    : 2003 Chevrolet Truck Silverado 1500 1/2 Ton 2WD -
VIN        : 1GCEC14X33Z115363
Fleet #    : 12
Created    : 6/10/2014 9:15:11 AM
Complete   : 6/10/2014 10:37:39 AM
Invoiced   : 6/10/2014 10:37:39 AM
Contact    : DAN'S CELL (627-6660)
Srv Writer : AF

Tag/State    : 9-2396 / NE

Odometer In  : 185209
Odometer Out : 185209

| Qty | Code/Tech* | Reference | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|---|
| 4 | -- | SCRAP2 | SCRAP TIRE 13-17 INCH TIRE | | $3.50 | $14.00 |
| | BLS9* | MOUNT1 | MOUNT AND BALANCE TIRE | | | $60.00 |
| | | | PROVIDED OWN USED TIRES. | | | |

|  |  |  |
|---|---|---|
| Labor | | $60.00 |
| Parts | | $0.00 |
| Sublet/Misc. | | $0.00 |
| Other Charges | | $2.40 |
| Charges | | $14.00 |
| Sales Tax | Tax @ $2.40 * 7.0000% | $0.17 |
| | Total Due | $76.57 |

Tech       Certification #
BLS9

The purchaser will be responsible for all collection costs if this invoice is not paid pursuant to it's terms and conditions.  Payments are due within 30 days from the date of the invoice. Outstanding balances will accrue interest at a rate of 18% per annum.  In addition, you are responsible for any additional collection agency fees (up to 30% of the outstanding blance) plus attorney fees should litigation become necessary to recover any unpaid balance.

Customer Signature _____

GY-KTR 0024