*EXHIBIT F*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND, et al.,

DOC. 8:18-cv-00127

Plaintiffs,

v.

**AFFIDAVIT OF RECORDS CUSTODIAN**

THE GOODYEAR TIRE & RUBBER
COMPANY,

Defendant.

**A)** **CERTIFICATION OF RECORDS:**

I, _Ryan Scarlett_, being first duly sworn on oath, depose and state that:

1. I am a duly authorized custodian of the business records of _Kearney Towing_ and have the authority to certify those records.

2. The records attached to this Affidavit are true copies.

3. The records attached hereto ( _14_ pages) were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

**B)** **CERTIFICATION OF NO RECORDS:**

☐ All records for the time period in question have been destroyed in accordance with our documents retention policy, which is _____

☐ A thorough search has been performed and no such records were found in response to your request.

[Signature]

_Vice President_
[Title]

SUBSCRIBED AND SWORN to before me on this _11th_ day of _March_ 2019.

GENERAL NOTARY - State of Nebraska
KEN N. MEHLIN
My Comm. Exp. October 16, 2020

_Ken N. Mehlin_
Notary Public
My commission expires: _10-16-20_

DOCS/2243325.1

GY-KTR 0006

# Kearney Towing & Repair Center Inc
1303 East 22nd Street
Kearney NE 68847-5720
308-236-9951
TAX ID # 20-2127925

3/11/2019 9:38 AM                                                                                         page 1

Invoice #92265

DANDEE CONSTRUCTION
P.O. BOX 2587
305 E 8TH STREET
KEARNEY NE 68847

Day Phone   237-4075 OFFICE
Eve Phone   627-6660 CELL
Fax Number 237-4070

-fold here -

Vehicle    : 2003 Chevrolet Truck Silverado 1500 1/2 Ton 2WD -         Tag/State     : 9-2396 / NE
VIN        : 1GCEC14X33Z115363
Fleet #    : 12
Created    : 7/9/2014 5:32:23 PM                                        Odometer In   : 187199
Complete   : 7/12/2014 10:34:55 AM                                      Odometer Out  : 187199
Invoiced   : 7/12/2014 10:34:55 AM
Contact    : DAN'S CELL (627-6660)
Srv Writer : AF

| Qty | Code/Tech* | Reference | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|---|
| 1 | UP | 382398 | Brake Hose – Right Rear | | $36.50 | $36.50 |
| 1 | WH | 252X3 | FEMALE C | | $3.29 | $3.29 |
| 1 | WH | 3151X2 | PLUG | | $1.49 | $1.49 |
| 1 | BK | 8135456 | BRAKELINE | | $12.99 | $12.99 |
| 2 | NBF | 35012 | BRAKE FLUID | | $8.99 | $17.98 |
|   | SS6* | LABOR | R&R RIGHT REAR BRAKE LINE | | | $160.00 |
|   |      |       | INCLUDES DIAGNOSIS AND BLEEDING SYSTEM ALSO. | | | |

|  |  |
|---|---|
| Labor | $160.00 |
| Parts | $72.25 |
| Sublet/Misc. | $0.00 |
| Other Charges | $6.40 |
| Charges | $0.00 |
| Sales Tax   Tax @ $78.65 * 7.0000% | $5.51 |
| Total Due | $244.16 |

Tech       Certification #
SS6

The purchaser will be responsible for all collection costs if this invoice is not paid pursuant to it's terms and conditions. Payments are due within 30 days from the date of the invoice. Outstanding balances will accrue interest at a rate of 15% per annum   In addition, you are responsible for any additional collection agency fees (up to 30% of the outstanding balance) plus attorney fees should litigation become necessary to recover any unpaid balance.

Customer Signature _____

GY-KTR 0025