*EXHIBIT L*

Micky Gilbert, PE - 4/16/2019

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

---

RYSTA LEONA SUSMAN, both ) Case No. 8:18-cv-00127
individually and as Legal )
Guardian of SHANE ALLEN )
LOVELAND, et al., )
  )
        Plaintiffs, )
  )
   vs. )
  )
THE GOODYEAR TIRE & )
RUBBER COMPANY, )
  )
        Defendant. )

---

VIDEO DEPOSITION OF MICKY GILBERT, P.E.
April 16, 2019

---

APPEARANCES:

   KASTER, LYNCH, FARRAR & BALL, LLP
      By Kyle W. Farrar, Esq.
         1010 Lamar Street
         Suite 1600
         Houston, Texas 77002
            Appearing on behalf of Plaintiffs.
   GREENSFELDER, HEMKER & GALE, P.C.
      By Edward S. Bott, Jr., Esq.
         10 South Broadway
         Suite 2000
         St. Louis, Missouri 63102
            Appearing on behalf of Defendant.

   Also present:  Maryvonne Tompkins, Videographer

## Page 2

Pursuant to Notice and the Federal Rules of Civil Procedure, the video deposition of MICKY GILBERT, P.E., called by Defendant, was taken on Tuesday, April 16, 2019, commencing at 9:02 a.m., at 216-16th Street, Suite 600, Denver, Colorado, before Patricia M. Wrede, Registered Professional Reporter and Notary Public within and for the State of Colorado.

I N D E X
VIDEO DEPOSITION OF MICKY GILBERT, P.E.
EXAMINATION BY:                              PAGE
   Mr. Farrar                                 --
   Mr. Bott                                    5

## Page 3

           I N D E X (Continued)
EXHIBITS                              INITIAL REFERENCE
Exhibit 1   Loveland Core Documents          5
Exhibit 2   Gilbert Testimony List           6
Exhibit 3   Gilbert Invoice                  7
Exhibit 4   3-12-19 Gilbert Report           8
Exhibit 5   Scene Diagram                    8
Exhibit 6   Accident Calculations            8
Exhibit 7   Case Sheet and Notes from        8
            Vehicle Inspection

Exhibit 8   Handwritten Notes of Scene       9
            Inspection

## Page 4

P R O C E E D I N G S

(Exhibits 1 through 8 marked.)

THE VIDEOGRAPHER: Here begins videotape number 1 in the deposition of Micky Gilbert in the matter of Rysta Leona Susman, et al. versus the Goodyear Tire and Rubber Company in the United States District Court for the District of Nebraska, Case Number 8:18-cv-00127. Today's date is April 16, 2019. The time on the video monitor is 9:02 a.m. The video operator today is Maryvonne Tompkins. This video deposition is being taken at 216-16th Street, Suite 600, in Denver, Colorado.

Would the counsel please identify themself and the party they represent, please.

MR. FARRAR: Kyle Farrar for the plaintiffs.

MR. BOTT: Ed Bott for Goodyear.

THE VIDEOGRAPHER: Our court reporter, Patty Wrede, of Epiq Link will please swear in the witness and we can proceed.

1 (Pages 1 to 4)

Micky Gilbert, PE - 4/16/2019

---

Page 29

1  diagram would that throttle application have
2  occurred?
3      A   Let's see. If it -- so if it's at the
4  pavement edge, then that would have occurred right
5  about the time it went into that final yaw sequence.
6  If it --
7      Q   Wait, wait. I'm not sure I understand
8  that. So when you -- when you say if it's at the
9  pavement edge, does that mean if the
10 algorithm-enabled event was at the pavement edge?
11     A   Correct.
12     Q   Then it would have been at the beginning
13 of the final yaw sequence, which, if I remember
14 correctly, would have been at about the 300 mark?
15     A   It's 300 or slightly before, right.
16     Q   Okay. All right. So I got that part.
17         And then what's the other part of the
18 reference range?
19     A   If the nondeployment event is at rollover,
20 then it just -- it just brings everything up with it
21 2 seconds before rollover. So somewhere in the
22 middle of the final yaw sequence.
23     Q   And again looking at your diagram, can you
24 give me a reference point?
25     A   Not better than that. I mean, somewhere

Page 30

1  in there. It's not going to be a big factor in the
2  dynamics of what's happening. The engine's not going
3  to overcome anything that's already happening. It's
4  not like this thing has, you know, 700 horsepower and
5  is doing a doughnut or anything.
6          So in my opinion it's going to have no
7  effect on the dynamics. So I -- but I don't know, to
8  be fair, I don't know exactly when it was.
9      Q   Okay. But based on the CDR data, the most
10 likely scenario is that throttle was applied by
11 Mr. Blair sometime between roughly the 300-foot mark
12 on your diagram and when? 200 feet?
13     A   Something like that. That's about right.
14 300 to 150 feet --
15     Q   Okay.
16     A   -- maybe.
17     Q   And if throttle is applied in a yaw
18 sequence, what will happen to the vehicle?
19     A   Well, like I was saying, like in a race
20 car example, it -- the drivers sometimes use the
21 throttle to control the trajectory of the vehicle by
22 spinning it. To avoid hitting the wall, you can --
23 you can hit throttle, and it just causes the car to
24 go around and it follows the arc of the corner.
25         So it can -- it can -- with high

Page 31

1  horsepower it can affect the yaw. With something
2  like this it's not going to have much of an effect at
3  all. In fact, if you look at the yaw sequence, it's
4  already in that arc, and it's not going to look much
5  different if he's on the throttle or not on the
6  throttle.
7      Q   Will throttle in a yaw cause the vehicle
8  to spin out?
9      A   With high horsepower. Not with this.
10     Q   All right.
11     A   I mean, he's already going -- I mean, he's
12 already pretty much committed to that arc, is my
13 opinion, before he's on the throttle.
14     Q   Okay. Have you reached any conclusion as
15 to why the throttle was applied?
16     A   I don't. I didn't see it in his depo
17 either.
18     Q   When was --
19     A   I do -- I do remember him saying no
20 braking, but I don't know why he -- why he went to
21 the gas pedal. Or if he did. I mean, it's -- the
22 CDR, it's sort of in line with what is happening but
23 it's not -- it doesn't look perfect, so I don't -- I
24 don't know if it's a faulty sensor when it gets
25 sideways or what, but it seems weird that he'd go to

Page 32

1  throttle instead of brake is all I'm saying.
2      Q   So the options would be that either he did
3  it intentionally or there'd be maybe pedal
4  misapplication?
5      A   Maybe a pedal misapplication, maybe a
6  sensor problem. I don't know.
7      Q   In the tire that had the partial
8  detachment, when was the inflation pressure lost in
9  that tire?
10     A   Not till rollover. There's -- probably
11 during the roll sequence it took a pretty good hit on
12 the asphalt, but there's no debead during the
13 sequence and the thing was -- the axle was hopping a
14 pretty decent amount on the pavement, which would
15 accentuate the chances for debead, and it did not
16 debead.
17     Q   Okay. If we could go to -- one second,
18 please.
19         If you could turn then to your vehicle
20 inspection notes. I don't know what number that is.
21     A   This is 7.
22     Q   Okay. I just want to go through this a
23 little bit with you.
24     A   Sure.
25     Q   I see you've noted the tread depth on all

Epiq Court Reporting Solutions - Chicago
312.386.2000

1  STATE OF COLORADO    )
                        )ss.   REPORTER'S CERTIFICATE
2  COUNTY OF DENVER     )

3              I, Patricia M. Wrede, do hereby certify

4  that I am a Registered Professional Reporter and

5  Notary Public within the State of Colorado; that

6  previous to the commencement of the examination, the

7  deponent was duly sworn to testify to the truth.

8              I further certify that this deposition was

9  taken in shorthand by me at the time and place herein

10 set forth, that it was thereafter reduced to

11 typewritten form, and that the foregoing constitutes

12 a true and correct transcript.

13             I further certify that I am not related

14 to, employed by, nor counsel for any of the parties

15 or attorneys herein, nor otherwise interested in the

16 result of the within action.

17             In witness whereof, I have affixed my

18 signature this 24th day of April, 2019.

19             My commission expires March 21, 2021.

20

21

22             _____
               Patricia M. Wrede, RPR
23             216 - 16th Street, Suite 600
               Denver, Colorado 80202
24

25