*EXHIBIT N*



2003 SILVERADO CHEVROLET

# Section 4 Driving Your Vehicle

Your Driving, the Road, and Your Vehicle ........... 4-2
   Defensive Driving ............................................. 4-2
   Drunken Driving .............................................. 4-2
   Control of a Vehicle ......................................... 4-5
   Braking .............................................................. 4-6
   Traction Assist System (TAS) ........................... 4-9
   Manual Selectable Ride ................................... 4-11
   Locking Rear Axle ........................................... 4-12
   Steering ........................................................... 4-12
   QUADRASTEER™ ............................................ 4-14
   Off-Road Recovery .......................................... 4-18
   Loss of Control ................................................ 4-20
   Off-Road Driving with Your Four-Wheel-Drive
     Vehicle ......................................................... 4-21
   Driving at Night ............................................... 4-36
   Driving in Rain and on Wet Roads ................. 4-37
   City Driving ..................................................... 4-40

Freeway Driving ................................................... 4-41
Before Leaving on a Long Trip .......................... 4-42
Highway Hypnosis ............................................... 4-43
Hill and Mountain Roads .................................... 4-44
Winter Driving ...................................................... 4-46
If You Are Stuck: In Sand, Mud, Ice or Snow ........ 4-50
Towing ................................................................... 4-53
   Towing Your Vehicle ........................................ 4-53
   Recreational Vehicle Towing ........................... 4-53
   Loading Your Vehicle ...................................... 4-56
   Adding a Snow Plow or Similar Equipment ........ 4-59
   Truck-Camper Loading Information .................. 4-63
   Trailer Recommendations ................................ 4-65
   Pickup Conversion to Chassis Cab ................. 4-65
   Towing a Trailer .............................................. 4-66
   Power Take-Off (PTO) ..................................... 4-92

## Loading Your Vehicle



The Certification/Tire label is found on the rear edge of the driver's door or in the Incomplete Vehicle Document in the cab.

The label shows the size of your original tires and the inflation pressures needed to obtain the gross weight capacity of your vehicle. This is called the GVWR (Gross Vehicle Weight Rating). The GVWR includes the weight of the vehicle, all occupants, fuel and cargo.

The Certification/Tire label also tells you the maximum weights for the front and rear axles, called Gross Axle Weight Rating (GAWR). To find out the actual loads on your front and rear axles, you need to go to a weigh station and weigh your vehicle. Your dealer can help you with this. Be sure to spread out your load equally on both sides of the centerline.

Never exceed the GVWR for your vehicle, or the GAWR for either the front or rear axle.

The Certification/Tire label also contains information about your Front Axle Reserve Capacity. See "Front Axle Reserve Capacity" later in this section.

And, if you do have a heavy load, you should spread it out.

### ⚠ CAUTION:

In the case of a sudden stop or collision, things carried in the bed of your truck could shift forward and come into the passenger area, injuring you and others. If you put things in the bed of your truck, you should make sure they are properly secured.

# Section 5 Service and Appearance Care

Service .................................................................. 5-3
   Doing Your Own Service Work ......................... 5-4
   Adding Equipment to the Outside of Your
     Vehicle .......................................................... 5-4
Fuel ..................................................................... 5-5
   Gasoline Octane ............................................... 5-5
   Gasoline Specifications ..................................... 5-5
   California Fuel .................................................. 5-6
   Additives .......................................................... 5-6
   Fuels in Foreign Countries ................................. 5-7
   Filling Your Tank ............................................... 5-7
   Filling a Portable Fuel Container ........................ 5-9
Checking Things Under the Hood ....................... 5-10
   Hood Release .................................................. 5-10
   Engine Compartment Overview ......................... 5-12
   Engine Oil ........................................................ 5-17
   Engine Air Cleaner/Filter ................................... 5-23
   Automatic Transmission Fluid
     (Except Allison Transmission) ...................... 5-25
   Automatic Transmission Fluid
     (Allison Transmission) .................................. 5-28
   Manual Transmission Fluid ................................ 5-31
   Hydraulic Clutch ............................................... 5-32
   Engine Coolant ................................................. 5-33
   Coolant Surge Tank Pressure Cap .................... 5-36

Engine Overheating ............................................. 5-36
Cooling System .................................................... 5-39
Engine Fan Noise ................................................. 5-44
Power Steering Fluid ............................................ 5-44
Windshield Washer Fluid ...................................... 5-46
Brakes ................................................................. 5-47
Battery ................................................................. 5-50
Jump Starting ....................................................... 5-51
Rear Axle ............................................................. 5-57
Four-Wheel Drive ................................................. 5-58
Noise Control System .......................................... 5-60
   Tampering with Noise Control System
     Prohibited ................................................... 5-60
Bulb Replacement ................................................ 5-61
   Halogen Bulbs ................................................. 5-61
   Headlamps ...................................................... 5-61
   Front Turn Signal, Sidemarker and Daytime
     Running Lamps ........................................... 5-63
   Roof Marker Lamps .......................................... 5-64
   Center High-Mounted Stoplamp (CHMSL) and
     Cargo Lamp ................................................ 5-66
   Pickup Box Identification and Fender Marker
     Lamps ......................................................... 5-67
   Taillamps ......................................................... 5-67
   Replacement Bulbs .......................................... 5-70

# Section 5 Service and Appearance Care

Windshield Wiper Blade Replacement ...............5-71
Tires .........................................................5-72
   Inflation -- Tire Pressure ..................................5-73
   Dual Tire Operation ........................................5-74
   Tire Inspection and Rotation ............................5-74
   When It Is Time for New Tires ........................5-77
   Buying New Tires ...........................................5-78
   Uniform Tire Quality Grading ...........................5-79
   Wheel Alignment and Tire Balance ...................5-80
   Wheel Replacement ........................................5-80
   Tire Chains ...................................................5-82
   If a Tire Goes Flat .........................................5-83
   Changing a Flat Tire .......................................5-84
Appearance Care ..............................................5-102
   Cleaning the Inside of Your Vehicle ...............5-102
   Care of Safety Belts .....................................5-105
   Weatherstrips ...............................................5-105

Cleaning the Outside of Your Vehicle ..............5-105
Sheet Metal Damage ........................................5-107
Finish Damage ................................................5-107
Underbody Maintenance ...................................5-108
Chemical Paint Spotting ...................................5-108
GM Vehicle Care/Appearance Materials ...........5-108
Vehicle Identification .......................................5-110
   Vehicle Identification Number (VIN) ................5-110
   Service Parts Identification Label ...................5-110
Electrical System ............................................5-111
   Add-On Electrical Equipment .........................5-111
   Windshield Wiper Fuses ................................5-111
   Power Windows and Other Power Options ......5-111
   Fuses and Circuit Breakers ...........................5-111
Capacities and Specifications ..........................5-120
   Capacities and Specifications ........................5-120
Normal Maintenance Replacement Parts .........5-124

# Tires

Your new vehicle comes with high-quality tires made by a leading tire manufacturer. If you ever have questions about your tire warranty and where to obtain service, see your warranty booklet for details.

### ⚠ CAUTION:

Poorly maintained and improperly used tires are dangerous.

- Overloading your tires can cause overheating as a result of too much friction. You could have an air-out and a serious accident. See "Loading Your Vehicle" in the Index.

CAUTION: (Continued)

### CAUTION: (Continued)

- Underinflated tires pose the same danger as overloaded tires. The resulting accident could cause serious injury. Check all tires frequently to maintain the recommended pressure. Tire pressure should be checked when your tires are cold.
- Overinflated tires are more likely to be cut, punctured or broken by a sudden impact — such as when you hit a pothole. Keep tires at the recommended pressure.
- Worn, old tires can cause accidents. If your tread is badly worn, or if your tires have been damaged, replace them.