IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS LEGAL GUARDIAN OF SHANE ALLEN LOVELAND; AND JACOB SUMMERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE GOODYEAR TIRE AND RUBBER COMPANY,<br><br>Defendant. | 8:18CV127<br><br>**RULE 59 MOTION TO ALTER OR AMEND; RULE 60 MOTION FOR RELIEF** |

COMES NOW, Kearney Towing and Repair Center, Inc. ("Kearney"), pursuant to Fed. R. Civ. P. 59 and Fed. R. Civ. P.60(b)(2) and hereby asks that the Court amend and/or provide further relief from its previous Order on Kearney's Motion to Intervene, Doc. No. 134. This motion is based upon the fact that new evidence has now developed, which could not have previously been discovered in that Goodyear Tire and Rubber Company has now been added as a Third-Party Defendant to the collateral case pending in state court that is the subject of the previously filed Motion. As required by NeCivR 7.1 a Brief in Support of this Motion and Index of Evidence is filed contemporaneously herewith.

        Respectfully submitted,

        KEARNEY TOWING & REPAIR CENTER, INC.,
        A NEBRASKA CORPORATION

By: _____
Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 (Telephone)
(402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael F. Coyle
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
mcoyle@fraserstryker.com
**Attorney for Plaintiff**

William R. Ogden
1117 Herkimer Street
Houston, TX 77008
bill@fbtrial.com
**Attorney for Plaintiffs**

Paul E. Godlewski
Schwebel Goetz & Sieben, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, MN 55402
pgodlewski@schwebel.com
**Attorney for Plaintiffs**

Edward S. Bott, Jr.
Clark Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
esb@greensfelder.com
chl@greensfelder.com
jrodriguez@greensfelder.com
**Attorneys for Defendant**

Skip Edward Lynch
Kaster Lynch Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Skip@thetirelawyers.com
**Attorney for Plaintiffs**

Jennifer D. Tricker
Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
jtricker@bairdholm.com
**Attorney for Defendant**

Kyle Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Kyle@fbtrial.com
**Attorney for Plaintiffs**

                            /s/ Kristina J. Kamler