IN THE U.S. DISTRICT COURT FOR NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS NATURAL MOTHER OF SHANE ALLEN LOVELAND, A PROTECTED PERSON, SHANE ALLEN LOVELAND, A PROTECTED PERSON BY AND THROUGH HIS TEMPORARY GUARDIAN AND CONSERVATOR, JOHN SAUDER, and JACOB SUMMERS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>　　　　Defendant. | CASE NO. CI 8:18-CV-00127<br><br>**INDEX OF EVIDENCE** |

Before me, the undersigned authority, personally appeared Kristina J. Kamler, who being by me duly sworn, deposed as follows:

　A.　My name is Kristina J. Kamler.

　B.　I am over the age of twenty-one.

　C.　I am of sound mind, capable of making this affidavit.

　D.　I am an attorney of record for Kearney Towing and Repair Center, Inc.

　E.　I am personally acquainted with the facts herein stated.

　F.　Attached hereto are Exhibits 1 through 4, which include:

　　　1.　Motion for Leave to file a Third-Party Complaint against Goodyear in the state court action.

　　　2.　Order on Kearney's Motion for Leave

　　　3.　Third-Party Complaint filed against Goodyear

　　　4.　Summons issued to Goodyear

　G.　Exhibits 1 through 4 are true and accurate copies of what they purport to be.

Kristina J. Kamler

_____
Signature

**SUBSCRIBED AND AFFIRMED** to before me this 9th day of October 2019.

GENERAL NOTARY - State of Nebraska
PENNY L. BARTHOLOMEW
My Comm. Exp. September 29, 2020

_Penny L. Bartholomew_
Notary Public