

IN THE DISTRICT COURT OF BUFFALO COUNTY, NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as natural mother of SHANE ALLEN LOVELAND, a protected person, SHANE ALLEN LOVELAND, a protected person by and through his Temporary Guardian and Conservator, JOHN SAUDER, and JACOB SUMMERS,<br><br>Plaintiffs,<br><br>vs.<br><br>KEARNEY TOWING & REPAIR CENTER, INC., A NEBRASKA CORPORATION,<br><br>Defendant. | Case No: CI 19-0158<br><br>PROPOSED ORDER ON MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT, MOTION TO COMPEL, AND MOTION FOR A PROTECTIVE ORDER |



This matter is before the Court on Kearney Towing, Inc.'s Motion for Leave to Add a Third-Party, Motion to Compel, and Motion for a Protective Order. A hearing was held with Kyle Farrar attending by telephone for Plaintiffs and Kristina Kamler attending on behalf of Defendant. Having heard the arguments of the Parties, I find, and order as follows:

1. Defendant's Motion for Leave is granted. Defendant will file the Third-Party Complaint against Goodyear in the next 10 days.
2. With regards to Defendant's Motion to Compel:
   a. Plaintiff, Jacob Summers is ordered to sign a Certificate of Accuracy, verifying the truthfulness of his discovery responses and produce a signed authorization for Defendant to obtain his medical records.
   b. Shane Loveland and Jacob Summers are compelled to supplement their discovery responses to disclose:
      i. any felony charges filed against them or any criminal complaints filed against them alleging crimes of dishonest within the preceding 10 years
      ii. any civil lawsuits involving personal injuries or guardianship proceedings.
   c. Defendant's Motion to Compel materials concerning materials labelled as confidential and protected by a Protective Order in the case titled *Susman, et. al. v.*



*The Goodyear Tire & Rubber Company*, U.S. District Court for Nebraska, Case No. CI 8:18-CV-00127 (hereinafter the "Goodyear" case) is stayed pending the addition of Goodyear as a party to this case.

    d. Any portion of Defendant's Motion to Compel that is not addressed above, has been resolved via a mutual agreement of the Parties and, therefore, is denied.

3. Defendant's Motion for a Protective Order seeking to prevent its representatives from being subject to duplicative depositions as between this case and the Goodyear case is denied.

4. Defendant's Motion for a Protective Order concerning materials labelled as confidential and protected by a Protective Order in the Goodyear case is denied.

It is so Ordered.

_____
John H. Marsh, District Court Judge

Dated this 24th day of September 2019.

Approved as to form and content by:

Kyle Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Kyle@fbtrial.com
**Attorney for Plaintiffs**

Prepared and submitted by:

Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower / 1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 / (402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on September 24, 2019, I served a copy of the foregoing document upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or via E-mail:

Kristina J Kamler
kkamler@ekoklaw.com

Kyle W Farrar
kyle@fbtrial.com


Paul Godlewski
pgodlewski@schwebel.com

Michael F Coyle
mcoyle@fraserstryker.com


Skip E Lynch
skip@thetirelawyers.com


Date:   September 24, 2019     BY THE COURT: _____
                                                      CLERK