| **SERVICE RETURN** | Doc. No. 35561 |
|---|---|

BUFFALO COUNTY DISTRICT COURT
Buffalo County Courthouse
P.O. Box 520
Kearney            NE 68848 0520

To:
Case ID: CI 19    158 Susman v. Kearney Towing & Repair Center

Received this Summons on _____,_____. I hereby certify that on _____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return        $ _____

Copy                           _____

Mileage ____miles          _____

   TOTAL              $ _____

Date: _____   BY: _____
                                         (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

_____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: The Goodyear Tire & Rubber Company    From: Kristina J Kamler
Corporation Service Company                1350 Woodmen Tower
50 West Broad Street Suite #1330           1700 Farnam Street
Columbus, OH 43215                         Omaha, NE 68102-2002

EXHIBIT
Exhibit 4

ATTACH RETURN RECEIPT & RETURN TO COURT

| | | |
|---|---|---|
| Image ID:<br>D00035561D09 | **SUMMONS** | Doc. No.    35561 |

IN THE DISTRICT COURT OF Buffalo COUNTY, NEBRASKA
Buffalo County Courthouse
P.O. Box 520
Kearney           NE 68848 0520

Rysta L Susman v. Kearney Towing & Repair Center

Case ID: CI 19     158

TO:   The Goodyear Tire & Rubber Company

You have been sued.

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Requesting Party:              Kearney Towing & Repair Center
Requesting Party's Attorney:   Kristina J Kamler
Address:                       1350 Woodmen Tower
                               1700 Farnam Street
                               Omaha, NE 68102-2002
Telephone:                     (402) 348-0900

Date: SEPTEMBER 26, 2019    BY THE COURT:   *Sharon K Mauler*
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

The Goodyear Tire & Rubber Company
Corporation Service Company
50 West Broad Street Suite #1330
Columbus, OH 43215

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.