IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br>    Plaintiff(s),<br><br>v.<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>    Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO.** 8:18CV127<br><br><br><br><br><br>**PLAINTIFFS' RESPONSE TO KEARNEY TOWING AND REPAIR CENTER, INC'S RULE 59 MOTION TO ALTER OR AMEND; RULE 60 MOTION FOR RELIEF** |

  As indicated in Plaintiffs' response to Kearney's original motion, Plaintiffs take no position with respect to Kearney's request for access to confidential discovery materials produced in this case. However, since Goodyear is now a party in the state court action, there is nothing stopping Kearney from asking the state court to order Goodyear to produce the documents in the state court action. Thus, it seems unnecessary to involve this Court rather than allowing the state court to oversee document production with whatever protections it sees fit.

            Respectfully submitted,

            **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____

            Kyle Wayne Farrar *(Pro Hac Vice)*
            Kaster, Lynch, Farrar & Ball, LLP
            Texas Bar No. 24038754
            1117 Herkimer Street
            Houston, TX 77008
            (713) 221-8300 (Telephone)
            (713) 221-8301 (Facsimile)
            kyle@fbtrial.com

            *and*

            Paul Godlewski *(Pro Hac Vice)*

        Schewebel, Goetz & Sieben, P.A.
        5120 IDS Center
        80 S. 8th Street, #5120
        Minneapolis, Minnesota 55402
        612.377.7777
        612.333.6311 (Fax)
        pgodlewski@schwebel.com

        and

        Michael F. Coyle
        Fraser Stryker Law Firm
        409 South 17th Street
        Suite 500, Energy Plaza
        Omaha, NE 68102
        mcoyle@fraserstryker.com

        *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on October 23, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com
Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com
**Attorneys for Defendant Goodyear Tire & Rubber Company**


Kristina Kamler
Engles, Ketcham, Olson, Keith P.C.
1350 Woodmen Tower
Omaha, NE 68102
kkamler@ekoklaw.com
**Attorney for Intervenor Kearney Towing and Repair Center Inc.**

2