# UNITED STATES DISTRICT COURT
*District of Nebraska*
**APPLICATION FOR ADMISSION PRO HAC VICE**
$100.00

RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND and
JACOB SUMMERS             ,Plaintiff,

Case No: <u>8:18CV127</u>

v.

Appearing on behalf of: <u>Plaintiffs</u>

THE GOODYEAR TIRE AND RUBBER
COMPANY                          ,Defendant.

I, <u>Wesley Todd Ball, Esquire</u>, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of <u>Texas</u> and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

| | | |
|---|---|---|
| <u>Kaster, Lynch, Farrar & Ball, LLP</u> | (Law Firm) | <u>24038754</u> |
| <u>1117 Herkimer Street</u> | (Mailing Address) | (Bar Code or Number, if Applicable) |
| <u>Houston, Texas 77008</u> | (City, State, Zip) | |
| <u>713.221.8300</u> | (Telephone/Fax Number) | |

I, <u>Wesley Todd Ball, Esquire</u>, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I shall demean myself faithfully, uprightly, and according to law; and that I shall support, uphold, and defend the Constitution of the United States of America; so help me God.

DATED this <u>24</u>th day of <u>October</u>, 2019.        /s/ *Wesley Todd Ball*
                                                            (Signature of Applicant)
                                              (Original signature required when submitted in paper)
========================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this ____ day of _____, 20__.

_____
(Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____