IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS,<br><br>Plaintiff(s),<br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant(s). | Court File No. 8:18-CV-00127-LSC-SMB<br><br>**NOTICE OF SERVING PLAINTIFFS NOTICE OF TAKING VIDEO TRIAL DEPOSITION OF** *DR. JAMES M. MAHALEK* |

COMES NOW Attorneys for Plaintiff Jacob Summers, and hereby gives notice that on January 17, 2020, it served upon Defendant a true and correct copy of the following document via U.S. mail and electronic mail: Notice of Taking Audio Visual Stenographic Trial Deposition Testimony of Dr. James M. Mahalek.

Respectfully submitted,

**SCHWEBEL, GOETZ & SIEBEN, P.A.**

Dated: January 17, 2020

By _____
Paul E. Godlewski *(pro hac vice)*
Minnesota State Bar No. 35567
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-377-7777
Fax: 612-333-6311
Email: pgodlewski@schwebel.com

*and*

Kyle Wayne Farrar *(pro hac vice)*
Kaster, Lynch, Farrar & Ball, L.L.P.
1010 Lamar, Suite 1600
Houston, TX 77002
Telephone: 713-221-8300
Fax: 713-221-8301
Email: kyle@fbtrial.com

*and*

Michael F. Coyle
Fraser Stryker Law Firm
409 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
Email: mcoyle@fraserstryker.com

**ATTORNEYS FOR THE PLAINTIFF**

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Service was served by U.S. mail and electronic mail, this 17th day of January 2020 to:

Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Ste 2000
St. Louis, MO 63102
Telephone: 314.516.2690
Fax: 314.241.4245
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

and

Jennifer D. Tricker (NE Attorney No. 23022)
Baird Holm, LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102
Telephone: 402.344.0500
Fax: 402.344.0588
jtricker@bairdholm.com

Attorneys for Defendant
The Goodyear Tire & Rubber Company

By _____
Paul E. Godlewski *(pro hac vice)*