# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 |

## TRIAL WITNESS LIST OF THE GOODYEAR TIRE & RUBBER COMPANY

The Goodyear Tire & Rubber Company, pursuant to The Amended Order Setting Final Schedule for Progression of Case (Doc. No. 149) and Federal Rule of Civil Procedure 26 and Local Rule 16.2, identifies the following witnesses for trial:

A.  Witnesses Goodyear Expects to Call To Testify at Trial:

1. Larry Blair, Omaha, Nebraska; phone no. ███████;

2. Daniel Bueser, Kearney, Nebraska; phone no. ███████;

3. Jay Lawrence, Uniontown, Ohio; phone no. ███████;

4. Ryan Scarlett, Kearney, Nebraska; phone no. ███████.

B.  Witnesses Goodyear May Call to Testify at Trial:

1. Andrew Fedderson, Kearney, Nebraska; phone no. ███████;

2. Mike Kerns, Akron, Ohio; phone no. ███████;

3. Brandon Southern, Kearney, Nebraska; phone no. ███████;

4. Jacob Summers, Kearney, Nebraska; phone no. unknown;

5. Rysta Susman, Hildreth, Nebraska; phone no. unknown;

1

  6. Beale Robinson, former Goodyear employee; address and phone number unknown (via videotape);

  7. Richard Olsen, former Goodyear employee; address and phone number unknown (via videotape);

  8. Joseph Zekoski, former Goodyear employee; address and phone number unknown (via videotape).

C. <u>Expert Witnesses Goodyear Expects to Call to Testify at Trial</u>:

  1. Joseph Grant, curriculum vitae attached;

  2. Arthur Gray Beauchamp, curriculum vitae attached;

  3. Stephen Fenton, curriculum vitae attached;

  4. Alan Weintraub, M.D., curriculum vitae attached;

  5. Cathlin Vinett Mitchell, RN, BSN, curriculum vitae attached;

  6. Ernest Goss, Ph.D., curriculum vitae attached.

D. <u>Expert Witnesses Goodyear May Call to Testify at Trial</u>:

  1. Nathan Dorris, curriculum vitae attached;

  2. Elizabeth Raphael, M.D., curriculum vitae attached.

The Goodyear Tire & Rubber Company expects to present testimony through cross-examination of any witness called to testify by plaintiffs, and reserves the right to present testimony from any witness identified in Plaintiffs' Trial Witness List.

1835281v2

        GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 28th day of January, 2020.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

1835281v2

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                                            /s/ Edward S. Bott, Jr.

4

1835281v2