IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of Shane Allen Loveland, and JACOB SUMMERS,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 8:18CV127<br><br>**INDEX IN SUPPORT OF THE GOODYEAR TIRE & RUBBER COMPANY'S PROPOSED TRIAL WITNESS LIST** |

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of its Proposed Trial Witness List.

| *Attachment* | *Description* |
|:---:|---|
| A | Joseph Grant Curriculum Vitae |
| B | Arthur Gray Beauchamp Curriculum Vitae |
| C | Stephen Fenton Curriculum Vitae |
| D | Alan Weintraub, M.D. Curriculum Vitae |
| E | Cathlin Vinett Mitchell, RN, BSN Curriculum Vitae |
| F | Ernest Goss, Ph.D. Curriculum Vitae |
| G | Nathan Dorris Curriculum Vitae |
| H | Elizabeth Raphael, M.D. Curriculum Vitae |

1

1836496

Dated: January 28, 2020

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

1836496

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system this 28th day of January, 2020 to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorney for Plaintiffs*

                                                  /s/ Edward S. Bott, Jr.

1836496