# CURRICULUM VITAE OF
# JOSEPH L. GRANT

**PRESENT EMPLOYMENT:** Independent Tire Analyst

**HOME ADDRESS:** 4201 Moss Creek Court
Matthews, North Carolina 28105
Phone 704 617 0336

**EDUCATION:** Bachelor of Science in Mechanical Engineering – June, 1971
Fenn College of Engineering, Cleveland State University

**COURSES & SEMINARS:**
- Tire Society Symposium
- Akron Rubber Group
- Clemson University Tire Industry Conference (October, 1985 and 1986)
- Monsanto Rubber Technology Seminar (May, 1989)
- SAE Motor Vehicle Accident Reconstruction and Cause Analysis (March, 1993)
- International Tire Exposition and Conference
- Northwestern University Traffic Institute Accident Investigation (March, 1997)
- STL Trans Tech Tire Technology Seminar – 1999

**PROFESSIONAL ORGANIZATIONS:**
- Society of Automotive Engineers
- Akron Rubber Group
- Rubber Manufacturers' Association
    Chairman - Truck Bus Tire
    Engineering Committee (1986-1992)
- Tire & Rim Association
- The Maintenance Council of the American Trucking Association
- American Society of Mechanical Engineers
- Tire Industry Association
- American Chemical Society
- The Tire Society

**PUBLICATIONS:**
1) *"What makes a High Performance Tire Different than a Regular Tire"*
    Jan. 1986 - Akron Rubber Group
    Oct. 1986 - Clemson University Tire Industry Conference
    April 1987 - American Retreading Association
2) *"Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires"* September 2004 – ITEC
3) *"X-Ray Study of Sixty (60) Worn Out Passenger & Light Truck Tires"* September 2012 – ITEC
4) *"Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability"* September 2016 - ITEC
    Also Published – 2017 Tire Technology International Annual

**PATENTS:** Method of Forming Belted Radial Tires from a Cylindrical Tire Band (1977)

## CURRICULUM VITAE OF
## JOSEPH L. GRANT

**EMPLOYMENT:**
- June 1971 – Dec. 1994     The General Tire & Rubber Company
- Jan., 1995 – April 2000     Continental General Tire, Inc.
- May 2000 – Dec. 2005     Continental Tire, North America, Inc.
- Jan. 2006 – Present     Independent Tire Analyst

**POSITIONS:**

- **June, 1971** — Engineering Trainee, Tire Technology Department, Akron Tire Manufacturing Plant (Akron, Ohio).

- **October, 1972** — Project Engineer, Advanced Tire Development.
Responsible for the Development of Advanced Concept Tire Products, including Fiberglass Belted Radial Passenger Tires and Advanced Bias Truck Tires (Akron, Ohio).

- **October, 1978** — Manager, Bias Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias Passenger Tires (Akron, Ohio)

- **April, 1980** — Manager, Replacement and Private Brand Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias and Radial Passenger Tires (Akron, Ohio).

- **March, 1987** — Section Manager, Radial Truck Tire Engineering.
Responsible for the Engineering (Construction and Mold Design) Development Group for Radial Truck Tires (Akron, Ohio).

- **September, 1988** — Director, Commercial Tire Technology.
Responsible for the Engineering (Construction and Mold Design) and Compound Development Groups for Commercial Products, including Bias and Radial Medium and Heavy Service Truck Tires and Giant, Farm and Industrial Tires (Akron, Ohio, September 1988 - March 1992) (Mt. Vernon, Illinois, April 1992 - December 1992).

- **January, 1993** — Director, Product Analysis.
Responsible as company-wide consultant to assist other Departments on the subject of Tire Failure Analysis, Tire Performance Standards, and Safety Literature (Akron, Ohio, January 1993 - October, 1995) (Charlotte, North Carolina, November 1995 – January 2006).

- **January, 2006** — Independent Tire Analyst