# CURRICULUM VITAE
## ALAN H. WEINTRAUB, M.D.

**PRESENT POSITION:**      MEDICAL DIRECTOR BRAIN INJURY PROGRAM
ATTENDING PHYSICIAN
Craig Hospital - CNS Medical Group, P.C.
3425 South Clarkson Street
Englewood, Colorado 80113

**EDUCATION:**

| | | |
|---|---|---|
| FELLOWSHIP: | Neurotrauma Rehabilitation<br>Brain Injury and Spinal Cord Injury<br>Craig Hospital - Englewood, Colorado | 1986 |
| INTERNSHIPS & RESIDENCY: | University of Colorado School of Medicine<br>Department of Physical Medicine and Rehabilitation<br>Denver, Colorado | 1985 |
| AFFILIATED HOSPITALS: | University Hospital<br>Veterans Administration Hospital<br>Spalding Rehabilitation Hospital<br>Craig Hospital<br>Children's Hospital | |
| MEDICAL SCHOOL: | American University of the Caribbean<br>School of Medicine<br>Plymouth, Montserrat, West Indies<br>**M.D. DEGREE** | 1982 |
| COLLEGE: | Florida International University, School of Physical Therapy<br>**BACHELOR OF SCIENCE**<br><br>University of South Florida, Tampa, Florida<br>College of Natural Sciences | |

**CERTIFICATION:**

| | |
|---|---|
| Diplomate<br>American Board of Physical Medicine and Rehabilitation | 1986 |
| Fellow, American Congress of Rehabilitative Medicine | 10/27/2017 |
| Subspecialty of Brain Injury Medicine<br>American Board of Physical Medicine and Rehabilitation | 12/2014-Present |

**MILITARY:**

| | |
|---|---|
| Major, United States Army Reserve Medical Corp. | 1983 -1991 |

**HOSPITAL APPOINTMENTS:**

| | | |
|---|---|---|
| **Craig Hospital** | Englewood, Colorado | 1985 - Present |
| **Littleton Hospital** | Littleton, Colorado | 1985 - Present |
| **Porter Adventist Hospital** | Denver, Colorado | 1985 - Present |
| **St. Anthony Hospitals** | Denver, Colorado | 1986 - Present |
| **Swedish Medical Center** | Englewood, Colorado | 1986 – Present |
| **Select Specialty Hospital** | Denver, Colorado | 2003 – 2017 |
| **Sky Ridge Medical Center** | Lone Tree, Colorado | 2007 - Present |
| **Kindred Hospital** | Denver, Colorado | 2009 - Present |
| **NextCARE Hospital** | Denver, Colorado | 1995-1999 |
| **SCCI Hospital – City Park** | Denver, Colorado | 1999 – 2004 |
| **Spalding Rehabilitation Hospital** | Denver, Colorado | 1986 - 1999 |
| **Aurora Presbyterian Hospital** | Aurora, Colorado | 1987 – 1999 |
| **St. Lukes Presbyterian Hospital** | Denver, Colorado | 1987 – 1995 |

**CLINICAL APPOINTMENTS:**

| | |
|---|---|
| **Medical Director**<br>Rocky Mountain Regional Brain Injury System<br>Craig Hospital<br>Englewood, Colorado | 2005 – Present |

**Medical Director**                                                    1986 - Present
Brain Injury Program
Craig Hospital
Englewood, Colorado

**Associate Clinical Professor**                                  12/1/14 - Present
University of Colorado School of Medicine
Department of Physical Medicine and Rehabilitation
Denver, Colorado

**Assistant Clinical Professor**                                  1988 – 11/30/14
University of Colorado School of Medicine
Department of Physical Medicine and Rehabilitation
Denver, Colorado

**Medical Director – Trauma Rehabilitation**          9/2009 - Present
Littleton Hospital

**Consultant**                                                            2000 - Present
Colorado Avalanche Hockey Club

**Consultant**                                                            1998 - Present
Denver Bronco Football Club

**Medical Director**                                                    1993 - 1998
Learning Services - Bear Creek
Community Re-entry Program for Acquired Brain Injury
Lakewood, Colorado

**Medical Director**
TheraTX Rehabilitation                                             1995 - 2000

Autumn Heights Health Care Center                          1995 - 1998
Denver, Colorado

Bethany Health Plex                                                  1996 - 1998
Lakewood, Colorado

Heritage Park Manor Restorative Care Center            1993 -1995
Littleton, Colorado

**Consultant**                                                            1989 - 1991
Transitions of Denver
Lakewood, Colorado

**Consultant**                                                            1989 - 1993
Bear Creek Community Re-entry Program for the Head Injured
Lakewood, Colorado

**Consultant**                                                            1988 - 1992
Heritage Rehabilitation Center
Denver, Colorado

**Training Director**
Residency/Fellowship Program                                                1986 - 1992
Craig Hospital
Englewood, Colorado

**Medical Director**                                                        1986 - 1988
Regency Rehabilitation Hospital
Denver, Colorado

## RECOGNITIONS AND AWARDS:

Sheldon Berrol, MD Clinical Service Award, Brain Injury Association of America        2017

Castle Connolly Top Doctors®                                                2015, 2016,2017, 2018

*5280* – Top Doctors – Brain Injury Medicine                                2013, 2014, 2015, 2016, 2017

*"Top Doctors"*                                                             2012, 2013, 2014, 2015, 2016
U.S. News and World Report

*"Best Doctors for Executives"*                                             2013
Colorado Biz Magazine

*2011 Award for Innovative Clinical Treatment*                              2011
North American Brain Injury Association (NABIS)

## INVITED PARTICIPANT:
Insurance Rehabilitation Synergy Group (IRSG) Conference –
The Past, Present and Future of Rehabilitation                              2018

Galveston Brain Injury Conference – Chronic Brain Injury: Surveillance and Collaborative Care   2012, 2013 2014, 2015
Galveston, TX                                                               2016, 2017, 2018

"Invitational Workshop on New Opportunities in Traumatic Brain Injury Research:   4/12 – 4/13/2012
  Advancing the National Research Agenda"
Toronto, Canada

"Rehabilitation Access and Outcome after Severe Traumatic Brain Injury"     5/16 – 5/17/2016
Spaulding Harvard Traumatic Brain Injury Model System
Washington DC

## RESEARCH POSITIONS:
**Medical Director**
Rocky Mountain Regional Brain Injury System                                 2012 to present
TBI Model System of Care                                                    1998 - 2008
          Funded: National Institute on Disability Rehabilitation and Research (NIDRR)

## EXAMINATIONS:
Subspecialty of Brain Injury Medicine, American Board of PM&R                2014
American Board of Physical Medicine and Rehabilitation - Part II            1986
American Board of Physical Medicine and Rehabilitation - Part I             1985
Federal Licensing Examination                                               1982
ECFMG Certification                                                         1982
Physical Therapy - PES Board State of Florida                               1979

## LICENSURE:

**State of Colorado**                    #25718                             1983 - Present
Licensed to Practice Medicine

| | | |
|---|---|---|
| **State of Florida** | #45374 | 1992 – Present |
| Licensed to Practice Medicine | | 1984 - 1986 |
| | | |
| **State of Hawaii** | #13519 | 2005 - Present |
| Licensed to Practice Medicine | | |
| | | |
| **State of Florida** | | 1979 - 2017 |
| Licensed as Registered Physical Therapist | | |

**PROFESSIONAL ASSOCIATIONS:**

| | |
|---|---|
| NORTH AMERICAN BRAIN INJURY SOCIETY | 2005 - Present |
| INTERNATIONAL SOCIETY OF PHYSICAL AND REHABILITATION MEDICINE | 2001 – Present |
| INTERNATIONAL BRAIN INJURY ASSOCIATION | 1990 - Present |
| AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION | 1983 - Present |
| AMERICAN CONGRESS OF REHABILITATION MEDICINE | 1983 - Present |
| AMERICAN MEDICAL ASSOCIATION | 1982 - Present |
| AMERICAN PARAPLEGIA SOCIETY | 1985 - Present |
| AMERICAN SOCIETY OF NEUROREHABILITATION | 1991 - Present |
| AMERICAN SPINAL INJURY ASSOCIATION | 1985 - Present |
| ARAPAHOE MEDICAL SOCIETY | 1986 – Present |
| BRAIN INJURY ASSOCIATION OF AMERICA | 1985 - Present |
| BRAIN INJURY ASSOCIATION OF COLORADO | 1985 - Present |
| COLORADO MEDICAL SOCIETY | 1986 - Present |
| COLORADO NEUROLOGICAL INSTITUTE | 1989 - Present |
| INTERNATIONAL ASSOCIATION FOR THE STUDY OF TRAUMATIC BRAIN INJURY | 1987 - Present |
| ROCKY MOUNTAIN REHABILITATION SOCIETY | 1985 – Present |
| DENVER MEDICAL SOCIETY | 1986 - 2002 |
| MEMBER - AMERICAN COLLEGE OF SPORTS MEDICINE | 1979 - 1980 |
| MEMBER - AMERICAN PHYSICAL THERAPY ASSOCIATION | 1977 – 1979 |

**PROFESSIONAL ACTIVITIES:**

| | |
|---|---|
| **2018 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS** | 1/07/18 – 1/10/18 |
| Vail, CO | |
| Program Chair | |
| | |
| **NABIS/IBIA** | |
| Editorial Advisory Board of Brain Injury Professional | 1/2018 - Present |

| | |
|---|---|
| **2015 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS** | 1/11/15 – 1/14/15 |
| Vail, CO | |
| Program Chair and Steering Committee | |

| | |
|---|---|
| **AMERICAN CONGRESS OF REHABILITATION MEDICINE** | |
| Treasurer, Executive Board – Brain Injury ISIG | 10/2014 - Present |

| | |
|---|---|
| **NORTH AMERICAN BRAIN INJURY SOCIETY** | |
| Board of Directors | 2014 - Present |

| | |
|---|---|
| **2012 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS** | 1/9/2012 – 1/13/2012 |
| Beaver Creek, CO | |
| Program Chair and Steering Committee | |

| | |
|---|---|
| **CNS MEDICAL GROUP, P.C. - ENGLEWOOD, COLORADO** | 1986 - Present |
| President | 1988 - 2003 |

| | |
|---|---|
| **COLUMBIA HEALTH ONE** | 1997 - 2010 |
| Member - Sports Medicine Program | |
| Broncos Sports Medicine Program | |

| | |
|---|---|
| **BRAIN INJURY ASSOCIATION OF COLORADO** | 2007 - 2009 |
| Board of Directors | |

| | |
|---|---|
| **STATE OF COLORADO, DEPARTMENT OF LABOR** | 2011 - Present |
| Division of Workers' Compensation | 2004 - 2005 |
| Advisory Committee for the Development of TBI Medical Treatment Guidelines | 1996 - 1997 |

| | |
|---|---|
| **COLORADO FOUNDATION FOR MEDICAL CARE** | 1994 – 2009 |
| Physician Reviewer | |

| | |
|---|---|
| **SWEDISH HOSPITAL** | 1994 - 2014 |
| Chairman Physical Medicine and Rehabilitation Section - Department of Medicine | |

| | |
|---|---|
| **COLORADO NEUROLOGICAL INSTITUTE** | 1992 - Present |
| Education Committee Member | 1992 - 2000 |
| Chair Education Committee | 1996 - 2000 |
| Board of Directors | 1997 - 2000 |

| | |
|---|---|
| **AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION** | 1986 - Present |
| Special Interest Group - Brain Injury, Spinal Cord Injury | |
| Brain Injury Research Committee | 1986 - Present |

| | |
|---|---|
| **AMERICAN CONGRESS OF REHABILITATION MEDICINE** | 1986 - Present |
| Traumatic Brain Injury | |
| Brain Injury SIG Task Force | |
| DOC Task Force | |
| Prognosis Task Force | |

| | |
|---|---|
| **COLORADO BRAIN INJURY ASSOCIATION** | 1986 - Present |
| Advisory Board | |

| | |
|---|---|
| **CRAIG HOSPITAL - ENGLEWOOD, COLORADO** | 1986 - Present |
| Research Task Force | 1986 - Present |
| Professional Activities Committee | 1986 - Present |
| Pharmacy and Therapeutics Committee | 1986 - Present |
| Education Program Director | 1986 - 1990 |
| Secretary/Treasurer | 1987 - 1991 |

**ROCKY MOUNTAIN REGIONAL BRAIN INJURY CENTER**                    1990 - 1994
   Governing Board Member - Medical Consultant

**SWEDISH/PORTER HOSPITAL - COMBINED MEDICAL STAFF**              1990 - 1994
   Chairman Physical Medicine and Rehabilitation Subsection

**NATIONAL HEAD INJURY FOUNDATION**                               1986 - 1990
   Medical Issues Committee Liaison to Professional Advisory Counsel

**COLORADO BOARD OF HEALTH TASK FORCE ON TRAUMATIC HEAD INJURY**  1986 - 1987
   Legislative Liaison Committee
   Education Committee
   Surveillance Committee

**TECHNICAL ADVISORY COMMITTEE**                                  1986 - 1987
   Colorado Brain Injury Association
   Acute Care Committee

**CHIEF RESIDENT**                                                1984 - 1985
   Department of Physical Medicine and Rehabilitation
   University of Colorado Health Sciences Center

**UNIVERSITY OF COLORADO HEALTH SCIENCES CENTER**                1983 - 1985
   Member - University of Colorado House Staff Association
   Executive Committee
   Department Representative

**COMMUNITY ACTIVITIES:**

**COLORADO SPORTS CONCUSSION SPECIAL INTEREST GROUP**            2010 - Present
   **AND TASK FORCE**
   Jake Snakenberg Youth Sports Concussion Act

**ARAPAHOE HIGH SCHOOL, CENTENNIAL, CO**                          2005 - Present
   Medicine Class – Annual Instructor, Brain Injury, Neuroscience

**CRAIG HOSPITAL FOUNDATION**: **PUSH for the Cure Annual Fundraiser**   2002 - Present
   Steering Committee

**COLORADO HEAD INJURY FOUNDATION WILDERNESS CAMP PROGRAM**      1987 - Present
   Medical Advisor and Consultant

**NATIONAL WHEELCHAIR BASKETBALL ASSOCIATION**                   1986 - Present
   Certified Classifier

**KEMPE CHILDREN'S FOUNDATION**                                  1994 - 2000
   Volunteer

**WINTER PARK HANDICAP SKI PROGRAM**                             1986 - 1990
   Handicap Ski Instructor

**COLORADO PHYSICIANS SKI PATROL**                               1983 – 1988
   Member

**KMVP RADIO SPORTS EXTRA**                                      1987
   Talk Show on Sports and Disabled Persons
   Co-Host/Consultant

**DADE COUNTY SPORTS MEDICINE PROJECT & CLINIC**                    1977 - 1979
    Assistant Student Director

**ORANGE BOWL MARATHON COMMITTEE**                    1977 – 1979
    Assistant Chairperson of Medical Aide Stations


**SCIENTIFIC INTERESTS / PUBLICATIONS**:

Whyte J, Ketchum J, Bogner JA, Brunner R, Hammond F, Zafonte RD, Whitenack G, **Weintraub A.** The Effects of Statin Treatment on Outcomes following Traumatic Brain Injury. *J Neurotrauma*. 2018 Jun 28. doi: 10.1089/neu.2017.5545. [Epub ahead of print]  PMID: 29954258

Hays K, Thompson S, **Weintraub A**, Ketchum J. Rhythmic Auditory Stimulation and Gait Training in Traumatic Brain Injury: A feasibility Study. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), pp E81.

Hays K, Tefertiller C, Ketchum J, Eagye C, O'Dell D, Natale A, **Weintraub A**.  The Use of the Balance Evaluation Systems Test for Individuals with Chronic Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), ppE81

**Weintrub A**. Cerebral Fat Emboli Syndrome Masquerades as Traumatic Diffuse Axonal Injury. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), ppE101

Kowalski R, **Weintraub A**, Rubin B, Gerber D, Olsen A: Impact of timing of ventriculoperitoneal shunt placement on outcome in posttraumatic hydrocephalus. J. Neurosurg. 2018 Feb 23:1-12. doi: 10.3171/2017.7.JNS17555. [Epub ahead of print]. PMID: 29473779

Monden K, Gerber D, Newman J, Philippus A, Biggs J, Schneider H, Spier E, **Weintraub A**, Makley M. Sleep Hygiene:  A Novel, Nonpharmacological Approach to Treating Sleep-Wake Cycle Disturbance after Moderate to Severe Brain Injury on an Inpatient Rehabilitation Unit.  *Brain Injury Professional* 2018 14(4), pp20-21

**Weintraub A**., et al (2017) Severe Traumatic Brain Injury: What to Expect in the Trauma Center, Hospital and Beyond" (Based on research by TBI Model Systems). http://www.msktc.org/tbi/factsheets/Severe-Traumatic-Brain-Injury#Top

**Weintraub A**, Whyte, J.  (2017). eL Electroencephalography in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_24-3

Sharma A**., Weintraub A.** (2017). Endotracheal Tube in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_25-3

**Weintraub A, Whyte, J.**  (2017). eL Electroencephalography *in Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_24-3

**Weintraub A**, Sharma A.  (2017).  International Classification of Diseases in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_40-3

**Weintraub A**, Whyte J. (2017). Hemispherectomy in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_37-3

**Weintraub A**, Sharma A. (2017). Carotid Endarterectomy in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782_13-3

**Weintraub A**, Whyte J. (2017). Blood Oxygen Level Dependent (BOLD) in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_10-3

**Weintraub A**, Whyte J. (2017). Polysomnography in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi:10.1007/978-3-319-56782-2_61-3

**Weintraub A**, Whyte J. (2017). Neuroimaging in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing.  doi:10.1007/978-3-319-56782-2_52-3

**Weintraub A,** Gerber D, Kowalski R. Posttraumatic Hydrocephalus as a Confounding Influence on Brain Injury Rehabilitation – Incidence, Clinical Characteristics and Outcomes. *Archives of Physical Medicine and Rehabilitation*. 2017 Feb: 98(2):312-319.

Stacey A, Lucas S, Dikmen S, Temkin N, Bell K, Brown A, Brunner R, Diaz-Arrastia R, Watanabe T, **Weintraub A**, Hoffman J. Natural History of Headache Five Years after Traumatic *Brain Injury*. J Neurotrauma. 2017 Jan 18 [Epub ahead of print]

**Weintraub A,** Dungan D, Makley M. Cerebral fat emboli syndrome: A case series of neuroimaging correlations and clinical rehabilitation outcome. *Brain Inj*. 2016:30(722).

**Weintraub A,** Gerber D, Makley M, Kowalski R. Incidence and characteristics of post-traumatic hydrocephalus during inpatient rehabilitation. *Brain Inj*. 2016:30(623).

Kowalski R, **Weintraub A,** Gerber D. Hydrocephalus predicts outcome following traumatic brain injury. *Brain Inj*. 2016:30(624).

Makley M, **Weintraub A**, Biggs Arnold J, Schneider H, Newman J, Philippus A, Kowalski, R, Mackzum A, Frey K, Schraa J, Gerber D. Sleep efficiency after traumatic brain injury and agitation scores on an inpatient brain injury rehabilitation unit. *Brain Inj*. 2016:30(684).

Makley M, **Weintraub A,** Schneider H, Biggs Arnold J, Philippus A, Newman J, Kowalski R, Schraa J, Mackzum A, Frey K, Gerber D. Practical aspects of monitoring sleep with moderate-to-severe traumatic brain injury (TBI) on an inpatient rehabilitation unit. *Brain Inj*. 2016:30(720).

**Weintraub AH**, Gerber DJ, Kowalski RG. Post-Traumatic Hydrocephalus as a Confounding Influence on Brain Injury Rehabilitation: Incidence, Clinical Characteristics and Outcomes. *Archives of Physical Medicine and Rehabilitation*. Sep 23 2016.

Politzer T, Berryman A, Rasavage K, Snell L, **Weintraub A**, Gerber DJ. The Craig Hospital Eye Evaluation Rating Scale - CHEERS. *PM&R: The Journal of Injury, Function, and Rehabilitation*. Sep 21 2016

Kowalski R, **Weintraub A**, Mellick D, Nakamura T, Gerber D, Harrison-Felix C. *Intraventricular Hemorrhage on Early CT Predicts Poorer Short and Long Term Outcome in Moderate to Severe TBI*. October 2015. Vol 96(10):e7

Powell J, **Weintraub A**, Dreer L, Novack T. Vision Problems after Traumatic Brain Injury. *Archives of PM&R,* July 2015. Vol 96(10):1933-1934.

**Weintraub A**, Gerber D, Gerhart K, Makley M Posttraumatic Hydrocephalus: Clinical Characteristics and Rehabilitation Outcomes. *Brain Injury,* 2014, Vol 28, No 5-6

Ripley D, Wierman M, Gerber D, **Weintraub A**, Newman J. Comment on the Decision to Provide Testosterone Supplementation to Patients with Traumatic Brain Injury. *PM&R*, 2014, Vol 6(8):761-762.

**Weintraub, A** Guest Editor, Brain Injury/Professional, 2014, Vol 10, Issue 4

Abate, M, Hamstra K, Bixler, B, **Weintraub, A**. Family Management: A Process Approach for Quality Outcomes. *Brain Injury Professional*, 2014, Volume 10, Issue 4:32-22

Malec J, Hammond F, Flanagan S, et al. (**Weintraub A** – Contributor participant) Recommendations from the 2013 Galveston Brain Injury Conference for Implementation of a Chronic Care Model in Brain Injury. *J Head Trauma Rehabil* November/December 2013, Vol 28(6):476-483.

Thompson S, **Weintraub** A. The Clinical Use of Neurologic Music Therapy in a Brain Injury Rehabilitation Setting: A Retrospective Analysis of Therapeutic Practice" J *Head Trauma Rehabil* September 2013, Vol 28(5):E31-E85

Anderson J, Mason C, **Weintraub A**, Siebert A, Hartman C. Service Utilization in the Community: Development of Stratifications of Care. *The Journal of Head Trauma Rehabilitation*. September/October 2012 – Vol 27 - Issue 5

Anderson A., Mason C., Freeman N. **Weintraub A**. Military Transition Back to the Community: Regaining a Sense of Belongingness. *Brain Injury* 2012, Vol 26, No 4-5.  (*Accepted Abstracts from the International Brain Injury Association's Ninth World congress on Brain Injury.  March 21-25, 2012.  Edinburgh, Scotland.*)

Ripley D., Pretz C., Harrison-Felix C., Alvarez R**., Weintraub A.**  The Predictive Value of D-Dimer for Diagnosis of Venous Thrombosis in Patients with Traumatic Brain Injury in the Acute Rehabilitation Setting. *Brain Injury* 2012, Vol 26, No 4-5. (*Accepted Abstracts from the International Brain Injury Association's Ninth World congress on Brain Injury.  March 21-25, 2012.  Edinburgh, Scotland.*)

Rocchio C, Schraa J, **Weintraub A**. Family Involvement X Professional Accessibility + Shared Goals = Outcomes. *Brain Injury Professional* 2012:8(4)16-18.

Ripley D, Politzer T, Berryman A, Rasavage K, **Weintraub A**. The Vision Clinic: An interdisciplinary method for assessment and treatment of visual problems after Traumatic Brain Injury. *NeuroRehabilitation* 2010 (27) 231-235.

Cilo  M, Politzer T, Ripley D, **Weintraub A**. Vision examination of TBI patients in an acute rehabilitation hospital. *Neurorehabilitation* 2010 (27) 237-242.  PMID: 21098992

Politzer T, Cilo M, **Weintraub A**.  A new prism use for treatment of cyclo-deviation in trochlear nerve injury. *Neurorehabilitation* 2010 (27) 255-259.  PMID: 21098995

**Weintraub A**, Ashley M. "Issues in Aging Following Traumatic Brain Injury" in Mark Ashley, (ed.) <u>Traumatic Brain Injury: Rehabilitative Treatment and Case Management</u> (3rd Edition) CRC Press, Boca Raton, FL., 2010.

Ashley M, **Weintraub A**, Ripley D. "Bioscience Frontiers and Neuromedical Interventions Following Brain Injury"  Mark Ashley, (ed.) <u>Traumatic Brain Injury: Rehabilitative Treatment and Case Management</u>  (3rd Edition) CRC Press, Boca Raton, FL., 2010.

Jha A, **Weintraub A**, et al.  "A Randomized Trial of Modafinil fo**r** the Treatment of Fatigue and Excessive Daytime Sleepiness in Individuals with Chronic Traumatic Brain Injury." *J Head Trauma Rehabil* 2008; 23(1):52-63

Jha A, Cusick, C, Harrison-Felix C, Morey C, Sendroy-Terrill M, Gerber D, **Weintraub A**." Factors associated with Fatigue after TBI." *Archives of PM&R*. August 2004. Vol 85(8):e1-e2.

Gerber D, **Weintraub A**, Cusick C, Ricci P, Whiteneck G. "Magnetic resonance imaging of traumatic brain injury: relationship of T2 SE and T2 GE to clinical severity and outcome.  *Brain Injury* 2004; 18:1083-1097.

**Weintraub A**, Ashley M. "Traumatic Brain Injury: Aging and Related Neuromedical Issues" *Traumatic Brain Injury – Rehabilitative Treatment and Case Management, Second Edition*.  CRC Press LLC, 2004; 273-301 (Book Chapter)

**Weintraub A**, Gerhart, KA, Mellick, DC. "Violence-Related Traumatic Brain Injury: A Population-Based Study,"  *Journal of Trauma*; Volume 55(6); December 2003; 1045-1053.

**Weintraub A**, Keating, Daniel, Masel, Brent, et al.  "Case Management Update: Focus on Traumatic Brain Injury" *Case Management* August 2003. (Speaker in this publication)

**Weintraub A**, Gerber D, Ricci P, Cusick C "Magnetic Resonance Imaging of Traumatic Brain Injury: Sensitivity of T2* Weighted Gradient Echo Imaging" Scientific poster. *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A**, Gerber D, Ricci P, Cusick C "Magnetic Resonance Imaging of Traumatic Brain Injury: Relationship to Clinical Severity and Outcome" *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A**H, Mellick, D "Violence-Related Traumatic Brain Injury:  A Population-Based Outcome Study" poster. *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A** "The Concussed Athlete."  *In Touch with CNI* (Colorado Neurological Institute) Vol IV, Issue II, April 2001.

**Weintraub A** "The Concussed Athlete." *CNI Review*, Volume 11, Number 1, Summer 2000.

**Weintraub A**, Bryan TA "Rehabilitation Nursing Utilization and Cost Following Traumatic Brain Injury." Poster. *Arch Phys Med Rehabil* Vol 80 Sept 1999.

**Weintraub A**, Mellick D "Violence as a Cause of TBI in Colorado" poster. Brain Injury Association of Colorado Oct 99-poster/paper.

**Weintraub A**, Gerber D. "Sports Related Concussion" T*ime-out* Vol. 3, Issue 3. HealthOne Broncos Sports Medi-cine/Rehabilitation publication 1999

Burke F, **Weintraub A**, Lanig IS et al. "A Prospective Evaluation of Color Doppler Ultrasound Imaging for the Diagnosis of Heterotopic Ossification in Spinal Cord Injured Patients" *Archives of Physical Medicine and Rehabilitation* 79:9 Sept 1998

**Weintraub A** (Editor). "Frontiers in Traumatic Brain Injury." *CNI Review*: Vol. 8:1, Winter 1997.

**Weintraub A**. "Neuropharmacologic Approaches to Frontal Brain Dysfunction." *CNI Review* Vol. 8:1, 1997 28-33.

**Weintraub A**. "Atypical Recovery Patterns Following Traumatic Brain Injury in Multiple Sclerosis Patients." Scientific Paper. International Association for the Study of Traumatic Brain Injury. Melbourne, Australia 11/24/96.

**Weintraub A**. "Neuropharmacological Interventions for Frontal Lobe Injury: A Conceptual Model. Relearning Times," 2:2, Jan, 1995.

**Weintraub A**, Hildebrand KH. "Concomitant Traumatic Brain Injury and Spinal Cord Injury." *Management of Spinal Cord Injury*, Editor, Zejdlik CP. Wadsworth Health Sciences Publication - 2nd Edition 1991.

**Weintraub A**, Opat CA. "Motor and Sensory Dysfunction in the Brain Injured Adult." *Physical Medicine and Rehabilita-tion: State of the Art Reviews.* Vol. 3, No 1 February 1989, Philadelphia - Hanley & Belfus.

**Weintraub A**, Johnson K, Heron A. "Principles of Low Pressure Drainage for Treatment of Neurogenic Bladder Complica-tions." *Archives of Physical Medicine and Rehabilitation*: Abstract 74:11 Nov 1993. Scientific Paper. 55th Annual Assembly. American Academy of Physical Medicine and Rehabilitation. Miami, Florida, 1993.

Smith J, **Weintraub A**, et al. "Hypoxic/Ischemic Cerebral Insult: A Retrospective Analysis within a Long Term Rehabilita-tion Model." Scientific Paper Presentation Colorado Head Injury Foundation. Annual Meeting, Colorado Springs, Colorado, 1990.

Dahlberg C, **Weintraub A**, Howard S. "Language Disturbances in Closed Head Injury." *Archives of Physical Medicine and Rehabilitation*: Abstract 68:9, Sept 1987. Scientific Paper. 49th Annual Assembly American Congress of Rehabilitation Med-icine. Orlando, Florida 1987.

**Weintraub A**, Koehler C, Lammertse D, et al. "Quantitative Bone Loss after Acute SCI." *Archives of Physical Medicine and Rehabilitation.* Abstract 69:9, Sept. 1988. Scientific Paper Presentation. 65th Annual Session American Academy of Physical Medicine and Rehabilitation. Seattle, Washington, 1988.

Daigle R, Stavros, AT, **Weintraub A**, Lanig I, et al. "Color Duplex Scanning of Heterotopic Ossification in the Spinal Cord Injured Patient." Society of Vascular Technology Meetings. Scientific presentations, Boston, Massachusetts, 1991.

Dahlberg C, **Weintraub A**, et al, "Language Disturbances Following Closed Head Injury." 64th Annual Session American Academy of Physical Medicine and Rehabilitation Scientific Paper Presentation. 1987

Balazy T, **Weintraub A**, Cilo M, Seibert C. "TBI Clinical Recovery Patterns: Pathological and Neuroradiological Correla-tion's." Study in Progress.

Biomechanics/Gait/Prosthetics and Orthotics. V.A. Sponsored Educational Film, 1983-1985.
Pilot Study of the Use of Hespan in the Management of Acute Cerebral Infarction. University of Colorado Health Sciences Center, 1983-1985.

## PRESENTATIONS:

**"BRAIN INJURY AND THE FUTURE OF NEUROMODULATION REHABILITATION"**    9/28/2018
The American Association of Orthotics and Prosthetics National Assembly
Vancouver BC - Canada

**"OPTIMIZING OUTCOMES FOLLOWING SEVERE TBI"**    9/10/2018
Learning Services, 2018 Brain Injury Symposium

Casper, WY

**"TRAJECTORY OF RECOVERY AND PREDICTORS OF OUTCOME IN DISORDERS OF CONSCIOUSNESS FOLLOWING TRAUMATIC BRAIN INJURY"**                                                                 06/02/18
4th Federal Interagency Conference on Traumatic Brain Injury
Washington DC

**"CATASTROPHIC BRAIN INJURY RESULTING FROM EXTREME SPORTS: PREDICTORS OF OUTCOME"**                                                                 06/01/18
University of Colorado – 3rd International Extreme Sports Medicine Congress
Boulder, CO

**"A CONTEMPORARY UPDATE ON ADVANCES IN BRAIN INJURY REHABILITATION"**                                                                 05/11/18
CoxHealth 28th Annual Decisions in Trauma Conference
Springfield, MO

**"UPDATES IN PHARMACOLOGICAL REHABILITATION POST TBI"**                                                                 03/28/18
Keynote Speaker, Kansas Brain Injury Association's 10th Annual Professional Conference
Kansas City, KS

**"CEREBRAL FAT EMBOLI SYNDROME MASQUERADES AS TRAUMATIC DIFFUSE AXONAL INJURY"**  Poster Presentation, Co-Authored by Michael Makley, MD and Eric Spier, MD.                                                                 03/16/18
North American Brain Injury Society Annual Meeting, Houston, TX

**"NEUROREHABILITATION IN DISORDERS OF CONSCIOUSNESS: RECENT ADVANCES AND CLINICAL IMPLICATIONS"**                                                                 03/14/18
North American Brain Injury Society Annual Meeting, Houston, TX

**"QUANTIFYING SLEEP AFTER TBI: A COMPARISON OF ACTIGRAPHY SCORING METHODS."**  Poster Presentation with Kimberley Monden, PhD, Angela Philipppus, BA, Don Gerber, PsyD, Jody Newman, SLP, Eric Spier, MD, Jennifer Biggs, RN, Heidi Schneider, RN, Lori Womeldoff, CTRS, James Schraa, PsyD, Michael Makley, MD.                                                                 01/09/18
2018 Brain Injury Summit, Vail, CO

**"DISRUPTED SLEEP AND PAIN FOLLOWING TRAUMATIC BRAIN INJURY IN THE SUBACUTE REHABILITATION SETTING."**  Poster Presentation with Kimberly Monden, PhD, Angela Philippus, BA, Don Gerber, PsyD, Jody Newman, SLP, Eric Spier, MD, Jennifer Biggs, RN, Heidi Schneider, RN, Lori Womeldorff, CTRS, James Schraa PsyD, Michael Makley, MD.                                                                 01/09/18
2018 Brain Injury Summit. Vail, CO

**"FEASIBILITY OF IMPLEMENTING A SLEEP HYGIENE PROTOCOL ON AN INPATIENT TBI REHABILITATION UNIT: PATIENT, FAMILY AND NURSING PERSPECTIVES."**                                                                 01/09/18
Poster Presentation with Jody Newman, SLP, Kimberly Monden, PhD, Don Gerber PsyD, Angela Phillippus, BA, Heidi Schneider, RN, Jennifer Biggs, RN, Eric Spier, MD, James Schraa, PsyD, Lori Womeldorff, CTRS, Michael Makley, MD
2018 Brain Injury Summit, Vail, CO

**"THE USE OF THE BALANCE EVALUATION SYSTEMS TEST FOR INDIVIDUALS WITH CHRONIC TRAUMATIC BRAIN INJURY."**  Poster Presentation with Kaitlin Hays, PT, Candy Tefertiller, PT, Denise O'Dell, PT                                                                 01/09/18
2018 Brain Injury Summit, Vail, CO

**"THE MISDIAGNOSIS OF ANOXIC ENCEPHALOPATHY: LEUKOENCEPHALOPATHY-CHASING THE DRAGON."**  Poster Presentation with Eric Spier, MD and Julie Hastings, MD                                                                 01/09/18
2018 Brain Injury Summit, Vail, CO

**"CEREBRAL FAT EMBOLI SYNDROME MASQUERADING AS DIFFUSE TRAUMATIC AXONAL INJURY."**  Poster Presentation with Michael Makley, MD                                                                 01/09/18

2018 Brain Injury Summit, Vail, CO

**"RECOVERY PATTERNS FOLLOWING SEVERE TBI: CASE STUDIES FOR NEURO**        01/09/18
**LITIGATION AND CLINICAL PRACTICE."**
2018 Brain Injury Summit, Vail, CO

**"BRAIN INJURY MEDICINE: CENTERS OF EXCELLENCE, EVIDENCE INFORMED**        11/17/17
    **PRACTICES"**
Paradigm National Case Manager Educational Conference
Las Vegas, NV

**"DISORDERS OF CONSCIOUSNESS (DOC): AN INTRODUCTION TO MINIMAL**        10/14/17
    **COMPETENCY GUIDELINES FOR DOC PROGRAMS"**
AAPM&R Annual Assembly
Denver, CO

**"TRAUMATIC CATASTROPHIC INJURY: A LIFE CHANGING EVENT, BEST PRACTICES**        09/14/17
**FOR MANAGEMENT AND ALIGNING EXPECTATIONS"**
Joint Symposium sponsored by Learning Services and Craig Hospital
Anchorage, Alaska

**"UNDERSTANDING TRAUMATIC BRAIN INJURY FOR THE SCI**        09/03/17
    **NEUROREHABILITATION PRACTITIONER"**
Academy of Spinal Cord Injury Professionals
Denver, CO

**"RATIONALE PHARMACOTHERAPY DURING TBI RECOVERY AND ACUTE**        09/03/17
    **NEUROREHABILITATION: ON OVERLOAD FOR THE SCI CLINICIANS"**
Academy of Spinal Cord Injury Professionals
Denver, CO

**"CONTEMPORARY ISSUES IN BRAIN INJURY MEDICINE AND**        08/11/17
    **NEUROREHABILITATION"**
Brain Injury Conference
Benton, Arkansas

**"OVERVIEW OF CATASTROPHIC TRAUMATIC BRAIN INJURY"**        5/12/17
Spirituality Conference, "Understanding TBI for Clergy and Spiritual Leaders in the Community
Craig Hospital

**"CATASTROPHIC TRAUMATIC BRAIN INJURY: FROM THE MOMENT**        04/18/17
    **EVERYTHING CHANGES"**
Lecture and Panel Discussion
2017 Colorado Workers Compensation Educational Conference

**MODERATOR, SCIENTIFIC PAPERS:**
    **"EPIDEMIOLOIGC AND PUBLIC HEALTH PERSPECTIVES"**        04/01/17
International Brain Injury Association 12th World Congress
New Orleans, LA

**"DISRUPTED SLEEP PREDICTS NEXT DAY AGITATION IN MODERATE TO**        3/31/17
 **SEVERE TBI"**  Poster Presentation along with C Draganich, BA, D Gerber, PsyD, K Monden, PhD,
Jody Newman, MA, Jennifer Biggs, RN, H Schneider, RN, Angela Philippus, BA, M Makley, MD
International Brain Injury Association 12trh World Congress on Brain Injury
New Orleans, LA  3/29-4/1/2017

**"TREATING DISRUPTED SLEEP ON A TBI UNIT WITH A SLEEP HYGIENE**        3/31/17
**INTERVENTION: A FEASBILITY STUDY"**  Poster Presentation along M Makley, MD,
K Mondon, PhD, D Gerber, PsyD, J Newman, MA, A Philippus, BA, C Draganich, BA.
International Brain Injury Association 12trh World Congress on Brain Injury

New Orleans, LA  3/29-4/1/2017

**"PHARMACOLOGICAL REHABILITATION OF FRONTAL**
**BRAIN DYSFUNCTION FOLLOWING TBI"**
Neuropsychiatry & TBI -  Lecture and Conference Program Chair                    03/17/17
Craig Hospital
Englewood, CO


**"TBI AND RATIONALE PHARMACOLOGIC REHABILITATION"**                             02/01/17
Grand Rounds, University of Colorado School of Medicine
Denver, CO


**"TBI RECOVERY REHABILITATION AND REINTEGRATION"**                             12/14/16
Arapahoe High School Medicine Class, Lecture and Tour – Craig Hospital


**"NEUROPHARMACOLOGY AND BRAIN INJURY REHABILITATION: EVIDENCE**                 11/18/16
 **INFORMED BEST PRACTICES"**
California Brain Injury Association Medical Legal Conference
Silverado, CA


**"APHASIA AND TRAUMATIC BRAIN INJURY: CHARACTERIZATION, NOVEL**                 11/2/16
   **CONSIDERATIONS AND TREATMENT"**
(Presentation with Kim Frey, PhD, Kristin Mascarenes, CCC-SLP)
The American Congress of Rehabilitation Medicine, 93rd Annual Conference


**"STEM CELL TRIAL FOR TBI SANBIO RESEARCH"**                                   9/29/16
Craig Hospital, Board of Directors


**"CONTEMPORARY ISSUES IN SPINAL CORD INJURY REHABILITATION**                   9/22/16
Alaska Brain and Spinal Cord Injury Education Day    Anchorage, Alaska
**"NEUROPLASTICITY AND TBI RECOVERY – THE ROLE OF MINDFULLNESS,**               7/29/16
**MEDITATION & YOGA"**
Love Your Brain Colorado Event


**"CATASTROPHIC SEVERE TRAUMATIC BRAIN INJURY: EXTREME SPORTS"**                6/10/16
2ND International Extreme Sports Medicine Congress
Boulder, Colorado


**"TBI OUTCOMES AND THE SEARCH FOR THE CURE"**                                  3/26/16
Hawaii Brain Injury Association Meeting
Oahu, Honolulu


**"BEST PRACTICES IN BRAIN INJURY REHABILITATION"**                             03/08/16
Webinar, Workers Compensation


**"HYDROCEPHAULS PREDICTS OUTCOME FOLOWING TRAUMATIC BRAIN INJURY"**            03/03/16
(Platform Presentation – Kowalsi R, Weintraub A, Gerber D.)
Eleventh World Congress on Brain Injury, The Hague, Netherlands


**'INCIDENCE AND CHARACTERISTICS OF POST-TRAUMATIC HYDROCEPHALUS**
   **DURING INPATIENT REHABILITATION"** (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands                 03/02/16


**"SLEEP EFFICIENCY AND AGITATION AFTER TRAUMATIC BRAIN INJURY**                03/02/16
 **ON AN INPATIENT REHABILITAIOTH UNIT"**  (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands


**"THE PRACTICAL ASPECTS OF MONITORING SLEEP IN POARTICIPANTS WITH**            03/02/16
   **MODERATE TO SEVERE TRUMATIC BRAIN INJURY ON AN INPAITENT**
   **REHABILTATION UNIT"** (Poster Presentation – Second Author)

Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"CEREBRAL FAT EMBOLI SYNDROME: CLINICAL AND NEUROIMAGING**          03/02/16
   **CHARACTERISTICS AND OUTCOMES"**  (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"INTRAVENRICULAR HEMORRHAGE ON EARLY CT PREDICTS POORER SHORT**      10/28/15
   **AND LONG TERM OUTCOME IN MODERATE TO SEVERE TBI**
   (Poster presentation – 2nd Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"TRANSITONS IN LONG TERM CARE FOR PERSONS WITH**                     10/27/15
   **DISORDERED CONSCIOUSNESS**
American Congress of Rehabilitation Meeting, Dallas, TX

**"TESTOSTERONE REPLACEMENT IN HYPOGONADAL MEN FOLOWING TBI:**         10/02/15
   **RESULTS FROM A DOUBLE-BLIND, PLACEBO CONTROLLED PILOT STUDY.**
Poster presentation, American Academy of PM&R Annual Meeting

**"CURRENT TRENDS IN BRAIN INJURY MEDICINE NEUROREHABILITATION"**      09/24/15
Montana State Workers Compensation State Fund Annual Governors Conference

**"CATASTROPHIC TRAUMATIC BRAIN INJURY: THE LEGAL AND**                09/18/15
   **REAL LIFE INTERSECT"**
Iowa Defense Council Association Annual Conference on Catastrophic TBI

**"MILD TBI – HOT CLINICAL AND RESEARCH TOPICS: PANEL-CASE STUDY**     5/01/2015
PRESENTATION"**
12th Annual North American Brain Injury Society Meeting

**"PREDICTIVE DETERMINATIONS OF OUTCOMES FOLLLWOING SEVERE TBI:**      4/30/2015
CASE STUDY PANEL SYMPOSIA"**
12th Annual North American Brain Injury Society Meeting

**"CONTEMPORARY ADVANCES IN BRAIN INJURY MEDICINE**                    3/26/2015
AND NEUROREHABILITATION"**
7th Annual Meeting – Brain Injury Association of Kansas and Greater Kansas City

**"SEVERE TRAUMATIC BRAIN INJURY RECOVERY PATTERNS –**                 1/14/2015
   **CASE STUDY SYMPOSIA"**
2015 Brain Injury Summit, Vail, CO

**"ADVANCES IN TRAUAMTIC BRAIN INJURY NEUROREHABILITATION"**           11/7/2014
Montana State Fund 14th Annual Medical Conference

**"PHARMACOLOGIC REHABILITAITON OF NEUROBEHAVIORAL**                   11/7/2014
   **DISTURBANCES FOLLOWING TBI"**
Montana State Fund 14th Annual Medical Conference

**"THE REHABILITATION OF NEUROBEHAVIORAL DISORDERS"**                  10/23/2014
Minnesota Brain Injury Conference

**"DISORDERS OF CONSCIOUSNESS:  MINIMAL COMPETENCY GUIDELINES"**       10/9 & 10/10/2014
Presentation Participant
American Congress of Rehabilitation Medicine
Orlando, Florida

**"CURRENT TRENDS IN BRAIN INJURY NEURO REHABILITATION"** – KEYNOTE SPEAKER    09/12/2014
14TH Annual – On With Life – Brain Injury Rehabilitation Fall Conference
Ankeny, Iowa

**"SEVERE TRAUMATIC BRAIN INJURY AS A CONSEQUENCE OF EXTREME SPORTS"**      6/13/2014
1ST Annual International Extreme Sports Medicine Congress
CU Sports Medicine, University of Colorado
Boulder, CO

**"ADVANCES IN PHARMACOLOGIC REHABILITATION FOLLOWING TBI"**      04/30 – 5/2/2014
**"ACUTE BRAIN INJURY MEDICINE AND REHABILITATION MANAGEMENT FOLLOWING TBI"**
**"SYSTEMS OF CARE FOLLOWING CATASTROPHIC TBI AND POLYTRAUMA: A CASE PRESENTATION"**
2ND Quadrennial Alaska Brain Injury Conference/NABIS
Anchorage, Alaska

**"CONTEMPORARY INNOVATIONS IN BRAIN INJURY NEUROREHABILITATION"**      04/04-04/5/2014
2014 Brain Injury Conference: The Future of Rehabilitation Litigation Trial Lawyers Association
   of British Columbia
Vancouver, BC

**"SEVERE TRAUMATIC BRAIN INJURY AS A CONSEQUENCE OF EXTREME SPORTS"**      06/13/2014
1ST Annual International Extreme Sports Medicine Congress
Boulder, CO

**(1) ADVANCES IN PHARMACOLOGIC REHABILITATION FOLLOWING TBI**      04/30 – 05/2/2014
**(2) ACUTE BRAIN INJURY MEDICINE AND REHABILITATION MGMT FOLLOWING TBI**
**(3) SYSTEMS OF CARE FOLLOWING CATASTROPHIC TBI AND POLYTRAUMA: A CASE PRESENTATION**
2nd Quadrennial Alaska Brain Injury Conference cosponsored with NABIS
Anchorage, Alaska

**CONTEMPORARY INNOVATIONS IN BRAIN INJURY NEUROREHABILITATION.**      04/04-04/05/2014
Plenary Lecture.  The Future of Rehabilitation Litigation – Trial Lawyers Association
British Columbia - Canada

**"PHARMACOLOGICAL REHABILITATION OF NEUROBEHAVIORAL DISORDERS**      04/30/14
   **FOLLOWING TBI"**
St. Elias Specialty Hospital, Anchorage, Alaska

**POSTTRAUMATIC HYDROCEPHALUS: CLINICAL CHARACTERISTIC**      03/19-03/22/2014
   **AND REHABILITATION OUTCOMES.**  (**Weintraub A**, Gerber D, Gerhart K, Makley M.)
Poster presentation at the Tenth World Congress on Brain Injury. San Francisco, CA.  .

**"BRAINS AND BONES"**      03/11/14
Swedish Medical Center Grand Rounds (with Gary Maerz, MD)

**"REHABILITATION PHARMACOTHERAPY IN SEVERE TBI: A CONCEPTUAL**      12/05/13
   **EVIDENCE INFORMED MODEL"**
Denver Health Medical Center – Neurotrauma Grand Rounds

**"PHARMACOLOGY IN BRAIN INJURY REHABILITATION: A CONCEPTUAL APPROACH**      05/09/13
**TO NEUROBEHAVIORAL DISORDERS"**
Learning Services Symposium – Challenges in the Continuum of Care following a TBI

**"21ST CENTURY INNOVATIONS IN BRAIN INJURY REHABILITATION"**      04/11/13
**KEYNOTE SPEAKER –** Minnesota Brain Injury Alliance
Minneapolis, MN

**PHARMACOLOGIC REHABILITATION OF NEUROBEHAVIORAL DISTURANBCES**      04/11/13
   **FOLLOWING TRAUMATIC BRAIN INJURY**
Minnesota Brain Injury Alliance

Minneapolis, MN

| | |
|---|---|
| **"THE STATE OF THE ART IN BRAIN INJURY TREATMENT & REHABILITATION KEYNOTE SPEAKER** - Brain Injury Alliance – Iowa<br>From Research to Reality – Best Practices in Brain Injury Service Delivery<br>West Des Moines, Iowa | 03/08/13 |
| **"ADVANCES IN CATASTROPHIC BRAIN INJURY NEUROREHABILITATION"**<br>Zenith Insurance Company<br>San Diego, CA | 01/24/13 |
| **"CURRENT CONCEPTS OF SCI REHABILITATION – WHAT CASE MANAGERS NEED TO KNOW"**<br>Zenith Insurance Company<br>San Diego, CA | 01/24/13 |
| **"MILITARY RELATED TRAUMATIC BRAIN INJURIES"**<br>Guest Interviewee on "Studio 12," PBS/Colorado Public Television | 11/7/12 |
| **"21ST CENTURY INNOVATION IN BRAIN INJURY MEDICINE AND REHABILITATION"**<br>International Symposium on Life Care Planning<br>Denver, CO | 9/23/12 |
| **"PHARMACOLOGICAL REHABILITAITON OF NEUROCOGNTIIVE AND BEHAVIORAL DISTURBANCES IN THE BRAIN INJURED ADULT"**<br>International Symposium on Life Care Planning – Pre-Course<br>Denver, CO | 9/20/12 |
| **"21st CENTURY INNOVATIONS IN BRAIN INJURY MEDICINE AND REHAB"**<br>North American Brain Injury Society<br>Miami, FL | 9/15/12 |
| **"SERVICE UTILIZATION IN THE COMMUNITY: DEVELOPMENT OF STRATIFICATIONS OF CARE"**<br>Poster Presentation (with J, Anderson, C. Mason, A Siebert)<br>North American Brain Injury Association | 9/12/12 |
| **"PHARMACOLOGIC REHABILITAITON OF NEUROBEHAVIORAL DISTURBANCES FOLLOWING TRAUMATIC BRAIN INJURY"**<br>World Federation for NeuroRehabilitation, Biennial Congress<br>Melbourne, Australia | 05/19/12 |
| **"21ST CENTURY INNOVATIONS IN BRAIN INJURY REHABILITATION"**<br>Learning Services<br>Lakewood, CO | 04/19/12 |
| **"RECOVERY, REHABILITAITON AND OUTCOMES IN CATASTROPHIC TBI: IMPORTANCE AND PERSPECTIVES"**<br>Pinnacol Assurance<br>Denver, CO | 03/13/12 |
| **"NEW HORIZONS IN THE FIELD OF BRAIN INJURY MEDICINE AND NEUROREHABILITATION"**<br>Touchstone/Nexus Neurorecovery Network<br>Houston, TX | 11/18/11 |
| **"21ST CENTURY INNOVATIONS IN THE CARE AND REHABILITATION OF TBI"**<br>29th Annual Conference of the Brain Injury Alliance of Colorado (BIAC) – Keynote Speaker<br>Denver, CO | 10/12/11 |

**"BRAIN INJURY PHARMACOLOGY"**
Swedish Medical Center, Family Practice Residency Program
08/02/11

**"NEUROPHARMACOLOGIC REHAB IN THE BRAIN INJURY ADULT"**
Insurance Rehabilitation Study Group (IRSG) 46th Annual Meeting
San Diego, CA
04/12/11

**"ADVANCES IN BRAIN INJURY REHAB: SEARCHING FOR THE CURE"**
Pacific NW Brain Injury Association Conference – Keynote Speaker
Portland, OR
04/04/11

**"THE NEUROSCIENCE OF BRAIN INJURY REHAB: PRACTICAL APPROACHES
    TO LONG TERM MANAGEMENT"**
University of Idaho's TBI Webinar
03/09/11

**"SPORTS CONCUSSIONS"**
Sports Medicine Symposium – USA Rugby Conference
Las Vegas, NV
02/11/11

**"SPASTICITY AND TBI"**
Joint Meeting – National Association of State Head Injury Administrators and
    North American Brain Injury Society
Minneapolis, MN
10/07/10

**"TREATMENT OF TRAUMATIC BRAIN INJURY AT THE LONG TERM CARE
  HOSPITAL:  CHALLENGES AND OPPORTUNITIES"**
The National Association of Long Term Hospitals
Dallas, TX
10/23/09

**"TBI REHAB"**
Farmers Insurance Claims Executives
Presentation at Craig Hospital
Englewood, CO
10/14/09

**"STATE OF THE ART BRAIN INJURY REHABILITATION"**
Paradigm Healthcare – Case Managers
Presentation at Craig Hospital
Englewood, CO
6/19/07

**"TRAUMATIC BRAIN INJURY NEUROLOGICAL RECOVERY PATTERNS:
IMPLICATIONS FOR THE REHABILITATION THERAPIST IN
TREATMENT PLANNING"**
TBI Model Systems Leadership Conference
Denver, CO
5/17/07

**"STATE OF THE ART INTERVENTIONS FOR TRAUMATIC BRAIN INJURY
 PATIENTS AND FAMILIES"**
Brain Injury Association of Utah
3/07/07

**"NEUROPHARMACOLOGIC ADVANCES AND TRAUMATIC BRAIN INJURY"**
California Brain Injury Association
Napa, CA
9/01/06

**"CATASTROPHIC TRAUMATIC BRAIN INJURY – EVIDENCE-BASED PRACTICES"**
Colorado Trauma Society
Denver, CO
6/16/06

**"OUTCOME ORIENTED TRAUMATIC BRAIN INJURY REHAB –
    PREDICTORS, SYSTEMS OF CARE AND COMMUNITY REINTEGRATION"**
Annual Colorado State Rehabilitation Counselors Conference
5/24/06

Denver, CO

**"BENCH SCIENCE MEETS TBI CLINICAL PRACTICE, A NEUROREHABILITATION**                    8/11/05
**PERSPECTIVE"**
6th Annual University of California Neurotrauma Meeting
Ojai, California

**"FACTORS ASSOCIATED WITH FATIGUE AFTER TRAUMATIC BRAIN INJURY"**                    09/11/04
ACRM-ASNR Joint Conference
Ponte Vedra Beach, FL
(Paper presented by Amitabh Jha MD – Alan Weintraub, et al contributed to study)

**"ADVANCES IN TRAUMATIC BRAIN INJURY NEUROREHABILITATION"**                    06/18/04
Eleventh Annual Brain Injury Conference – Mayo Clinic
Rochester, MN

**"PHARMACOLOGIC REHABILITATION OF NEUROCOGNITIVE AND BEHAVIORAL**
**DISTURBANCES IN THE BRAIN INJURED ADULT"**                    06/18/04
Eleventh Annual Brain Injury Conference – Mayo Clinic
Rochester, MN

**"PHARMACOLOGIC REHABILITATION IN THE ADULT TBI PATIENT"**                    04/02/04
Centre for Neuro Skills
Bakersfield, CA

**"BRAIN INJURY NEUROLOGICAL RECOVERY PATTERNS"**                    11/11/03
Montana State Fund – 3rd Annual Education Conference
Helena, Montana

**"TRAUMATIC BRAIN INJURY – ADVANCES & INTERVENTIONS"**                    11/11/03
Montana State Fund – 3rd Annual Education Conference
Helena, Montana

**"TRAUMATIC BRAIN INJURY NEUROLOGIC RECOVERY PATTERNS:**
 **IMPLICATIONS FOR THE REHABILITATION THERAPIST IN TREATMENT PLANNING"**  04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"REHABILITATIVE PHARMACOTHERAPY AND FRONTAL BRAIN DYSFUNCTION"**                    04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"CASE STUDIES IN DYSPHAGIA MANAGEMENT:  ASSESSMENT, THERAPY AND**
 **MEDICAL TREATMENT"**                    04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"TRAUMATIC BRAIN INJURY CASE MANAGEMENT**                    02/18/03
Case Management Society of American – Rocky Mtn. Chapter
Denver, CO

**'TRAUMATIC BRAIN INJURY ISSUES"**                    01/28/03
Regis University, Physical Therapy Department

**"TBI EVALUATION, PREDICTORS AND REHABILITATION CONCEPTS"**                    12/2002
University of Hawaii
Trauma Grand Rounds

**"NEUROPHARMACOLOGIC TRENDS IN ACUTE AND CHRONIC TBI MANAGEMENT"**                    12/2002
University of Hawaii

Department of Neurotrauma

**"TBI REHABILITATION: NEW DEVELOPMENTS & TRENDS"**                     09/19/02
2002 Governor's Conference on Workers' Compensation & Occupational Safety and Health
West Yellowstone, MT

**"SEARCHING THE CURE"**                                               06/29/02
The Brain Injury Symposium
Honolulu, Hawaii

**"NEUROPHARMACOLOGY OF THE FRONTAL LOBES"**                          06/28/02
The Brain Injury Symposium
Honolulu, Hawaii

**"TRAUMATIC BRAIN INJURY REHABILITATION"**                           05/13/02
Western Association of Workers' Compensation Boards
Denver, Co

**"CONCUSSION:  A MEDICAL STANDPOINT"**                               03/23/02
Trainers/Coaches State Conference
Denver, Co

**"PATHOPHYSIOLOGY & MEDICAL MANAGEMENT OF TRAUMATIC BRAIN INJURY**   03/12/02
Regis University, Department of Physical Therapy
Denver, Co

**"TBI SYSTEMS OF CARE"**                                             3/7 – 3/8/02
Speaker/Facilitator (Private/Public Agencies)
Hawaii

**"BRAIN INJURY REHAB"**                                              02/27/02
Pinnacol Insurance Seminar
Denver, Co

**"TRAUMATIC BRAIN INJURY, THE CUTTING EDGE"**                        11/30 – 12/01/01
Brain Injury Association Meeting
Hawaii

**"OVERVIEW OF TRAUMATIC BRAIN INJURY REHABILITATION"**               11/13/01
Colorado Case Management Association Meeting
Craig Hospital, Englewood, Co

**"LATEST DEVELOPMENTS IN TRAUMATIC BRAIN INJURY"**                   10/11 – 10/12/01
Louisiana Workers Compensation Corporation Annual Meeting
New Orleans, LA

**"LATEST DEVELOPMENTS IN TRAUMATIC BRAIN INJURY"**                   10/11 – 10/12/01
Occupational Medicine 2001:  New Challenges, Best Practices
Southern Physical Rehab Network & Tenet HealthSystem

**"TRAUMATIC BRAIN INJURY"**                                         08/02/01
Louisiana Workers Compensation & Gen Cologne Re
Craig Hospital, Englewood, CO

 **"CATASTROPHIC TRAUMATIC BRAIN INJURY – ADVANCES IN
    INTERVENTION AND VIDEO VIGNETTES"**
Fourteenth Annual Trauma Symposium                                   07/31/01
Stanford Hospital & Clinics

**"SPORT CONCUSSION MANAGEMENT IN THE PROFESSIONAL ATHLETE"**                    06/26/01
Professional Hockey Athletic Trainers & Equipment Mangers Annual Conference
Palm Springs, CA

**"TBI MODEL SYSTEMS PROGRAM"**                    05/22/01
Colorado Workers Compensation Special Funds Unit

**"ADVANCES IN BRAIN INJURY TREATMENT"**                    4/20/01
American Association of Legal Nurse Consultants
Broomfield, Colorado

**"CATASTROPHIC SPINAL CORD AND BRAIN INJURY"**                    04/04 – 04/05/01
Zenith Insurance
Sarasota, Florida

**"OVERVIEW OF TBI REHAB"**                    03/22/01
Regis University, Department of Physical Therapy
Denver, CO

**"ACUTE CARE AND REHABILITATION"**                    01/18/01
Understanding Traumatic Brain Injury for the Clergy
Craig Hospital
Englewood, Colorado

**"SEARCHING THE CURE: REALITY VS. HOPE"**                    12/09/00
2000 Brain Injury Symposium
Hawaii Convention Center
Honolulu, Hawaii

**"RECOGNIZING AND COORDINATING CATASTROPHIC INJURY"**                    09/27/00
55th Annual Florida Workers' Compensation Educational Conference
Orlando, Florida

**"TRAUMATIC BRAIN INJURY AND REHABILITATION"**                    07/25/00
28th Annual WAWCB Conference
Coeur d'Alene, Idaho

**"ADVANCES IN THE FIELD OF CATASTROPHIC TRAUMATIC BRAIN INJURY"**                    06/26-27/00
Zenith and General Reinsurance
Sarasota/Orlando, Florida

**"TRAUMATIC BRAIN INJURY AND REHABILITATION"**                    06/25/00
28th Annual Western Association of Workers Compensation Boards
Idaho

**"PHARMACOLOGIC REHABILITATION OF THE BRAIN INJURED ADULT"**                    06/12/00
5th Annual Traumatic Brain Injury/Spinal Cord Injury Research Symposium
University of Kentucky
Lexington, Kentucky

**"PHARMACOLOGY AND TRAUMATIC BRAIN INJURY"**                    06/06/00
University Hospital, Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"TRAUMATIC BRAIN INJURY REHABILITATION: "NEW DEVELOPMENTS AND TRENDS"**                    03/24/00
Educational Planning Committee, Inc.  NCARIP/NCNARPPS

**"PATHOPHYSIOLOGY AND MEDICAL MANAGEMENT OF TRAUMATIC BRAIN INJURY"**                    03/14/00
Regis University

Denver, Colorado

**"VIOLENCE AS A CAUSE OF TBI IN COLORADO"**                                      10/07-09/99
**"AN OVERVIEW OF THE TBI MODEL SYSTEM"**
Brain Injury Association of Colorado
17th Annual Conference
Vail, Colorado

**"BRAIN INJURY TREATMENT AND REHABILITATION"**                        10/05/99
Idaho Industrial Commission
1999 Annual Workers' Compensation Seminar
Boise, Idaho

**"PHARMACOLOGICAL APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**   09/29/99
Wyoming Medical Center – Grand Rounds
Cheyenne, Wyoming

**"SPORTS RELATED CONCUSSION"**                                                    09/07/99
Denver Broncos Sports Medicine Clinic In service
Englewood, Colorado

**"RECENT DEVELOPMENTS IN THE FIELD OF TRAUMATIC BRAIN INJURY"**   07/28/99
ROSE Fifteenth Annual Seminar
Minneapolis, Minnesota

**"ADVANCES IN TBI CARE FOR SCHOOL-AGED CHILDREN"**                  05/21/99
State School Nurses Conference
Denver, Colorado

**"NEUROPHARMACOLOGICAL APPROACHES TO FRONTAL BRAIN**                05/12/99
**DYSFUNCTION"**
Lectureship – San Juan Regional Medical Center
Farmington, New Mexico

**"ADVANCES IN TBI REHABILITATION"**                                            05/02/99
Searching the Cure
Insurance Rehabilitation Study Group
San Francisco, California

**"OVERVIEW TBI MODEL SYSTEMS"**                                                04/22/99
BIAC Board Meeting
Englewood, Colorado

**"SPORTS RELATED CONCUSSION"**                                                    03/20/99
Bronco's Sports Medicine Rehabilitation Symposium                            03/02/99
Denver, Colorado

**"SEARCHING THE CURE: REALITY VS. HOPE"**                                    03/18/99
Brain Injury Association of Iowa
Emerging Practices in BI Service Delivery
Desmoines, Iowa

**"NEW DEVELOPMENTS IN TRAUMATIC BRAIN INJURY REHAB"**            02/27/99
San Juan Regional Medical Center Trauma Conference
Trauma: Scene to Salvage '99
Farmington, New Mexico

**"RECENT DEVELOPMENTS IN BRAIN INJURY**                                      02/19/99

Craig Hospital Grand Rounds
Englewood, Colorado

**"TBI MODEL SYSTEMS AND THE ROCKY MOUNTAIN REGIONAL BRAIN INJURY SYSTEM"**                                                                02/09/99
Craig Hospital Grand Rounds
Englewood, Colorado

**"NEUROMEDICAL CONSEQUENCES OF BRAIN INJURY: ADVANCED TREATMENT CONCEPTS"**                                                            11/20/98
**"THE CUTTING EDGE: MOVING LIFE CARE PLANNING TO THE NEXT LEVEL"**
Life Care Planning Conference
Atlanta, Georgia

**"INTRATHECAL BACLOFEN THERAPY IN ABI DISCUSSION GROUP"**                                                                             11/06/98
AAPM&R-Medtronics Meeting
Seattle, Washington

**"POTENTIALLY NEW MEDICATIONS TO TREAT SPASTICITY DUE TO ACQUIRED BRAIN INJURY"**                                                    11/05/98
AAPM&R Meeting
Seattle, Washington

**PHARMACOLOGY AND TBI"**                                                                                                              11/01/98
**"OUTPATIENT SERVICE UTILIZATION POST TBI"** POSTER
**"TBI OUTCOMES AND VIOLENCE"** POSTER
**"TBI COGNITIVE HEALTH"** POSTER
**"ATYPICAL TBI RECOVERY PATTERNS"** POSTER
BIA National
New Orleans, Louisiana

**"PHARMACOLOGICAL APPROACHES TO THE FRONTALLY IMPAIRED"**                                                                             10/23/98
Plastic Surgery Lectureship
Swedish Medical Center
Englewood, Colorado

**"TBI REHAB AND MANAGEMENT"**                                                                                                         10/13-14/98
Swiss Re America
Denver, Colorado

**"ADVANCES IN TBI REHAB"**                                                                                                            10/08-09/98
**"SEARCHING THE CURE: REALITY VS. HOPE"**
**"SPASTICITY/DYSTONIA AND OTHER PHYSICAL SEQUELAE"**
Brain Injury Association of Colorado
Vail, Colorado

**"TBI REHAB"**
AIG Insurance                                                                                                                          02/10/98
Phoenix, Arizona

**"INJURY SEVERITY, RECOVERY PATTERNS AND PREDICTIVE OUTCOME IN SEVERE HEAD INJURY"**                                                 10/28/97
11th Annual Stanford Trauma Symposium
Mystery and Intrigue of Trauma II
Stanford, California

**"SPORTS RELATED REPETITIVE MILD BRAIN INJURIES"**                                                                                    10/17/97
Penrose Hospital 10th Annual Trauma Symposium
Colorado Springs, Colorado

**"BRAIN INJURY: RECOVERY PATTERNS AND PREDICTORS OF OUTCOME"**                    10/09/97
**"ADVANCES IN NEUROPHARMACOLOGIC RESEARCH IN
CATASTROPHIC SCI AND TBI"**
2nd Annual Life Care Planning Conference
Outcomes and Accountability
New Orleans, Louisiana

**"NEUROPHARMACOLOGIC APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**                    10/03/97
**"ATYPICAL RECOVERY PATTERNS FOLLOWING TBI"**
Brain Injury Association of Colorado
Vail, Colorado

**COMPREHENSIVE TBI TRAINING SEMINAR**                    03/07/97
Prudential Case Management Training Seminar
Craig Hospital, Englewood, Colorado

**"THE NEUROLOGY OF BRAIN INJURY"**                    03/01/97
TBI Educators' Conference
Denver, Colorado

**"TBI - AN OVERVIEW OF THE SILENT EPIDEMIC"**                    02/12/97
PCA Solutions - Workers' Compensation
Orlando, Florida

**"NEUROPHARMACOLOGIC APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**                    02/09/97
Craig Hospital's Annual Medical Staff Meeting
Englewood, Colorado

**"CURRENT TRENDS AND SYSTEMS OF CARE"**                    12/9-10/96
HCBS-BI Case Managers Training
Department of  Health Care Policy and Financing
Office of Public and Private Initiatives
Denver, Colorado

**"ATYPICAL RECOVERY PATTERNS FOLLOWING TRAUMATIC BRAIN**                    11/23-24/96
**INJURY IN MULTIPLE SCLEROSIS PATIENTS"**
Scientific Poster and Paper
International Association for the Study of Traumatic Brain Injury
Melbourne, Australia

**"MANAGEMENT OF CATASTROPHIC INJURY CLAIMS"**                    10/3-4/96
Chartered Property Casualty Underwriters
Denver, Colorado

**"HETEROTOPIC OSSIFICATION IN TBI PATIENTS"**                    09/11/96
Symposium
O'Hare Rehabilitation Center
Denver, Colorado

**"STROKE REHABILITATION"**                    06/96
Bethany Healthplex
Denver, Colorado

**"THE FRONTAL LOBE SYNDROME"**                    02/96
Learning Services
Lakewood, Colorado

**"THE NEUROLOGIC EXAMINATION IN TBI"**                    11/16/95
Metro State College - Speech Department
Denver, Colorado

**"NEUROMEDICAL CONSEQUENCES OF TRAUMATIC BRAIN INJURY AN**    08/25-26/95
**INTERDISCIPLINARY APPROACH"**
Missoula, Montana

**"TBI MODELS OF CARE AND SUBSTANCE ABUSE" (Interviewer)**    08/25-26/95
 Northern Rockies Brain Injury Symposium
Missoula, Montana

**"PCA SOLUTIONS - STATE OF THE ART ISSUES IN TRAUMATIC BRAIN INJURY CARE"**  03/31/95
Workers' Compensation Insurance Group
Orlando, Florida

**"ADVANCES IN NEUROLOGICAL ASPECTS OF BRAIN INJURY REHABILITATION"**   12/13/94
Learning Services
Lakewood, Colorado

**"MEDICAL AND REHABILITATION MANAGEMENT OF TBI"**         12/5/94
Metlife Training Seminar
Craig Hospital
Englewood, Colorado

**"THE NEUROLOGICAL EXAMINATION -- A FUNCTIONAL MODEL"**      10/27/94
Speech  Department Lectureship Series
Metro State University
Denver, Colorado

**"TRAUMATIC BRAIN INJURY -- A CATASTROPHIC INJURY MODEL"**    09/20/94
Two Lectureships
49th Annual Florida workers' Compensation Educational Conference
Orlando, Florida

**"CUTTING EDGE ISSUES IN TBI"**                          01/10/94
Case Managers Seminar
Bear Creek Learning Services
Lakewood, Colorado

**"OVERVIEW OF TRAUMATIC BRAIN INJURY REHABILITATION"**      11/18/93
General Re-insurance Seminar
Craig Hospital
Englewood, Colorado

**"PRINCIPLES OF LOW PRESSURE DRAINAGE FOR THE TREATMENT**    11/03/93
**OF NEUROGENIC BLADDER COMPLICATIONS"**
55th  Annual Assembly
American Academy of Physical Medicine and Rehabilitation
Miami, Florida

**MODERATOR - "TBI SCIENTIFIC PAPER SESSIONS"**           11/02/93
55th Annual Assembly
American Academy of Physical Medicine and Rehabilitation
Miami, Florida

**"CUTTING EDGE ISSUES IN TBI CARE: AN OVERVIEW"**         09/15/93
Metropolitan Life Insurance Seminar
Miami, Florida

**"PATHOPHYSIOLOGY AND RECOVERY PATTERNS OF TRAUMATIC**                                    04/08/93
**SUBCORTICAL INJURIES"**
Brain Injury Program - Grand rounds
Craig Hospital
Englewood, Colorado

**"BRAIN INJURY - THE SILENT EPIDEMIC"**                                                  03/15/93
Issues of the 90's Lectureship
Cherry Creek High School
Englewood, Colorado

**"COMPREHENSIVE REHABILITATION: REIMBURSEMENT PERSPECTIVES**                              11/13/92
**A PHYSICIANS ROLE - CONFRONTING OUR FUTURE"**
American Academy of Physical Medicine and Rehabilitation
54th Annual Assembly
San Francisco, California

**MODERATOR: TBI SCIENTIFIC PAPER SESSIONS**                                              11/13/92
54th Annual Assembly
American Academy of Physical Medicine and Rehabilitation
San Francisco, California

**"THE SPECTRUM OF TRAUMATIC BRAIN INJURY"**                                              11/12/92
Workers Compensation Reinsurance Bureau
Newark, New Jersey

**"OVERVIEW OF TBI"**                                                                     03/26/92
**"MECHANISMS OF TBI"**
**"NEUROLOGIC RECOVERY PATTERNS OF TBI"**
State Farm Insurance Conference
Denver, Colorado

**"PREVENTION OF TBI AND THE USE OF BICYCLE SAFETY HELMETS"**                             01/09/92
Craig Hospital - Brain Injury Program - Grand Rounds

**"ACUTE NEUROPHARMACOLOGIC MANAGEMENT IN TBI PATIENTS"**                                 12/13/91
Swedish Trauma Service Rounds

**"PREVENTION OF TBI AND THE USE OF BICYCLE SAFETY HELMETS"**                             11/12/91
Colorado Medical Society
Denver, Colorado

**"RECOVERY PATTERNS FOLLOWING HYPOXIA-ISCHEMIC**                                         10/19/91
**CEREBRAL INJURY"**
Heritage Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF TRAUMATIC BRAIN INJURY"**                                                  09/18/91
Executive Risk Consultants, Inc.
Altamonte Springs, Florida

**"BRAIN INJURY REHABILITATION: BEHAVIORAL PROBLEMS**                                     08/13/91
**AND CHOICE OF MEDICATION"**
Bethesda Psych Hospital
Denver, Colorado

**"THE SILENT EPIDEMIC - TRAUMATIC BRAIN INJURY"**                    06/91
Thousand Points of Light
Colorado Head Injury Foundation Benefit

**"THE REALITIES OF BRAIN INJURY"**                                  04/26/91
The National Head Injury Foundation
Denver, Colorado

**"NEUROPHARMACOLOGY IN BRAIN INJURY"**                              04/25/91
Head Injury Association
Detroit, Michigan

**"NEUROPHARMACOLOGY IN BRAIN INJURY"**                              04/19/91
American Speech and Language Association
Denver, Colorado

**"NEUROPHARMACOLOGICAL APPROACHES IN BRAIN INJURED REHABILITATION"**   04/11-13/91
Colorado Speech-Language-Hearing Association
Lakewood, Colorado

**INTRODUCTION - CO-MODERATOR "THE CUTTING EDGE"**                   01/14/91
9th Annual Southwest Brain Injury Conference
Vail, Colorado

**"DISCHARGE PLANNING FROM A PHYSICIAN'S PERSPECTIVE"**              07/27/90
Colorado Head Injury Foundation - Case Manager's Conference
Denver, Colorado

**"PHARMACOLOGIC MANAGEMENT IN BRAIN INJURY"**                       03/06/90
INSERVICE - Nursing Staff Craig Hospital
Englewood, Colorado

**MODERATOR - "HEAD INJURY SCIENTIFIC PAPERS"**                      02/13/90
8th Annual Southwest Head Injury Symposium
Sedona, Arizona

**CO-ORGANIZER - "NEURO-ANATOMY COURSE"**                            02/90
Colorado Neurologic Institute

**"HETEROTOPIC OSSIFICATION FOLLOWING CENTRAL**                      01/19/90
**NERVOUS SYSTEM INJURY"**
Colorado Society of Rehabilitation Nursing
Denver, Colorado

**"FACTS, MYTHS AND REALITIES"**
**"SPECTRUM OF TRAUMATIC BRAIN INJURY: RECOVERY PATTERNS,**          02/24/89
**COMPLICATIONS AND SEQUELAE"**
**"TRAUMATIC BRAIN INJURY: TYPES OF INJURY, INITIAL EVALUATION**
**AND TREATMENT VEGETATIVE STATES"**
Colorado Trial Attorneys Update, Colorado Head Injury Foundation
Denver, Colorado

**MODERATOR - "HEAD INJURY SCIENTIFIC PAPERS"**                      01/30/89
7th Annual Southwest Head Injury Symposium
Options for the 1990's - Opportunities for Success
Park City, Utah

**"USE OF PHARMACOLOGIC AGENTS IN TBI"**                             01/19-20/89
**"PEDS REHAB '89"**
**"MANAGEMENT OF SPASTICITY AND HEAD INJURY"**

Children's Hospital
Denver, Colorado

**"TRAUMATIC BRAIN INJURY - AN OVERVIEW"**                                    01/13/89
3rd Annual Winter Conference
The Workers' Compensation Education Association
Denver, Colorado

**"OVERVIEW OF TRAUMATIC BRAIN INJURY AND REHABILITATION**                    12/12/88
**SYSTEMS OF CARE"**
Swedish Medical Center Neurosensory Meeting
Englewood, Colorado

**"QUANTITATIVE BONE LOSS AFTER SPINAL CORD INJURY"**                         10/30-11/04/88
American Congress of Rehabilitation Medicine
American Academy of Physical Medicine and Rehabilitation
Seattle, Washington

**"MECHANISMS OF BRAIN INJURY"**                                              10/22/88
**"MINOR HEAD INJURY: CENTRAL NERVOUS SYSTEM SPASTICITY"**
Second Annual Pacific Coast Brain Injury Association
B.C. Head Injury Association & Western Rehabilitation Society
Richmond, B.C.

**"TRAUMATIC BRAIN INJURY: A SYSTEM OF CARE"**                                10/07/88
North American Reinsurance
Craig Hospital
Englewood, Colorado

**"THE USE OF PHARMACOLOGICAL AGENTS IN BRAIN INJURED PATIENTS"**             08/19-21/88
Colorado Head Injury Foundation, Inc.
6th Annual Family/Professional Conference
Colorado Springs, Colorado

**"OVERVIEW OF HEAD INJURY"**                                                 07/88
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"**                         05/20/88
Robert Wood Johnson Institute
Edison, New Jersey

**"MEDICAL/NEUROLOGICAL AND REHABILITATION SEQUELAE**                         05/04/88
**FOLLOWING TRAUMATIC BRAIN INJURY"**
University of Colorado Residency Lectureship
Denver, Colorado

**"PATHOPHYSIOLOGY AND RECOVERY PATTERNS FOLLOWING**                          05/02/88
**TRAUMATIC BRAIN INJURY"**
University of Colorado Residency Lectureship
Denver, Colorado

**"MECHANISMS AND SEQUELAE MANAGEMENT OF TRAUMATIC BRAIN INJURY"**            04/29/88
Disability Management 1988 - Current Legal and Medical Developments
Denver, Colorado

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"**                         01/10-13/88

6th Annual Southwest Head Injury Symposium
Lake Tahoe, Nevada

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"**                01/07/88
Heritage Rehabilitation Center
Denver, Colorado

**"HETEROTOPIC OSSIFICATION IN THE HEAD INJURED ADULT"**            12/10/87
Swedish Medical Center Neurotrauma Unit In service
Englewood, Colorado

**"HETEROTOPIC OSSIFICATION IN THE HEAD INJURED ADULT"**            11/20/87
Craig Hospital, Grand Rounds
Englewood, Colorado

**"OVERVIEW OF HEAD INJURY"**                                        10/87
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**DISCUSSANT - "SCIENTIFIC PAPER PRESENTATION (HEAD TRAUMA)"**      10/19/87
49th Annual Assembly American Academy of Physical Medicine and Rehabilitation
Orlando, Florida

**"HETEROTOPIC OSSIFICATION AND THE TBI ADULT"**                   10/17/87
49th Annual American Academy of Physical Medicine and Rehabilitation
Orlando, Florida

 **"HEAD INJURY AND SEQUELAE"**                                     07/24/87
Northern Colorado Medical Record Association
Boulder, Colorado

**"RECOVERY PATTERNS, TREATMENTS, COMPLICATIONS AND SEQUELAE"**     06/18/87
Management of the Head Injury Patient: The Long Term Perspective
Physicians' Home Care
Englewood, Colorado

**"GUNSHOT WOUND IN SPINAL CORD INJURY"**                          03/19-24/87
**"MANAGEMENT OF SPASTICITY"**
Fourth Annual Physical Medicine Short Course
Fitzsimons Army Hospital
Aurora, Colorado

**"SEQUELAE OF HEAD INJURY"**                                       03/87
Regency Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF HEAD INJURY"**                                       02/87
Regency Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF HEAD INJURY RELATED TO SKIING"**                     01/87
Winter Park Handicap Ski Program
Winter Park, Colorado

**"OVERVIEW OF HEAD INJURY"**                                       01/87
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**"HETEROTOPIC OSSIFICATION"**                                      08/86
Orthopaedic Section Conference
Swedish Medical Center, Englewood, Colorado

**"OVERVIEW OF HEAD INJURY"**                                       07/86
University of Colorado
Resident Lectureship
Denver, Colorado

**"THE HEAD INJURY PROGRAM"**                                       06/19/86
St. Anthony's Rehabilitation Department
Denver, Colorado

**"OVERVIEW OF SPINAL INJURY"**                                     06/09/86
South Denver Paramedic/EMT Conference
Swedish Medical Center
Englewood, Colorado

**"GUNSHOT WOUNDS TO THE SPINE"**                                   05/17/86
Craig Hospital Grand Rounds
Englewood, Colorado

**"SPASTICITY"**                                                    04/03/86
Centre for Neuro Skills
Bakersfield, California

**"HETEROTOPIC OSSIFICATION"**                                      03/86
Regency Hospital
Denver, Colorado

**"MULTIPLE IN SERVICES TO TBI INTERDISCIPLINARY TEAM**            1986-present
**ON "CLINICAL TBI ISSUES"**

**TRAINING OF MEDICAL STUDENTS, RESIDENTS AND FELLOWS**             1986-present
**IN "ISSUES RELATED TO TBI CLINICAL"**

**"GUNSHOT WOUNDS OF THE SPINE"**                                   12/85
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"HYPERTENSION IN HEAD INJURY"**                                   08/85
Pediatric In service
Children's Hospital
Denver, Colorado

**"AUTONOMIC HYPERREFLEXIA"**                                       08/84
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"STEROID MYOPATHY"**                                              02/84
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"DEPRESSION AND CNS DISORDERS"**                                  05/83
Grand Rounds

University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"REFLEX SYMPATHETIC DYSTROPHY"**                                        04/83
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado