# CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

**Education**
1979  Bachelor of Science Degree in Nursing, University of Tennessee, Knoxville, TN

**Conferences/Seminars** (contact hours)
2017  Association of Rehabilitation Nursing (12.0) covering: Catastrophic Case Management; Life Care Plans; Forensic Rehabilitation

  Association of Rehabilitation Nursing (5.0) covering: Challenges of Family Caregivers of Veterans Diagnosed with Traumatic Brain Injury; Changes in Payment Regulation and Acute Care Use of Total Hip Replacement; Trends in Length of Stay

  Association of Rehabilitation Nursing (1.0) covering Alternative Practices in Rehabilitation Nursing

  Association of Rehabilitation Nursing (1.0) covering Experience with Mirror Therapy

  American Nurses Association (1.4), Enteral Nutrition Update

  American Nurses Association (1.3), Chronic Pain

  Association of Rehabilitation Nursing (0.5), Pediatric Sepsis

2016  Certified Case Manager Workshop Certification (14.0) covering Current and Future Practice of High Quality Case Management and Patient Centered Case Management Services

  Association of Rehabilitation Nursing (1.0) covering Factor Influencing Outpatient Cardiac Rehabilitation Attendance

2015  Certified Rehabilitation Registered Nurse Review (18.0) Seminar covering: Life Care Planning; Ethical Issues; Changes in Health Care; New Therapies, Cardiac Rehabilitation; Traumatic Brain Injury; Pain Management; Spinal Cord Injury/Musculoskeletal/Orthopedic Disorders; Stroke; Pediatric Rehabilitation; Management of Aortic Stenosis

2014  Certified Rehabilitation Registered Nurse Review Seminar (42.5)
  Rehabilitation of Brain Injury, CRRN (12.0)
  Chemical Electrical Burns (1.0)

2013  ARN Nursing Traumatic Brain Injury (7.0)

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

        Elder Care (4.0)
        Pediatric Rehabilitation (5.0)
        Rehabilitation of Spinal Cord Injury (8.4)

2012    Core Curriculum for Case Management (23.0)
           Case Management Society of America
        Stroke Rehabilitation: A Function-Based Approach (7.0)
        Wound Care: Palliative, Home, and Clinical Practices (4.0)
        Evidence-Based Rehabilitation Nursing: Common Challenges and Interventions (10.0)
        Bowel Management in Rehabilitation (8.1)
        Rehabilitation of Brain Injury (7.0)
        Pediatric Rehabilitation (5.0)
        Nutrition and Dysphagia Management (3.0)
           Association of Rehabilitation Nurses

2011    Understanding Spinal Cord Injury (8.4)
        Understanding Brain Injury (8.4)
           Shepherd Center Foundation and American Trauma Society
        Assessment and Documentation of Pressure Ulcers (1.0)
           Kinetic Concepts Incorporated (KCI)
        Understanding Treatment of Chronic Pain (1.0)
        Understanding EMG/NCV (1.0)
           Middle Tennessee Case Managers' Association
        Neurostimulation (1.0)
           Mid-South Workers' Compensation Association
        Medical Case Management (7.5)
           Vanderbilt University

2010    Certified Rehabilitation Registered Nurse Review Seminar (20.5), covering:
        Life Care Planning; Ethical Issues; Changes in Healthcare: Technical, Role Related, and New Therapies; Cardiac Rehabilitation; Neuroanatomy; Traumatic Brain Injury; Spinal Cord Injury; Musculoskeletal/Orthopedic Disorders; Pain Management; Geriatric Rehabilitation; Trends in Rehabilitation; Achieving and Maintaining Health Maintenance Goals; Stroke; Pulmonary Rehabilitation; Pediatric Rehabilitation

2009    Case Management Society of America (30.5)
        Certified Rehabilitation Registered Nurse Seminar (20.5), covering:
        Life Care Planning; Neuroanatomy; Traumatic Brain Injury; Spinal Cord Injury; Musculoskeletal / Orthopedic Disorders; Stroke Patients; Achieving & Maintaining Health Maintenance Goals; Pulmonary Rehabilitation; Cardiac Rehabilitation; Pain Management; Pediatric Rehabilitation; Geriatric Rehabilitation

2008    Case Management Society of America (24.0)
        Cultural and Language Impact on Health Care Delivery (1.0)
        Ethical Issues with Patient Records & HIPPA (1.0)

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

        Management of Chronic Pain in Occupational Health (2.0)
        Medical Case Management – Vanderbilt (6.5)
        Treatment of the Lumbar Spine & Physical Therapy Evaluation (1.0)

2007    Case Management Society of America (22.1)
        Chronic Pain Intervention (1.0)
        Orthopedic Shock Wave (1.5)
        Reflex Sympathetic Dystrophy (1.2)
        Treatment of Lumbar Spine Injuries (1.5)

2006    Advanced Catastrophic Case Management (12.0)
        Advancement in Orthotics (1.5)
        Case Management Society of America (20.0)
        Life Care Planning (12.0)

2005    Advanced Practice in Case Management (25.0)
        Case Management Society of America (20.0)

2004    Case Management Society of America (22.8)

2003    Case Management Society of America (25.0)

2002    Advanced Practice in Case Management (20.5)
        Update in Life Care Planning (3.0)

2001    Case Management Society of America (31.3)

1999    Current Issues in Case Management (2.0)
        Rehabilitation of the Injured Worker (2.0)

1998    Advanced Catastrophic Case Management (12.0)

1997    Case Management Society of America (21.6)
        Life Care Planning (10.0)
        Life Care Plans: Spinal Cord Injury (20.0)

1996    Addressing Physical Therapy Needs (4.0)
        Case Management Society of America (21.0)
        Independent Study in Case Management (3.0)
        Spinal Cord Injury (5.0)

1995    Chronic Pain (3.0)
        Creating a Practical Measurement System in Post-Acute Rehabilitation for Persons with Acquired Brain Injury (12.0)

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

          Occupational Medicine (3.0)
          Pediatric Physical Therapy (3.0)
          Scope and Function of Physical Medicine and Rehabilitation (5.0)

1994      Brain Injury (15.0)
          Case Management Society of America (15.0)
          Spinal Stenosis (2.0)

1993      Case Management Society of America (15.0)
          Managed Care (1.0)
          Mid-South Department of Labor (20.0)
          Quality Improvement and Ethics in Case Management (6.0)

1989      Expert Vocational Training (16.0)
          Life Care Planning (16.0)
          National Head Injury Seminar (including 1987 and 1986)

**Credentials**
Certified Nurse Case Manager by American Nurses Association
Certified Rehabilitation Registered Nurse
State of Tennessee Nursing License

**Accomplishments**

| | |
|---|---|
| 1994 | Named one of the "Future 50" companies by the Nashville Area Chamber of Commerce. |
| 1993 | Care Management Consultants, Inc. was selected by the Tennessee Department of Labor to provide case management peer review.<br>Developed the policies, procedures, and protocols for the practice of case management in the State of Tennessee for the Department of Labor |
| 1992 | Began testifying as Life Care Planner. |
| 1989 | Life Care Planning Seminar and Training. Extensive experience in consulting and preparation of life care plans. |
| 1988 | Appointment by Intra Corp as Trainer for the Southeast Territory. Responsible for training over 100 new case managers |
| 1987 – 1990 | Intra Corp Rehabilitation Regional Trainer for the Southeastern United States. Week long formalized training of new case managers that entailed coverage of Worker's Compensation laws, liability, long-term disability claims, case management, and communication skills. |

4

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

| | |
|---|---|
| 1986 | Committee for the Development of Regional Burn Unit at Vanderbilt University. |
| 1983 – 1991 | Extensive case experience in coordination of catastrophic injuries, which includes Head Injury, Spinal Cord Injury, Amputations, Burns, Psychiatric, and Multiple Trauma Cases. Experience in chronic illness as well. |
| 1981 – 1985 | Speaking assignments at Middle Tennessee School of Nursing. Topics on Fluid and Electrolyte Imbalance, Burns, Pancreatitis, and Head Injury. |
| 1981 | Appointment of Staff Nurse I at Vanderbilt University Medical Center. |
| 1980 | Presentations for Continuing Education at Blount Memorial Hospital. Topics included Arsenic Poisoning, Fluid and Electrolyte Imbalance, and Burns. Committee for Development of Quality Guidelines in Care Planning. Recruiter, spokesperson for Registered Nurses in East Tennessee. |

**Experience**
Extensive case experience and supervision of catastrophic injuries listed, i.e., head injury, spinal cord injury, amputations, burns, multiple traumas

| | |
|---|---|
| 1990 – Present | Care Management Consultants, Inc., Brentwood, TN<br>President and Owner<br>Life Care Planner<br>Case Manager for Catastrophic Pediatric and Adult Cases<br>Manage 25 employees<br>26 years direct case management experience |
| 1986 – 1989 | Intra Corp, Brentwood, TN<br>Rehabilitation Specialist with promotion to Senior Rehabilitation Specialist<br>Strong experience with worker's compensation, auto liability claims, group insurance, and long term care<br>Medical case management of catastrophic cases with emphasis on head injury, spinal cord injury, amputations, and burns |
| 1983 – 1985 | Aetna Life & Casualty, Nashville, TN<br>Nurse Coordinator in the Claim's Department Staff<br>Experience with workers compensation and catastrophic injuries |
| 1980 – 1983 | Vanderbilt University Medical Center, Nashville, TN<br>Staff II Nurse<br>Charge Nurse of 32 bed unit providing care of high acuity trauma patients |

5

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

1979 – 1980        Blount Memorial Hospital in Maryville, Tennessee
                          Float Nurse
                          Worked throughout the hospital (mainly in ER, ICU, and Orthopaedics)