## Vita-Ernest Goss
### 5202 Burt St. Omaha, NE 68132; (402) 280-4757
e-Mail   ernieg@creighton.edu; websites; www.outlook-economic.com  www.ernestgoss.com
www.twitter.com/erniegoss

### Current position & outreach activities

- January 1, 1992 – Present, MacAllister Chair in Economics, Professor of Economics, Creighton University. Each month my economic survey results appear in 100-150 print outlets, 40-75 radio outlets and scores of TV stations and blogs.
- July 1, 2014 –Dec. 31, 2015, Director of the Institute for Economic Inquiry, Creighton University.
- July 1, 2010 – Present, Research Faculty with California State University, Fresno.  Designed and implemented a survey of the San Joaquin Valley, California for California State University-Fresno.  Survey has been conducted monthly since October 2010.
- Fall 2009 – Fall 2015.   Testified before U.S. Congress regarding the closure of GM and Chrysler dealerships. Completed analysis of Blender's Tax Credit for Congress. Testified before the Kansas Legislature and the Nebraska Legislature (numerous times).
- Fall 2005.  Appointed by Nebraska Attorney General to head task force to investigate factors affecting the price of gasoline & diesel fuel in the state. Produced study which is available on request.
- December 2003 – July 2004.  Scholar-in-Residence-Congressional Budget Office.  Research project was to investigate the impact of the Internet on U.S. productivity growth.
- 2005-present.  Created the Rural Mainstreet Economic Outlook.  A monthly survey of bank CEOs in 10 states. Results are carried monthly in media outlets across the globe.  www.outlook-economic.com  Provided Congressional testimony regarding the survey results, September 16, 2009.
- 1994-present.  Created and produce a monthly survey and economic forecast for nine state Mid-American region.  Survey results released in media outlets throughout the region and US.  2006 results published in over 1,000 newspaper articles, in approximately 600 recorded radio interviews and in a large number of magazines. Recent newspaper citations and news program appearances include: *The Wall Street Journal*, *St. Louis Post-Dispatch*, *Chicago Tribune,, Charlotte Observer, U.S A. Today, Investors Business Daily,  NBC Nightly News, ABC.Com*, and the *Canadian Broadcasting System*. See monthly release at: www.outlook-economic.org
- 1995-present.  Created and produce a monthly survey and economic forecast for a three state Mountain States economic region.  Results carried in newspapers, radio stations and magazines in the three states of Colorado, Utah and Wyoming (e.g. *Rocky Mountain News*, *KTLK* Radio, Denver, *Utah Public Radio*). See monthly release at: www.outlook-economic.org  August 2005. National Public TV program (nationally distributed), "Tribal Casinos in the U.S."
- 1992-present.  Created and serve as the editor of *Economic Trends*, a quarterly newsletter that addresses economic issues of concern to state, regional and national business and public policy leaders [current issue 8(1)].  10,500 subscribers nationwide.   Survey results & newsletter available at:  www.outlook-economic.org
- Serve as keynote speaker/presenter to various groups each month.   2015 along, Keynote speaker at approximately 20 events and conferences.  Panel member, Kansas City Federal Reserve Economic Roundtable, Economic Summit, Kansas City, MO;  Keynote speaker at Minnesota Supply Managers Educational Conference, Minneapolis, MN;  Keynote speaker at multiple events each year such as South Dakota's Annual Housing Conference, Pierre, SD.  Minnesota Chamber Economic Outlook.
- Currently serve as a Cabinet member of the United Way's Community Investment Review Team (CIRT) Served as member of the Financial Audit Committee of Mosaic and on Board of Directors of Mosaic Foundation (2000-2009;  Past president of NAPM-Nebraska, member of: Omaha Chamber of Commerce's *Business Research Council*;  *University of Nebraska's Economic Forecasting Consensus Group*.. Past president of the *Omaha Association of Business Economics*;  Editorial board of *Review of Regional Studies*; Monthly columns in *Business and Industry* and in B2B.  Serve on boards of several not-for-profit organizations; Named as Visiting Scholar to the Congressional Budget Office; Member of Federal Reserve Bank of Kansas City-Economic Roundtable 2003, 2004, 2005, 2006, 2007.

**Current academic research**
- Examining the impact of farm income on estimated income inequality.
- Investigating the impact of the release of economic indicators on intra-day bond and equity prices.

.

# EDUCATION

B.A., 1972; University of South Florida, Tampa, FL; Major—Mathematics/Accounting.

M.B.A., 1975; Georgia State University, Atlanta, GA; Major—Quantitative Methods/Accounting

Ph.D., 1983; University of Tennessee, Knoxville, TN, Major—Economics—Fields Econometrics, Regional Economics.

# PREVIOUS EXPERIENCE

**Funded research contracts (last 5 years):**
1. **Fall 2018**. "Reducing the Property Tax Burden on Nebraska Farmers," in-process for Fair Nebraska.
2. **Summer 2018**. "The Economic Impact of Nebraska's Independent Colleges on the State Economy," completed for the Council of Independent Nebraska Colleges Foundation (CINCF).
3. **Winter 2017.** "The Impact of Boys Town on the Omaha MSA and State of Nebraska," completed for Boys Town, Omaha, NE.
4. **Winter 2017**. "The Economic Impact of the Prestage Farms Plant on the Region and State of Iowa," produced for Mid-Iowa Growth Alliance.
5. **Winter 2017**. "The Economic Impact of the Keystone XL Pipeline on the State of Nebraska," completed for TransCanada Corporation, Winnipeg, Canada.
6. **Spring 2017**. "The Estimated Impact of the New York Property & Casualty Insurance Industry on the State of New York, Its Counties, Political Districts and Economic Development Districts," produced for the Independent Insurance Agents & Brokers of New York, Inc.
7. **Summer 2017**. "The Economic Impact of Omaha's Streetcar on the Area Economy," produced for the City of Omaha.
8. **Spring 2016**. "Public Power Costs in Nebraska: What's Ahead," study completed for Wind Is Water, Houston, Texas.
9. **Spring 2016**. "The Economic Impact of Anaerobic Digestion System on Iowa Counties," study completed for EcoEngineers, Des Moines, Iowa.
10. **Spring 2016**. "Economic Impact of the Death Penalty," study for Equal Justice USA, St. Louis, Missouri.
11. **Spring 2016**. 4 Lanes 4 Nebraska to estimate the impact of the expansion of Highway 275 on Nebraska.
12. **Winter 2015**. 4 Lanes 4 Nebraska to estimate the impact of the expansion of Highway 81 on Nebraska.
13. **Spring 2015**, Contract with Ho-Chunk to estimate the benefits of operations of Ho-Chunk on the Winnebago Community, and on the states of Iowa,Nebraska and South Dakota.
14. **Fall 2015.** Contract and study for the Platte Institute for Economic Research to examine the privatization of Nebraska's public power system. Study is complete and available on request.
15. **Fall 2015.** Contract with the American Banking Association (ABA) investigating and estimating the economic advantage experienced by credit unions and Farm Credit due to their tax status and subsidies. Study is complete and available on request.
16. **Fall 2015.** Contract with TransCanada Corporation estimating the impact of the Keystone pipeline on Nebraska. Study is complete and available on request.
17. **Fall 2015.** Contract with Iowa Central Community College (ICCC) estimating the impact of ICCC on the service area and the State of Iowa. Study is complete and available on request.
18. **Fall 2015.** Contract with Hamilton Telecommunications to estimate the impact on the Hamilton Relay Services contract on Albany, Georgia. Study available on request.
19. **Spring 2015.** Contract with HDR, Inc. to estimate the economic impact of the University of Nebraska College of Architecture. Study is complete and available on request.
20. **Spring 2015**. Contact with College World Series Inc. estimating the impact of the College World Series on the City of Omaha and the State of Nebraska. Study is complete and available on request.
21. **Spring 2015**. Contract with New York First to estimate the impact of New York property and casualty

22. **Spring 2015**. Joint project with the Bureau of Business Research at the University of Nebraska estimating the economic impact of CHI medical operations on the State of Nebraska. industry on the state of New York. Study is complete and available on request.
23. **Winter 2015**. Contract with Ho-Chunk examining the impact of Ho Chunk enterprises on the Winnebago nation, state and region. Study is complete and available on request.
24. **Winter 2014**. Contract with 4 Lanes 4 Nebraska. Study examining the impact of expanding Nebraska's Highway 275. Study is complete and available on request.
25. **Summer 2014**. Contract and study for Consumer Energy Alliance to examine the update previous study examining the impact of the Keystone Pipeline, Washington, DC. Study is complete and available on request.
26. **Spring 2014**. Contract and study for Fort Dodge Growth Alliance to examine the impact of various economic development options for the eight county economic area, Fort Dodge, Iowa. Study is complete and available on request.
27. **Spring 2014.** Contract and study for Alegent Health Care to examine the impact of Alegent's clinical and hospital operations on Iowa and Nebraska (with University of Nebraska-Lincoln). Study is complete and available on request.
28. **Winter 2014.** Contract with Omaha Chamber of Commerce. Study to produce a Nebraska Tax System for the 21st Century: A Critique and Recommendation. Study is complete and available on request.
29. **Winter 2014**. Contract and study for 4R Gun Club to determine the economic feasibility of a full-service shooting range in Omaha, NE. Study is complete and available on request.
30. **Winter 2014**. Contract and study for Creighton University School of Dentistry to determine the economic contribution of an expanded dental school on the State of Nebraska and City of Omaha. Study is complete and available on request.

**Legal research contracts and litigation support (last 5 years):**
1. **Spring 2017.** International Foods v. Jinomaha Property Management Group, LLC,
2. **Fall 2016.** Mandi Mumm (Plaintiff) v. Jennie Edmundson Hospital.
3. **Fall 2015**. Baird-Holm Law LLC. Estimate the value of closely held corporation, Star Logistics. Analysis.
4. **Winter 2015**. Baird-Hold Law LLC. Estimate the value of crop insurance division of Farm Credit Services of America.
5. **Spring 2015**. Adam Lary (Plaintiff) v. Mitchell Enterprises,
6. **Winter 2014.** Baird-Hold Law LLC. Estimate the value of a confidential list of clients for Aureus Radiology.
7. **Fall 2014.** Knudsen, Berkheimer, Richardson & Endacott, LLP. Estimate the damages sustained by plaintiff stemming from defendant's failure to retain/hire job candidate.
8. **Fall 2014**. Fraser Stryker Law LLC. Estimate the economic damages sustained by the Everhart family from the wrongful death of Daniel Everhart.
9. **Fall 2014.** Lillis, O'Malley, Olson, Pamming, Pose, Templeman, LLP. Estimate the interest and inflation rate for a breach of contract.
10. **Summer 2014.** Stern Oil Company vs. vs. James R. Brown, DBA Exxon Good-to-Go and Freeway Mobil, Retained by plaintiff (Stern Oil Company) to estimate the damages from the breach of contract by the defendant.
11. **Spring 2014.** Aureus Radiology, L.L.C., vs. Genesis Medical Staffing, Inc. Retained by plaintiff (Aureus) to examine the economic impact of violation of a non-competition agreement and copyright law.
12. **Spring 2013**. Woodmen of the World, vs. U.S. Bank Corporation. I was retained by the defendant (U.S. Bank) to estimate damages sustained by Woodmen as a result of U.S. Bank's investment policies.
13. **Summer 2012**. City of Omaha vs. Omaha Firefighters. Retained by defendant (City of Omaha) to estimate wages for City of Omaha firefighters in arbitration hearings.
14. **Summer 2012**. Aureus Radiology. Estimation of damages for breach of non-competition agreement.

15. **Summer 2011.** Credit Bureau Services vs. Experian Credit Services. Litigation support for the plaintiff (Credit Services) examining the economic damages from anti-competitive activities of Experian Credit Services.

**Research positions:**
1. **December 2003 to July 2004**. Visiting scholar with the Congressional Budget Office, Washington, DC. Research project was to investigate the impact of the Internet and technology expansions on economic growth.
2. **January 1990 to December 1991**. Research Fellow 1990 and 1991, *NASA's Marshall Space Flight Center*. Examined data requirements for an Executive Information System; Assisted in software selection for various projects; Worked with external contractors in verifying & validating software.
3. **June 1983 to August 1987.** Associate Director of the Center for High Technology Management and Economic Research. Prepared and submitted research proposals; Produced contract reports for funded research; Supervised both contract and non-contract research; Presented research findings to business and civic groups; Supervised and coordinated the work of research assistants; Acquired and maintained data sets to support academic and contract research. Also served as the **Interim Chair** of the Department of Management Information System, *University of Alabama in Huntsville*. Responsible for the management of nine-faculty member department (all full-time).
4. **June 1980 to Winter 1983**. Research Assistant, *Oak Ridge National Laboratory* (managed by the Nuclear Division of Union Carbide). Performed research on two contracts: Employment Impacts Associated with the Introduction of Solar Energy. Sponsor, Solar Energy Research Institute, Denver, Colorado. Nuclear Waste Disposal Siting- The Fiscal Impacts and Incentives. Sponsor: Office of Nuclear Waste Isolation, Washington, D.C.
5. **May 1978 to May 1980**. Graduate Research Assistant, *Center for Business and Economic Research-University of Tennessee*. Assisted in the preparation of the *Economic Report to the Governor*, 1979 and 1980. Constructed econometric model of the state of Tennessee employing non-linear transformations of both dependent and independent regression variables (Box-Cox Model).

PUBLICATIONS
# Books
(with Morse). Governing Fortune: Casino Gambling in America , University of Michigan Press, February 2007.

(with Clark and Kosova). Changing Attitudes toward Economic Reform during the Yeltsin Era, published by Greenwood Press, Westbury, Connecticut (2003).

# Editor reviewed essays and articles:
Nebraska Cattleman's Association. Article "Federal Reserve Policy, the Value of the U.S. Dollar and Agriculture Exports," forthcoming.

Farmland in Perspective. Article, "Agriculture Exports, Economic Growth and Farmland Prices," forthcoming.

# Peer refereed publications

## Journals
"Have Casinos Contributed to Rising Bankruptcy Rates, "*International Advances in Economic Research*, Fall, 2009,Vol. 15: pp. 456-469.

"The Contribution of Foreign Capital to U.S. Productivity Growth," *The Quarterly Review of Economics and Finance,* Vol. 47, July 2007, pp. 383-396.

"The Impact of Foreign Capital on State Economic Growth," *Economic Development Quarterly*, Vol. 18(3), August 2004, pp. 255-68.

"Women and the Internet: Is There an Economic Payoff?" *Communications of the Association for*

4

*Computing Machinery*, Sept. 2003, Vol. 46(9), pp. 160-166.

"Economic Well-Being and Popular Support for Market Reform in Russia," *Economic Development & Cultural Change*, Vol. 51(3), Spring 2003, pp. 753-768.

"Health Care Organizational Learning: Predicting Death in the ICU with Neural Networks," in *Health Care Management Science*, Vol. 5 2002, pp. 221-227.

(with Phillips). "How Information Technology Affects Wages: Evidence Using Internet Usage as a Proxy for IT Skills," *Journal of Labor Research*, Vol. XXIII(3), 2002, pp. 463-474.

"The Internet's Contribution to U.S. Productivity Growth," *Business Economics*, Vol. XXXVI, October 2001, pp. 32-42.

(with Phillips). "The Impact of Tax Incentives: Do Initial Economic Conditions Matter?" *Growth & Change*, Vol. 32 (Spring 2001), pp. 236-250.

(with Knudsen). "Evaluating Solvency Standards for State Unemployment Insurance Trust Funds," *Public Budgeting & Finance*, Vol. 19(4), March 2000, pp. 3-20.

(with Phillips). "Business Tax Incentives: Do They Contribute to Economic Disparity?" *Economic Development Quarterly,* Vol. 13(3), 1999, pp. 217-228.

(with Ramchandani). "Survival Prediction in the Intensive Care Unit: a Comparison of Neural Networks and Binary Logit Regression," *Socio-Planning Sciences*, Summer, 1998, pp. 189-198.

(with Phillips). "The Impact of Home Ownership on the Duration of Unemployment," *Review of Regional Studies,* Vol. 27*(1)*, 1997, pp. 9-27.

(with Phillips). "The Impact of Economic Development Agency Spending on Employment and Income Growth," *Economic Development Quarterly,* Vol. 11(1), February, 1997, pp. 88-96.

(with Ramchandani). "Comparing Classification Accuracy of Neural Networks, Binary Logit Regression and Discriminant Analysis for Insolvency Prediction of Life Insurers." *Journal of Economics and Finance*, Fall 1995, Vol. 19(3), pp. 1-18.

(with Phillips). "The Effects of State and Local Taxes on Economic Development: A Meta Analysis." *Southern Economic Journal*, Vol. 62(2), October 1995, pp. 320-333.

(with Phillips). "State Employment Growth: The Impact of Taxes and Economic Development Agency Spending." *Growth and Change*, Summer, 1994, pp. 288-300.

"The Real Impact of a Point-of-Care Computer System on Intensive Care Unit Nurses," *Journal of Systems Management*, January/February, 1995, p. 43-47.

(with Paul and Wilheit). "Duration of Unemployment: Geographic Mobility and Selectivity Bias," *Review of Regional Studies*, Fall, 1994, pp. 127-142.

"The Impact of Infrastructure Spending on New Business Formation: The Importance of Economic Development Spending," *Review of Regional Studies*, Winter, 1994.

(with Vozikis). "High Tech Manufacturing: Firm Size, Industry Size and Population Density," *Small Business Economics*, April 1994, pp. 291-297.

(with Fletcher). "Forecasting with Neural Networks: An Application Using Bankruptcy Data," *Information & Management,* Spring, 1993, Vol. 24(1), pp. 159-167.

(with Campbell). "Logit Regression using Lotus 1-2-3." *Journal of Business & Entrepreneurship*, July, 1992, Vol. 4(2), pp. 89-99.

(with Whitten). "Forecasting with a Lotus Based Logit Regression Model," *The Journal of Business Forecasting*, Vol. 10(1), Spring, 1991, pp. 19-22.

(with Paul). "The Impact of Unemployment Insurance Benefits on the Probability of Migration of the Unemployed," *Journal of Regional Science*, August, 1990, Vol. 30 (3), pp. 349 -358.

(with Busbin and Dillon). "Improving Spreadsheet Control for Sales Managers Through the Use of Systems Development Life Cycle," *Journal of Personal Selling & Sales Management*, Summer, 1990, Vol. X, pp. 101-107.

(with Schroer). "The Use of Spreadsheet Packages in Industrial Engineering- The Case of Regression with Binary Dependent Variables," *Computers and Industrial Engineering*, V18(2), 1990, pp. 129-132.

(with Vozikis). "The Creation of Socioeconomic Data Sets and the Entity-Relationship Model," *International Journal of Computer Applications in Technology*, Vol. 4(1), 1991, pp. 1-5.

(with Dillon and Kendrick). "Management of Spreadsheet Application Development in Accounting," *The Woman CPA*, July, 1989, Vol. 51(3), pp. 20-24.

(with Schroer). "Design Considerations for a State Level Energy Data Base Management System,"

*Computers & Industrial Engineering*, Vol. 14 (4), 1988, pp. 441-453.

(with Vozikis and Mescon). "The State Rating Game: An Extension of the Grant/Thornton Index," *Southern Ohio Business Review*, Spring, 1990, Vol. 6(1), pp. 7-11.

(with Vozikis). "The Employment Impacts for a High Tech Community of Shifts in Spending from Defense/Space to Civilian Purposes," *Public Budgeting & Financial Management*, V2 (3), 1990, pp. 551-574.

(with Paul). "Union Membership, Economic Rents, and Migration Behavior," *Journal of Labor Research*, Vol XI (3), Summer, 1990, pp. 347-355.

(with Vozikis and Mescon). "The Impact of Venture Capital in a Regional Economy," *Business Perspectives*, Spring 1989, Vol. 2(3), pp. 35-36.

"Prior Geographic Mobility and Job Search Length," *Review of Regional Studies*, Winter, 1988-89, Vol. 18 (1), pp. 112-122.

(with Paul). "Age, Skill Level, and Mobility, *Atlantic Economic Journal*, Vol. XV(2), 1987, pp. 90-1.

(with Paul). "Age and Work Experience in the Migration Decision," *Journal of Human Resources*, Vol. 21(3), Summer, 1986 pp. 397-405.

"High Technology Employment in Selected U.S. Cities," *Alabama Business & Economic Journal*, Vol. 9(4), July 1986 pp. 25-34.

(with Schoening). "The Migration Propensities of Workers in High Tech Occupations," *Atlantic Economic Journal*, Fall, 1985, pp. 87-88.

(with Schoening). "Search Time, Unemployment and the Migration Decision," *Journal of Human Resources*, Fall, 1984 pp. 570-579.

(with Schoening). "A Projection of High Technology Demand and Supply for the State of Alabama," *Alabama Journal of Business and Economics*, July, 1984, pp. 13-25.

(with Chang). "Elasticities of Interstate Migration: Implications of Alternative Functional Forms," *Journal of Regional Science*, May 1983, Vol. 23(2), pp. 223-232.

(with Bjornstad). "Issues in the Use of Payments in Lieu of Taxes to Provide Nuclear Waste Facility Siting Incentives," *Radioactive Waste Management*, December, 1981, Vol. 2(2), pp.125-42.

## Conferences chaired

**March 12, 2001**. Rural Economic Development and the Digital Divide, conference of Congressional leaders, the Nebraska Governor, Nebraska Legislative leaders, business leaders and academics focusing on the impact of slow speed Internet access on the economic development of rural communities, Omaha, NE.

**Summer 2000**. Co-chaired the 1999-2000, Great Plains Economic Roundtable with the Center for the New West, Denver Colorado.

## Refereed Published Proceedings

"Prediction of Insolvency of Life Insurers Through Neural Networks," *Proceedings of the 8th European Conference on Information Systems*, Summer, 2000, Austria, Vienna, Vol. 2, pp. 850-57.

"The Impact of Internet Usage on Wages," Proceedings of the 2000 International Applied Business Research Conference, Puerto Vallarta, Mexico, March, 2000.

"Privatization in Eastern Europe and Economic Development," *Proceedings of the Eastern Management Association*, June, 1997, Dublin, Ireland, pp. 23-33.

(with Vozikis). "The Impact of a Federally Funded Hospital on the Economic Development of a Rural Indian Reservation," *1996 Proceedings of the Northeast Decision Sciences Institute*, St. Croix Virgin Island, pp. 225-227.

(with Ramchandani and Buelow). "Survival Prediction in the Intensive Care Unit: A Comparison of Neural Networks and Binary Logit Regression," 1994 *Proceedings of the Decision Sciences Institute*, Honolulu, Hawaii, pp. 696-698.

(with Ramchandani and Buelow). "Measuring the Impact of Point-of-Care Computer Systems on the ICU Nurse," 1994 *Proceedings of the Decision Sciences Institute*, Honolulu, HI, pp. 867-869.

(with Vozikis and Mescon). "A Double-Loop Learning: A Comparative Management and Management Education Model," *Proceedings of the Association of the Advancement of Policy, Research and Development in the Third World,* International Conference, Cairo, Egypt, Nov. 1993.

(with Fletcher). "Predicting Bankruptcy with a Back Propagation Neural Network, *Proceedings of the*

23rd *Annual Meeting of the Midwest Decision Sciences Institute*, Kansas City, MO, 1992, pp. 76-78.

(with Grantham). "Technology Transfer and Data Storage Methodologies," *Proceedings of the Mid-South Academy of Economics and Finance*, Jackson, MS., 1990, pp. 693-703.

(with Mescon, Vozikis and Ralston). "An Extension of the Grant/Thornton Index," *Proceedings of The U. S. Association for Small Business and Entrepreneurship*, Annual Meeting, Orlando, Fall 1990, p. 278.

(with Vozikis and McGruder). "Organizational Information Systems Spending and Company Performance," *Proceedings, Decision Sciences Institute*, 1989, p. 698.

"The Relationship between Unemployment Rates and the Probability of Out-Migration: The Importance of Unemployment Compensation," *Programs Abstracts Directory*, Northeast Regional Science Association, 1989.

(with Vozikis). "Organizational Information System Intensity: The Importance of Market Share and Profitability," *Proceedings and Abstracts of the Seventeenth Annual Meeting of Western DSI Conference*, Kailua-Kona, Hawaii, 1988, page 316.

(with Richardson). "Paradigms and Growth of the MIS Discipline: An Opposing View," *Proceedings of the 1986 International Interdisciplinary Consortium on Information Systems*, San Diego, Ca., pp. 38-48.

(with Vozikis). "Defense/Space Expenditures: An Input-Output Analysis," *Proceedings and Abstracts of the Seventeenth Annual Meeting of Western Decision Sciences Institute*, Kailua-Kona, HI, 1988, page 359.

(with Whitten and Sundaryier). "Multivariate Reliability Modeling Using Expert Systems," *Proceedings of the Conference on Artificial Intelligence for Space Applications*, Fall 1986, pp. 39-46.

"A Queuing Program for the Selection of the Optimum Number of Nodes in a Local Area Network," *1985 Proceedings of the International Business Schools Computer Users Group*, Summer, 1985, Atlanta, Ga.

"Queuing Program to Simulate Unemployment in the Local Labor Market," *Proceedings and Abstracts American Institute for Decision Sciences Western Regional Conference*, 1985, pp. 14-16.

(with Chang). "Functional Forms and the Determinants of Interstate Migration in the United States," *American Statistical Association 1981 Proceedings: Business and Economic Statistics Section*, Detroit, MI, 1981, pp. 412-17.

## Cases, Abstracts, Book Reviews Chapters in Books

"Network Applications in the Insurance Industry," Mathematics and Computers in Science and Engineering, Edited by C.E. D'Attellis, et al. World Scientific Engineering Society Press, Athens, Greece, New York, NY, 2001, pp. 247-252.

Bidding for Business: The Efficacy of Local Economic Development Incentives in a Metropolitan Area," Book Review in *Urban Studies*, June 2001, Vol. 38(7), pp. 1193-1194.

(with Vozikis and Mescon), "Mud Island," Case and instructor notes in Business Policy and Strategy, by Paul Shrivastava, South-Western Publishing Co., 1994, pp. 593-609.

(with Fletcher). "Neural Networks in Regional Science: An Application Using Migration Data," *Proceedings of 38th North American Meeting of Regional Science Association*, 1991, p. 38.

(with Vozikis and Mescon). "Technical Factors Affecting International Information and Technology Transfer," in *Global Issues of Information Technology Management*, Lexington Books, 1991, pp. 450-464.

(with Vozikis and Mescon). "Mud Island," Case and instructor notes in *Strategic Management Texts & Cases* by Peter Wright, Charles Pringle, and Mark Kroll, Allyn and Bacon, 1992, pp. 891-911.

(with Vozikis and Schroer). "Regional High-Tech Location & Development Strategies and Agglomeration Economies," *Abstracts of 49th Annual Meeting of the Academy of Management Meeting*, Washington, D. C., August, 1989, page 445.

(with Vozikis). "Venture Creation in High vs. Low Tech Regions: An I/O Impact Analysis. *Abstracts of the 1987 Meeting of the American Academy of Management*, New Orleans, page 380.

(with Paul). "Age and Work Experience in the Decision to Migrate," *Journal of Economic Literature Selected Abstracts*, June 1987, Vol. XXV, pp. 1202-1203.

(with Schoening). "Search Time, Unemployment and the Migration Decision." *Journal of Economic Literature Selected Abstracts*, June 1985, page 1050.

## Other Publications & Research Reports

"Top Economists Tinker with Their Projections," Ernie Goss, CFO Magazine, December 1, 2010.

7

"Inflation Fueled by Fed," Ernie Goss, Ingram's Magazine, December, 2010.

"Rural Mainstreet Banks at Risk," *Ingram's Magazine*, April 2009, pp. 71-75.

"Entrepreneurship and Business Incubation:  A Model for Economic Development in the 1990s," *Portfolio, Annual Edition 1992*, Creighton University, pp. 9-12.

"Putting the Fizz in NAFIS,"  *Research Report 91-001*, produced for NASA's Marshall Space Flight Center in partial fulfillment of Faculty Research Fellowship, 1991.

"Industrial Development Strategies for the South Mississippi Economic Area," Research Report 90-002, produced in partial fulfillment of contract to Center for Community & Economic Development, University of Southern Mississippi.

"NAFIS Systems Development Methodology," *Research Report 90-001*, produced for NASA's Marshall Space Flight Center in partial fulfillment of Faculty Research Fellowship, 1990.

(with Kendrick).  "Tennessee Senatorial Survey," *Research Report 89-001* produced for the  AFL/CIO and Tennessee Education Association as partial fulfillment of contract, Summer 1989.

"Environmental Tracking Study, Minneapolis, Minnesota," *Research Report 89-002* produced for KBLCOM Inc. of Houston, Texas as partial fulfillment of contract, 1989.

(with Kendrick).  "Environmental Tracking Study, Portland, Oregon," *Research Report 89-003* produced for KBLCOM Inc. of Houston, Texas as partial fulfillment of contract, 1989.

(with Kendrick).  "Data Management for the Business Enterprise Using Rbase for DOS," Database manual produced for training sessions in database, 1989.

"Investment in Delmarva: An Input-Output Analysis," Center for Business and Economic Research, *Research Report No. 88-01001*, Salisbury State University, 1988.

(with Schroer).  "Design Considerations for a State Energy Data Base Management System,"  *UAH Research Report No. 596*, March 1987.

(with Siegrist and Yarbrough).  "Development of Predictive Models from Hardware Historical Failure Data," *UAH Research Report No. 500*, 1986 Contract Report--Rockwell International.

"High Technology Employment in Huntsville and Selected U.S. Cities," *UAH Research Report No. 449*, 1985, Center for High Technology Management & Economic Research, University of Alabama/Huntsville.

(with Vozikis).  "The Impact of the Space Station on the Huntsville Economy," Contract Report, McDonnell-Douglas Aircraft, January 1987.

(with Schoening).  "A Projection of High Tech Manpower Demand and Supply for the State of Alabama and the Huntsville Metropolitan Area," *UAH Research Report No. 396*, 1984, The Center for High Technology Management and Economic Research, The University of Alabama in Huntsville.

"The Solar Factory," business simulation program written for  & copyrighted-Johnson Research Center.

ACADEMIC PAPERS PRESENTED
**National and International**

"Gambling Law and Economics," presented at LSPI, 2006, Hamburg, Germany,  2006.

"Using Neural Networks to Predict Insurance Company Failure," presented to the Eastern Decision Sciences Annual Meeting, July 2000, Vienna, Austria.

"The Impact of State Economic Development Agency Spending on Economic Growth," invited paper presented to the *National Association of State Development Agencies*, 50th Anniversary Mid-Year Directors' Meeting, Fall, 1996, Cleveland, Ohio.

"Entrepreneurship in Eastern Europe:  Is There Hope?"  European International Business Association, 17th Annual Conference, Copenhagen, Denmark, Dec. 1991.

"An Extension of the Grant/Thornton Index," U. S. Association for Small Business and Entrepreneurship, Annual Meeting, Orlando, Fall 1990.

"Organizational Information Systems Spending and Company Performance," presented at the 20th Annual Meeting of the Decision Sciences Institute, November, 1989, New Orleans, LA.

"Regional High-Tech Location & Development Strategies and Agglomeration Economies," presented at 47th Annual Meeting of the Academy of Management, August, 1989, Washington, D. C.

"Mud Island,"  case presented at the 1988 Meeting of the Decision Sciences Institute, Las Vegas, NV.

"Venture Creation in High vs Low Tech Regions: An I/O Impact Analysis," presented at the 1987 Academy of Management Meetings, New Orleans, LA.

"An Expert System for Multi-Variable Reliability Modeling," presented at the 1986 Conference on Artificial Intelligence for Space Applications, Huntsville, Ala.

"Paradigms and Growth of the MIS Discipline: An Opposing View," presented at the 1986 International Interdisciplinary Consortium On Information Systems, San Diego, CA.

"A Queuing Program for the Selection of the Optimum Number of Nodes in a Local Area Network," presented at the 1985 Meeting of the International Business Schools Computer Users Group, Atlanta, GA.

"Functional Forms and Determinants of Interstate Migration in the United States," presented at the 1981 Annual Meeting of the American Statistical Association, Detroit, MI.

**Regional**

"The Impact of Casinos on County Bankruptcy Rates," presented at the 44th annual meeting of the Southern Regional Science Association, Spring 2004, New Orleans, LA.

"The Impact of Foreign Capital on Productivity," presented at the 42nd annual meeting of the Southern Regional Science Association, Spring 2002, Washington, D.C.

"Internet Usage and Wage Growth," presented to the 41st annual meeting of the Southern Regional Science Association, Spring 2001, Austin, Texas.

"The Impact of the Internet on Wages," presented to the 40th Annual meeting of the Southern Regional Science Association, Spring 2000, Miami, Florida.

"Determining the Optimal Size of State Unemployment Insurance Trust Funds," presented at the 37th Annual Meeting of the Southern Regional Science Association, Spring, 1998, Savannah, GA.

"State and Local Business Tax Incentives: Effects of Intrastate Rivalries," presented at the 36th Annual Meeting of the Southern Regional Science Association, Spring, 1997, Memphis, TN.

"Is There a Border State Tax Effect?" presented at the Annual Meeting of the Mid-West Economics Association Meeting, Spring 1996, Chicago, IL.

"Predicting Employment Growth with a Neural Network," presented at the 35th Annual Meeting of the Southern Regional Science Association, Baltimore, Maryland, Spring 1996.

"The Impact of a Federally-Funded Hospital on the Economic Development of a Rural Indian Reservation," accepted for presentation at the Northeast Decision Sciences Institute, Spring 1996, St. Croix, Virgin Islands.

"Business Tax Incentive Packages: A Comparison of Assessment Methodologies Among the States," at Mid-South Academy of Economics and Finance, Atlanta, Winter, 1996.

"The Impact of Border State Taxes on State Economic Growth," at Mid-Western Association of Economics and Finance, Chicago, Winter, 1996.

"Housing and Economic Development: Is There a Connection?" presented at the 26th Annual Meeting of the Mid-Continent Regional Science Association, St. Louis, MO, June 1995.

"The Impact of State Economic Development Agency Spending on Employment and Income Growth" presented at the 34th Annual Meeting of the Southern Regional Science Association, April 1995, San Antonio, Texas.

"Searching for a Job: The Impact of Geographic Mobility on Estimates of Racial Discrimination," 25th Annual Meeting of the Mid-Continent Regional Science Association, Chicago, IL, June 1994.

"The Effects of State Taxes on Economic Development: A Meta Analysis," Southern Regional Science Association, Orlando, FL, April 1994.

"The Impact of State Economic Development Agency Spending on Economic Growth" presented at the 32nd Annual Meeting of the Southern Regional Science Association, April 1993, Washington, D.C.

"Indigenous Business Development: A New Paradigm of State Economic Development," presented at the 31st Annual Meeting of the Southern Regional Science Association, April 1992, Charleston, SC.

"The Impact of State Business Incubation Programs on Business Startups and Employment Growth: The Problem of Selectivity Bias," presented at the 30th Annual Meeting of the Southern Regional Science Association, April 1991, Miami, FL.

"Value Added in High Tech Manufacturing: The Importance of Firm Size, Industry Size and Population Density," presented at the 1990 Annual Meeting of the Southern Regional Science Association,

Washington, D.C.

"The Relationship between Unemployment Rates and the Probability of Out-Migration: The Importance of Unemployment Compensation," presented at the 1989 Annual Meeting of the Northeast Regional Science Association Boston, Mass.

"Organizational Information Systems Intensity: The Importance of Market Share and Profitability," presented at the 1988 Meeting of the Western Decision Sciences Institute, Kailua- Kona, Hawaii.

"Unions, Economic Rents and Migration Behavior," presented at the 1988 Meeting of the Southern Regional Science Association, Morgantown, West Virginia.

"The Simultaneous Determination of Job Search Length and the Probability of Migration," presented at the 1987 Southern Regional Science Meetings, Atlanta, GA.

"Multi-Variable Reliability Modeling for the Space Shuttle," presented at the 1986 Meeting of Technical and Business Exhibition & Symposium, Huntsville, Ala.

"The Impact of Age, Education, and Job Search on Distance Migrated," presented at the 1985 Annual Meeting of the Southern Regional Science Association, Washington, D.C.

"A Queuing Program to Simulate Unemployment in the Local Labor Market," presented at the 1985 Annual Conference of Western American Institute of Decision Sciences, Monterey, CA.

"High Technology Occupations and the Decision to Migrate," presented at the 1984 Annual Meeting of the Southern Regional Science Association, Orlando, FL.

"The Internal Labor Market Model and Geographic Mobility," presented at the 1984 Annual Meeting of Eastern Economic Association, New York, New York.

"Functional Forms and Determinants of Interstate Migration in the United States," presented at the 1981 Annual Conference of the Western Economic Association, San Francisco, CA.

**INVITED PRESENTATIONS, July 1, 2011-June 30, 2012 (other years on request):**
July 1, 2013 – June 30, 2014. Presentation to MidWest International Trade Association, Omaha, NE.   July 10, 2013.  Presentation to Duncan Aviation Management Group, Lincoln, NE.   July 22, 2013.  Presentation to Nebraska Educators, Omaha, NE.   August 5, 2013.  Presentation to Illinois Banker Group, Springfield IL.   August 9, 2014.  Presentation to Iowa Engineers & Architects, Dubuques, IA.   August 28, 2013.  Presentation to Corn Producers Wholesale meeting, Ankeny, IA.  September 11, 2013. First National Bank Credit Risk Group, Omaha, NE.  September 27, 2013.  Presentation to Financial Planning Association, Quarry Oaks, NE.  October 9, 2013.  Presentation to Iowa Mortgage Association, West Des Moines, IA.  October 10, 2013.  Presentation to the Iowa Racing and Gaming Commission, Dubuque, IA.  October 15, 2013.  Presentation to Iowa Community Bankers Association, Algona, IA.  October 16, 2013.  Presentation to Iowa Community Bank Summit, West Des Moines, IA.  October 17, 2013.  Presentation to Marcotte Insurance Group, Omaha, NE.  October 25, 2013.  Presentation to United Bankers Bank, Minneapolis, MN.  October 21, 2013.  Presentation to Federal Home Loan Bank Group, Des Moines, IA.  October 22, 2013.  Presentation to Union Bank Fall Economic Forum, Lincoln, NE.  October 23, 2013.  Presentation to Great Western Bank Client Economic Forum, Omaha, NE.   November 5, 2013.  Presentation to Five Points Board of Directors, Omaha, NE.  November 21, 2013.  Presentation to Kansas City Institute for Supply Management, Kansas City, MO. . December 5, 2013.  Presentation to Topeka/Washburn University Economic Forum, Topeka, KS.  December 11, 2013.  Presentation to Omaha Downtown Rotary Club, Omaha, NE.  December 13, 2013.  Panel member on Iowa Press, Des Moines, IA.  January 23, 2014.  Presentation to ACG Nebraska Chapter Executives, Omaha, NE. February 6, 2014.  Presentation to Nebraska Cooperatives, Lincoln, NE.  February 7, 2014, Present findings from Omaha Chamber study to Nebraska Legislative committee, Lincoln, NE. February 13, 2014, Presentation to Scott County Iowa Board of Supervisors Economic Development Summit, Davenport, IA. February 13, 2014, Presentation to American Procurement and Inventory Control Society, Omaha, NE. February 24, 2014, Presentation to Bayer Ag Division, Charleston, SC.  February 25, 2014, Presentation to Institute for Supply Management-St. Louis, St. Louis, MO.  March 6, 2014, Presentation to Greater Fort Dodge, Economic Alliance, Fort Dodge, IA. March 7, 2014, Presentation to Nebraska LEAD, Omaha, NE. March 18, 2014, Presentation to First National Bank of Phillipsburg Client Group, Phillipsburg, KS.  March 25, 2014, Presentation to Senator Johanns Staff, Omaha, NE.  April 10, 2014, Presentation to South Dakota Ag Credit Conference, Pierre, SD.  April 17, 2014, Presentation to Leadership Omaha,, Omaha, NE.  April 17, 2014, Presentation to Performance Banking Group, Sioux Falls, SD.  June 5, 2014, Presentation to the CFMA

Group, Omaha, NE.  June 6, 2014, Presentation to Associated Builders and Contractors of Iowa, Riverside, IA. June 11, 2014, Presentation to Mid-American Energy's Customer Satisfaction Group, Davenport, IA.  June 19, 2014, Presentation to BKD Financial Services Leadership Group, St. Louis, MO.

July 10, 2012:  Testimony before the Lancaster County Commissioners (Nebraska).  July 18, 2012: Appeared as guest on Market-to-Market, Iowa Public TV.  July 25, 2012, Presentation to the Council Bluffs, Iowa Chamber of Commerce. July 27, 2012:  Presentation to the Financial Management Association, Quarry Oaks, Nebraska.  August 2, 2012:  Presentation to Iowa banking group, Des Moines, Iowa.  August 15, 2012:  Presentation to Minnesota banking group, Quarry Oaks, Nebraska. August 16, 2012, Presentation to the Governor's Legislative Summit, Nebraska SAC Museum. August 27, 2012: Presentation to Federal Home Loan Banking Conference, Andover, Kansas. August 29, 2013, Presentation to Iowa Mortgage Annual Convention, West Des Moines, Iowa.  Sept. 10, 2012:  Presentation to Federal Home Loan Bank Meeting, Oklahoma City, Oklahoma. Sept. 18, 2012: Presentation to Client Banking Group, Orange City, Iowa.  Sept. 24, 2012: Presentation to Federal Home Loan Bank Group, Fremont, Nebraska. Sept. 28, 2015: Presentation to Client banking group, Kansas City, Missouri.  Oct. 9, 2012: Presentation to Great Western Bank Client Group, Omaha, Nebraska. Oct. 11, 2012:  Presentation to Iowa Banking Group, Norwalk, Iowa. Oct. 23, 2012: Presentation to Minnesota Manufacturing Association, Minneapolis, Minnesota. Oct. 30, 2012: Presentation to the Bismarck Economic Development Alliance, Bismarck, North Dakota. Nov. 12, 2012: Economic Panelists, Nebraska  Chamber of Commerce, La Vista, Nebraska.  Nov. 14, 2012: Presentation to City State Bank Client Group, West Des Moines, Iowa.  Nov. 27, 2012:  Presentation to Iowa Farm Group, Ames, Iowa.  Dec. 3, 2012:  Presentation to Mid-America Economic Development Association, Chicago, Illinois.  Jan. 4, 2013: Panel Member, Iowa Journal, Iowa Public TV, Des Moines, Iowa. Jan. 17, 2013:  Presentation to Financial Executives Institute, Omaha, Nebraska.  Jan. 31, 2013:  Presentation to Nebraska Cooperatives, Lincoln, Nebraska.  Feb. 5,  2013: Presentation to NAIFM Realty, Lincoln, Nebraska.  Feb. 6, 2013:  Presentation to Catholic Mutual Group, St. Petersburg, Florida. Feb. 21, 2013:  Presentation to Limestone Producers Association, Coraville, Iowa.  Feb. 26, 2013:  Presentation to ISM-St. Louis, St. Louis, Missouri. March 1, 2013: Presentation to Nebraska Agriculture Leaders, Creighton University.  March 11, 2013: Presentation to Frontier Cooperative, David City, Iowa.  March 15, 2013: Presentation to the Senatorial group of Senator Johanns. March 19, 2013: Presentation to Celebrate Agriculture, Omaha, Nebraska.  March 21, 2013:  Presentation to Dewitt Banking Group, Davenport, Iowa. March 26, 2013:  Presentation to the Bismarck/Mandan Chamber of Commerce, Bismarck, North Dakota.  May 6, 2013:  Presentation to the North Omaha Rotary, Omaha, Nebraska.  May 17, 2013:  Presentation to the Mid-West International Trade Association, Omaha, Nebraska.

## EDITORIAL/REVIEW & OTHER ACTIVITIES
**Community Service and University Service (July 1, 2013 – June 30, 2014):**
1. Member of Peter Kiewit Foundation, Economic Development Panel.
2. Member & Co-chair of the United Way of Omaha Cabinet, Mental Health 2.
3.  Member of Creighton University Budget & Planning process.
4. Member of the University of Nebraska Forecasting Panel.
5. Panel member at Creighton Business Symposium.
6. Panel member at conference on poverty, Nov. 14, 2013., Omaha, NE.
7. Panel member at Creighton University, Student Research.
8. Review College of Business Sabbatical requests.
9. Member of United Way World Café, Economic Development, Omaha, NE.

11

**Overview of previous years:**  Received NABE's 2001 Edmund A. Mennis Contributed Paper Award; Named as Visiting Scholar at the Congressional Budget Office; Member of Federal Reserve Bank of Kansas City-Economic Roundtable 2003, 2004, 2005.    Reviewer 2005-06:*Southern Economic Journal,  Economic Development Quarterly*, *Review of Regional Studies*, *Journal of Developmental Entrepreneurship*, *Journal of Economics and Business*, Editor of *Economic Trends*, an economic newsletter produced three times per year examining economic factors in the Midwest.  Member of Editorial Board-*Review of Regional Studies*.  Referee for *Decision Sciences Institute,  Journal of Regional Science, Regional Science Perspectives, Southern Economic Journal, The Review of Regional Studies, The Journal of Economics and Finance*. Selected as a participant in *Leadership Omaha,* 1996-97; Board of Directors for the *Omaha Rotary Club*, 1997-2000; President-elect of  *Nebraska Purchasing Management Association*;  Member of the *Applied Research Advisory Council* of the Applied Information Management Institute, Omaha, NE, 1992;  Member of the *Nebraska Economic Forecasting Consensus Group*, 1995-2003, University of NE-Lincoln; Member of Omaha Chamber of Commerce *Business Research Council,* 1998-2000.  Received the *Jim Cusick Award* by the NAPM-NE, February 2000.  Member of United Way's Economic Development Committee (2001).