# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as a Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS,

                    Plaintiffs,

          v.

THE GOODYEAR TIRE & RUBBER COMPANY,

                    Defendant.

**PLAINTIFFS' AMENDED EXHIBIT LIST**

Court File Number: 8:18CV127

Plaintiffs submit the following exhibits in the trial of the above captioned matter.

| PLF | DF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 1. | | 911 audio of May 1, 2015 accident | | | | | |
| 2. | | 911 audio transcription of May 1, 2015 accident | | | | | |
| 3. | | Shane Loveland Identification Card | | | | | |
| 4. | | Rysta Susman's Driver's License | | | | | |
| 5. | | Photos of Accident Scene | | | | | |
| 6. | | Photos of Property Damage | | | | | |
| 7. | | Photos of Shane Loveland in Hospital | | | | | |
| 8. | | Video of Shane in the Hospital | | | | | |
| 9. | | Photos of Shane at Home in Hildreth, NE | | | | | |
| 10. | | Photos of Shane in Physical Therapy | | | | | |
| 11. | | Photos of Shane with the Kids Before the Accident | | | | | |
| 12. | | Photos of Shane with his family Before the Accident | | | | | |
| 13. | | Day in the Life Video of Shane Loveland | | | | | |
| 14. | | Shane Loveland's Employment File from Dandee Construction | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15. | | Medical Records for Shane Loveland from Good Samaritan EMS | | | | | |
| 16. | | Medical Records for Shane Loveland from Good Samaritan Hospital | | | | | |
| 17. | | Medical Records from Madonna Rehabilitation | | | | | |
| 18. | | Medical Records for Shane Loveland from Swedish Medical Center | | | | | |
| 19. | | Medical Records for Shane Loveland from Quest Diagnostics | | | | | |
| 20. | | Medical Records for Shane Loveland from Learning Services Corp | | | | | |
| 21. | | Medical Records for Shane Loveland from Pathology Associates | | | | | |
| 22. | | Medical Records for Shane Loveland Front Range Spine | | | | | |
| 23. | | Medical Records for Shane Loveland from Laboratory Corp of American | | | | | |
| 24. | | Medical Records for Shane Loveland from South Denver Anesthesiologists | | | | | |
| 25. | | Medical Records for Shane Loveland from Paranorma Orthopedics | | | | | |
| 26. | | Medical Records for Shane Loveland from Colorado Blood and Cancer Care | | | | | |
| 27. | | Medical Records for Shane Loveland from Action Care Ambulance | | | | | |
| 28. | | Medical Records for Shane Loveland from Donald J. Zimmer, D.D.S. | | | | | |
| 29. | | Medical Records for Shane Loveland from Nebraska Heart Institute | | | | | |
| 30. | | Medical Records for Shane Loveland from Lincoln Pulmonary & Critical Care | | | | | |
| 31. | | Medical Records for Shane Loveland from Macauley Psychiatric Services | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 32. | | Medical Records for Shane Loveland from Central Nebraska Cardiology | | | | | |
| 33. | | Medical Records for Shane Loveland from Central Nebraska Rehabilitation | | | | | |
| 34. | | Medical Records for Shane Loveland from Nebraska Specialty Network | | | | | |
| 35. | | Medical Records for Shane Loveland from Kearney Clinic | | | | | |
| 36. | | Medical Records for Shane Loveland from Nebraska Orthopaedic | | | | | |
| 37. | | Medical Records for Shane Loveland from Platte Valley Medical Clinic | | | | | |
| 38. | | Medical Records for Shane Loveland from Kearney Anesthesia Associates | | | | | |
| 39. | | Medical Records for Shane Loveland from Midwest Medical Transport | | | | | |
| 40. | | Medical Records for Shane Loveland from Align Networks, Inc. | | | | | |
| 41. | | Medical Records for Shane Loveland from Alegent Creighton Clinic | | | | | |
| 42. | | Medical Records for Shane Loveland from Heartland Hematology & Oncology | | | | | |
| 43. | | Medical Records for Shane Loveland from Advanced Medical Imaging | | | | | |
| 44. | | CD-ROMs of Imaging Studies from Good Samaritan Hospital | | | | | |
| 45. | | CD-ROM of Imaging Studies from Advanced Medical Imaging | | | | | |
| 46. | | CD-ROM of Imaging Studies from Swedish Medical Center | | | | | |
| 47. | | Summary of Injuries (Demonstrative) | | | | | |
| 48. | | Diagnostic Exhibits (Demonstrative) | | | | | |
| 49. | | Surgical Procedure of Right Ventriculostomy (Demonstrative) | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50. | | Surgical Procedure of Insertion of Thoracostomy Tube (Demonstrative) | | | | | |
| 51. | | Surgical Procedure of Right Thoractomy with Repair of Right Hemidiaphragm (Demonstrative) | | | | | |
| 52. | | Interactive Exhibit of Shane Loveland (Demonstrative) | | | | | |
| 53. | | Itemization of Past Medical Bills | | | | | |
| 54. | | Medical Bills | | | | | |
| 55. | | Report of Craig H. Lichtblau, M.D. | | | | | |
| 56. | | CV, Fee Schedule & Deposition/Testimony Log of Craig H. Lichtblau, M.D. | | | | | |
| 57. | | Craig H. Lichtblau's Continuation of Care for Shane Loveland (Depo Exhibit H) | | | | | |
| 58. | | Photos relied upon by Dr. Lichtblau | | | | | |
| 59. | | Craig Lichtblau's File Materials | | | | | |
| 60. | | Report of Bernard Pettingill, Jr., Ph.D. dated 03/13/19 | | | | | |
| 61. | | Report of Bernard Pettingill, Jr., Ph.D. Pettingill dated 11/19/19 | | | | | |
| 62. | | CV, Fee Schedule, Deposition/Testimony Log of Bernard Pettingill, Jr., Ph.D. | | | | | |
| 63. | | Basic Assumptions from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |
| 64. | | Loss of Earnings Capacity from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |
| 65. | | Quantitative Economic Loss Summary from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |
| 66. | | Wage Loss Summary from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |
| 67. | | Future Medical Categories from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |
| 68. | | Life Table for White Males relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69. | | Minimum Wage Per Hour Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | |
| 70. | | Inflation C.P.I. Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | |
| 71. | | Medical Inflation Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | |
| 72. | | Year to Year Changes in Medical Care Costs relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | | |
| 73. | | Bernard Pettingill File Materials | | | | |
| 74. | | Injury Photos of Jacob Summers | | | | |
| 75. | | Medical Records for Jacob Summers from Good Samaritan Hospital | | | | |
| 76. | | Medical Records for Jacob Summers from Central Nebraska Rehabilitation | | | | |
| 77. | | Medical Records for Jacob Summers The Nebraska Medical Center | | | | |
| 78. | | Medical Records for Jacob Summers from Alpha Rehabilitation | | | | |
| 79. | | Medical Records for Jacob Summers from Align Networks, Inc. | | | | |
| 80. | | Medical Records for Jacob Summers from New West Sports Medicine | | | | |
| 81. | | Medical Records for Jacob Summers from Aegis Sciences | | | | |
| 82. | | Medical Records for Jacob Summers from Great Plains Radiology | | | | |
| 83. | | Medical Records for Jacob Summers from Kearney Clinic, P.C. | | | | |
| 84. | | Medical Records for Jacob Summers from American Institute of Toxicology | | | | |
| 85. | | Medical Records for Jacob Summers from Family Practice Associates | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 86. | | Medical Records for Jacob Summers from David M. McConnell, M.D., LLC | | | | | |
| 87. | | Medical Records for Jacob Summers from Advanced Radiology of GI | | | | | |
| 88. | | Medical Records for Jacob Summers from Heartland Pain Clinics | | | | | |
| 89. | | Medical Records for Jacob Summers from Heartland Surgery Center | | | | | |
| 90. | | Medical Records for Jacob Summers from Platte Valley Medical Clinic | | | | | |
| 91. | | Medical Records for Jacob Summers from North Shore Agency | | | | | |
| 92. | | Medical Records for Jacob Summers from Brian Medical Center | | | | | |
| 93. | | Medical Records for Jacob Summers from Kearney Regional Medical Center | | | | | |
| 94. | | Medical Records for Jacob Summers from Eastern Ambulance Services | | | | | |
| 95. | | Medical Records for Jacob Summers from Madonna Rehabilitation Specialists | | | | | |
| 96. | | Medical Records for Jacob Summers from Advanced Medical Imaging | | | | | |
| 97. | | Medical Records for Jacob Summers from Family Physical Therapy & Sports | | | | | |
| 98. | | Medical Records for Jacob Summers from Frontier Home Medical | | | | | |
| 99. | | Medical Records for Jacob Summers from Lincoln Radiology Group | | | | | |
| 100. | | Medical Records for Jacob Summers from Consultants in Gastroenterology | | | | | |
| 101. | | Medical Records for Jacob Summers from Central Pathology Services, LLC | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102. | Medical Records for Jacob Summers from Burton Prosthetics | | | | | |
| 103. | CD-ROM of Imaging Studies for Jacob Summers from New West Sports Medicine | | | | | |
| 104. | CD-ROM of Imaging Studies for Jacob Summers from Good Samaritan Hospital | | | | | |
| 105. | CD-ROM of Imaging Studies for Jacob Summers from Nebraska Medical Center | | | | | |
| 106. | CD-ROM of Imaging Studies for Jacob Summers from Advanced Medical Imaging | | | | | |
| 107. | CD-ROM of Imaging Studies for Jacob Summers from Family Practice Association | | | | | |
| 108. | CD-ROM of Imaging Studies for Jacob Summers from Kearney Regional Medical Center | | | | | |
| 109. | CD-ROM of Imaging Studies for Jacob Summers from Kearney Clinic | | | | | |
| 110. | Dandee Employment Records for Jacob Summers | | | | | |
| 111. | Itemization of Past Wage loss | | | | | |
| 112. | Itemization of Medical Specials | | | | | |
| 113. | Medical Bills | | | | | |
| 114. | Summary of Injuries (Demonstrative) | | | | | |
| 115. | Surgical Procedure of Emergency Abdominal Surgery of 05/01/15 (Demonstrative) | | | | | |
| 116. | Surgical Procedure of 05/04/15 Abdominal Surgery (Demonstrative) | | | | | |
| 117. | Surgical Procedure of 05/08/17 Posterior Cervical Fusion at C4-7 (Demonstrative) | | | | | |
| 118. | Surgical Procedure of 12/13/16 C6-7 Anterior Cervical Discectomy and Fusion (Demonstrative) | | | | | |
| 119. | Interactive Exhibit of Jacob Summers (Demonstrative) | | | | | |
| 120. | CV of Chris Cornett, M.D. | | | | | |
| 121. | CV of James Mahelak, M.D. | | | | | |
| 122. | CV of William Sorrell, M.D. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 123. | CV of Paul J. Schenarts, M.D. | | | | |
| 124. | Subject Right Rear Tire Goodyear Wrangler HT LT235/85R16 | | | | |
| 125. | Subject Right Rear Wheel | | | | |
| 126. | Companion Left Rear Goodyear Wrangler HT LT235/85R16 | | | | |
| 127. | Companion Left Rear Wheel | | | | |
| 128. | Companion Right Front Tire Goodyear Wrangler HT LT235/85R16 | | | | |
| 129. | Companion Right Front Wheel | | | | |
| 130. | Companion Left Front Tire Goodyear Wrangler HT LT235/85R16 | | | | |
| 131. | Companion Left Front Wheel | | | | |
| 132. | David Southwell's Curriculum Vitae *Marked as Exhibit 7 to David Southwell's March 28, 2019 deposition.* | | | | |
| 133. | David Southwell's March 2019 Expert Report | | | | |
| 134. | David Southwell's Supplemental Expert Report after Receipt of Global Master Specification | | | | |
| 135. | David Southwell's Subject Right Rear Tire Photographs | | | | |
| 136. | David Southwell's Companion Left Rear Tire Photographs | | | | |
| 137. | David Southwell's Companion Left Front Tire Photographs | | | | |
| 138. | David Southwell's Companion Right Front Tire Photographs | | | | |
| 139. | David Southwell's Subject Right Rear Tire X-rays | | | | |
| 140. | David Southwell's Companion Left Rear Tire X-Rays | | | | |
| 141. | David Southwell's Companion Left Front Tire X-Rays | | | | |
| 142. | David Southwell's Companion Right Front Tire X-Rays | | | | |
| 143. | David Southwell's Companion Left Rear Tire Shearography | | | | |
| 144. | David Southwell's Companion Left Front Tire Shearography | | | | |
| 145. | David Southwell's Companion Right Front Tire Shearography | | | | |

| 146. | David Southwell's Reference Materials | | | | | |
|---|---|---|---|---|---|---|
| 147. | Micky Gilbert's Curriculum Vitae | | | | | |
| 148. | Micky Gilbert's March 12, 2019 Expert Report<br>*Marked as Exhibit 4 to Micky Gilbert's deposition taken on April 14, 2019.* | | | | | |
| 149. | Micky Gilbert's Scene Photographs | | | | | |
| 150. | Micky Gilbert's Scene Drone Photographs | | | | | |
| 151. | Micky Gilbert's Vehicle Photographs | | | | | |
| 152. | Micky Gilbert's Tire and Wheel Photographs | | | | | |
| 153. | Micky Gilbert's Accident Calculations<br>*Marked as Exhibit 6 to Micky Gilbert's deposition taken on April 14, 2019.* | | | | | |
| 154. | Micky Gilbert's Subject Vehicle Ghost Image | | | | | |
| 155. | Micky Gilbert's Scene Diagram<br>*Marked as Exhibit 5 to Micky Gilbert's deposition taken on April 14, 2019.* | | | | | |
| 156. | Micky Gilbert's Scene Models 1-5 | | | | | |
| 157. | Micky Gilbert's Vehicle Models 1-2 | | | | | |
| 158. | Micky Gilbert's Reference Materials (Core Documents)<br>*Marked as Exhibit 1 to Micky Gilbert's deposition taken on April 14, 2019.* | | | | | |
| 159. | Bosch Crash Data Retrieval<br>*Blair000219-224* | | | | | |
| 160. | Gadsden Tire Specification<br>*GY Susman 28939-28965* | | | | | |
| 161. | Gadsden Tire Specification<br>*GY Susman 28966-28971* | | | | | |
| 162. | Gadsden Tire Specification<br>*GY Susman 28972-29010* | | | | | |
| 163. | Spec Change Authorization Sheet<br>*GY Susman 28932-28938* | | | | | |
| 164. | Mold Drawing<br>*GY Susman 36466-36473* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 165. | GMS – Holographic Examination of RLT<br>*GY Susman 36300-36314* | | | | | |
| 166. | GMS – Tolerances & Limitations of RLT<br>*GY Susman 36315-36334* | | | | | |
| 167. | GMS – X-Ray Disposition RLT<br>*GY Susman 36335-36363* | | | | | |
| 168. | GMS – Cut Tire Programs<br>*GY Susman 36364-36367* | | | | | |
| 169. | GMS – Cut Tire Program<br>*GY Susman 36368-36429* | | | | | |
| 170. | GMS – Quality Assurance Programs<br>*GY Susman 36430-36465* | | | | | |
| 171. | GMS – Tolerances & Limitations RLT<br>*GY Susman 36474-36492* | | | | | |
| 172. | Goodyear/Kelly Load Range E Warranty<br>*GY Susman 6187-6202* | | | | | |
| 173. | Universal Adjustment System Version 3.8<br>Adjustment data Subject Tire<br>*GY Susman 20838-20844* | | | | | |
| 174. | Goodyear Wrangler HT Tire Information Page<br>*Marked as Exhibit 502 to deposition of Jay Lawrence taken on November 15, 2019.* | | | | | |
| 175. | Important Safety Program dated 02/12/02<br>*GY Susman 01385-01401*<br>*Marked as Exhibit 503 to deposition of Jay Lawrence taken on November 15, 2019.* | | | | | |
| 176. | Product Performance Review dated 09/17/97<br>*GY Susman 31805-31824*<br>*Marked as Exhibit 504 to deposition of Jay Lawrence taken on November 15, 2019.*<br>*Also, marked as Exhibit 29 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | |
| 177. | North American Tire Crown Integrity Update dated 04/01/99<br>*GY Susman 24263-24279* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 505 to deposition of Jay Lawrence taken on November 15, 2019.* | | | | | |
| 178. | | Crown Area Improvements in LR E MPV Tires (An Overview of Kelly/Goodyear Work) dated 11/05/96<br>*GY Susman 26475-26482*<br>*Marked as Exhibit 506 to deposition of Jay Lawrence taken on November 15, 2019.*<br>*Also, marked as Exhibit 3 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 27 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28228-28268.* | | | | | |
| 179. | | ODI Resume dated 11/21/00<br>*GY Susman 01366-01368*<br>*Marked as Exhibit 507 to deposition of Jay Lawrence taken on November 15, 2019.* | | | | | |
| 180. | | Correspondence to Dennis O'Connor dated 12/01/00<br>*GY Susman 26385-26391*<br>*Marked as Exhibit 508 to deposition of Jay Lawrence taken on November 15, 2019.*<br>*Also marked as Exhibit 17 to Chester Patterson's Deposition taken in Ebanks bates GY Susman 26385-26391.*<br>*Also marked as Exhibit 25 to Ernest Kessell's Deposition taken in Garcia bates GY Susman 26208-26215.* | | | | | |
| 181. | | Trailer Tire Changeover Program dated 07/07/00<br>*GY Susman 30629-30631*<br>*Marked as Exhibit 509 to deposition of Jay Lawrence taken on November 15, 2019.*<br>*Also, marked as Exhibit 1 to Dennis O'Connor's Deposition taken in Boerm.* | | | | | |
| 182. | | Tread/Top Belt 'Throws' dated 01/25/96<br>*GY Susman 21533-21562* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 183. | Tread/Top Belt Throw dated 03/01/96<br>*GY Susman 22669-22682* | | | | | |
| 184. | RLT Damage Claims<br>*GY Susman 22229* | | | | | |
| 185. | RLT Crown Integrity dated 05/13/96<br>*GY Susman 22763-22776* | | | | | |
| 186. | Adjustments<br>*GY Susman 27690-27691* | | | | | |
| 187. | Damage Claim Summary Cumulative<br>*GY Susman 27895* | | | | | |
| 188. | Chart of LRE claims from 1992-1998<br>*GY Susman 36695-36864* | | | | | |
| 189. | Chart of LRE Claims<br>*GY Susman 36865-37021* | | | | | |
| 190. | NHTSA Reported Damage Claims<br>*GY Susman 4250-4252* | | | | | |
| 191. | Status of 'Tread Throw' Analysis<br>*GY Susman 20946-20952* | | | | | |
| 192. | RLT LR E Crown Integrity<br>*GY Susman 22041-22151* | | | | | |
| 193. | RLT Crown Durability Testing dated 06/03/96<br>*GY Susman 22259-22273*<br>*Also, marked as Exhibit 9 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28169-28170.* | | | | | |
| 194. | 'Tread Throw' Team Kickoff Meeting dated 02/16/96<br>*GY Susman 22637-22653* | | | | | |
| 195. | RLT Crown Separation by Tire Line<br>*GY Susman 31348-31350* | | | | | |
| 196. | Crown Area Improvements in LR E MPV Tires<br>*GY Susman 31369-31376* | | | | | |
| 197. | NHTSA Load Range E Issues<br>*GY Susman 6216-6288* | | | | | |
| 198. | Overlay Implementation Meeting<br>*GY Susman 23115-23116* | | | | | |
| 199. | RLT Crown Integrity Test<br>*GY Susman 23156-23158* | | | | | |
| 200. | Isuzu NPR Truck<br>*GY Susman 24624-24634* | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 201. | FEA of Crown vs Flat Built Nylon Spiral Overlay Tires<br>*GY Susman 24918-24927* | | | | |
| 202. | Email dated 11/11/98<br>*GY Susman 25494* | | | | |
| 203. | LR E Tread Separation Review Meeting 8/23/00<br>*GY Susman 25685-25686* | | | | |
| 204. | LR E Tread Separation Update<br>*GY Susman 25687-25692* | | | | |
| 205. | RLT LR E Crown Integrity<br>*GY Susman 26631-26654* | | | | |
| 206. | Overlay FEA Analysis<br>*GY Susman 27889* | | | | |
| 207. | RLT A-Team Meeting (#2. 2/20/96) dated 02/26/96<br>*GY Susman 20873-20876* | | | | |
| 208. | RLT A-Team Meeting #3 (2/28/96) dated 02/29/96<br>*GY Susman 20877-20882* | | | | |
| 209. | RLT A-Team Meeting #4 (3/6/96) dated 03/07/96<br>*GY Susman 20883-20888* | | | | |
| 210. | RLT A-Team Meeting #5 (3/12/96) dated 03/14/96<br>*GY Susman 20889-20899* | | | | |
| 211. | RLT A-Team Meeting #6 (3/22/96) dated 03/25/96<br>*GY Susman 22699-22705* | | | | |
| 212. | RLT A-Team Meeting # 7 *(3/27/96)* dated 03/28/96<br>*GY Susman 20907-20915* | | | | |
| 213. | RLT A-Team Meeting #9 (4/10/96) dated 04/10/96<br>*GY Susman 20923-20929* | | | | |
| 214. | RLT A-Team Meeting #10 (4/17/96) dated 04/10/96<br>*GY Susman 21018-21023* | | | | |
| 215. | RLT A-Team Meeting #11 (4/24/96) dated 04/25/96<br>*GY Susman 21024-21032* | | | | |
| 216. | RLT A-Team Meeting # 13 (5/08/96) dated 05/09/96<br>*GY Susman 22755-22762* | | | | |
| 217. | RLT A-Team Meeting # 14 (5/15/96) dated 05/15/96<br>*GY Susman 21051-21059* | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 218. | RLT Crown Integrity Team Meeting #16 (5/29/96) dated 05/29/96<br>*GY Susman 21069-21084* | | | | | |
| 219. | RLT Crown Integrity Team Meeting #17 (6/05/96) dated 06/05/96)<br>*GY Susman 22809-22817* | | | | | |
| 220. | Crown Integrity Team Meeting #18 (6/12/96) dated 06/12/96<br>*GY Susman 21094-21096* | | | | | |
| 221. | RLT Crown Integrity Team Meeting #19 (6/26/96) dated 06/27/96<br>*GY Susman 21097-21106* | | | | | |
| 222. | RLT Crown Integrity Team Meeting #21 (7/17/96) dated 07/18/96<br>*GY Susman 21117-21129* | | | | | |
| 223. | RLT Crown Integrity Team Meeting #22 (7/24/96) dated 07/24/96<br>*GY Susman 22870-22880* | | | | | |
| 224. | RLT Crown Integrity Team Meeting #23 (8/07/96) dated 08/08/96<br>*GY Susman 21141-21152* | | | | | |
| 225. | 96242RDS 0484-RLT Crown Integrity Team dated 10/08/96<br>*GY Susman 22949* | | | | | |
| 226. | RLT Adjustment Data Need dated 07/02/96<br>*GY Susman 22950-22951* | | | | | |
| 227. | ODI Resume<br>*GY Susman 00001*<br>*Marked as Exhibit 15 to Chester Patterson's Deposition at GY Susman 26381.* | | | | | |
| 228. | Cover Letter responses to NHTSA's inquiries regarding NSA-12jfa PE00-046<br>*GY Susman 03702-03744* | | | | | |
| 229. | 09.05.2001 letter to NHTSA<br>*GY Susman 01126-01128* | | | | | |
| 230. | LA Times 'Goodyear Replaced Tires in 'Silent Recall,' Critics Allege | | | | | |
| 231. | Letter to Kenneth Weinstein dated 01/28/02 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *GY Susman 32013-32039* | | | | |
| 232. | | Summary of Crown Claims – 1996 Gadsden Production LT245/75R16 LR E Wrangler AT 11BT0 (740 353 439)<br>*GY Susman 26432-26433*<br>*Marked as Exhibit 1 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 233. | | Crown Area Improvements in LR E MPV Tires (An Overview of Kelly/Goodyear Work)<br>*GY Susman 26434-26474*<br>*Marked as Exhibit 2 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 14 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31600-31640.*<br>*Additional bates at GY Susman 31307-31347* | | | | |
| 234. | | RLT LR-E Crown Integrity Improvement 'ACT' Team<br>*GY Susman 26483-26489*<br>*Marked as Exhibit 4 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 235. | | Problem Summary<br>*GY Susman 26490-26512*<br>*Marked as Exhibit 5 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 236. | | Fayetteville/Gadsden Cure System Study June 9-13, 1997<br>*GY Susman 26513-26524*<br>*Marked as Exhibit 6 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 237. | | Product Performance<br>*GY Susman 26525-26544*<br>*Marked as Exhibit 7 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 238. | | RLT LR-E Crown Integrity Improvement Background/Overview<br>*GY Susman 26545-26585* | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 8 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 31 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31833-31873.* | | | | | |
| 239. | | Crown Integrity Review December 4, 1997<br>*GY Susman 26586-26610*<br>*Marked as Exhibit 9 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 5 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28153-28165.*<br>*Also, marked as Exhibit 18 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28184-28191.*<br>See also *GY Susman 31519-31543.* | | | | | |
| 240. | | RLT Crown Integrity Overview<br>*GY Susman 26611-26630*<br>*Marked as Exhibit 10 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 241. | | RLT LR-E Crown Integrity<br>*GY Susman 26631-26654*<br>*Marked as Exhibit 11 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 13 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 25892-25915.* | | | | | |
| 242. | | North America Tire Crown Integrity Update April 1999<br>*GY Susman 26655-26672*<br>*Marked as Exhibit 12 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 243. | | RLT Crown Integrity Team Meeting #15<br>*GY Susman 26673-26681*<br>*Marked as Exhibit 13 to Beale Robinson's Deposition taken in Frankl.* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | See also *GY Susman 21060-21068* | | | | |
| 244. | | Opportunities for Cured Tire Scrap Reduction<br>*GY Susman 26682-26686*<br>*Marked as Exhibit 14 to Beale Robinson's Deposition taken in Frankl.* | | | | |
| 245. | | RLT Tread Throw Team #2 Kickoff Meeting<br>*GY Susman 26687-26690*<br>*Marked as Exhibit 15 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 22 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31727-31730.* | | | | |
| 246. | | RLT Tread Throw Team #2 Kickoff Meeting dated 02/19/96<br>*GY Susman 20869-20872* | | | | |
| 247. | | RLT A-Team Meeting #8<br>*GY Susman 26691-26697*<br>*Marked as Exhibit 16 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 20916-20922.* | | | | |
| 248. | | RLT A-Team Meeting #12 (5/01/96) dated 05/02/96)<br>*GY Susman 26698-26707*<br>*Marked as Exhibit 17 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21033-21042.* | | | | |
| 249. | | Crown Integrity Team Meeting #19<br>*GY Susman 26708-26710*<br>*Marked as Exhibit 18 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21074-21096.* | | | | |
| 250. | | RLT Crown Integrity Team Meeting #20<br>*GY Susman 26711-26720*<br>*Marked as Exhibit 19 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21107-21116.* | | | | |
| 251. | | RLT Crown Separation by Tire Line | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *GY Susman 26721-*<br>*Marked as Exhibit 20 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.* | | | | | |
| 252. | | RLT Crown Integrity Meeting<br>Team Meeting #24<br>*GY Susman 26724-26725*<br>*Marked as Exhibit 21 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.*<br>See also *GY Susman 21153-21154* | | | | | |
| 253. | | Tire Cut Section Diagram<br>*GY Susman 26726*<br>*Marked as Exhibit 22 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.* | | | | | |
| 254. | | RLT Crown Integrity Meeting<br>Team Meeting #25<br>*GY Susman 26727-26729*<br>*Marked as Exhibit 23 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.*<br>See also *GY Susman 21155-21157.* | | | | | |
| 255. | | RLT Crown Integrity Meeting<br>Team Meeting #26<br>*GY Susman 26730-26732*<br>*Marked as Exhibit 24 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.*<br>*Also, marked as Exhibit 17 to*<br>*Daniel Hammontree, Beale*<br>*Robinson and Dane Taylor's*<br>*Depositions taken in Garcia bates*<br>*GY Susman 25923-25928; GY*<br>*Susman 26851-26856.*<br>*Also, marked as Exhibit 3 to*<br>*Joseph Zekoski's Deposition taken*<br>*in Arredondo bates GY Susman*<br>*28153-28154.*<br>See also *GY Susman 21158-21183* | | | | | |
| 256. | | Radial Light Truck – Gadsden<br>*GY Susman 26733*<br>*Marked as Exhibit 25 to Beale*<br>*Robinson's Deposition taken in*<br>*Frankl.* | | | | | |
| 257. | | RLT LR-E Crown Integrity<br>*GY Susman 26734* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 26 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 258. | | Cure Conditions at Gadsden<br>*GY Susman 26735*<br>*Marked as Exhibit 27 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 259. | | Gray Gadsden – Solid Fayetteville<br>*GY Susman 26736-26738*<br>*Marked as Exhibit 28 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 260. | | Lubrication of Press Center Mechanism Lower Bladder Clamp Ring Hub Threads<br>*GY Susman 26739-26741*<br>*Marked as Exhibit 29 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 19 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28192-28195.* | | | | | |
| 261. | | RLT LR-E Power Point Presentation<br>*GY Susman 26742*<br>*Marked as Exhibit 30 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 262. | | RLT A Team Meeting #11<br>*GY Susman 26743-26763*<br>*Marked as Exhibit 31 to Beale Robinson's Deposition taken in Frankl.* | | | | | |
| 263. | | United States Patent 5,000,239<br>*GY Susman 26764-26776*<br>*Marked as Exhibit 32 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 49 to Beale Robinson's Depositions taken in Garcia bates GY Susman 26886-26898.* | | | | | |
| 264. | | RLT LR E Crown Integrity Improvement Team Trip; Fayetteville/Gadsden w/o 4/27/97<br>*GY Susman 26777-26780* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 33 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21438-21440* | | | | | |
| 265. | | Wrangler Tread/Top Belt Throws<br>*GY Susman 26279-26280*<br>*Marked as Exhibit 1 to Madelon Kominic's Deposition taken in Frankl.* | | | | | |
| 266. | | RLT 235/85R16 Load Range E Tread Throw Investigations<br>*GY Susman 26281-26314*<br>*Marked as Exhibit 2 to Madelon Kominic's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 15 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 25916-25917; GY Susman 26844-26845* | | | | | |
| 267. | | RLT 235/85R16 Load Range E Tread Throw Problem<br>*GY Susman 26315-26316*<br>*Marked as Exhibit 3 to Madelon Kominic's Deposition taken in Frankl.* | | | | | |
| 268. | | RLT 235/85R16 Load Range E Tread Throw Problem Investigations<br>*GY Susman 26317-26318*<br>*Marked as Exhibit 4 to Madelon Kominic's Deposition taken in Frankl.* | | | | | |
| 269. | | Wrangler LT Tire Defects<br>*GY Susman 26319-26320*<br>*Marked as Exhibit 5 to Madelon Kominic's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 23 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31731-31732.* | | | | | |
| 270. | | Holograph "A" Rates Tires<br>*GY Susman 26321*<br>*Marked as Exhibit 6 to Madelon Kominic's Deposition taken in Frankl.* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 271. | | RLT LR-E Plant Exchange and Mold Extraction Trials<br>*GY Susman 26322-26326*<br>*Marked as Exhibit 7 to Madelon Kominic's Deposition taken in Frankl.* | | | | | |
| 272. | | Wrangler AT Performance<br>*GY Susman 26327*<br>*Marked as Exhibit 1 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 273. | | Letter to Major John Farner<br>*GY Susman 26328*<br>*Marked as Exhibit 2 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 274. | | Wrangler AT Performance<br>*GY Susman 26329*<br>*Marked as Exhibit 3 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 275. | | Tire Information Request<br>*GY Susman 26330-26331*<br>*Marked as Exhibit 4 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 276. | | Handwritten Note<br>*GY Susman 26332*<br>*Marked as Exhibit 5 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 277. | | Dismounted Returned Tire Inspection – Wrangler AT Tires<br>*GY Susman 26333-26334*<br>*Marked as Exhibit 6 to James Nespo's Deposition taken in Frankl.* | | | | | |
| 278. | | Analysis of RLT Load Range E Tires<br>*GY Susman 26971-26997*<br>*Marked as Exhibit 1 to Edward Terrill's Deposition taken in Frankl.* | | | | | |
| 279. | | Tire Aging (Analysis of RLT Load Range E Tires)<br>*GY Susman 26998-27014*<br>*Marked as Exhibit 2 to Edward Terrill's Deposition taken in Frankl.* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 280. | Lee Landrover LT235/85R16 E all cond<br>*GY Susman 25964-25965*<br>*Marked as Exhibit 5 to Daniel Hammontree's Deposition taken in Ebanks.* | | | | | | |
| 281. | The Goodyear Tire & Rubber Company Land Rover LT235/85R16, LR E Claims<br>*GY Susman 25966*<br>*Marked as Exhibit 6 to Daniel Hammontree's Deposition taken in Ebanks.* | | | | | | |
| 282. | Cut Back of a Tire<br>*GY Susman 28013*<br>*Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Ebanks.* | | | | | | |
| 283. | Tire Diagram<br>*GY Susman 28014*<br>*Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Ebanks.*<br>*Also marked as Exhibit 2 to Richard Olsen's Deposition taken in Ebanks bates GY Susman 30701.* | | | | | | |
| 284. | Tread/Top Belt Throw dated 04/01/96<br>*GY Susman 21346-21398*<br>*Referenced as Ebanks 954, 956, 965 and 966 in Joseph Zekoski's Deposition taken in Ebanks.* | | | | | | |
| 285. | Development of Tread Durability Test<br>*GY Susman 26372-26374*<br>*Marked as Exhibit 10 to Chester Patterson's Deposition taken in Ebanks.* | | | | | | |
| 286. | ISUZU NPR, LT215/85R16 Tread Integrity Meeting<br>*GY Susman 26375*<br>*Marked as Exhibit 11 to Chester Patterson's Deposition taken in Ebanks.* | | | | | | |
| 287. | Isuzu NPR Durability Testing Results<br>*GY Susman 26376* | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 12 to Chester Patterson's Deposition taken in Ebanks.* | | | | | |
| 288. | | Bent Axle Test for Crown Area Durability<br>*GY Susman 26377*<br>*Marked as Exhibit 13 to Chester Patterson's Deposition taken in Ebanks.* | | | | | |
| 289. | | ISUZU NPR, LT 215/85R16 Durability Improvement<br>*GY Susman 26378-26380*<br>*Marked as Exhibit 14 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 4 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28155-28157.* | | | | | |
| 290. | | Letter to ODI dated 08/16/01<br>*GY Susman 26382-26384*<br>*Marked as Exhibit 16 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also marked as Exhibit 25 to Beale Robinson's Deposition taken in Ebanks bates GY Susman 26964-26966.* | | | | | |
| 291. | | Letter to Kenneth Weinstein dated 01/28/02<br>*GY Susman 26395-26397*<br>*Marked as Exhibit 19 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 24 to Beale Robinson's Deposition taken in Ebanks bates GY Susman 26961-26963.*<br>*Also, marked as Exhibit 2 to Dennis O'Connor's Deposition taken in Boerm bates GY Susman 30632-30658.*<br>*Additional bates at GY Susman 01375-01401.* | | | | | |
| 292. | | Meeting on LT-Metric 'Tread-Throw' Field Problems (9/19-21/95)<br>*GY Susman 26899-26902* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Marked as Exhibit 1 to Beale Robinson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 30 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28293-28296.*<br>*Also, marked as Exhibit 12 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31550-31553.* | | | | | |
| 293. | LT-Metric Damage Claim Tire by Date of Production Load Range D & E<br>*GY Susman 26903*<br>*Marked as Exhibit 2 to Beale Robinson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 34 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28306.* | | | | | |
| 294. | Overview Conclusions<br>*GY Susman 26904*<br>*Marked as Exhibit 3 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 295. | Root Cause Investigation #1 Tire Conditions Have Changed<br>*GY Susman 26905*<br>*Marked as Exhibit 4 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 296. | Building Specification<br>*GY Susman 26906-26924*<br>*Marked as Exhibit 5 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 297. | Damage Claim Summary<br>*GY Susman 26925*<br>*Marked as Exhibit 6 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 298. | RLT Tread Throw Team #2 Kickoff Meeting<br>*GY Susman 26926*<br>*Marked as Exhibit 7 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 299. | Probable Root-Cause<br>Weak Boundary Layer Between<br>RLT Belts 1&2<br>*GY Susman 26927*<br>*Marked as Exhibit 8 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 300. | Damage Claims Tread Sep<br>Damage Claims Trend for 1995<br>*GY Susman 26928*<br>*Marked as Exhibit 9 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 301. | RLT Crown Integrity<br>*GY Susman 26929*<br>*Marked as Exhibit 10 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 302. | Settled Damage Claims by Year of<br>Manufacture<br>*GY Susman 26932*<br>*Marked as Exhibit 11 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 303. | Combined Goodyear/Kelly PL<br>Claims Projection<br>*GY Susman 26933*<br>*Marked as Exhibit 12 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 304. | Problem Summary<br>*GY Susman 26934*<br>*Marked as Exhibit 13 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 305. | Problem Summary<br>*GY Susman 26935*<br>*Marked as Exhibit 14 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 306. | Conclusions<br>*GY Susman 26936*<br>*Marked as Exhibit 15 to Beale*<br>*Robinson's Deposition taken in*<br>*Ebanks.* | | | | | |
| 307. | Damage Claims Goodyear/Kelly<br>Light Truck Tires<br>*GY Susman 26937* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 16 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 308. | | Combined Kelly/Goodyear Settled Damage Claims by Tire Size<br>*GY Susman 26938*<br>*Marked as Exhibit 17 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 309. | | Combined Goodyear/Kelly PL Claims Summary by Age of Tire<br>*GY Susman 26939*<br>*Marked as Exhibit 18 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 310. | | RLT LR-Overlay Implementation Planning<br>*GY Susman 26940-26941*<br>*Marked as Exhibit 19 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 311. | | 1996 Action Plan Effectiveness<br>*GY Susman 26942*<br>*Marked as Exhibit 20 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 312. | | ISUZU NPR, LT 215/85R16 Durability Improvement<br>*GY Susman 26943-26946*<br>*Marked as Exhibit 21 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 313. | | ISUZU/Pre-Policy Report<br>*GY Susman 26947*<br>*Marked as Exhibit 22 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 314. | | United States Patent 4,815,511<br>*GY Susman 26948-26960*<br>*Marked as Exhibit 23 to Beale Robinson's Deposition taken in Ebanks.* | | | | | |
| 315. | | Load Range E Truck Tires Alleged Tread/Belt Separations Accidents Involving Deaths or Injuries<br>*GY Susman 26216-26218*<br>*Marked as Exhibit 26 to Ernest Kessell's Deposition taken in Garcia.* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 316. | | Goodyear AT and ATS Warranty/Goodwill Adjustment Rates<br>*GY Susman 26219-26222*<br>*Marked as Exhibit 27 to Ernest Kessell's Deposition taken in Garcia.* | | | | | |
| 317. | | Customer Contacts Wrangler AT and ATS LRE<br>*GY Susman 26223*<br>*Marked as Exhibit 28 to Ernest Kessell's Deposition taken in Garcia.* | | | | | |
| 318. | | Master Product File Display<br>*GY Susman 26270*<br>*Marked as Exhibit 37 to Ernest Kessell's Deposition taken in Garcia.* | | | | | |
| 319. | | Conclusions<br>*GY Susman 25918-25922*<br>*Marked as Exhibit 16 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia additional bates GY Susman 26846-26850.* | | | | | |
| 320. | | Combined Goodyear/Kelly PL Claims Summary<br>*GY Susman 25929-25933*<br>*Marked as Exhibit 19 to Daniel Hammontree's Deposition taken in Garcia.* | | | | | |
| 321. | | 1996 Tire Guide Load & Inflation Tables<br>*GY Susman 25934-25935*<br>*Marked as Exhibit 13 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 26866-26867.* | | | | | |
| 322. | | RLT Size Breakout<br>*GY Susman 25936-25938*<br>*Marked as Exhibit 27 to Daniel Hammontree's Deposition taken in Garcia.* | | | | | |
| 323. | | Settled Damage Claims by Year of Manufacture<br>*GY Susman 25939-25942* | | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | *Marked as Exhibit 28 to Daniel Hammontree's Deposition taken in Garcia.* |  |  |  |  |
| 324. |  | Settled Damage Claims by Date of Claim<br>*GY Susman 25943*<br>*Marked as Exhibit 31 to Daniel Hammontree's Depositions taken in Garcia.* |  |  |  |  |
| 325. |  | Kelly Exposure<br>*GY Susman 25944-25949*<br>*Marked as Exhibit 33 to Daniel Hammontree's Deposition taken in Garcia.* |  |  |  |  |
| 326. |  | RLT Crown Integrity Improvement<br>*GY Susman 25950-25954*<br>*Marked as Exhibit 41 to Daniel Hammontree's Deposition taken in Garcia.* |  |  |  |  |
| 327. |  | Conclusions/Recommendations<br>*GY Susman 25955-25960*<br>*Marked as Exhibit 46 to Daniel Hammontree's Deposition taken in Garcia.* |  |  |  |  |
| 328. |  | Radial Light Truck – Gadsden<br>*GY Susman 25961-25963*<br>*Marked as Exhibit 48 to Daniel Hammontree's Deposition taken in Garcia.* |  |  |  |  |
| 329. |  | Problem Summary<br>*GY Susman 26838-26843*<br>*Marked as Exhibit 14 to Beale Robinson's Deposition taken in Garcia.*<br>*Also, marked as Exhibit 33 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28305.* |  |  |  |  |
| 330. |  | Probable Root-Cause: Weak Boundary Layer Between RLT Belts 1&2<br>*GY Susman 26857-26865*<br>*Marked as Exhibit 21 to Beale Robinson's Deposition taken in Garcia.* |  |  |  |  |
| 331. |  | RLT LR-E Crown Integrity Improvement 'ACT' Team<br>*GY Susman 26868-26873* |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 34 to Beale Robinson's Deposition taken in Garcia.* | | | | | |
| 332. | | LR "E" Belt Wire<br>*GY Susman 26874-26885*<br>*Marked as Exhibit 38 to Beale Robinson's Deposition taken in Garcia.* | | | | | |
| 333. | | Isuzu NPR Truck Tire LT215/85R16 Treadwear Report<br>*GY Susman 28018-28026*<br>*Marked as Exhibit 207 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 207 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28330-28338.* | | | | | |
| 334. | | Isuzu NPR Tire Problems on Vehicle Durability Test<br>*GY Susman 28027-28029*<br>*Marked as Exhibit 208 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 208 to Ray Young's Deposition taken in Arredondo GY Susman 28457-28459.*<br>*Also, marked as Exhibit 208 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28339-28341.* | | | | | |
| 335. | | Isuzu Tread-Throw Tire<br>*GY Susman 28460*<br>*Marked as Exhibit 209 to Ray Young's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 209 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28342.* | | | | | |
| 336. | | Isuzu LT215/85R16 WHT Tread Separation Meeting Summary of Isuzu Dealer Conference in Phoenix on 1/19/95<br>*GY Susman 28030-28033*<br>*Marked as Exhibit 210 to George Edward's Deposition taken in Arredondo.* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Also, marked as Exhibit 210 to Ray Young's Deposition taken in Arredondo GY Susman 28461-28464.*<br>*Also, marked as Exhibit 210 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28343-28346.* | | | | | |
| 337. | LT215/85R16 WHT Tread Throw<br>*GY Susman 28034-28035*<br>*Marked as Exhibit 211 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 211 to Ray Young's Deposition taken in Arredondo GY Susman 28465-28466.*<br>*Also, marked as Exhibit 211 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28347-28348.* | | | | | |
| 338. | LT215/85R16 WHT for NPR<br>*GY Susman 28036*<br>*Marked as Exhibit 212 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 212 to Ray Young's Deposition taken in Arredondo GY Susman 28467.*<br>*Also, marked as Exhibit 212 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28349.* | | | | | |
| 339. | ISUZU NPR Truck – Burst Issue<br>*GY Susman 28037*<br>*Marked as Exhibit 213 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 213 to Ray Young's Deposition taken in Arredondo GY Susman 28468.*<br>*Also, marked as Exhibit 213 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28350.* | | | | | |
| 340. | Isuzu NPR – LT215/85R16 LR-E Wrangler HT<br>*GY Susman 28038* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Marked as Exhibit 214 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 214 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28351.* | | | | | |
| 341. | ISUZU NPR, LT 215/85R16 Tire Tread Separation Failures<br>*GY Susman 28039*<br>*Marked as Exhibit 215 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 215 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28352.* | | | | | |
| 342. | Isuzu NPR LT215/85R15 LR-E Tread Integrity<br>*GY Susman 28040-28041*<br>*Marked as Exhibit 216 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 216 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28353-28354.* | | | | | |
| 343. | Isuzu NPR Truck, LT215/85R16 LR-E Wrangler HT<br>*GY Susman 28042-28054*<br>*Marked as Exhibit 217 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 217 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28355-28367.* | | | | | |
| 344. | ISUZU NPR, LT215/85R16 Durability Improvement<br>*GY Susman 28055-28058*<br>*Marked as Exhibit 218 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 218 to Iwao Uenoyama's Deposition in Arredondo bates GY Susman 28427-28430.*<br>*Also, marked as Exhibit 218 to Ray Young's Deposition taken in* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | *Arredondo GY Susman 28469-28472.*<br>*Also, marked as Exhibit 218 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28368-28371.* | | | | | |
| 345. | Isuzu NPR – LT215/85R16 WHT LR-E<br>*GY Susman 28059*<br>*Marked as Exhibit 219 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 219 to Ray Young's Deposition taken in Arredondo GY Susman 28473.*<br>*Also, marked as Exhibit 219 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28372.* | | | | | |
| 346. | Trip Report – Weight Study – Monarch/Odwalla<br>*GY Susman 28060-28082*<br>*Marked as Exhibit 220 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 220 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28373-28395.*<br>*Also, marked as Exhibit 29 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28270-28292.*<br>*Also, marked as Exhibit 220 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28434-28456.* | | | | | |
| 347. | ISUZU NPR LT215/85R16 WHT Meeting at American Isuzu<br>*GY Susman 28083-28085*<br>*Marked as Exhibit 221 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 221 to Iwao Uenoyama's Deposition in Arredondo bates GY Susman 28431-28433.*<br>*Also, marked as Exhibit 221to Mark Grund's Deposition taken in* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Arredondo bates GY Susman 28396-28398.* | | | | |
| 348. | | Isuzu NPR Truck<br>*GY Susman 28086-28113*<br>*Marked as Exhibit 222 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 222 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28399.* | | | | |
| 349. | | Overlay Implementation Meeting, 12/7/98<br>*GY Susman 28474-28475.*<br>*Marked as Exhibit 232 to Ray Young's Deposition taken in Arredondo.* | | | | |
| 350. | | LR-E Overlay Implementation Meeting, 2/19/99<br>*GY Susman 28476-28479*<br>*Marked as Exhibit 233 to Ray Young's Deposition taken in Arredondo.* | | | | |
| 351. | | LR-E Overlay Implementation Meeting, 5/7/99<br>*GY Susman 28480-28481*<br>*Marked as Exhibit 237 to Ray Young's Deposition taken in Arredondo.* | | | | |
| 352. | | Returned Tire Inspection<br>*GY Susman 28269*<br>*Marked as Exhibit 28 to Richard Olsen's Deposition taken in Arredondo.* | | | | |
| 353. | | Status of 'Tread-Throw' Analysis dated 10/09/95<br>*GY Susman 28297-28300*<br>*Marked as Exhibit 31 to Richard Olsen's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 32 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28301-28304.*<br>*Also, marked as Exhibit 18 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31680-31691.* | | | | |
| 354. | | Failure Analysis | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | GY Susman 28307<br>*Marked as Exhibit 35 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 355. | | LT-Metric Problem Summary<br>*GY Susman 28306*<br>*Marked as Exhibit 36 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 356. | | LT Recommendations<br>*GY Susman 28309*<br>*Marked as Exhibit 37 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 357. | | LT Phased Production Changes Phase I – Immediate<br>*GY Susman 28310*<br>*Marked as Exhibit 38 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 358. | | Problem Summary<br>*GY Susman 28311*<br>*Marked as Exhibit 39 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 359. | | Damage Claims<br>*GY Susman 28312*<br>*Marked as Exhibit 40 to Richard Olsen's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28166.* | | | | | |
| 360. | | Damage Claims Goodyear/Kelly Light Truck Tires<br>*GY Susman 28313*<br>*Marked as Exhibit 41 to Richard Olsen's Deposition taken in Arredondo.* | | | | | |
| 361. | | RLT Crown Integrity Team Action Items<br>*GY Susman 28314-28316*<br>*Marked as Exhibit 42 to Beale Robinson's Deposition taken in Arredondo.* | | | | | |
| 362. | | KS Fayetteville Tire Specification<br>*GY Susman 28317-28319* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 43 to Beale Robinson's Deposition taken in Arredondo.* | | | | | |
| 363. | | KS Fayetteville Tire Specification<br>*GY Susman 28320-28324*<br>*Marked as Exhibit 44 to Beale Robinson's Deposition taken in Arredondo.* | | | | | |
| 364. | | RLT Adjusted/Returned 'CA' Tires<br>*GY Susman 28325*<br>*Marked as Exhibit 45 to Beale Robinson's Deposition taken in Arredondo.* | | | | | |
| 365. | | Gadsden Tire Specification<br>*GY Susman 28326-28328*<br>*Marked as Exhibit 46 to Beale Robinson's Deposition taken in Arredondo.* | | | | | |
| 366. | | Failure Mode<br>*GY Susman 28114*<br>*Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 367. | | Kelly Springfield Tire Conditions<br>*GY Susman 28115-28121*<br>*Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 368. | | Damage Claims Goodyear/Kelly by Date of Claim<br>*GY Susman 28167*<br>*Marked as Exhibit 7 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 369. | | Adjustable Tire Condition<br>*GY Susman 28122-28152*<br>*Marked as Exhibit 8 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 370. | | Confirmation of Change in Specification<br>*GY Susman 28171*<br>*Marked as Exhibit 10 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 371. | | Radial Light Truck<br>*GY Susman 28172-28175* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 11 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 372. | | Root Cause Investigation #2 Wire Treatment Differences<br>*GY Susman 28176*<br>*Marked as Exhibit 12 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 373. | | Confirmation of Change in Specifications<br>*GY Susman 28177*<br>*Marked as Exhibit 13 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 374. | | Gadsden Tire Specification<br>*GY Susman 28178-28180*<br>*Marked as Exhibit 14 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 375. | | Overinflation – Underinflation – Proper Inflation<br>*GY Susman 28181*<br>*Marked as Exhibit 15 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 376. | | Ford Draws on Goodyear to Help Avert Concerns on Tire-Pressure Information<br>*GY Susman 28182*<br>*Marked as Exhibit 16 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 377. | | Tires Converted to Overlay<br>*GY Susman 28183*<br>*Marked as Exhibit 17 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 378. | | Tread Separation on Wrangler AT Tires<br>*GY Susman 28196*<br>*Marked as Exhibit 20 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 379. | | RLT Belt Design Standards<br>*GY Susman 28197*<br>*Marked as Exhibit 21 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 380. | Preliminary Impact Assessment – Phase I<br>*GY Susman 28198-28201*<br>*Marked as Exhibit 22 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 381. | RLT LR-E Overlay Applications Tire Cost Analysis<br>*GY Susman 28202-28204*<br>*Marked as Exhibit 23 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 382. | Kickoff Meeting, 2/16/96<br>*GY Susman 28205*<br>*Marked as Exhibit 24 to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 383. | Minutes of 11/10/95 Management Meeting – Tread/Top Belt Throws +Revision+<br>*GY Susman 28206*<br>*Marked as Exhibit 25A to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 384. | *Tread/Top Belt 'Throws' dated 11/10/1995*<br>*GY Susman 28207-28227*<br>*Marked as Exhibit 25B to Joseph Zekoski's Deposition taken in Arredondo.* | | | | | |
| 385. | Minutes of 11/10/95 Management Meeting – Tread/Top Belt Throws +REVISION+ DATED 11/14/95 with attachment<br>*GY Susman 20953-20998* | | | | | |
| 386. | Goodyear Tire Manufacturing Process<br>*GY Susman 30445*<br>*Marked as Exhibit 2 to Richard Olsen's Deposition taken in Hebert.* | | | | | |
| 387. | Test Driver's Death Questioned as Goodyear Inquiry Nears End<br>*GY Susman 30446-30447*<br>*Marked as Exhibit 3 to Richard Olsen's Deposition taken in Hebert.* | | | | | |
| 388. | Adjustment Procedure Manual<br>*GY Susman 30114-30170* | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 4 to Richard Olsen's Deposition taken in Hebert.* | | | | |
| 389. | | *Tread/Top Belt 'Throws' dated 11/10/95*<br>*GY Susman 29968-30018*<br>*Marked as Exhibit 5 to Richard Olsen's Deposition taken in Hebert.* | | | | |
| 390. | | Handwritten notes<br>*GY Susman 31544-31545*<br>*Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 391. | | Fourth Amended Class Action Complaint for Damages<br>*GY Susman 31694-31716*<br>*Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 392. | | Expert Report of R.J. Grogan<br>*GY Susman 31717-31726*<br>*Marked as Exhibit 3 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 393. | | Goodyear Replacing Truck Tires; Akron Firm Maintains Model Probed for Tears in Tread Not Defective<br>*GY Susman 31546-31547*<br>*Marked as Exhibit 10 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 394. | | Goodyear Facing Government Safety Investigation Involving 27 Million Tires<br>*GY Susman 31548-31549*<br>*Marked as Exhibit 11 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 395. | | Current RLT Gauges<br>*GY Susman 31554*<br>*Marked as Exhibit 13 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 396. | | Status of 'Tread Throw' Analysis dated 10/16/95<br>*GY Susman 31641-31647* | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 15 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 397. | | Tread/Top Belt 'Throws' dated 10/25/95 *GY Susman 31648-31657. Marked as Exhibit 16 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 398. | | Minutes of 1/25/96 Management Meeting Tread/Top Belt Throws *GY Susman 31658-31679 Marked as Exhibit 17 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 399. | | Tread/Top Belt Throw *GY Susman 31692-31693 Marked as Exhibit 19 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 400. | | RLT Crown Integrity *GY Susman 31733-31746 Marked as Exhibit 24 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 401. | | RLT LR-E Crown Integrity Improvement 'ACT' Team *GY Susman 31747-31762 Marked as Exhibit 25 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 402. | | RLT LR-E Crown Integrity Improvement 'ACT' Team *GY Susman 31763-31765 Marked as Exhibit 26 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 403. | | LR-E Testing *GY Susman 31766-31796 Marked as Exhibit 27 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 404. | | Load Range E Durability/Crown Study *GY Susman 31797-31804 Marked as Exhibit 28 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 405. | Total RLT Capacity vs. Requirement<br>*GY Susman 31825-31832*<br>*Marked as Exhibit 30 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 406. | Isuzu – LT215/85R16 WHT Tread Throw Issue Information<br>*GY Susman 31874-31879*<br>*Marked as Exhibit 32 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 407. | Isuzu NPR Tread Separation F.T.A<br>*GY Susman 31880*<br>*Marked as Exhibit 33 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 408. | Load Range E Overlay Conversion Plant<br>*GY Susman 31881-31882*<br>*Marked as Exhibit 34 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 409. | RLT Load Range E Overlay Conversion Summary<br>*GY Susman 31883-31884*<br>*Marked as Exhibit 35 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 410. | Excerpt from August 24, 1998 Prepolicy Report Summary<br>*GY Susman 31885*<br>*Marked as Exhibit 36 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 411. | Robert T. Jenkins' Letter to Editor and Goodyear<br>*GY Susman 31886-31887*<br>*Marked as Exhibit 37 to Joseph Zekoski's Deposition taken in Corwin.* | | | | | | |
| 412. | Tire Service Life for Passenger Car and Light Truck Tires<br>*GY Susman 30671-30672*<br>*Marked as Exhibit 2 to Eric Mizner Deposition taken in Ochoa-Garcia.* | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 413. | | Oxygen Content as a Function of Age (at the belt edge) *GY Susman 30676 Marked as Exhibit 4 to Eric Mizner Deposition taken in Ochoa-Garcia.* | | | | | |
| 414. | | Goodyear's submission to NHTSA regarding PE00-046 *GY Susman 00001-006325; 20845-25871* | | | | | |
| 415. | | Goodyear LT235/85R16 Claims Files | | | | | |
| 416. | | Rule 1006 Summary of Goodyear LT235/85R16 Claims Files | | | | | |
| 417. | | **Kearney Towing & Repair Center Invoice dated 06/10/2014** *GY-DCC 0104* | | | | | |
| 418. | | **Farm Bureau Property & Casualty Estimate** *Dandee00041* | | | | | |

**OBJECTIONS**
> R: Relevancy
> H: Hearsay
> A: Authenticity
> O: Other (specify)

Plaintiffs reserve the right to submit as an exhibit any exhibits identified in Defendant's Exhibit Lists; any exhibits necessary for foundational purposes; and any exhibits necessary for impeachment and or rebuttal purposes.

KASTER, LYNCH, FARRAR & BALL, L.L.P.

Dated: January 30, 2020          By:_____

Kyle Wayne Farrar (Pro Hac Vice)
Texas Bar No. 24034828
Wesley Todd Ball (Pro Hac Vice)
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street

Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com