IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both )
individually and as Legal Guardian of )
SHANE ALLEN LOVELAND, et al., )
                                              )
    Plaintiffs,                        )
                                              )   Case No. 8:18-cv-00127
v.                                         )
                                              )
THE GOODYEAR TIRE & RUBBER )
COMPANY,                           )
                                              )
    Defendant.                     )

### INDEX IN SUPPORT OF
### THE GOODYEAR TIRE & RUBBER COMPANY'S
### BRIEFS IN SUPPORT OF ITS MOTION *IN LIMINE*

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Briefs in Support of Its Motion *in Limine*.

| *Exhibit* | *Description* |
|---|---|
| A | David Southwell's Supplemental Expert Report after Receipt of Global Master Specification |
| B | David Southwell's March 28, 2019, deposition in this *Susman* matter, selected portions, pages 13, 16-24, 95-97, 105, 108-109, 137-140, 174, 180-181, 184 |
| C | Jay Lawrence's November 5, 2019, deposition in this *Susman* matter, selected portions, pages 45-46, 49, 55, 57-58, 65-66, 72, 115, 136 |
| D | Richard Olsen's July 17, 2002, deposition in the *Arredondo* matter, selected portions, pages 95-96, 104-105, 111-115 (GY_Susman_11523 to 11524; GY_Susman_11532 to 11533; GY_Susman_11539 to 11543) |
| E | Beale Robinson's February 12, 2002, deposition in the *Boerm* matter, selected portions, pages 26-28 (GY_Susman_09649 to 09650) |
| F | Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig Lichtblau M.D., Continuation of Care section, selected portions: Methodology page and pages 1-4 |
| G | Craig Lichtblau M.D.'s April 8, 2019, deposition in this *Susman* matter, selected portions, pages 28, 46-47, 52, 57-58, 63-64 |
| H | Bernard Pettingill, Jr., Ph.D.'s April 9, 2019, deposition in this *Susman* matter, selected portions, pages 7, 18-19, 21 |

| I | ODI Resume (GY_Susman_01366 to 01368) |
|---|---|
| J | January 28, 2002, letter from Goodyear to NHTSA (GY_Susman_01375 to 01377) |
| K | Daniel Hammontree's December 3, 2001, deposition in the *Garcia* matter, selected portions, pages 259-267 (GY_Susman_06725 to 06733) |
| L | Declaration of Joseph Aull executed February 3, 2020 |
| M | *Munoz v. D.G.J. Transport, Inc.*, (District Court Dimmit County, Texas), trial transcript, February 11, 2019, Morning Proceedings, selected portions, page 121 |
| N | Joseph L. Grant's report, dated May 9, 2019, in this *Susman* matter, selected portions, pages 7-8, 12-21 |
| O | Day in the Life Video (disk sent to Clerk's office) |
| P | Beale Robinson's December 4, 2001, deposition in the *Garcia* matter, selected portions, pages 88-89 (GY_Susman_15637 to 15639 |
| Q | Declaration of Edward S. Bott, Jr. in Support of The Goodyear Tire & Rubber Company's Briefs in Support of Its Motion *in Limine* |

Dated: February 4, 2020

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

1836809

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 4th day of February, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                              /s/ Edward S. Bott, Jr.

1836809