# *EXHIBIT E*

*FILED UNDER SEAL*
*CONFIDENTIAL MATERIAL PROTECTED*
*BY COURT ORDER*