*EXHIBIT F*

# COMPREHENSIVE REHABILITATION EVALUATION

Containing

**History of Present Illness**
**Medical Records Review**
**Patient Observation**
**Diagnostic Impression**
**Assessment**
**Vocational Position Statement**
**AMA Impairment Rating**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**

On

# Shane Loveland

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

# Continuation of Care

# METHODOLOGY
## Primum Non Nocere

The methodologies utilized to produce a Continuation of Care plan require a three-stage process, which consists of collecting facts, formulating opinions, and producing conclusions. This methodology requires sample data from sources that are geographically proximate to the patient's primary residence or location of probable care. This three-stage methodology has been documented in peer review journal articles published in 2014 and 2015 by The American Academy of Physical Medicine and Rehabilitation (Volume 6, 184-187, February 2014 and P.M.R. February 2015, 68-78). The Continuation of Care portion of this report was produced following the exact Continuation of Care methodology that has been peer reviewed, published and accepted, February 2014 and 2015, by The American Academy of Physical Medicine and Rehabilitation.

The need and frequency for future medical treatment and care is based on my own medical knowledge, training, and clinical practice experience, which exceeds 26 years and over 100,000 hours (Tab #10), as well as peer reviewed literature (Tabs #4 through #9). The costs are confirmed by the patient's treating physicians (Tabs #2 and $3).

It is my medical opinion that these costs do not take into account the costs that are associated with medical complications, which include but are not limited to, deep vein thrombosis, pulmonary embolus, pneumonia, urinary tract infections, cellulitis, osteomyelitis, sepsis, cardiac arrhythmia, cardiac arrest, global anoxic brain injury, cerebrovascular accident, renal failure, need for renal transplant, liver failure, need for liver transplant.

If the patient suffered one or a combination of the above medical complications, then the cost for future medical care would be substantially greater.

# Continuation of Care

Date: 06/09/17
Patient: Shane Loveland

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| Neurologist | Life | 2-4x Yr and Prn | 200.00/OV * |
| Cardiologist | Life | Prn | 384.00/OV |
| Orthopedic Surgeon | Life | Prn | 182.-278.00/OV |
| Gastroenterologist | Life | Prn | 150.-410.00/OV |
| Physiatrist | Life | 2-4x Yr & Prn | 100.00/OV |
| Pulmonologist | Life | Prn | 150.-410.00/OV |
| Ophthalmologist | Life | 1x Yr & Prn | 100.00/OV |

*Per Dr. Morgan LaHolt (Neurologist). See Documentation, **(Tab #2)**.

Continuation of Care
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care (Continued):* | | | |
| ENT | Life | Prn | 171.00/OV |
| Primary Care | Life | 2-4x Yr & Prn | 100.-400.00/OV* |
| Neurosurgeon | Life | Prn | 90.-531.00/OV |
| Urologist | Life | 1x Yr & Prn | 120.-300.00/OV |
| *Diagnostic Tests:* | | | |
| Electroencephalogram | Life | Prn | 871.00 |
| EKG | Life | Prn | 41.00 |
| Echocardiogram | Life | Prn | 763.-876.00 |
| MRI of Brain | Life | Prn | 641.-1,156.00 |
| MRI - Lumbar Hips/Pelvis | Life | Prn | 642.00 629.00 ea |

*Per Dr. Chad Murray (Primary Care). Please see Documentation, **(Tab #2)**.

Continuation of Care
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: (Continued) | | | |
| X-ray Thoracolumbar | Life | 1 x Yr/Prn | 85.00 |
| X-ray Lumbosacral | Life | 1x Yr/Pr | 85.00 |
| X-ray Chest/Lung | Life | Prn | 68.00 |
| Barium Swallow | Life | 1x Yr/Prn | 306.00 |
| Renal Scan/Ultrasound | Life | Prn | 289.00 |
| *CBC with Differential | Life | 2x Yr & Prn | 32.00 |
| *Hepatic Panel | Life | 1x/4 Months | 41.00 |
| *Comp. Metabolic Panel | Life | 1x/Ev 3 Months | 46.00 |
| *Serum Level of Anti-Seizure Medication | Life | 1x Ev 3-6 Months | 91.00-100.00 |
| Routine Urinalysis | Life | 2-3 Yr & Prn | 31.00 |
| Urine Culture & Sensitivity | Life | Prn | 64.00 |

*If patient is on anti-seizure medication such as Dilantin, Tegretol, Depakote or Phenobarbital.

Continuation of Care
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

*Possible Surgical Procedures and Potential Complications:*

| | | | |
|---|---|---|---|
| Pulmonary | Life | | |
| Urological | Life | **COSTS** | |
| Thrombophlebitis | Life | **CANNOT** | |
| Renal Complications | Life | **BE DETERMINED** | |
| Seizure Activity | Life | **WITH MEDICAL** | |
| Hydrocephalus Requiring VP Shunt | Life | **CERTAINTY.** | |
| Infection of Shunt | | | |
| Shunt Replacement | | | |
| Endoscopy | | | |
| Aspiration Pneumonia | | | |
| Urosepsis | | | |