*EXHIBIT M*

```
 1                   REPORTER'S RECORD
               CAUSE NO. 13-06-12009-DCVAJA
 2                  VOLUME 1 OF 1 VOLUME

 3   ELVIA MUNOZ, individually as  §  IN THE DISTRICT COURT
     surviving spouse and on       §
 4   behalf of the Estate of       §
     RAMIRO MUNOZ, JR., dec'd;     §
 5   RAMIRO MUNOZ, III, surviving  §
     son of RAMIRO MUNOZ, JR.,     §
 6   dec'd; and AMANDA MUNOZ,      §
     surviving daughter of         §
 7   RAMIRO MUNOZ, JR., dec'd,     §
                      PLAINTIFFS,  §
 8                                 §
     VS.                           §  DIMMIT COUNTY, TEXAS
 9                                 §
     D.G.J. TRANSPORT, INC. and    §
10   THE GOODYEAR TIRE & RUBBER    §
     COMPANY,                      §
11                    DEFENDANTS.  §  365TH JUDICIAL DISTRICT

12

13    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

14                  MORNING PROCEEDINGS

15                       (EXCERPT)

16    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

17

18

19             On the 11th day of February 2019, the

20   following proceedings came on to be heard in the

21   above-entitled and numbered cause before the Honorable

22   Amado J. Abascal, III, Judge presiding, held in Carrizo

23   Springs, Dimmit County, Texas:

24             Proceedings reported by Machine Shorthand

25   Method.
```

1  failed due to manufacturing defects and work with them
2  to put in place countermeasures to stop it happening
3  again, basically.
4      Q    And what part of this process of doing failure
5  analysis of tires that fail in the real world and kill
6  people in the real world involves going back to the
7  plant?
8      A    What part of the process?
9      Q    Yeah.  Right.  Like how often did you do that?
10 How was that part of your job there?
11     A    Okay.  So every month, for nine years in total,
12 we would gather tires from across Australia that had
13 failed.  Obviously, most of them hadn't caused
14 accidents; some of them had.  But they had all failed
15 for some reason.
16          We took them back into the factory.  We
17 got people from the quality assurance department, we got
18 people from the technical service and design
19 departments, and, together, we put these coats on and we
20 cut up tires and we X-rayed tires and we used the
21 laboratory to analyze rubber compounds.  And we
22 thoroughly investigated the cause -- the root cause of
23 every tire failure that we took into the factory.
24          And so my role in that was to lead that
25 process for seven of those nine years.  For the first