# *EXHIBIT O*

Disk to be mailed to the clerk