*EXHIBIT Q*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 8:18-cv-00127 ) ) ) ) ) ) |

## DECLARATION OF EDWARD S. BOTT, JR., IN SUPPORT OF THE GOODYEAR TIRE & RUBBER COMPANY'S BRIEFS IN SUPPORT OF ITS MOTION *IN LIMINE*

I, Edward S. Bott, Jr., declare as follows:

1. My name is Edward S. Bott, Jr. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts stated herein are true and correct.

2. True and accurate copies of each of the documents identified as exhibits in The Goodyear Tire & Rubber Company's Briefs in Support of Its Motion *in Limine* are attached to the Index in Support of The Goodyear Tire & Rubber Company's Briefs in Support of Its Motion in Limine.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of February, 2020, in St. Louis, Missouri.

_____
EDWARD S. BOTT, JR.

1836838