IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br><br>Plaintiff(s),<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY<br><br>Defendant(s).<br>_____ | CASE NO. 8:18CV127<br><br>**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION IN LIMINE ON CERTAIN EXPERT WITNESSES** |
|---|---|

Plaintiffs' hereby submits their Index of Exhibits in Support of their Memorandum of Law in Support of their Motion in Limine on Certain Expert Witnesses.

| Exhibit | Description |
|---|---|
| 1 | Affidavit of Nicole Kustermann |
| 2 | Selected portions of the Deposition of Jacob Summers (pages 16, 31-32, 37-38) |
| 3 | Kearney Towing, Inc. Invoice dated June 10, 2014 |
| 4 | Farm Bureau Property & Casualty Estimate dated May 5, 2015 |
| 5 | Gray Beauchamp's May 6, 2019 Expert Report |
| 6 | Stephen Fenton's May 6, 2019 Expert Report |
| 7 | Bosch Crash Data Retrieval |
| 8 | Joseph Grant's May 9, 2019 Expert Report |
| 9 | Selected portions of the Deposition of Jay Lawrence (page 152) |
| 10 | Selected portions of the Deposition of Joseph Grant (pages 119-120, 122) |

Dated: February 4, 2020

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

1

By: _____

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice*)
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

2

CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*