# EXHIBIT 1

## AFFIDAVIT OF NICOLE KUSTERMANN

COUNTY OF HENNEPIN

STATE OF MINNESOTA

Before me, the undersigned, personally appeared Nicole Kustermann, who, after being duly sworn, makes oath and states as follows:

1. My name is Nicole Kustermann. I am over the age of 18 and competent to make this affidavit.

2. I am an attorney with the law firm Yost & Baill, LLP. I represent Farm Bureau with respect to worker's compensation benefits provided to Shane Loveland, Jacob Summers, and Larry Blair for an incident that occurred in the course and scope of their employment on May 1, 2015. The three men were all employed by Dandee Concrete Construction Co., were in the course and scope of their work at the time of the automobile crash and were covered by workers' compensation.

3. Through my personal knowledge, I can confirm the injuries sustained by Mr. Loveland, Mr. Summers, and Mr. Blair in the May 1, 2015 automobile accident were eligible for worker's compensation, and that Farm Bureau has paid worker's compensation benefits to Mr. Loveland, Mr. Summers, and Mr. Blair for the injuries they sustained in that automobile crash.

4. Farm Bureau has asserted a lien against any recovery obtained by any three of these employees.

FURTHER THIS AFFIANT SAITH NOT.

_____
Nicole Kustermann

Sworn to and subscribed before me this *30* day of *January*, 2020.

MARY J. BREWER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2020

_____
NOTARY PUBLIC
My Commission Expires: *1-31-2020*

1