# EXHIBIT 2

# In the Matter of:

*Rysta Leona Susman, et al.*
*vs.*
*The Goodyear Tire & Rubber Company*

---

*Jacob Summers*
*October 24, 2018*

---



Chicago, IL • 312.386.2000 • 800.868.0061

Jacob Summers - 10/24/2018

16

1   A   No, sir.
2   Q   How long were you and Brooklyn married?
3   A   About three months.
4   Q   Any other marriages for you?
5   A   No.
6   Q   And why did that marriage end?
7   A   I caught her cheating on me.
8   Q   Your employment background, I know you started
9  working at -- at Dandee; help me out I forgot the date,
10 but sometime in 2014, was it?  Accident was May of 2015,
11 so when would you have started with Dandee?
12  A   I'm not really good with the date but about
13 probably, I don't know, four months before that.
14  Q   Okay.  So, we're talking right at the end,
15 maybe, of 2017, beginning of 2018?
16  A   Yes, sir.
17  Q   All right.  And you were employed as a laborer
18 for them?
19  A   Yes.
20  Q   From the time you started work up until your
21 job with Dandee, what kind of jobs did you hold?
22  A   Before Dandee I had worked in factories,
23 various factories.  I had had a few food jobs, and then
24 just various work that I could find to do.
25  Q   When you say "food jobs" would that be fast

Jacob Summers - 10/24/2018

31

1    Q    Okay.  Better way for me to ask where I was
2  going is -- is just to say, was Larry Blair the driver
3  for your crew that day?
4    A    For the truck that I was riding in.
5    Q    So, was -- would it have been Larry Blair's
6  job, as far as you know, to inspect the truck to --
7  before that shift started?
8    A    Yes.
9    Q    And from your work experience and training at
10 Dandee, did that inspection include checking the brakes
11 and the lights and the tires?
12   A    Yes.
13   Q    All right.  Did you ever observe anyone at
14 Dandee have to add air to the tires to the trucks?
15   A    Yeah, I've seen -- Yes.
16   Q    Do you know whether the inflation pressure was
17 checked on the day of the accident for the truck that you
18 were in?
19   A    No.
20   Q    Did you see Larry --
21        MR. FARRAR:  I don't know if he's answering no
22    it wasn't checked, or no he doesn't know.
23        MR. BOTT:  Okay.  That's --
24        MR. FARRAR:  It was sort of a --
25        MR. BOTT:  That's fair.

Jacob Summers - 10/24/2018

32

1        MR. FARRAR:  I don't know.
2        MR. BOTT:  Let's clear it up.
3        THE WITNESS:  No.
4        MR. BOTT:  Yeah.
5        THE WITNESS:  I -- I don't know.
6    Q   (By Mr. Bott)  So, the -- Do you know whether
7    it was checked by anyone that day?  Let's go with that
8    question.
9    A   I do not.
10   Q   Okay.  Did you observe Larry Blair do his
11   pre-shift inspection that day?
12   A   No, I did not.
13   Q   Do you know what time you started work that
14   day?
15   A   I don't want to guess.  Somedays it differed,
16   I'm not honestly sure what time we started that day.
17   Q   So, because you were never -- because you were
18   never a driver, I assume you never would've had the
19   responsibility of doing a pre-shift inspection?
20   A   Of the vehicle?
21   Q   Yes.
22   A   No.
23   Q   Is that correct?
24   A   That's correct.
25   Q   There was reference in some of the documents to

Jacob Summers - 10/24/2018

```
                                                           37
 1        A    No, I -- I don't know.
 2        Q    Do you know whether you had any alcohol or
 3   drugs during the 24 hours before you -- before the day of
 4   the accident?
 5        A    Typically after work I would have a beer or
 6   two.
 7        Q    Okay.  At your home or at somebody else's
 8   house?
 9        A    Normally at home.
10        Q    Did -- Shane Loveland was your crew -- one of
11   your crew members for several months while you were
12   working there, right?
13        A    Yes.
14        Q    And did you ever meet his mother?
15        A    I don't re- -- I don't know.  I don't remember.
16        Q    Did you ever know his sister?
17        A    No.
18        Q    There was some testimony that you might've been
19   at his sister's house right next to Dandee Construction a
20   few times; do you remember anything about that?
21        A    That's been a long time ago.  I don't remember.
22   I mean --
23        Q    Okay.
24        A    -- possibly.
25        Q    Were you taking any prescription medications at
```

Jacob Summers - 10/24/2018

38

1  the time of the accident?
2      A   No.
3      Q   Do you recall the accident itself?
4      A   For what -- Yeah, mostly.
5      Q   Do you recall where you had been first that
6  day; what job you were on first?
7      A   No, I do not.
8      Q   Do you recall where you were driving to?
9      A   I believe Hastings.
10     Q   Were you following somebody or were you on your
11 own?
12     A   I don't remember, but I think we were following
13 someone.  Normally we didn't go to jobsites alone.
14     Q   Why not?
15     A   Because you have to have a crew lead there.
16     Q   Okay.  The -- Do you remember what position you
17 were in in the cab?
18     A   In the truck, yeah, I was sitting in the
19 middle.
20     Q   Okay.  And you were not wearing your seatbelt,
21 correct?
22     A   Correct.
23     Q   Mr. Blair was driving?
24     A   Yes.
25     Q   And he was not wearing his seatbelt, correct?