# EXHIBIT 3



## Kearney Towing & Repair Center Inc
1303 East 22nd Street
Kearney NE 68847-5720
308-236-9951
TAX ID # 20-2127925

6/10/2014 10:37 AM                                                                                                      page 1

Invoice #91571

DANDEE CONSTRUCTION                                         Day Phone   237-4075 OFFICE
P.O. BOX 2587                                               Eve Phone   627-6660 CELL
305 E 8TH STREET                                            Fax Number  237-4070
KEARNEY NE 68847

#12

-fold here -

| | |
|---|---|
| Vehicle : 2003 Chevrolet Truck Silverado 1500 1/2 Ton 2WD - | Tag/State : 9-2396 / NE |
| VIN : 1GCEC14X33Z115363 | |
| Fleet # : 12 | |
| Created : 6/10/2014 9:15:11 AM | Odometer In : 185209 |
| Complete : 6/10/2014 10:37:39 AM | Odometer Out : 185209 |
| Invoiced : 6/10/2014 10:37:39 AM | |
| Contact : DAN'S CELL (627-6660) | |
| Srv Writer : AF | |

| Qty | Code/Tech* | Reference | Description | Condition | Unit Price | Price |
|---|---|---|---|---|---|---|
| 4 | -- | SCRAP2 | SCRAP TIRE 13-17 INCH TIRE | | $3.50 | $14.00 |
| | BLS9* | MOUNT1 | MOUNT AND BALANCE TIRE | | | $60.00 |
| | | PROVIDED OWN USED TIRES. | | | | |

|  |  |  |
|---|---|---|
| Labor | | $60.00 |
| Parts | | $0.00 |
| Sublet/Misc. | | $0.00 |
| Other Charges | | $2.40 |
| Charges | | $14.00 |
| Sales Tax | Tax @ $2.40 * 7.0000% | $0.17 |
| | Total Due | $76.57 |

| Tech | Certification # |
|---|---|
| BLS9 | |

The purchaser will be responsible for all collection costs if this invoice is not paid pursuant to it's terms and conditions.  Payments are due within 30 days from the date of the invoice.  Outstanding balances will accrue interest at a rate of 18% per annum.  In addition, you are responsible for any additional collection agency fees (up to 30% of the outstanding blance) plus attorney fees should litigation become necessary to recover any unpaid balance.

Customer Signature _____

GY-DCC 0104