# EXHIBIT 4

# FARM BUREAU PROPERTY & CASUALTY

Broken Bow Claims
The company of choice.
3915 Ave N Ste. A
Kearney, NE 68847
Phone: (308) 234-6173 x3
Fax: (515) 453-3628

Claim #: A121320C01
Workfile ID: 525d620f

## Estimate of Record

Written By: ANTHONY SCHALL, 5/5/2015 3:55:57 PM
Adjuster: Schall, Anthony

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Insured: | DANDEE CONCRETE CONSTRUCTION | Owner Policy #: | | Claim #: | A121320C01 | | |
| Type of Loss: | Collision | Date of Loss: | 05/01/2015 12:00 AM | Days to Repair: | 0 | | |
| Point of Impact: | 13 Rollover | Deductible: | | | | | |

**Owner (Claimant):**
Dan Buser
PO BOX 2587
KEARNEY, NE 68848-2587
(308) 237-4075 Day

**Inspection Location:**
Non Drive-in

**Appraiser Information:**
anthony.schall@fbfs.com
(866) 877-3583 x3

**Repair Facility:**

## VEHICLE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year: | 2003 | Color: | | Int: | | License: | | Production Date: |
| Make: | CHEV | Body Style: | 2D P/U | State: | | | | Odometer: 194417 |
| Model: | C1500 4X2 SILVERADO WORK | Engine: | 6-4.3L-FI | VIN: | 1GCEC14X33Z115363 | | | Condition: |

| TRANSMISSION | CONVENIENCE | Stereo | Reclining/Lounge Seats |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Search/Seek | **WHEELS** |
| Overdrive | Intermittent Wipers | **SAFETY** | Styled Steel Wheels |
| **POWER** | Tilt Wheel | Drivers Side Air Bag | **PAINT** |
| Power Steering | Message Center | Passenger Air Bag | Clear Coat Paint |
| Power Brakes | Climate Control | Anti-Lock Brakes (4) | **TRUCK** |
| **DECOR** | **RADIO** | 4 Wheel Disc Brakes | Rear Step Bumper |
| Dual Mirrors | AM Radio | **SEATS** | Tool Box (Permanent) |
| Tinted Glass | FM Radio | Cloth Seats | |

5/5/2015 3:55:57 PM 095370 Page 1

DANDEE000041