# EXHIBIT 7

 

IMPORTANT NOTICE: Robert Bosch LLC and the manufacturers whose vehicles are accessible using the CDR System urge end users to use the latest production release of the Crash Data Retrieval system software when viewing, printing or exporting any retrieved data from within the CDR program. Using the latest version of the CDR software is the best way to ensure that retrieved data has been translated using the most current information provided by the manufacturers of the vehicles supported by this product.

## CDR File Information

| User Entered VIN | 1GCEC14X33Z115363 |
|---|---|
| User | IFIC |
| Case Number | |
| EDR Data Imaging Date | 09/01/2015 |
| Crash Date | |
| Filename | 1GCEC14X33Z115363_ACM.CDRX |
| Saved on | Tuesday, September 1 2015 at 10:33:22 |
| Collected with CDR version | Crash Data Retrieval Tool 16.2 |
| Reported with CDR version | Crash Data Retrieval Tool 16.2 |
| EDR Device Type | Airbag Control Module |
| Event(s) recovered | Non-Deployment |

## Comments
No comments entered.

## Data Limitations

**Recorded Crash Events:**
There are two types of Recorded Crash Events.  The first is the Non-Deployment Event.  A Non-Deployment Event records data but does not deploy the air bag(s).  It contains Pre-Crash and Crash data.  The SDM can store up to one Non-Deployment Event.  This event can be overwritten by an event that has a greater SDM recorded vehicle longitudinal velocity change.  This event will be cleared by the SDM, after approximately 250 ignition cycles.  This event can be overwritten by a second Deployment Event, referred to as a Deployment Level Event, if the Non-Deployment Event is not locked.  The data in the Non-Deployment Event file will be locked, if the Non-Deployment Event occurred within five seconds before a Deployment Event.  A locked Non Deployment Event cannot be overwritten or cleared by the SDM.
The second type of SDM recorded crash event is the Deployment Event.  It also contains Pre-Crash and Crash data.  The SDM can store up to two different Deployment Events, if they occur within five seconds of one another.  If multiple Non-Deployment Events occur within five seconds prior to a Deployment Event, then the most severe Non-Deployment Event will be recorded and locked.  If multiple Non-Deployment Events precede a Deployment Event, and occur within five seconds of each other (but not necessarily all within five seconds of the Deployment Event), then the most severe of the Non-Deployment Events (which may have occurred more than five seconds prior to the Deployment Event) will be recorded and locked.  If a Deployment Level Event occurs within five seconds after the Deployment Event, the Deployment Level Event will overwrite any non-locked Non-Deployment Event.  If multiple Non-Deployment Events occur within five seconds prior to a Deployment Event, and one or more of those events was a Pretensioner Deployment Event, then the most recent Pretensioner Deployment Event will be recorded and locked.  Deployment Events cannot be overwritten or cleared by the SDM.  Once the SDM has deployed an air bag, the SDM must be replaced.

**Data:**
-SDM Recorded Vehicle Longitudinal Velocity Change reflects the change in longitudinal velocity that the sensing system experienced during the recorded portion of the event.  SDM Recorded Vehicle Longitudinal Velocity Change is the change in velocity during the recording time and is not the speed the vehicle was traveling before the event, and is also not the Barrier Equivalent Velocity.  For Deployment Events, the SDM will record 100 milliseconds of data after Deployment criteria is met and up to 50 milliseconds before Deployment criteria is met.  For Non-Deployment Events, the SDM can record up to the first 150 milliseconds of data after algorithm enable.  Velocity Change data is displayed in SAE sign convention.
-Event Recording Complete will indicate if data from the recorded event has been fully written to the SDM memory or if it has been interrupted and not fully written.
-SDM Recorded Vehicle Speed accuracy can be affected by various factors, including but not limited to the following:
    -Significant changes in the tire¶s rolling radius
    -Final drive axle ratio changes
    -Wheel lockup and wheel slip
-Brake Switch Circuit Status indicates the open/closed state of the brake switch circuit.

BLAIR000219

 

-Pre-Crash data is recorded asynchronously.  The 1.0 second Pre-crash data value (most recent recorded data point) is the data point last sampled before AE.  That is to say, the last data point may have been captured just before AE but no more than 1.0 second before AE.  All subsequent Pre-crash data values are referenced from this data point.
-Pre-Crash Electronic Data Validity Check Status indicates ³Data Invalid´ if:
    -The SDM receives a message with an ³invalid´ flag from the module sending the pre-crash data
    -No data is received from the module sending the pre-crash data
    -No module present to send the pre-crash data
-Engine Speed is reported at two times the actual value in the following vehicles, if the vehicle is equipped with a 6.6L Duramax diesel engine (RPO LB7, LBZ, LLY, or LMM):
    -2001-2006 Chevrolet Silverado
    -2007 Chevrolet Silverado Classic
    -2001-2006 GMC Sierra
    -2007 GMC Sierra Classic
    -2006-2007 Chevrolet Express
    -2006-2007 GMC Savana
    -2003-2009 Chevrolet Kodiak
    -2003-2009 GMC Topkick
-Driver¶s and Passenger¶s Belt Switch Circuit Status indicates the status of the seat belt switch circuit.  If the vehicle¶s electrical system is compromised during a crash, the state of the Driver¶s Belt Switch Circuit may be reported other than the actual state.
-The Time between Non-Deployment to Deployment Events is displayed in seconds.  If the time between the two events is greater than 25.4 seconds, ³N/A´ is displayed in place of the time.
-If power to the SDM is lost during a crash event, all or part of the crash record may not be recorded.
-Multiple Events will indicate whether one or more associated events preceded the recorded event.
-Multiple Events Not Recorded can be used in the following scenarios:
    -If a single event is recorded, this parameter will indicate whether one or more associated events prior to the recorded event was not recorded due to insufficient record space (because there were more events than there were available event records).
    -If two associated events are recorded, this parameter for the first event will indicate whether one or more associated events prior to the first event was not recorded due to insufficient record space.
    -If two associated events are recorded, this parameter for the second event will indicate whether one or more associated events between the first and second events was not recorded due to insufficient record space.
-All data should be examined in conjunction with other available physical evidence from the vehicle and scene.

**Data Source:**
All SDM recorded data is measured, calculated, and stored internally, except for the following:
-Vehicle Speed, Engine Speed, and Percent Throttle data are transmitted by the Powertrain Control Module (PCM), via the vehicle¶s communication network, to the SDM.
-Brake Switch Circuit Status data is transmitted by either the ABS module or the PCM, via the vehicle¶s communication network, to the SDM.
-The Belt Switch Circuit is wired directly to the SDM.

**Hexadecimal Data:**
Data that the vehicle manufacturer has specified for data retrieval is shown in the hexadecimal data section of the CDR report.  The hexadecimal data section of the CDR report may contain data that is not translated by the CDR program.  The control module contains additional data that is not retrievable by the CDR tool.

01027_SDMGF_r006

BLAIR000220

 

### System Status At Non-Deployment

| | |
|---|---|
| SIR Warning Lamp Status | ON |
| Driver's Belt Switch Circuit Status | UNBUCKLED |
| Passenger Seat Position Switch Circuit Status | Rearward |
| Ignition Cycles At Non-Deployment | 35333 |
| Ignition Cycles At Investigation | 35335 |
| Maximum SDM Recorded Velocity Change (MPH) | -2.04 |
| Algorithm Enable to Maximum SDM Recorded Velocity Change (msec) | 160 |
| Crash Record Locked | No |
| Event Recording Complete | Yes |
| Multiple Events | Yes |
| Multiple Events Not Recorded | Yes |

| Seconds Before AE | Vehicle Speed (MPH) | Engine Speed (RPM) | Percent Throttle |
|---|---|---|---|
| -5 | 74 | 1984 | 36 |
| -4 | 68 | 1984 | 0 |
| -3 | 63 | 1792 | 0 |
| -2 | 62 | 1984 | 41 |
| -1 | 57 | 1536 | 69 |

| Seconds Before AE | Brake Switch Circuit State |
|---|---|
| -8 | OFF |
| -7 | OFF |
| -6 | OFF |
| -5 | OFF |
| -4 | OFF |
| -3 | OFF |
| -2 | OFF |
| -1 | OFF |

BLAIR000221





| Time (milliseconds) | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Recorded Velocity Change (MPH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.31 | -0.62 | -0.93 | -0.93 | -1.24 | -1.55 | -1.55 | -1.86 | -1.86 |

BLAIR000222




## Hexadecimal Data

```
$01  F0 21 F7 3C AE 5A
$02  F1 F1 00 00 B8 00
$03  41 53 32 32 31 30
$04  4B 31 53 42 32 31
$05  00 00 00 00 00 00
$06  15 05 78 16 00 00
$07  00 00 00 00 00 00
$08  00 00 00 00 00 00
$09  00 00 00 00 00 00
$0A  00 00 00 00 00 00
$0B  00 00 00 00 00 00
$0C  00 00 00 00 00 00
$0D  00 00 00 00 00 00
$0E  00 00 00 00 00 00
$0F  00 00 00 00 00 00
$10  EE BF 80 00 00 00
$11  81 80 82 7B 7A 7C
$12  8E 7D 7D 21 21 01
$13  FF 02 00 00 00 00
$14  03 03 00 00 6C 00
$15  FA FA FA FA FA FA
$16  FA FA FA FA FA FA
$17  FA FA 00 00 00 00
$18  00 0F 05 AC F1 00
$19  09 00 0A 00 00 64
$1A  00 00 00 00 00 00
$1B  00 00 00 00 00 00
$1C  00 0C 00 00 00 00
$1D  00 00 00 00 00 00
$1F  FF 00 00 00 00 00
$20  5E FD 08 B3 FF FF
$21  FF FF FF FF F7 FF
$22  FF FF FF FF FF FF
$23  FF FF FF FF FF FF
$24  00 00 69 00 40 0E
$25  25 00 00 00 00 00
$26  00 00 00 00 00 00
$27  01 02 03 03 04 05
$28  05 06 06 00 EE BF
$29  E0 A5 FF FF FF FF
$2A  FF FF FF FF FF FF
$2B  FF FF FF FF FF FF
$2C  FF FF FF FF FF FF
$2D  FF FF 00 00 00 00
$30  FF FF FF FF FF FF
$31  FF FF FF FF FF FF
$32  FF FF FF FF FF FF
$33  FF FF FF FF FF FF
$34  FF FF FF FF FF FF
$35  FF FF FF FF FF FF
$36  FF FF FF FF FF FF
$37  FF FF FF FF FF FF
$38  FF FF FF FF FF FF
$39  FF FF FF FF FF FF
$3A  FF FF FF FF FF FF
$3B  FF FF FF FF FF FF
$3C  FF FF FF FF FF FF
$3D  FF FF 00 00 00 00
$40  12 10 2A 38 42 00
```

1GCEC14X33Z115363    Page 5 of 6    Printed on: Tuesday, September 1 2015 at 10:34:47

BLAIR000223

 

```
$41  00 00 00 00 00 00
$42  F1 00 0C 11 0F 1B
$43  26 00 A0 C0 00 00
$44  5C 64 66 6D 77 00
$45  00 00 B1 69 00 00
$46  5B 00 18 1F 1C 1F
$47  1F 00 A0 C0 00 00
$48  0D 12 10 2A 38 00
$49  00 00 00 00 00 00
$4A  00 00 0F 0C 11 0F
$4B  1B 00 A0 C0 00 00
$4C  FF FF FF FF FF FF
$4D  FF FF FF FF FF FF
$4E  FF FF FF FF FF FF
$4F  FF FF FF FF 00 00
$50  FF FF FF FF FF FF
$51  FF FF FF FF FF FF
$52  FF FF FF FF FF FF
$53  FF FF FF FF FF FF
$54  FF FF FF FF FF FF
```

**Disclaimer of Liability**
The users of the CDR product and reviewers of the CDR reports and exported data shall ensure that data and information supplied is applicable to the vehicle, vehicle's system(s) and the vehicle ECU. Robert Bosch LLC and all its directors, officers, employees and members shall not be liable for damages arising out of or related to incorrect, incomplete or misinterpreted software and/or data. Robert Bosch LLC expressly excludes all liability for incidental, consequential, special or punitive damages arising from or related to the CDR data, CDR software or use thereof.

BLAIR000224