# EXHIBIT 8

# JOSEPH L. GRANT
## 4201 MOSS CREEK COURT
## MATTHEWS, NORTH CAROLINA 28105
## PHONE 704 617 0336

May 9, 2019

Mr. Edward S. Bott
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, MO 63102

Re: *Susman, et al. v. The Goodyear Tire & Rubber Company*

Dear Mr. Bott:

I am an independent tire consultant and failure analyst of tires.  I have a Bachelor of Science Degree in Mechanical Engineering from Fenn College of Engineering at Cleveland State University and graduated in 1971.  I was employed as a tire engineer for more than 34 years by Continental Tire North America, Inc., previously known as The General Tire & Rubber Company and Continental General Tire, Inc.  From September 1988 to January of 1993, I was the Director of Commercial Tire Technology.  From 1993 until my retirement at the end of 2005, I was the Director of Product Analysis, where I was responsible for the failure analysis of tires manufactured by Continental Tire North America, Inc., and also analyzed other manufacturers' tires. During my career, I had responsibilities for the design, development, testing and the forensic analysis of tires. These responsibilities included design, development and testing of tires to ensure they complied with the performance requirements of the Department of Transportation and Continental Tire as well as various vehicle manufacturers.

All during my many years of tire development work, I was heavily involved with testing of tires and analyzing field performance of tires including tires returned and adjustment data.  As part of this tire development responsibility, I was also involved with supplying and assisting tire companies in various other countries where General Tire and Continental Tire sold technology.

1

I am also a member of the Society of Automotive Engineers, the American Chemical Society and the American Society of Mechanical Engineers and I have represented Continental Tire at the Rubber Manufacturers Association and Tire and Rim Association.

I have been engaged as an independent consultant in the field of tire failure analysis for approximately (20) years for a wide variety of clients. In this regard, I have presented expert opinion testimony in cases in both federal and state courts throughout the United States. I have qualified as an expert in the field of tire failure analysis in both State and Federal Courts in California, Texas, Arizona, Florida, Maryland, North Carolina, South Carolina, Mississippi, Missouri, Georgia, Nebraska, Idaho, New York, Pennsylvania, Tennessee, Louisiana, Iowa, Oklahoma, Minnesota, Montana, Illinois, New Mexico, Wisconsin, Virginia and Arkansas. I have never been found to be unqualified as an expert in the field of tire failure analysis by any court.

On November 15, 2018, in Matthews, North Carolina, I personally examined the subject tire and wheel as well as the right front, left front and left rear companion tires and wheels. Additionally, I had X-Rays taken of the subject tire and the three companion tires. I have also reviewed various case specific materials including the protective order.

I am submitting this report pertaining to my findings, opinions and conclusions from my forensic examination of the subject tire and wheel, the three (3) companion tires and wheels, the X-Rays and my review of various case specific materials.

A.    BACKGROUND

According to the State of Nebraska Investigator's Motor Vehicle Accident Report and other materials, a single vehicle accident occurred on May 1, 2015 at 6:57 am on Interstate 80, 2440 feet west of milepost 294.000 and three (3) miles east of the Shelton overpass in Hall County, Houston, Nebraska. The accident occurred 4.00 miles south and 2.00 miles east of Shelton, Nebraska. According to the report, a 2003 Chevrolet SC1 Pickup truck (VIN GCEC14X33Z115363) was being driven east bound on I-80 by Larry R. Blair when the right rear tire blew out. The Pickup truck crossed into the median and rolled. The vehicle came to rest on the west bound shoulder. Shane A. Loveland and Jacob S. Summers were occupants in the vehicle at the time of the accident.

B.    DISCUSSION

A steel belted radial tire is a complex, laminate structure, typically containing twenty or more different components and a dozen or more different compounds. Steel belted radial tires are designed to carry vehicle loads in a particular application under a wide

variety of operating conditions.  The performance and durability of any steel belted radial tire is dependent on the service conditions that the tire is exposed to in its use or application throughout the life of the tire.  Additionally, the compounds and materials used in steel belted radial tires are designed to function at the typical operating temperatures created by the tire's in-service use.  Because of its complex nature, a steel belted radial tire can fail due to a wide variety of severe or abusive service-related factors.  Just because a tire fails or loses air does not mean a tire is defective.

It is widely recognized within the tire industry that tread/belt separations and/or detachments result from a wide variety of in-service conditions such as overdeflection (overloading and/or underinflation), unrepaired and improperly repaired punctures or injuries, wear into the belt structure, impact damage, road hazards, mounting damage, high speed operation, vehicle conditions like misalignment and other suspension issues, improper storage, and other types of in-service damage or abuse.  Each of these service conditions normally changes the physical condition of the tire or otherwise leaves evidence of the underlying cause of the tread/belt separation.

It is not unusual for a tire or tires to become damaged and/or lose air and become flat during a crash sequence.  Tires get cut, punctured, impacted, abraded and even ripped and torn apart from the surfaces and objects that they come into contact with during a crash sequence.  A tire that looks like a tire blow out may actually have that appearance as a result of hitting an object, for example a tree or a guardrail, causing the tire to be cut and blow out. The tread and/or shoulder area of the tire can also get snagged on a bent piece of sheet metal during the crash sequence, ripping off a portion or all of the tread and belts and thus looking like, from even a short distance away, a tread/belt separation.  Tires also lose air, as an example, when dirt and/or roadside debris get lodged between a wheel flange and a tire during a sideways slide off the road.  A tire can also become unseated from the wheel flange and at times even be totally ripped off a wheel.  As a last example, a tire that loses air during a crash sequence and then continues rotating or not rotating along the ground can experience very extensive run flat or other types of damage.

As a result, it is widely recognized within the tire industry that a physical examination of the tire is almost always necessary to determine the underlying cause of any tire disablement.  Without a detailed forensic examination of the tire, it is rarely possible to reach an opinion or conclusion as to the cause of a tire disablement with any reasonable degree of engineering certainty.

C.      TIRE MANUFACTURING (Generic Description)

RAW MATERIALS

The manufacture of a steel belted radial tire starts with the selection of raw materials including rubber, carbon black, process oil, chemicals, wire and textiles.  The main ingredient, rubber, comes from synthetic rubber manufacturers and from natural rubber plantations.  Rubber chemicals include sulfur, accelerators, process aids, antioxidants, antiozonants, zinc oxide, stearic acid and specialty chemicals.

High tensile single strand steel wire is used for beads.  Brass–coated multi–strand steel wire is used for the belts and is obtained from outside suppliers.

RUBBER MIXING

Rubber, either synthetic or natural, is cut to obtain the proper weight and size for the mixer.  After the rubber has been cut, it is transferred to the mixer weight scales.  The various ingredients are weighed, measured and coded by type of compound to be mixed.  There are specifications or formula cards for each type that is mixed.

After the batch has been assembled, it is taken by conveyor to the mixer.  The operator then adds the various pre–weighed ingredients into the mixer in the order specified on the specification or formula card.  The ingredients are then dispersed in the mixer via the use of two large rotors which rotate toward each other causing the ingredients to be blended in the rubber as the rotor tips smear these ingredients against the mixer walls.  The batch is mixed for a specific sequence and length of time according to the specification, which varies from formula to formula, and is then dropped from the mixer onto a batch–off mill or extruder.  This functions to sheet the rubber so it can be easily handled and also tends to cool and blend it.  After the rubber is sheeted off, it passes through an anti–stick solution, then into drying racks and finally is automatically laid on a skid in one continuous strip.  When one skid is full, it is moved aside, and another takes its place.  This mixing process may be repeated one or more times, adding additional chemicals.  Each batch of mixed rubber is used in a significant number of tires depending on the size and construction features of the tires being produced.

From this point on, tire manufacturing typically splits into three separate paths: construction of the beads, calendering of components, i.e. innerliner, ply and belt materials, and extrusion of the treads and other components on various extruders.

4

<u>BEADS</u>

Beads are processed from bronze plated high–tensile steel wire which is fed from a spool through a series of guides to the bead–building machine.  It first passes through an extruder which insulates the wire with insulating rubber compound.  The bead wire is wrapped around a mandrel for a specified number of turns per specified tire size and construction.  Depending upon the bead construction, rubber bead fillers and fabric flippers may be added.

<u>TIRE BUILDING</u>

All parts of the tire are brought together in a tire assembly operation.  The tire assembly is typically done in two stages.  The first stage is called the carcass assembly stage and the second stage is called the tread/belt assembly stage.

The tire assembler at the initial assembly stage typically applies the sidewalls, the innerliner and the carcass material onto the carcass drum.  Each of these components is individually placed and/or centered on the building drum.  The machine stitchers engage and stitch across the components after the assembly of the appropriate components.  Two steel beads are then placed on the ends of the drum over the components.  After the beads have been placed, the carcass material that extends over the ends of the drum is turned up around the beads.  Other components are applied as required.

At the belt/tread assembly stage, the assembler first applies and centers the two individual belts.  The tread is then placed on top of the belts and centered.  As this is accomplished, the drum rotates and stitches the belt/tread assembly.

The forming of the carcass assembly into the tread/belt assembly is the final step in the assembly of the uncured tire.

This is completed with the use of a transfer ring that transfers over the belt/tread drum which collapses as the transfer ring expands and picks up the belt/tread assembly.

The transfer ring with the tread belt assembly moves into position over the carcass.  The carcass then forms up into belt/tread assembly.   The transfer ring releases the belt/tread assembly and moves away.

Stitchers engage and stitch from tread center to tread ends.  The tire is removed from the drum, visually inspected by assembler, and placed on a conveyor or in a cart.  The assembler also performs a visual inspection of each component that goes into the tire.

<u>TIRE CURING</u>

The tire is cured for a prescribed length of time, depending upon its size and specification.  In the tightly sealed mold, heat and pressure over time cause a chemical change, or vulcanization, which transforms the many parts of the tire into an integral unit.  At the end of the curing cycle, the mold opens and the bladder collapses and retracts from the tire.  The tire is moved to a conveyor behind the press line and carried to final inspection and testing.

The boundaries between the various material laminate layers that make up a tire do not "disappear" or "homogenize" during the curing process.  As a result, process marks that are imparted onto the surfaces of the rubbers during manufacture are cured in the tire and do not disappear.   Each layer of material in a tire is visibly distinct in a tire and these layers of materials as well as any manufacturing process marks can be seen very clearly when a tire is analyzed.   A liner pattern mark left on the rubber from the protective liners used during the manufacturing process is one example of a manufacturing process mark that does not disappear during curing or vulcanization.

<u>FINAL FINISH</u>

In the final finish operation, the rubber vents and rubber flash are trimmed from the tire and each tire is inspected both visually and tactilely.  The tire is then checked for uniformity and balance compliance.

As described above, tires are manufactured utilizing numerous manufacturing processes such as mixing of rubber, extrusion and calendering.  Large quantities of tires are produced each week utilizing the same mixed rubber, calendered components and extruded components.  As a result, if there was a problem with manufacturing or design of the tires such as inadequate compound development and/or improper mixing manufacturing procedures, more than one tire would be affected.

D.    <u>EXAMINATIONS</u>

During my examination of the subject right rear tire and wheel and the three (3) companion tires and wheels, I took eighteen (18) pages of inspection notes as well as two hundred eighty-six (286) digital photographs.

<u>SUBJECT RIGHT REAR TIRE AND WHEEL</u>

The subject right rear tire was identified by information molded on the sidewalls as follows:

GOODYEAR WRANGLER HT
LT235/85R16 M+S
LOAD RANGE:  E
MAXIMUM SINGLE LOAD: 3042 LBS @ 80 PSI
MAXIMAUM DUAL LOAD: 2778 LBS @ 80 PSI
TUBELESS RADIAL
TREAD: 4 PLY, 2 PLY POLYESTER, 2 PLY STEEL
SIDEWALL: 2 PLY POLYESTER
DOT: MDORNJHV244

The DOT number indicates the subject right rear tire was manufactured by The Goodyear Tire & Rubber Company in Gadsden, Alabama during the 24th week of 1994.

The subject right rear wheel was a 16 X 6.5J wheel with a Top Seal TR 600HP rubber snap–in valve.  The subject tire and wheel were separate during the examination.

My examination of the subject right rear tire revealed, as presented to me, a detachment of a portion of the tread and top steel belt.  The average remaining tread groove depth was 8.5/32nds of an inch.  The tread hardness measured 84 Shore A Durometer.  There were a few stones embedded in the tread sipes.   The serial side (outboard) tread shoulder was abraded in various areas 360 degrees.

The tire was a black sidewall tire.  The tire was mounted with the serial side, outboard. Using a clock face as an approximate locating reference system with the DOT serial number at 12:00, the valve was located at 8:00.

The tread and top steal belt was detached and missing from 4:00 on the serial side and 6:00 on the opposite serial side to 10:30 on the serial side and 12:30 on the opposite serial side.

The tread and top steel belt was partially detached from 10:30 on the serial side and 12:30 on the opposite serial side to 1:00 on the serial side and 12:40 on the opposite serial side where still attached. The serial side top belt cord ends from 10:30 on the serial side to 12:00 on the opposite serial side were loose, bare, rusted, bent and tangled.

7

Overall, steel belt cords were adhered in rubber. There were exposed steel cords that were rusted.

The rubber remaining over bottom steel belt in detached region of crown was worn with lateral abrasion marks.

At 11:50 in the crown region, there were four (4) broken bottom steel belt cords and filaments.

There was multi-level rubber tearing on all detached rubber surfaces.  Additionally, there was multi-level tear lines along the serial side and opposite serial side bottom belt edge in detachment region.

There were a few permanent treads in bottom steel belt in detachment region.

There was a localized region of multi-level rubber (separation) tearing on serial side in rubber over bottom belt from 9:30 on the serial side to 12:00 on the opposite serial side extending to crown at 10:30.

There was a localized region of multi-level rubber (separation) tearing on the opposite serial side in rubber over bottom belt from 9:30 on the opposite serial side to 11:00 on the opposite serial side extending to crown at 10:15.  There was polishing visible in the 10:15 opposite serial side region.

There was a one (1) inch wide wheel weight impression on the serial side at 4:00 with a corresponding one (1) inch wide wheel weight on the outboard wheel flange.  There was also a 0.5-inch-wide wheel weight impression at 2:45 on the serial side with an outline of a wheel weight corresponding on the wheel flange.

A brown stain was on the serial side sidewall rubber in the 1:30 region.  Additionally, the serial side sidewall was cut open in a circular fashion at 2:00.

At 5:15 on the opposite serial side, there was a one (1) inch wide wheel weight impression with a corresponding one (1) inch wide wheel weight on the inboard wheel flange.  The opposite serials die sidewall was also dirty.

Rim line polishing to grooving was present 360 degrees on both sides of the tire.

The inner liner was sound.

There were no manufacturing anomalies in the subject tire.

8

There were polished worn flanges on the subject wheel.

<u>COMPANION LEFT FRONT, RIGHT FRONT AND LEFT REAR TIRES AND WHEELS</u>

<u>COMPANION LEFT FRONT TIRE AND WHEEL</u>

The companion left front tire was identified by information molded on the sidewalls as follows:

GOODYEAR WRANGLER HT
LT235/85R16 M+S
LOAD RANGE:  E
MAXIMUM SINGLE LOAD: 3042 LBS @ 80 PSI
MAXIMAUM DUAL LOAD: 2778 LBS @ 80 PSI
TUBELESS RADIAL
TREAD: 4 PLY, 2 PLY POLYESTER, 2 PLY STEEL
SIDEWALL: 2 PLY POLYESTER
DOT: MDORNJHV234

The DOT number indicates that the companion left front tire was manufactured by The Goodyear Tire & Rubber Company in Gadsden, Alabama during the 23rd week of 1994.

The companion wheel was a 16 X 6.5J wheel with a Dill TR 600HP rubber snap-in valve. The companion tire and wheel were separate during the examination.

The average remaining tread groove depth was 9/32nds of an inch.  The tread hardness measured 83 Shore A Durometer.  There was some serial side and opposite serial side tread shoulder rounding 360 degrees.  Additionally, there were a few stones embedded in the tread sipes.  At 11:00 on the tread, there was a visible cosmetic opening of the leading edge of the tread splice.

The companion tire was mounted with the opposite serial side outboard with the valve at 12:30.  The serial side sidewall was dirty.

On the opposite serial side, there were two (2), one (1) inch wide wheel weight impressions at 6:15 and 7:30 with corresponding one (1) inch wide wheel weights on the outboard wheel flange.  On the serial side, there was a one (1) inch wide wheel weight impression at 8:45 with a corresponding wheel weight on the inboard wheel flange.

Rim line polishing to grooving was present 360 degrees on both sides of the tire.

The inner liner was sound.

There were polished worn flanges on the wheel.

COMPANION RIGHT FRONT TIRE AND WHEEL

The companion right front tire was identified by information molded on the sidewalls as follows:

GOODYEAR WRANGLER HT
LT235/85R16 M+S
LOAD RANGE:  E
MAXIMUM SINGLE LOAD: 3042 LBS @ 80 PSI
MAXIMAUM DUAL LOAD: 2778 LBS @ 80 PSI
TUBELESS RADIAL
TREAD: 4 PLY, 2 PLY POLYESTER, 2 PLY STEEL
SIDEWALL: 2 PLY POLYESTER
DOT: MDORNJHV194

The DOT number indicates that the companion right front tire was manufactured by The Goodyear Tire & Rubber Company in Gadsden, Alabama during the 19th week of 1994.

The companion wheel was a 16 X 6.5J wheel with a Dill TR 600HP rubber snap–in valve. The companion tire and wheel were separate during the examination.

The average remaining tread groove depth was 8/32nds of an inch.  The tread hardness measured 84 Shore A Durometer.  There was some serial side and opposite serial side tread shoulder rounding 360 degrees.  Additionally, there were a few stones embedded in the tread sipes.  The serial side (outboard) tread shoulder was abraded 360 degrees.

The serial side sidewall was dirty.

On the serial side, there were two (2), one (1) inch wide wheel weight impressions at 1:45 and 2:30 with corresponding one (1) inch wide wheel weights on the outboard wheel flange.  On the opposite serial side, there was a one (1) inch wide wheel weight impression at 5:15 with a corresponding wheel weight on the inboard wheel flange.

There was a deep gouge in the opposite serial side rim line region at approximately 9:00 with a corresponding bend on the outboard wheel flange.  On the opposite serial side bead at 5:15, the bead toe was torn.

Rim line polishing to grooving was present 360 degrees on both sides of the tire.

The inner liner was sound.

There were polished worn flanges on the wheel.

COMPANION LEFT REAR TIRE AND WHEEL

The companion left rear tire was identified by information molded on the sidewalls as follows:

GOODYEAR WRANGLER HT
LT235/85R16 M+S
LOAD RANGE:  E
MAXIMUM SINGLE LOAD: 3042 LBS @ 80 PSI
MAXIMAUM DUAL LOAD: 2778 LBS @ 80 PSI
TUBELESS RADIAL
TREAD: 4 PLY, 2 PLY POLYESTER, 2 PLY STEEL
SIDEWALL: 2 PLY POLYESTER
DOT: MDORNJHV234

The DOT number indicates that the companion left rear tire was manufactured by The Goodyear Tire & Rubber Company in Gadsden, Alabama during the 23rd week of 1994.

The companion wheel was a 16 X 6.5J wheel with a Dill TR 600HP rubber snap-in valve. The companion tire and wheel were separate during the examination.

The average remaining tread groove depth was 7.5/32nds of an inch.  The tread hardness measured 83 Shore A Durometer.  There were a few stones embedded in the tread sipes. Between 4:00 and 4:30 in the bottom of the opposite serial side tread groove, there was a three (3) inch long cut.

The opposite serial side was mounted outboard with the valve located at 8:30.   The serial side sidewall was dirty.

On the serial side, there was a one (1) inch wide wheel weight impression at 1:45 with a corresponding one (1) inch wide wheel weight on the inboard wheel flange.   On the opposite serial side, there was a one (1) inch wide wheel weight impression at 3:45 with a corresponding wheel weight on the inboard wheel flange.  There was also a 0.5 inch wide wheel weight impression and an outline of a wheel weight at 6:00 on the outboard wheel flange.

Rim line polishing to grooving was present 360 degrees on both sides of the tire.

The inner liner was sound.

There were polished worn flanges on the wheel.

E.    CONCLUSIONS

Based upon my education, training, experience, and examination of the subject right
rear tire and wheel and the three (3) rear companion tires and wheels, the X-rays of the
subject tire and a review of the materials provided to date, I have reached the following
conclusions:

1) The subject tire is not defective or unreasonably dangerous in design or
manufacture.

2) The subject tire was appropriately designed, manufactured, tested and stamped
in compliance with applicable federal regulations and industry standards
governing tires.  The stated purpose of these regulations is to protect the public
against unreasonable risk of accidents involving motor vehicles or motor vehicle
equipment including tires.  These safety regulations include both performance
and tire identification or labeling standards.

3) The subject tire experienced a detachment of a portion of the tread and top steel
belt.  This condition alone does not mean the tire is defective.  Tread and steel
belt detachments occur for a variety of reasons with the vast majority of tread
and steel belt detachments (full and partial) occurring as a result of damage from
in-service abuse such as overdeflected operation, cuts, punctures, improperly
repaired punctures, wear into the belt structure, fitment issues and/or road
hazard impact injuries.  The Tire Industry Association published a Passenger &
Light Truck Tire Conditions Manual in 2005.  This manual is for use by tire
service personnel and discusses the above stated comment that tread and top
steel belt detachments occur for a wide variety of service related reasons.
Additionally, the 2005 NHTSA publication "The Pneumatic Tire", Chapter 15
states that "because the major tire manufacturers have been in business for
decades and have extensive research, design, development, manufacturing and
quality control activities and procedures – and employ thousands of specially
trained scientists, engineers and production personnel – design and
manufacturing defects are extremely rare".

4) The subject tire was not in a defective condition or unreasonably dangerous at
the time it left Goodyear's control.  The tire underwent a substantial change in
its condition after it left Goodyear.  The tire in this case failed because the tire

12

suffered service conditions and abuses that changed its condition substantially after it left Goodyear.  The changes to the tire are included in my inspection notes and photographs.

5) The subject tire experienced detachment of a portion of the tread and top steel belt as a result of a localized road hazard impact and overdeflected operation.

6) The physical evidence on the subject tire that is consistent with a localized road hazard impact injury includes:

    a) The partial detachment of the tread and top steel belt,
    b) the localized region of failure,
    c) the missing tread and top steel belt in the localized region,
    d) the multi–level rubber separation and polishing between the steel belts in the localized failure region,
    e) the lack of any manufacturing or design anomalies in the localized region of the tire as well as anywhere else in the tire.

The 2005 NHTSA publication "The Pneumatic Tire", states that road hazard impacts are one of the most common initiators of tire failures.  The publication also states that if, when, and how the tire fails depends on the initial damage pattern and the type and severity of the subsequent operation.  If the impact causes a tear between the belts, the damage can propagate and result in a tread/belt separation or detachment.  The 2000 International Tire Exhibition and Conference Paper by Harold J. Herzlich titled "The Effect of Snaked Belt Anomalies on Tire Durability" states that the two most common initiators of belt related tire disablements are road hazard injuries to the belt package or other components and underinflation.  Additional articles on this subject are the 2005 paper by Standards Testing Labs, "Impact Simulations–What happens when a tire/wheel impacts a road hazard" and the STL paper "Structural Impact Damage Under Varying Laboratory Conditions" presented at the 2006 International Tire Exhibition and Conference.  The Tire Industry Association's 2005 Passenger & Light Truck Tire Conditions Manual as well as the 2005 NHTSA publication "The Pneumatic Tire", Chapter 15 also discusses road hazard impact damage to tires.

Additionally, as recent as May 14, 2018 in Rubber & Plastics News, a paper titled "Influence of road hazard impact on radial car tires" was authored by Vandy Price of Michelin and Glenn Follen.  This paper was also presented in Europe earlier in 2018 and also at the 2018 Clemson University Tire Symposium in South Carolina as well as at the September 1018 ITEC Conference.   I have attached a separate list of "Impact Literature & Reference Materials".

13

7) The physical evidence on the tire and wheel that is consistent with overdeflected operation includes:

    a) the rim line polishing to grooving on both sides of the tire 360 degrees,

    b) the multi-level radial tear lines on the serial side and the opposite serial side belt edges, and

    c) the polished worn flanges on the wheel with some black rubber transfer.

I gave a presentation at the September 2004 International Tire Exposition and Conference (ITEC) pertaining to rim line compression grooves. The title of the presentation was "Rim Line Compression Grooves as an Indication of Underinflated or Overloaded Tire Operation in Radial Tires". This conference is held every two years and is one of the premier seminars for presentations and peer review of scientific tire-related research. My paper and others at the ITEC were presented to a broad spectrum of tire industry people, including tire engineers and tire chemists. The paper illustrates rim line compression grooves as a result of controlled evaluations. The paper also studied how overdeflected operation in combination with speed can increase the operating temperature of a tire especially at the belt edges.

Standards Testing Laboratories has also conducted and published three (3) research papers in 1997 and 1998 that support the technical position that rim line compression grooves develop primarily as a result of overdeflected operation. Additionally, the 2001 Northwestern Traffic Investigation Manual, Chapter 8, also discusses rim grooves as an indicator of overdeflected operation.

Rim line compression grooves are an indication of the cumulative overdeflected operation history of a tire.

Overdeflected operation can be caused by overloading, underinflation or a combination of both. Overdeflected operation increases the operating temperature of the tire. Overdeflected operation, depending on the length of time and overall service conditions such as speeds to which the tire is subjected, can damage the tire, including degrading the physical properties of the rubber compounds and reducing a tire's resistance to separation especially at the belt edges.

8) The basic design and function of tires, including that they are pneumatic devices, rely on compressed air to provide their designed load carrying capacity. The Tire

14

and Rim Association load and inflation tables that specify the maximum load carrying capacity for each size tire are based on the volume and pounds per square inch of compressed air inside each tire.  As the inflation pressure is reduced inside a tire, the corresponding load carrying capacity is reduced. Additionally, as demonstrated in various technical papers, when a tire is operated underinflated, the operating temperature as well as the stresses and strains at the belt edges increases. Ref, "The Pneumatic Tire", edited by A. N. Gent and J. D. Walter, Published 2005 by NHTSA and "The Effect of Underinflation on Tire Operating Temperature", Jenny Paige, ITEC 2012.

9)  The remaining rubber over the bottom steel belt in the crown region, where the tread and top steel belt was detached, was worn with lateral abrasion indicating that the subject tire remained inflated for some initial part of the accident sequence.  The curved cut through the outboard serial side sidewall at 2:00, would have had to occur later in the accident sequence or as a result of post-accident damage.  There were also a few permanent bends in the bottom steel belt that would have occurred toward the end of the accident sequence and or as a result of post-accident moving of the vehicle.

10) I disagree with Mr. Southwell's defect contentions and criticisms of the subject tire.

11) The exposed rubber over the bottom steel belt in the crown region was worn with lateral abrasion marks.  The exposed rubber was also dirty.  I disagree with Mr. Southwell's opinion that the rubber on the crown region is hard and brittle (more than he would expect).  Mr. Southwell's photo 52 in his report that he uses to support shows dirty worn rubber in the crown with lateral abrasion marks. The rubber is not hard or brittle.  The rubber shown in photo 52 as well as other areas on the detached surfaces is supple and show excellent multilevel tearing and excellent rubber to steel adhesion.

12) The multi-level tearing and rubber tear appearance of the exposed detached surfaces of the belt skim rubber are evidence that the overall rubber to rubber and rubber to steel adhesion levels as well as the fatigue resistance, age resistance and physical properties, such as rubber strength and tear strength of the belt skim compound, were appropriate in the subject tire.  The multi-level tearing of the rubber between the steel belts is also evidence that there was good balanced adhesion between all the various interfaces of the laminate structure.  There is no physical evidence of any inadequate bonding or adhesion deficiency or premature aging of the belt skims in the subject tire.  There is also no evidence of insufficient antidegradants either by design or through manufacturing exceptions to counteract the degree of oxygen attack.  These

15

types of manufacturing and/or design deficiencies would influence the tire 360 degrees around the tire. The steel cords overall are encased in rubber. The tire randomly tore apart in a multi-level way indicating good balanced adhesion and appropriate physical properties of the rubber. References: "Component Interfacial Tearing Appearances" by Gary Bolden and TIA 2005 – "Passenger & Light Truck Tires Conditions Manual".

13) The tire scientific community of tire engineers and chemists worldwide has known for decades that tread/belt separations and detachments can and do occur from impact damage and that the final failure of the tire from a tread/belt separation can occur days, weeks, and even months after the impact damage has occurred. This is part of the body of knowledge of tire engineers and chemists. The Tire Industry Association's 2005 Passenger & Light Truck Tire Conditions Manual as well as the 2005 NHTSA publication "The Pneumatic Tire", Chapter 15 also discusses road hazard impact damage to tires leading to tread/belt separations and detachments. I have attached a separate list of "Impact Literature & Reference Materials".

14) The tire scientific community of tire engineers and chemists worldwide has known for decades that tread/belt separations and detachments can and do occur from overdeflected operation. This is part of the body of knowledge of tire engineers and chemists. The Tire Industry Association's 2005 Passenger & Light Truck Tire Conditions Manual as well as the 2005 NHTSA publication "The Pneumatic Tire", Chapter 15 also discusses overdeflected operation in tires leading to tread/belt separations and detachments. I have attached a separate list of "Overdeflected Operation Index" of materials".

15) The 2013 Rubber Manufacturers Association "RMA" publication "Tire Care & Safety" states that "Continuous use of a tire in an under inflated condition will result in heat build-up and internal damage. This may result in a tire failure, including tread/belt separations". This same publication states that "Impact damage to the tire may initially show little or no external evidence. However, internal damage can progress with additional mileage and eventually cause internal tire separation, detachment or sudden loss of inflation".

16) There is no physical evidence of thermos-oxidative degradation in the subject tire. The localized region of multi-level rubber tearing is not related to oxidative degradation or rubber reversion related oxidative degradation. The rubber-to-rubber adhesion was excellent and the rubber between the steel belts was still supple and not brittle or cracked. The subject tire experienced a localized failure as a result of a localized road hazard impact injury and overdeflected operation.

16

17) Mr. Southwell states that there was an unexpected smooth and polished area on the opposite serial side at 150 degree. He uses photograph 53 to show this area in his report. He is incorrect that this location is at 150 degrees. This location is actually at approximately 310 degrees on the opposite serial side. This is the polishing that occurred in the localized region of failure as a result of the localized separation growing in the tire from the road hazard impact. This is a very normal and expected condition in a tire with a separation that is continued to be used in service. This polished area is not indicative of an adhesion anomaly as indicated my Mr. Southwell. The area of polishing is over multi-level rubber fracture tear lines and not at a manufactured interface as indicated by Mr. Southwell.

18) It is speculation by Mr. Southwell that the so called "wild wire" that shows up in the X-Rays at approximately 50 degrees in the serial side shoulder region is actually a "wild wire". The term wild wire typically is related to a manufacturing condition. It is also speculation to call it a single frayed second belt filament. It is not possible to conclude that the object noted in the X-Ray was actually from the tire (bottom or top belt). The tire experienced a tread and top steel belt detachment and went through an accident sequence that included the tire at some point even rotating deflated. It is no unusual for tires to experience broken steel cords and filaments to become lodged in various areas of the tire including through the inner liner. Tires also get punctured and pickup various external objects during a tire disablement and accident sequence. What can be concluded with a high degree of engineering certainty is that the object had nothing to do with the localized failure of the tire, and was actually in an area where the tire was intact and did not fail.

19) It is speculation by Mr. Southwell to state the tread was most probably devoid of any visual indicators that would, to the average person, suggest was in any way unsuitable for normal use. The portion of the tread that was detached was not recovered. A portion of this missing detached tread was over the localized separation regions of the tire. It is not possible to opine that this missing tread would not have had any physical evidence on it from a road hazard impact as well as any evidence of localized accelerated tread wear.

20) Mr Southwell's comments and literature referenced in his report regarding the opinion that tires must wear out before they fall apart assumes something very important that he does not mention in his report. Tires will wear out before they fall apart only if they are properly maintained, used and stored. Tires require maintenance. Many tires need to come out of service or are taken out of service before they wear out as a result of many different service related conditions. As an example tread and steel belt detachments such as encountered with the

17

subject tire occur for a variety of reasons with the vast majority of tread and steel belt detachments (full and partial) occurring as a result of damage from in-service abuse such as overdeflected operation, cuts, punctures, improperly repaired punctures, wear into the belt structure, fitment issues and/or road hazard impact injuries. The Tire Industry Association published a Passenger & Light Truck Tire Conditions Manual in 2005. This manual is for use by tire service personnel and discusses the above stated comment that tread and top steel belt detachments occur for a wide variety of service related reasons. The subject tire failed as a result of a localized road hazard impact and overdeflected operation.

21) There is nothing unusual about the steel belts in the subject tire that would be of concern related to tire durability. I reviewed the x-rays of the subject tire, and there is nothing unusual about the steel belts in the subject tire that would be of concern related to tire durability. Based on my examination of the subject tire and X-rays, the steel belts are in line with well-manufactured tires and did not cause any tire durability issue in the subject tire.

I have also analyzed belt cord conditions on a large number of tires in my career, including tires manufactured by a variety of tire manufacturers both in new tires and worn tires. Additionally, on September 18, 2012, at the 2012 International Tire Exposition and Conference "ITEC", in Cleveland, Ohio, I presented a paper pertaining to an X-ray study of sixty (60) worn out passenger and light truck tires that I conducted. Recent shearography was performed on the 60 worn out tires. The shearography results further supports the opinions in the paper. This study confirms that the belt conditions in the subject tire and the companion tires are normal and are not a concern related to durability. In my experience, the steel belts in the subject tire, based upon my examination, are in line with hundreds of millions of well-manufactured radial tires produced in the United States and worldwide over the years and did not cause or contribute to the failure of the tire.

Additional technical papers that support this include: "Belt Misalignments and Belt/Belt Tear Patterns" ITEC 2002 and "The Effect of Snaked Belt Anomalies on Tire Durability" ITEC 2000 both by Harold J. Herzlich of Herzlich Consulting, Inc.

22) I have conducted thermography demonstrations of passenger and light truck tires that have been X-Rayed. These demonstrations were conducted to show the significant heat generated in the steel belt area when a tire is run overdeflected. These same demonstrations showed no increase in the heat generated at the regions of the belt conditions similar to the alleged belt conditions in the subject tire and normally found in tires. The results of this

18

testing were presented at the September 2016 International Tire Exhibition and Conference (ITEC) in Akron, Ohio in a paper titled "Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability?". The paper was also recently published in the "2017 Tire Technology International Annual".

23) All tires, as well as most other manufactured products, are designed and manufactured with tolerances. The tolerances for the various parameters of the steel belt manufacturing have historically been established recognizing the manufacturing capabilities, and the importance of making sure there are tight controls in place to insure all tires manufactured will perform the same for consumers for performance considerations such as ride, handling and durability. Tolerances are not a cliff where as soon as a tire has a belt condition slightly outside the tolerances that a performance or durability issue will arise. Tolerances are set up to ensure the manufacturing of tires is held to high standards and to insure a typical or normal belt condition does not cause a performance or durability issue in a tire. The belt conditions in the subject tire are normal expected belt conditions found in any well manufactured tire and did not cause or contribute to the subject tire failure.

24) The taking of X-Rays of the steel belts in a tire must be done with caution and consideration of the normal distortion and parallax that occurs in the X-ray process. Interpretation and measurements taken off X-Rays must also be recognized as being subject to ray distortion and parallax. Chapter 16 of the NHTSA "The Pneumatic Tire" publication discusses this issue as does my 2012 International Tire Exposition and Conference "ITEC" paper pertaining to an X-ray study of sixty (60) worn out passenger and light truck tires that I conducted.

25) The inner liner thickness is not defective in the subject tire and in my experience is in line with well-manufactured radial tires sold and used in the United States over the years. The subject tire does not have any exposed or penetrating body ply cord. The inner liner did not cause or contribute to the localized failure of the tire.

26) Increasing rubber gauges of components such as increasing the inner liner gauge does not necessarily improve tire durability. Unnecessary increases in rubber gauges can actually reduce component and overall tire life. Unnecessary increases in rubber gauges of rubber components increase tire weight, increase tire operating temperature and can increase the stresses and strains in the tire. The design approach to tires is to optimize each component in the tire to obtain the required tire performance.

19

27) A nylon cap ply would not have prevented this tread and steel belt detachment on the tire from occurring.  Nylon cap plies placed circumferentially (0 degrees) over the steel belts in radial tires do not offer sufficient stiffness and support to the steel belt edges to have an influence on the various stresses and strains that the belt edges must endure during the tire's operational life.

Nylon cap plies or strips placed circumferentially (0 degrees) over the steel belts do not prevent belt edge separation and tread/belt detachment when a tire has been run overdeflected, damaged, improperly repaired or injured.  I have personally examined many tires with nylon cap plies or nylon strips that have experienced tread and top steel belt detachments.

Nylon cap plies or strips are used to increase high speed performance and are mainly used in high speed rated tires.  I have reviewed many competitor radial tires over my career, all of which confirm this knowledge.

Nylon cap plies or strips mainly offer an advantage in restricting a high speed rated high performance tire's outside circumference from growing due to centrifugal forces at high speeds and also delaying the formation of standing wave patterns.  This is because the nylon is placed in the tire in a circumferential direction and has low elongation properties.

I gave a presentation in October 1986 to The Tire Technology Conference at Clemson University in Greenville, South Carolina.  The title of the presentation was "What makes a High Performance Tire Different than a Regular Tire?"  This conference is held annually and is attended by a broad spectrum of tire industry people, including tire engineers and tire chemists.  This particular paper presentation was very well received and reflects the understanding of the tire industry in regard to the use of nylon cap plies and cap strips.  This same presentation was also presented at the Akron Rubber Group in Akron, Ohio and at the American Retreaders Association's annual convention in Louisville, Kentucky.

I also continue to examine tires that do have full width nylon cap plies that have experienced tread and top steel belt detachments.   The full width nylon cap has not prevented or minimized the tread and top steel belt detachment from occurring.

In sum, nylon cap plies or strips are used as a method to increase high speed performance and reduce the formation of standing wave patterns and not as a method to stop or prevent belt edge separations and tread/belt(s) detachments from occurring.

28) I disagree that there were safer alternative designs such as nylon or aramid or polyamide as overlays that would have made the tire more durable and/or more resistant to foreseeable road hazards.  The subject tire already has two (2) steel belts.  This type of construction has proven over a number of decades to be extremely durable. These alternative designs would not have prevented or significantly reduced the risk of the subject tire's disablement.

29) The subject tire was manufactured in 1994, twenty-one (21) years before the accident.  The subject tire's design and construction was state of the art for light truck tires manufactured in 1994.  The vast majority of radial light truck tires designed and manufactured in the United States at the time of the manufacture of the subject tire incorporated two (2) steel belts and did not incorporate a nylon cap ply.

30) There is no condition in the subject tire that suggests that Goodyear's quality assurance processes were inadequate.  The alleged defective conditions are not defects and did not cause or contribute to the subject tire disablement.  The tire experienced a tread/belt detachment as a result of service conditions.

31) The subject tire (and companion tires) should not have been in service on the day of the accident.  The person responsible for maintaining and inspecting the subject tire should have taken remedial action and removed the subject tire (and companion tires) from service before the accident.  Additionally, the tread over the localized region where the subject tire failed would have appeared distorted leading up to the crash.  An increase in noise and vibration from the tire leading up to the tire failure would also have been signals to most drivers that the tire needed to be replaced.  There is an SAE Paper 2007-01-0733, titled "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferentially Cut and Distressed Tires" by a number of gentlemen from Tandy Engineering & Associates, Inc. and Ford Motor Company. As part of "distressing" the tires in order to achieve a tread/belt separation on a vehicle in a relatively short period of time, they dropped the inflation pressure to 15 psi and drove on the tire at approximately 70 miles per hour on the right rear position of a 1999 Ford Explorer.   After approximately four hours, the tire failed as a result of a tread/belt separation and detachment.  The paper states that the forces from the vibrations from the distressed tire increased in amplitude over many miles, up to the point of the tread/belt separation.  The paper also states that the vibration can be signals to the driver that something is occurring.  These signals were measured and documented for approximately 300 miles of driving in this paper.

21

32) Only a small percentage of tires remain in service for 10 years or more. *See, e.g., the RMA Scrap Tire Project, dated December 19, 2005*. Thus, it should be recognized that this case, involving twenty-one (21) year old tires which were still in service, represents a highly unusual situation.

33) The subject tire and companion tires were approximately twenty-one (21) years old at the time of the accident.  It is well known and understood in the tire community including tire professionals, that old tires must be inspected on a regular basis.  The longer a tire is in service, the more opportunity that a tire may experience some type of service condition that with continued use may cause a tire failure. There is no specific chronological age at which a tire should come out of service.   The highly unusual age of the tire(s) and the unknown service life of the tires would have been another reason to remove the tire(s) from service.

34) The shearography of the companion tires must be evaluated recognizing that the companion tires were also twenty-one (21) years old and were also involved in the accident that can by itself damage tires.  There was physical evidence on the companion tires that they also had been run in an overdeflected manner for some portion of their service life.  Mr. Southwell speculates that, given sufficient additional service, would almost certainly result in a tread and belt detachment of the type that occurred in the subject tire.  Shearography is an appropriate non-destructive tool when there is a base line or control to compare the results. Is this situation, the overall service history or storage conditions are not known. Additionally, internal damage to the companion tires that may have occurred from the accident is unknown. Ref. Chapter 16 from "The Pneumatic Tire" titled *Non-Destructive Tests and Inspections*.

35) Many, but not all, tire companies have had service life recommendations long before the accident took place, including Bridgestone/Firestone (2005), Michelin (2006), BFGoodrich (2006), Continental Tire (2006), Vredestein (2007), Hankook (2009), Kumho (2011), and Yokohama (2011).   These service life recommendations do not indicate that there is a specific age limit of a tire but a general recommendation to remove tires typically at ten (10 years because of the unknown service life of a tire that old.  The subject and companion tires were twenty-one years old.   A competent tire service or vehicle inspections professional should have been aware of these numerous recommendations and taken the tire(s) out of service.

36) Goodyear's position of not having a specific service life recommendation but rather have a tire professional or experienced tire person responsible for the tire maintenance to fully inspect the tires and make a determination as to the

22

condition of the tire for continued use is technically the correct approach. Some tires need to come out of service well before ten (10 years and some, if properly maintained can safely be used well past ten (years).

37) I am not aware of any tire manufacturer in the world that places either a "born on" or an "expiration date" on a tire. I participated in a survey of 1,240 tires made to dozens of brands that had been removed from service for various reasons. All of the tires contained a DOT code that indicated the week and year of manufacture as required by federal regulations. None of the tires contained a "born on" or an "expiration date."

38) One reason that tires do not and should not have an expiration date is because there is no technical data that supports a specific tire age for removal from service. Different tires may experience vastly different service lives (i.e., loads, inflation pressures, service conditions, etc.) and it is those different service conditions which principally dictate the ultimate service life of a tire.

39) Another reason that tires do not have expiration dates is because they could provide consumers with a false sense of comfort and actually lead to an even more dangerous situation. Studies show that the vast majority of tires will need to come out of service for any number of different conditions (i.e., punctures, improper repairs, worn out, etc.). If there were "expiration dates" on tires, it could lead consumers to falsely believe that their tires are safe to use up until the expiration date, when in fact those tires need to come out of service much sooner for other reasons.

40) Another reason that tires do not and should not have "born on" or "expiration dates" is because there is not enough room on a tire's sidewall for all of the potential hazards associated with tires. I am familiar with dozens if not over a hundred potential hazards involving tires. Those include but are not limited to hydroplaning hazards, improper mounting hazards, not repairing tires properly, failure to match tires with proper wheel size, operating damaged tires, using tires on vehicles that are not properly aligned, and placing tires on damaged wheels. These are just some examples that could involve any tire. In my opinion, it is neither feasible nor advisable to address all of these potential hazards in the limited space on the sidewall of a tire.

41) NHTSA has issued many rules and regulations with respect to tires, but does not require a "born on date", "age warning" or an "expiration date." In fact, in 2015, NHTSA declined the opportunity to make a change to the current DOT date-code system. NHTSA stated, "we do not believe a change to the date code is necessary

23

for consumers to determine when their tires were manufactured. NHTSA's tire consumer Web site, *http://www.safercar.gov/tires/index.html* explains in several places how to find and interpret the date code. Furthermore, a person should easily be able to determine the location of the date of manufacture on a tire is located either by querying an internet search engine or by asking a tire dealer."

42) The current DOT date coding system requires all tires sold in the United States to identify the week and year of manufacture. This uniform system has been in place for over 40 years. In my opinion, a competent tire service professional should know how to read a DOT number.

43) In my experience, the forces generated on a vehicle from a tire failure do not normally adversely affect the dynamics of the vehicle or cause loss of control. If a loss of control does occur, it is typically related to other factors. I have instrumented many vehicles during my career and measured the forces going into a vehicle during various types of tire disablements at highway speeds, including tread and top steel belt detachments such as encountered in this crash. According to the 2005 NHTSA publication "The Pneumatic Tire", Chapter 15, the statistics indicate that only a fraction of the time, 0.06% to 0.50%, does an in-service tire failure end up with some type of crash.

This report is based upon a reasonable degree of engineering certainty, my education and work experience and on the materials presently available to me. I reserve the right to supplement or amend this report in light of newly acquired information. I also expect to use demonstratives as part of my testimony.

I have enclosed a copy of my current CV which includes publications, my deposition and trial testimony list, a list of case specific file materials, a list of general reference file materials, a list of "Impact Literature & Reference Materials" and a list of "Overdeflected Operation Index" of materials. I am also enclosing a copy of my inspection notes. My hourly billing rate is currently $375 per hour as of September 1, 2018.

If you have any questions regarding my examination, please contact me.

Joseph L. Grant

# Impact Literature & Reference Materials Index

|   | Title | Author | Source | Date |
|---|---|---|---|---|
| 1 | Michelin 2007 Owner's Manual | n/a | Michelin North American Inc. | 2007 |
| 2 | NHTSA's Tire Safety-Everything Rides On It | n/a | National Highway Traffic Safety Administration | n/a |
| 3 | The Pneumatic Tire, Chapter 15, Introduction to Tire Safety, Durability and Failure Analysis | J.D. Gardner and B.J. Queiser | Published by NHTSA, Edited by A.N. Gent and J.N. Walter, The University of Akron | 2005 |
| 4 | Care and Service of Automobile and Light Truck Tires- RMA | n/a | Rubber Manufacturers Association | 1995 |
| 5 | Tire Forensic Investigation-Analyzing Tire Failure | Thomas R. Giapponi | SAE International Publication | 2008 |
| 6 | Tire Examination Following Accidents | James D. Gardner and J. Stannard Baker | Northwestern University Traffic Institute Publication | 1985 |
| 7 | Tire Examination after Motor Vehicle Collisions (Chapter 8) | Calvin P. McClain, Jr. and Michael A. DiTallo | Northwestern University Center for Public Safety | n/a |
| 8 | Tire Examination after Motor Vehicle Collisions (Chapter 13) | Calvin P. McClain, Jr. and Michael A. DiTallo | Northwestern University Center for Public Safety | n/a |
| 9 | Impact Simulations in the Lab | G.C. Bolden, J.M. Smith and T.R. Flood (STL) | Tire Technology International for Standard Testing Laboratories USA | 2001 |
| 10 | Structural Impact Damage Under Varying Laboratory Conditions- Paper 17B for ITEC 2006 | Gary Bolden, John Smith and Timothy Flood (STL) | Presented at the International Tire Exhibition and Conference (a Rubber and Plastics News Event) | 2006 |
| 11 | Structural Impact Damage Under Varying Laboratory Condition- pgs. 89-92 | Gary Bolden, John Smith and Timothy Flood (STL) | Tire Technology International: The Annual Review of Tire Materials and Tire Manufacturing Technology | 2006 |
| 12 | Impact Demonstration Study Conducted by STL-Canales | Standards Testing Laboratories | Standards Testing Laboratories | 2000 |

| 13 | Impact Demonstration Study Conducted by STL-Piard | Standards Testing Laboratories | Standards Testing Laboratories | 2006 |
|---|---|---|---|---|
| 14 | Impact Demonstration Study Conducted by STL-Prince | Standards Testing Laboratories | Standards Testing Laboratories | 2002 |
| 15 | Various Impact Studies Conducted by STL (Impact Demonstration Video 28 below) | Standards Testing Laboratories | Standards Testing Laboratories | n/a |
| 16 | Impact Simulations: What Happens When a Tire/Wheel Impacts a Road Hazard | Gary Bolden, John Smith and Timothy Flood (STL) | Tire Technology International: The Annual Review of Tire Materials and Tire Manufacturing Technology | 2005 |
| 17 | Road Hazard Impact PowerPoint: Bulge on Tread and Split on Innerliner | Joseph L Grant (photographs) | n/a | n/a |
| 18 | STL Road Hazard Impact Machine | Standards Testing Laboratories | STL Machinery Division | 1998 |
| 19 | Video – Impact Studies – Prince Tire on Impact Machine | Standards Testing Laboratories | Standards Testing Laboratories | 2002 |
| 20 | Video – Impact Studies – Prince Tire on Test Wheel | Standards Testing Laboratories | Standards Testing Laboratories | 2002 |
| 21 | Video – Impact Studies – STL Videos | Standard Testing Laboratories | Standards Testing Laboratories | n/a |
| 22 | Video – Impact Studies – Video Excerpts | Standards Testing Laboratories | Standards Testing Laboratories | n/a |
| 23 | Photos of Prince & Piard Tires | Joseph L Grant (photographs) | n/a | n/a |
| 24 | The Effect of Snaked Belt Anomalies on Tire Durability | Harold Herzlich | International Tire Exhibition and Conference | 2000 |
| 25 | Passenger and Light Truck Tire Conditions Manual | n/a | Tire Industry Association | 2005 |
| 26 | RMA Tire Care and Safety Guide | n/a | Rubber Manufacturers Association | June 2001 |
| 27 | RMA Care and Service of Passenger and Light Truck (LT) Tires | n/a | Rubber Manufacturers Association | August 2011 |
| 28 | Commercial Medium Tire Debris Study | n/a | US Department of Transportation NHTSA | Dec. 2008 |

| 29 | Forensic Analysis in Tire Tread Separations | John W. Daws | Rubber and Plastic News | 03/05/07 |
|---|---|---|---|---|
| 30 | Dynamic Fracture of Natural Rubber | Ali A. Quraishi and Michelle S. Hoo Fatt | Tire Science and Technology Vol. 35, No. 4 | Oct.-Dec. 2007 |
| 31 | High Speed Tensile Testing of Tire Textiles | K.B. O'neil, M.F. Dague and J.E. Kimmel | Applied Polymer Symposia No. 5 | 1967 |
| 32 | Avon Tyre: Tire Care for Safe Driving- "Heading off Trouble" | n/a | www.avontyresracing.com | 2007 |
| 33 | Impact Damage- Tire Failure | n/a | www.sullivantire.com | n/a |
| 34 | Impact Damage- Tire Failure (Goodyear) | n/a | www.goodyeartires.com | n/a |
| 35 | Tire Suspension- Chassis Dynamics in Rolling Over Obstacles for Ride and Harshness Analysis (Impact Simulation and Analysis) | Vladimir Kerchman | Kumho Tire Co., Inc | n/a |
| 36 | Care and Service of Commercial Truck and Bus Tires | n/a | U.S. Tire Manufacturers Association | 2017 |
| 37 | Tire Care & Safety | n/a | Rubber Manufacturers Association | 2013 |
| 38 | Road Hazard Impacts: Their Influence on Radial Passenger Tires and the Forensic Signs they Leave Behind | Vandy Price & Glenn Follen | Clemson University Global Tire Industry Conference & Europe Tire Technology Exposition, RPN & 2018 ITEC | 2018 |

## JOSEPH L. GRANT GENERAL REFERENCE LIST of MATERIALS

OVER MY CAREER, AS PART OF MY TRAINING AND EXPERIENCE, I HAVE REVIEWED AN EXTENSIVE NUMBER OF PUBLICATIONS, TEST RESULTS, ARTICLES AND VARIOUS OTHER LITERATURES RELATED TO TIRE PERFORMANCE ISSUES.  THE LIST BELOW IDENTIFIES A SAMPLE OF THE MATERIALS THAT I HAVE BEEN EXPOSED TO AND REVIEWED.  THE ACTUAL EXTENSIVE LIBRARY OF MATERIALS THAT I HAVE BEEN EXPOSED TO AND REVIEWED IS FAR GREATER THAN THIS LIST

1. The Tire and Rim Association Yearbooks & Materials
2. Bennett Garfield, Who Makes it? And Where? Directory (Annual)
3. Bennett Garfield, OE Tire Size Guide (Annual)
4. Bennett Garfield, Tire Guide (Annual)
5. Bennett Garfield, Tread Design Guide (Annual)
6. The Tire Technology Conference, October 28–29, 1986, Clemson University – What Makes a High Performance Tire Different Than a Regular Tire?
7. RMA Poster – Inspection Standards for Radial Passenger Tire Casings
8. The Maintenance Council (TMC) – Recommended Maintenance Practices Manual
9. "Science and Technology of Rubber", Second Edition, J. Mark, B. Erman & F. Eirich
10. "Radial Tire & Disc Wheel Conditions Digest" 2012, TMC ATA
11. "Radial Tire & Disc Wheel Conditions Service Manual" 2007, TMC ATA
12. "Bring It Home Safely…How You Can Prevent Underinflated Truck tires" TMC ATA
13. ASTM Designation: E 860 – 82 (Reapproved 1991) – Standard Practice for Examining and Testing Items That Are Or May Become Involved In Products Liability Litigation
14. Tire Examination Following Accidents, Topic 825 of the *Traffic–Accident Investigation Manual*
15. ARA Module 1: Basic Tire Construction
16. Pamphlet re: A Look Inside re: size designations, types of tires, common ingredients, and advantages & disadvantages
17. ITEC 1994, Paper #14A/B – Tire Dynamic Properties in the 90's: Making Vehicles Perform
18. SAE Technical Paper Series, 820814 – The Distribution of the Inflation Forces on the Structural Members of a Radial Tire
19. "Engineering with Rubber, How to Design Rubber Components", Edited by Alan N. Gent, 1992, Rubber Division of the American Chemical Society.
20. Rubber Technology by Maurice Morten, 1999.
21. SAE SP–729, Heavy Duty Truck Tire Engineering, Thomas L. Ford and Fred S. Charles, 1988
22. SAE Paper "The Magic of the Drag Tire" 942484;

1

23. Mechanics of Pneumatic Tires, US Department of Transportation, National Highway Traffic Safety Administration, Samuel K. Clark
24. The Vanderbilt Rubber Handbook, Thirteenth Edition, R.T. Vanderbilt Co. 1990
25. Materials Science in Engineering
26. Vulcanization and Vulcanizing Agents, W. Hoffman.
27. The Essential Rubber Handbook, David Cooper
28. Fundamentals of Vehicle Dynamics, SAE, Thomas D. Gillespie, 1992
29. Motor Truck Engineering Handbook
30. Tires, Suspension and Handling, Second Edition, John Dixon, 1996
31. Understanding How Components Fail, Donald J. Wulpi, 1987
32. Scanning Electron Microscopy and X-Ray Microanalysis, Third Edition, 2003
33. The Racing & High Performance Tire, SAE, Paul Haney, 2003
34. RMA Tire Information Service Bulletin, August 1986, Vol. 10 / No. 3 – RMA Snow Tire Definition for Passenger and Light Truck (LT) Tires
35. RMA Tire Information Service Bulletin, September 1999, Vol. 38 / No. 1 – Replacement Tires for Light Truck-Type Vehicles
36. "Tire Inflation Pressure and Temperature" – independent research
37. NHTSA, DOT §575.104 – Uniform Tire Quality Grading Standards
38. NHTSA, DOT §571.109 – Standard No. 109; New pneumatic tires
39. NHTSA, DOT §571.110 – Standard No. 110; Tire selection and rims
40. NHTSA, DOT §571.119 – Standard No. 119; New pneumatic tire for vehicles other than passenger cars
41. NHTSA, DOT §571.120 – Standard No. 120; Tire selection and rims other than passenger car tires
42. 49 CFR Ch. V, Part 570 – Vehicle in Use Inspection Standards
43. NHTSA, DOT §569 – Part 569 – Regrooved Tires
44. SAE J1561, Feb. 2001 – Surface Vehicle Recommended Practice, (R) Laboratory Speed Test Procedure for Passenger Car Tires
45. Regulation No. 30 – Uniform Provisions Concerning the Approval of Pneumatic Tyres [sic] for Motor Vehicles and Their Trailers
46. RMA Tire Care and Safety Guide (6/01)
47. RMA Motorist's Tire Care and Safety Guide (1/94)
48. Car & Travel, March 2000 – Add 10,000 Miles to Your Tires
49. Michelin Web Site – Lesson 5: Tire Safety Guidelines
50. Michelin – Passenger & Light Truck Tire Owner's Manual & Limited Warranty
51. Car Care Council, Spring/Summer 1999 – Is Your Vehicle Ready for Vacation?
52. Dr. Traffic, September 24, 2000 – Treat your tires like good friends
53. AAA Go Magazine, March/April 2000 – Never Tire of Learning About Tires
54. Owner Operator, Nov/Dec 1989 – For Safety's Sake, Protecting yourself from a blowout
55. Tire Industry Safety Council – New Consumer Tire Guide (9/82)
56. Tire Industry Safety Council – Consumer Tire Guide (4/77, 2/78)

57. RMA – Care and Service of Automobile and Light Truck Tires (8/87)
58. Tire Industry Safety Council – Recreational Vehicle Consumer Tire Guide, 1985
59. RMA Care and Service of Automobile Tires With Special Recreational Vehicle Tire Section (1/77)
60. Tire Industry Safety Council – Consumer Tire Guide, 1973
61. Tire Industry Safety Council – Recreational Vehicle Consumer Tire Guide, 1973
62. Shell – Smart Car Care, Tips for keeping your vehicle safe and on the road.
63. BFS – Inflate. Rotate. Evaluate.  How to maintain your tires (10/00)
64. General Motors Website– Tire Safety.  What GM does; what you can do
65. General Motors – Tire Performance Criteria
66. RMA – Care and Service of Automobile and Light Truck Tires (9/95)
67. RMA – Tire Information Service Bulletin, September 1999, Vol. 3, No. 2 – Tire Explosions
68. RMA Poster – Demounting and Mounting Procedures for Automobile and Light Truck (LT) Tires That Are Used on Single Piece Rims (7/95)
69. RMA Tire Publications Catalog
70. RMA Tire Publications Order Form
71. Ford Explorer Owner Guide
72. Texas Drivers Handbook
73. The New York Times, December 14, 2001 – America's Tires: Worn Down, Overlooked and Underinflated
74. CNN.com Web Site, August 29, 2001 – Study: Underinflated tires a widespread hazard
75. DOT Web Site – NHTSA 46–01 – Many U.S. Passenger Vehicles Are Driven on Under–inflated Tires, NHTSA Research Survey Shows
76. USDOT, August 2001, DOT HS 809 317 – Research Note, Tire Pressure Special Study Vehicle Observation Data
77. USDOT – Tire Pressure Special Study, Data Documentation
78. USDOT, August 2001, DOT HS 809 316 – Research Note, Tire Pressure Special Study: Methodology
79. USDOT, August 2001, DOT HS 809 316 – Research Note, Tire Pressure Special Study: Interview Data
80. USDOT, August 3, 2001, Memorandum – Subject: Preliminary Analysis of Findings, 2001 NASS Tire Pressure Special Study
81. NCSA, May 4, 2001 – Preliminary Analysis of Findings – 2001 NASS Tire Pressure Study
82. RMA Web Site – Tire Safety / Tire maintenance & Safety / Tire and Auto Safety Facts
83. Tire Business, April 29, 2002 – RMA kicks off 'tire safety week'
84. National Tire Safety Week, April 29–May 3, 2002
85. Consumer Tire Maintenance and Safety Awareness Research in the Southwest – A Report to: RMA, June 2001

3

86. Frederick polls – Poll Summary U.S. Overview

87. RMA "Be Tire Smart, Play Your Part"

88. Frederick polls – Poll Results Among Adult Drivers Nation wide

89. Compression Grooving as an Indicator of Over–Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, June 1997

90. Compression Grooving and Rim Flange Abrasion as Indicators of Over–Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, Smith, October 1997

91. Effects of Over–Deflection on the Tire/Rim Interface, Standards Testing Laboratories, Inc., Schnuth, Smith, Bolden, Flood, September1998

92. Tire Safety Survey, March 22, 1999

93. TMC – Tire Repair Failure Analysis

94. Videos – Tech: RT–3, C – Tube Repair, H – 2 Piece Repair, B – 250 & 251 Uni–Seal Repair, I – Radial Seal Repair; Tech Tire Repair Video, POWS 8274, and Tech International/Sears 2000, Uni–Seal Ultra Repairs RT–7

95. Tire Business, October 28, 1996 – Pull the plugs, lawyer urges

96. Tire Business, November 11, 1996 – If outside–in plug repairs unsafe, then why are they still on market?

97. RMA Poster – Puncture Repair Procedures for Automobile Tires

98. RMA Poster – Puncture Repair Procedures for Automobile and Light Truck Tires

99. RMA Poster – Truck Tire Puncture Repair Procedures, 1995

100. RMA Retreading & Repairing Shop Bulletins Index

101. Technically Speaking, November 1, 1995, Vol 17 /Issue 1 – Upper Sidewall Over Buff

102. Tech Tire Repairs – Two–Piece Radial Repair Method Instructions

103. Tire Technology International 2001, The Annual Review of Tire Materials and Tire Manufacturing Technology

104. Road Hazard Impact Test for Wheel and Tire Assemblies (Passenger Car, Light Truck, and Multipurpose Vehicles), SAE J1981, June 1994

105. SAE 940534 – Development of the SAE J1981 Road Hazard Impact Test for Wheel and Tire Assemblies

106. RMA Tire Information Service Bulletin, July 1985, Vol. 23/No. 4 – Tire Storage Recommendations

107. ITRA Journal, October 2001, Vol. 45, Issue 10 – How Much is Too Much Cracking?

108. RMA Comments, September 6, 2001 – Notice of Proposed Rulemaking FMVSS: Tire Pressure Monitoring Systems; Controls and Displays

109. USDOT, OSHA 3086 – Servicing Single–Piece and Multi–Piece Rim Wheels

110. RMA Poster – Demounting and Mounting Procedures for Automobile and Light Truck (LT) Tires That Are Used on Single–Piece Rims

111. RMA Care and Service of Truck and Light Truck Tires (1998)

112. RMA Poster – Replacement Guide for Passenger Car Tires

113. RMA Replacement Guide for Passenger Car Tires
114. RMA Statement re: Nylon Cap Plies
115. Michelin – A Guide to Speed Ratings
116. Standing Wave Pattern Information
117. United States Patent, Poque 4,724881 Pneumatic Vehicle Tire
118. Goodyear Web Site – Announcements: Talking Points/Messages Proactive Tire Replacement for some LR–E tires Specific to 15 Passenger Vans
119. Goodyear Web Site – Goodyear Responds to Set Record Straight On Misleading Reports
120. Goodyear Web Site – Load Range E Tire Background Information
121. Goodyear Web Site – Dear Goodyear Customer (November, 2000)
122. Goodyear Pamphlet "*The Complete Tire Safety Guide*"
123. RMA Tire Information Service Bulletin, June 1989, Vol. 25/No. 4 – Speed Ratings for Passenger Car Tires
124. Tire Disablements and Accidents On High–Speed Roads, Traffic Institute, Northwestern University, J. Standard Baker, G. Declan McIlraith
125. Anatomy of Accidents Following Tire Disablements, SAE 1999–01–0446, Ernest Z. Klein, Thomas L. Black, 1999
126. The Role of Tread/Belt Detachment in Accident Causation, ITEC 1998, James Gardner
127. The Microscopy of Catastrophic Tire Failures
128. The Role of Blowouts in Accident Causation, ASME 87–WA/SAF–4, James Gardner, Christopher G. Shapley
129. Tractor Trailer Skid Marks Generated Under Controlled Test Conditions
130. Controlled Skid Studies Illustrating Tire Marks Generated By Radial Tires
131. Drag and Steering Effects from Tire Tread Belt Separation and Loss, SAE 1999–01–0447, Fay Robinette, Smith, Flood, Bolden
132. Techniques For The Reconstruction Of Rollover Accidents Involving Sport Utility Vehicles, Light Trucks and Minivans
133. The Effect of Tire Characteristics on Vehicle Handling and Stability
134. Properties of Passenger Car Tires with Tread Detachment
135. The Traffic–Accident Investigation Manual, Ninth Edition, Northwestern University Traffic Institute, J. Stannard Baker, Lynn B. Fricke, 1986
136. Motor Vehicle Accident Reconstruction and Cause Analysis
137. Investigation of Motor Vehicle Fires, Fourth Edition, Lee S. Cole, 2001
138. "TMC Task Force Readies Tire Inflation Campaign." Tire Business, September 30, 1996
139. Liner Pattern Analysis – Photographs of Various Competitors Tires
140. Innerliner Splice Analysis – Photographs of Various Competitors Tires
141. Process Marks – Photographs of Michelin Tires
142. Examples of Worn Out Tires with Cord Shadowing on Innerliner

143. Examples of Tires with Nylon Cap Ply/Strips that have experienced Tread and Top Steel Belt Detachments

144. Video of Instrumented Vehicle demonstrating tread and top steel belt detachment

145. Uniform Tire Quality Grading Treadwear – Rim Groove Photographs

146. "The Effect of Snaked Belt Anomalies on Tire Durability" by Harold J. Herzlich of Herzlich Consulting, Inc.

147. "Belt Misalignments and Belt/Belt Tear Patterns" by Harold J. Herzlich of Herzlich Consulting, Inc.

148. "The Influence of Storage Humidity and Sulfur Bloom Upon Tack and Vulcanized Peel Force in Tire Belt Skim" by B.D. Lambillotte of Smithers Scientific Services, Inc.

149. "A Wax Bloom Study in Natural Rubber Compounds" by Krishna C. Baranwal of Akron Rubber Development Laboratory, Inc.

150. "Analysis of Migratory Species in Vehicle Tires" by James D. Rancourt, Ph.D. and Jason G. Todd of Polymer Solutions Incorporated

151. 9th Tyre Survey – Worldwide Majors by ExxonMobil Chemical

152. 10th Worldwide Tyre Survey: Replacement Market by ExxonMobil Chemical

153. 11th Worldwide Tire Survey: Tire Rolling Resistance by ExxonMobil Chemical

154. "SEM/EDX Analysis of Moisture–Aged Steel cord" by Jerry J. Leyden of Akron Rubber Development Laboratory, Inc.

155. "Analysis of Steel Cord–Rubber Interface by SEM/EDX Controlled Experiments" by Jerry J. Leyden of Akron Rubber Development Laboratory, Inc.

156. DOT HS 809 523 – "Investigation of Driver Reactions to Tread Separation Scenarios in the National Advanced Driving Simulator (NADS)

157. RMA Memorandum Dated March 23, 2000 Re: VA Dept of State Police, Need for Standards for Recapped Tires, House Document No. 24

158. "Effect of Intra–carcass Pressure Buildup on Tubeless Tire Performance" by S.A. Banks, F. Brzenk, J.A. Rae and C.S. Hwa.

159. Costemalle, B., "Tire Pressure Loss and Intra–carcass Pressure Modeling," *Tire Science and Technology,* TSTCA. Vol. 20. No. 4. October–December, 1992. pp. 200–211

160. F. Lux and H. Strumpf, "Light–Weight Tire Concept" *Tire Science and Technology, TSTCA. Vol. 24. No. 2. April–June, 1996. pp. 119–133*

161. USDOT, October 2001, DOT HS 809 359 – Research Note, Tire Pressure Special Study: Tread Depth Analysis

162. NHTSA 61–01 – Many U.S. Passenger Vehicles Are Driven on "Bald Tires", NHTSA Research Survey Shows

163. NHTSA Web Site – Rollover

164. NHTSA "Analysis of FARS and Exposure Data between 1982 and 2002", March 30, 2004

165. DOT HS 809 361 – "Tire Safety, Everything Rides On It"

166. Newspaper Article – 'Astronomical' pothole epidemic is the pits", USA Today, March 11, 1994
167. Tire Technology International 2001 article on Impacts Simulations by STL.
168. ITEC 2004, Paper 45D – "Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires" by Joseph L. Grant
169. ITEC 2004 – "Abnormal Wear" by Jean-Claude Brico.
170. ITEC 2004 – "Bead Compression Grooving: Characteristics and Influence of Tire Deflection" by Jean Claude Brico.
171. ITEC 2004 – "Nature's Remnants in Natural Rubber" by James D. Rancourt, Ph.D.
172. ITEC 2004 – "Do Liner Patterns Affect Tire Performance" by James D. Rancourt, Ph.D.
173. ITEC 2004 – "Component Interfacial Tearing Appearances" by Gary Bolden.
174. Traffic Collision Investigation, Chapter 8, 2001.
175. ITEC 2004 – "Innerliners and Tire Durability" by Donald S. Tracey and Walter H. Waddell.  Exxon Mobil Chemical Company."
176. TIA 2005 – "Passenger & Light Truck Tire Conditions Manual."
177. The Pneumatic Tire, edited by A. N. Gent and J. D. Walter, Published 2005 by the National Highway Traffic Safety Administration.
178. RMA, May 9, 2006 "Tire Service Life: Results from an RMA Study of Scrap Tires."
179. 2005 paper by Standards Testing Labs, "Impact Simulations–What happens when a tire/wheel impacts a road hazard".
180. NHTSA Publication "What's Your PSI – A Short Quiz to Test Your Knowledge of Tire Safety".
181. NHTSA Poster "Underinflated Tires Can Lead to Disaster".
182. Continental Tire Product Service Information Bulletin PSIB 05-01 "Tire Repair for Passenger Car and Light Truck Tires".
183. Bridgestone/Firestone Technical Bulletin October 2005, Ref. No. P-05-10 "Tire Inspection Guidelines".
184. ETRTO Recommendations on Tyre Service Life – 2005.
185. RMA June 10, 2005 letter to NHTSA Regarding Docket No. NHTSA-2005-21276.
186. Michelin Technical Bulletin, February 9, 2006, "Service Life for passenger Car and Light Truck Tires including Spare Tires".
187. RMA Statement, 9-14-04 "Tire Service Life for Light Vehicle Tires".
188. GM statement on Tire Aging.
189. Ford Statement on Tire Aging.
190. "Structural Impact Damage Under Varying Laboratory Conditions" by Gary Bolden of STL, ITEC 2006.
191. "Structural Impact Damage Under Varying Laboratory Conditions" by STL, Tire Technology International 2006.
192. "Process Marks in Disabled Tires" by Jean-Claude Brico, ITEC 2006.
193. Ford Tire Warranty Guide – 2006.
194. Ford Tire Conditions Guide – 2006.

7

195. NHTSA FIRESTONE STEELTEX Investigative Reports.

196. Michelin /NHTSA, November 1, 2006.

197. "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferential Cut and Distressed Tires", SAE 2007–01–0733 by D. Tandy, Granat, Durisek, K. Tandy, Baldwin & Pascarella.

198. RMA TISB: Passenger and Light Truck Used Tires, 2007 Vol. 45 No. 1.

199. RMA TISB: Passenger and Light Truck Used Tires, 2008 Vol. 45 No. 3.

200. RMA TISB: Passenger and Light Truck Used Tires, 2011 Vol. 45 No. 4.

201. Tire Storage Dos & Don'ts by Peggy Fisher, Tire Business, May 21, 2007.

202. Tire Business June 20, 2007 article "Sell Used Tires—but Carefully".

203. X–rays of Competitor Tires with Various Belt splice and Belt Wire Conditions.

204. Photographs of Impacted Tire with Split on innerliner.

205. STL Impact Demonstrations (Prince and Piard) 2 tires.

206. Rubber & Plastics News, September 3, 2007, "Failure Mode of Passenger and Light Truck Tires" by Jean–Claude Brico.

207. Tyre Damage and Its Causes, Continental 2005/2006.

208. Dunlop Website–Tire Safety Information.

209. Dunlop Tires Limited Warranty and Tire Care and Maintenance Guide.

210. Dunlop Original Equipment Fitment Guide.

211. RMA 2008 "Puncture Repair Procedures for Passenger and Light Truck Tires" Handout.

212. RMA 2008 News Release "Improper Tire Repair Poses Safety Concern".

213. "Tire Forensic Investigation, Analyzing Tire Failure" By Thomas R. Giapponi, SAE R–387.

214. NHTSA HS 811 060 December 2008 Commercial Tire Debris Study.

215. SAE 2008–01–1494 Development for an Aged Tire Durability Standard–Comparison of Stepped–Up Load and Steady State DOE Results.

216. SAE 2008–01–1495 Development for an Aged Tire Durability Standard–Rationale for a Steady State DOE.

217. SAE 2008–01–0150 Development for an Aged Tire Durability Standard–Stepped–Up Load Road Wheel Evaluation.

218. Inspection notes, photographs and data relating to the various manufacturers' tires collected and tested by Troy Cottles., as well as Cottles' X–rays, shearography and various test sheets and results.

219. 2001 Northwestern Traffic Collision manual.

220. Bridgestone Firestone Technical Bulletin, April 2001, P–03–07, Two Tire Application Policy.

221. RMA's Tire Information Bulletin, Volume 33, Number 3, December 2007, Inspection Procedures to Identify Potential Sidewall "Zipper Ruptures" in Steel Cord Radial Truck, Bus and Light Truck Tires".

222. Tire Industry Association. 200 Level Basic Training Series. Basic Automotive Tire Service;

223. Puncture Repair Charts depicting Punctured Tire, Properly Repaired Tire, Improper Patch Only Repair and Improper Outside-In Repair;
224. Continental Tire Service Life Recommendation PSIB 06-02(2-13-2006).
225. 2012 RMA Care and Service of Passenger & Light Truck (LT) Tires.
226. AutoWeek 10 damage-causing maintenance mistakes, January 23, 2013.
227. U.S. Department of Transportation, Federal Motor Carrier Safety Regulations.
228. "X-Ray Study of Sixty (60) Worn out Passenger & Light Truck Tires" Joseph L Grant, ITEC 2012.
229. "The Effect of Underinflation on Tire Operating Temperature", Jenny Paige, ITEC 2012.
230. "A Comparison of 25 High Speed Tire Disablements Involving Full and Partial Tread Separations" By Beauchamp, Koch and Thornton. SAE 2013-01-0776.
231. "The Effectiveness of the National Advanced Driving Simulator (NADS) in Evaluating the Effect of Tire Tread Belt Detachments".  By Rucoba, Liebbe, Duran and Carr. SAE 2013-01-0467.
232. TIA Video "Tire Safety Starts With Proper Tire Repair". 2013.
233. TIA Video "Tire Safety Starts With Tire Inspection". 2013.
234. "Proper Storage of Winter Tires", Tire Safety Group, 1/16/1555555555.
235. "Objective Measurements of Vehicle Steering and Handling Performance When a Tire Loses Its Air". By Tandy, Ault, Colborn and Pascarella.  SAE 2013-01-0748.
236. "Determining Vehicle Steering and Braking from Yaw Mark Striations" By Beauchamp, Hessel, Rose and Fenton. SAE 2009-01-0092.
237. "Steering and Handling Performance During a Full Tire Tread Belt Separation" By Tandy Engineering. SAE 2011-01-0973.
238. "Steering and Handling Performance During a Full Tire Tread Belt Separation" By Tandy Engineering. SAE 2012-01-0257.
239. "Research Report to Congress on Tire Aging", U.S. Department of Transportation, National Highway Traffic Safety Administration, August 2007.
240. "Tire Aging: A Summary of NHTSA's WORK", U.S. Department of Transportation, National Highway Traffic Safety Administration, March 2014.
241. Independent Thermography Demonstrations on Passenger and Light Truck Tires -2011 & 2014.
242. RMA Tire Claims Data - 2007.
243. "Do Worn Tires Retain Antidradants" James Rancourt, Rubber & Plastics News, February 9, 2015;
244. Wire Rope Forensics - Casar Germany 06/05;
245. "A Beginner's Guide to Rubber Technology" by R. J. Del Vecchio, 2001.
246. "Rubber Compounding" reprinted from the Encyclopedia of Chemical Technology and Rubber Additives & Polymers", 1982, Uniroyal Chemical Company.
247. "Basic Elastomer Technology", 2001, Edited by Krishna C. Baranwal, Rubber Division of the American Chemical Society.
248. Aircraft Tire Care & Maintenance Manual by Goodyear, 6/15.

9

249. Northwestern University Center for Public Safety "Traffic Crash Investigation" manual, Eleventh Edition, 2014;
250. The Safety Impact of Vehicle-Related Road Debris: Gerry Forbes, Intus Road Safety Engineering, Inc., June 2004.
251. National Transportation Safety Board, Office of Research and Engineering, "Motorcoach Tire Fire Test Report".
252. National Transportation Safety Board, Office of Highway Safety, "Human Performance & Vehicle Group Chairmen's Report of Operational Testing".
253. "The Prevalence of Motor Vehicle Crashes Involving Road Debris, United States, 2011-2014", AAA, August 2016.
254. "Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability?", Vandy Price and Joseph Grant, ITEC 2016.
255. "Deflating the Difference Between "Trapped Air" and Multilayer Rubber Tear Patterns", Jenny Paige, ITEC 2016.
256. An Objective Analysis of the Effect of Tire Tread Depth on Crash Causation and Wet Road Vehicle Dynamics, Donald F. Tandy, Clay Coleman and Rose Ray, SAE 2013-01-0701.
257. Radial Conditions Analysis Guide, Technology & Maintenance Council of America Trucking Association, 1994.
258. Radial Conditions Analysis Guide, Technology & Maintenance Council of America Trucking Association, 2011.
259. Michelin ODI Closing Resume - PE94-071.
260. William Boehly Report 03-27-2002.
261. NHTSA Tire Aging Test Development Project_Tire Innerliner Analysis.
262. 2012-04NHTSAReport - Tire Related Factors in Pre-Crash Phase (DOT-HS-811-617).
263. Care and Service of Commercial Truck and Bus Tires-2017, U.S. Tire Manufacturers Association.
264. Tire Care & Safety - 2013 RMA
265. Halobutyl Inner Liner is Key to Tire Durability. RPN March 21, 2016
266. Smithers 2015 Traction Conference - Exxon Mobile.
267. Truck Tire Infl Press Loss Rates and Rolling Res, ExxonMobil, 2016
268. Road Hazard  Impacts: Their Influence on Radial Passenger Tires and the Forensic Signs they Leave Behind, Price & Follen 2018
269. "A Review of Polymer Interfaces in Tyre Technology", A. Lechtenboehmer, H. Moneypenney & F. Mersch, Received May 1989 Accepted July 1989.
270. Truck Tire Liner Pattern Exemplars.

# <u>Overdeflected Operation Index</u>

### Causing Tread/Belt  Separation/Rim Grooves

| | <u>Title</u> | <u>Author</u> | <u>Source</u> | <u>Date</u> |
|---|---|---|---|---|
| **1** | Compression Grooves as an Indicator of Over-Deflected Operation in Tires | Schnuth, Fuller, Follen, Gold | Standards Testing Laboratories | Jun. 1997 |
| **2** | Compression Grooving and Rim Abrasion as Indicators of Over-Deflected Operating Conditions in Tires | Schnuth, Fuller, Follen, Gold, Smith | Standards Testing Laboratories | Oct. 1997 |
| **3** | Effect of Over-Deflected Operation on the Tire/Rim Interface | Schnuth, Smith, Bolden, Flood | Standards Testing Laboratories | Sep. 1998 |
| **4** | Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires | Joseph Grant | ITEC Paper 45D | 2004 |
| **5** | Bead Compression Grooving: Characteristics and Influences of Tire Deflection | Jean Claude Brico | ITEC | 2004 |
| **6** | Passenger and Light Truck Tire Conditions Manual | n/a | The Tire Industry Association | 2005 |
| **7** | Tyre Damage and It's Causes | n/a | Continental Tire | 2005/2006 |
| **8** | Tire Forensic Investigation-Analyzing Tire Failures | Thomas R. Giapponi | SAE International Publication | 2008 |

| 9 | Traffic Collision Investigation (Chapter 8) | Calvin P. McClain and Michael A. DiTallo | Northwestern University Center for Public Safety | n/a |
|---|---|---|---|---|
| 10 | Tire Safety, Everything Rides on It | n/a | National Highway Traffic Safety Administration | n/a |
| 11 | The Pneumatic Tire | J.D. Gardner and B.J Queiser | Published by NHTSA, Edited by A.N. Gent and J.N. Walter, The University of Akron | 2005 |
| 12 | The Effect of Snaked Belt Anomalies on Tire Durability | Harold J. Herzlich | International Tire Exhibition and Conference | 2000 |
| 13 | RMA Care and Service of Passenger and Light Truck (LT) Tires | n/a | Rubber Manufacturers Association | Aug. 2011 |
| 14 | Many U.S. Passenger Vehicles Are Driven on Under-Inflated Tire, NHTSA Research Survey Shows | Elly Martin | National Highway Traffic Safety Administration | Aug. 2001 |
| 15 | The Effect of the Underinflation on Tire Operating Temperature | Jenny Paige | ITEC | 2012 |
| 16 | Thermography Demonstration | Joseph Grant | n/a | Dec. 2014 |
| 17 | Thermography Demonstration | Joseph Grant | n/a | Jul. 2014 |
| 18 | Tire Inflation Pressure and Temperature | Joseph Grant | n/a | Oct. 2002 |
| 19 | Overdeflection Video | n/a | n/a | n/a |
| 20 | Human Performance & Vehicle Group Chairmen's Report of Operational Testing | n/a | National Transportation Safety Board, Office of Highway Safety | n/a |
| 21 | Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability | Vandy Price Joseph Grant | ITEC | 2016 |

| 22 | Commercial Medium Tire Debris Study | NHTSA DOT HS 811 060 | National Highway Traffic Safety Administration | Dec. 2008 |
|---|---|---|---|---|
| 23 | Care and Service of Commercial Truck and Bus Tires | n/a | U.S. Tire Manufacturers Association | 2017 |
| 24 | Motorcoach Tire Fire Test Report | Office of Research and Engineering | National Transportation Safety Board | 2006 |
| 25 | Human Performance & Vehicle Group Chairmen's Report of Operational Testing | Office of Highway Safety | National Transportation Safety Board | 2007 |
| 26 | Tire Care & Safety | n/a | Rubber Manufacturers Association | 2013 |

3

*RR SUBJECT*

Page _/_ of _6_

# TIRE EXAMINATION NOTES

LOCATION _MATTHEWS, NC_  TIRE SIZE _LT235/85R16 M+S_

CASE _SUSMAN (LOVELAND)_  TIRE NAME _GOODYEAR WRANGLER HT_

DATE _11/15/18_  LOAD RANGE _E_

EXAMINER _JOE GRANT_  DOT _M DORNJHV244_

UTQG _—_  YEAR MANUFACTURED: _1994_

_TUBELESS RADIAL_

**GENERAL DESCRIPTION:**

MOUNTED ON RIM? _RIM SEPARATE_ INFLATION PRESSURE _NA_

TIRE REMNANTS _TIRE WITH PORTION OF TREAD + TOP STEEL BELT DETACHED + MISSING_

TIRE POSITION ON RIM _RIM SEPARATE, "V" MARKED ON SS AT 8:00_

AVERAGE TREAD DEPTH _8.5/32_

_SAFETY WARNING STAMPED ON BOTH SIDES OF TIRE_

**TIRE INFORMATION:**

CONSTRUCTION (1+2, etc) _2+2_  COLOR SIDEWALL _BLACK_

PLY MATERIAL _POLYESTER (2)_  BELT MATERIAL _STEEL (2)_

MOLD #'S _426 R, 272098-GRF-65MM_

SINGLE LOAD/INFL. _3042 lbs @ 80 psi_  DUAL LOAD/INFL _2778 lbs @ 80 psi_

**RIM INFORMATION:**

_1) WORN POLISHED FLANGES_

RIM MANUFACTURER _—_

RIM SIZE (Stamped or Measured?) _16 x 6.5J_

RIM DOT#/ID# _06 7502_  NUMBER OF RIM PIECES _ONE_

**VALVE INFORMATION:**

VALVE MANUFACTURER _TOP SEAL_  VALVE TYPE _TR 600 HP_

VALVE CORE PRESENT _YES_  VALVE CAP PRESENT _YES_

RR SUBJECT

Page _C_ of _b_

# TIRE EXAMINATION NOTES

CASE: SUSMAN (LOVELAND)

DOT: MDORN JHV 244

SIZE: LT235/85R16   M+S



**TREAD NOTES**

OSS

12:00 (0 degrees) -

1:00 (30 degrees) -    12:48

2:00 (60 degrees) -

3:00 (90 degrees) -

4:00 (120 degrees) -

5:00 (150 degrees) -

6:00 (180 degrees) -

7:00 (210 degrees) -

8:00 (240 degrees) -

9:00 (270 degrees) -    9:30   no's sheeting

10:00 (300 degrees) -   9:30

11:00 (330 degrees) -   10:30

12:00 (360 degrees) -   12:30

1:00   11:30 OMM   12:48
4 Broken
Outer Belt
Cords/Filaments

RR SUBJECT                    Page __3__ of __6__

# TIRE EXAMINATION NOTES

CASE: __SUSMAN (LOVELAND)__

DOT: __MDORNJHV 244__

SIZE: __LT235/85R16  MtS__

OUTBOARD            **TREAD GROOVE DEPTHS**

| SS | 1 | 2 | 3 | 4 | | |
|---|---|---|---|---|---|---|
| 12:00 | 8 | 9 | 9 | 10 | | |
| 1:00 | 8 | 8½ | 8½ | 9 | | |
| 2:00 | 8 | 8 | 8 | 9½ | | |
| 3:00 | 8 | 8 | 8 | 9 | | |
| 4:00 | 8 | 8 | 8 | 9 | | |
| 5:00 | — | — | — | 9 | | |
| 6:00 | — | — | — | — | | |
| 7:00 | — | — | — | · | | |
| 8:00 | — | — | — | — | | |
| 9:00 | — | — | — | — | | |
| 10:00 | — | — | — | — | | |
| 11:00 | — | — | — | — | | |
| AVE. | 8 | 8½⁻ | 8½⁻ | 9⁺ | | |

1) Tread Hardness - 84 Shore A Durometer
2) A few stones embedded in sipes

CASE: SUSMAN (LOVELAND) RR SUBJECT

**TIRE EXAMINATION NOTES**

DOT: MDORNJHV244

SIZE: LT235/85R16 M+S



12

SN

3

SS

1" dia

1" shoulder pressure

1" 4lb

1" s. sh20.

(12)

6

OSS

NOTES:
1) Clear Line Polishing & Grooves 360° on both sides of TRO.
2) Irregular Scrub.

9  9

12

Supplay

s. sh2.1

6

3

SUSMAN (continued)          RR SUBJECT

MDORN JIAV2WN
LTZ35/85 R16 MJS

(5)
0/6

1) Tread + Top Steel Belt Detached + Missing
from ~4:00 SS/6:00 OSS t ~10:30 SS/12:30 OSS.

2) Tread + Top Steel Belt Partially Detached
from ~10:30 SS/12:30 OSS t ~1:00 SS/12:45 OSS
where still attached. SS Top Belt cord ends
from ~10:30 SS to ~11:00 SS are loose, bare, rusted,
bent + Roughed.

3) Overall, Steel Belt cords adhered in Rubber,
Exposed Steel Cords Rusted.

4) Rubber remaining over bottom Steel belt in
detachment Region in Crown is worn with
lateral abrasion.

5) If SO crown 4 Broken Bottom Steel Belt Cords/filament

6) Multi level Rubber tearing on all detached Surfaces.
Radial Multi level Tear lines along SS + OSS
Bottom Belt edge in detachment region.

7) A few permanent bends in bottom steel belt
in detachment Region.

M DORN J A V Z 44     KR SUBJECT

LT 235/85 R16 MTS

(6) %6

8) Localized Region of Multi level Rubber (Separation) Tearing on SS w/ Rubber over both belt from ~9:30 ss to ~12:00 w/ Extending to crown at ~10:30.

9) Localized Region of Multi level Rubber (Separation) Tearing on OSS w/ Rubber over Both Belt from 9:30 OSS to 11:00 OSS & Extending to Crown at ~10.15. Polishing visible in the ~10:15 OSS Region.

10)   No Manufacturing Anomalies.

LF COMPANION                          Page 1 of 4

## TIRE EXAMINATION NOTES

LOCATION _MATTHEWS, NC_          TIRE SIZE _LT235/85R16   M+S_

CASE _SUSMAN (LOVELAND)_   TIRE NAME _GOODYEAR WRANGLER HT_

DATE _11/15/18_                  LOAD RANGE _E_

EXAMINER _JOE GRANT_             DOT _MDO RN JHV 234_

UTQG _—_                          YEAR MANUFACTURED: _1994_

_TUBELESS RADIAL_

**GENERAL DESCRIPTION**:

MOUNTED ON RIM? _RIM SEPARATE_ INFLATION PRESSURE _NA_

TIRE REMNANTS _ONE TIRE_

TIRE POSITION ON RIM _RIM SEPARATE, "1" MARKED ON USS AT 12:30_

AVERAGE TREAD DEPTH _9/32_

_SAFETY WARNING STAMPED ON BOTH SIDEWALLS_

**TIRE INFORMATION**:

CONSTRUCTION (1+2, etc) _2+2_          COLOR SIDEWALL _BLACK_

PLY MATERIAL _POLYESTER (2)_   BELT MATERIAL _STEEL (2)_

MOLD #'S _422L   270278 GRF-65MM_

SINGLE LOAD/INFL. _3042 lbs @ 80 psi_ DUAL LOAD/INFL _2778 lbs @ 80 psi_

**RIM INFORMATION**:                1) POLISHED WORN FLANGES

RIM MANUFACTURER _—_

RIM SIZE (Stamped or Measured?) _16 x 6.5_

RIM DOT#/ID# _06 2502_       NUMBER OF RIM PIECES _ONE_

**VALVE INFORMATION**:

VALVE MANUFACTURER _DILL_       VALVE TYPE _TR 600-HP_

VALVE CORE PRESENT _NO_         VALVE CAP PRESENT _NO_

LF COMPANION

# TIRE EXAMINATION NOTES

CASE: __SUSMAN (LOVELAND)__

DOT: __M00RNJHV234__

SIZE: __LT235/85R16  M+S__

## TREAD NOTES

SS                                    OSS

OUTBOARD

**12:00** (0 degrees) -

**1:00** (30 degrees) -

**2:00** (60 degrees) -

**3:00** (90 degrees) -

**4:00** (120 degrees) -

**5:00** (150 degrees) -

**6:00** (180 degrees) -

**7:00** (210 degrees) -

**8:00** (240 degrees) -

**9:00** (270 degrees) -

**10:00** (300 degrees) -

**11:00** (330 degrees) -

**12:00** (360 degrees) -

11:00 Visible
Cosmetic openings
of leading edge
of Tread Splice

LF COMPANION                    Page __3__ of __4__

## TIRE EXAMINATION NOTES

CASE: SUSMAN (LOVELAND)

DOT: MDORNJAV234

SIZE: LT235/85R16 M+S

### TREAD GROOVE DEPTHS

| SS | 1 | 2 | 3 | 4 | | | OUTBOARD |
|---|---|---|---|---|---|---|---|
| 12:00 | 8 | 9 | 9 | 10 | | | |
| 1:00 | | | | | | | |
| 2:00 | | | | | | | |
| 3:00 | 9 | 9 | 10 | 10 | | | |
| 4:00 | | | | | | | |
| 5:00 | | | | | | | |
| 6:00 | 8 | 8½ | 9 | 10 | | | |
| 7:00 | | | | | | | |
| 8:00 | | | | | | | |
| 9:00 | 8 | 9 | 9 | 10 | | | |
| 10:00 | | | | | | | |
| 11:00 | | | | | | | |
| AVE. | 8⁺ | 9⁻ | 9⁺ | 10 | | | |

1) Tread Hardness ~83 Shore A Durometer

2) A few Stones Embedded in Grooves

3) Some SS + OSS Tread Shoulder Rounding 360°



LF COMPANION

**TIRE EXAMINATION NOTES**

Page 4 of 4

CASE: SUSMAN (LOVELAND)

DOT: MD0R NJ8V234

SIZE: LT 235/85R16 MPS

12

12

SN

8.9/16"

1/16"

7/16"
E16

OSS

SS

NOTES:
1) Clean, Lic, Polishing & Grooving 360° on Both Sides of TRO.
2) Tramline Sound
3) SS Sidewall Dirty

RF COMPANION                                      Page 1 of 4

# TIRE EXAMINATION NOTES

LOCATION _MATTHEWS, NC_          TIRE SIZE _LT235/85R16 MAS_

CASE _SUSMAN (LOVELAND)_         TIRE NAME _GOODYEAR WRANGLER HT_

DATE _11/15/18_                  LOAD RANGE _E_

EXAMINER _JOE GRANT_             DOT _MDOR NJHV 194_

UTQG _—_                         YEAR MANUFACTURED: _1994_

_TUBELESS, RADIAL_

## GENERAL DESCRIPTION:

MOUNTED ON RIM? _RIM SEPARATE_   INFLATION PRESSURE _NA_

TIRE REMNANTS _ONE TIRE_

TIRE POSITION ON RIM _RIM SEPARATE_

AVERAGE TREAD DEPTH _8"/32_

_SAFETY WARNING STAMPED ON BOTH SIDEWALLS_

## TIRE INFORMATION:

CONSTRUCTION (1+2, etc) _2+2_        COLOR SIDEWALL _BLACK_

PLY MATERIAL _POLYESTER (2)_    BELT MATERIAL _STEEL (2)_

MOLD #'S _2 70279-GRF L5MM, 422R_

SINGLE LOAD/INFL. _3042 lbs @80psi_  DUAL LOAD/INFL. _2778 lbs @ 80psi_

## RIM INFORMATION:

1) Worn Rusting Flanges

RIM MANUFACTURER _—_

RIM SIZE (Stamped or Measured?) _16 x 6.5 J_

RIM DOT#/ID# _06 2502_           NUMBER OF RIM PIECES _One_

## VALVE INFORMATION:

VALVE MANUFACTURER _DILL_        VALVE TYPE _TR 600HP_

VALVE CORE PRESENT _YES_         VALVE CAP PRESENT _YES_

RF COMPANION          Page _2_ of _4_

# TIRE EXAMINATION NOTES

CASE: MATTHEWS, NC

DOT: MDORNJHV194

SIZE: LT235/85R16 M+S

## TREAD NOTES

SS                                                      OSS

**12:00** (0 degrees) -      DOT BRAND

**1:00** (30 degrees) -

**2:00** (60 degrees) -

**3:00** (90 degrees) -

**4:00** (120 degrees) -

**5:00** (150 degrees) -

**6:00** (180 degrees) -      Shoulder
                              Abrasion
**7:00** (210 degrees) -      360°

**8:00** (240 degrees) -

**9:00** (270 degrees) -

**10:00** (300 degrees) -

**11:00** (330 degrees) -

**12:00** (360 degrees) -

RF COMPANION                    Page __3__ of __4__

## TIRE EXAMINATION NOTES

CASE: MATTHEWS, NC

DOT: MDORNJHV194

SIZE: LT235/85R16 M+S

### TREAD GROOVE DEPTHS

*OorBoard*

| SS | 1 | 2 | 3 | 4 | | |
|---|---|---|---|---|---|---|
| 12:00 | 7 | 8 | 8 | 9 | | |
| 1:00 | | | | | | |
| 2:00 | | | | | | |
| 3:00 | 7 | 8 | 9 | 10 | | |
| 4:00 | | | | | | |
| 5:00 | | | | | | |
| 6:00 | 7 | 8 | $8\frac{1}{2}$ | $9\frac{1}{2}$ | | |
| 7:00 | | | | | | |
| 8:00 | | | | | | |
| 9:00 | 7 | 8 | 9 | 10 | | |
| 10:00 | | | | | | |
| 11:00 | | | | | | |
| AVE. | 7 | 8 | $8\frac{1}{2}$ | $9\frac{1}{2}$ | | |

1) Tread Hardness ≈84 Shore A Durometer

2) A few Stons Embedded in Sipes

3) Some SS + OSS Tread Shoulder Rounding 360°

RF COMPANION

**TIRE EXAMINATION NOTES**

Page 4 of 4

CASE: MATTHEWS, NC

DOT: MDORNJ+V19L

SIZE: LT235/85R16 M+S

OSS

SS

**NOTES:**
1) Film: Line Polishing to Crowning 360° on Both Sides of TW0.
2) Innerliner Sound.
3) SS Sidewall Dates

*L R COMPANION*                Page _1_ of _4_

## TIRE EXAMINATION NOTES

LOCATION __MATTHEWS, NC__        TIRE SIZE __LT235/85R16    M+S__

CASE __SUSMAN (LOVELAND)__       TIRE NAME __GOODYEAR WRANGLER HT__

DATE __11/15/18__                LOAD RANGE __E__

EXAMINER __JOE GRANT__           DOT __MJOR NJHV 234__

UTQG __—__                       YEAR MANUFACTURED: __1994__

__TUBELESS RADIAL__

**GENERAL DESCRIPTION**:

MOUNTED ON RIM? __RIM SEPARATE__ INFLATION PRESSURE __NA__

TIRE REMNANTS __ONE TIRE__

TIRE POSITION ON RIM __RIM SEPARATE, "1" MARKED ON OSS AT 8:30__

AVERAGE TREAD DEPTH __7.5/32__

__SAFETY WARNING STAMPED ON BOTH SIDEWALLS__

**TIRE INFORMATION**:

CONSTRUCTION (1+2, etc) __2+2__        COLOR SIDEWALL __BLACK__

PLY MATERIAL __POLYESTER (2)__ BELT MATERIAL __STEEL (2)__

MOLD #'S __419C, 270276-6RF-65 MM__

SINGLE LOAD/INFL. __3042 lbs @ 80 psi__ DUAL LOAD/INFL __2778 lbs @ 80 psi__

1) WORN POLISHED FLANGES

**RIM INFORMATION**:

RIM MANUFACTURER __—__

RIM SIZE (Stamped or Measured?) __16 × 6.5 J__

RIM DOT#/ID# __06 2802__        NUMBER OF RIM PIECES __ONE__

**VALVE INFORMATION**:

VALVE MANUFACTURER __DILL__        VALVE TYPE __TR 600 HP__

VALVE CORE PRESENT __YES__        VALVE CAP PRESENT __YES__

*LR COMPANION*

# TIRE EXAMINATION NOTES

CASE: SUSMAN (LOVELAND)

DOT: MDORNJHV 234

SIZE: LT235/85R16   MTS

## TREAD NOTES



SS                    OSS        OUTSIDE

12:00 (0 degrees) -

1:00 (30 degrees) -

2:00 (60 degrees) -

3:00 (90 degrees) -

4:00 (120 degrees) -

5:00 (150 degrees) -

6:00 (180 degrees) -

7:00 (210 degrees) -

8:00 (240 degrees) -

9:00 (270 degrees) -

10:00 (300 degrees) -

11:00 (330 degrees) -

12:00 (360 degrees) -

4:00 - 4:30
~3" cut in bottom
of OSS intermediate
Tread Groove

*LR COMPANION*          Page _3_ of _4_

## TIRE EXAMINATION NOTES

CASE: SUSMAN (LOVELAND)

DOT: MIJ0RNJHV234

SIZE: LT 235/85 R16    M+S

### TREAD GROOVE DEPTHS

OSS OUTBOARD

| SS | 1 | 2 | 3 | 4 | | |
|----|---|---|---|---|---|---|
| 12:00 | 8 | 7½ | 7½ | 8 | | |
| 1:00 | | | | | | |
| 2:00 | | | | | | |
| 3:00 | 8 | 7½ | 7 | 8 | | |
| 4:00 | | | | | | |
| 5:00 | | | | | | |
| 6:00 | 8 | 7 | 7½ | 8 | | |
| 7:00 | | | | | | |
| 8:00 | | | | | | |
| 9:00 | 7 | 6 | 6 | 8 | | |
| 10:00 | | | | | | |
| 11:00 | | | | | | |
| AVE. | 8 | 7 | 7 | 8 | | |

1) Tread Hardness 83 Shore A Durometer.
2) A few Stones embedded in Sipe.

CASE: SUSMAN (LOVELAND) LR COMPANION

**TIRE EXAMINATION NOTES**

DOT: MD 0RNJ4V234

SIZE: LT235/85R16 MHS

Page **4** of **4**



**OSS**

NOTES:

1) Rtm. Wire Rib lifting, 6 Grooving 360° on Both Sides of TW.

2) Immoderation Sound.

3) SS Sidewall Dates

A list of case specific materials reviewed by Joseph L. Grant as of May 9, 2019 in the *Susman Loveland v. Goodyear* matter:

1. Subject Tire and Wheel;
2. Companion Tires and Wheels;
3. X-Rays of Subject and Companion Tires;
4. Shearography of Companion Tires;
5. NE State Patrol Report and Call History;
6. State of NE Investigator Motor Vehicle Accident Report;
7. Complaint
8. NE State Patrol Photos;
9. Deposition of Rysta Susman and Exhibit;
10. Deposition of Jacob Summers;
11. Deposition of Daniel T. Bueser and Exhibits;
12. Deposition of Larry Blair,
13. Southwell's Expert Report and Exhibits;
14. Southwell's File Materials;
15. Dandee Concrete Construction Company Documents;
16. Kearney Towing Documents;
17. Laux' Expert Report;
18. Deposition of David Roy Southwell and Exhibits;
19. Daws' Photos;
20. Gould Exhibit A;
21. Tyre Invoice 151;
22. NSP Scene Photos-C15-07916-Dandee Construction-5-01-15;
23. Photo Log – Subject Vehicle Inspection – Dandee Construction;
24. Photo Log – Tire Wheel Collection – A121365W00;
25. Susman_Protective Order;
26. GY_Susman Confidential Documents Produced.

## *CURRICULUM VITAE OF*
## *JOSEPH L. GRANT*

**PRESENT**
**EMPLOYMENT:**          Independent Tire Analyst

**HOME ADDRESS:**       4201 Moss Creek Court
                        Matthews, North Carolina 28105
                        Phone 704 617 0336

**EDUCATION:**          Bachelor of Science in Mechanical Engineering – June, 1971
                        Fenn College of Engineering, Cleveland State University

**COURSES &**
**SEMINARS:**           • Tire Society Symposium
                        • Akron Rubber Group
                        • Clemson University Tire Industry Conference (October, 1985 and 1986)
                        • Monsanto Rubber Technology Seminar (May, 1989)
                        • SAE Motor Vehicle Accident Reconstruction and Cause Analysis
                             (March, 1993)
                        • International Tire Exposition and Conference
                        • Northwestern University Traffic Institute Accident Investigation
                              (March, 1997)
                        • STL Trans Tech Tire Technology Seminar – 1999

**PROFESSIONAL**
**ORGANIZATIONS:**      • Society of Automotive Engineers
                        • Akron Rubber Group
                        • Rubber Manufacturers' Association
                             Chairman - Truck Bus Tire
                             Engineering Committee (1986-1992)
                        • Tire & Rim Association
                        • The Maintenance Council of the American Trucking Association
                        • American Society of Mechanical Engineers
                        • Tire Industry Association
                        • American Chemical Society

**PUBLICATIONS:**       1) *"What makes a High Performance Tire Different than a Regular Tire"*
                             Jan. 1986 - Akron Rubber Group
                             Oct. 1986 - Clemson University Tire Industry Conference
                             April 1987 - American Retreading Association
                        2) *"Rim Line Grooves as an Indicator of Underinflated or Overloaded*
                        *Tire Operation in Radial Tires"*  September 2004 – ITEC
                        3) *"X-Ray Study of Sixty (60) Worn Out Passenger & Light Truck Tires"*
                             September 2012 – ITEC
                        4) *"Typical Manufacturing Conditions in Steel Belted Radial Tires: Do*
                        *They Influence Tire Durability" September 2016 - ITEC*
                             Also Published – 2017 Tire Technology International Annual

**PATENTS:**            Method of Forming Belted Radial Tires from a Cylindrical Tire Band
                        (1977)

### *CURRICULUM VITAE OF*
### *JOSEPH L. GRANT*

**EMPLOYMENT:**   · June 1971 – Dec. 1994         The General Tire & Rubber Company
· Jan., 1995 – April 2000        Continental General Tire, Inc.
· May 2000 – Dec. 2005           Continental Tire, North America, Inc.
· Jan. 2006 – Present            Independent Tire Analyst

**POSITIONS:**

• June, 1971            Engineering Trainee, Tire Technology Department, Akron Tire Manufacturing Plant (Akron, Ohio).

• October, 1972         Project Engineer, Advanced Tire Development.
Responsible for the Development of Advanced Concept Tire Products, including Fiberglass Belted Radial Passenger Tires and Advanced Bias Truck Tires (Akron, Ohio).

• October, 1978         Manager, Bias Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias Passenger Tires (Akron, Ohio)

• April, 1980           Manager, Replacement and Private Brand Passenger Car Tire Engineering Technology.
Responsible for the Engineering Development Group for Bias and Radial Passenger Tires (Akron, Ohio).

• March, 1987           Section Manager, Radial Truck Tire Engineering.
Responsible for the Engineering (Construction and Mold Design) Development Group for Radial Truck Tires (Akron, Ohio).

• September, 1988       Director, Commercial Tire Technology.
Responsible for the Engineering (Construction and Mold Design) and Compound Development Groups for Commercial Products, including Bias and Radial Medium and Heavy Service Truck Tires and Giant, Farm and Industrial Tires (Akron, Ohio, September 1988 - March 1992) (Mt. Vernon, Illinois, April 1992 - December 1992).

• January, 1993         Director, Product Analysis.
Responsible as company-wide consultant to assist other Departments on the subject of Tire Failure Analysis, Tire Performance Standards, and Safety Literature (Akron, Ohio, January 1993 - October, 1995) (Charlotte, North Carolina, November 1995 – January 2006).

• January, 2006         Independent Tire Analyst

2

**JOSEPH L. GRANT**
4201 Moss Creek Court
Matthews, North Carolina 28105
(704) 617-0336

Fee Schedule

Hourly Rate                                          $ 375.00

Travel Fee (per hour)                                $ 375.00

Travel Expenses                                      Cost
    Hotel,
    Air Travel (least expensive)
    Rental Car or Taxi (least expensive)
    Personal Car ($0.545/mile)

Travel time is portal to portal.  Invoices are submitted at the conclusion of each significant segment of the work as the case progresses.  A retainer may be required in certain circumstances.

TAX I.D. 282 40 6143                    September 1, 2018

## JOSEPH L. GRANT
## DEPOSITION AND TRIAL LIST

| NAME | VENUE | TRIAL | DEPO | LOCATION |
|---|---|---|---|---|
| Allen, Kimberly v Michelin | Arizona Mohave County Superior Court, Case No. CV2013-07176 | 15 | 15 | Charlotte, NC Lake Havasu, AZ |
| Anderson v Cooper | State of South Carolina County of Spartanburg CA No.: 2015-CP-42-03764 | - | 17 | Birmingham, AL |
| Below v YRC | US District Court Western District of Wisconsin CASE No.: 3:15-cv-00529-wmc | 17 | 17 | Charlotte, NC Madison, Wis. |
| Benedict v Hankook | District Court Eastern District of Virginia Richmond | 18 | 17 | Charlotte, NC |
| Bice, Karen v Cooper | Circuit Court Davidson County, Tennessee, Nashville CASE No. 15C2551 | - | 16 | Charlotte, NC |
| Boehn v Deestone, Dunlap & Kyle | Arkansas Northern District CASE No. CV 2015-068 ND | - | 16 | Little Rock, AR |
| Bojorquez vs. Agfinity | New Mexico, County of Santa Fe, First District Court D-101-CV-2015-02061 | 17 | 17 | Albuquerque, NM |
| Boyer v Hankook | State of North Carolina-Iredell County, Civil Action File No. 14-CVS-01873 | - | 17 | Greenville, SC |
| Brown v Hankook | US District Court of Eastern District of OK, No. 6:14-cv-00109-RAW | - | 15 | Tulsa, OK |
| Cail, Danny vs Bridgestone | Circuit Court, Russell County, Alabama, Civil Action No. CV-2014-900080.00 | - | 16 | Akron, Ohio |
| Carrillo vs Wal-Mart & The Goodyear Tire & Rubber Company | Superior Court of the State of California, County of san Bernardino Case No.: CIVDS1605889 | - | 18 | Los Angeles, CA |
| Charcalla, Brenda v. Goodyear | US District Court, Western District of Pennsylvania Civil Action No.: 13-cv-00200204-JFC | - | 15 | Charlotte, NC |
| Chery v Bridgestone | State of North Carolina General Court of Justice Superior Court Division 16 CVS 5859 | - | 18 | Charlotte, NC |
| Clarke vs. BATO, Gibson Tire, H. Sheppard, M Grantz | Sate of South Carolina, Clarendon County CA | - | 17 | Charleston, SC |

1

| NAME | VENUE | TRIAL | DEPO | LOCATION |
|---|---|---|---|---|
| | No.:2014-CP-14-0432 | | | |
| Cone/Frazier v Hankook | US District Court western District Tennessee No. 1:14-cv-0011 | 17 | 16 | Charlotte, NC Jackson, TN |
| Danehower V Cooper Hearing | Circuit Court of St. Francis County, Arkansas No. 62cv-17-25-1 | - | 18 | Arkansas |
| Dash vs Carolina Rides & Precision Tune Auto Care | State of South Carolina, County of Richland C/A No. 2015-CP-40-2339 | - | 16 | Columbia, SC |
| De La Rosa v Ford/Cooper | New Mexico, Santa Fe County First Judicial District Court No: D-101-CV-2014-02574 | - | 17 | San Antonio, TX |
| Diegelman v. Kawasaki Motors Corp | US District Court for the District of Maryland  Case No. 1:16-CV-01173-MJG | - | 18 | Charlotte, NC |
| Dukes v Michelin et al. | 19th Judicial Circuit Court, St. Lucie, Florida Case No. 12-CA-002094 | 16 | 16 | Charlotte, NC |
| Ellison, Joel Alan vs Norman Earl Ashley and Salem Leasing | State of south Carolina, County of Anderson | | 19 | Charlotte, NC |
| Evans v Cooper | State of California, County of LA, Case No. BC508861 | - | 17 | Los Angeles, CA |
| Garcia, Porfirio vs Ford, Bridgestone, Socia Used Cars II | 107th Judicial District Cameron County, Texas Cause No. 2012-DCL-5269-A | - | 16 | Akron, Ohio |
| Garza v MNA, et al. | District Court of Starr County, TX, 229 Judicial District, CA. No. DC-17-448 | - | 19 | Austin, TX |
| Gooden v BATO, et al | Wyoming US District Court CA No. 15-cv-50 | - | 16 | Akron, Ohio |
| Guerrero v Auto Nation | Probate Court, No. Two (2), Harris County, Texas | - | 18 | Houston, TX |
| Hageman vs. Sheridan | District Court of Platte County, Nebraska Case NO. CI 14-204 | - | 15 | Charlotte, NC |
| Harris v YRC, et al | Circuit Court of St. Louis, Missouri Case No. 18SL-CC01749 Div. 5 | - | 19 | Charlotte, NC |
| Hart-Gallimore v. Michelin | Circuit Court Miami-Dade County, Florida Case No.: 14-019298 CA-01 | - | 16 | Atlanta, GA |
| Hartman v Hankook | Circuit Court, Lee County, FL | - | 17 | Charlotte, NC |
| Hartsock v. Goodyear Dunlop | US District Court, South Carolina Charleston Div. Case No.:2:13-cv-00419-PMD | - | 15 | Charlotte, NC |
| Herrera vs. Alamo Concrete, Michelin | County Court at law Number 3, Nueces County, | - | 16 | Austin, TX |

| NAME | VENUE | TRIAL | DEPO | LOCATION |
|---|---|---|---|---|
| | Texas, Cause No. 2014-CCV-61396-3 | | | |
| Hofmann vs. Enterprise | State of Minnesota, Fourth Judicial District Court No. 27-CV-13-1995 | - | 16 | Pittsburgh, PA |
| Holt v Goodyear | Superior Court of Arizona No. CV2013-004191 | - | 15 | Los Angeles, CA |
| Jackson v MNA | Cause No. 10,603 287th Judicial District Court, Parmer County, TX | - | 16 | Austin, TX |
| Jackson v YCA & Canyon Tire | California State-San Bernardino, Case No. CIVDS1416256 | 18 | 17 | Charlotte, NC, San Bernardino, CA |
| Jimenez, et al v. Con-Way Truckload | Nueces County Court, Texas Cause No. 2014-CCV-61239-1 | - | 16 | San Antonio, TX |
| Kaur/Singh v Destination Anywhere | Superior Court of California, County of Santa Cruz.  Case No. 17CV02758 | | 18 | Charlotte, NC |
| Kess vs. 4WS | State of Ohio, County of Cuyahoga No. CV 17 880029 | - | 18 | Cleveland, Ohio |
| Kristensen v Goodyear | State of South Carolina, Fourteenth Judicial Circuit CA NO.: 2016-CP-15-1365 | - | 18 | Charlotte, NC |
| Lacroix v Cooper | Fifteenth Judicial Court, Palm Beach County, Florida Case No.: 2013 CA 524 AO | - | 15 | Charlotte, NC |
| Linton, Sandra vs. Coca Cola | Circuit Court of Jefferson County, Alabama  CA No. 68-CV-2016-900494 | - | 18 | Birmingham, AL |
| Mahabirsingh vs Kumho | Fifth Judicial Circuit Marion County, FL. CA No.: 42-2014-0151-CA-B | - | 16 | Charlotte, NC |
| McCoy vs California Dept of Transportation | Superior Court of the State of CA. Ventura County Case No. 56-2014-00461883-CU-PO-VTA | 16 | 16 | Oxnard, CA |
| McKelvey vs. Hill Tire | State of South Carolina Dorchester County Case No. 2012-CP-18-1239 | - | 17 | Charleston, SC |
| Medina vs. Michelin et al. | District Court of Dallas County, Texas, 134th Judicial District | - | 16 | Austin, TX |
| Morales v Tire Country | State of South Carolina County of Chesterfield CA No.: 2015-CP-13-641 | - | 18 | Charlotte, NC |
| Morro v Colony Tire | State of South Carolina Fourteenth Judicial Circuit Caseno.: 2015-CP-15-434 | - | 17 | Charlotte, NC |
| Murch v. Wal-Mart | United States District Court | - | 18 | Charlotte, NC |

3

| NAME | VENUE | TRIAL | DEPO | LOCATION |
|---|---|---|---|---|
| | District of Massachusetts – Worcester Division   Civil Action No. 4:17-CV-40059 | | | |
| Muszynski vs. Cooper | Eighteenth Judicial Circuit, Seminole County, Floridaa Case No. 11-CA-2755-10-K | - | 15 | Charlotte, NC |
| O'Donnell v. Cooper & Town Fair Tire Centers | State of Rhode Island Superior Court C.A. No. PC-10-6621 | - | 17 | Charlotte, NC |
| Paz v Goodyear | Superior Court of State of Cal. Conty of LA No. BC512911 | - | 15(2) | Los Angeles, CAL. |
| Pechac v Goodyear | State of Arizona, Maricopa County CV2016-002829 | - | 18 | LA, Cal. |
| Pfeiffer, Paula vs Bridgestone Retail | Circuit Court First Judicial Circuit, Santa Rosa County, Florida  Case No.: 2014-CA-000067 | - | 16 | Akron, Ohio |
| Ridyolph v PACCAR | Texas, Judicial District, 267th District Court, Cause No. 16-09-23,889 | - | 18 | Charlotte, NC |
| Sanchez vs. Hankook | US District Court Nebraska  Case No. 8:15-CV-00142-LSC-FG3 | - | 16 | Charlotte, NC |
| Sanchez v 24th St Tires | US District Court, Douglas County Nebraska Case No. CI 13 6327 | 18 | 17 | Charlotte, NC |
| Severino v Lazy Dau's RV Center & Goodyear | Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Case No; 12-CA-017948 | - | 15, 16 | Charlotte, NC |
| Serrano-Campbell v Julio Martinez and Cooper | District Court of Ward County, Texas, 143rd Judicial District Court No: 14-02-23253-CVW | - | 17 | Houston, TX |
| Sleight v Rusty's | Second Judicial District Court of Weber County Ogden Department, State of Utah Case No. 110905721 | - | 15 | Charlotte, NC |
| Snyder vs. Elaine Petroleum | Phillips County Circuit Court, Arkansas No. 54-CV-13-204 | 18 | 18 | Charlotte, NC |
| Thompson v. Hankook | US District Court, Alabama Case No.: 2:14-cv-00295-CG-M | - | 16 | Birmingham, AL |
| Tondryk v BATO | District Court, Minnesota 09-CV-17-233 | - | 18 | Akron, Ohio |
| Thomas vs. HT&W, Inc | 17th Judicial District, Tarrant County, TX  Cause No. 017-291484-17 | - | 18 | Ft. Worth, TX |
| Valdez v MNA | District Court Hidalgo County, TX  CAUSE NO. | - | 15 | Austin, Texas |

4

| NAME | VENUE | TRIAL | DEPO | LOCATION |
|------|-------|-------|------|----------|
| | C-0869-13-B | | | |
| Vang, Pe Chi-A v. Cooper | Minnesota, District Court 27-CV-10-13554 | 15 Hearing | - | Birmingham, AL Minneapolis, MN |
| Westfield Ins v BATO | US District Court Northern District of WV, Clarksburg Division Case No. 1:14-cv-00055-IMK | - | 15 | Akron, Ohio |
| Wiese v Carlstar Group | Iowa District Court of Polk County Case No. LACL136284 | - | 18 | Charlotte, NC |
| Witt v MNA | District Court, Parker, Texas CAUSE NO. CV14-1833 | 18 | 17 | Houston, TX |
| | | | | |

5