IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | ) ) ) ) | **CASE NO.** 8:18CV127 |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) | **PLAINTIFFS' OMNIBUS MOTION IN LIMINE** |
| THE GOODYEAR TIRE & RUBBER COMPANY | ) ) | |
| Defendant(s). | ) | |

Plaintiffs file this Omnibus Motion in Limine and request the Court prohibit any evidence or reference to the following matters during trial without first approaching the bench:

 I. Scene Photos Suggesting Seatbelt Nonuse
 II. Criminal History of Shane Loveland and Jacob Summers
 III. Warranty of the Tire
 IV. Comments about the Age of the Tire
 V. Federal Motor Vehicle Safety Standards
 VI. Prejudicial Issues Relating to Drugs
 VII. Prejudicial References in Medical Records and Employment Records
 VIII. Collateral Source Benefits
 IX. Plaintiffs Sued Kearney Towing, Inc.
 X. Fault of Kearney Towing, Inc.

As shown in the attached memorandum of law, each of these topics concern prejudicial matters which offer no probative value. As such, Plaintiff prays this Court enters an order precluding any such references.

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball *(Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754

1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*