IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | CASE NO. 8:18CV127 |
|---|---|
| Plaintiff(s), | **INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR OMNIBUS MOTION IN LIMINE** |
| THE GOODYEAR TIRE & RUBBER COMPANY | |
| Defendant(s). | |

Plaintiffs' hereby submits their Index of Exhibits in Support of their Memorandum of Law in Support of their Omnibus Motion in Limine.

| Exhibit | Description |
|---|---|
| 1 | Selected portions of the Deposition of Jacob Summers (pages 25,71-72) |
| 2 | Selected portions of the Deposition of Joseph Grant (pages 18-20, 170) |
| 3 | RLT LR E Crown Integrity GY_Susman_26631-26654 **Filed under seal** |
| 4 | NHTSA Tire Aging Development Project |
| 5 | Good Samaritan Hospital Laboratory Summary Results GY-GSH-LB 0439-0442 - **redacted** |

Dated: February 4, 2020

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____
Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball *(Pro Hac Vice)*

1

Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

2

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

      I HEREBY CERTIFY that on February 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*