# EXHIBIT 2

Joseph L. Grant
May 31, 2019

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
 2

 3    RYSTA LEONA SUSMAN, BOTH
      INDIVIDUALLY AND AS LEGAL
 4    GUARDIAN OFSHANE ALLEN
      LOVELAND; AND JACOB SUMMERS,
 5
                 Plaintiff,
 6

 7              vs.                      CASE NO. 8:18CV127

 8
      THE GOODYEAR TIRE & RUBBER
 9    COMPANY,

10               Defendant.

11

12    DEPOSITION OF:       JOSEPH L. GRANT

13    DATE:                May 31, 2019

14    TIME:                9:00 a.m.

15    LOCATION:            A. William Roberts Jr. & Associates
                           6135 Park South Drive
16                         Charlotte, NC

17    TAKEN BY:            Counsel for the Plaintiff

18    REPORTED BY:         SOLANGE RUIZ-URIBE, Court Reporter

19
             A. WILLIAM ROBERTS, JR., & ASSOCIATES
20                 Fast, Accurate & Friendly

21
      Charleston, SC    Hilton Head, SC   Myrtle Beach, SC
22    (843) 722-8414    (843) 785-3263    (843) 839-3376

23
      Columbia, SC      Greenville, SC    Charlotte, NC
24    (803) 731-5224    (864) 234-7030    (704) 573-3919

25                         Asheville, NC
                           (828) 785-5699
```

```
                             Joseph L. Grant
                             May 31, 2019                           18

  1    21-year-old tire on their vehicle?
  2         A.   I do, yeah.  I think that's kind of way
  3    beyond what's realistic.  But having said that, it
  4    really depends upon how well maintained and how well
  5    taken care of the tire is.
  6         Q.   Just by age alone, I'm not talking about
  7    the maintenance issue or impact or anything that
  8    happened to the tire, just by age alone is there a
  9    problem with a 21-year-old tire if it's in perfect
 10    condition?
 11         A.   You can't -- well, if it's in perfect
 12    condition, no.  If it's been properly maintained,
 13    properly taken care of, realistically there isn't
 14    any real serious issue with it.
 15         Q.   All right.  So the mere fact that this
 16    tire was 21 years old, and I'm not talking about any
 17    of the other issues you have in your report, you
 18    don't fault somebody for having a 21-year-old tire
 19    in their vehicle?
 20         A.   Well, I do if they don't know what the
 21    history is, what the maintenance is, really know
 22    what -- you know, how well that tire's been taken
 23    care of, and then I definitely do.  So we're talking
 24    theoretical versus realistic.
 25                   Realistically, yeah, you wouldn't
```

1    want to see a 21-year tire on a vehicle unless
2    someone has an extremely good understanding and
3    knowledge that that thing has been, like you quoted,
4    perfectly maintained, perfectly taken care of.
5         Q.   But let's assume there was a tire that's
6    perfectly maintained, perfectly taken care of, you
7    would have no problem with that?
8         A.   It's getting -- well, first of all, it's
9    getting out there into a really unusual situation.
10   There are really not that many tires out there.  But
11   having said that, yeah, tires like everything else,
12   everything ages, everything changes over time, but
13   tires age very gracefully and very slowly as long as
14   they're properly maintained and properly taken care
15   of.
16        Q.   Do you know what type of warnings were
17   placed upon this tire by Goodyear about age?  What
18   did it say on the side of the tire, like you need to
19   take these things off at ten years or 20 years or 25
20   years, what did it say about that?
21        A.   Goodyear -- on the sidewall of the tire
22   you are saying?
23        Q.   Yes.
24        A.   Goodyears are similar to all other tire
25   manufacturers.  You will not -- there is no age

Joseph L. Grant
May 31, 2019                                                          20

1   limit, there is no warning from that perspective
2   because it's much more complex than being able to
3   just put a warning on the side of the tire.
4        Q.   Okay.  Does Goodyear have a policy in
5   place as to how long somebody should have tires on
6   the vehicle?
7        A.   Goodyear's position is to -- it's my
8   understanding of their position is, you know, it's
9   not the chronological age of the tire that's
10  important, it's what's the overall condition of that
11  particular tire.
12             They are more interested in people
13  thoroughly inspecting the tire, thoroughly looking
14  at the tire and determining whether or not the tire
15  is in a good enough condition to be able to continue
16  to be used in service.
17       Q.   Okay.  Do you agree with that position,
18  it's not necessarily the chronological age?
19       A.   Yeah, I do.  Technically they are
20  absolutely correct.
21       Q.   Okay.  I've seen other tire manufacturers
22  put an age limit on the tire.  I think Michelin
23  does, no more than ten years.  Do you know -- do you
24  disagree with their opinion on that?
25       A.   Well, first of all, and I apologize but I

Joseph L. Grant
May 31, 2019                                                      170

1  selling the vehicle with tires that are that old.
2       Q.   What would these tires show from the
3  outside if I looked at them?
4       A.   Show the DOT date.
5       Q.   But you just told me there's nothing wrong
6  with a 20-year old tire, just in and of itself.
7  Okay, it's 20-years old but Joe Grant said that's
8  not a problem?
9       A.   This is unreasonable.  I think any average
10 person would say this is unreasonably old, and
11 especially a tire professional would think this is
12 unreasonably old from the standpoint of not knowing
13 what the service --
14      Q.   But this age had nothing to do with this
15 separation?
16      A.   No, it didn't.
17      Q.   Okay.  Then so what, so what, I have an
18 old tire on there, it had nothing to do with it.  So
19 what, right?
20      A.   No, no.  I disagree from that standpoint.
21 No, it was an opportunity to get these tires out of
22 service.
23      Q.   You are kind of -- and I don't mean this
24 disrespectful, Joe, but you're kind of talking out
25 of both sides of your mouth, you say you should get