# EXHIBIT 5

```
Patient: BLAIR,LARRY                         Good Samaritan Hospital
Med Rec #: G465051    Acct #: G019231810    10 East 31st, P.O. Box 1990
Room: G6232-1    Location: GNTU                Kearney, NE 68848 - 1990
Physician: Obasi,Chinyere N                M. D. Mowry, DO ^ Steven C. Baker, MD
Birthdate: ████████  Age/Sex: ██/M
Admit Date: 05/01/15                           LABORATORY SUMMARY RESULTS
INJURIES FROM MVA
```

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> HEMATOLOGY <<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

## COMPLETE BLOOD COUNT

| Date<br>Time | 05/01/15<br>0833 | | 05/02/15<br>0639 | | 05/04/15<br>0507 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| WBC | 14.3 | H | 14.5 | H | 10.2 | | (4.0-11.0) | K/uL |
| RBC | 5.63 | | 5.62 | | 5.56 | | (4.00-6.00) | M/uL |
| HGB | 16.4 | | 16.4 | | 16.3 | | (12.0-17.0) | g/dL |
| HCT | 48.1 | | 48.1 | | 47.6 | | (37.0-53.0) | % |
| MCV | 85.4 | | 85.6 | | 85.6 | | (83.0-98.0) | fl |
| MCH | 29.1 | | 29.2 | | 29.3 | | (27.0-34.0) | pg |
| MCHC | 34.1 | | 34.1 | | 34.2 | | (32.0-36.5) | gm/dL |
| RDW | 13.3 | | 13.4 | | 13.2 | | (11.9-14.6) | % |
| PLT | 282 | | 274 | | 263 | | (150-450) | K/uL |
| MPV | 9.0 | L | 9.1 | L | 9.2 | L | (9.4-12.4) | fl |
| NRBC % | 0 | | 0 | | 0 | | (0-0.00) | /100WBC |
| NEUTRO # (ANC) | 12.1(A) | H | 10.4(A) | H | 6.6(A) | | (1.4-9.0) | K/uL |

(A)  The automated ANC includes both Segmented and
     Banded Neutrophil populations.

| NEUTRO % | 84.5(B) | | 72.0(B) | | 65.1(B) | | | % |
|---|---|---|---|---|---|---|---|---|

(B)  The automated NEUTRO % includes both Segmented and
     Banded Neutrophil populations.

| LYMPH # | 1.3 | | 2.7 | | 2.3 | | (0.8-4.0) | K/uL |
|---|---|---|---|---|---|---|---|---|
| LYMPH % | 8.8 | | 18.4 | | 22.9 | | | % |
| MONO # | 0.6 | | 1.2 | H | 0.8 | | (0.0-1.0) | K/uL |
| MONO % | 4.5 | | 8.3 | | 7.5 | | | % |
| EOS # | 0.1 | | 0.1 | | 0.4 | | (0.0-0.5) | K/uL |
| EOS % | 0.9 | | 0.8 | | 3.6 | | | % |
| BASO # | 0.0 | | 0.0 | | 0.1 | | (0.0-0.2) | K/uL |
| BASO % | 0.2 | | 0.2 | | 0.5 | | | % |
| IG # | 0.2 | | 0.1 | | 0.0 | | (0.0-0.3) | K/uL |
| IG % | 1.1(C) | H | 0.3(C) | | 0.4(C) | H | | % |

(C)  The automated IG # and IG % include Metamyelocyte,
     Myelocyte and Promyelocyte populations.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> COAGULATION <<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

| Date<br>Time | 05/01/15<br>0833 | Reference | Units |
|---|---|---|---|
| PTT | 25 | (25-32) | SECONDS |
| PROTIME | 11.0 | (9.6-11.1) | SECONDS |
| INR (THERA) | 1.1(D) | (0.9-1.1) | |

(D)  Therapeutic Range for Calculated INR:   2.0-3.0

# = INDICATES SIGNIFICANT CHANGE          CUMMULATIVE REPORT TO CHARTMAXX

```
Patient: BLAIR,LARRY                Age/Sex: ██/M                        Med Rec #: G465051
                     Print Date: 05/06/15        Print Time: 4:01am           Page:  1
```

## >>>>>>>>>>>>>>>>>>>>>>>>>>> URINALYSIS <<<<<<<<<<<<<<<<<<<<<<<<<<<<

| Date | 05/01/15 | | | Reference | Units |
|---|---|---|---|---|---|
| Time | 0839 | | | | |
| COLOR URINE | STRAW | | | (YELLOW) | |
| TURBIDITY | CLEAR | | | (CLEAR) | |
| SPEC GRAVITY | 1.010 | | | (1.003-1.035) | |
| PH | 6.5 | | | (4.0-8.0) | |
| LEUKOCYTES | NEGATIVE | | | (NEGATIVE) | /UL |
| NITRITE | NEGATIVE | | | (NEGATIVE) | |
| PROTEIN | 30 | H | | (NEGATIVE) | mg/dL |
| GLUCOSE | NEGATIVE | | | (NEGATIVE) | mg/dL |
| KETONE | NEGATIVE | | | (NEGATIVE) | mg/dL |
| UROBILINOGEN | NORMAL | | | (NORMAL) | mg/dL |
| BILIRUBIN | NEGATIVE | | | (NEGATIVE) | mg/dL |
| BLOOD | 250 | H | | (NEGATIVE) | /UL |
| WBC | 0-2 | H | | (NEGATIVE) | #/HPF |
| RBC | 5-10 | H | | (NEGATIVE) | #/HPF |
| EPITHELIAL | 0-2 | H | | (NEGATIVE) | #/HPF |
| BACTERIA | NEGATIVE | | | (NEGATIVE) | |
| AMORPHOUS | 1+ | H | | (NEGATIVE) | |
| GRANULAR CASTS | RARE | H | | (NEGATIVE) | #/LPF |

## >>>>>>>>>>>>>>>>>>>>>>>>>>> CHEMISTRY <<<<<<<<<<<<<<<<<<<<<<<<<<<<

CHEMISTRY PANEL

| Date | 05/01/15 | | 05/02/15 | | 05/04/15 | Reference | Units |
|---|---|---|---|---|---|---|---|
| Time | 0833 | | 0639 | | 0507 | | |
| SODIUM | 135 | | 138 | | 140 | (133-146) | mEq/L |
| POTASSIUM | 4.5 | | 4.0 | | 4.1 | (3.5-5.1) | mEq/L |
| CHLORIDE | 99 | | 102 | | 104 | (96-108) | mEq/L |
| CO2 | 25 | | 26 | | 24 | (22-33) | mEq/L |
| ANION GAP | 15.5 | | 14.0 | | 16.1 | (10.0-19.0) | |
| GLUCOSE | 129 | H | 111 | | 97 | (70-120) | mg/dL |
| CALCIUM | 8.6 | | 8.9 | | 9.2 | (8.4-10.2) | mg/dL |
| BUN | 14 | | 11 | # | 13 | (5-25) | mg/dL |
| CREATININE | 1.1 | | 0.9 | | 0.9 | (0.4-1.3) | mg/dL |
| TOTAL PROTEIN | 6.7 | | 6.9 | | | (6.0-8.2) | g/dL |
| ALBUMIN | 4.3 | | 4.2 | | 4.2 | (3.2-4.8) | g/dL |
| GLOBULIN | 2.4 | | 2.7 | | | (1.6-3.3) | g/dL |
| A/G RATIO | 1.8 | | 1.6 | | | (1.0-2.5) | |
| TOTAL BILI | 0.50 | | 1.40 | # | | (0.0-1.5) | mg/dL |
| ALK PHOS | 74 | | 76 | | | (40-120) | IU/L |
| AST | 85 | H | 40 | # | | (0-40) | IU/L |
| ALT | 78 | H | 57 | # H | | (0-40) | IU/L |
| PHOSPHORUS | | | | | 3.9 | (2.5-5.0) | mg/dL |

# = INDICATES SIGNIFICANT CHANGE        CUMMULATIVE REPORT TO CHARTMAXX

Patient: BLAIR,LARRY    Age/Sex: ▮ M    Med Rec #: G465051
Print Date: 05/06/15    Print Time: 4:01am    Page: 2

| Date | 05/01/15 | 05/02/15 | 05/04/15 | Reference | Units |
|---|---|---|---|---|---|
| Time | 0833 | 0639 | 0507 | | |
| ESTIMATED GFR | > 60(E) | > 60(E) | > 60(E) | | |

(E) Estimated GFR using MDRD equation reports in mL/min/1.73 square meters.

Average GFR for 40-49 years old = 99 ml/min/1.73m2
Chronic Kidney Disease less than 60 ml/min/1.73m2
Kidney failure less than 15 ml/min/1.73m2
If patient is African American, multiply GFR by 1.210

Chronic Kidney Disease (CKD) is defined as either kidney damage or estimated GFR <60 mL/min/1.73m2. Either must be present for at least 3 months. For patients meeting either or both of these criteria, CKD may be classified by the estimated GFR as follows:

Classifications of CKD by Glomerular Filtration Rate (GFR)
Stage              GFR
CKD Stage I        90
CKD Stage II       60-89
CKD Stage III      30-59
CKD Stage IV       15-29
CKD Stage V        <15
ESRD on hemodialysis  <15
(Reference: National Kidney Foundation, www.Kidney.org)

## DRUG MONITORING

| Date | 05/01/15 | Reference | Units |
|---|---|---|---|
| Time | 0833 | | |
| ALCOHOL | < 0.010(F) | (0.000-0.010) | g/dL |

(F) RESULT IS LESS THAN TECHNICAL LINEARITY OF INSTRUMENT
    See also (G)

(G) NOTE:
Blood Alcohol Levels were reported in mg/dL from 12/10/08 to 3/16/09.
Reporting units have changed from mg/dL to g/dL effective 03/16/09.

To convert to mg/dL: multiply by 1,000.

## URINE DRUGS OF ABUSE

| Date | 05/01/15 | Reference | Units |
|---|---|---|---|
| Time | 0839 | | |
| AMPHETAMINE | NEGATIVE(H) | (NEGATIVE) | |
| (H) THRESHOLD: | 1000 ng/mL | | |
| BARBITURATE | NEGATIVE(I) | (NEGATIVE) | |
| (I) THRESHOLD: | 200 ng/mL | | |
| BENZODIAZEPINE | NEGATIVE(J) | (NEGATIVE) | |
| (J) THRESHOLD: | 200 ng/mL | | |

# = INDICATES SIGNIFICANT CHANGE        CUMMULATIVE REPORT TO CHARTMAXX

Patient: BLAIR,LARRY        Age/Sex: ▓/M        Med Rec #: 6465051
                    Print Date: 05/06/15        Print Time: 4:01am        Page: 3

| Date | 05/01/15 | | Reference | Units |
|---|---|---|---|---|
| Time | 0839 | | | |

| | | | | |
|---|---|---|---|---|
| COCAINE | NEGATIVE(K) | | (NEGATIVE) | |
| (K) THRESHOLD: | 300 ng/mL | | | |
| OPIATES | NEGATIVE(L) | | (NEGATIVE) | |
| (L) THRESHOLD: | 300 ng/mL | | | |
| PCP | NEGATIVE(M) | | (NEGATIVE) | |
| (M) THRESHOLD: | 25 ng/mL | | | |
| THC | POSITIVE(N)   H | | (NEGATIVE) | |

(N) Positive result(s) called to AMY SOFTLEY
, at 0951, by LAB.LJS.
Confirmation of positive results was DECLINED.

REPEAT ANALYSIS PERFORMED
See also (O), (P)
(O) Screening results represent presumptive results only.
Unconfirmed results are not intended for forensic (legal)
use. Confirmatory testing by GC/MS performed only upon
request.
Confirmatory results will appear separately from this DAU
screen.
(P) THRESHOLD:       20 ng/mL

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>> **BLOOD BANK** <<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<<

**COLLECTED:** May 1, 2015  8:33am

CLOT        DRAWN

*Specimen collected by VANESSA MILLER, on 05/01/15 at 0833.*

# = INDICATES SIGNIFICANT CHANGE          CUMMULATIVE REPORT TO CHARTMAXX

Patient: BLAIR,LARRY          Age/Sex: ▇/M                              Med Rec #: G465051
                    Print Date: 05/06/15          Print Time: 4:01am          Page: 4