## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

    Plaintiff(s),

    v.

THE GOODYEAR TIRE & RUBBER COMPANY

    Defendant(s).

_____

CASE NO. 8:18CV127

**DECLARATION OF KYLE WAYNE FARRAR IN SUPPORT PLAINTIFFS' OMNIBUS MOTION IN LIMINE**

I, Kyle Wayne Farrar, declare as follows:

1.  My name is Kyle Wayne Farrar. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts state herein are true and correct.

2.  True and accurate copies of each of the documents identified as Exhibits in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Omnibus Motion in Limine are attached to the Index in Support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Omnibus Motion in Limine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this February 4, 2020 in Houston, Texas.

By:_____

   Kyle Wayne Farrar