IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>Defendant. | Case No. 8:18-cv-00127 |

## MOTION TO SUPPLEMENT
## GOODYEAR'S MEMORANDUM OF LAW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE PURSUANT TO THE <u>SELF CRITICAL ANALYSIS PRIVILEGE</u>

The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, hereby submits its Motion to Supplement Goodyear's Memorandum of Law in Support of Motion in Limine to Exclude Evidence Pursuant to the Self Critical Analysis Privilege. In support, Goodyear states as follows:

1. On February 4, 2020, Goodyear filed its Memorandum of Law in Support of Goodyear's Motion in Limine to Exclude Evidence Pursuant to the Self Critical Analysis Privilege (the "Motion"). (ECF No. 171.)

2. Goodyear asks that this Court enter an order permitting it to supplement the Motion with one excerpt from a deposition given by Beale Robinson, a Goodyear employee, in the case of *Garcia v. Kelly-Springfield, et. al.*, Case No. 99-1611-CIV-T-17B (M.D. Fla.) on December 5, 2001. The Motion already cites to another deposition of Mr. Robinson in support.

3. The excerpt Goodyear seeks to supplement is brief and regards Mr. Robinson's testimony that the "Tread Throw Investigation", which is the subject of the Motion, was undertaken

1

by Goodyear as a "self-critical examination within the company" performed "for the purposes of quality control." (Robinson Depo. at p. 361: 9-15.)

4.     Goodyear anticipates that Plaintiffs will not contest that the "Tread Throw Investigation" was an internal analysis voluntarily performed by Goodyear for the purposes of evaluating quality control given that their tire expert, David Southwell, agrees with that characterization in his own expert report. (ECF No. 171 at p. 9.) Nonetheless, Goodyear submits this additional testimony for the record.

5.     Granting of this motion will not prejudice Plaintiffs in that: (a) the Motion was just recently filed; (b) Goodyear does not seek to inject new argument or legal authority into the record; and (c) the proffered exhibit testimony is brief and states facts already known to Plaintiffs and their expert.

WHEREFORE, for each of the foregoing reasons, Goodyear respectfully requests that the Court grant the present motion and deem Exhibit A to be incorporated as a supplement into Goodyear's Memorandum of Law in Support of Motion in Limine to Exclude Evidence Pursuant to the Self Critical Analysis Privilege.

GREENSFELDER, HEMKER & GALE, P.C.


By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

3

1838288

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with NECivR 7.1(d)(3) and further certify that the word count function was applied to include all text, including the caption, headings, footnotes, and quotations. This document was prepared using Microsoft Word 2010 and contains 635 words.

/s/ Edward S. Bott, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 7th day of February, 2020.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

/s/ Edward S. Bott, Jr.

1838288