## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both )
individually and as Legal Guardian of )
SHANE ALLEN LOVELAND, et al., )
           )
       Plaintiffs, )
           )      Case No. 8:18-cv-00127
v. )
           )
THE GOODYEAR TIRE & RUBBER )
COMPANY, )
           )
       Defendant. )

## INDEX IN SUPPORT OF
## THE GOODYEAR TIRE & RUBBER COMPANY'S
## OPPOSING BRIEF TO PLAINTIFFS' OMNIBUS MOTION *IN LIMINE*
## AND OPPOSING BRIEF TO PLAINTIFFS' MOTION *IN LIMINE*
## ON CERTAIN EXPERT WITNESSES

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Opposing Brief to Plaintiffs' Omnibus Motion *in Limine*

and Opposing Brief to Plaintiffs' Motion *in Limine* on Certain Expert Witnesses.

| *Exhibit* | *Description* |
|---|---|
| A | Expert Witness Report of Joseph L. Grant dated May 9, 2019 |
| B | Joseph L. Grant's May 31, 2019, deposition in this *Susman* matter, selected portion, pages 17-19, 118-119, 168-170 |
| C | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Opposing Brief to Plaintiffs' Omnibus Motion *in Limine* |

1

1838802

Dated: February 11, 2020                    GREENSFELDER, HEMKER & GALE, P.C.

                                            By:       /s/ Edward S. Bott., Jr.
                                            Edward S. Bott, Jr.
                                            Clark W. Hedger
                                            Juliane M. Rodriguez
                                            10 South Broadway, Suite 2000
                                            St. Louis, MO  63102
                                            (314) 241-9090
                                            Fax:  (314) 345-5465
                                            esb@greensfelder.com
                                            ch1@greensfelder.com
                                            jrodriguez@greensfelder.com

                                            AND

                                            BAIRD HOLM LLP
                                            Jennifer D. Tricker (NE# 23022)
                                            1700 Farnam Street, Suite 1500
                                            Omaha, NE  68102-2068
                                            (402) 344-0500
                                            jtricker@bairdholm.com

                                            *Attorneys for The Goodyear Tire & Rubber Company*

2

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 11th day of February, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

/s/ Edward S. Bott, Jr.

1838802