*EXHIBIT B*

Joseph L. Grant
May 31, 2019

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
 2

 3   RYSTA LEONA SUSMAN, BOTH
     INDIVIDUALLY AND AS LEGAL
 4   GUARDIAN OFSHANE ALLEN
     LOVELAND; AND JACOB SUMMERS,
 5
              Plaintiff,
 6

 7         vs.                    CASE NO. 8:18CV127

 8
     THE GOODYEAR TIRE & RUBBER
 9   COMPANY,

10            Defendant.

11

12   DEPOSITION OF:      JOSEPH L. GRANT

13   DATE:               May 31, 2019

14   TIME:               9:00 a.m.

15   LOCATION:           A. William Roberts Jr. & Associates
                         6135 Park South Drive
16                       Charlotte, NC

17   TAKEN BY:           Counsel for the Plaintiff

18   REPORTED BY:        SOLANGE RUIZ-URIBE, Court Reporter

19
           A. WILLIAM ROBERTS, JR., & ASSOCIATES
20              Fast, Accurate & Friendly

21
     Charleston, SC     Hilton Head, SC   Myrtle Beach, SC
22   (843) 722-8414     (843) 785-3263    (843) 839-3376

23
     Columbia, SC       Greenville, SC     Charlotte, NC
24   (803) 731-5224     (864) 234-7030     (704) 573-3919

25                      Asheville, NC
                        (828) 785-5699
```

```
 1   Mr. Grant?
 2         A.    The DOT number is MD0RNJHV244.
 3         Q.    Okay.  And it was manufactured in what
 4   year, sir?
 5         A.    It was manufactured in 1994.
 6         Q.    Okay.  Do you know the date of the subject
 7   accident?
 8         A.    I do in my report, it's roughly 21 years
 9   later.
10         Q.    Okay.  So at the --
11         A.    It's May 1st, 2015.
12         Q.    Okay.  So 21 weeks is -- or 24 weeks --
13         A.    Twenty-four, yeah.
14         Q.    -- is about what, sometime in May?
15         A.    Fifty-two weeks in a year so we're --
16   yeah, we're getting close to the middle of the year,
17   but a little shy.
18         Q.    Okay.
19         A.    So May, right.
20         Q.    So we're right at, the tire was right at
21   21 years old?
22         A.    Yeah, roughly 21 years old is the way I
23   would phrase it.
24         Q.    Let me ask you this:  Do you have a
25   problem, just by age alone, with somebody having a
```

```
 1   21-year-old tire on their vehicle?
 2        A.   I do, yeah.  I think that's kind of way
 3   beyond what's realistic.  But having said that, it
 4   really depends upon how well maintained and how well
 5   taken care of the tire is.
 6        Q.   Just by age alone, I'm not talking about
 7   the maintenance issue or impact or anything that
 8   happened to the tire, just by age alone is there a
 9   problem with a 21-year-old tire if it's in perfect
10   condition?
11        A.   You can't -- well, if it's in perfect
12   condition, no.  If it's been properly maintained,
13   properly taken care of, realistically there isn't
14   any real serious issue with it.
15        Q.   All right.  So the mere fact that this
16   tire was 21 years old, and I'm not talking about any
17   of the other issues you have in your report, you
18   don't fault somebody for having a 21-year-old tire
19   in their vehicle?
20        A.   Well, I do if they don't know what the
21   history is, what the maintenance is, really know
22   what -- you know, how well that tire's been taken
23   care of, and then I definitely do.  So we're talking
24   theoretical versus realistic.
25                  Realistically, yeah, you wouldn't
```

1   want to see a 21-year tire on a vehicle unless
2   someone has an extremely good understanding and
3   knowledge that that thing has been, like you quoted,
4   perfectly maintained, perfectly taken care of.
5        Q.   But let's assume there was a tire that's
6   perfectly maintained, perfectly taken care of, you
7   would have no problem with that?
8        A.   It's getting -- well, first of all, it's
9   getting out there into a really unusual situation.
10  There are really not that many tires out there.  But
11  having said that, yeah, tires like everything else,
12  everything ages, everything changes over time, but
13  tires age very gracefully and very slowly as long as
14  they're properly maintained and properly taken care
15  of.
16       Q.   Do you know what type of warnings were
17  placed upon this tire by Goodyear about age?  What
18  did it say on the side of the tire, like you need to
19  take these things off at ten years or 20 years or 25
20  years, what did it say about that?
21       A.   Goodyear -- on the sidewall of the tire
22  you are saying?
23       Q.   Yes.
24       A.   Goodyears are similar to all other tire
25  manufacturers.  You will not -- there is no age

```
 1   I'm also looking directly in the failure area, you
 2   know, is there anything dramatically different or
 3   obvious in the failure area that could account for
 4   these two areas of separation directly across from
 5   each other.  And is there anything different in that
 6   area that's -- compared to anywhere else around the
 7   tire that would be problematic in what was going on.
 8   And the answer is, you know, I did not see anything.
 9        Q.   Did you find any punctures or repairs or
10   anything along those lines in this tire?
11        A.   I did not, no.
12        Q.   So you claim there was over deflection,
13   either over loading or under inflection, true?
14        A.   Or a combination of both.
15        Q.   Or a combination of both.  If it was under
16   inflation how did the air leak from this tire?
17   Where was the leak?
18        A.   It doesn't have to be a puncture, it can
19   be as simple as inflation maintenance, someone not
20   checking the inflation pressure at all.  You know,
21   we've got as I said, we all know that we got a tire
22   that's 21-years old and we don't know where it's
23   been in service, and who's been taking care of it,
24   and when's the last period of time that the
25   inflation pressure was ever checked, that's the
```

1   first thing.
2              The second thing is the inflation
3   pressure in a tire, it's not just a tire, it's a
4   tire wheel assembly.  And it's actually a tire wheel
5   valve assembly.  We don't know what other wheels
6   that this tire may have been on, what the condition
7   of those wheels may have been, how corroded they may
8   have been.
9              It may have allowed for leakage
10  between the tire and the wheel.  We don't know the
11  previous valves that were and what the condition of
12  the valves that this tire has been on.  So we're
13  really dealing with -- all I can really offer to you
14  is that, again, in the 21-year history of the tire
15  there has been some over deflection.
16       Q.   Well, you also said some over deflection
17  occurred in the last 9,000-miles.
18       A.   Well, polished flanges indicate to me that
19  there is a good chance that some of it may have
20  occurred during this last portion of time and I'm
21  not -- there is no way, and I've said it before to
22  you, there is no way to really sort that out and as
23  a result I'm not overly critical of the last
24  10,000 miles.
25              I'm just telling you that during its

1    Q.   I understand why the subject would, why
2    shouldn't the companion?
3    A.   I think the age of the tire and the
4    unknown history of the tire.  I would offer to you
5    that if Kerney Tire as it turned out did put these
6    tires on the vehicle.
7    Q.   Right.
8    A.   Eleven months before or whatever it was, I
9    would say they should have done an inspection of the
10   tires and including even because they are used
11   tires, they should understand and recognize the
12   issue regarding tires that are getting excessively
13   old.
14              Keep in mind, we've had service life
15   recommendations out there, I know you want to say
16   Goodyear doesn't have one but the issue about
17   service life on tires and old tires has been well
18   known and well understood for a couple of decades
19   now.  We are -- this is not new information and
20   anyone that has any responsibility for looking at
21   tires should be looking at the age of the tire.
22              It doesn't take a ten-year service
23   life recommendation for you to -- once you look at
24   the DOT and recognize this as a 20-year old plus
25   tire, this set of tires and you have absolutely no

1  history of what these -- where these tires have
2  been, that any reasonable, prudent tire professional
3  even without the ten-year service life
4  recommendation would have said, these are not
5  worthwhile putting or made Dandy Concrete aware of
6  the situation.  So I am critical that these four
7  tires were put into service.
8       Q.   What would Kerney have solved when they
9  are putting them on, on the inside of the tire?  You
10 don't see anything now on the inside of the tire, do
11 you?
12      A.   No, no, you don't see anything on the
13 inside.  But it's the unknown nature of tires being
14 20 years old, that any tire professional, anybody
15 who is really doing a good job would say this is not
16 a good situation.
17      Q.   But doesn't everybody that buys a used
18 car, don't they not know the service history of
19 those tires?  They could be five years old, eight
20 years.  You don't know the service history of any
21 ties that you buy on a used car, do you?
22      A.   You have to look at them.  I agree.  If
23 you have a set of tires on a used car that you buy
24 that are 20 years old, the light bulb should go off
25 and the person selling the vehicle should be not be

```
 1   selling the vehicle with tires that are that old.
 2        Q.   What would these tires show from the
 3   outside if I looked at them?
 4        A.   Show the DOT date.
 5        Q.   But you just told me there's nothing wrong
 6   with a 20-year old tire, just in and of itself.
 7   Okay, it's 20-years old but Joe Grant said that's
 8   not a problem?
 9        A.   This is unreasonable.  I think any average
10   person would say this is unreasonably old, and
11   especially a tire professional would think this is
12   unreasonably old from the standpoint of not knowing
13   what the service --
14        Q.   But this age had nothing to do with this
15   separation?
16        A.   No, it didn't.
17        Q.   Okay.  Then so what, so what, I have an
18   old tire on there, it had nothing to do with it.  So
19   what, right?
20        A.   No, no.  I disagree from that standpoint.
21   No, it was an opportunity to get these tires out of
22   service.
23        Q.   You are kind of -- and I don't mean this
24   disrespectful, Joe, but you're kind of talking out
25   of both sides of your mouth, you say you should get
```

1          CERTIFICATE OF REPORTER

2

3       I, Solange Ruiz-Uribe, Notary Public for the State

4  of North Carolina at Large, do hereby certify that the

5  foregoing transcript is a true, accurate, and complete

6  record.

7       I further certify that I am neither related to nor

8  counsel for any party to the cause pending or interested

9  in the events thereof.

10      Witness my hand, I have hereunto affixed my

11  official seal this 31st day of May, 2019 at Charlotte,

12  Mecklenburg County, North Carolina.

13

14

15

16

17

18

19

20

21

22

23      _____

24      Solange Ruiz-Uribe
        My Commission expires
25      March 7, 2022