IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

    Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

    Defendant(s).

## INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND REFERENCE TO ADJUSTMENT DATA

Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Goodyear's Motion in Limine to Exclude all Evidence and Reference to Adjustment Data.

| Exhibit | Description |
|---|---|
| 1 | Deposition excerpt of Richard Olsen's deposition taken *Arredondo v. Goodyear & Rubber Company* **Filed under seal** |
| 2 | Deposition excerpt of Ray Young's deposition taken *Arredondo v. Goodyear & Rubber Company* **Filed under seal** |
| 3 | Goodyear Adjustment Data GY_Susman 20842 **Filed under seal** |
| 4 | Order entered in *Garcia v. Kelly-Springfield Tire Company* |
| 5 | Deposition excerpts of Beale Robinson's deposition taken in *Garcia v. Kelly-Springfield Tire Company* **Filed under seal** |
| 6 | Declaration of Joseph Aull **Filed under seal** |
| 7 | Crown Area Improvements in LR E MPV Tires GY_Susman 26475-26482 **Filed under seal** |
| 8 | Meeting on LT-Metric 'Tread-Throw' Field Problems (09/19-21/95) GY_Susman 26899-26902 **Filed under seal** |
| 9 | North America Tire Crown Integrity Update GY_Susman 26655-26672 **Filed under seal** |

Dated: February 11, 2020

    Respectfully submitted,

    **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

1

By: _____
Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

2

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

      I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*