IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

        Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

        Defendant(s).

_____

**INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO NHTSA'S EVALUATION INTO GOODYEAR'S LOAD RANGE E TIRES AND GOODYEAR'S RESULTING VOLUNTARY REPLACEMENT PROGRAM**

    Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Defendant's Motion in Limine to Exclude Evidence Relating to NHTSA's Evaluation into Goodyear's Load Range E Tires and Goodyear's Resulting Voluntary Replacement Program.

| Exhibit | Description |
|---|---|
| 1 | ODI Screen Resume – GY-Susman 00010 |
| 2 | ODI Resume – GY-Susman 01366-01368 |
| 3 | Goodyear Statement on NHTSA Preliminary Investigation GY-Susman_34075-34076 **Filed under seal** |
| 4 | January 28, 2002 letter to Kenneth Weinstein GY-Susman 32013-32039 **Filed under seal** |
| 5 | NHTSA Load Range E Issues GY-Susman 27368-27441 **Filed under seal** |
| 6 | Order entered in *Garcia v. Kelly-Springfield Tire Company* |

Dated: February 11, 2020

        Respectfully submitted,

        **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

1

By: _____
Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

2

CERTIFICATE OF SERVICE (CM/ECF)

   I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*