IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

         Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

         Defendant(s).

## INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION IN LIMINE SEEKING EXCLUSION OF ALL TESTIMONY, EVIDENCE OR <u>COMMENT ON ANY OTHER TIRE</u>

    Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Goodyear's Motion in Limine Seeking Exclusion of All Testimony, Evidence or Comment on Any Other Tire.

| Exhibit | Description |
|---|---|
| 1 | David Southwell's expert report **Filed under seal** |
| 2 | Deposition excerpts from Richard Olsen's deposition taken in *Arredondo v. Goodyear Tire & Rubber Company, et al.* **Filed under seal** |
| 3 | Meeting on LT-Metric 'Tread-Throw' Field Problems GY-Susman_26899-26902 **Filed under seal** |
| 4 | RLT Crown Integrity GY-Susman-22763-22776 **Filed under seal** |
| 5 | RLT LRE Tread Throw Investigations GY-Susman 21212-21213 **Filed under seal** |
| 6 | RLT Adjustment Data Need GY-Susman-22950-22951 **Filed under seal** |
| 7 | Radial Light Truck – Gadsden GY-Susman-25961 **Filed under seal** |
| 8 | RLT LRE Crown Integrity Improvement: Team Trip; Fayetteville/Gadsden GY-Susman-21438-21451 **Filed under seal** |
| 9 | RLT LRE Crown Integrity GY-Susman 26631-26654 **Filed under seal** |
| 10 | North America Tire Crown Integrity Update GY-Susman-26655-26672 **Filed under seal** |
| 11 | Deposition excerpts from Ray Young's deposition taken in the *Arredondo, et al. v. Goodyear Tire & Rubber Co., et al* **Filed under seal** |
| 12 | Order entered in *Garcia v. Goodyear Tire & Rubber Company* |
| 13 | Order entered in *Logan v. Cooper Tire & Rubber Company* |

| 14 | Order entered in *Logan v. Cooper Tire & Rubber Company* |

Dated: February 11, 2020

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: /s/ Kyle Farrar

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice*)
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*