# EXHIBIT 12



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMA GARCIA, as Guardian
of Jorge Lizandro
Garcia, an incompetent
person,

        Plaintiff,

v.                    CASE NO. 8:99-CV-1611-T-17TGW

KELLY-SPRINGFIELD
TIRE COMPANY, a foreign
corporation, and THE GOODYEAR
TIRE & RUBBER COMPANY,
a foreign corporation,

        Defendants.
_____/

## ORDER

This cause is before the Court on:

Dkt. 443  Motion in Limine to Exclude All Reference
           To Other Models of Tires Manufactured by
           Kelly-Springfield Tire Company, Goodyear
           Tire & Rubber Company, or Other Tire
           Manufacturers
Dkt. S-37 Response

Defendants move for an order precluding Plaintiffs, their attorneys and all witnesses from referring to, commenting on, or otherwise attempting to introduce at trial, any and all evidence pertaining to the testimony of other models and sizes of tires manufactured by Goodyear or other tire manufacturers. Defendant argues that such evidence will create jury confusion, and create the risk that a juror will find fault with Defendants because of allegations regarding other tire designs by other parties. Defendants also contend that evidence and testimony regarding other tire designs will lengthen the trial and waste time.

487

Case No. 8:99-CV-1611-T-17TGW

Defendants argues that the focus of this trial is a Power King LT 235/85 R 16 steel belted radial tire with DOT serial number PJ0RAPLV224, and the specifications of this tire provides the proper scope of evidence in support of Plaintiff's claims. Defendant argues that evidence of claims, lawsuits and investigations of other produces will produce hopeless jury confusion. Defendant further argues that evidence of other tire models is not admissible unless the design and manufacture of those models is the same as, or substantially similar to, the model at issue.

Plaintiff responds that the subject tire is identical to, or at least substantially similar to other radial light truck tires manufactured under other brand names, based on expert testimony. Defendant Goodyear investigated the tread throw problem with Load Range E tires, and included tires that were identical or substantially similar to that tire, which failed in the same manner and exhibited the same failure mechanism as the tire in this case.

After consideration, the Court concludes that evidence of other tires is admissible if the design and manufacture of those models is substantially similar to the model at issue. Accordingly, it is

2

Case No. 8:99-CV-1611-T-17TGW

**ORDERED** that the Motion in Limine (Dkt. 443) is **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 27th day of February, 2004.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

FILE COPY

Date Printed: 03/01/2004

Notice sent to:

   \_\_\_   A. Broaddus Livingston, Esq.
          Carlton Fields, P.A.
          P.O. Box 3239
          Tampa, FL  33601-3239

          8:99-cv-01611    bls

   \_\_\_   Michael McAllister, Esq.
          McAllister & Abromovitz
          340 E. Palm Lane Suite A-144
          Phoenix, AZ  85004

          8:99-cv-01611    bls

   \_\_\_   John C. Seipp Jr., Esq.
          Seipp, Flick & Kissane, P.A.
          Two Alhambra Plaza, Suite 800
          Miami, FL  33134-5214

          8:99-cv-01611    bls

   \_\_\_   Joseph W. Bonie, Esq.
          Law Office of Joseph W. Bonie
          537 Black Lion Dr. N.E.
          St. Petersburg, FL  33716

          8:99-cv-01611    bls

   \_\_\_   Timothy M. Cerio, Esq.
          GrayRobinson, P.A.
          201 N. Franklin St., Suite 2200
          P.O. Box 3324
          Tampa, FL  33601-3324

          8:99-cv-01611    bls

   \_\_\_   Michael J. Meksraitis, Esq.
          Michael J. Meksraitis, Chartered
          4202 W. El Prado Blvd.
          Tampa, FL  33629

          8:99-cv-01611    bls

   \_\_\_   Joseph J. Reiter, Esq.
          Lytal, Reiter, Clark, Fountain & Williams, LLP
          515 N. Flagler Dr., Suite 1000
          P.O. Box 4056
          West Palm Beach, FL  33402-4056

          8:99-cv-01611    bls

___ Lance C. Ivey, Esq.
    Lytal, Reiter, Clark, Fountain & Williams, LLP
    515 N. Flagler Dr., Suite 1000
    P.O. Box 4056
    West Palm Beach, FL  33402-4056

    8:99-cv-01611    bls

___ Hampton Keen, Esq.
    Lytal, Reiter, Clark, Fountain & Williams, LLP
    515 N. Flagler Dr., Suite 1000
    P.O. Box 4056
    West Palm Beach, FL  33402-4056

    8:99-cv-01611    bls

___ Donald R. Fountain Jr., Esq.
    Lytal, Reiter, Clark, Fountain & Williams, LLP
    515 N. Flagler Dr., Suite 1000
    P.O. Box 4056
    West Palm Beach, FL  33402-4056

    8:99-cv-01611    bls