IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

        Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

        Defendant(s).

_____

**INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE SEEKING EXCLUSION OF ALL REFERENCES TO ANY SORT OF "PRIVATE" RECALL OF TIRES OR OTHER EVIDENCE REGARDING AN <u>ALLEGED POST-SALE DUTY TO RECALL</u>**

Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Goodyear's Motion in Limine Seeking Exclusion of all References to Any Sort of "Private" Recall of Tires or Other Evidence Regarding an Alleged Post-Sale Duty to Recall.

| Exhibit | Description |
|---|---|
| 1 | Meeting on LT-Metric 'Tread-Throw' Field Problems – GY-Susman 26899-26902 **Filed under seal** |
| 2 | Tread/Top Belt 'Throws' – GY-Susman 31648-31657 **Filed under seal** |
| 3 | RLT Crown Integrity GY-Susman_22763-22776 **Filed under seal** |
| 4 | RLT LR-E Tread Throw Investigation GY-Susman 21212 **Filed under seal** |
| 5 | RLT Adjustment Data Need GY-Susman 22950-22951 **Filed under seal** |
| 6 | Radial Light Truck – Gadsden – GY-Susman-26733 **Filed under seal** |
| 7 | RLT LR E Crown Integrity Improvement, Team Trip Fayetteville/Gadsden w/o 4/27/97 GY-Susman-21438 **Filed under seal** |
| 8 | RLT LR-E Crown Integrity GY-Susman-26631-26654 **Filed under seal** |
| 9 | North America Tire Crown Integrity Update April 1999 GY-Susman 26655-26672 **Filed under seal** |
| 10 | ODI Screen Resume GY-Susman 00010 |
| 11 | ODI Resume GY-Susman 01366-01368 |
| 12 | Goodyear Statement on NHTSA Preliminary Investigation GY-Susman 34075-34076 **Filed under seal** |
| 13 | January 28, 2002 letter from Kenneth Weinstein GY-Susman 32013-32039 **Filed under seal** |

1

| 14 | Deposition excerpts from Beale Robinson's deposition taken in *Dow v. Goodyear Tire & Rubber Company* **Filed under seal** |

Dated: February 11, 2020

          Respectfully submitted,

          **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____

          Kyle Wayne Farrar *(Pro Hac Vice)*
          Wesley Todd Ball (*Pro Hac Vice)*
          Kaster, Lynch, Farrar & Ball, LLP
          Texas Bar No. 24038754
          1117 Herkimer Street
          Houston, TX 77008
          (713) 221-8300 (Telephone)
          (713) 221-8301 (Facsimile)
          kyle@fbtrial.com
          wes@fbtrial.com
          *and*

          Paul Godlewski *(Pro Hac Vice)*
          SCHEWEBEL, GOETZ & SIEBEN, P.A.
          5120 IDS Center
          80 S. 8th Street, #5120
          Minneapolis, Minnesota 55402
          612.377.7777
          612.333.6311 (Fax)
          pgodlewski@schwebel.com

          and

          Michael F. Coyle
          Fraser Stryker Law Firm
          409 South 17th Street
          Suite 500, Energy Plaza
          Omaha, NE 68102
          mcoyle@fraserstryker.com

          ***Attorneys for Plaintiffs***

CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*