IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both                          CASE NO. 8:18CV127
individually and as Legal Guardian of
Shane Allen Loveland; and JACOB
SUMMERS
                    Plaintiff(s),


                    v.

THE GOODYEAR TIRE & RUBBER
COMPANY
                    Defendant(s).
_____

**DECLARATION OF KYLE WAYNE FARRAR IN SUPPORT PLAINTIFFS' BRIEF IN
OPPOSITION TO DEFENDANT'S MOTION IN LIMINE SEEKING EXCLUSION OF
ALL REFERENCES TO ANY SORT OF "PRIVATE" RECALL OF TIRES OR OTHER
EVIDENCE REGARDING AN ALLEGED POST-SALE DUTY TO RECALL**

I, Kyle Wayne Farrar, declare as follows:

My name is Kyle Wayne Farrar. I understand the nature of this oath, and I am competent
to testify to the matters stated in this Declaration. This testimony is based on my own personal
knowledge, and the facts state herein are true and correct.

True and accurate copies of each of the documents identified as Exhibits in Plaintiffs'
Brief in Opposition to Goodyear's Motion in Limine Seeking Exclusion of all References to Any
Sort of "Private" Recall of Tires or Other Evidence Regarding an Alleged Post-Sale Duty to
Recall are attached to the Index in Support of Plaintiffs' Brief in Opposition to Goodyear's
Motion in Limine Seeking Exclusion of all References to Any Sort of "Private" Recall of Tires
or Other Evidence Regarding an Alleged Post-Sale Duty to Recall.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this February 11, 2020 in Houston, Texas.

By:_____

Kyle Wayne Farrar