# EXHIBIT 10



# ODI SCREEN RESUME

IDENTIFICATION: IE00-085  
SUBJECT: Alleged Tire Failure  
PROMPTED BY: ODI Complaints and Manufacturer Reports  
INVESTIGATORS: Peter C. Ong/Steve Beretsky/Jason Meyers  

DATE OPENED: 16-Nov-2000

MANUFACTURER: The Goodyear Tire & Rubber Company  
MODEL: Load Range E Rated Light Truck Tires Under Multiple Tire Lines  
MODEL YEAR(S): 1991-99  
TIRE POPULATION: 21,570,000 Tires  

PROBLEM DESCRIPTION: Sudden catastrophic failure of the tire while driving can lead to loss of vehicle control causing crashes, injuries or fatalities.

## FAILURE REPORT SUMMARY

|  | ODI* | MANUFACTURER** | TOTAL |
|---|---|---|---|
| COMPLAINTS: | 7 | 30 | 37 |
| # CRASHES: | 1 | 30 | 31 |
| # INJURIES: | 4 | 125 | 129 |
| # FATALITIES: | 0 | 15 | 15 |
| OTHERS: | 32*** | - | 32 |

* ODI complaints include 1 litigation report provided by a law firm  
** Manufacturer complaint and litigation reports on crashes involving injuries or fatalities.  
*** Other ODI complaints listing similar model and size tires but the load range E rating have not been confirmed.

DESCRIPTION OF SYMPTOM (S): Tire blowout or tread separation failure while the vehicle is moving

ACTION: Recommending opening a safety defect investigation.

INVESTIGATOR: *Peter C. Ong*   DIVISION CHIEF: *[signature]*  
DATE: 11/16/2000            DATE: 11/16/00

SUMMARY: ODI has received 37 complaints from consumers, law firm and Goodyear concerning alleged tire failure on the load range E rated light truck tires sold under Goodyear and Kelly Springfield. The types of tire failures included tire blowout and tread separation failures. These types of failures can cause the loss of vehicle control leading to crashes, injuries or fatalities.



3