IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

        Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

        Defendant(s).

_____

# INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION IN LIMINE TO PROHIBIT DAVID SOUTHWELL FROM OPINING ON THE TRUTHFULNESS OF WITNESSES AND PARTIES

Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Goodyear's Motion in Limine to Prohibit David Southwell from Opining on Truthfulness of Witnesses and Parties

| Exhibit | Description |
|---|---|
| 1 | Tread/Top Belt 'Throws' – GY-Susman 31648-31657 **Filed under seal** |
| 2 | Radial Light Truck – Gadsden – GY-Susman-26733 **Filed under seal** |
| 3 | RLT LR E Crown Integrity Improvement, Team Trip Fayetteville/Gadsden w/o 4/27/97 GY-Susman-21438 **Filed under seal** |
| 4 | ODI Screen Resume GY-Susman 00010 |
| 5 | ODI Resume GY-Susman 01366-01368 |
| 6 | Goodyear Statement on NHTSA Preliminary Investigation GY-Susman 34075-34076 **Filed under seal** |
| 7 | January 28, 2002 letter from Kenneth Weinstein GY-Susman 32013-32039 **Filed under seal** |

Dated: February 11, 2020

        Respectfully submitted,

        **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

        By: _[signature]_

1

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice*)
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*