IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | CASE NO. 8:18CV127 |
|---|---|
| Plaintiff(s), | |
| | |
| THE GOODYEAR TIRE & RUBBER COMPANY | |
| Defendant(s). | |

**INDEX OF EXHIBITS TO PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND REFERENCE TO BRIDGESTONE/FIRESTONE TIRE RECALLS AND INCIDENTS**

Plaintiffs' hereby submits their Index of Exhibits in Support of their Brief in Opposition to Goodyear's Motion in Limine to exclude all evidence and reference to the Bridgestone / Firestone recalls and incidents.

| Exhibit | Description |
|---|---|
| 1 | Order entered in *Garcia v. Goodyear Tire & Rubber Company* |

Dated: February 11, 2020

        Respectfully submitted,

        **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____
        Kyle Wayne Farrar *(Pro Hac Vice)*
        Wesley Todd Ball *(Pro Hac Vice)*
        Kaster, Lynch, Farrar & Ball, LLP
        Texas Bar No. 24038754
        1117 Herkimer Street
        Houston, TX 77008
        (713) 221-8300 (Telephone)
        (713) 221-8301 (Facsimile)
        kyle@fbtrial.com

wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

***Attorneys for Plaintiffs***

2

CERTIFICATE OF SERVICE (CM/ECF)

   I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*