# EXHIBIT 1

Case 8:18-cv-00127-JSC-SMR Doc # 219-2 Filed 02/11/20 Page 2 of 5 PageID #4574

Case 8:99-cv-01611-EAK Document 469 Filed 02/10/04 Page 1 of 4 PageID 5609

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

04 FEB 10 PM 1:52

NORMA GARCIA, as Guardian
of Jorge Lizandro
Garcia, an incompetent
person,

    Plaintiff,

v.                    CASE NO. 8:99-CV-1611-T-17TGW

KELLY-SPRINGFIELD
TIRE COMPANY, a foreign
corporation, and THE GOODYEAR
TIRE & RUBBER COMPANY,
a foreign corporation,

    Defendants.
_____/

ORDER

This cause is before the Court on:

Dkt. 422  Motion in Limine to Exclude Evidence of or
         Reference to Bridgestone/Firestone Controversy
Dkt. 432  Response

Defendants move for the exclusion from evidence at trial any evidence of or reference to the Ford-Bridgestone/Firestone controversy.

The "Ford-Bridgestone/Firestone" controversy refers to newspaper reports of rollover accidents involving Ford Explorers in the 1990's. Ford blamed those accidents on the Bridgestone/Firestone tires that were standard equipment on the Ford Explorer. Bridgestone/Firestone blamed the accidents on the Ford Explorer's allegedly unstable design. Bridgestone/Firestone recalled 6.5 million tires, and Ford stopped using Bridgestone/Firestone tires. Many lawsuits were filed against Ford and/or Bridgestone/Firestone relating to the accidents.

Case No. 8:99-CV-1611-T-17TGW

The present case involves allegations that a Load Range E light truck tire manufactured by Goodyear in May, 1994 was defective. Defendant argues that the Ford-Bridgestone/Firestone has no tendency to prove any fact at issue in this case, and, due to the sensational nature of the controversy, evidence or comment would confuse and mislead the jury.

Plaintiff opposes the Motion in Limine, and lists nine separate instances where evidence of, or reference to, the Bridgestone controversy might be appropriate (Dkt. 432, pp. 2-3). Plaintiff argues that it is premature for the Court to grant the complete exclusion of any reference to the Bridgestone/Firestone matter. Plaintiff states it does not intend to use the Bridgestone/Firestone controversy to argue that the Goodyear tire in this case was defective.

After consideration, the Court concludes it is premature to completely exclude any reference to the Bridgestone/Firestone controversy. Defendant will have the opportunity to make objections at trial. Accordingly, it is

**ORDERED** that the Motion in Limine (Dkt. 422) is **denied**. **DONE and ORDERED** in Chambers, in Tampa, Florida on this 10th day of February, 2004.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2

F I L E   C O P Y

Date Printed: 02/10/2004

Notice sent to:

    ___  A. Broaddus Livingston, Esq.
         Carlton Fields, P.A.
         P.O. Box 3239
         Tampa, FL  33601-3239

         8:99-cv-01611    jab

    ___  Michael McAllister, Esq.
         McAllister & Abromovitz
         340 E. Palm Lane Suite A-144
         Phoenix, AZ  85004

         8:99-cv-01611    jab

    ___  John C. Seipp Jr., Esq.
         Seipp, Flick & Kissane, P.A.
         Two Alhambra Plaza, Suite 800
         Miami, FL  33134-5214

         8:99-cv-01611    jab

    ___  Joseph W. Bonie, Esq.
         Law Office of Joseph W. Bonie
         537 Black Lion Dr. N.E.
         St. Petersburg, FL  33716

         8:99-cv-01611    jab

    ___  Timothy M. Cerio, Esq.
         GrayRobinson, P.A.
         201 N. Franklin St., Suite 2200
         P.O. Box 3324
         Tampa, FL  33601-3324

         8:99-cv-01611    jab

    ___  Michael J. Meksraitis, Esq.
         Michael J. Meksraitis, Chartered
         4202 W. El Prado Blvd.
         Tampa, FL  33629

         8:99-cv-01611    jab

    ___  Joseph J. Reiter, Esq.
         Lytal, Reiter, Clark, Fountain & Williams, LLP
         515 N. Flagler Dr., Suite 1000
         P.O. Box 4056
         West Palm Beach, FL  33402-4056

         8:99-cv-01611    jab

\_\_\_    Lance C. Ivey, Esq.
       Lytal, Reiter, Clark, Fountain & Williams, LLP
       515 N. Flagler Dr., Suite 1000
       P.O. Box 4056
       West Palm Beach, FL  33402-4056

       8:99-cv-01611    jab

\_\_\_    Hampton Keen, Esq.
       Lytal, Reiter, Clark, Fountain & Williams, LLP
       515 N. Flagler Dr., Suite 1000
       P.O. Box 4056
       West Palm Beach, FL  33402-4056

       8:99-cv-01611    jab

\_\_\_    Donald R. Fountain Jr., Esq.
       Lytal, Reiter, Clark, Fountain & Williams, LLP
       515 N. Flagler Dr., Suite 1000
       P.O. Box 4056
       West Palm Beach, FL  33402-4056

       8:99-cv-01611    jab