IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br>              Plaintiff(s), | CASE NO. 8:18CV127 |
| v.<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>              Defendant(s). | |

**PLAINTIFFS' RESPONSE TO GOODYEAR'S MOTION IN LIMINE TO PROHIBIT USE OF DISCOVERY IN OTHER LITIGATION**

Plaintiffs submit this Response to Goodyear's Motion in Limine to prohibit use of discovery in other litigation.

**I.**

Plaintiffs do not intend to offer any discovery materials or depositions from other litigation which has not been specifically disclosed in this case. If it became necessary for some reason to offer materials or testimony which had not been disclosed in this case, Plaintiffs would approach the bench.

**II.**

The parties reached agreement regarding the use of certain depositions taken in prior Goodyear lawsuits. Plaintiff does not object to Goodyear's proposal to redact the case name from the transcripts.

Respectfully Submitted,

KASTER, LYNCH, FARRAR & BALL, L.L.P.

Dated: February 11, 2020  By _____

Kyle Wayne Farrar (Pro Hac Vice)
Texas Bar No. 24038754
Wesley Todd Ball (Pro Hac Vice)
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*