IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br>         Plaintiff(s),<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY<br>         Defendant(s). | CASE NO. 8:18CV127 |

_____

**PLAINTIFFS' RESPONSE TO GOODYEAR'S MOTION IN LIMINE REGARDING IMMATERIAL PLANT PRACTICES**

Plaintiffs submit this Response to Goodyear's Motion in Limine Regarding Immaterial Plant Practices. Plaintiffs agree they will not offer any evidence or make any comment regarding immaterial and irrelevant plant practices at the Gadsden, Alabama Goodyear facility. Any testimony offered about plant practices at the Gadsden plant will be relevant to the opinions of Plaintiffs' expert. Should Plaintiffs' counsel need to inquire about plant practices unrelated to their expert's opinions, they will approach the bench.

         Respectfully Submitted,

         KASTER, LYNCH, FARRAR & BALL, L.L.P.

Dated: February 11, 2020        By_____
         Kyle Wayne Farrar (Pro Hac Vice)
         Texas Bar No. 24038754
         Wesley Todd Ball (Pro Hac Vice)
         1117 Herkimer Street
         Houston, TX 77008
         (713) 221-8300 (Telephone)
         (713) 221-8301 (Facsimile)

Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*