IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br>　　　　Plaintiff(s),<br><br>　　v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY<br>　　　　Defendant(s). | CASE NO. 8:18CV127 |

**PLAINTIFFS' RESPONSE TO GOODYEAR'S MOTION IN LIMINE SEEKING TO LIMIT PLAINTIFFS' EXPERTS' OPINIONS AND TESTIMONY TO THE SUBJECTS AND OPINIONS DISCLOSED IN THEIR REPORTS AND DEPOSITIONS**

Plaintiffs submit this response to Goodyear's Motion in Limine seeking to limit Plaintiffs' Experts to their opinions and testimony disclosed in their reports and depositions. Plaintiffs agree that any witnesses seeking to offer expert testimony should be limited to subject matters which were disclosed in either their Rule 26 report or their deposition.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　KASTER, LYNCH, FARRAR & BALL, L.L.P.

Dated: February 11, 2020　　By _____
　　　　　　　　　　　　　　　Kyle Wayne Farrar (Pro Hac Vice)
　　　　　　　　　　　　　　　Texas Bar No. 24038754
　　　　　　　　　　　　　　　Wesley Todd Ball (Pro Hac Vice)
　　　　　　　　　　　　　　　1117 Herkimer Street
　　　　　　　　　　　　　　　Houston, TX 77008
　　　　　　　　　　　　　　　(713) 221-8300 (Telephone)
　　　　　　　　　　　　　　　(713) 221-8301 (Facsimile)
　　　　　　　　　　　　　　　Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

2

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*