**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

RYSTA LEONA SUSMAN, both   )
individually and as Legal Guardian of  )
SHANE ALLEN LOVELAND, et al.,  )
            )
  Plaintiffs,      )
            )  Case No. 8:18-cv-00127
v.           )
            )
THE GOODYEAR TIRE & RUBBER  )
COMPANY,       )
            )
  Defendant.     )

**GOODYEAR'S SUPPLEMENTAL BRIEF IN SUPPORT OF
MOTION IN LIMINE TO EXCLUDE EVIDENCE PURSUANT TO THE
SELF CRITICAL ANALYSIS PRIVILEGE**

   The Goodyear Tire & Rubber Company ("Goodyear"), by and through undersigned counsel,

hereby submits its Supplemental Brief in Support of Motion in Limine to Exclude Evidence

Pursuant to the Self Critical Analysis Privilege.  In support, Goodyear states as follows:

   1.  The elements of the self-critical analysis privilege under Ohio law are:

> [F]irst, the information must result from a critical self-analysis
> undertaken by the party seeking protection; second, the public must
> have a strong interest in preserving the free flow of the type of
> information sought; finally, the information must be of the type
> whose flow would be curtailed if discovery were allowed.

*State, ex rel. Celebrezze, v. CECOS Internatl., Inc.*, 583 N.E.2d 1118, 1120 (Ct. App. Ohio 1990).

   2.  By way of supplement, Goodyear presents one excerpt from a deposition given by

Beale Robinson, a Goodyear employee, in the case of *Garcia v. Kelly-Springfield, et.al.*, Case No.

99-1611-CIV-T-17B (M.D. Fla.) on December 5, 2001.

   3.  Mr. Robinson's testimony is that that the "Tread Throw Investigation", which is the

subject of Goodyear's Motion in Limine to Exclude Evidence Pursuant to the Self Critical Analysis

1839000

Privilege, was undertaken by Goodyear as a "self-critical examination within the company" performed "for the purposes of quality control."  (Robinson Depo. at 361:9-15, attached as Exhibit A.)

4.     Whether Goodyear's "Tread Throw Investigation" was an internal analysis voluntarily performed by Goodyear for the purposes of evaluating quality control should not be in dispute given that Plaintiffs' tire expert, David Southwell, agrees with that characterization in his expert report.  (ECF No. 171 at p. 9.)  Nonetheless, Goodyear submits this additional testimony for the record and in support of the first element of the self-critical analysis privilege noted above.

WHEREFORE, for each of the foregoing reasons and those previously stated, Goodyear respectfully requests that the Court grant the Motion in Limine to Exclude Evidence Pursuant to the Self Critical Analysis Privilege.

1839000

GREENSFELDER, HEMKER & GALE, P.C.


By:  ___/s/ Edward S. Bott, Jr._____
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with NECivR 7.1(d)(3) and further certify that the word count function was applied to include all text, including the caption, headings, footnotes, and quotations.  This document was prepared using Microsoft Word 2010 and contains 602 words.

/s/ Edward S. Bott, Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 12th day of February, 2020.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

/s/ Edward S. Bott, Jr.

1839000