IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 8:18-cv-00127 |

## INDEX IN SUPPORT OF
## THE GOODYEAR TIRE & RUBBER COMPANY'S
## SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION IN *LIMINE*
## TO EXCLUDE EVIDENCE PURSUANT TO THE
## SELF CRITICAL ANALYSIS PRIVILEGE

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Supplemental Brief in Support of Motion in *Limine* to

Exclude Evidence Pursuant to the Self Critical Analysis Privilege.

| *Exhibit* | *Description* |
|---|---|
| A | Beale Robinson's December 5, 2001, deposition in the *Garcia* matter, selected portion, page 361 (GY_Susman_15178 to 15179) |
| B | Declaration of Edward S. Bott, Jr. in Support of The Goodyear Tire & Rubber Company's Brief in Support of Its Motion in *Limine* to Exclude Evidence Pursuant to the Self Critical Analysis Privilege |

1

1838991

Dated: February 12, 2020

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

3

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 12th day of February, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                        /s/ Edward S. Bott, Jr.

1838991