## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Case No. 8:18-cv-00127 |
| v. | ) ) |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) |
| Defendant. | ) ) |

## THE GOODYEAR TIRE & RUBBER COMPANY'S
## SECOND AMENDED TRIAL EXHIBIT LIST

**Trial Date(s):** March 17, 2020, 10 days

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1000. | Tire at issue, right rear | | | | | |
| | 1001. | Wheel at issue, right rear | | | | | |
| | 1002. | Companion tire, left front | | | | | |
| | 1003. | Companion tire, right front | | | | | |
| | 1004. | Companion tire, left rear | | | | | |
| | 1005. | Goodyear Gadsden Tire Specifications, Light Truck-Radial-Light Duty, Size LT235/85R16 (GY_Susman_28966-28971 ) | | | | | |
| | 1006. | Goodyear Gadsden Tire Specifications, Light Truck-Radial-Light Duty, Size LT235/85R16 (GY_Susman_28939-28965; GY_Susman_28972-29010) | | | | | |
| | 1007. | LT235/85R16 Wrangler HT design drawings (GY_Susman_36466-36473) | | | | | |
| | 1008. | Goodyear Global Master Specifications (GY_Susman_36300-36465) | | | | | |
| | 1009. | Component Parts Animation (LT 235/85R16 Wrangler HT) | | | | | |
| | 1010. | Tire Building Animation (LT 235/85R16 Wrangler HT) | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1011. | Impact Separation Animation | | | | | |
| | 1012. | Over-deflection Animation | | | | | |
| | 1013. | Enhanced image of localized separation in tire at issue demonstrating polishing and adhesion | | | | | |
| | 1014. | Nebraska State Patrol Incident Report and Call History dated May 1, 2015 | | | | | |
| | 1015. | State of Nebraska Investigator Motor Vehicle Accident Report, Case No. C15-07916, Date of Accident:  May 1, 2015 | | | | | |
| | 1016. | State of Nebraska Investigator Motor Vehicle Accident Report Overlays 1 and 2 | | | | | |
| | 1017. | Nebraska State Patrol scene photographs (GY-NESP 0001-0062) | | | | | |
| | 1018. | Report:  Joseph Grant, dated May 9, 2019 | | | | | |
| | 1019. | Curriculum Vitae: Joseph Grant | | | | | |
| | 1020. | RR Subject Tire Examination Notes | | | | | |
| | 1021. | LF Companion Tire Examination Notes | | | | | |
| | 1022. | Composite Exhibit | | | | | |
| | 1023. | 360 degree tire photograph (RR MDORNJHV244) | | | | | |
| | 1024. | 360 degree tire x-ray (RR MDORNJHV244) | | | | | |
| | 1025. | Charts: Survey: Analyses of Casings; Used Tire Survey Data Summary; Used Tire Surveys | | | | | |
| | 1026. | X-rays, Individual, all tires | | | | | |
| | 1027. | X-rays, Southwell, all tires | | | | | |
| | 1028. | Companion tire photographs | | | | | |
| | 1029. | Subject tire photographs | | | | | |
| | 1030. | Shearography of companion tires | | | | | |
| | 1031. | Tire Industry Association *Passenger & Light Truck Tire Conditions Manual,* 2005 | | | | | |
| | 1032. | The Pneumatic Tire, edited by A. N. Gent and J. D. Walter, Published 2005 by the National Highway Traffic Safety Administration; Chapters 15 and 16. | | | | | |
| | 1033. | Herzlich, Harold J., "The Effect of Snaked Belt Anomalies on Tire Durability", International Tire Exhibition and Conference, 2000 | | | | | |

2

1838945

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1034. | "Impact Simulations-What happens when a tire/wheel impacts a road hazard" by Gary Bolder, John Smith, and Timothy Flood of Standards Testing Labs, 2005 | | | | | |
| | 1035. | "Structural Impact Damage Under Varying Laboratory Conditions" by Gary Bolden of STL, ITEC 2006. | | | | | |
| | 1036. | "Influence of road hazard impact on radial car tires" by Vandy Price of Michelin and Glenn Follen, Rubber & Plastics News, May 14, 2018 | | | | | |
| | 1037. | ITEC 2004, Paper 45D – "Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires" by Joseph L. Grant | | | | | |
| | 1038. | Compression Grooving as an Indicator of Over-Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, June 1997 | | | | | |
| | 1039. | Compression Grooving and Rim Flange Abrasion as Indicators of Over-Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, Smith, October 1997 | | | | | |
| | 1040. | Effects of Over-Deflection on the Tire/Rim Interface, Standards Testing Laboratories, Inc., Schnuth, Smith, Bolden, Flood, September1998 | | | | | |
| | 1041. | 2001 Northwestern Traffic Collision manual, Chapter 8 | | | | | |
| | 1042. | The Tire and Rim Association load and inflation tables, 1990 Year Book | | | | | |
| | 1043. | "The Effect of Underinflation on Tire Operating Temperature", Jenny Paige, ITEC 2012. | | | | | |
| | 1044. | ITEC 2004 - "Component Interfacial Tearing Appearances" by Gary Bolden. | | | | | |
| | 1045. | Tire Care & Safety – 2013 RMA | | | | | |
| | 1046. | "X-Ray Study of Sixty (60) Worn out Passenger & Light Truck Tires" Joseph L Grant, ITEC 2012, including x-rays | | | | | |
| | 1047. | "Belt Misalignments and Belt/Belt Tear Patterns" by Harold J. Herzlich of Herzlich Consulting, Inc. | | | | | |
| | 1048. | "Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability?", Vandy Price and Joseph Grant, ITEC 2016. | | | | | |
| | 1049. | The Tire Technology Conference, October 28-29, 1986, Clemson University, "What Makes a High Performance Tire Different Than a Regular Tire?" | | | | | |

1838945

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1050. | "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferential Cut and Distressed Tires", SAE 2007-01-0733 by D. Tandy, Granat, Durisek, K. Tandy, Baldwin & Pascarella. | | | | | |
| | 1051. | RMA Scrap Tire Project, dated December 19, 2005 | | | | | |
| | 1052. | Michelin – Passenger & Light Truck Tire Owner's Manual & Limited Warranty | | | | | |
| | 1053. | DOT HS 809 361 – "Tire Safety, Everything Rides On It", NHTSA | | | | | |
| | 1054. | RMA - Care and Service of Automobile and Light Truck Tires (9/95) | | | | | |
| | 1055. | "Tire Forensic Investigation, Analyzing Tire Failure" By Thomas R. Giapponi, SAE R-387. | | | | | |
| | 1056. | Tire Examination Following Accidents, Topic 825 of the Traffic-Accident Investigation Manual, James Gardner and J. Stannard Baker | | | | | |
| | 1057. | Impact simulations in the lab, G.C. Bolden, J.M. Smith, and T. R. Flood, STL, Tire Technology International 2001 | | | | | |
| | 1058. | Impact Demonstration Study conducted by STL, with photos – Piard, 2006 | | | | | |
| | 1059. | Impact Demonstration Study conducted by STL, with photos – Prince, 2002 | | | | | |
| | 1060. | Tire Examination after Motor Vehicle Collisions, Chapter 8, Calvin P. McClain, Jr. and Michael A. DiTallo, Northwestern University Center for Public Safety | | | | | |
| | 1061. | Traffic Crash Investigation, Lynn B. Fricke and J. Stannard Baker, Northwestern University Center for Public Safety, 11th Edition, 2014 | | | | | |
| | 1062. | 2011 RMA Care and Service of Passenger & Light Truck (LT) Tires. | | | | | |
| | 1063. | Commercial Medium Tire Debris Study, NHTSA HS 811 060, December 2008 | | | | | |
| | 1064. | Forensic Analysis in Tire Tread Separations, John W. Daws, Rubber and Plastic News, March 5, 2007 | | | | | |
| | 1065. | Care and Service of Commercial Truck and Bus Tires, U.S. Tire Manufacturers Association, 2017 | | | | | |
| | 1066. | Tire Care & Safety – 2013 RMA | | | | | |
| | 1067. | "Bead Compression Grooving: Characteristics and Influence of the Deflection" by Jean Claude Brico, ITEC, 2004 | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1068. | Tyre Damage and Its Causes, Continental 2005/2006 | | | | | |
| | 1069. | "Tire Inflation Pressure and Temperature" – independent research | | | | | |
| | 1070. | United States Patent No. 4,724,881, Poque, et al., Pneumatic Vehicle Tire issued February 16, 1988 | | | | | |
| | 1071. | Cord Shadowing on Innerliner by Joe Grant | | | | | |
| | 1072. | Examples of Tires with Nylon Cap Ply/Strips that have experienced Tread andTop Steel Belt Detachments | | | | | |
| | 1073. | The safety impact of Vehicle-related road Debris, G. Forbes, J. Robinson Ph.D., prepared for AAA Foundation for Traffic Safety, June 2004 | | | | | |
| | 1074. | Goodyear Web Site – Announcements Talking Points Messages Proactive Tire Replacement for some LR-E tires Specific to 15-Passenger Vans | | | | | |
| | 1075. | Goodyear Web Site- Goodyear Responds to Set Record Straight On Misleading Reports | | | | | |
| | 1076. | Goodyear Web Site - Load Range E Tire Backgrounds Information | | | | | |
| | 1077. | Goodyear Web Site- Dear Goodyear Customer November, 2000 | | | | | |
| | 1078. | Goodyear - The Complete Tire Safety Guide | | | | | |
| | 1079. | NHTSA Firestone Steeltex Investigative Reports 02 | | | | | |
| | 1080. | Report:  Arthur Gray Beauchamp dated May 6, 2019 | | | | | |
| | 1081. | Curriculum Vitae:  Arthur Gray Beauchamp | | | | | |
| | 1082. | "File Notes Caption Report - A121365W00" (redacted) (BLAIR000016) | | | | | |
| | 1083. | Handwritten notes by Mr. Beauchamp | | | | | |
| | 1084. | Expert Testimony for Mr. Gray Beauchamp since 2014 | | | | | |
| | 1085. | Document with tire dimensions (outer diameter, outer radius, width) | | | | | |
| | 1086. | Color photographs (15 pages, various vehicles) | | | | | |
| | 1087. | Memorandum: From Daniel Koch re Optional Tire Sizes, dated April 12, 2019 | | | | | |
| | 1088. | Digital Images:<br>-aerial (3);<br>-scene inspection: 8/31/18 by DT (175), 4/17/19 by SF (175); | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | -vehicle inspection: 10/4/18 Chevy by GB (487), 10/4/18 Chevy by SF (396); tires by GB 11/21/18 (359) | | | | | |
| | 1089. | Inspection notes: Chevrolet | | | | | |
| | 1090. | Inspection notes: tires | | | | | |
| | 1091. | Sequence graphics (pages 337-340 of Steven Fenton's reconstruction document) | | | | | |
| | 1092. | Vehicle dynamics: <br>• 2013-01-0776: test-data; test-movies; test-reports; 2013 comparison of 25 high speed tire disablements involve full and partial tread seps.pdf <br>• 2017-01-1427: test-data; test-movies; test-reports; 2017-(koch-beauchamp-pentecost)- tire disablement deceleration.pdf <br>• NADS: study with videos | | | | | |
| | 1093. | Tread Vehicle Interaction: <br>-Subject Vehicle Damage (18 photographs) <br>-Test Vehicle Damage <br>  -BMW (11 photographs) <br>  -Expedition (12 photographs) <br>  -Malibu (15 photographs) <br>  -Minivan (21 photographs) | | | | | |
| | 1094. | Baker, J. Stannard, "Tire Disablements and Accidents on a High-Speed Road," The Traffic Institute's Tire Study, April 1968. | | | | | |
| | 1095. | Beauchamp, Gray, et al., "A Comparison of 25 High Speed Tire Disablements Involving Full and Partial Tread Separations", SAE International, published 04/08/2013. | | | | | |
| | 1096. | Gardner, Jim. "The Role of Blowouts in Accident Causation," Publication no. 87-WA/SAF-4. New York City: American Society of Mechanical Engineers, 1987. | | | | | |
| | 1097. | Gardner, Jim. "The Role of Tread/Belt Detachment in Accident Causation," ITEC 1998, Paper 27A. | | | | | |
| | 1098. | Gardner, J.D., Queiser, B.J., 2006. "The Pneumatic Tire," Report DOT HS 810 561, US Department of Transportation, National Highway Traffic Safety Administration, Washington, DC, USA, February 2006, ch 15. | | | | | |
| | 1099. | Gillespie, Thomas D., Fundamentals of Vehicle Dynamics, Society of Automotive Engineers Warrendale, PA, 1992. | | | | | |
| | 1100. | Fay, R., Robinette, R., Smith, J., Flood, T. et al., "Drag and Steering Effects from Tire Tread Belt Separation and | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | Loss," SAE Technical Paper 1999-01-0447, 1999, doi:10.4271/1999-01-0447. | | | | | |
| | 1101. | Klein, E. and Black, T., "Anatomy of Accidents Following Tire Disablements", SAE Technical Paper 1999-01-0446, 1999, doi:10.4271/1999-01-0446. | | | | | |
| | 1102. | Koch, Daniel, et al., "Deceleration Rates of Vehicles with Disabled Tires", SAE International, published 03/28/2017. | | | | | |
| | 1103. | Liu, C., Ye, T.J., "Run-Off-Road Crashes: An On Scene Perspective," NHTSA DOT HS 811 500, 2011. | | | | | |
| | 1104. | Lowne, R.W., "Tyre Failures on Part of M5 Motorway", Transport and Road Research Laboratory, TRRL Report LR 585, Crowthorne, Berkshire, 1973. | | | | | |
| | 1105. | Robinette, R., Deering, D., and Fay, R., "Drag and Steering Effects of Under Inflated and Deflated Tires," SAE Technical Paper 970954, 1997, doi:10.4271/970954. | | | | | |
| | 1106. | Tandy, D., Granat, K., Durisek, N., Tandy, K. et al., "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferentially Cut and Distressed Tires," SAE Technical Paper 2007-01-0733, 2007, doi:10.4271/2007-01-0733. | | | | | |
| | 1107. | Tandy, D., Pascarella, R., Ault, B., Coleman, C. et al., "Steering and Handling Performance During a Full Tire Tread Belt Separation," SAE Int. J. Passeng. Cars – Mech. Syst. 4(1):791-806, 2011, doi:10.4271/2011-01-0973. | | | | | |
| | 1108. | Tandy, D., Ault, B., and Pascarella, R., "Steering and Handling Performance Following a Full Tire Tread Belt Separation," SAE Technical Paper 2012-01-0257, 2012, doi:10.4271/2012-01-0257. | | | | | |
| | 1109. | Tandy, D., Ault, B., Colborn, J., and Pascarella, R., "Objective Measurement of Vehicle Steering and Handling Performance When a Tire Loses Its Air," SAE Int. J. Passeng. Cars - Mech. Syst. 6(2):741-769, 2013, doi:10.4271/2013-01-0748. | | | | | |
| | 1110. | Wierwille, W.W., Casali, J.G., "Driver Steering Reaction Time to Abrupt-Onset Crosswinds, as Measured in a Moving-Base Driving Simulator," Human Factors: The Journal of the Human Factors and Ergonomics Society, February 1983, vol. 25, no. 1103-116, doi: 10.1177/001872088302500011. | | | | | |
| | 1111. | Young, D., Heckman, G., Kim R., "Human Factors in Sudden Acceleration Incidents," Proceedings of the Human Factors and Ergonomics Society Annual Meeting 2011 55: 1938, DOI:0.1177/1071181311551404. | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1112. | Ranney, Thomas A., et al., Investigation of Driver Reactions to Tread Separation Scenarios in the National Advanced Driving Simulator (NADS) U.S. Department of Transportation, National Highway Traffic Safety Administration, DOT HS 809 523, January 2003. | | | | | |
| | 1113. | Rucoba, Robert, et al., An analysis of Driver Reactions to Tire Failures Simulated with the National Advanced Driving Simulator (NADS).  Sixth International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design. 2011. | | | | | |
| | 1114. | Rucoba, R., Liebbe, R., Duran, A., and Carr, L., "The Effectiveness of the National Advanced Driving Simulator (NADS) in Evaluating the Effect of Tire Tread Belt Detachments," SAE Technical Paper 2013-01-0467, 2013, doi:10.4271/2013-01-0467. | | | | | |
| | 1115. | Report:  Stephen Fenton, dated May 6, 2019 | | | | | |
| | 1116. | Curriculum Vitae:  Stephen Fenton | | | | | |
| | 1117. | Scene Survey Data, 8/31/18 | | | | | |
| | 1118. | Scene Diagram | | | | | |
| | 1119. | Scratch Pattern Diagram | | | | | |
| | 1120. | Photographs marked at Mr. Fenton's deposition | | | | | |
| | 1121. | Roll Diagram | | | | | |
| | 1122. | CDR/Kineticorp Analysis Alignment | | | | | |
| | 1123. | Drive Train Analysis | | | | | |
| | 1124. | Yaw and Trip Analysis | | | | | |
| | 1125. | Roll Velocity and Ground Plane Velocity v. Number of Rolls | | | | | |
| | 1126. | Gilbert Engineering Accident Calculations | | | | | |
| | 1127. | Roll Phase Dynamics | | | | | |
| | 1128. | Diagram (untitled) | | | | | |
| | 1129. | Accident Sequence and Calculations | | | | | |
| | 1130. | Loveland Photos | | | | | |
| | 1131. | Photograph with handwritten notes | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1132. | Yaw Phase Diagram zoomed in | | | | | |
| | 1133. | Roll Phase Diagram zoomed in | | | | | |
| | 1134. | Subject Crash Comparison to Steer-Induces Rollover Testing | | | | | |
| | 1135. | Quarter Turn Analysis | | | | | |
| | 1136. | RPM/Gear Analysis | | | | | |
| | 1137. | 3D Reconstruction Screenshots | | | | | |
| | 1138. | Scans (pick-up) | | | | | |
| | 1139. | Photogrammetry Diagrams | | | | | |
| | 1140. | Diagrams created from Photogrammetry | | | | | |
| | 1141. | Fenton reconstruction:<br>• Digital Images (89-210)<br>• Scene Diagram (211-219)<br>• Photogrammetry (220-286)<br>• Inertial Parameters (260-286) | | | | | |
| | 1142. | 2 e-scan data:<br>• Raw scan data<br>• Scan-images | | | | | |
| | 1143. | Baker, Kenneth S., Chapter 9: *Photogrammetry for Collision Analysis*, Traffic Collision Investigation. Evanston: Northwestern University Center for Public Safety, 2001. | | | | | |
| | 1144. | Brach, Raymond M. Chapter 10: *Photogrammetry*, Vehicle Accident Analysis and Reconstruction Methods. Warrendale: Society of Automotive Engineers, 2005. | | | | | |
| | 1145. | Breen, Kevin C. *Application of Photogrammetry to Accident Reconstruction*, SAE Technical Paper 861422. Warrendale: Society of Automotive Engineers, 1986. | | | | | |
| | 1146. | Chou, C., McCoy, R., Le, J., Fenton, S. et al., *Image Analysis of Rollover Crash Tests Using Photogrammetry*, SAE Technical Paper 2006-01-0723, 2006, doi:10.4271/2006-01-0723. | | | | | |
| | 1147. | Fenton, S. and Kerr, R., *Accident Scene Diagramming Using New Photogrammetric Technique*, SAE Technical Paper 970944, 1997, doi:10.4271/970944. | | | | | |
| | 1148. | Fenton, S., Johnson, W., LaRocque, J., Rose, N. et al., *Using Digital Photogrammetry to Determine Vehicle* | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | *Crush and Equivalent Barrier Speed (EBS)*, SAE Technical Paper 1999-01-0439, 1999, doi:10.4271/1999-01-0439. | | | | | |
| | 1149. | Fenton, S., Neale, W., Rose, N., and Hughes, C., *Determining Crash Data Using Camera Matching Photogrammetric Technique*, SAE Technical Paper 2001-01-3313, 2001, doi:10.4271/2001-01-3313. | | | | | |
| | 1150. | Fenton, S., Ziernicki, R., Rose, N., and Johnson, W., *Using Digital Photogrammetry to Determine Crash Severity*, Rep. London: ICrash 2000, International Crashworthiness Conference, The Royal Aeronautical Society, 2000. | | | | | |
| | 1151. | Husher, Stein E., Michael S. Varat, and John F. Kerhoff. *Survey of Photogrammetric Methodologies for Accident Reconstruction*, Rep. Vancouver: Proceedings of the Canadian Multi-Disciplinary Road Safety Conference VII, 1991. | | | | | |
| | 1152. | Funk, J., Beauchamp, G., Rose, N., Fenton, S. et al., *Occupant Ejection Trajectories in Rollover Crashes: Full-Scale Testing and Real World Cases*, SAE Int. J. Passeng. Cars - Mech. Syst. 1(1):43-54, 2009, doi:10.4271/2008-01-0166. | | | | | |
| | 1153. | Neale, W., Hessel, D., and Terpstra, T., *Photogrammetric Measurement Error Associated with Lens Distortion*, SAE Technical Paper 2011-01-0286, 2011, doi:10.4271/2011-01-0286. | | | | | |
| | 1154. | Neale, W., S. Fenton, S. McFadden, and N. A. Rose. *A Video Tracking Photogrammetry Technique to Survey Roadways for Accident Reconstruction*, SAE Technical Paper 2004-01-1221. Warrendale: Society of Automotive Engineers, 2004. | | | | | |
| | 1155. | Pepe, Michael D. *Accuracy of Three-Dimensional Photogrammetry as Established by Controlled Field Tests*, SAE Technical Paper 930662. Warrendale: Society of Automotive Engineers, 1993. | | | | | |
| | 1156. | Rose, N., Neale, W., Fenton, S., Hessel, D. et al., *A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis*, SAE Int. J. Passeng. Cars - Mech. Syst. 1(1):301-317, 2008, doi:10.4271/2008-01-0350. | | | | | |
| | 1157. | Rucoba, R., A. Duran, L. Carr, and D. Erdeljac. *A Three Dimensional Crush Measurement Methodology Using Two-Dimensional Photographs*, SAE Technical Paper 2008-01-0163. Warrendale: Society of Automotive | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | Engineers, 2008. | | | | | |
| | 1158. | Woolley, R., White, K., Asay, A., and Bready, J., *Determination of Vehicle Crush from Two Photographs and the Use of 3D Displacement Vectors in Accident Reconstruction*, SAE Technical Paper 910118, 1991, doi:10.4271/910118. | | | | | |
| | 1159. | Beauchamp, G., Hessel, D., Rose, N., Fenton, S. et al., *Determining Vehicle Steering and Braking from Yaw Mark Striation*s, SAE Int. J. Passeng. Cars - Mech. Syst. 2(1):291-307, 2009, doi:10.4271/2009-01-0092. | | | | | |
| | 1160. | Daily, John, Nathan S. Shigemura, and Jeremy Daily. *Fundamentals of Traffic Crash Reconstruction*, Jacksonville: Institute of Police Technology and Management, University of North Florida, 2006. | | | | | |
| | 1161. | Fricke, Lynn B. *Traffic Accident Reconstruction,* Evanston, IL: Northwestern University Traffic Institute, 1990. | | | | | |
| | 1162. | Fricke, Lynn B. *Traffic Crash Reconstruction, 2nd Edition*, Evanston, IL: Northwestern University Traffic Institute, 2010. | | | | | |
| | 1163. | Reveley, Mary S. *A Comparison Study of Skid and Yaw Marks*, SAE Technical Paper 890635. Warrendale: Society of Automotive Engineers, 1989. | | | | | |
| | 1164. | Bare, Cleve, Brian Everest, Donald Floyd, and Douglas Nunan. *Analysis of Pre-Crash Data Transferred over the Serial Data Bus and Utilized by the SDM-DS Module*, SAE Technical Paper 2011-01-0809. Warrendale: Society of Automotive Engineers, 2011. | | | | | |
| | 1165. | Bortles, W., Biever, W., Carter, N., and Smith, C., *A Compendium of Passenger Vehicle Event Data Recorder Literature and Analysis of Validation Studies*, SAE Technical Paper 2016-01-1497, 2016, https://doi.org/10.4271/2016-01-1497. | | | | | |
| | 1166. | Bortles, W., Koch, D., Beauchamp, G., Pentecost, D. et al., "Event Data Recorder Performance during High Speed Yaw Testing Subsequent to a Simulated Tire Tread Separation Event," SAE Technical Paper 2019-01-0634, 2019, doi:10.4271/2019-01-0634. | | | | | |
| | 1167. | Gabler, H. Clay, John Hinch, and John Steiner. *Event Data Recorders - A Decade of Innovation*, Rep. no. PT-139. Warrendale: Society of Automotive Engineers, 2008. | | | | | |
| | 1168. | Ishikawa, Hirotoshi, et al. *Study on Pre-Crash and Post-Crash Information Recorded in Electronic Control Units* | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | *(ECUS) Including Event Data Recorders*, Japan, Paper Number 09-0375. | | | | | |
| | 1169. | Lawrence, Jonathan M., Craig C. Wilkinson, David J. King, Bradley E. Heinrichs, and Gunter P. Siegmunds. *The Accuracy and Sensitivity of Event Data Recorders in Low-Speed Collisions*, SAE Technical Paper 2002-01-0679. Warrendale: Society of Automotive Engineers, 2002. | | | | | |
| | 1170. | Lawrence, Jonathan M., and Craig C. Wilkinson. *The Accuracy of Crash Data from Ford Restraint Control Modules Interpreted with Revised Vetronix Software*, SAE Technical Paper 2005-01-1206. Warrendale: Society of Automotive Engineers, 2005. | | | | | |
| | 1171. | Niehoff, Peter. *Evaluation of Event Data Recorders in Full Systems Crash Tests*, Rep. no. 05-0271. Washington D.C.: National Highway Traffic Safety Administration. | | | | | |
| | 1172. | Steiner, John C. *Event Data Recorder Pre-Crash Data Sources for General Motors Vehicles*, Rep. no. IMECE2003-41812. American Society of Mechanical Engineers International Mechanical Engineering Congress & Exposition, 2003. | | | | | |
| | 1173. | Wilkinson, Craig C. *The Accuracy and Sensitivity of 2003 and 2004 General Motors Event Data Recorders in Low-Speed Barrier and Vehicle Collisions*, SAE Technical Paper 2005-01-1190. Warrendale: Society of Automotive Engineers, 2005. | | | | | |
| | 1174. | Arndt, Mark W., et al., *Drag Factors from Rollover Crash Testing For Crash Reconstructions*, Rep. no. IMECE2011-65537. American Society of Mechanical Engineers International Mechanical Engineering Congress & Exposition, 2011. | | | | | |
| | 1175. | Arndt, Mark W., et al., *Comparison of Linear Variable Deceleration Rate Rollover Reconstruction to Steer-Induced Rollover Tests*, SAE Technical Paper 2012-01-0469. Warrendale: SAE International, 2012. | | | | | |
| | 1176. | Asay, Alan F. et al. *Rollover Testing of Sport Utility Vehicles (SUVs) on an Actual Highway,* SAE Technical Paper 2010-01-0521. Warrendale: Society of Automotive Engineers, 2010. | | | | | |
| | 1177. | Carter, Jarrod W. et al. *Rollover Dynamics: An Exploration of the Fundamentals*, SAE Technical Paper 2008-01-0172. Warrendale: Society of Automotive Engineers, 2008. | | | | | |
| | 1178. | Funk, James R., *Trajectory Model of Occupants Ejected in Rollover Crashes*, SAE Technical Paper 2007-01-0742. | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | Warrendale: Society of Automotive Engineers, 2007. | | | | | |
| | 1179. | Koch, D., Beauchamp, G., and Pentecost, D., *Deceleration Rates of Vehicles with Disabled Tires*, SAE Technical Paper 2017-01-1427, 2017. | | | | | |
| | 1180. | Luepke, Peter, et al. *An Evaluation of Laminated Side Window Glass Performance During Rollover*, SAE Technical Paper 2007-01-0367. Warrendale: Society of Automotive Engineers, 2007. | | | | | |
| | 1181. | Rose, Nathan A., Beauchamp, Gray, Fenton, Stephen J. *Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling*, SAE Technical Paper 2007-01-0726. Warrendale: Society of Automotive Engineers, 2007. | | | | | |
| | 1182. | Rose, Nathan A., Beauchamp, Gray, Fenton, Stephen J. *Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model*, SAE Technical Paper 2008-01-0178. Warrendale: Society of Automotive Engineers, 2008. | | | | | |
| | 1183. | Rose, Nathan A. Beauchamp, Gray, Fenton, Stephen J. *The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity,* SAE Technical Paper 2008-01-0194. Warrendale: Society of Automotive Engineers, 2008. | | | | | |
| | 1184. | Rose, Nathan A., and Gray Beauchamp. *Development of a Variable Deceleration Rate Approach to Rollover Crash Reconstruction*, SAE Technical Paper 2009-01-0093. Warrendale: Society of Automotive Engineers, 2009. | | | | | |
| | 1185. | Rose, Nathan A., and Gray Beauchamp. *Analysis of a Dolly Rollover with PC-Crash*, SAE Technical Paper 2009-01-0822. Warrendale: Society of Automotive Engineers, 2009. | | | | | |
| | 1186. | Rose, Nathan A., and Gray Beauchamp. *A Variable Deceleration Approach to Rollover Crash Reconstruction*, Collision Magazine, Vol. V, Issue I, Spring 2010. | | | | | |
| | 1187. | Stevens, Don C., et al., *Rollover Crash Test Results: Steer-Induced Rollovers*, SAE Technical Paper 2011-01-1114. Warrendale: Society of Automotive Engineers, 2011. | | | | | |
| | 1188. | Report:  Ernest Goss, Ph.D., dated May 10, 2019 | | | | | |
| | 1189. | Curriculum vitae:  Ernest Goss, Ph.D. | | | | | |
| | 1190. | Report:  Life Care Plan for Shane Loveland, by Cathlin Mitchell, RN, BSN, dated May 3, 2019 | | | | | |

13

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1191. | Curriculum vitae: Cathlin Mitchell, RN, BSN | | | | | |
| | 1192. | Report:  Independent Medical Exam, Alan Weintraub, M.D., with supplement dated May 8, 2019 | | | | | |
| | 1193. | Curriculum vitae:  Alan Weintraub, M.D. | | | | | |
| | 1194. | Photocopies of CT Scans from Dr. Weintraub's deposition | | | | | |
| | 1195. | Life Expectancy after Traumatic Brain Injury (TBI) | | | | | |
| | 1196. | Photographs of the home from Dr. Weintraub's deposition | | | | | |
| | 1197. | Letter to Craig Lichtblau M.D. from Dennis B. Marcus of DB Marcus Construction, Inc. re: Wheelchair Accessible Home, 1/14/16 | | | | | |
| | 1198. | Dr. Weintraub's handwritten notes | | | | | |
| | 1199. | Documented Telephone Conversation with Dr. Chad Murray by Craig Lichtblau M.D., 6/30/17 | | | | | |
| | 1200. | **Complaint filed in the District Court of Buffalo County, Nebraska, 04/12/2019:** *Rysta Leona Susman, both Individually and as Natural Mother of Shane Allen Loveland, a Protected Person, Shane Allen Loveland, A Protected Person by and through his Temporary Guardian and Conservator John Sauder, and Jacob Summers v. Kearney Towing & Repair Center, Inc., a Nebraska Corporation*, **Case No. D09CI190000158** | | | | | |

Goodyear reserves the right to use as an Exhibit any reference identified by its experts in the course of discovery, which may not have been specifically referenced herein.

| Int. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1201. | Buser Exhibit 2:  Fixed Asset Item for 2005 Chevy Pickup | | | | | |
| | 1202. | Buser Exhibit 4:  Dandee Construction Employee Manual and Safety Policy | | | | | |
| | 1203. | Fedderson Exhibit 1:  Kearney Invoice 91571 (GY-KTR 0024) | | | | | |
| | 1204. | Fedderson Exhibit 2:  Kearney Invoice 92265 (GY-KTR 0025) | | | | | |
| | 1205. | Fedderson Exhibit 3:  Handwritten DOT code | | | | | |
| | 1206. | Gilbert Exhibit 1:  Gilbert Engineering - Loveland Core Documents | | | | | |

1838945

| Int. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1207. | Gilbert Exhibit 2:  Gilbert Testimony List | | | | | |
| | 1208. | Gilbert Exhibit 4:  3-12-19 Gilbert Report | | | | | |
| | 1209. | Gilbert Exhibit 5:  Scene Diagram | | | | | |
| | 1210. | Gilbert Exhibit 6:  Accident Calculations | | | | | |
| | 1211. | Gilbert Exhibit 7:  Case Sheet and Notes Vehicle Inspection | | | | | |
| | 1212. | Gilbert Exhibit 8:  Handwritten Notes of Scene Inspection | | | | | |
| | 1213. | Lichtblau Exhibit A:  Invoice and updated CV | | | | | |
| | 1214. | Lichtblau Exhibit B:  Trials and Depositions lists | | | | | |
| | 1215. | Pettingill:  Invoice for his deposition in this matter | | | | | |
| | 1216. | Pettingill:  Deposition Testimony list | | | | | |
| | 1217. | Pettingill:  Trial Testimony list | | | | | |
| | 1218. | Southern Exhibit 4:  Vehicle Placard photograph | | | | | |
| | 1219. | Southwell Exhibit 1:  Handwritten notes by David Southwell in preparation for deposition | | | | | |
| | 1220. | Southwell Exhibit 2:  Images attached to David Southwell's  report, photographs and X-rays | | | | | |
| | 1221. | Southwell Exhibit 3:  Diagram of tire drawn by David Southwell | | | | | |
| | 1222. | Southwell Exhibit 4:  Photographs (dandee RF comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | | | |
| | 1223. | Southwell Exhibit 5:  Photographs of left rear tire (dandee LR comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | | | |
| | 1224. | Southwell Exhibit 6:  Photographs of left front tire (dandee LF comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | | | |
| | 1225. | Southwell Exhibit 7:  Southwell C.V. | | | | | |
| | 1226. | Southwell Exhibit 8:  Case List | | | | | |

1838945

Subject to the rulings on motions in *limine* and objections to exhibits, The Goodyear Tire

& Rubber Company reserves the right to introduce into evidence the following exhibits:

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1227. | NHTSA file regarding Investigation PE00-046, non-confidential (GY_Susman_00001 to 01374) | | | | | |
| | 1228. | NHTSA file regarding Investigation PE00-046, confidential (GY_Susman_01375 to 06325; GY_Susman_20845 to 25871) | | | | | |
| | 1229. | Product Service Bulletins (GY_Susman_06326 to 06331; GY_Susman_20832 to 20837) | | | | | |
| | 1230. | Technical tests and studies conducted by Goodyear during the Subject Tire Frame regarding Tire Service Life (GY_Susman_20778 to 20831) | | | | | |
| | 1231. | Adjustment data for the Subject Tire during the Subject Tire Scope (GY_Susman_20838 to 20844) | | | | | |
| | 1232. | LT235-85R16 LRE  Claims Were DOT Serial Indicated Probable Prodn 1992-1998 (GY_Susman_36695 to 36844) | | | | | |
| | 1233. | LT235-85R16 LRE  Claims Were DOT Serial Indicated Possible Prodn 1992-1998 (GY_Susman_36845 to 36864) | | | | | |
| | 1234. | Claims_NHTSA sizes other than LT235-84R16 (GY_Susman_36865 to 37021) | | | | | |
| | 1235. | 2.5.03 Deposition of William Gaudet , and related exhibits produced in discovery, in *Dow* (GY_Susman_33309 to 33698) | | | | | |
| | 1236. | 2.27.13 Deposition of Eric Mizner, and related exhibits produced in discovery, in *Ochoa-Garcia* (GY_Susman_30664 to 30697) | | | | | |
| | 1237. | 12.6.02 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Boerm* (GY_Susman_30494 to 30663) | | | | | |
| | 1238. | 2.6.03 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Dow* (GY_Susman_33805 to 34004) | | | | | |
| | 1239. | 1.26.05 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Hebert* (GY_Susman_29968 to 30170; GY_Susman_30445 to 30450) | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1240. | 2.27.03 Deposition of Terrence Parsons, and related exhibits produced in discovery, in *Garcia* (GY_Susman_34387 to 34548) | | | | | |
| | 1241. | 1.27.05 Deposition of Beale Robinson, and related exhibits produced in discovery, in *Hebert* (GY_Susman_29011 to 29060 and GY_Susman_29188 to 29318) | | | | | |
| | 1242. | 4.12.06 Deposition of Beale Robinson (V1), and related exhibits produced in discovery, in *Ruiz* (GY_Susman_34887 to 36299) | | | | | |
| | 1243. | 2.7.03 Deposition of Antonio Settimio, and related exhibits produced in discovery, in *Dow* (GY_Susman_34156 to 34308) | | | | | |
| | 1244. | 2.6.03 Deposition of Charles Sinclair, and related exhibits produced in discovery, in *Dow* (GY_Susman_34005 to 34083) | | | | | |
| | 1245. | 2.5.03 Deposition of Gary Tatum, and related exhibits produced in discovery, in *Dow* (GY_Susman_33699 to 33804) | | | | | |
| | 1246. | 2.28.03 Deposition of Keith Trares, videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_34549 to 34886; GY_Susman_36513) | | | | | |
| | 1247. | 1.16.03 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Dow* (GY_Susman_33230 to 33308) | | | | | |
| | 1248. | 1.23.02 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Garcia* (GY_Susman_07595 to 07695; GY_Susman_26270-26278) | | | | | |
| | 1249. | 1.25.05 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Hebert* (GY_Susman_30451 to 30493) | | | | | |
| | 1250. | 1.4.02 Deposition of Joseph Zekoski, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_14616 to 14683; GY_Susman_36518; GY_Susman_28015 to 28017) | | | | | |
| | 1251. | 1.4.02 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_08365 to 08533; GY_Susman_36500) | | | | | |
| | 1252. | 10.17.01 Deposition of Joseph Zekoski, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_10540 to 10738; GY_Susman_36519; | | | | | |

17

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | GY_Susman_30700) | | | | | |
| | 1253. | 10.18.01 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_08212 to 08364; GY_Susman_36501; GY_Susman_30701) | | | | | |
| | 1254. | 10.18.02 Deposition of Bertram Bell, and related exhibits produced in discovery, in *Arredondo* GY_Susman_06332 to 06423) | | | | | |
| | 1255. | 10.18.02 Deposition of Charles Sinclair, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_12505 to 12547) | | | | | |
| | 1256. | 10.30.02 Deposition of Chester Patterson, and related exhibits produced in discovery, *Linzer* (GY_Susman_11752 to 11944) | | | | | |
| | 1257. | 10.31.02 Deposition of Michael Trout, and related exhibits produced in discovery, in *Linzer* and *Dow* (GY_Susman_19196 to 19441) | | | | | |
| | 1258. | 11.1.02 Deposition of Keith Trares, and related exhibits produced in discovery, in *Linzer* and *Dow* (GY_Susman_18954 to 19195) | | | | | |
| | 1259. | 12.3.01 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15209 to 15535; GY_Susman_25872 to 25963; GY_Susman_26781 to 26843; GY_Susman_26846 to 26898; GY_Susman_26967 to 26970; GY_Susman_30702 to 30839) | | | | | |
| | 1260. | 12.4.01 Deposition of Beale Robinson (V1), videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15536 to 15791; GY_Susman_36508) | | | | | |
| | 1261. | 12.4.01 Deposition of Dane E. Taylor, and related exhibits produced in discovery, in *Garcia* (GY_Susman_18772 to 18857) | | | | | |
| | 1262. | 12.5.01 Deposition of Beale Robinson (V2), videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15017 to 15208; GY_Susman_36509) | | | | | |
| | 1263. | 12.8.98 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Mathews* (GY_Susman_20054 to 20272) | | | | | |
| | 1264. | 12.9.98 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Mathews* (GY_Susman_17191 to 17467) | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1265. | 2.11.02 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Boerm* (GY_Susman_18150 to 18275) | | | | | |
| | 1266. | 2.12.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_15903 to 16013; GY_Susman_36504) | | | | | |
| | 1267. | 2.13.03 Deposition of Beale Robinson, and related exhibits produced in discovery, in *Dow* (GY_Susman_34342 to 34386) | | | | | |
| | 1268. | 2.6.02 Deposition of Charles Winebrenner, and related exhibits produced in discovery, in *Garcia* and *Ebanks* (GY_Susman_19442 to 19615; GY_Susman_27015 to 27441; GY_Susman_30840 to 31116) | | | | | |
| | 1269. | 2.7.03 Deposition of Douglas Julian, and related exhibits produced in discovery, in *Dow* (GY_Susman_34084 to 34155) | | | | | |
| | 1270. | 2.7.03 Deposition of Thomas Watkins, and related exhibits produced in discovery, in *Dow* (GY_Susman_34309 to 34341) | | | | | |
| | 1271. | 2.8.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_09416 to 09622; GY_Susman_36505; GY_Susman_26899 to 26933) | | | | | |
| | 1272. | 2.8.02 Deposition of Chester Patterson, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_15792 to 15902) | | | | | |
| | 1273. | 5.30.01 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_16691 to 16768; GY_Susman_31128 to 31135) | | | | | |
| | 1274. | 5.30.01 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_07489 to 07594; GY_Susman_31117 to 31127) | | | | | |
| | 1275. | 6.11.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_14141 to 14523; GY_Susman_36502) | | | | | |
| | 1276. | 6.12.02 Deposition of Daniel Hammontree, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_16547 to 16690) | | | | | |
| | 1277. | 6.7.02 Deposition of Charles Winebrenner in *Arredondo* and *Boerm* (GY_Susman_14684 to 15003; GY_Susman_27637 to 27641; GY_Susman_31136 to | | | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | 31165) | | | | | |
| | 1278. | 7.11.02 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_17111 to 17190) | | | | | |
| | 1279. | 7.11.02 Deposition of Mark Grund, videotape, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_16336 to 16546; GY_Susman_36494) | | | | | |
| | 1280. | 7.16.02 Deposition of Joseph Zekoski (V1), videotape, and related exhibits produced in discovery, in *Aufiero, Linzer, Dow*, and *Arredondo* (GY_Susman_19839 to 20053; GY_Susman_36517; GY_Susman_28114 to 28154; GY_Susman_28158 to 28227) | | | | | |
| | 1281. | 7.17.02 Deposition of Joseph Zekoski (V2), videotape, and related exhibits produced in discovery, in *Aufiero, Linzer, Dow*, and *Arredondo* (GY_Susman_19785 to 19838; GY_Susman_36516) | | | | | |
| | 1282. | 7.17.02 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Aufiero, Arredondo* (GY_Susman_17643 to 17806; GY_Susman_36499; GY_Susman_28228 to 28313) | | | | | |
| | 1283. | 7.18.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Arredondo, Dow, Aufiero* (GY_Susman_18276 to 18398; GY_Susman_36503; GY_Susman_28314 to 28328) | | | | | |
| | 1284. | 7.20.99 Deposition of Chester Patterson, and related exhibits produced in discovery, in *Han* (GY_Susman_08635 to 08725; GY_Susman_26401 to 26431) | | | | | |
| | 1285. | 7.20.99 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Han* (GY_Susman_07043-07098; GY_Susman_25972 to 25990) | | | | | |
| | 1286. | 8.17.01 Deposition of Ernest C. Kessell in *Garcia* (GY_Susman_07099 to 07488; GY_Susman_25991 to 26258) | | | | | |
| | 1287. | 8.3.00 Deposition of Beale Robinson (V1), videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18399 to 18545; GY_Susman_36506) | | | | | |
| | 1288. | 8.3.00 Deposition of Madelon Kominic, videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16811 to 16933; GY_Susman_36496, GY_Susman_26279 to 26326; GY_Susman_26844 to 26845; GY_Susman_31166 to 31196) | | | | | |

1838945

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 1289. | 8.4.00 Deposition of Beale Robinson (V2), videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18546 to 18747; GY_Susman_36507; GY_Susman_31197 to 31543) | | | | | |
| | 1290. | 9.13.02 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Corwin* (GY_Susman_20502 to 20771; GY_Susman_31544 to 31906) | | | | | |
| | 1291. | 9.19.00 Deposition of Edward Terrill, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18858 to 18953; GY_Susman_26971 to 27014) | | | | | |
| | 1292. | 9.19.00 Deposition of James Nespo, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16934 to 17110; GY_Susman_26327 to 26334) | | | | | |
| | 1293. | 9.19.02 Deposition of George Edwards, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_16171 to 16335) | | | | | |
| | 1294. | 9.19.02 Deposition of Iwao Uenoyama, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_16769 to 16810) | | | | | |
| | 1295. | 9.19.02 Deposition of Ray Young (V1), videotape, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_19616 to 19709; GY_Susman_36515) | | | | | |
| | 1296. | 9.20.00 Deposition of Jon P. Dupont, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16121 to 16170) | | | | | |
| | 1297. | 9.20.02 Deposition of Ray Young (V2 & V3), videotape, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_19710 to 19748; GY_Susman_36515; GY_Susman_31907 to 33229) | | | | | |
| | 1298. | 9.20.02 Deposition of Richard Olsen (V2), videotape, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_15004 to 15016; GY_Susman_36498) | | | | | |
| | 1299. | 2.4.03 Videotaped deposition of Robert Altvater in *Baerbel, Wundersee* (GY_Susman_36493) | | | | | |
| | 1300. | 10.17.02 Videotaped deposition of Yutaka Ito in *Arredondo* (GY_Susman_36495) | | | | | |
| | 1301. | 1.9.03 Videotaped deposition of James Stroble in *Wundersee* (GY_Susman_36511) | | | | | |

1838945

Goodyear reserves the right to introduce into evidence any Exhibit identified by

Plaintiffs.   Goodyear reserves the right to amend this list to and including entry of the Final Pre-

trial Order or other deadline established by the Court.

OBJECTIONS:
      R: Relevancy
      H: Hearsay
      A: Authenticity
      O: Other (specify)

GREENSFELDER, HEMKER & GALE, P.C.


By:   /s/ Edward S. Bott, Jr.
      Edward S. Bott, Jr.
      Clark W. Hedger
      Juliane M. Rodriguez
      10 South Broadway, Suite 2000
      St. Louis, MO  63102
      (314) 241-9090
      Fax:  (314) 345-5465
      esb@greensfelder.com
      ch1@greensfelder.com
      jrodriguez@greensfelder.com

      AND

      BAIRD HOLM LLP
      Jennifer D. Tricker (NE# 23022)
      1700 Farnam Street, Suite 1500
      Omaha, NE  68102-2068
      (402) 344-0500
      jtricker@bairdholm.com

      *Attorneys for The Goodyear Tire & Rubber Company*

1838945

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 12th day of February, 2020, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record as follows:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
~~1010 Lamar, Suite 1600~~
~~Houston, TX 77002~~
kyle@fbtrial.com
*Attorneys for Plaintiffs*

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com
*Attorneys for Plaintiffs*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
*Attorneys for Plaintiffs*

   _/s/ Edward S. Bott, Jr._     

1838945