IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both                    CASE NO. 8:18CV127
individually and as Legal Guardian of
Shane Allen Loveland; and JACOB
SUMMERS
                     Plaintiff(s),


            v.
THE GOODYEAR TIRE & RUBBER
COMPANY
                     Defendant(s).
_____

### JOINT MOTION FOR JURY QUESTIONNAIRE

The parties have agreed upon the attached questionnaire[1] and respectfully

request this Court have the panel complete the questionnaire on Monday, March 16,

2010 to allow the parties the evening to digest the information. The parties believe

the questionnaire will reduce the time required for voir dire and significantly aide in

selecting an impartial jury. The parties will provide enough copies of the

questionnaire to the Court prior to March 16, and can assist in any way requested to

administer to the panel.

                              KASTER, LYNCH, FARRAR & BALL, L.L.P.


Dated: February 12, 2020         By ____/s/ Kyle W. Farrar_____
                                 Kyle Wayne Farrar (Pro Hac Vice)
                                 Texas Bar No. 24038754
                                 1010 Lamar, Ste. 1600

---

[1] Exhibit A – Draft Supplemental Questionnaire

Houston, TX 77002
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com


**ATTORNEYS FOR PLAINTIFFS**


GREENSFELDER, HEMKER & GALE, P.C.

By:  ___/s/ Edward S. Bott, Jr._____
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com

ch1@greensfelder.com
jrodriguez@greensfelder.com
AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on February 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*