# EXHIBIT A

# DRAFT SUPPLEMENTAL QUESTIONNAIRE
**RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND, et al., Plaintiffs, v. THE GOODYEAR TIRE & RUBBER
COMPANY, DEFENDANT**

**Juror Number** _____

**Name:** _____
          **First**                        **MI**                    **Last**

## JUROR QUESTIONNAIRE

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. Before the case can start, a jury must be selected. The judge and the people involved in the case need to know something about you in order to select jurors who can be fair to both sides. In order to move jury selection along as quickly as possible, the court has prepared this background questionnaire to be completed before you are called to the jury box. You should fill out this questionnaire by yourself without consulting any other person.

The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. The questions are not asked to invade your privacy, but to make sure that you can be a fair and impartial juror.

You should answer the questions honestly, carefully and completely. Please do not leave any questions blank. If a question does not apply to you, simply write N/A (for Not Applicable) in the space for the answer. If there is no response to a question, we will assume that you mistakenly skipped it and may ask you about it in court.

Since we need to make copies, please DO NOT write on the back of any page. If you need more room, continue at the bottom or side of the page or on the blank page at the end of the questionnaire. When you have completed the questionnaire, please give it to the attendant.

You may be asked follow-up questions later to clarify your answers. If there are questions that you would feel more comfortable answering in private, simply write "**private**" in the space provided for your answer and circle the question number. The follow-up questions on that topic will be held out of the presence of the other jurors. After you have finished the questionnaire, let the clerk know that you have circled one or more question numbers.

If you have trouble reading, understanding, or filling out this form, please let the court clerk know.
If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.

PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS.

Please complete the questionnaire and (hand to clerk/bailiff?) _____.

PLEASE REMEMBER YOU ARE ANSWERING THESE QUESTIONS UNDER PENALTY OF PERJURY. YOUR ANSWERS MUST BE TRUE AND COMPLETE.

1. Please tell me your gender:

    1. Male     2. Female     3. Other

2. In which county do you live? _____

3. Is English your first language?

    _____ Yes      _____ No

    If no, what is your first language? _____

4. What is your current employment status?

    1. Employed full time      5. Looking for work
    2. Employed part time      6. Retired
    3. Homemaker      7. Disabled
    4. Full-time student      8. Other

5. What is your current occupation and who do you work for?

    _____

    _____

6. What is your marital status:

    1. Single, never married
    2. Divorced, or separated
    3. Widowed
    4. Married

7. If applicable, what is your partner/spouse's current occupation and who does he/she work for?

    _____

    _____

8. What is the highest level of education you have completed?

    1. Grade school
    2. High school graduate or GED
    3. Some college or junior college degree
    4. College degree
    5. Graduate degree (MA, MBA, JD, PhD, etc.)
    6. Technical, trade, or business school

3

9. What was your area of study? _____

10. What are your pastimes or hobbies?

   _____

   _____

11. Do you belong to any social or volunteer clubs or organizations?

   _____ Yes  _____ No

   If "Yes," which ones and describe any leadership positions you hold.

   _____

   _____

12. What are your primary sources of news?

   1. Internet. (Which websites?)_____)
   2. TV/Cable news. (Which station(s)?) _____)
   3. Radio. (Which station(s)?) _____)
   4. Newspaper. Which one(s)? _____)
   5. Social Media Sites (Facebook, Instagram, Twitter)
   6. Podcast. Which one(s)? _____)
   7. Any other? _____

13. Have you ever publicly commented on a news story online or written a letter to the editor of a news publication?

   _____ Yes  _____ No

   If "Yes," what was the story about and what was your comment?

   _____

   _____

4

14. Are you active on any social media sites?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    If "Yes," what social media sites are you on?

    _____

    _____

15. This case involves allegations that a tire manufactured by Goodyear was defectively designed and manufactured causing Shane Allen Loveland and Jacob Summers to sustain serious injuries. Have you heard of, or do you have any knowledge of, this case or its facts or circumstances?

    If "Yes," what did you hear and where did you hear it?

    _____

    _____

16. The judge will instruct you that you are not permitted to share anything on social media about the case or your experience as a juror during the trial. Do you believe you may have difficulty following this instruction?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

17. The judge will instruct you that you are not permitted to do any outside research on the case, the attorneys, the parties, witnesses, the law, the judge, other jurors, or anything else. This includes online research of any type. Do you think you would have difficulty following that instruction?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

18. Have you, or anyone else close to you, ever been employed by Goodyear Tire and Rubber Company?

    \_\_\_\_\_ Yes          \_\_\_\_\_ No

    If "Yes," please describe who, the experience, and when this occurred.

    _____

    _____

19. Have you, or anyone else close to you, ever been employed in any business that provides products or services to Goodyear Tire and Rubber Company?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

   If "Yes," please describe who, the experience, and when this occurred.

   _____

   _____

20. Do you have any employment, education, training, policy development, volunteer experience, or other experience in the following areas? (Check Yes or No for each.)

|  | Yes | No |
|---|---|---|
| Tire design, manufacture, re-treading, or sales |  |  |
| Evaluation, review or investigation of claims |  |  |
| A medical related job |  |  |
| Investigation of people |  |  |
| Law enforcement or investigation |  |  |
| Attorney, law office or the court system |  |  |
| Insurance |  |  |
| Accident investigation or reconstruction |  |  |
| Fire Department or paramedics |  |  |
| Engineering |  |  |
| Writing, proof reading or analysis of product warranties |  |  |
| Care of the elderly or disabled |  |  |
| Fine arts or music |  |  |
| Education/Teaching |  |  |
| Counseling or mental health |  |  |
| Rehabilitation |  |  |

   If "Yes," to any of the above categories, please describe:

   _____

   _____

   _____

   _____

21. Have you ever served as a juror before?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

   If "Yes," were you the foreperson?

   \_\_\_\_\_ Yes     \_\_\_\_\_ No

22. In a legal matter, have you (or anyone close to) you ever: (check all that apply)

   _____ Filed a lawsuit or sued someone (been a plaintiff in a lawsuit)?

   _____ Been sued by someone (been a defendant in a lawsuit)?

   _____ Been a witness or an expert in a lawsuit?

   _____ Other involvement in a lawsuit (other than juror)

   If "Yes," please describe who, the experience, and the time frame of your experience.

   _____

   _____

23. Have you ever used the services of a lawyer for any reason, other than divorce or criminal issues?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

   If "Yes," please describe who the attorney(s) were, and the time frame of your experience.

   _____

   _____

24. Have you or anyone close to you ever sustained an injury you believed was due to someone else's negligence, whether it was a person, a company or anyone else, even if you did not sue?

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

   If "Yes," please describe your experience.

   _____

   _____

25. Do you follow state and local politics? (Candidates, issues, trends)   \_\_\_\_\_ Yes   \_\_\_\_\_ No

26. Do you have any military experience?   \_\_\_\_\_ Yes   \_\_\_\_\_ No

27. Have you ever voted for or against a politician based on his/her views or policies towards the civil justice system?

   \_\_\_\_\_ Yes   \_\_\_\_ No

28. Do you hold any negative opinions about corporations, in general?

    _____Yes      _____No

29. Have you or any members of your family or close friends ever owned or operated your own business?

    _____ Yes     _____ No

30. How would you describe your knowledge of vehicles (circle the one that best applies)?

    1. I know a lot about vehicles.
    2. I know an average amount about vehicles.
    3. I know very little about vehicles.

31. Do you, any members of your family, or close friends have any special knowledge of or experience in tire design, manufacturing, re-treading or repair?

    _____ Yes     _____ No

    If "Yes," please describe the experience, and the time frame of your experience.

    _____

    _____

32. Have you, or any of your family members, or close friends ever owned a Goodyear tire?

    ____Yes     ____No       ____Unsure

33. Have you ever suggested to another person that they should buy Goodyear tires, or requested Goodyear tires for your vehicle?

    ____Yes         ____No       ____Unsure

34. Do you, for any reason, avoid using Goodyear brand tires?

    ____Yes         ____No

    If "Yes," please explain.

    _____

    _____

8

35. Would any of your experiences with Goodyear products affect the way you viewed a case involving one of its tires?

    ____Yes  ____No

    If "Yes," please explain.

    _____

    _____

36. Have you purchased used tires for your vehicle?

    ____Yes  ____No

37. Do you drive a vehicle that is over 10 years old?

    ____Yes  ____No  ___Not sure

38. Have you ever had tires on your vehicle that were more than 10 years old?

    ___Yes  ____No  ___Not sure

39. Have you ever had an issue with a tire that you thought was defective?

    ____Yes  ____No

    If "Yes," please explain.

    _____

    _____

40. Have you, or anyone else close to you, ever been employed in concrete manufacturing, concrete delivery, concrete pouring, concrete stamping, or concrete sales?

    _____ Yes  _____ No

    If "Yes," please describe who, the experience, and the time frame of your experience.

    _____

    _____

9

**How much do you disagree or agree with the following opinions? Circle a number between 1 and 7, where 1 is "Disagree strongly" and 7 is "Agree strongly". (You may use any number in between as well.)**

41. There are too many lawsuits.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

42. Corporations will sacrifice safety if it means making more money.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

43. Jury awards are too high.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

44. It is an important part of a jury's job to send messages to the community and to corporations with its verdict.

    Disagree strongly   1   2   3   4   5   6   7   Agree Strongly

45. I would have a hard time putting my sympathy aside in a case in which a person was seriously and permanently injured.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

46. People are too ready to sue.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

47. In a case in which an injured person is suing a big company, I would more likely root for the injured person.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

48. There should be strict rules for determining damages in personal injury lawsuits.

    Disagree strongly   1   2   3   4   5   6   7   Agree Strongly

49. The justice system is rigged against the little guy.

    Disagree strongly   1   2   3   4   5   6   7   Agree Strongly

50. Lawsuits are costing us all too much money.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

51. If someone is injured while using a company's product, that company should pay the injured person, regardless of the circumstances.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

52. Sometimes lawyers file lawsuits in an attempt to take unfair advantage of wealthy individuals or companies.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

53. If a case makes it all the way to a jury trial, the defendant must have done something wrong.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

54. Most drivers would be unable to control a vehicle if the tire lost its tread (not went flat, but lost its tread) at highway speed.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

55. If a tire loses tread, there must be something wrong with the way the tire was made.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

56. I am a safer driver than most other drivers.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

57. I would be able to control my vehicle even if a tire suddenly de-treaded (not just a flat tire).

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

58. A tire should be designed to never lose tread regardless of how it is used or maintained.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

59. Most people never read warranties.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

60. Goodyear is a company you can trust to make safe products.

    Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

**The following are types of damages people can seek money for in a lawsuit. If there was evidence for it, would you be willing to award money for...**

| | | | |
|---|---|---|---|
| 61. | Medical expenses? | _____ Yes | _____ No |
| 62. | Mental anguish? | _____ Yes | _____ No |
| 63. | Pain and suffering? | _____ Yes | _____ No |
| 64. | Loss of wages | _____ Yes | _____ No |
| 65. | Punitive damages? | _____ Yes | _____ No |

66. If a seriously and permanently injured person fails to prove a company is to blame for his injuries in a lawsuit, would you have difficulty giving a verdict in which the person receives no money?

    _____ Yes    _____ No

67. Have you or any family members been involved in an injury automobile accident?

    _____ Yes    _____ No

68. Have you or any family members had a serious accident because of a tire that blew out or de-treaded (as opposed to a tire going flat)?

    _____ Yes    _____ No

69. Have you, a family member, or close friend, ever been a witness to a wreck because a tire blew out or de-treaded?

    _____ Yes    _____ No

70. Have you or a member of your family ever been injured while using any kind of product, whether medical, mechanical, etc.?

    _____ Yes    _____ No

    If "Yes," were those injuries caused, at least in part, by something you believe was wrong with the product?

    _____ Yes    _____ No

    If "Yes," to either question above, please explain

    _____

    _____

71. Do you support legislative proposals to place caps or limits on the amount of money juries can award?
    _____ Yes    _____ No

12

72. Which of the following best describes your political affiliation?

    1. Democrat           2. Republican
    3. Independent        4. Green party
    5. Tea party          6. Other
    7. None               8. Refuse to say

73. Do you think of yourself as a liberal, a moderate or a conservative?

    1. Liberal
    2. Moderate
    3. Conservative

74. What race or races do you consider yourself to be?  The U.S. Census categories are:

    1. White (Caucasian)                          2. Black or African American
    3. Asian                                      4. American Indian or Alaska Native
    5. Native Hawaiian or other Pacific Islander  6. Hispanic/Mexican American/Latino

75. Do you have significant uncorrected visual impairment that might prevent you from reading charts and materials from a distance?

    _____Yes   _____ No

    If "Yes," please explain.

    _____

    _____

13

76. Do you have any medical or physical problems, including any medications, that might affect your ability to serve as a juror?

    _____Yes  _____ No

    If "Yes," please explain

    _____

    _____

77. In a court of law, everyone is seen as equal no matter who you are—even if you are a company. Do you feel you could not give a company the same consideration in a lawsuit as they would an individual?

    _____Yes  _____ No

78. In a civil lawsuit, the plaintiff who brings the lawsuit has the burden to prove his or her claims. As the judge will instruct you, the defense has no burden of proof. Do you have opinions about this law that you would still apply a burden of proof to the defendant company in this case?

    _____Yes  _____ No

79. Is there any reason at all (for example, religious, political or personal) that would make it difficult for you to be a fair and impartial juror in this case?

    _____Yes  _____ No

    If "Yes," please explain.

    _____

    _____

14

80. Is there anything else the Court should know that might affect your ability to serve as a juror (e.g., emotional difficulties, concerns about the case subject, etc.)?

 _____ Yes   _____ No

 If "Yes," please explain.

 _____

 _____

81. Is there something that you would rather discuss in <u>private</u> with the Court?

 _____ Yes   _____ No

82. Would you like to serve as juror in this case?

 _____ Yes   _____ No

 If "Yes," please explain.

 _____

 _____

*Please review the following list of people and organizations.  If you or any of your family or close friends know or associate with anyone on this list, please circle who and explain how you know them below.*

| | | |
|---|---|---|
| Rysta Leona Susman | Shane Allen Loveland | Jacob Summers |
| Larry Blair | Goodyear Tire & Rubber Company | Dandee Concrete Construction Co. Inc. |
| Trooper Joseph Flasnick | Rob Gibson | Mary K. Gibson |
| Daniel T. Buser | Kramer's Towing | Action Care Ambulance Inc. |
| Wood River Rescue Unit | Good Samaritan EMS | Shelton Volunteer Fire & Rescue |
| David Southwell | Micky Gilbert | Craig Lichtblau, MD |
| Bernard Pettingill, Ph.D. | Chris Cornett, MD | William Sorrell, MD |
| Kearney Towing & Repair Center, Inc. | Jay Lawrence | Beale Robinson |
| Richard Olsen | Ray Young | Keith Trares |
| Madeline Komenic | Joseph Zekoski | James Stroble |
| Robert Altvater | Mark Grund | Yutaka Ito |
| Dr. Robert Crandall | Dr. Scott Smith | Joseph Grant |
| Stephen J. Fenton | Gray Beauchamp | Elizabeth Raphael |
| Alan Weintraub | Cathlin Vinett Mitchell | Ernest Goss |
| Nathan Dorris | Michael "Mike" Kerns | CHI Health Good Samaritan, Kearney, NE |
| Kearney Clinic, P.C. | Madonna Rehabilitation Hospital | Colorado Blood and Cancer Care |
| Learning Services Neurobehavioral Institute | Swedish Medical Center | Panorama Orthopedics & Spine Center |
| Kearney Regional Medical Centre | Madonna Rehabilitation Hospital | University of Nebraska Medical Center |
| New West Sports Medicine and Orthopaedic | The Law Firm of Kaster, Lynch, Farrar & Ball | The Law Firm of Schewebel, Goetz & Sieben, P.A. |
| The Fraser Stryker Law Firm | The Law Firm of Greensfelder, Hemker & Gale | The Law Firm of Baird Holm |
| The Law Firm of Yost & Baill | Attorney Kyle W. Farrar | Attorney Wesley T. Ball |
| Attorney Paul Godlewski | Attorney Michael F. Coyle | Attorney Edward S. Bott, Jr. |
| Attorney Clark Hedger | Attorney Julianne M. Rodriguez | Attorney Jennifer D. Tricker |
| Attorney Nicole M. Kustermann | Robert X. Cringely | Paul Schenarts, MD |
| James Mahalek, MD | | |

    Person                               Nature of contact

_____    _____

_____    _____

_____    _____

**I affirm, under penalty of perjury, that I have given complete and honest answers to all of the questions above.**

_____                              _____
         **Signature**                                                                              **Date**