# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as a Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS,

Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,

Defendant.

## ORDER ON FINAL PRETRIAL CONFERNECE

Case No. 8:18-cv-00127

A final pretrial conference was held on the 18th day of February, 2020. Appearing for the parties as counsel were:

Kyle W. Farrar, Michael Coyle and Paul Godlweski for the Plaintiffs.

Edward Bott, Jennifer Tricker, and Clark Hedger for The Goodyear Tire & Rubber Company ("Goodyear").

**(A)** **Exhibits.** See Attached.

**(B)** **Uncontroverted Facts.** The parties have agreed that the following may be accepted as established facts for purposes of this case only:

On May 1, 2015 Shane Loveland and Jacob Summers were passengers in the subject Silverado owned by Dandee Construction being driven by Larry Blair. They were on their way to

a job sight when the right rear tire suffered a partial tread separation without loss of air. The tire was a Goodyear Wrangler HT LT235/85R16 designed and manufactured by Goodyear in 1994. The vehicle crossed the median and rolled. Loveland suffered significant brain injuries and Summers suffered significant abdominal and orthopedic injuries.

On June 10, 2014, Kearney Towing & Repair Center, Inc. ("Kearney Towing") replaced the tires on the Silverado with four used tires provided to Kearney Towing by Dandee Construction, including the tire which suffered a partial tread separation.

**(C)** __Controverted and Unresolved Issues.__ The issues remaining to be determined and unresolved matters for the court's attention are:

1)  **Controverted Issues.**

Plaintiffs' allegations of design defect, manufacturing defect, negligence, damages and punitive damages are all controverted.

2)  **Remaining Factual Disputes.**

a.  Whether Goodyear breached its duty not to design or manufacture a product that created an "unreasonable risk of causing physical harm to those who use the product for a purpose for which Goodyear should expect it to be used by (1) failing to include in the Tire's design a nylon overlay or nylon cap ply and (2) manufacturing the Tire in a manner that purportedly resulted in misplaced, snaking, or inconsistently-placed belts.

b.  Whether the Tire at Issue was unreasonably dangerous or defective—i.e., whether the Tire had a propensity for causing physical harm beyond that which would be contemplated by the

ordinary user or consumer—because the Tire's design did not include a nylon overlay or nylon cap ply and because its manufacture purportedly resulted in misplaced, snaking, or inconsistently placed belts.

c. Whether Goodyear's design of the Tire "was in conformity with the generally recognized and prevailing state of the art in the industry at the time the specific product involved in the action was first sold to any person not engaged in the business of selling such product." Neb. Rev. Stat. Ann. § 25-21,182.

d. Whether Goodyear's conduct or either of the alleged defects in the Tire was a proximate cause of any injury or damage to plaintiffs.

e. Whether Goodyear acted with malice or with aggravated or egregious fraud, or whether Goodyear knowingly authorized, participated in, or ratified actions that were malicious or egregious.

f. Whether the conduct of Larry Blair was an efficient intervening cause or sole proximate cause of the accident and injuries. (Plaintiff's Motion in Limine pending/controverted by plaintiff.)

g. Whether the conduct of Dandee was an efficient intervening cause or sole proximate cause of the accident and injuries. (Plaintiff's Motion in Limine pending/controverted by plaintiff.)

h. Whether the conduct of Kearney Towing was an efficient intervening cause or sole proximate cause of the accident and injuries. (Plaintiff's Motion in Limine pending/controverted by plaintiff.)

**3) Bifurcation Of Trial Requested By Goodyear.**

As set out in Goodyear's Motion in Limine on this subject (ECF No. 177), Goodyear filed a motion for bifurcation that Plaintiffs opposed.

**4) Pending Motions in Limine.**

    **a.** *Plaintiffs' Motions in Limine*

        i.    Plaintiffs' Omnibus Motion in Limine

            I.    Scene Photos Suggesting Seatbelt Nonuse

            II.    Criminal History of Shane Loveland and Jacob Summers

            III.    Warranty of the Tire

            IV.    Comments about the Age of the Tire

            V.    Federal Motor Vehicle Safety Standards

            VI.    Prejudicial Issues Relating to Drugs

            VII.    Prejudicial References in Medical Records and Employment Records

            VIII.    Collateral Source Benefits

            IX.    Plaintiffs Sued Kearney Towing, Inc.

            X.    Fault of Kearney Towing, Inc.

        ii.    Plaintiffs' Motion in Limine on Certain Expert Witnesses

    **b.** *Goodyear's Motion in Limine*

        i.    Motion in Limine (ECF No. 160). Goodyear seeks an Order granting the following relief:

            1.    Exclusion of evidence of post-manufacture design changes to the Subject Tire/subsequent remedial measures. (ECF No. 161.)

2. Limiting Plaintiffs' expert witnesses' opinions and testimony to those subjects and opinions disclosed in their expert reports and deposition testimony.  (ECF No. 162.)

3. Precluding Plaintiffs' purported tire-failure expert, David Southwell, from offering opinions first disclosed during his deposition, but not included in his expert report.  (ECF No. 163.)

4. Precluding opinions from Plaintiffs' Rehabilitation Expert, Craig Lichtblau, MD, relating to medical treatment Mr. Loveland will likely not need in the future.  (ECF No. 164.)

5. Excluding evidence of other sizes, models, and designs of other tires.  (ECF No. 165.)

6. Precluding Plaintiffs' purported tire-failure expert, David Southwell, from wearing a lab coat at trial, handing out flashlights to the jurors, and from engaging in other improper interactions with the jury.  (ECF No. 166.)

7. Precluding Plaintiffs' purported tire-failure expert, David Southwell, from opining or commenting on the truthfulness of the witnesses and parties.  (ECF No. 167.)

8. Precluding evidence of plant practices at Goodyear's Gadsden, Alabama facility.  (ECF No. 168.)

9. Precluding evidence regarding discovery in other litigation, unless otherwise stipulated by the parties. (ECF No. 169.)

10. Precluding evidence regarding the Protective Order entered in this case and confidential documents produced in this case. (ECF No. 170.)

11. Precluding evidence of Goodyear's investigation into "tread throws" involving Goodyear Load Range E Light Truck Tires because of protections afforded by the self-critical analysis privilege. (ECF No. 171.)

12. Precluding evidence of "similar" accidents, claims, or lawsuits. (ECF No. 172.)

13. Precluding evidence of any private recall of tires or any post-sale duty to recall. (ECF No. 173.)

14. Precluding evidence of the National Highway Traffic Safety Administration's Preliminary Evaluation of Goodyear's Load Range E tires and Goodyear's Voluntary Replacement Program. (ECF No. 174.)

15. Precluding evidence regarding Bridgestone/Firestone recalls and incidents. (ECF No. 175.)

16. Precluding evidence of adjustment data. (ECF No. 176.)

17. Bifurcating the trial into liability and punitive damages phases and prohibiting Plaintiffs from offering punitive

damages evidence during the liability phase of the trial. (ECF No. 177.)

18. Precluding introduction of the "Day In The Life Video of Shane Loveland." (ECF No. 178.)

19. Exercising its supervisory power to keep any trade secrets and other commercially sensitive documents introduced at trial under seal and related relief. (ECF No. 179.)

20. Precluding evidence, regarding Goodyear's corporate status, wealth, or power.

21. Precluding reference to Goodyear having hired the best attorneys or experts who make a career out of coming to court to testify.

22. Precluding Plaintiffs from contrasting the wealth and power of the parties.

23. Precluding Plaintiffs from suggesting that Goodyear is motivated by greed.

24. Precluding Plaintiffs from suggesting that the jury should send a message through its verdict or that the verdict will make Goodyear take notice or do the "right thing."

25. Precluding Plaintiffs from suggesting collusion to distort the truth on the part of Goodyear and its witnesses.

26. Precluding Plaintiffs from invoking the jury's self-interest or what the verdict would mean to the jury personally.

**(D)     Witnesses.**

     **1)     Plaintiffs.**  All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

| | |
|---|---|
| **Rysta Susman** | **304 Sheppard Avenue** <br> **Hildreth, NE 68947** |
| **Jacob Summers** | **211 East 8th St., Apt. E6** <br> **Kearney, NE 68847** |
| **Craig Lichtblau, M.D.** <br> **Physical Medicine and Rehabilitation** <br> **Expert Witness** | **550 Northlake Blvd.** <br> **North Palm Beach, FL 33408** |
| **Bernard F. Pettingill, Ph.D.** <br> **Expert Witness** | **93 Sandborne Lane, PGA National** <br> **Palm Beach Gardens, FL 33418** |
| **Theresa Gibbs** | **304 Sheppard Avenue** <br> **Hildreth, NE 68947** |
| **Melissa Abate (Case Manager)** | **Learning Services Neurobehavioral** <br> **Institute** <br> **7201 W. Hampden Avenue** <br> **Lakewood, CO 80227** |
| **Chris A. Cornett, M.D.** <br> **Medical Provider** | **University of Nebraska Medical Center** <br> **42nd and Emile, Omaha, NE 68198** |
| **Paul Schenarts, M.D.** <br> **Medical Provider** | **University of Nebraska Medical Center** <br> **42nd and Emile, Omaha, NE 68198** |
| **David Southwell** <br> **Expert Witness** | **Tyrexperts, Inc.** <br> **27 Netherby Avenue** <br> **Netherby, South Australia 5062** |
| **Micky Gilbert** <br> **Expert Witness** | **Gilbert Engineering, LLC** <br> **16254 W. 77th Lane** <br> **Arvada, CO 80007** |
| **Jay K. Lawrence via Deposition** | Unknown |
| **Beale Robinson via Deposition** | Unknown |
| **Ray Young via Deposition** | Unknown |

**Joseph Zekoski via Deposition**               Unknown

**Richard Olsen via Deposition**               Unknown

**Keith Trares via Deposition**               Unknown

Plaintiffs **may call** the following witnesses at the trial of this matter:

| | |
|---|---|
| **James M. Mehalek, M.D.**<br>**Medical Provider** | **New West Sports Medicine and**<br>**Orthopaedic**<br>**2810 West 35th St., Ste. 1**<br>**Kearney, NE 68845** |
| **William T. Sorrell, M.D.**<br>**Medical Provider** | **CHI Health Good Samaritan**<br>**10 E. 31st St.**<br>**Kearney, NE 68847** |
| **Rob Gibson** | **Address Unknown** |
| **Mary K. Gibson** | **Address Unknown** |
| **Daniel T. Bueser**<br>**Dandee Concrete Construction Co., Inc.** | **305 E. 8th St.**<br>**Kearney, NE 68848** |
| **Derrick Beck** | **Address Unknown** |

2) **Goodyear.** All witnesses expected to be called to testify by Goodyear, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

    a.  Larry Blair—Omaha, Nebraska

    b.  Daniel Bueser—Kearney, Nebraska

    c.  Jay Lawrence—Uniontown, Ohio

    d.  Ryan Scarlett—Kearney, Nebraska

    e.  Andrew Fedderson (may)—Kearney, Nebraska

    f.  Mike Kerns (may)—Akron, Ohio

**g.** Joseph Grant—Matthews, North Carolina

**h.** Arthur Gray Beauchamp—Greenwood Village, Colorado

**i.** Stephen Fenton—Greenwood Village, Colorado

**j.** Alan Weintraub, M.D.—Englewood, Colorado

**k.** Cathlin Vinett Mitchell, RN, BSN—Brentwood, Tennessee

**l.** Ernest Goss, Ph.D.—Omaha, Nebraska

**m.** Brandon Southern (may)—Kearney, Nebraska

**n.** Jacob Summers (may)—Kearney, Nebraska

**o.** Rysta Susman (may)—Hildreth, Nebraska

**p.** Beale Robinson (may) (via deposition)—Unknown

**q.** Richard Olsen (may) (via deposition)—Unknown

**r.** Joseph Zekoski (may) (via deposition)—Unknown

**s.** Nathan Dorris (may)—Atlanta, Georgia

**t.** Elizabeth Raphael, M.D. (may)—Palo Alto, California

**(E)** **Expert Witnesses' Qualifications.**

**1)** **Plaintiffs.  Experts to be called by plaintiff and their qualifications are:** See curricula vitae (attached hereto as exhibits) for David Southwell, Micky Gilbert, Dr. Craig Lichtblau, Dr. Bernard Pettingill, Dr. Paul Schenarts and Dr. Chris Cornett.

**2)** **Goodyear.  Experts to be called by Goodyear and their qualifications are:** See curricula vitae (attached hereto as exhibits) for Joseph Grant, Arthur Gray Beauchamp, Stephen Fenton, Alan Weintraub, M.D., Cathlin

Vinett Mitchell, RN, BSN, Ernest Goss, Ph.D., Elizabeth Raphael, M.D., and Nathan Dorris.

**(F)** <u>**Voir Dire.**</u>  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct of juror examination:

The parties have agreed and prepared a juror questionnaire and filed a joint motion to the Court for approval. A copy of said questionnaire is attached hereto as Exhibit A. The parties request the Court administer the questionnaire to the panel on Monday, March 16 to allow the parties to review the information overnight and prepare for Voir Dire which begins on March 17.

The parties suggest that the Court examine potential jurors first regarding general background issues.  Following the Court's examination, counsel for the parties may conduct additional examinations of prospective jurors for up to one hour apiece, subject to the Court's ability to limit or stop these examinations in its discretion.

Plaintiffs should receive three peremptory challenges total. Goodyear should receive three peremptory challenges.

**(G)** <u>**Number of Jurors.**</u>  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest as follows:

**1.** **Plaintiffs propose** that this matter be tried to a jury composed of 6 members and 2 alternates.  **2.  Goodyear proposes** that this matter be tried to a jury composed of 12 members and 2 alternatives.

**(H)** <u>**Verdict.**</u>  **Goodyear will** not stipulate to a less-than-unanimous verdict.  **Plaintiffs will** make such a stipulation

(I)  **Briefs, Instructions, and Proposed Findings.**  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

All jury instructions and trial briefs should be submitted seven days prior to the start of the trial as set forth in NECivR 51.1(a).

(J)  **Length of Trial.**  Counsel estimate the length of trial will consume not less than 8 day(s), not more than 12 day(s), and probably about 10 day(s).  **(The court has reminded the parties that the final progression order indicated 10 days of trial.)**

(K)  Trial Date.  Trial is set to begin on March 17, 2020.

(L) **Other.** The parties shall exchange deposition designations by February 21, 2020, counter-designations and objections to designations by February 28, 2020, and objections to counter-designations by March 2, 2020.

(M)  Andrea Groppe, paralegal for Edward Bott, Jr., attorney at Greensfelder, Hemker Law Firm, 10 S. Broadway, Suite 2000, St. Louis, Missouri, shall be allowed to bring a cell phone, laptop and iPad into the courtrooms from March 17, 2020 through April 2, 2020.

Dated:  February 18, 2020

KASTER, LYNCH, FARRAR & BALL, LLP

By:  s/ Kyle W. Farrar
Kyle W. Farrar (*pro hac vice*)
Wesley Todd Ball (*pro hac vice*)
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)

(713) 221-8301 (Facsimile)
kyle@fbtrial.com


SCHWEBEL, GOETZ & SIEBEN, P.A.


By: s/ Paul E. Godlewski
Paul E. Godlewski
5120 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
pgodlewski@schwebel.com

AND

FRASER, STRYKER LAW FIRM


By: s/ Michael F. Coyle
Michael F. Coyle
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*


GREENSFELDER, HEMKER & GALE, P.C.


By: s/ Eward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com

jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP


By: s/ Jennifer D. Tricker
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

BY THE COURT:


Susan M. Bazis, United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as a Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>               Defendant. | **PLAINTIFFS EXHIBIT LIST SUBJECT TO OFFER**<br><br><br>Court File Number: 8:18CV127 |

Goodyear submits the following objections to Plaintiffs' proposed exhibits in the trial of the above captioned matter.

| PLF | DF | DESCRIPTION | OFF | OBJ[1] | RC VD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|
| 1. | | Nebraska State Patrol Select Photos of Accident Scene | | | X | | |
| 2. | | Photos of Shane Loveland in Hospital | | R. FRCP 26(a), (e); 37(b), (c). FRE 403. | | | |
| 3. | | Video of Shane in the Hospital | | R. FRCP 26(a), (e); | | | |

---

[1] **OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**
**F: Foundation**
**FRE: Federal Rule of Evidence**
**FRCP: Federal Rule of Civil Procedure**
**MIL: Goodyear's Motion in Limine**
**MIL No. 161: Re post-manufacture design changes to Subject Tire**
**MIL No. 164: Re Dr. Lichtblau opinion on medical treatment Mr. Loveland will likely not need in the future**
**MIL No. 165: Re other tires, models, or designs**
**MIL No. 168: Re plant practices at Goodyear's Gadsden, Alabama facility**
**MIL No. 170: Re redaction of confidentiality legends prior to publishing to jury**
**MIL No. 171: Re investigation into "tread throws" involving Load Range E tires**
**MIL No. 172: Re other accidents, claims, or lawsuits**
**MIL No. 173: Re private recall**
**MIL No. 174: Re National Highway Traffic Safety Administration's Preliminary Evaluation of Load Range E tires and Goodyear's Voluntary Replacement Program**
**MIL No. 175: Re Bridgestone/Firestone recall and incidents**
**MIL No. 176: Re adjustment data**
**MIL No. 178: Re "Day in the Life Video of Shane Loveland"**
**MIL No. 179: Re sealing trade secret material or commercially sensitive documents**

| No. | | Description | | | | |
|-----|---|-------------|---|---|---|---|
| | | | 37(b), (c). FRE 403. | | | |
| 4. | | Photos of Shane at Home in Hildreth, NE | R. FRCP 26(a), (e); 37(b), (c). FRE 403. | | | |
| 5. | | Photos of Shane in Physical Therapy | R. FRCP 26(a), (e); 37(b), (c). FRE 403. | | | |
| 6. | | Photos of Shane with the Kids Before the Accident | R. FRCP 26(a), (e); 37(b), (c). FRE 403. | | | |
| 7. | | Photos of Shane with his family Before the Accident | R. FRCP 26(a), (e); 37(b), (c). FRE 403. | | | |
| 8. | | Day in the Life Video of Shane Loveland | MIL (ECF No. 178). R. FRE 403. H. | | | |
| 9. | | Shane Loveland's Employment File from Dandee Construction | | X | | |
| 10. | | Medical Records for Shane Loveland from Good Samaritan Hospital | | X | | |
| 11. | | Medical Records from Madonna Rehabilitation | | X | | |
| 12. | | Medical Records for Shane Loveland from Swedish Medical Center | | X | | |
| 13. | | Medical Records for Shane Loveland from Quest Diagnostics | | X | | |
| 14. | | Medical Records for Shane Loveland from Learning Services Corp | | X | | |
| 15. | | Medical Records for Shane Loveland Front Range Spine | | X | | |
| 16. | | Medical Records for Shane Loveland from Laboratory Corp of American | FRCP 26(a), (e); 37(b), (c). | | | |
| 17. | | Medical Records for Shane Loveland from Paranorma Orthopedics | | X | | |
| 18. | | Medical Records for Shane Loveland from Colorado Blood and Cancer Care | | X | | |
| 19. | | Medical Records for Shane Loveland from Action Care Ambulance | | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20. | | Medical Records for Shane Loveland from Donald J. Zimmer, D.D.S. | | | X | |
| 21. | | Medical Records for Shane Loveland from Central Nebraska Rehabilitation | | FRCP 26(a), (e); 37(b), (c). | | |
| 22. | | Medical Records for Shane Loveland from Kearney Clinic | | | X | |
| 23. | | Medical Records for Shane Loveland from Kearney Anesthesia Associates | | FRCP 26(a), (e); 37(b), (c). | | |
| 24. | | Medical Records for Shane Loveland from Midwest Medical Transport | | FRCP 26(a), (e); 37(b), (c). | | |
| 25. | | Medical Records for Shane Loveland from Alegent Creighton Clinic | | FRCP 26(a), (e); 37(b), (c). R. F. | | |
| 26. | | Medical Records for Shane Loveland from Heartland Hematology & Oncology | | FRCP 26(a), (e); 37(b), (c). R. F. | | |
| 27. | | Medical Records for Shane Loveland from Advanced Medical Imaging | | FRCP 26(a), (e); 37(b), (c). | | |
| 28. | | CD-ROMs of Imaging Studies from Good Samaritan Hospital | | | X | |
| 29. | | CD-ROM of Imaging Studies from Advanced Medical Imaging | | FRCP 26(a), (e); 37(b), (c). | | |
| 30. | | CD-ROM of Imaging Studies from Swedish Medical Center | | | X | |
| 31. | | Summary of Injuries (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |
| 32. | | Diagnostic Exhibits (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |
| 33. | | Surgical Procedure of Right Ventriculostomy (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |
| 34. | | Surgical Procedure of Insertion of Thoracostomy Tube (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |
| 35. | | Surgical Procedure of Right Thoractomy with Repair of Right Hemidiaphragm (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |
| 36. | | Interactive Exhibit of Shane Loveland (Demonstrative) | | Demonstratives to be exchanged wk of 3/9/20 | | |

| No. | | Description | | | | |
|---|---|---|---|---|---|---|
| 37. | | Itemization of Past Medical Bills | | FRCP 26(a), (e); 37(b), (c). R. F. FRE 1006. | | |
| 38. | | Medical Bills | | FRCP 26(a), (e); 37(b), (c). | | |
| 39. | | Report of Craig H. Lichtblau, M.D. | | MIL (ECF No. 164). H. R. F. | | |
| 40. | | CV, Fee Schedule & Deposition/Testimony Log of Craig H. Lichtblau, M.D. | | | X | |
| 41. | | Craig H. Lichtblau's Continuation of Care for Shane Loveland (Depo Exhibit H) | | MIL (ECF No. 164). H. R. F. | | |
| 42. | | Photos relied upon by Dr. Lichtblau | | | X | |
| 43. | | Craig Lichtblau's File Materials | | | X | |
| 44. | | Report of Bernard Pettingill, Jr., Ph.D. dated 03/13/19 | | H. R. F. | | |
| 45. | | Report of Bernard Pettingill, Jr., Ph.D. Pettingill dated 11/19/19 | | H. R. F. | | |
| 46. | | CV, Fee Schedule, Deposition/Testimony Log of Bernard Pettingill, Jr., Ph.D. | | | X | |
| 47. | | Basic Assumptions from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | H. R. F. | | |
| 48. | | Loss of Earnings Capacity from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | H. R. F. | | |
| 49. | | Quantitative Economic Loss Summary from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | H. R. F. | | |
| 50. | | Wage Loss Summary from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | H. R. F. | | |
| 51. | | Future Medical Categories from Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | H. R. F. | | |
| 52. | | Life Table for White Males relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | X | |
| 53. | | Minimum Wage Per Hour Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | X | |
| 54. | | Inflation C.P.I. Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| 55. | | Medical Inflation Table relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | | X | |
| 56. | | Year to Year Changes in Medical Care Costs relied upon by Bernard Pettingill, Jr., Ph.D. for Shane Loveland | R. F. | | |
| 57. | | Bernard Pettingill File Materials | H. R. F. | | |
| 58. | | Injury Photos of Jacob Summers | FRCP 26(a), (e); 37(b), (c). FRE 403. | | |
| 59. | | Medical Records for Jacob Summers from Good Samaritan Hospital | | X | |
| 60. | | Medical Records for Jacob Summers from Central Nebraska Rehabilitation | FRCP 26(a), (e); 37(b), (c). | | |
| 61. | | Medical Records for Jacob Summers The Nebraska Medical Center | | X | |
| 62. | | Medical Records for Jacob Summers from Alpha Rehabilitation | FRCP 26(a), (e); 37(b), (c). | | |
| 63. | | Medical Records for Jacob Summers from New West Sports Medicine | | X | |
| 64. | | Medical Records for Jacob Summers from Aegis Sciences | FRCP 26(a), (e); 37(b), (c). R. F. | | |
| 65. | | Medical Records for Jacob Summers from Kearney Clinic, P.C. | FRCP 26(a), (e); 37(b), (c). | | |
| 66. | | Medical Records for Jacob Summers from American Institute of Toxicology | FRCP 26(a), (e); 37(b), (c). | | |
| 67. | | Medical Records for Jacob Summers from Family Practice Associates | FRCP 26(a), (e); 37(b), (c). | | |
| 68. | | Medical Records for Jacob Summers from David M. McConnell, M.D., LLC | FRCP 26(a), (e); 37(b), (c). R. F. | | |
| 69. | | Medical Records for Jacob Summers from Advanced Radiology of GI | FRCP 26(a), (e); 37(b), (c). R. F. | | |
| 70. | | Medical Records for Jacob Summers from Heartland Pain Clinics | FRCP 26(a), (e); 37(b), (c). | | |
| 71. | | Medical Records for Jacob Summers from Heartland Surgery Center | FRCP 26(a), (e); 37(b), (c). | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72. | | Medical Records for Jacob Summers from Platte Valley Medical Clinic | | | X | | |
| 73. | | Medical Records for Jacob Summers from Brian Medical Center | | FRCP 26(a), (e); 37(b), (c). R. F. | | | |
| 74. | | Medical Records for Jacob Summers from Kearney Regional Medical Center | | | X | | |
| 75. | | Medical Records for Jacob Summers from Eastern Ambulance Services | | FRCP 26(a), (e); 37(b), (c). R. F. | | | |
| 76. | | Medical Records for Jacob Summers from Madonna Rehabilitation Specialists | | | X | | |
| 77. | | Medical Records for Jacob Summers from Advanced Medical Imaging | | FRCP 26(a), (e); 37(b), (c). | | | |
| 78. | | Medical Records for Jacob Summers from Family Physical Therapy & Sports | | FRCP 26(a), (e); 37(b), (c). | | | |
| 79. | | Medical Records for Jacob Summers from Frontier Home Medical | | FRCP 26(a), (e); 37(b), (c). | | | |
| 80. | | Medical Records for Jacob Summers from Lincoln Radiology Group | | FRCP 26(a), (e); 37(b), (c). R. F. | | | |
| 81. | | Medical Records for Jacob Summers from Central Pathology Services, LLC | | FRCP 26(a), (e); 37(b), (c). | | | |
| 82. | | Medical Records for Jacob Summers from Burton Prosthetics | | FRCP 26(a), (e); 37(b), (c). | | | |
| 83. | | CD-ROM of Imaging Studies for Jacob Summers from New West Sports Medicine | | | X | | |
| 84. | | CD-ROM of Imaging Studies for Jacob Summers from Good Samaritan Hospital | | | X | | |
| 85. | | CD-ROM of Imaging Studies for Jacob Summers from Nebraska Medical Center | | FRCP 26(a), (e); 37(b), (c). | | | |
| 86. | | CD-ROM of Imaging Studies for Jacob Summers from Advanced Medical Imaging | | FRCP 26(a), (e); 37(b), (c). | | | |
| 87. | | CD-ROM of Imaging Studies for Jacob Summers from Family Practice Association | | FRCP 26(a), (e); 37(b), (c). | | | |

| | | | | | |
|---|---|---|---|---|---|
| 88. | CD-ROM of Imaging Studies for Jacob Summers from Kearney Regional Medical Center | | FRCP 26(a), (e); 37(b), (c). | | |
| 89. | CD-ROM of Imaging Studies for Jacob Summers from Kearney Clinic | | FRCP 26(a), (e); 37(b), (c). | | |
| 90. | Dandee Employment Records for Jacob Summers | | | X | |
| 91. | Itemization of Past Wage loss | | FRCP 26(a), (e); 37(b), (c). F. | | |
| 92. | Itemization of Medical Specials | | FRCP 26(a), (e); 37(b), (c). F. FRE 1006. | | |
| 93. | Medical Bills | | FRCP 26(a), (e); 37(b), (c). | | |
| 94. | Summary of Injuries (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 95. | Surgical Procedure of Emergency Abdominal Surgery of 05/01/15 (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 96. | Surgical Procedure of 05/04/15 Abdominal Surgery (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 97. | Surgical Procedure of 05/08/17 Posterior Cervical Fusion at C4-7 (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 98. | Surgical Procedure of 12/13/16 C6-7 Anterior Cervical Discectomy and Fusion (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 99. | Interactive Exhibit of Jacob Summers (Demonstrative) | | Demonstratives to be exchanged wk of 3/9 | | |
| 100. | CV of Chris Cornett, M.D. | | | X | |
| 101. | CV of James Mahelak, M.D. | | | X | |
| 102. | CV of William Sorrell, M.D. | | | X | |
| 103. | CV of Paul J. Schenarts, M.D. | | | X | |
| 104. | Subject Right Rear Tire Goodyear Wrangler HT LT235/85R16 | | | X | |
| 105. | Subject Right Rear Wheel | | | X | |
| 106. | Companion Left Rear Goodyear Wrangler HT LT235/85R16 | | | X | |
| 107. | Companion Left Rear Wheel | | | X | |
| 108. | Companion Right Front Tire Goodyear Wrangler HT LT235/85R16 | | | X | |
| 109. | Companion Right Front Wheel | | | X | |

| | | | | | |
|---|---|---|---|---|---|
| 110. | Companion Left Front Tire Goodyear Wrangler HT LT235/85R16 | | | X | |
| 111. | Companion Left Front Wheel | | | X | |
| 112. | David Southwell's Curriculum Vitae<br>*Marked as Exhibit 7 to David Southwell's March 28, 2019 deposition.* | | | X | |
| 113. | David Southwell's March 2019 Expert Report | MILs (ECF Nos. 161, 163, 165, 167, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407, 702. | | | |
| 114. | David Southwell's Supplemental Expert Report after Receipt of Global Master Specification | MILs (ECF Nos. 163, 170, 179).<br>R. H. FRE 403. | | | |
| 115. | David Southwell's Subject Right Rear Tire Photographs | | | X | |
| 116. | David Southwell's Companion Left Rear Tire Photographs | | | X | |
| 117. | David Southwell's Companion Left Front Tire Photographs | | | X | |
| 118. | David Southwell's Companion Right Front Tire Photographs | | | X | |
| 119. | David Southwell's Subject Right Rear Tire X-rays | R. F. FRE 403. | | | |
| 120. | David Southwell's Companion Left Rear Tire X-Rays | R. F. FRE 403. | | | |
| 121. | David Southwell's Companion Left Front Tire X-Rays | R. F. FRE 403. | | | |
| 122. | David Southwell's Companion Right Front Tire X-Rays | R. F. FRE 403. | | | |
| 123. | David Southwell's Companion Left Rear Tire Shearography | R. F. FRE 403. | | | |
| 124. | David Southwell's Companion Left Front Tire Shearography | R. F. FRE 403. | | | |
| 125. | David Southwell's Companion Right Front Tire Shearography | R. F. FRE 403. | | | |
| 126. | David Southwell's Reference Materials | R. F. FRE 403. | | | |
| 127. | Micky Gilbert's Curriculum Vitae | | | X | |
| 128. | Micky Gilbert's March 12, 2019 Expert Report | H. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 4 to Micky Gilbert's deposition taken on April 14, 2019.* | | | | |
| 129. | | Micky Gilbert's Scene Photographs | | | X | |
| 130. | | Micky Gilbert's Scene Drone Photographs | | | X | |
| 131. | | Micky Gilbert's Vehicle Photographs | | | X | |
| 132. | | Micky Gilbert's Tire and Wheel Photographs | | | X | |
| 133. | | Micky Gilbert's Accident Calculations *Marked as Exhibit 6 to Micky Gilbert's deposition taken on April 14, 2019.* | | | X | |
| 134. | | Micky Gilbert's Subject Vehicle Ghost Image | | | X | |
| 135. | | Micky Gilbert's Scene Diagram *Marked as Exhibit 5 to Micky Gilbert's deposition taken on April 14, 2019.* | | | X | |
| 136. | | Micky Gilbert's Scene Models 1-5 | | | X | |
| 137. | | Micky Gilbert's Vehicle Models 1-2 | | | X | |
| 138. | | Micky Gilbert's Reference Materials (Core Documents) *Marked as Exhibit 1 to Micky Gilbert's deposition taken on April 14, 2019.* | R. F. | | | |
| 139. | | Bosch Crash Data Retrieval *Blair000219-224* | | | X | |
| 140. | | Gadsden Tire Specification *GY Susman 28939-28965* | MIL (ECF No. 170, 179). | | | |
| 141. | | Gadsden Tire Specification *GY Susman 28966-28971* | MIL (ECF No. 170, 179). | | | |
| 142. | | Gadsden Tire Specification *GY Susman 28972-29010* | MIL (ECF No. 170, 179). | | | |
| 143. | | Spec Change Authorization Sheet *GY Susman 28932-28938* | MIL (ECF No. 170 , 179). | | | |
| 144. | | Mold Drawing *GY Susman 36466-36473* | MIL (ECF No. 170, 179). | | | |
| 145. | | GMS – Holographic Examination of RLT *GY Susman 36300-36314* | MIL (ECF No. 170, 179). | | | |

| | | | | | |
|---|---|---|---|---|---|
| 146. | GMS – Tolerances & Limitations of RLT<br>*GY Susman 36315-36334* | | MIL (ECF No. 170, 179). | | |
| 147. | GMS – X-Ray Disposition RLT<br>*GY Susman 36335-36363* | | MIL (ECF No. 170, 179). | | |
| 148. | GMS – Cut Tire Programs<br>*GY Susman 36364-36367* | | MIL (ECF No. 170, 179). | | |
| 149. | GMS – Cut Tire Program<br>*GY Susman 36368-36429* | | MIL (ECF No. 170, 179). | | |
| 150. | GMS – Quality Assurance Programs<br>*GY Susman 36430-36465* | | MIL (ECF No. 170, 179). | | |
| 151. | GMS – Tolerances & Limitations RLT<br>*GY Susman 36474-36492* | | MIL (ECF No. 170, 179). | | |
| 152. | Goodyear/Kelly Load Range E Warranty<br>*GY Susman 6187-6202* | | MILs (ECF Nos. 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403. | | |
| 153. | Universal Adjustment System Version 3.8<br>Adjustment data Subject Tire<br>*GY Susman 20838-20844* | | MILs (ECF No. 170, 176, 179).<br>R. FRE 403. | | |
| 154. | Goodyear Wrangler HT Tire Information Page<br>*Marked as Exhibit 502 to deposition of Jay Lawrence taken on November 15, 2019.* | | R. F. | | |
| 155. | Important Safety Program dated 02/12/02<br>*GY Susman 01385-01401*<br>*Marked as Exhibit 503 to deposition of Jay Lawrence taken on November 15, 2019.* | | MILs (ECF No. 161, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 156. | Product Performance Review dated 09/17/97<br>*GY Susman 31805-31824*<br>*Marked as Exhibit 504 to deposition of Jay Lawrence taken on November 15, 2019.*<br>*Also, marked as Exhibit 29 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 172, 174, 176, 179).<br>R. FRE 403. | | |
| 157. | North American Tire Crown Integrity Update dated 04/01/99<br>*GY Susman 24263-24279* | | MILs (ECF Nos. 161, 165, 170, 171, 172, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 505 to deposition of Jay Lawrence taken on November 15, 2019.* | | 174, 176, 179). R. FRE 403, 407. | | |
| 158. | | Crown Area Improvements in LR E MPV Tires (An Overview of Kelly/Goodyear Work) dated 11/05/96 *GY Susman 26475-26482 Marked as Exhibit 506 to deposition of Jay Lawrence taken on November 15, 2019. Also, marked as Exhibit 3 to Beale Robinson's Deposition taken in Frankl. Also, marked as Exhibit 27 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28228-28268.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |
| 159. | | ODI Resume dated 11/21/00 *GY Susman 01366-01368 Marked as Exhibit 507 to deposition of Jay Lawrence taken on November 15, 2019.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 173, 174, 176, 179). R. FRE 403, 407. | | |
| 160. | | Correspondence to Dennis O'Connor dated 12/01/00 *GY Susman 26385-26391 Marked as Exhibit 508 to deposition of Jay Lawrence taken on November 15, 2019. Also marked as Exhibit 17 to Chester Patterson's Deposition taken in Ebanks bates GY Susman 26385-26391. Also marked as Exhibit 25 to Ernest Kessell's Deposition taken in Garcia bates GY Susman 26208-26215.* | | MILs (ECF Nos. 165, 170, 172, 174, 179). R. FRE 403, 407. | | |
| 161. | | Trailer Tire Changeover Program dated 07/07/00 *GY Susman 30629-30631 Marked as Exhibit 509 to deposition of Jay Lawrence taken on November 15, 2019. Also, marked as Exhibit 1 to Dennis O'Connor's Deposition taken in Boerm.* | | MILs (ECF Nos. 161, 165, 170, 172, 174, 179). R. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 162. | | Tread/Top Belt 'Throws' dated 01/25/96<br>*GY Susman 21533-21562* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 163. | | Tread/Top Belt Throw dated 03/01/96<br>*GY Susman 22669-22682* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 164. | | RLT Damage Claims<br>*GY Susman 22229* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 165. | | RLT Crown Integrity dated 05/13/96<br>*GY Susman 22763-22776*<br>***Also, identified as 989 and 992 in Joseph Zekoski's Deposition taken in Ebanks.*** | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 166. | | Adjustments<br>*GY Susman 27690-27691* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 167. | | Damage Claim Summary Cumulative<br>*GY Susman 27895*<br>***Also, identified as 952 in Joseph Zekoski's Deposition taken in Ebanks.*** | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 168. | | Chart of LRE claims from 1992-1998<br>*GY Susman 36695-36864* | | MILs (ECF Nos. 161, 165, 170, 172, 179).<br>R. FRE 403, 407. | | |
| 169. | | Chart of LRE Claims<br>*GY Susman 36865-37021* | | MILs (ECF Nos. 161, 165, 170, 172, 179). | | |

| | | | | R. FRE 403, 407. | | | |
|---|---|---|---|---|---|---|---|
| 170. | | NHTSA Reported Damage Claims<br>*GY Susman 4250-4252* | | MILs (ECF Nos. 161, 165, 170, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 171. | | Status of 'Tread Throw' Analysis<br>*GY Susman 20946-20952* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 172. | | RLT LR E Crown Integrity<br>*GY Susman 22041-22151* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 173. | | RLT Crown Durability Testing dated 06/03/96<br>*GY Susman 22259-22273*<br>*Also, marked as Exhibit 9 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28169-28170.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 174. | | 'Tread Throw' Team Kickoff Meeting dated 02/16/96<br>*GY Susman 22637-22653* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 175. | | RLT Crown Separation by Tire Line<br>*GY Susman 31348-31350* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 176. | | Crown Area Improvements in LR E MPV Tires<br>*GY Susman 31369-31376* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 177. | | NHTSA Load Range E Issues<br>*GY Susman 6216-6288* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 178. | | Overlay Implementation Meeting<br>*GY Susman 23115-23116* | | MILs (ECF Nos. 161, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 179. | | RLT Crown Integrity Test<br>*GY Susman 23156-23158* | | MILs (ECF Nos. 161, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 180. | | Isuzu NPR Truck<br>*GY Susman 24624-24634* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 181. | | FEA of Crown vs Flat Built Nylon Spiral Overlay Tires<br>*GY Susman 24918-24927* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 182. | | Email dated 11/11/98<br>*GY Susman 25494* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 183. | | LR E Tread Separation Review Meeting 8/23/00<br>*GY Susman 25685-25686* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 184. | | LR E Tread Separation Update<br>*GY Susman 25687-25692* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 185. | | Overlay FEA Analysis | | MILs (ECF Nos. 161, | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *GY Susman 27889* | | 170, 171, 174, 179). R. FRE 403, 407. | |
| 186. | | RLT A-Team Meeting (#2. 2/20/96) dated 02/26/96 *GY Susman 20873-20876* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 187. | | RLT A-Team Meeting #3 (2/28/96) dated 02/29/96 *GY Susman 20877-20882* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 188. | | RLT A-Team Meeting #4 (3/6/96) dated 03/07/96 *GY Susman 20883-20888* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 189. | | RLT A-Team Meeting #5 (3/12/96) dated 03/14/96 *GY Susman 20889-20899* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 190. | | RLT A-Team Meeting #6 (3/22/96) dated 03/25/96 *GY Susman 22699-22705* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 191. | | RLT A-Team Meeting # 7 *(3/27/96)* dated 03/28/96 *GY Susman 20907-20915* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 192. | | RLT A-Team Meeting #9 (4/10/96) dated 04/10/96 *GY Susman 20923-20929* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | |
| 193. | | RLT A-Team Meeting #10 (4/17/96) dated 04/10/96 *GY Susman 21018-21023* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | R. H. FRE 403, 407. | | | |
| 194. | | RLT A-Team Meeting #11 (4/24/96) dated 04/25/96 *GY Susman 21024-21032* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 195. | | RLT A-Team Meeting # 13 (5/08/96) dated 05/09/96 *GY Susman 22755-22762* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 196. | | RLT A-Team Meeting # 14 (5/15/96) dated 05/15/96 *GY Susman 21051-21059* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 197. | | RLT Crown Integrity Team Meeting #16 (5/29/96) dated 05/29/96 *GY Susman 21069-21084* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 198. | | RLT Crown Integrity Team Meeting #17 (6/05/96) dated 06/05/96) *GY Susman 22809-22817* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 199. | | Crown Integrity Team Meeting #18 (6/12/96) dated 06/12/96 *GY Susman 21094-21096* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 200. | | RLT Crown Integrity Team Meeting #19 (6/26/96) dated 06/27/96 *GY Susman 21097-21106* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 201. | | RLT Crown Integrity Team Meeting #21 (7/17/96) dated 07/18/96 *GY Susman 21117-21129* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |

| | | | | MILs (ECF | | |
|---|---|---|---|---|---|---|
| 202. | | RLT Crown Integrity Team Meeting #22 (7/24/96) dated 07/24/96) *GY Susman 22870-22880* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 203. | | RLT Crown Integrity Team Meeting #23 (8/07/96) dated 08/08/96 *GY Susman 21141-21152* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 204. | | 96242RDS 0484-RLT Crown Integrity Team dated 10/08/96 *GY Susman 22949* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | |
| 205. | | RLT Adjustment Data Need dated 07/02/96 *GY Susman 22950-22951* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | |
| 206. | | ODI Resume *GY Susman 00001 Marked as Exhibit 15 to Chester Patterson's Deposition at GY Susman 26381.* | | MILs (ECF Nos. 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 207. | | Cover Letter responses to NHTSA's inquiries regarding NSA-12jfa PE00-046 *GY Susman 03702-03744* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 208. | | 09.05.2001 letter to NHTSA *GY Susman 01126-01128* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 209. | | LA Times 'Goodyear Replaced Tires in 'Silent Recall,' Critics Allege | | FRCP 26(a), (e); 37(b), (c). MILs (ECF Nos. 161, 165, 170, 171, 172, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 173, 174, 175, 179). R. H. F. FRE 403, 407. | | | |
| 210. | | Letter to Kenneth Weinstein dated 01/28/02 *GY Susman 32013-32039* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 211. | | Summary of Crown Claims – 1996 Gadsden Production LT245/75R16 LR E Wrangler AT 11BT0 (740 353 439) *GY Susman 26432-26433* *Marked as Exhibit 1 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 212. | | Crown Area Improvements in LR E MPV Tires (An Overview of Kelly/Goodyear Work) *GY Susman 26434-26474* *Marked as Exhibit 2 to Beale Robinson's Deposition taken in Frankl.* *Also, marked as Exhibit 14 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31600-31640.* *Additional bates at GY Susman 31307-31347* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 213. | | RLT LR-E Crown Integrity Improvement 'ACT' Team *GY Susman 26483-26489* *Marked as Exhibit 4 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 214. | | Problem Summary *GY Susman 26490-26512* *Marked as Exhibit 5 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 215. | | Fayetteville/Gadsden Cure System Study June 9-13, 1997 *GY Susman 26513-26524* | MILs (ECF Nos. 161, 165, 168, 170, 171, | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 6 to Beale Robinson's Deposition taken in Frankl.* | 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 216. | | Product Performance *GY Susman 26525-26544* *Marked as Exhibit 7 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 217. | | RLT LR-E Crown Integrity Improvement Background/Overview *GY Susman 26545-26585* *Marked as Exhibit 8 to Beale Robinson's Deposition taken in Frankl.* *Also, marked as Exhibit 31 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31833-31873.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 218. | | Crown Integrity Review December 4, 1997 *GY Susman 26586-26610* *Marked as Exhibit 9 to Beale Robinson's Deposition taken in Frankl.* *Also, marked as Exhibit 5 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28153-28165.* *Also, marked as Exhibit 18 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28184-28191.* See also *GY Susman 31519-31543.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 219. | | RLT Crown Integrity Overview *GY Susman 26611-26630* *Marked as Exhibit 10 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | | |
| 220. | | RLT LR-E Crown Integrity *GY Susman 26631-26654* *Marked as Exhibit 11 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Also, marked as Exhibit 13 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 25892-25915.* **Also, identified as 1408 and 1409 in Joseph Zekoski's Deposition taken in Ebanks.** | | R. FRE 403, 407. | | |
| 221. | | North America Tire Crown Integrity Update April 1999 *GY Susman 26655-26672 Marked as Exhibit 12 to Beale Robinson's Deposition taken in Frankl.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |
| 222. | | RLT Crown Integrity Team Meeting #15 *GY Susman 26673-26681 Marked as Exhibit 13 to Beale Robinson's Deposition taken in Frankl. See also GY Susman 21060-21068* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |
| 223. | | Opportunities for Cured Tire Scrap Reduction *GY Susman 26682-26686 Marked as Exhibit 14 to Beale Robinson's Deposition taken in Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | |
| 224. | | RLT Tread Throw Team #2 Kickoff Meeting *GY Susman 26687-26690 Marked as Exhibit 15 to Beale Robinson's Deposition taken in Frankl. Also, marked as Exhibit 22 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31727-31730.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | |
| 225. | | RLT Tread Throw Team #2 Kickoff Meeting dated 02/19/96 *GY Susman 20869-20872* **Also, identified as 474 in Joseph Zekoski's Deposition taken in Ebanks.** | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | |
| 226. | | RLT A-Team Meeting #8 *GY Susman 26691-26697* | | MILs (ECF Nos. 161, 165, 170, 171, 172, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 16 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 20916-20922.* | | 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 227. | | RLT A-Team Meeting #12 (5/01/96) dated 05/02/96)<br>*GY Susman 26698-26707*<br>*Marked as Exhibit 17 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21033-21042.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 228. | | Crown Integrity Team Meeting #19<br>*GY Susman 26708-26710*<br>*Marked as Exhibit 18 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21074-21096* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 229. | | RLT Crown Integrity Team Meeting #20<br>*GY Susman 26711-26720*<br>*Marked as Exhibit 19 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21107-21116* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 230. | | RLT Crown Separation by Tire Line<br>*GY Susman 26721-**26723***<br>*Marked as Exhibit 20 to Beale Robinson's Deposition taken in Frankl.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 231. | | RLT Crown Integrity Meeting Team Meeting #24<br>*GY Susman 26724-26725*<br>*Marked as Exhibit 21 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21153-21154* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 232. | | Tire Cut Section Diagram<br>*GY Susman 26726*<br>*Marked as Exhibit 22 to Beale Robinson's Deposition taken in Frankl.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. | | |
| 233. | | RLT Crown Integrity Meeting Team Meeting #25<br>*GY Susman 26727-26729* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). | | |

| | | | | |
|---|---|---|---|---|
| | | *Marked as Exhibit 23 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21155-21157.* | R. FRE 403, 407. | | |
| 234. | | RLT Crown Integrity Meeting Team Meeting #26<br>*GY Susman 26730-26732*<br>*Marked as Exhibit 24 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 17 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 25923-25928; GY Susman 26851-26856.*<br>*Also, marked as Exhibit 3 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28153-28154.*<br>See also *GY Susman 21158-21183* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 235. | | Radial Light Truck – Gadsden<br>*GY Susman 26733*<br>*Marked as Exhibit 25 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 236. | | RLT LR-E Crown Integrity<br>*GY Susman 26734*<br>*Marked as Exhibit 26 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 237. | | Cure Conditions at Gadsden<br>*GY Susman 26735*<br>*Marked as Exhibit 27 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 238. | | Gray Gadsden – Solid Fayetteville<br>*GY Susman 26736-26738*<br>*Marked as Exhibit 28 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 239. | | Lubrication of Press Center Mechanism Lower Bladder Clamp Ring Hub Threads<br>*GY Susman 26739-26741* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Marked as Exhibit 29 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 19 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28192-28195.* | R. H. FRE 403, 407. | | |
| 240. | | RLT LR-E Power Point Presentation<br>*GY Susman 26742*<br>*Marked as Exhibit 30 to Beale Robinson's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 241. | | RLT A Team Meeting #11<br>*GY Susman 26743-26763*<br>*Marked as Exhibit 31 to Beale Robinson's Deposition taken in Frankl.*<br>**GY Susman 22736-22744** | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 242. | | United States Patent 5,000,239<br>*GY Susman 26764-26776*<br>*Marked as Exhibit 32 to Beale Robinson's Deposition taken in Frankl.*<br>*Also, marked as Exhibit 49 to Beale Robinson's Depositions taken in Garcia bates GY Susman 26886-26898.* | MILs (ECF Nos. 170, 179).<br>R. | | |
| 243. | | RLT LR E Crown Integrity Improvement Team Trip; Fayetteville/Gadsden w/o 4/27/97<br>*GY Susman 26777-26780*<br>*Marked as Exhibit 33 to Beale Robinson's Deposition taken in Frankl.*<br>See also *GY Susman 21438-21440* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 244. | | Wrangler Tread/Top Belt Throws<br>**GY Susman 23634-23638**<br>*Marked as Exhibit 1 to Madelon Kominic's Deposition taken in Frankl bates GY Susman 26279-26280.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 245. | | RLT 235/85R16 Load Range E Tread Throw Investigations<br>*GY Susman 26281-26314* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 2 to Madelon Kominic's Deposition taken in Frankl.* <br> *Also, marked as Exhibit 15 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 25916-25917; GY Susman 26844-26845* | | | | |
| 246. | | RLT 235/85R16 Load Range E Tread Throw Problem <br> *GY Susman 26315-26316* <br> *Marked as Exhibit 3 to Madelon Kominic's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |
| 247. | | RLT 235/85R16 Load Range E Tread Throw Problem Investigations <br> *GY Susman 26317-26318* <br> *Marked as Exhibit 4 to Madelon Kominic's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |
| 248. | | Wrangler LT Tire Defects <br> *GY Susman 26319-26320* <br> *Marked as Exhibit 5 to Madelon Kominic's Deposition taken in Frankl.* <br> *Also, marked as Exhibit 23 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31731-31732.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |
| 249. | | Holograph "A" Rates Tires <br> *GY Susman 26321* <br> *Marked as Exhibit 6 to Madelon Kominic's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |
| 250. | | RLT LR-E Plant Exchange and Mold Extraction Trials <br> *GY Susman 26322-26326* <br> *Marked as Exhibit 7 to Madelon Kominic's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |
| 251. | | Wrangler AT Performance <br> *GY Susman 26327* <br> *Marked as Exhibit 1 to James Nespo's Deposition taken in Frankl.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). <br> R. H. FRE 403, 407. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 252. | | Letter to Major John Farner<br>*GY Susman 26328*<br>*Marked as Exhibit 2 to James*<br>*Nespo's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. H. FRE 403, 407. | | |
| 253. | | Wrangler AT Performance<br>*GY Susman 26329*<br>*Marked as Exhibit 3 to James*<br>*Nespo's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 254. | | Tire Information Request<br>*GY Susman 26330-26331*<br>*Marked as Exhibit 4 to James*<br>*Nespo's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. H. FRE 403, 407. | | |
| 255. | | Handwritten Note<br>*GY Susman 26332*<br>*Marked as Exhibit 5 to James*<br>*Nespo's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. H. F. FRE 403, 407. | | |
| 256. | | Dismounted Returned Tire<br>Inspection – Wrangler AT Tires<br>*GY Susman 26333-26334*<br>*Marked as Exhibit 6 to James*<br>*Nespo's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 257. | | Analysis of RLT Load Range E<br>Tires<br>*GY Susman 26971-26997*<br>*Marked as Exhibit 1 to Edward*<br>*Terrill's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. H. FRE 403, 407. | | |
| 258. | | Tire Aging (Analysis of RLT Load<br>Range E Tires)<br>*GY Susman 26998-27014*<br>*Marked as Exhibit 2 to Edward*<br>*Terrill's Deposition taken in*<br>*Frankl.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. H. FRE 403, 407. | | |
| 259. | | Lee Landrover LT235/85R16 E all<br>cond<br>*GY Susman 25964-25965* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 5 to Daniel Hammontree's Deposition taken in Ebanks.* | | R. FRE 403, 407. | | |
| 260. | | The Goodyear Tire & Rubber Company Land Rover LT235/85R16, LR E Claims<br>*GY Susman 25966*<br>*Marked as Exhibit 6 to Daniel Hammontree's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 261. | | Cut Back of a Tire<br>*GY Susman 28013*<br>*Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 174, 179).<br>R. F. | | |
| 262. | | Tire Diagram<br>*GY Susman 28014*<br>*Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Ebanks.*<br>*Also marked as Exhibit 2 to Richard Olsen's Deposition taken in Ebanks bates GY Susman 30701.* | | MILs (ECF Nos. 161, 165, 168, 170, 174, 179).<br>R. F. | | |
| 263. | | Tread/Top Belt Throw dated 04/01/96<br>*GY Susman 21346-21398*<br>*Referenced as Ebanks 954, 956, 965 and 966 in Joseph Zekoski's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 264. | | Development of Tread Durability Test<br>*GY Susman 26372-26374*<br>*Marked as Exhibit 10 to Chester Patterson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 265. | | ISUZU NPR, LT215/85R16 Tread Integrity Meeting<br>*GY Susman 26375*<br>*Marked as Exhibit 11 to Chester Patterson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 266. | | Isuzu NPR Durability Testing Results<br>*GY Susman 26376* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 12 to Chester Patterson's Deposition taken in Ebanks.* | | | | |
| 267. | | Bent Axle Test for Crown Area Durability<br>*GY Susman 26377*<br>*Marked as Exhibit 13 to Chester Patterson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 268. | | ISUZU NPR, LT 215/85R16 Durability Improvement<br>*GY Susman 26378-26380*<br>*Marked as Exhibit 14 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 4 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28155-28157.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 269. | | Letter to ODI dated 08/16/01<br>*GY Susman 26382-26384*<br>*Marked as Exhibit 16 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also marked as Exhibit 25 to Beale Robinson's Deposition taken in Ebanks bates GY Susman 26964-26966.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 270. | | Letter to Kenneth Weinstein dated 01/28/02<br>*GY Susman 26395-26397*<br>*Marked as Exhibit 19 to Chester Patterson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 24 to Beale Robinson's Deposition taken in Ebanks bates GY Susman 26961-26963.*<br>*Also, marked as Exhibit 2 to Dennis O'Connor's Deposition taken in Boerm bates GY Susman 30632-30658.*<br>*Additional bates at GY Susman 01375-01401.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 271. | | Meeting on LT-Metric 'Tread-Throw' Field Problems (9/19-21/95)<br>*GY Susman 26899-26902* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). | | |

| | | | R. H. FRE 403, 407. | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 1 to Beale Robinson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 30 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28293-28296.*<br>*Also, marked as Exhibit 12 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31550-31553.*<br>***Also, identified as 535 in Joseph Zekoski's Deposition taken in Ebanks.*** | | | | |
| 272. | | LT-Metric Damage Claim Tire by Date of Production Load Range D & E<br>*GY Susman 26903*<br>*Marked as Exhibit 2 to Beale Robinson's Deposition taken in Ebanks.*<br>*Also, marked as Exhibit 34 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28306.*<br>***Also, identified as 573 in Joseph Zekoski's Deposition taken in Ebanks.*** | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 273. | | Overview Conclusions<br>*GY Susman 26904*<br>*Marked as Exhibit 3 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 274. | | Root Cause Investigation #1 Tire Conditions Have Changed<br>*GY Susman 26905*<br>*Marked as Exhibit 4 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. FRE 403, 407. | | | |
| 275. | | Building Specification<br>*GY Susman 26906-26924*<br>*Marked as Exhibit 5 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 165, 168, 170, 179).<br>R. FRE 403, 407. | | | |
| 276. | | Damage Claim Summary<br>*GY Susman 26925* | MILs (ECF Nos. 161, 165, 168, 170, 171, | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 6 to Beale Robinson's Deposition taken in Ebanks.*<br>**Also, identified as 456 in Joseph Zekoski's Deposition taken in Ebanks.** | | 172, 174, 179).<br>R. FRE 403, 407. | | |
| 277. | | RLT Tread Throw Team #2 Kickoff Meeting<br>*GY Susman 26926*<br>*Marked as Exhibit 7 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 278. | | Probable Root-Cause<br>Weak Boundary Layer Between RLT Belts 1&2<br>*GY Susman 26927*<br>*Marked as Exhibit 8 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 279. | | Damage Claims Tread Sep<br>Damage Claims Trend for 1995<br>*GY Susman 26928*<br>*Marked as Exhibit 9 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 280. | | RLT Crown Integrity<br>*GY Susman 26929*<br>*Marked as Exhibit 10 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 281. | | Settled Damage Claims by Year of Manufacture<br>*GY Susman 26932*<br>*Marked as Exhibit 11 to Beale Robinson's Deposition taken in Ebanks.*<br>**Also, identified as 1182 in Joseph Zekoski's Deposition taken in Ebanks.** | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 282. | | Combined Goodyear/Kelly PL Claims Projection<br>*GY Susman 26933*<br>*Marked as Exhibit 12 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 283. | | Problem Summary<br>*GY Susman 26934* | | MILs (ECF Nos. 161, 165, 170, 171, 172, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 13 to Beale Robinson's Deposition taken in Ebanks.*<br>**Also, identified as 1203 in Joseph Zekoski's Deposition taken in Ebanks.** | | 174, 176, 179).<br>R. FRE 403, 407. | | |
| 284. | | Problem Summary<br>*GY Susman 26935*<br>*Marked as Exhibit 14 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 285. | | Conclusions<br>*GY Susman 26936*<br>*Marked as Exhibit 15 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. F. FRE 403, 407. | | |
| 286. | | Damage Claims Goodyear/Kelly Light Truck Tires<br>*GY Susman 26937*<br>*Marked as Exhibit 16 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. F. FRE 403, 407. | | |
| 287. | | Combined Kelly/Goodyear Settled Damage Claims by Tire Size<br>*GY Susman 26938*<br>*Marked as Exhibit 17 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. F. FRE 403, 407. | | |
| 288. | | Combined Goodyear/Kelly PL Claims Summary by Age of Tire<br>*GY Susman 26939*<br>*Marked as Exhibit 18 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. F. FRE 403, 407. | | |
| 289. | | RLT LR-Overlay Implementation Planning<br>*GY Susman 26940-26941*<br>*Marked as Exhibit 19 to Beale Robinson's Deposition taken in Ebanks.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 290. | | 1996 Action Plan Effectiveness<br>*GY Susman 26942* | | MILs (ECF Nos. 161, 170, 171, | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Marked as Exhibit 20 to Beale Robinson's Deposition taken in Ebanks.* | 172, 174, 179).<br>R. FRE 403, 407. | | |
| 291. | | ISUZU NPR, LT 215/85R16 Durability Improvement<br>*GY Susman 26943-26946*<br>*Marked as Exhibit 21 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 292. | | ISUZU/Pre-Policy Report<br>*GY Susman 26947*<br>*Marked as Exhibit 22 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 293. | | United States Patent 4,815,511<br>*GY Susman 26948-26960*<br>*Marked as Exhibit 23 to Beale Robinson's Deposition taken in Ebanks.* | MILs (ECF Nos. 161, 170, 171, 179).<br>R. | | |
| 294. | | Load Range E Truck Tires Alleged Tread/Belt Separations Accidents Involving Deaths or Injuries<br>*GY Susman 26216-26218*<br>*Marked as Exhibit 26 to Ernest Kessell's Deposition taken in Garcia.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403. | | |
| 295. | | Goodyear AT and ATS Warranty/Goodwill Adjustment Rates<br>*GY Susman 26219-26222*<br>*Marked as Exhibit 27 to Ernest Kessell's Deposition taken in Garcia.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403. | | |
| 296. | | Customer Contacts Wrangler AT and ATS LRE<br>*GY Susman 26223*<br>*Marked as Exhibit 28 to Ernest Kessell's Deposition taken in Garcia.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403. | | |
| 297. | | Master Product File Display<br>*GY Susman 26270*<br>*Marked as Exhibit 37 to Ernest Kessell's Deposition taken in Garcia.* | MILs (ECF Nos. 161, 170, 171, 174, 179).<br>R. | | |
| 298. | | Conclusions | MILs (ECF Nos. 161, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *GY Susman 25918-25922* *Marked as Exhibit 16 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia additional bates GY Susman 26846-26850.* | | 165, 168, 170, 171, 172, 174, 176, 179). R. F. FRE 403, 407. | | |
| 299. | | Combined Goodyear/Kelly PL Claims Summary *GY Susman 25929-25933* *Marked as Exhibit 19 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. F. FRE 403, 407. | | |
| 300. | | 1996 Tire Guide Load & Inflation Tables *GY Susman 25934-25935* *Marked as Exhibit 13 to Daniel Hammontree, Beale Robinson and Dane Taylor's Depositions taken in Garcia bates GY Susman 26866-26867.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 176, 179). R. FRE 403. | | |
| 301. | | RLT Size Breakout *GY Susman 25936-25938* *Marked as Exhibit 27 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. F. FRE 403, 407. | | |
| 302. | | Settled Damage Claims by Year of Manufacture *GY Susman 25939-25942* *Marked as Exhibit 28 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |
| 303. | | Settled Damage Claims by Date of Claim *GY Susman 25943* *Marked as Exhibit 31 to Daniel Hammontree's Depositions taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |
| 304. | | Kelly Exposure *GY Susman 25944-25949* *Marked as Exhibit 33 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 305. | | RLT Crown Integrity Improvement<br>*GY Susman 25950-25954*<br>*Marked as Exhibit 41 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 306. | | Conclusions/Recommendations<br>*GY Susman 25955-25960*<br>*Marked as Exhibit 46 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 307. | | Radial Light Truck – Gadsden<br>*GY Susman 25961-25963*<br>*Marked as Exhibit 48 to Daniel Hammontree's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | |
| 308. | | Problem Summary<br>*GY Susman 26838-26843*<br>*Marked as Exhibit 14 to Beale Robinson's Deposition taken in Garcia.*<br>*Also, marked as Exhibit 33 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28305.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 309. | | Probable Root-Cause: Weak Boundary Layer Between RLT Belts 1&2<br>*GY Susman 26857-26865*<br>*Marked as Exhibit 21 to Beale Robinson's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 310. | | RLT LR-E Crown Integrity Improvement 'ACT' Team<br>*GY Susman 26868-26873*<br>*Marked as Exhibit 34 to Beale Robinson's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 311. | | LR "E" Belt Wire<br>*GY Susman 26874-26885*<br>*Marked as Exhibit 38 to Beale Robinson's Deposition taken in Garcia.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 312. | | Isuzu NPR Truck Tire LT215/85R16 Treadwear Report<br>*GY Susman 28018-28026*<br>*Marked as Exhibit 207 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 207 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28330-28338.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 313. | | Isuzu NPR Tire Problems on Vehicle Durability Test<br>*GY Susman 28027-28029*<br>*Marked as Exhibit 208 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 208 to Ray Young's Deposition taken in Arredondo GY Susman 28457-28459.*<br>*Also, marked as Exhibit 208 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28339-28341.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 314. | | Isuzu Tread-Throw Tire<br>*GY Susman 28460*<br>*Marked as Exhibit 209 to Ray Young's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 209 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28342.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 315. | | Isuzu LT215/85R16 WHT Tread Separation Meeting Summary of Isuzu Dealer Conference in Phoenix on 1/19/95<br>*GY Susman 28030-28033*<br>*Marked as Exhibit 210 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 210 to Ray Young's Deposition taken in Arredondo GY Susman 28461-28464.*<br>*Also, marked as Exhibit 210 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28343-28346.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |

| | | | | | |
|---|---|---|---|---|---|
| 316. | | LT215/85R16 WHT Tread Throw<br>*GY Susman 28034-28035*<br>*Marked as Exhibit 211 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 211 to Ray Young's Deposition taken in Arredondo GY Susman 28465-28466.*<br>*Also, marked as Exhibit 211 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28347-28348.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 317. | | LT215/85R16 WHT for NPR<br>*GY Susman 28036*<br>*Marked as Exhibit 212 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 212 to Ray Young's Deposition taken in Arredondo GY Susman 28467.*<br>*Also, marked as Exhibit 212 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28349.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 318. | | ISUZU NPR Truck – Burst Issue<br>*GY Susman 28037*<br>*Marked as Exhibit 213 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 213 to Ray Young's Deposition taken in Arredondo GY Susman 28468.*<br>*Also, marked as Exhibit 213 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28350.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 319. | | Isuzu NPR – LT215/85R16 LR-E Wrangler HT<br>*GY Susman 28038*<br>*Marked as Exhibit 214 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 214 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28351.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 320. | | ISUZU NPR, LT 215/85R16 Tire Tread Separation Failures | MILs (ECF Nos. 161, | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *GY Susman 28039*<br>*Marked as Exhibit 215 to George*<br>*Edward's Deposition taken in*<br>*Arredondo.*<br>*Also, marked as Exhibit 215 to*<br>*Mark Grund's Deposition taken in*<br>*Arredondo bates GY Susman*<br>*28352.* | 165, 170,<br>171, 172,<br>174, 179).<br>R. H. FRE<br>403, 407. | | |
| 321. | | Isuzu NPR LT215/85R15 LR-E<br>Tread Integrity<br>*GY Susman 28040-28041*<br>*Marked as Exhibit 216 to George*<br>*Edward's Deposition taken in*<br>*Arredondo.*<br>*Also, marked as Exhibit 216 to*<br>*Mark Grund's Deposition taken in*<br>*Arredondo bates GY Susman*<br>*28353-28354.* | MILs (ECF<br>Nos. 161,<br>165, 170,<br>171, 172,<br>174, 179).<br>R. H. FRE<br>403, 407. | | |
| 322. | | Isuzu NPR Truck, LT215/85R16<br>LR-E Wrangler HT<br>*GY Susman 28042-28054*<br>*Marked as Exhibit 217 to George*<br>*Edward's Deposition taken in*<br>*Arredondo.*<br>*Also, marked as Exhibit 217 to*<br>*Mark Grund's Deposition taken in*<br>*Arredondo bates GY Susman*<br>*28355-28367.* | MILs (ECF<br>Nos. 161,<br>165, 170,<br>171, 172,<br>174, 179).<br>R. H. FRE<br>403, 407. | | |
| 323. | | ISUZU NPR, LT215/85R16<br>Durability Improvement<br>*GY Susman 28055-28058*<br>*Marked as Exhibit 218 to George*<br>*Edward's Deposition taken in*<br>*Arredondo.*<br>*Also, marked as Exhibit 218 to*<br>*Iwao Uenoyama's Deposition in*<br>*Arredondo bates GY Susman*<br>*28427-28430.*<br>*Also, marked as Exhibit 218 to*<br>*Ray Young's Deposition taken in*<br>*Arredondo GY Susman 28469-*<br>*28472.*<br>*Also, marked as Exhibit 218 to*<br>*Mark Grund's Deposition taken in*<br>*Arredondo bates GY Susman*<br>*28368-28371.* | MILs (ECF<br>Nos. 161,<br>165, 170,<br>171, 172,<br>174, 179).<br>R. H. FRE<br>403, 407. | | |
| 324. | | Isuzu NPR – LT215/85R16 WHT<br>LR-E<br>*GY Susman 28059* | MILs (ECF<br>Nos. 161,<br>165, 170, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 219 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 219 to Ray Young's Deposition taken in Arredondo GY Susman 28473.*<br>*Also, marked as Exhibit 219 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28372.* | | 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 325. | | Trip Report – Weight Study – Monarch/Odwalla<br>*GY Susman 28060-28082*<br>*Marked as Exhibit 220 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 220 to Mark Grund's Deposition taken in Arredondo bates GY Susman 28373-28395.*<br>*Also, marked as Exhibit 29 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28270-28292.*<br>*Also, marked as Exhibit 220 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28434-28456.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | |
| 326. | | ISUZU NPR LT215/85R16 WHT Meeting at American Isuzu<br>*GY Susman 28083-28085*<br>*Marked as Exhibit 221 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 221 to Iwao Uenoyama's Deposition in Arredondo bates GY Susman 28431-28433.*<br>*Also, marked as Exhibit 221to Mark Grund's Deposition taken in Arredondo bates GY Susman 28396-28398.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174).<br>R. H. FRE 403, 407. | | |
| 327. | | Isuzu NPR Truck<br>*GY Susman 28086-28113*<br>*Marked as Exhibit 222 to George Edward's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 222 to Mark Grund's Deposition taken in* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174).<br>R. FRE 403, 407. | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Arredondo bates GY Susman 28399.* | | | |
| 328. | | Overlay Implementation Meeting, 12/7/98 *GY Susman 28474-28475. Marked as Exhibit 232 to Ray Young's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174). R. H. FRE 403, 407. | | |
| 329. | | LR-E Overlay Implementation Meeting, 2/19/99 *GY Susman 28476-28479 Marked as Exhibit 233 to Ray Young's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174). R. H. FRE 403, 407. | | |
| 330. | | LR-E Overlay Implementation Meeting, 5/7/99 *GY Susman 28480-28481 Marked as Exhibit 237 to Ray Young's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174). R. H. FRE 403, 407. | | |
| 331. | | Returned Tire Inspection *GY Susman 28269 Marked as Exhibit 28 to Richard Olsen's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 332. | | Status of 'Tread-Throw' Analysis dated 10/09/95 *GY Susman 28297-28300 Marked as Exhibit 31 to Richard Olsen's Deposition taken in Arredondo. Also, marked as Exhibit 32 to Richard Olsen's Deposition taken in Arredondo bates GY Susman 28301-28304. Also, marked as Exhibit 18 to Joseph Zekoski's Deposition taken in Corwin bates GY Susman 31680-31691.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |
| 333. | | Failure Analysis *GY Susman 28307 Marked as Exhibit 35 to Richard Olsen's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 334. | | LT-Metric Problem Summary *GY Susman **28308*** | MILs (ECF Nos. 161, 165, 170, | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 36 to Richard Olsen's Deposition taken in Arredondo.*<br>***Also, identified as 568 in Joseph Zekoski's Deposition taken in Ebanks.*** | 171, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 335. | | LT Recommendations<br>*GY Susman 28309*<br>*Marked as Exhibit 37 to Richard Olsen's Deposition taken in Arredondo.*<br>***Also, identified as 597 in Joseph Zekoski's Deposition taken in Ebanks.*** | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | | |
| 336. | | LT Phased Production Changes<br>Phase I – Immediate<br>*GY Susman 28310*<br>*Marked as Exhibit 38 to Richard Olsen's Deposition taken in Arredondo.*<br>***Also, identified as 598 in Joseph Zekoski's Deposition taken in Ebanks.*** | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. FRE 403, 407. | | | |
| 337. | | Problem Summary<br>*GY Susman 28311*<br>*Marked as Exhibit 39 to Richard Olsen's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. H. FRE 403, 407. | | | |
| 338. | | Damage Claims<br>*GY Susman 28312*<br>*Marked as Exhibit 40 to Richard Olsen's Deposition taken in Arredondo.*<br>*Also, marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Arredondo bates GY Susman 28166.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 339. | | Damage Claims Goodyear/Kelly Light Truck Tires<br>*GY Susman 28313*<br>*Marked as Exhibit 41 to Richard Olsen's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. F. FRE 403, 407. | | | |
| 340. | | RLT Crown Integrity Team Action Items<br>*GY Susman 28314-28316* | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179). | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | *Marked as Exhibit 42 to Beale Robinson's Deposition taken in Arredondo.* | R. FRE 403, 407. | | |
| 341. | | KS Fayetteville Tire Specification *GY Susman 28317-28319 Marked as Exhibit 43 to Beale Robinson's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 342. | | KS Fayetteville Tire Specification *GY Susman 28320-28324 Marked as Exhibit 44 to Beale Robinson's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 343. | | RLT Adjusted/Returned 'CA' Tires *GY Susman 28325 Marked as Exhibit 45 to Beale Robinson's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 344. | | Gadsden Tire Specification *GY Susman 28326-28328 Marked as Exhibit 46 to Beale Robinson's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 345. | | Failure Mode *GY Susman 28114 Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 346. | | Kelly Springfield Tire Conditions *GY Susman 28115-28121 Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 171, 172, 174). R. F. | | |
| 347. | | Damage Claims Goodyear/Kelly by Date of Claim *GY Susman 28167 Marked as Exhibit 7 to Joseph Zekoski's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. FRE 403, 407. | | |
| 348. | | Adjustable Tire Condition *GY Susman 28122-28152 Marked as Exhibit 8 to Joseph Zekoski's Deposition taken in Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172). R. F. FRE 403, 407. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 349. | | Confirmation of Change in Specification<br>*GY Susman 28171*<br>*Marked as Exhibit 10 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 179). R. FRE 403, 407. | | |
| 350. | | Radial Light Truck<br>*GY Susman 28172-28175*<br>*Marked as Exhibit 11 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 351. | | Root Cause Investigation #2 Wire Treatment Differences<br>*GY Susman 28176*<br>*Marked as Exhibit 12 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 352. | | Confirmation of Change in Specifications<br>*GY Susman 28177*<br>*Marked as Exhibit 13 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 353. | | Gadsden Tire Specification<br>*GY Susman 28178-28180*<br>*Marked as Exhibit 14 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 354. | | Ford Draws on Goodyear to Help Avert Concerns on Tire-Pressure Information<br>*GY Susman 28182*<br>*Marked as Exhibit 16 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 175, 179). R. FRE 403, 407. | | |
| 355. | | Tires Converted to Overlay<br>*GY Susman 28183*<br>*Marked as Exhibit 17 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. FRE 403, 407. | | |
| 356. | | Tread Separation on Wrangler AT Tires<br>*GY Susman 28196*<br>*Marked as Exhibit 20 to Joseph Zekoski's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | |

| | | | | | |
|---|---|---|---|---|---|
| 357. | | RLT Belt Design Standards<br>*GY Susman 28197*<br>*Marked as Exhibit 21 to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 358. | | Preliminary Impact Assessment – Phase I<br>*GY Susman 28198-28201*<br>*Marked as Exhibit 22 to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 359. | | RLT LR-E Overlay Applications Tire Cost Analysis<br>*GY Susman 28202-28204*<br>*Marked as Exhibit 23 to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 360. | | Kickoff Meeting, 2/16/96<br>*GY Susman 28205*<br>*Marked as Exhibit 24 to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 361. | | Minutes of 11/10/95 Management Meeting – Tread/Top Belt Throws +Revision+<br>*GY Susman 28206*<br>*Marked as Exhibit 25A to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 362. | | *Tread/Top Belt 'Throws' dated 11/10/1995*<br>*GY Susman 28207-28227*<br>*Marked as Exhibit 25B to Joseph*<br>*Zekoski's Deposition taken in*<br>*Arredondo.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 363. | | Minutes of 11/10/95 Management Meeting – Tread/Top Belt Throws +REVISION+ DATED 11/14/95 with attachment<br>*GY Susman 20953-20998* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 364. | | Goodyear Tire Manufacturing Process<br>*GY Susman 30445*<br>*Marked as Exhibit 2 to Richard*<br>*Olsen's Deposition taken in*<br>*Hebert.* | R. F. | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 365. | | Test Driver's Death Questioned as Goodyear Inquiry Nears End<br>*GY Susman 30446-30447*<br>*Marked as Exhibit 3 to Richard Olsen's Deposition taken in Hebert.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. F. H. FRE 403, 407. | | | |
| 366. | | Adjustment Procedure Manual<br>*GY Susman 30114-30170*<br>*Marked as Exhibit 4 to Richard Olsen's Deposition taken in Hebert.* | MIL (ECF Nos. 176). R. F. | | | |
| 367. | | *Tread/Top Belt 'Throws' dated 11/10/95*<br>*GY Susman 29968-30018*<br>*Marked as Exhibit 5 to Richard Olsen's Deposition taken in Hebert.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 176, 179). R. FRE 403, 407. | | | |
| 368. | | Handwritten notes<br>*GY Susman 31544-31545*<br>*Marked as Exhibit 1 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 170, 171, 174, 179). R. F. FRE 403, 407. | | | |
| 369. | | Fourth Amended Class Action Complaint for Damages<br>*GY Susman 31694-31716*<br>*Marked as Exhibit 2 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. FRE 403, 407. | | | |
| 370. | | Expert Report of R.J. Grogan<br>*GY Susman 31717-31726*<br>*Marked as Exhibit 3 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179). R. H. F. FRE 403, 407. | | | |
| 371. | | Goodyear Replacing Truck Tires; Akron Firm Maintains Model Probed for Tears in Tread Not Defective<br>*GY Susman 31546-31547*<br>*Marked as Exhibit 10 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 173, 174, 179). R. H. F. FRE 403, 407. | | | |
| 372. | | Goodyear Facing Government Safety Investigation Involving 27 Million Tires<br>*GY Susman 31548-31549* | MILs (ECF Nos. 161, 165, 170, 171, 172, 173, 174, 179). | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 11 to Joseph Zekoski's Deposition taken in Corwin.* | | R. H. F. FRE 403, 407. | | | |
| 373. | | Current RLT Gauges<br>*GY Susman 31554-**31599***<br>*Marked as Exhibit 13 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | | |
| 374. | | Status of 'Tread Throw' Analysis dated 10/16/95<br>*GY Susman 31641-31647*<br>*Marked as Exhibit 15 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | | |
| 375. | | Tread/Top Belt 'Throws' dated 10/25/95<br>*GY Susman 31648-31657.*<br>*Marked as Exhibit 16 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 376. | | Minutes of 1/25/96 Management Meeting Tread/Top Belt Throws<br>*GY Susman 31658-31679*<br>*Marked as Exhibit 17 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. H. FRE 403, 407. | | | |
| 377. | | Tread/Top Belt Throw<br>*GY Susman 31692-31693*<br>*Marked as Exhibit 19 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | | |
| 378. | | RLT Crown Integrity<br>*GY Susman 31733-31746*<br>*Marked as Exhibit 24 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |
| 379. | | RLT LR-E Crown Integrity Improvement 'ACT' Team<br>*GY Susman 31747-31762*<br>*Marked as Exhibit 25 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 380. | | RLT LR-E Crown Integrity Improvement 'ACT' Team<br>*GY Susman 31763-31765*<br>*Marked as Exhibit 26 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 174, 179).<br>R. H. FRE 403, 407. | | |
| 381. | | LR-E Testing<br>*GY Susman 31766-31796*<br>*Marked as Exhibit 27 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 382. | | Load Range E Durability/Crown Study<br>*GY Susman 31797-31804*<br>*Marked as Exhibit 28 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 383. | | Total RLT Capacity vs. Requirement<br>*GY Susman 31825-31832*<br>*Marked as Exhibit 30 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 168, 170, 171, 172, 174, 176, 179).<br>R. FRE 403, 407. | | |
| 384. | | Isuzu – LT215/85R16 WHT Tread Throw Issue Information<br>*GY Susman 31874-31879*<br>*Marked as Exhibit 32 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 179).<br>R. FRE 403, 407. | | |
| 385. | | Isuzu NPR Tread Separation F.T.A<br>*GY Susman 31880*<br>*Marked as Exhibit 33 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 386. | | Load Range E Overlay Conversion Plant<br>*GY Susman 31881-31882*<br>*Marked as Exhibit 34 to Joseph Zekoski's Deposition taken in Corwin.* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |
| 387. | | RLT Load Range E Overlay Conversion Summary<br>*GY Susman 31883-31884* | | MILs (ECF Nos. 161, 165, 170, 171, 174, 179).<br>R. FRE 403, 407. | | |

| | | | | X | | |
|---|---|---|---|---|---|---|
| | | *Marked as Exhibit 35 to Joseph Zekoski's Deposition taken in Corwin.* | | | | |
| 388. | | Excerpt from August 24, 1998 Prepolicy Report Summary *GY Susman 31885* *Marked as Exhibit 36 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 170, 171, 172, 173, 174, 179). R. H. F. FRE 403, 407. | | | |
| 389. | | Robert T. Jenkins' Letter to Editor and Goodyear *GY Susman 31886-31887* *Marked as Exhibit 37 to Joseph Zekoski's Deposition taken in Corwin.* | MILs (ECF Nos. 161, 165, 171, 172, 173, 174). R. H. F. FRE 403, 407. | | | |
| 390. | | Tire Service Life for Passenger Car and Light Truck Tires *GY Susman 30671-30672* *Marked as Exhibit 2 to Eric Mizner Deposition taken in Ochoa-Garcia.* | MILs (ECF No. 165). R. FRE 403. | | | |
| 391. | | Oxygen Content as a Function of Age (at the belt edge) *GY Susman 30676* *Marked as Exhibit 4 to Eric Mizner Deposition taken in Ochoa-Garcia.* | MILs (ECF Nos. 161, 170, 171, 172, 174, 179). R. FRE 403, 407. | | | |
| 392. | | Goodyear's submission to NHTSA regarding PE00-046 *GY Susman 00001-006325; 20845-25871* | MILs (ECF Nos. 161, 165, 170, 171, 172, 174, 176, 179). R. H. FRE 403, 407. | | | |
| 393. | | Goodyear LT235/85R16 Claims Files | MILs (ECF Nos. 170, 172, 174, 179). R. H. FRE 403. | | | |
| 394. | | Rule 1006 Summary of Goodyear LT235/85R16 Claims Files | MILs (ECF Nos. 170, 172, 174, 179). R. H. F. FRE 403. | | | |
| 395. | | Kearney Towing & Repair Center Invoice dated 06/10/2014 *GY-DCC 0104* | | X | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 396. | Farm Bureau Property & Casualty Estimate *Dandee00041* | | | X | | |
| 397. | **Goodyear Statement on NHTSA Preliminary Investigation** *GY Susman 34075-34077* | | MILs (ECF Nos. 161, 170, 171, 174, 179). R. H. FRE 403. | | | |
| 398. | **Conclusions** *GY Susman 27884* *Marked as Exhibit 146 to Ray Young's Deposition taken in Arredondo.* | | MILs (ECF Nos. 161, 170, 171, 174, 179). R. FRE 403. | | | |

The Goodyear Tire & Rubber Company reserves the right to object to exhibits not yet disclosed by Plaintiffs, including and not limited to, Exhibit Numbers 47-52, 415, 416. Goodyear also reserves the right to object to exhibits under Fed. R. Evid. 402 and 403.

KASTER, LYNCH, FARRAR & BALL, L.L.P.

Dated: February 18, 2020    By: _____

Kyle Wayne Farrar (Pro Hac Vice)
Texas Bar No. 24034828
Wesley Todd Ball (Pro Hac Vice)
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street

Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both                )
individually and as Legal Guardian of    )
SHANE ALLEN LOVELAND, et al.,            )
                                         )    Case No. 8:18-cv-00127
    Plaintiffs,     )
                                         )
v.                                       )
                                         )
THE GOODYEAR TIRE & RUBBER               )
COMPANY,                                 )
                                         )
    Defendant.      )

## THE GOODYEAR TIRE & RUBBER COMPANY'S
## TRIAL EXHIBIT LIST

**Trial Date(s):** March 17, 2020, 10 days

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 501. | Tire at issue, right rear | | | ✓ | | |
| | 502. | Wheel at issue, right rear | | | ✓ | | |
| | 503. | Companion tire, left front | | | ✓ | | |
| | 504. | Companion tire, right front | | | ✓ | | |
| | 505. | Companion tire, left rear | | | ✓ | | |
| | 506. | Goodyear Gadsden Tire Specifications, Light Truck-Radial-Light Duty, Size LT235/85R16 (GY_Susman_28966-28971 ) | | Hearsay | | | |
| | 507. | Goodyear Gadsden Tire Specifications, Light Truck-Radial-Light Duty, Size LT235/85R16 (GY_Susman_28939-28965; GY_Susman_28972-29010) | | Hearsay | | | |
| | 508. | LT235/85R16 Wrangler HT design drawings (GY_Susman_36466-36473) | | Hearsay | | | |
| | 509. | Goodyear Global Master Specifications (GY_Susman_36300-36465) | | Hearsay | | | |
| | 510. | Component Parts Animation (LT 235/85R16 Wrangler HT) | | Not produced yet | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 511. | Tire Building Animation (LT 235/85R16 Wrangler HT) | | Not produced yet | | | |
| | 512. | Impact Separation Animation | | Not produced yet | | | |
| | 513. | Over-deflection Animation | | Not produced yet | | | |
| | 514. | Enhanced image of localized separation in tire at issue demonstrating polishing and adhesion | | Hearsay; Relevance | | | |
| | 515. | Nebraska State Patrol Incident Report and Call History dated May 1, 2015 | | Hearsay; Relevance | | | |
| | 516. | State of Nebraska Investigator Motor Vehicle Accident Report, Case No. C15-07916, Date of Accident: May 1, 2015 | | Hearsay; Relevance | | | |
| | 517. | State of Nebraska Investigator Motor Vehicle Accident Report Overlays 1 and 2 | | Hearsay; Relevance | | | |
| | 518. | Nebraska State Patrol scene photographs (GY-NESP 0001-0062) | | | ✓ | | |
| | 519. | Report: Joseph Grant, dated May 9, 2019 | | Hearsay | | | |
| | 520. | Curriculum Vitae: Joseph Grant | | Hearsay | | | |
| | 521. | RR Subject Tire Examination Notes | | Hearsay | | | |
| | 522. | LF Companion Tire Examination Notes | | Hearsay | | | |
| | 523. | 360 degree tire photograph (RR MDORNJHV244) | | | ✓ | | |
| | 524. | 360 degree tire x-ray (RR MDORNJHV244) | | | ✓ | | |
| | 525. | Charts: Survey: Analyses of Casings; Used Tire Survey Data Summary; Used Tire Surveys | | Hearsay | | | |
| | 526. | X-rays, Individual, all tires | | | ✓ | | |
| | 527. | X-rays, Southwell, all tires | | | ✓ | | |
| | 528. | Companion tire photographs | | | ✓ | | |
| | 529. | Subject tire photographs | | | ✓ | | |
| | 530. | Shearography of companion tires | | | ✓ | | |
| | 531. | Tire Industry Association *Passenger & Light Truck Tire Conditions Manual,* 2005 | | Hearsay | | | |
| | 532. | The Pneumatic Tire, edited by A. N. Gent and J. D. Walter, Published 2005 by the National Highway Traffic Safety Administration; Chapters 15 and 16. | | Hearsay | | | |

2

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 533. | Herzlich, Harold J., "The Effect of Snaked Belt Anomalies on Tire Durability", International Tire Exhibition and Conference, 2000 | | Hearsay | | | |
| | 534. | "Impact Simulations-What happens when a tire/wheel impacts a road hazard" by Gary Bolder, John Smith, and Timothy Flood of Standards Testing Labs, 2005 | | Hearsay | | | |
| | 535. | "Structural Impact Damage Under Varying Laboratory Conditions" by Gary Bolden of STL, ITEC 2006. | | Hearsay | | | |
| | 536. | "Influence of road hazard impact on radial car tires" by Vandy Price of Michelin and Glenn Follen, Rubber & Plastics News, May 14, 2018 | | Hearsay | | | |
| | 537. | ITEC 2004, Paper 45D – "Rim Line Grooves as an Indicator of Underinflated or Overloaded Tire Operation in Radial Tires" by Joseph L. Grant | | Hearsay | | | |
| | 538. | Compression Grooving as an Indicator of Over-Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, June 1997 | | Hearsay | | | |
| | 539. | Compression Grooving and Rim Flange Abrasion as Indicators of Over-Deflected Operating Conditions in Tires, Standards Testing Laboratories, Inc., Schnuth, Fuller, Follen, Gold, Smith, October 1997 | | Hearsay | | | |
| | 540. | Effects of Over-Deflection on the Tire/Rim Interface, Standards Testing Laboratories, Inc., Schnuth, Smith, Bolden, Flood, September1998 | | Hearsay | | | |
| | 541. | 2001 Northwestern Traffic Collision manual, Chapter 8 | | Hearsay | | | |
| | 542. | The Tire and Rim Association load and inflation tables, 1990 Year Book | | Hearsay | | | |
| | 543. | "The Effect of Underinflation on Tire Operating Temperature", Jenny Paige, ITEC 2012. | | Hearsay | | | |
| | 544. | ITEC 2004 - "Component Interfacial Tearing Appearances" by Gary Bolden. | | Hearsay | | | |
| | 545. | Tire Care & Safety – 2013 RMA | | Hearsay | | | |
| | 546. | "X-Ray Study of Sixty (60) Worn out Passenger & Light Truck Tires" Joseph L Grant, ITEC 2012, including x-rays | | Hearsay | | | |
| | 547. | "Belt Misalignments and Belt/Belt Tear Patterns" by Harold J. Herzlich of Herzlich Consulting, Inc. | | Hearsay | | | |

3

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 548. | "Typical Manufacturing Conditions in Steel Belted Radial Tires: Do They Influence Tire Durability?", Vandy Price and Joseph Grant, ITEC 2016. | | Hearsay | | | |
| | 549. | The Tire Technology Conference, October 28-29, 1986, Clemson University, "What Makes a High Performance Tire Different Than a Regular Tire?" | | Hearsay | | | |
| | 550. | "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferential Cut and Distressed Tires", SAE 2007-01-0733 by D. Tandy, Granat, Durisek, K. Tandy, Baldwin & Pascarella. | | Hearsay | | | |
| | 551. | RMA Scrap Tire Project, dated December 19, 2005 | | Hearsay | | | |
| | 552. | Michelin – Passenger & Light Truck Tire Owner's Manual & Limited Warranty | | Hearsay | | | |
| | 553. | DOT HS 809 361 – "Tire Safety, Everything Rides On It", NHTSA | | Hearsay | | | |
| | 554. | RMA - Care and Service of Automobile and Light Truck Tires (9/95) | | Hearsay | | | |
| | 555. | "Tire Forensic Investigation, Analyzing Tire Failure" By Thomas R. Giapponi, SAE R-387. | | Hearsay | | | |
| | 556. | Tire Examination Following Accidents, Topic 825 of the Traffic-Accident Investigation Manual, James Gardner and J. Stannard Baker | | Hearsay | | | |
| | 557. | Impact simulations in the lab, G.C. Bolden, J.M. Smith, and T. R. Flood, STL, Tire Technology International 2001 | | Hearsay | | | |
| | 558. | Impact Demonstration Study conducted by STL, with photos – Piard, 2006 | | Hearsay | | | |
| | 559. | Impact Demonstration Study conducted by STL, with photos – Prince, 2002 | | Hearsay | | | |
| | 560. | Tire Examination after Motor Vehicle Collisions, Chapter 8, Calvin P. McClain, Jr. and Michael A. DiTallo, Northwestern University Center for Public Safety | | Hearsay | | | |
| | 561. | Traffic Crash Investigation, Lynn B. Fricke and J. Stannard Baker, Northwestern University Center for Public Safety, 11th Edition, 2014 | | Hearsay | | | |
| | 562. | 2011 RMA Care and Service of Passenger & Light Truck (LT) Tires. | | Hearsay | | | |
| | 563. | Commercial Medium Tire Debris Study, NHTSA HS 811 060, December 2008 | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 564. | Forensic Analysis in Tire Tread Separations, John W. Daws, Rubber and Plastic News, March 5, 2007 | | Hearsay | | | |
| | 565. | Care and Service of Commercial Truck and Bus Tires, U.S. Tire Manufacturers Association, 2017 | | Hearsay | | | |
| | 566. | Tire Care & Safety – 2013 RMA | | Hearsay | | | |
| | 567. | "Bead Compression Grooving: Characteristics and Influence of the Deflection" by Jean Claude Brico, ITEC, 2004 | | Hearsay | | | |
| | 568. | Tyre Damage and Its Causes, Continental 2005/2006 | | Hearsay | | | |
| | 569. | "Tire Inflation Pressure and Temperature" – independent research | | Hearsay | | | |
| | 570. | United States Patent No. 4,724,881, Poque, et al., Pneumatic Vehicle Tire issued February 16, 1988 | | Hearsay | | | |
| | 571. | Cord Shadowing on Innerliner by Joe Grant | | Hearsay | | | |
| | 572. | Examples of Tires with Nylon Cap Ply/Strips that have experienced Tread andTop Steel Belt Detachments | | Not substantially similar | | | |
| | 573. | The safety impact of Vehicle-related road Debris, G. Forbes, J. Robinson Ph.D., prepared for AAA Foundation for Traffic Safety, June 2004 | | Hearsay | | | |
| | 574. | Goodyear Web Site – Announcements Talking Points Messages Proactive Tire Replacement for some LR-E tires Specific to 15-Passenger Vans | | Hearsay | | | |
| | 575. | Goodyear Web Site- Goodyear Responds to Set Record Straight On Misleading Reports | | Hearsay | | | |
| | 576. | Goodyear Web Site - Load Range E Tire Backgrounds Information | | Hearsay | | | |
| | 577. | Goodyear Web Site- Dear Goodyear Customer November, 2000 | | Hearsay | | | |
| | 578. | Goodyear - The Complete Tire Safety Guide | | Hearsay | | | |
| | 579. | NHTSA Firestone Steeltex Investigative Reports 02 | | Hearsay | | | |
| | 580. | Report:  Arthur Gray Beauchamp dated May 6, 2019 | | Hearsay; Relevance | | | |
| | 581. | Curriculum Vitae:  Arthur Gray Beauchamp | | Hearsay; Relevance | | | |
| | 582. | "File Notes Caption Report - A121365W00" (redacted) (BLAIR000016) | | Hearsay; Relevance | | | |
| | 583. | Handwritten notes by Mr. Beauchamp | | Hearsay; Relevance | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 584. | Expert Testimony for Mr. Gray Beauchamp since 2014 | | Hearsay; Relevance | | | |
| | 585. | Document with tire dimensions (outer diameter, outer radius, width) | | Hearsay; Relevance | | | |
| | 586. | Color photographs (15 pages, various vehicles) | | Hearsay; Relevance | | | |
| | 587. | Memorandum: From Daniel Koch re Optional Tire Sizes, dated April 12, 2019 | | Hearsay | | | |
| | 588. | Digital Images: <br> -aerial (3); <br> -scene inspection: 8/31/18 by DT (175), 4/17/19 by SF (175); <br> -vehicle inspection: 10/4/18 Chevy by GB (487), 10/4/18 Chevy by SF (396); tires by GB 11/21/18 (359) | | | ✓ | | |
| | 589. | Inspection notes: Chevrolet | | Hearsay | | | |
| | 590. | Inspection notes: tires | | Hearsay | | | |
| | 591. | Sequence graphics (pages 337-340 of Steven Fenton's reconstruction document) | | Hearsay; Relevance | | | |
| | 592. | Vehicle dynamics: <br> • 2013-01-0776: test-data; test-movies; test-reports; 2013 comparison of 25 high speed tire disablements involve full and partial tread seps.pdf <br> • 2017-01-1427: test-data; test-movies; test-reports; 2017-(koch-beauchamp-pentecost)- tire disablement deceleration.pdf <br> • NADS: study with videos | | Hearsay; Relevance | | | |
| | 593. | Tread Vehicle Interaction: <br> -Subject Vehicle Damage (18 photographs) <br> -Test Vehicle Damage <br>  -BMW (11 photographs) <br>  -Expedition (12 photographs) <br>  -Malibu (15 photographs) <br>  -Minivan (21 photographs) | | Hearsay; Relevance | | | |
| | 594. | Baker, J. Stannard, "Tire Disablements and Accidents on a High-Speed Road," The Traffic Institute's Tire Study, April 1968. | | Hearsay | | | |
| | 595. | Beauchamp, Gray, et al., "A Comparison of 25 High Speed Tire Disablements Involving Full and Partial Tread Separations", SAE International, published 04/08/2013. | | Hearsay | | | |
| | 596. | Gardner, Jim. "The Role of Blowouts in Accident Causation," Publication no. 87-WA/SAF-4. New | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | York City: American Society of Mechanical Engineers, 1987. | | | | | |
| | 597. | Gardner, Jim. "The Role of Tread/Belt Detachment in Accident Causation," ITEC 1998, Paper 27A. | | Hearsay | | | |
| | 598. | Gardner, J.D., Queiser, B.J., 2006. "The Pneumatic Tire," Report DOT HS 810 561, US Department of Transportation, National Highway Traffic Safety Administration, Washington, DC, USA, February 2006, ch 15. | | Hearsay | | | |
| | 599. | Gillespie, Thomas D., Fundamentals of Vehicle Dynamics, Society of Automotive Engineers Warrendale, PA, 1992. | | Hearsay | | | |
| | 600. | Fay, R., Robinette, R., Smith, J., Flood, T. et al., "Drag and Steering Effects from Tire Tread Belt Separation and Loss," SAE Technical Paper 1999-01-0447, 1999, doi:10.4271/1999-01-0447. | | Hearsay | | | |
| | 601. | Klein, E. and Black, T., "Anatomy of Accidents Following Tire Disablements", SAE Technical Paper 1999-01-0446, 1999, doi:10.4271/1999-01-0446. | | Hearsay | | | |
| | 602. | Koch, Daniel, et al., "Deceleration Rates of Vehicles with Disabled Tires", SAE International, published 03/28/2017. | | Hearsay | | | |
| | 603. | Liu, C., Ye, T.J., "Run-Off-Road Crashes: An On Scene Perspective," NHTSA DOT HS 811 500, 2011. | | Hearsay | | | |
| | 604. | Lowne, R.W., "Tyre Failures on Part of M5 Motorway", Transport and Road Research Laboratory, TRRL Report LR 585, Crowthorne, Berkshire, 1973. | | Hearsay | | | |
| | 605. | Robinette, R., Deering, D., and Fay, R., "Drag and Steering Effects of Under Inflated and Deflated Tires," SAE Technical Paper 970954, 1997, doi:10.4271/970954. | | Hearsay | | | |
| | 606. | Tandy, D., Granat, K., Durisek, N., Tandy, K. et al., "Vehicle Response Comparison to Tire Tread Separations Induced by Circumferentially Cut and Distressed Tires," SAE Technical Paper 2007-01-0733, 2007, doi:10.4271/2007-01-0733. | | Hearsay | | | |
| | 607. | Tandy, D., Pascarella, R., Ault, B., Coleman, C. et al., "Steering and Handling Performance During a Full Tire Tread Belt Separation," SAE Int. J. Passeng. Cars – Mech. Syst. 4(1):791-806, 2011, doi:10.4271/2011-01-0973. | | Hearsay | | | |

7

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 608. | Tandy, D., Ault, B., and Pascarella, R., "Steering and Handling Performance Following a Full Tire Tread Belt Separation," SAE Technical Paper 2012-01-0257, 2012, doi:10.4271/2012-01-0257. | | Hearsay | | | |
| | 609. | Tandy, D., Ault, B., Colborn, J., and Pascarella, R., "Objective Measurement of Vehicle Steering and Handling Performance When a Tire Loses Its Air," SAE Int. J. Passeng. Cars - Mech. Syst. 6(2):741-769, 2013, doi:10.4271/2013-01-0748. | | Hearsay | | | |
| | 610. | Wierwille, W.W., Casali, J.G., "Driver Steering Reaction Time to Abrupt-Onset Crosswinds, as Measured in a Moving-Base Driving Simulator," Human Factors: The Journal of the Human Factors and Ergonomics Society, February 1983, vol. 25, no. 1103-116, doi: 10.1177/001872088302050011. | | Hearsay | | | |
| | 611. | Young, D., Heckman, G., Kim R., "Human Factors in Sudden Acceleration Incidents," Proceedings of the Human Factors and Ergonomics Society Annual Meeting 2011 55: 1938, DOI:0.1177/1071181311551404. | | Hearsay | | | |
| | 612. | Ranney, Thomas A., et al., Investigation of Driver Reactions to Tread Separation Scenarios in the National Advanced Driving Simulator (NADS) U.S. Department of Transportation, National Highway Traffic Safety Administration, DOT HS 809 523, January 2003. | | Hearsay | | | |
| | 613. | Rucoba, Robert, et al., An analysis of Driver Reactions to Tire Failures Simulated with the National Advanced Driving Simulator (NADS). Sixth International Driving Symposium on Human Factors in Driver Assessment, Training and Vehicle Design. 2011. | | Hearsay | | | |
| | 614. | Rucoba, R., Liebbe, R., Duran, A., and Carr, L., "The Effectiveness of the National Advanced Driving Simulator (NADS) in Evaluating the Effect of Tire Tread Belt Detachments," SAE Technical Paper 2013-01-0467, 2013, doi:10.4271/2013-01-0467. | | Hearsay | | | |
| | 615. | Report:  Stephen Fenton, dated May 6, 2019 | | Hearsay; Relevance | | | |
| | 616. | Curriculum Vitae:  Stephen Fenton | | Hearsay; Relevance | | | |
| | 617. | Scene Survey Data, 8/31/18 | | Hearsay; Relevance | | | |
| | 618. | Scene Diagram | | Hearsay; Relevance | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 619. | Scratch Pattern Diagram | | Hearsay; Relevance | | | |
| | 620. | Photographs marked at Mr. Fenton's deposition | | Relevance | | | |
| | 621. | Roll Diagram | | Hearsay; Relevance | | | |
| | 622. | CDR/Kineticorp Analysis Alignment | | Hearsay; Relevance | | | |
| | 623. | Drive Train Analysis | | Hearsay; Relevance | | | |
| | 624. | Yaw and Trip Analysis | | Hearsay; Relevance | | | |
| | 625. | Roll Velocity and Ground Plane Velocity v. Number of Rolls | | Hearsay; Relevance | | | |
| | 626. | Gilbert Engineering Accident Calculations | | | ✓ | | |
| | 627. | Roll Phase Dynamics | | Hearsay; Relevance | | | |
| | 628. | Diagram (untitled) | | Hearsay; Relevance | | | |
| | 629. | Accident Sequence and Calculations | | Hearsay; Relevance | | | |
| | 630. | Loveland Photos | | | ✓ | | |
| | 631. | Photograph with handwritten notes | | Hearsay; Relevance | | | |
| | 632. | Yaw Phase Diagram zoomed in | | Hearsay; Relevance | | | |
| | 633. | Roll Phase Diagram zoomed in | | Hearsay; Relevance | | | |
| | 634. | Subject Crash Comparison to Steer-Induces Rollover Testing | | Hearsay; Relevance | | | |
| | 635. | Quarter Turn Analysis | | Hearsay; Relevance | | | |
| | 636. | RPM/Gear Analysis | | Hearsay; Relevance | | | |
| | 637. | 3D Reconstruction Screenshots | | Hearsay; Relevance | | | |
| | 638. | Scans (pick-up) | | Hearsay; Relevance | | | |
| | 639. | Photogrammetry Diagrams | | Hearsay; Relevance | | | |
| | 640. | Diagrams created from Photogrammetry | | Hearsay; Relevance | | | |
| | 641. | Fenton reconstruction:<br>• Digital Images (89-210)<br>• Scene Diagram (211-219) | | Hearsay; Relevance | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | • Photogrammetry (220-286)<br>• Inertial Parameters (260-286) | | | | | |
| | 642. | 2 e-scan data:<br>• Raw scan data<br>• Scan-images | | Hearsay; Relevance | | | |
| | 643. | Baker, Kenneth S., Chapter 9: *Photogrammetry for Collision Analysis*, Traffic Collision Investigation. Evanston: Northwestern University Center for Public Safety, 2001. | | Hearsay | | | |
| | 644. | Brach, Raymond M. Chapter 10: *Photogrammetry*, Vehicle Accident Analysis and Reconstruction Methods. Warrendale: Society of Automotive Engineers, 2005. | | Hearsay | | | |
| | 645. | Breen, Kevin C. *Application of Photogrammetry to Accident Reconstruction*, SAE Technical Paper 861422. Warrendale: Society of Automotive Engineers, 1986. | | Hearsay | | | |
| | 646. | Chou, C., McCoy, R., Le, J., Fenton, S. et al., *Image Analysis of Rollover Crash Tests Using Photogrammetry*, SAE Technical Paper 2006-01-0723, 2006, doi:10.4271/2006-01-0723. | | Hearsay | | | |
| | 647. | Fenton, S. and Kerr, R*., Accident Scene Diagramming Using New Photogrammetric Technique*, SAE Technical Paper 970944, 1997, doi:10.4271/970944. | | Hearsay | | | |
| | 648. | Fenton, S., Johnson, W., LaRocque, J., Rose, N. et al., *Using Digital Photogrammetry to Determine Vehicle Crush and Equivalent Barrier Speed (EBS)*, SAE Technical Paper 1999-01-0439, 1999, doi:10.4271/1999-01-0439. | | Hearsay | | | |
| | 649. | Fenton, S., Neale, W., Rose, N., and Hughes, C., *Determining Crash Data Using Camera Matching Photogrammetric Technique*, SAE Technical Paper 2001-01-3313, 2001, doi:10.4271/2001-01-3313. | | Hearsay | | | |
| | 650. | Fenton, S., Ziernicki, R., Rose, N., and Johnson, W., *Using Digital Photogrammetry to Determine Crash Severity*, Rep. London: ICrash 2000, International Crashworthiness Conference, The Royal Aeronautical Society, 2000. | | Hearsay | | | |
| | 651. | Husher, Stein E., Michael S. Varat, and John F. Kerhoff. *Survey of Photogrammetric Methodologies for Accident Reconstruction*, Rep. Vancouver: Proceedings of the Canadian Multi-Disciplinary | | Hearsay | | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | Road Safety Conference VII, 1991. | | | | | |
| | 652. | Funk, J., Beauchamp, G., Rose, N., Fenton, S. et al., *Occupant Ejection Trajectories in Rollover Crashes: Full-Scale Testing and Real World Cases*, SAE Int. J. Passeng. Cars - Mech. Syst. 1(1):43-54, 2009, doi:10.4271/2008-01-0166. | | Hearsay | | | |
| | 653. | Neale, W., Hessel, D., and Terpstra, T., *Photogrammetric Measurement Error Associated with Lens Distortion*, SAE Technical Paper 2011-01-0286, 2011, doi:10.4271/2011-01-0286. | | Hearsay | | | |
| | 654. | Neale, W., S. Fenton, S. McFadden, and N. A. Rose. *A Video Tracking Photogrammetry Technique to Survey Roadways for Accident Reconstruction*, SAE Technical Paper 2004-01-1221. Warrendale: Society of Automotive Engineers, 2004. | | Hearsay | | | |
| | 655. | Pepe, Michael D. *Accuracy of Three-Dimensional Photogrammetry as Established by Controlled Field Tests*, SAE Technical Paper 930662. Warrendale: Society of Automotive Engineers, 1993. | | Hearsay | | | |
| | 656. | Rose, N., Neale, W., Fenton, S., Hessel, D. et al., *A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis*, SAE Int. J. Passeng. Cars - Mech. Syst. 1(1):301-317, 2008, doi:10.4271/2008-01-0350. | | Hearsay | | | |
| | 657. | Rucoba, R., A. Duran, L. Carr, and D. Erdeljac. *A Three Dimensional Crush Measurement Methodology Using Two-Dimensional Photographs*, SAE Technical Paper 2008-01-0163. Warrendale: Society of Automotive Engineers, 2008. | | Hearsay | | | |
| | 658. | Woolley, R., White, K., Asay, A., and Bready, J., *Determination of Vehicle Crush from Two Photographs and the Use of 3D Displacement Vectors in Accident Reconstruction*, SAE Technical Paper 910118, 1991, doi:10.4271/910118. | | Hearsay | | | |
| | 659. | Beauchamp, G., Hessel, D., Rose, N., Fenton, S. et al., *Determining Vehicle Steering and Braking from Yaw Mark Striation*s, SAE Int. J. Passeng. Cars - Mech. Syst. 2(1):291-307, 2009, doi:10.4271/2009-01-0092. | | Hearsay | | | |
| | 660. | Daily, John, Nathan S. Shigemura, and Jeremy Daily. *Fundamentals of Traffic Crash Reconstruction*, Jacksonville: Institute of Police Technology and Management, University of North Florida, 2006. | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 661. | Fricke, Lynn B. *Traffic Accident Reconstruction,* Evanston, IL: Northwestern University Traffic Institute, 1990. | | Hearsay | | | |
| | 662. | Fricke, Lynn B. *Traffic Crash Reconstruction, 2nd Edition*, Evanston, IL: Northwestern University Traffic Institute, 2010. | | Hearsay | | | |
| | 663. | Reveley, Mary S. *A Comparison Study of Skid and Yaw Marks*, SAE Technical Paper 890635. Warrendale: Society of Automotive Engineers, 1989. | | Hearsay | | | |
| | 664. | Bare, Cleve, Brian Everest, Donald Floyd, and Douglas Nunan. *Analysis of Pre-Crash Data Transferred over the Serial Data Bus and Utilized by the SDM-DS Module*, SAE Technical Paper 2011-01-0809. Warrendale: Society of Automotive Engineers, 2011. | | Hearsay | | | |
| | 665. | Bortles, W., Biever, W., Carter, N., and Smith, C., *A Compendium of Passenger Vehicle Event Data Recorder Literature and Analysis of Validation Studies*, SAE Technical Paper 2016-01-1497, 2016, https://doi.org/10.4271/2016-01-1497. | | Hearsay | | | |
| | 666. | Bortles, W., Koch, D., Beauchamp, G., Pentecost, D. et al., "Event Data Recorder Performance during High Speed Yaw Testing Subsequent to a Simulated Tire Tread Separation Event," SAE Technical Paper 2019-01-0634, 2019, doi:10.4271/2019-01-0634. | | Hearsay | | | |
| | 667. | Gabler, H. Clay, John Hinch, and John Steiner. *Event Data Recorders - A Decade of Innovation*, Rep. no. PT-139. Warrendale: Society of Automotive Engineers, 2008. | | Hearsay | | | |
| | 668. | Ishikawa, Hirotoshi, et al. *Study on Pre-Crash and Post-Crash Information Recorded in Electronic Control Units (ECUS) Including Event Data Recorders*, Japan, Paper Number 09-0375. | | Hearsay | | | |
| | 669. | Lawrence, Jonathan M., Craig C. Wilkinson, David J. Kuc, Bradley E. Heinrichs, and Gunter P. Siegmunds. *The Accuracy and Sensitivity of Event Data Recorders in Low-Speed Collisions*, SAE Technical Paper 2002-01-0679. Warrendale: Society of Automotive Engineers, 2002. | | Hearsay | | | |
| | 670. | Lawrence, Jonathan M., and Craig C. Wilkinson. *The Accuracy of Crash Data from Ford Restraint Control Modules Interpreted with Revised Vetronix Software*, SAE Technical Paper 2005-01-1206. Warrendale: Society of Automotive Engineers, 2005. | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 671. | Niehoff, Peter. *Evaluation of Event Data Recorders in Full Systems Crash Tests*, Rep. no. 05-0271. Washington D.C.: National Highway Traffic Safety Administration. | | Hearsay | | | |
| | 672. | Steiner, John C. *Event Data Recorder Pre-Crash Data Sources for General Motors Vehicles*, Rep. no. IMECE2003-41812. American Society of Mechanical Engineers International Mechanical Engineering Congress & Exposition, 2003. | | Hearsay | | | |
| | 673. | Wilkinson, Craig C. *The Accuracy and Sensitivity of 2003 and 2004 General Motors Event Data Recorders in Low-Speed Barrier and Vehicle Collisions*, SAE Technical Paper 2005-01-1190. Warrendale: Society of Automotive Engineers, 2005. | | Hearsay | | | |
| | 674. | Arndt, Mark W., et al., *Drag Factors from Rollover Crash Testing For Crash Reconstructions*, Rep. no. IMECE2011-65537. American Society of Mechanical Engineers International Mechanical Engineering Congress & Exposition, 2011. | | Hearsay | | | |
| | 675. | Arndt, Mark W., et al., *Comparison of Linear Variable Deceleration Rate Rollover Reconstruction to Steer-Induced Rollover Tests*, SAE Technical Paper 2012-01-0469. Warrendale: SAE International, 2012. | | Hearsay | | | |
| | 676. | Asay, Alan F. et al. *Rollover Testing of Sport Utility Vehicles (SUVs) on an Actual Highway,* SAE Technical Paper 2010-01-0521. Warrendale: Society of Automotive Engineers, 2010. | | Hearsay | | | |
| | 677. | Carter, Jarrod W. et al. *Rollover Dynamics: An Exploration of the Fundamentals*, SAE Technical Paper 2008-01-0172. Warrendale: Society of Automotive Engineers, 2008. | | Hearsay | | | |
| | 678. | Funk, James R., *Trajectory Model of Occupants Ejected in Rollover Crashes*, SAE Technical Paper 2007-01-0742. Warrendale: Society of Automotive Engineers, 2007. | | Hearsay | | | |
| | 679. | Koch, D., Beauchamp, G., and Pentecost, D., *Deceleration Rates of Vehicles with Disabled Tires*, SAE Technical Paper 2017-01-1427, 2017. | | Hearsay | | | |
| | 680. | Luepke, Peter, et al. *An Evaluation of Laminated Side Window Glass Performance During Rollover*, SAE Technical Paper 2007-01-0367. Warrendale: Society of Automotive Engineers, 2007. | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 681. | Rose, Nathan A., Beauchamp, Gray, Fenton, Stephen J. *Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling*, SAE Technical Paper 2007-01-0726. Warrendale: Society of Automotive Engineers, 2007. | | Hearsay | | | |
| | 682. | Rose, Nathan A., Beauchamp, Gray, Fenton, Stephen J. *Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model*, SAE Technical Paper 2008-01-0178. Warrendale: Society of Automotive Engineers, 2008. | | Hearsay | | | |
| | 683. | Rose, Nathan A. Beauchamp, Gray, Fenton, Stephen J. *The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity,* SAE Technical Paper 2008-01-0194. Warrendale: Society of Automotive Engineers, 2008. | | Hearsay | | | |
| | 684. | Rose, Nathan A., and Gray Beauchamp. *Development of a Variable Deceleration Rate Approach to Rollover Crash Reconstruction*, SAE Technical Paper 2009-01-0093. Warrendale: Society of Automotive Engineers, 2009. | | Hearsay | | | |
| | 685. | Rose, Nathan A., and Gray Beauchamp. *Analysis of a Dolly Rollover with PC-Crash*, SAE Technical Paper 2009-01-0822. Warrendale: Society of Automotive Engineers, 2009. | | Hearsay | | | |
| | 686. | Rose, Nathan A., and Gray Beauchamp. *A Variable Deceleration Approach to Rollover Crash Reconstruction*, Collision Magazine, Vol. V, Issue I, Spring 2010. | | Hearsay | | | |
| | 687. | Stevens, Don C., et al., *Rollover Crash Test Results: Steer-Induced Rollovers*, SAE Technical Paper 2011-01-1114. Warrendale: Society of Automotive Engineers, 2011. | | Hearsay | | | |
| | 688. | Report:  Ernest Goss, Ph.D., dated May 10, 2019 | | Hearsay | | | |
| | 689. | Curriculum vitae:  Ernest Goss, Ph.D. | | Hearsay | | | |
| | 690. | Report:  Life Care Plan for Shane Loveland, by Cathlin Mitchell, RN, BSN, dated May 3, 2019 | | Hearsay | | | |
| | 691. | Curriculum vitae: Cathlin Mitchell, RN, BSN | | Hearsay | | | |
| | 692. | Report:  Independent Medical Exam, Alan Weintraub, M.D., with supplement dated May 8, 2019 | | Hearsay | | | |
| | 693. | Curriculum vitae:  Alan Weintraub, M.D. | | Hearsay | | | |

14

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 694. | Photocopies of CT Scans from Dr. Weintraub's deposition | | | ✓ | | |
| | 695. | Life Expectancy after Traumatic Brain Injury (TBI) | | Hearsay | | | |
| | 696. | Photographs of the home from Dr. Weintraub's deposition | | | ✓ | | |
| | 697. | Letter to Craig Lichtblau M.D. from Dennis B. Marcus of DB Marcus Construction, Inc. re: Wheelchair Accessible Home, 1/14/16 | | Hearsay | | | |
| | 698. | Dr. Weintraub's handwritten notes | | Hearsay | | | |
| | 699. | Documented Telephone Conversation with Dr. Chad Murray by Craig Lichtblau M.D., 6/30/17 | | Hearsay | | | |
| | 700. | Complaint filed in the District Court of Buffalo County, Nebraska, 04/12/2019: *Rysta Leona Susman, both Individually and as Natural Mother of Shane Allen Loveland, a Protected Person, Shane Allen Loveland, A Protected Person by and through his Temporary Guardian and Conservator John Sauder, and Jacob Summers v. Kearney Towing & Repair Center, Inc., a Nebraska Corporation*, Case No. D09CI190000158 | | Hearsay Relevance | | | |

Goodyear reserves the right to use as an Exhibit any reference identified by its experts in

the course of discovery, which may not have been specifically referenced herein.

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 701. | Buser Exhibit 2:  Fixed Asset Item for 2005 Chevy Pickup | | | ✓ | | |
| | 702. | Buser Exhibit 4:  Dandee Construction Employee Manual and Safety Policy | | Hearsay | | | |
| | 703. | Fedderson Exhibit 1:  Kearney Invoice 91571 (GY-KTR 0024) | | Hearsay | | | |
| | 704. | Fedderson Exhibit 2:  Kearney Invoice 92265 (GY-KTR 0025) | | Hearsay | | | |
| | 705. | Fedderson Exhibit 3:  Handwritten DOT code | | Hearsay | | | |
| | 706. | Gilbert Exhibit 2:  Gilbert Testimony List | | Hearsay | | | |
| | 707. | Gilbert Exhibit 5:  Scene Diagram | | | ✓ | | |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 708. | Gilbert Exhibit 6: Accident Calculations | | | ✓ | | |
| | 709. | Gilbert Exhibit 7: Case Sheet and Notes Vehicle Inspection | | | ✓ | | |
| | 710. | Gilbert Exhibit 8: Handwritten Notes of Scene Inspection | | | ✓ | | |
| | 711. | Lichtblau Exhibit A: Invoice and updated CV | | | ✓ | | |
| | 712. | Lichtblau Exhibit B: Trials and Depositions lists | | | ✓ | | |
| | 713. | Pettingill: Invoice for his deposition in this matter | | | ✓ | | |
| | 714. | Pettingill: Deposition Testimony list | | | ✓ | | |
| | 715. | Pettingill: Trial Testimony list | | | ✓ | | |
| | 716. | Southern Exhibit 4: Vehicle Placard photograph | | | ✓ | | |
| | 717. | Southwell Exhibit 1: Handwritten notes by David Southwell in preparation for deposition | | | ✓ | | |
| | 718. | Southwell Exhibit 2: Images attached to David Southwell's report, photographs and X-rays | | | ✓ | | |
| | 719. | Southwell Exhibit 3: Diagram of tire drawn by David Southwell | | | ✓ | | |
| | 720. | Southwell Exhibit 4: Photographs (dandee RF comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | ✓ | | |
| | 721. | Southwell Exhibit 5: Photographs of left rear tire (dandee LR comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | ✓ | | |
| | 722. | Southwell Exhibit 6: Photographs of left front tire (dandee LF comp_: 90, 0, 135, 45, 270, 180, 315, 225) | | | ✓ | | |
| | 723. | Southwell Exhibit 7: Southwell C.V. | | | ✓ | | |
| | 724. | Southwell Exhibit 8: Case List | | | ✓ | | |

Subject to the rulings on motions in *limine* and objections to exhibits, The Goodyear Tire

& Rubber Company reserves the right to introduce into evidence the following exhibits:

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 725. | NHTSA file regarding Investigation PE00-046, non-confidential (GY_Susman_00001 to 01374) | | | ✓ | | |

16

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 726. | NHTSA file regarding Investigation PE00-046, confidential (GY_Susman_01375 to 06325; GY_Susman_20845 to 25871) | | | ✓ | | |
| | 727. | Product Service Bulletins (GY_Susman_06326 to 06331; GY_Susman_20832 to 20837) | | Hearsay | | | |
| | 728. | Technical tests and studies conducted by Goodyear during the Subject Tire Frame regarding Tire Service Life (GY_Susman_20778 to 20831) | | Hearsay | | | |
| | 729. | Adjustment data for the Subject Tire during the Subject Tire Scope (GY_Susman_20838 to 20844) | | | ✓ | | |
| | 730. | LT235-85R16 LRE Claims Were DOT Serial Indicated Probable Prodn 1992-1998 (GY_Susman_36695 to 36844) | | Hearsay | | | |
| | 731. | LT235-85R16 LRE Claims Were DOT Serial Indicated Possible Prodn 1992-1998 (GY_Susman_36845 to 36864) | | Hearsay | | | |
| | 732. | Claims_NHTSA sizes other than LT235-84R16 (GY_Susman_36865 to 37021) | | Hearsay | | | |
| | 733. | 2.5.03 Deposition of William Gaudet , and related exhibits produced in discovery, in *Dow* (GY_Susman_33309 to 33698) | | Hearsay | | | |
| | 734. | 2.27.13 Deposition of Eric Mizner, and related exhibits produced in discovery, in *Ochoa-Garcia* (GY_Susman_30664 to 30697) | | Hearsay | | | |
| | 735. | 12.6.02 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Boerm* (GY_Susman_30494 to 30663) | | Hearsay | | | |
| | 736. | 2.6.03 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Dow* (GY_Susman_33805 to 34004) | | Hearsay | | | |
| | 737. | 1.26.05 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Hebert* (GY_Susman_29968 to 30170; GY_Susman_30445 to 30450) | | Hearsay | | | |
| | 738. | 2.27.03 Deposition of Terrence Parsons, and related exhibits produced in discovery, in *Garcia* (GY_Susman_34387 to 34548) | | Hearsay | | | |
| | 739. | 1.27.05 Deposition of Beale Robinson, and related exhibits produced in discovery, in *Hebert* (GY_Susman_29011 to 29060 and GY_Susman_29188 to 29318) | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
|  | 740. | 4.12.06 Deposition of Beale Robinson (V1), and related exhibits produced in discovery, in *Ruiz* (GY_Susman_34887 to 36299) |  | Hearsay |  |  |  |
|  | 741. | 2.7.03 Deposition of Antonio Settimio, and related exhibits produced in discovery, in *Dow* (GY_Susman_34156 to 34308) |  | Hearsay |  |  |  |
|  | 742. | 2.6.03 Deposition of Charles Sinclair, and related exhibits produced in discovery, in *Dow* (GY_Susman_34005 to 34083) |  | Hearsay |  |  |  |
|  | 743. | 2.5.03 Deposition of Gary Tatum, and related exhibits produced in discovery, in *Dow* (GY_Susman_33699 to 33804) |  | Hearsay |  |  |  |
|  | 744. | 2.28.03 Deposition of Keith Trares, videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_34549 to 34886; GY_Susman_36513) |  | Hearsay |  |  |  |
|  | 745. | 1.16.03 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Dow* (GY_Susman_33230 to 33308) |  | Hearsay |  |  |  |
|  | 746. | 1.23.02 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Garcia* (GY_Susman_07595 to 07695; GY_Susman_26270-26278) |  | Hearsay |  |  |  |
|  | 747. | 1.25.05 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Hebert* (GY_Susman_30451 to 30493) |  | Hearsay |  |  |  |
|  | 748. | 1.4.02 Deposition of Joseph Zekoski, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_14616 to 14683; GY_Susman_36518; GY_Susman_28015 to 28017) |  | Hearsay |  |  |  |
|  | 749. | 1.4.02 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_08365 to 08533; GY_Susman_36500) |  | Hearsay |  |  |  |
|  | 750. | 10.17.01 Deposition of Joseph Zekoski, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_10540 to 10738; GY_Susman_36519; GY_Susman_30700) |  | Hearsay |  |  |  |
|  | 751. | 10.18.01 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_08212 to 08364; GY_Susman_36501; GY_Susman_30701) |  | Hearsay |  |  |  |
|  | 752. | 10.18.02 Deposition of Bertram Bell, and related exhibits produced in discovery, in *Arredondo* |  | Hearsay |  |  |  |

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
|  |  | GY_Susman_06332 to 06423) |  |  |  |  |  |
|  | 753. | 10.18.02 Deposition of Charles Sinclair, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_12505 to 12547) |  | Hearsay |  |  |  |
|  | 754. | 10.30.02 Deposition of Chester Patterson, and related exhibits produced in discovery, *Linzer* (GY_Susman_11752 to 11944) |  | Hearsay |  |  |  |
|  | 755. | 10.31.02 Deposition of Michael Trout, and related exhibits produced in discovery, in *Linzer* and *Dow* (GY_Susman_19196 to 19441) |  | Hearsay |  |  |  |
|  | 756. | 11.1.02 Deposition of Keith Trares, and related exhibits produced in discovery, in *Linzer* and *Dow* (GY_Susman_18954 to 19195) |  | Hearsay |  |  |  |
|  | 757. | 12.3.01 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15209 to 15535; GY_Susman_25872 to 25963; GY_Susman_26781 to 26843; GY_Susman_26846 to 26898; GY_Susman_26967 to 26970; GY_Susman_30702 to 30839) |  | Hearsay |  |  |  |
|  | 758. | 12.4.01 Deposition of Beale Robinson (V1), videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15536 to 15791; GY_Susman_36508) |  | Hearsay |  |  |  |
|  | 759. | 12.4.01 Deposition of Dane E. Taylor, and related exhibits produced in discovery, in *Garcia* (GY_Susman_18772 to 18857) |  | Hearsay |  |  |  |
|  | 760. | 12.5.01 Deposition of Beale Robinson (V2), videotape, and related exhibits produced in discovery, in *Garcia* (GY_Susman_15017 to 15208; GY_Susman_36509) |  | Hearsay |  |  |  |
|  | 761. | 12.8.98 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Mathews* (GY_Susman_20054 to 20272) |  | Hearsay |  |  |  |
|  | 762. | 12.9.98 Deposition of Richard Olsen, and related exhibits produced in discovery, in *Mathews* (GY_Susman_17191 to 17467) |  | Hearsay |  |  |  |
|  | 763. | 2.11.02 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Boerm* (GY_Susman_18150 to 18275) |  | Hearsay |  |  |  |
|  | 764. | 2.12.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Boerm* (GY_Susman_15903 to 16013; GY_Susman_36504) |  | Hearsay |  |  |  |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | 765. | 2.13.03 Deposition of Beale Robinson, and related exhibits produced in discovery, in *Dow* (GY_Susman_34342 to 34386) | | Hearsay | | | |
| | 766. | 2.6.02 Deposition of Charles Winebrenner, and related exhibits produced in discovery, in *Garcia* and *Ebanks* (GY_Susman_19442 to 19615; GY_Susman_27015 to 27441; GY_Susman_30840 to 31116) | | Hearsay | | | |
| | 767. | 2.7.03 Deposition of Douglas Julian, and related exhibits produced in discovery, in *Dow* (GY_Susman_34084 to 34155) | | Hearsay | | | |
| | 768. | 2.7.03 Deposition of Thomas Watkins, and related exhibits produced in discovery, in *Dow* (GY_Susman_34309 to 34341) | | Hearsay | | | |
| | 769. | 2.8.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_09416 to 09622; GY_Susman_36505; GY_Susman_26899 to 26933) | | Hearsay | | | |
| | 770. | 2.8.02 Deposition of Chester Patterson, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_15792 to 15902) | | Hearsay | | | |
| | 771. | 5.30.01 Deposition of Daniel E. Hammontree, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_16691 to 16768; GY_Susman_31128 to 31135) | | Hearsay | | | |
| | 772. | 5.30.01 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Ebanks* (GY_Susman_07489 to 07594; GY_Susman_31117 to 31127) | | Hearsay | | | |
| | 773. | 6.11.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_14141 to 14523; GY_Susman_36502) | | Hearsay | | | |
| | 774. | 6.12.02 Deposition of Daniel Hammontree, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_16547 to 16690) | | Hearsay | | | |
| | 775. | 6.7.02 Deposition of Charles Winebrenner in *Arredondo* and *Boerm* (GY_Susman_14684 to 15003; GY_Susman_27637 to 27641; GY_Susman_31136 to 31165) | | Hearsay | | | |
| | 776. | 7.11.02 Deposition of Dennis O'Connor, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_17111 to 17190) | | Hearsay | | | |
| | 777. | 7.11.02 Deposition of Mark Grund, videotape, and related exhibits produced in discovery, in *Arredondo* | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | (GY_Susman_16336 to 16546; GY_Susman_36494) | | | | | |
| | 778. | 7.16.02 Deposition of Joseph Zekoski (V1), videotape, and related exhibits produced in discovery, in *Aufiero, Linzer, Dow*, and *Arredondo* (GY_Susman_19839 to 20053; GY_Susman_36517; GY_Susman_28114 to 28154; GY_Susman_28158 to 28227) | | Hearsay | | | |
| | 779. | 7.17.02 Deposition of Joseph Zekoski (V2), videotape, and related exhibits produced in discovery, in *Aufiero, Linzer, Dow*, and *Arredondo* (GY_Susman_19785 to 19838; GY_Susman_36516) | | Hearsay | | | |
| | 780. | 7.17.02 Deposition of Richard Olsen, videotape, and related exhibits produced in discovery, in *Aufiero, Arredondo* (GY_Susman_17643 to 17806; GY_Susman_36499; GY_Susman_28228 to 28313) | | Hearsay | | | |
| | 781. | 7.18.02 Deposition of Beale Robinson, videotape, and related exhibits produced in discovery, in *Arredondo, Dow, Aufiero* (GY_Susman_18276 to 18398; GY_Susman_36503; GY_Susman_28314 to 28328) | | Hearsay | | | |
| | 782. | 7.20.99 Deposition of Chester Patterson, and related exhibits produced in discovery, in *Han* (GY_Susman_08635 to 08725; GY_Susman_26401 to 26431) | | Hearsay | | | |
| | 783. | 7.20.99 Deposition of Ernest C. Kessell, and related exhibits produced in discovery, in *Han* (GY_Susman_07043-07098; GY_Susman_25972 to 25990) | | Hearsay | | | |
| | 784. | 8.17.01 Deposition of Ernest C. Kessell in *Garcia* (GY_Susman_07099 to 07488; GY_Susman_25991 to 26258) | | Hearsay | | | |
| | 785. | 8.3.00 Deposition of Beale Robinson (V1), videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18399 to 18545; GY_Susman_36506) | | Hearsay | | | |
| | 786. | 8.3.00 Deposition of Madelon Kominic, videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16811 to 16933; GY_Susman_36496, GY_Susman_26279 to 26326; GY_Susman_26844 to 26845; GY_Susman_31166 to 31196) | | Hearsay | | | |
| | 787. | 8.4.00 Deposition of Beale Robinson (V2), videotape, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18546 to 18747; GY_Susman_36507; GY_Susman_31197 to 31543) | | Hearsay | | | |
| | 788. | 9.13.02 Deposition of Joseph Zekoski, and related exhibits produced in discovery, in *Corwin* | | Hearsay | | | |

1839947

| PLF Ex. No. | DEF Ex. No. | Description | Offer | Obj | Admit | Rcvd/ Not Rcvd | Date |
|---|---|---|---|---|---|---|---|
| | | (GY_Susman_20502 to 20771; GY_Susman_31544 to 31906) | | | | | |
| | 789. | 9.19.00 Deposition of Edward Terrill, and related exhibits produced in discovery, in *Frankl* (GY_Susman_18858 to 18953; GY_Susman_26971 to 27014) | | Hearsay | | | |
| | 790. | 9.19.00 Deposition of James Nespo, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16934 to 17110; GY_Susman_26327 to 26334) | | Hearsay | | | |
| | 791. | 9.19.02 Deposition of George Edwards, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_16171 to 16335) | | Hearsay | | | |
| | 792. | 9.19.02 Deposition of Iwao Uenoyama, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_16769 to 16810) | | Hearsay | | | |
| | 793. | 9.19.02 Deposition of Ray Young (V1), videotape, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_19616 to 19709; GY_Susman_36515) | | Hearsay | | | |
| | 794. | 9.20.00 Deposition of Jon P. Dupont, and related exhibits produced in discovery, in *Frankl* (GY_Susman_16121 to 16170) | | Hearsay | | | |
| | 795. | 9.20.02 Deposition of Ray Young (V2 & V3), videotape, and related exhibits produced in discovery, in *Arredondo* and *Boerm* (GY_Susman_19710 to 19748; GY_Susman_36515; GY_Susman_31907 to 33229) | | Hearsay | | | |
| | 796. | 9.20.02 Deposition of Richard Olsen (V2), videotape, and related exhibits produced in discovery, in *Arredondo* (GY_Susman_15004 to 15016; GY_Susman_36498) | | Hearsay | | | |
| | 797. | 2.4.03 Videotaped deposition of Robert Altvater in *Baerbel, Wundersee* (GY_Susman_36493) | | Hearsay | | | |
| | 798. | 10.17.02 Videotaped deposition of Yutaka Ito in *Arredondo* (GY_Susman_36495) | | Hearsay | | | |
| | 799. | 1.9.03 Videotaped deposition of James Stroble in *Wundersee* (GY_Susman_36511) | | Hearsay | | | |

1839947

Goodyear reserves the right to introduce into evidence any Exhibit identified by

Plaintiffs.   Goodyear reserves the right to amend this list to and including entry of the Final Pre-

trial Order or other deadline established by the Court.

OBJECTIONS:
      R: Relevancy
      H: Hearsay
      A: Authenticity
      O: Other (specify)

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.          
        Edward S. Bott, Jr.
        Clark W. Hedger
        Juliane M. Rodriguez
        10 South Broadway, Suite 2000
        St. Louis, MO  63102
        (314) 241-9090
        Fax:  (314) 345-5465
        esb@greensfelder.com
        ch1@greensfelder.com
        jrodriguez@greensfelder.com

        AND

        BAIRD HOLM LLP
        Jennifer D. Tricker (NE# 23022)
        1700 Farnam Street, Suite 1500
        Omaha, NE  68102-2068
        (402) 344-0500
        jtricker@bairdholm.com

        *Attorneys for The Goodyear Tire & Rubber
        Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of February, 2020, the foregoing was filed electronically with the Clerk of Court, to be served by operation of the Court's electronic filing system upon all counsel of record as follows:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com
*Attorneys for Plaintiffs*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
*Attorneys for Plaintiffs*

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com
*Attorneys for Plaintiffs*

　　　　　　　　　　 /s/ Edward S. Bott, Jr.　　　　　

1839947

Date of birth -          October 11, 1962

Address -                27 Netherby Avenue
                         Netherby, South Australia 5062

# Education

Other -          "Firestone University" – Akron, Ohio, USA, 1997 (Graduate)

-    Tire design factors
-    Compounding
-    Construction
-    Field Engineering
-    Analysis of operating conditions
-    Performance measurement and analysis

Stahlgruber Foundation Tire Inspection, Repair & Retreading training, 2003

-    Damage and failure modes
-    Repair limits
-    Repair techniques
-    Repair failure analysis

Tertiary -       Master of Engineering
                 University of South Australia

                 Bachelor of Management
                 University of South Australia

                 Trade certificate in Automotive Mechanics
                 O'Halloran Hill TAFE

Secondary -      Matriculation
                 Prince Alfred College, 1979

# Memberships and Associations

Member, Society of Automotive Engineers

The Tire Society

American Chemical Society, Rubber Division

## Employment History

**Feb 2005 -**     **Independent tire industry consultant and failure analyst**
www.tyrexperts.com.au

**July 2004 –**     **South Pacific Tires**
**February 2005**   **(Manufacturer of Goodyear, Dunlop and related brands for Australasian and export markets)**

New Product Manager

- Responsibility for new product design and development processes
- Managing indoor and outdoor tire test activities
- Recommending and implementing construction and compound specifications to ensure appropriate performance levels
- Surveying market conditions to determine suitability of specifications
- Co-ordinating market trials of new products
- Ensuring product compliance with all necessary legislative requirements

**January 2001 –**   **Bridgestone Corporation of Japan**
**June 2004**

Technical Manager, Bridgestone/Firestone Training & Communication Centre, Bangkok, Thailand.

- Establishment of formal in-service tire inspection procedures for all product groups (Passenger and light truck, Truck & Bus, Industrial, bias ply and radial ply designs)
- Training of technical service staff from Asia/Oceania, Middle East and African offices:

  o tire design, development and production processes
  o production quality systems
  o tire materials - origin, properties and appropriate uses
  o inspection techniques to determine failure mode & causes
  o assessment of tire designs for market suitability
  o impact of service conditions on performance and durability
  o dynamic behaviour of tires – interaction with vehicle/road
  o international regulations, design standards & test methods
  o tire performance monitoring and measurement
  o tire economics
  o software development – fleet tire monitoring
  o all aspects of field technical service work

**May 1999 to**     **Dealer Principal (Self employed)**
**October 2000**

- Director and Dealer Principal of The Tireman, a retail tire and automotive mechanical services outlet in Adelaide.
- conduct of a consultancy for transport operators, tire dealers, importers & wholesalers in the areas of fleet tire management, product quality and related matters.

**January 1992 to
May 1999**

**Bridgestone Australia Ltd.**

<u>National Technical Field Service Manager</u>

Wide ranging technical management responsibilities across all tire
product groups, the major ones being listed below:

- make technical representations to major end users, original equipment
  manufacturers, distributors and dealers
- development and implementation of formal technical procedures and
  techniques for use by technical service staff
- prepare and present product and industry information to the media and other
  concerned bodies
- production and distribution of technical material
- technical training at all levels in the distribution channel
- responsibility for the technical elements of 6 tire retread plants

*Product Development*

- plan and manage new product development programmes
- preparing compound and construction specifications for new and revised
  products
- recommend and implement changes to product design and specification
- test track evaluation of handling, noise, ride and other dynamic tire response
  characteristics
- design and conduct extensive field trials to assess/confirm suitability of new
  products and/or specification changes
- ongoing inspection and analysis of failed and damaged tires to ascertain
  mode and cause of failure; determine and implement countermeasures where
  appropriate

*Other*

- design and administration of the national warranty system
- direct the design and implementation of fleet tire management software
- responsibility for product and public liability claims
- fulfil the position of Director of the Tire and Rim Association of Australia, the
  organisation that formulates and publishes engineering standards for the
  design, manufacture and fitment of automotive wheels and tires
- serve as Chairman of the Technical Committee of the Australian Tire
  Manufacturers Association. ATMA's task is to represent the industry to
  Government, public and other relevant bodies.

**January 1989 to
December 1991**

**Bridgestone Australia Ltd.**

<u>State Technical Service Manager – SA/NT</u>

- responsibility for all Bridgestone tire technical matters within SA/NT
- Inspect tires submitted for warranty, product and/or public liability claim to
  determine mode and cause of failure
- prepare and make technical representations to commercial vehicle fleets,
  dealers, wholesalers, government bodies and other parties
- administration of new product design and development programmes

**January 1987 to**
**December 1988**

**Bridgestone Australia Ltd.**

OE Engineering and Product Co-ordinator

- responsibility for development of new and improved products for sale to vehicle and machinery manufacturers
- new product performance testing/evaluation, and liaising with design staff concerning product specifications and changes thereto
- investigation and resolution of production and field quality issues across all product groups

**October 1985 to**
**December 1986**

**Ford Motor Company of Australia Ltd.**

Field Manager

- responsibility for the parts and service activities of 24 Ford dealers. This encompassed service technical support and staff training, investigating & reporting on product failures and similar activities.

**February 1984 to**
**October 1985**

**Mitsubishi Motors Australia Ltd.**

Vehicle Development Technical Officer

- this position involved Australian Design Rule certification, test track driving to assess vehicle dynamic response characteristics, durability test driving to evaluate vehicle and component durability, technical report compilation, new model road tests and subsequent market suitability evaluation, vendor liaison, and dealer field problem investigation/resolution.

**Jan 1980 –**
**Dec 1983**

**Mitsubishi Motors Australia Ltd.**

Automotive Apprenticeship

an intensive four year Company training course involving rotation  throughout all of the Company's operations, from fitting & machining to manufacturing, warranty, industrial engineering, engine development, service communication and vehicle development.

**Extracurricular**

Designer/builder of Clubman sports car for motorsport competition
Motorsport competitor (rally, hillclimb and circuit sprints) since 1983.

# Micky Gilbert, P.E.
## Gilbert Engineering LLC
**16254 W 77th Lane**
**Arvada CO  80007**

## Education
Bachelor of Science degree in Mechanical Engineering, Colorado State University, 1993
Worked with Professional Engineers and Accident Reconstructionists since 1993, studying vehicle and accident dynamics

## Employment
Race Car Mechanic at Skip Barber Racing, 1991-1994
Mechanical Engineer, James L. Gilbert and Associates, 1993–1997
Mechanical Engineer, Gilbert Engineering LLC, 1998-present
Associate Engineering Consultant, Professional Investigative Engineers, 2001~2012

## Professional Experience

➢ **Reconstruction/Analysis of Accidents**

➢ **Vehicle Dynamics Testing of Race Cars and Passenger Cars**

➢ **Automotive Computer Analysis and Simulation**

➢ **Analysis of Auto Manufacturer Documents and Tests**

➢ **Design Analysis of Vehicle Structures and Systems**

➢ **Patent Design Work of Anti-Rollover Device and Rollover Steering System**

➢ **Car-to-Car Crash Testing**

➢ **Testing and Design of Modified Passenger Vehicles**

➢ **Teaching courses on accident reconstruction and vehicle dynamics to Police Officers, Engineers, Insurance Adjusters and Attorneys**

➢ **Design and rollover crash testing of automated SUV systems (with and without tread separation)**

## Related Vehicle Dynamics/Auto Racing Experience

| | |
|---|---|
| 1991-1996 | Skip Barber Formula 2000 and Race Karts |
| 1996 | National Champion, Skip Barber Formula 2000 Midwest series |
| 1997 | 2nd place, Superkarts 250cc National Championship |
| 1997-present | BMW School Instructor, Teen Survival Instructor |
| 1999-2000 | Test Driver for Hoosier Racing Tires |
| 1999-2000 | Chief driving instructor of Pro-One Motorsports academy |
| 1999 | SCCA National Champion – Formula Mazda, Central Division |
| 2000 | Third consecutive podium – SCCA Valvoline Runoffs – Formula Mazda |
| 2005 | Star Mazda Pro Series – Expert Champion |
| 2006 | Obtained Indy Racing League license and drove in first Indy Pro race |
| 2007-2008 | Firestone Indy Lights Series driver |

## Professional Affiliations
Colorado Professional Engineer, Registration No. 35682
Accreditation Commission for Traffic Accident Recon. (ACTAR), Reg. No. 1240 (2001-2006)
Society of Automotive Engineers (SAE)
Society of Accident Reconstructionists (SOAR)
American Society for Testing and Materials (ASTM)
American Society of Mechanical Engineers (ASME)
Accident Reconstruction Communications Network (ARC Network) – No. ARC0827
National Association of Professional Accident Reconstruction Specialists (NAPARS) – No. 26114
Canadian Association of Road Safety Professionals (CARSP)

# Publications/Patents

Micky Gilbert, Jim Gilbert, "Engineering Principles in Vehicle Rollover Litigation" in Crashworthiness Litigation, published by West Group, 1998

Micky Gilbert, "Analysis of Toyota LAR Testing", NHTSA Docket 2000-8298, No. 4

"Method and Apparatus for Reducing Vehicle Rollover", Micky Gilbert, United States Patent Number 6,170,594, January 9, 2001

Micky Gilbert, "Prevention of On-Road, Untripped Rollover by use of an Anti-Rollover Device", 2000-01-2666, presented to Society of Automotive Engineers, IBEC Conference, 10/00

Micky Gilbert, "Reconstruction of SUV Untripped Rollovers", The Investigative Engineer, 7/02

Micky Gilbert, Michael Kaplan, David Bilek, Steve Kaplan, David Vellos, "An Examination of Rim Gouging and Its Relation to On-Road Vehicle Rollover", The SOARce, Spring 2004

Micky Gilbert, "Effects of Tire Shoulder Wear on Vehicle Rollover Limit Testing", SAE #2003-01-2865, JSAE #20037145, presented in Tokyo, Japan on 10/28/03

Gilbert Engineering, LLC comments to Rollover Docket NHTSA-2001-9663-79

"Rotation Limiter", Micky Gilbert, John Olmstead, United States Patent Number 7,134,357, November 14, 2006

Micky G. Gilbert, John Olmstead, Erich Woessner, Tom Mueller, "Effect of Yaw Control on SUV Rollover", The SOARce, Autumn 2004

Renfroe, D., Roberts, A., Gilbert, M., "Vehicle Rollover Maximum Limits", International Journal of Vehicle Design, 2004

Micky G. Gilbert, John Olmstead, Erich Woessner, Tom Mueller, "Wet Pavement Handling Tests", The SOARce, Autumn 2005

Micky G. Gilbert, John Olmstead, Erich Woessner, Tom Mueller, "Rollover Testing: Analysis of Steer Input Timing", SAE Paper Number 2006-01-0801 – presented at 2006 SAE World Congress (4/6/06)

Gilbert Engineering LLC, "1991 Ford Explorer XLT 4x2: Automated Untripped Rollover Test", ARC-CSI Crash Conference 2006 also Published in Summer 2006 SOARce, also Presented at International Traffic Medicine Association conference Melbourne, Australia 10/17/06

Gilbert Engineering LLC, Rollover Crash Test of 1997 Toyota 4Runner SR5 4x2, ARC-CSI Crash Conference 2006

Micky Gilbert, Tom Mueller, "2001 Ford E-350 XLT Super Duty Vehicle Dynamic Performance Testing" The SOARce, Winter 2007

Wilson, L.A., Gilbert, M., Godrick, D., "Reconstruction and Analysis of Steering-induced, On-road, Untripped SUV Rollover Tests" Collision, Spring 2007

Wilson, L.A., Gilbert, M., Godrick, D., "Reconstruction and Analysis of Steering-induced, On-road, Untripped SUV Rollover Tests (Part 2)" Collision, Winter 2007

Micky Gilbert, P.E. and Daniel A. Godrick, "Vehicle Dynamic Performance Testing 2002 Volvo S80 T6," The SOARce, Winter 2008

Michael Gilbert, Daniel Godrick, Richard Klein, "The Effect of Longitudinal Center of Gravity Position On the Sway Stability of a Small Cargo Trailer", IMECE2008-66022 – presented at 2008 ASME International Mechanical Engineering Congress and Exposition

M. Gilbert, D. Yanda, T. Mueller, "Dynamic testing of an SUV with Tire Tread Separation", Canadian Multidisciplinary Road Safety Conference XIX – presented in Saskatoon, Saskatchewan at CMRSC, CCMSR Conference 6/8/09

S. Andrews, M. Partain, D. Renfroe, M. Gilbert, "A Comparison of Computer Modeling to Actual Data and Video of a Staged Rollover Collision", 21st International Technical Conference on the Enhanced Safety of Vehicles 6/09

M. Gilbert, B. Stolz, "Pre-Rollover Vehicle Dynamics of SUVs in Untripped Rollover Tests", 20th Canadian Multidisciplinary Road Safety Conference, June 2010

M. Gilbert, T. Mueller, J. Nirvelli, "The Effect of Tread-Separation on Vehicle Controllability", Hazard Information Foundation, Inc (HIFI) Tire Tech Conference, 8/10

M. Gilbert, T. Mueller, J. Nirvelli, "Forensic Interpretation of Driver Countersteer", 22nd Canadian Multidisciplinary Road Safety Conference, Banff, Alberta, June 10-13, 2012

Desmoulin GT, Rabinoff, Stolz B and Gilbert M, "A Biomechanical Method for Reconstruction of Tumbling Trampoline-Associated Cervical Spine Injuries Using Human and Anthropometric Test Dummy Data, Journal of Forensic Biomechanic, Volume 5 • Issue 1 • 101, April 2014

M. Gilbert, B. Stolz "Effect of Oversized Wheels and Tires on SUV Roll Stability", 24th Canadian Multidisciplinary Road Safety Conference, Vancouver, Canada June 2-4, 2014

M. Gilbert, G. Hoffman "Tow Dolly Handling & Stability", The SOARce, Winter 2018

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

# CURRICULUM VITAE

## Employment

## From September, 1989 to Present

### Private Practice Limited to Physical Medicine and Rehabilitation:

Disability Evaluations
Chronic Pain Management
Acute Inpatient Hospital Rehabilitation
In-hospital Rehabilitation Consultations
Medical Functional Capacity Assessments
Subacute I Transitional Living Rehabilitation
Outpatient Physical Medicine and Rehabilitation
Electromyography and Nerve Conduction Studies
Defining impairment, disability and cost for future medical care

### March 1990 to April 2006:
### Medical Director St. Mary's Hospital Inpatient Rehabilitation Unit

Trauma Consultations
Hospital Consultations
Pediatric Consultations
Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center / Trauma Center
West Palm Beach, Florida

**March 1990 to April 2006:**
**6,223 St. Mary's Hospital Inpatient Rehabilitation Unit Admissions**

**January 2007 to Present:**

Trauma Consultations Hospital
Consultations Pediatric Consultations Inpatient Rehabilitation Unit Admissions
St. Mary's Medical Center/Trauma Center
West Palm Beach, Florida

**April 5, 2010 to Present:**

Founding Medical Director For Life
St. Mary's Medical Center Inpatient Rehabilitation Unit

**May 28, 2014 to Present:**

Medical Director, Inpatient Pediatric Rehabilitation Unit,
St. Mary's Medical Center

Assistant Medical Director, Inpatient Adult Rehabilitation Unit,
St. Mary's Medical Center

**November 1, 2002 to Present:**
**Medical Director**

Physical Medicine and Rehabilitation
Florida Institute for Neurologic Rehabilitation
Wauchula, Florida
       34 pediatric beds, 1142 adult beds = 176 transitional living facility beds, specializing in neurological impairments (traumatic brain and spinal cord injury), pediatric ages 4-17, adult age 18 and above

## Hospital Affiliations

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida 33407
Medical Staff: Admitting/Consulting Privileges

Good Samaritan Medical Center
1300 North Flagler Drive
West Palm Beach, Florida 33401
Medical Staff: Consulting Privileges

Palm Beach Gardens Medical Center
3360 Burns Road
Palm Beach Gardens, Florida 33410
Medical Staff: Admitting/Consulting Privileges

Jupiter Hospital
1210 South Old Dixie Highway
Jupiter, Florida 33458
Medical Staff: Consulting Privileges

Delray Medical Center 5360
Linton    Boulevard    Delray
Beach, Florida 33484
Medical Staff: Consulting Privileges

## Surgical Privileges

Jupiter Outpatient Surgery Center
2055 Military Trail
Jupiter, Florida 33458
June 25, 2012 to Present

St. Mary's Medical Center
901 45th Street
West Palm Beach, Florida  33407
September 22, 2014 to Present

## State of Florida - Children's Medical Services
## September 1989 to Present:

Department of Health and Rehabilitative Services
District Number 9 and 15 (Palm Beach, Martin, St. Lucie, Indian River
and Okeechobee Counties)
Medical Consultant/Physical Medicine and Rehabilitation for Physical
Medicine and Rehabilitation Clinic

> The primary focus of Children's Medical Services is to
> provide a family centered, coordinated, managed system of
> care for children with special health care needs and to
> provide essential preventative evaluative and early
> interventional services for children that are medically and
> financially eligible.

## Public Service: National
### September 1992 to Present:

National Institute on Disability and Rehabilitation Research
Office of Special Education and Rehabilitative Services
United States Department of Education
Washington, D.C. 20202

## Public Service: State of Florida

Certified Expert Medical Advisor
State of Florida
Agency of Health Care Administration
Workers' Compensation Medical Services Unit
1999 - Present

Special Expert Witness
State of Florida
Agency for Healthcare Administration
(April 1992 to 1996)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Head Injury Facility Review Committee
(January 1991 to July 1994)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Pediatric Site Reviewer
Head and Spinal Cord Injury Program
(January 1991 to unknown)

State of Florida Department of Labor and Employment Security Division of Vocational Rehabilitation
Member Brain and Spinal Cord Injury Advisory Council Pediatric Committee
(May 1995 to1999)


## Public Service: Palm Beach County

Section Chief of Rehabilitation Medicine Intra Coastal Health Systems, Inc.
St. Mary's Medical Center, Good Samaritan Medical Center
July 1, 1996 - June 30, 1998

Physician Utilization Review (Peer Review) Committee
Palm Beach Gardens Medical Center
February 2007 — December 2010

Member of Medical Advisory Committee to the Health Care
District of Palm Beach County
Medical Consultant to Nursing Advisory Committee
Palm Beach Community College

Physician Volunteer Health Care Provider Program
District 9
Department of Health and Rehabilitation Services
State of Florida
Member of Review Committee of Medical Specialties for
The Palm Beach County Medical Society

Board Member / Board of Directors
Friends of the 440 Scholarship Fund, Inc. Treasure Coast Division
December 4, 2006 - Present

Medical Director PGA Seniors Golf Championship 1994 - 1998

## Leadership Positions Held

2016 – 2018   Vice President, Florida Society of Physical Medicine and
              Rehabilitation

2014 – 2016   Present Member at Large, Florida Society of Physical Medicine
              and Rehabilitation

2005 - 2006   President, Southern Society of Physical Medicine
              and Rehabilitation

2004 - 2005   President-Elect, Southern Society of Physical
              Medicine and Rehabilitation

1995 - 1996   Treasurer, Florida Society of Physical Medicine and Rehabilitation

## Faculty Appointments

                    Clinical Assistant Professor
May 2007-           Department of Osteopathic Principle and Practice
April 2011          Division of Physical Medicine and Rehabilitation
                    Nova Southeastern University
                    College of Osteopathic Medicine


                    Clinical Assistant Professor
May 2011-           Department of Osteopathic Principle and Practice
April 2014          Division of Physical Medicine and Rehabilitation
                    Nova Southeastern University
                    College of Osteopathic Medicine


                    Clinical Assistant Professor
May 2014 -          Department of Osteopathic Principle and Practice
April 2017          Division of Physical Medicine and Rehabilitation
                    Nova Southeastern University
                    College of Osteopathic Medicine

## Awards

| | |
|---|---|
| 06/21/14 | Outstanding Service Award for Extraordinary Sustained Service and Dedication to Excellence in Patient Care Within The Specialty of Physical Medicine and Rehabilitation in the State of Florida, presented by the Florida Society of Physical Medicine and Rehabilitation |
| 01/14/13 | Outstanding Service in Pediatric Rehabilitation, presented by the Florida Society of Physical Medicine and Rehabilitation |
| 11/17/11 | Appreciation for Many Years of Extraordinary Service and Dedication to the Specialty of Physical Medicine and Rehabilitation from the Florida and Southern Societies of Physical Medicine and Rehabilitation |
| 7/15/07 | Appreciation for Dedicated Years of Service and Commitment to Children's Medical Services, Florida Department of Health |

## Licensure and Certification

| | |
|---|---|
| April 2005 | Passed Re-certification Examination |
| May 1991 | Board Certified in Physical Medicine and Rehabilitation |
| April 1989 | Florida Medical License Number 56279 |

## Fellowship

10/2012 – Present     Limb Reconstruction Fellowship
                      Director: Dr. Dror Paley
                      The Paley Institute
                      St. Mary's Medical Center
                      West Palm Beach, Florida

## Publications

2015     Stature Lengthening Using the PRECICE Intramedullary
         Lengthening Nail
         Techniques in Orthopaedics, Volume 30, Number 3, 2015,
         Pages 167 through 182
         Dror Paley, MD, FRSCS, Kevin Debiparshad, MD, FRSCS,
         Halil Balci, MD, Walter Windisch, PhD, and
         Craig Lichtblau, MD

## Education

1989     Residency: Physical Medicine and Rehabilitation
         The Jewish Hospital of St. Louis
         Washington University Medical Center
         St. Louis, Missouri

1986      Internship: Transitional
         The Jewish Hospital of St. Louis
         Washington University Medical
         Center St. Louis, Missouri

1985     Doctor of Medicine Degree
         American University of The
         Caribbean School of Medicine
         Plymouth, Montserrat British West Indies

1978     Bachelor of Science Degree-
         Biology Florida State University
         Tallahassee, Florida

## Professional Affiliations

Diplomat American Board of Physical Medicine & Rehabilitation
Rochester, Minnesota
American Academy of Disability Evaluating Physicians
2015 S. Arlington Heights Road
Arlington Heights, Illinois 60006
Fellow

American Academy of Physical Medicine and Rehabilitation
P.O. Box 94466
Chicago, Illinois 60690-4466
Fellow

American Congress of Rehabilitation Medicine
P. 0. Box 94463
Chicago, Illinois 60690-4463

American Association of Electrodiagnostic Medicine
21 Second Street, S.W., Suite 103
Rochester, Minnesota 55902
Associate Member

American Medical Association
515 North State
Chicago, Illinois 60610

Florida Society of Physical Medicine & Rehabilitation
P.O. Box 630246
Miami, Florida 33163
Member

Southern Society of Physical Medicine and Rehabilitation
800 Madison Avenue
Memphis, Tennessee 38163
Member 2001 — 2011

Florida Medical Association, Inc.
P.O. Box 2411
Jacksonville, Florida 32203
Member

Palm Beach County Medical Society 3540
Forest Hill Boulevard
West Palm Beach, Florida 33406-5893

Brain Injury Association for State
of Florida
Member

## Presentations

September 23, 2016  Rotationplasty:
                   Brown, Paley-Modified Brown, Paley
                   Association for Study and Application of the Method
                   of Ilizarov Bone Reconstruction
                   International Limb Lengthening Reconstruction Society
                   Brisbane, Australia

April 30, 2006     Life Expectancy of the Cerebral Palsy Patient
                   38th Annual Scientific Meeting
                   Southern Society of Physical Medicine and Rehabilitation
                   Miami, Florida

April 2, 2005      "Physiatric Multi-Disciplinary   Approach
                   To  Back Pain
                   Handicap, Impairment, Disability
                   What Does It Mean to Physicians"
                   Back Pain 2005: Diagnosis and
                   Treatment/Conference
                   Jupiter Medical Center Education Department

November           "Communicating With Physician Concerning
1990                Neurologically Impaired Patients"
                   Presented to the School of Nursing Palm
                   Beach Junior College
                   Lake Worth, Florida

January            "Management of Neurological Bowel/Bladder"
1988               Presented at Pediatric Orthopaedic Grand Rounds
                   Shriner's Hospital For Crippled Children, St. Louis, Missouri



# BERNARD F. PETTINGILL, JR., PH.D.
## Consulting Economist

## EDUCATION

**Manchester University**
*Manchester, England*

Graduate, January 1977, Ph.D. - Economics
Department of Economics and Social Administration
Dissertation: "Cost-Benefit Analysis of the Treatment of Arthritis – A Comparison of Five Hospitals"

**Tulane University**
*New Orleans, Louisiana*

Graduate, June 1973 – MPH – Master Public Health
Department of Health Economics and Medical Care Administration

**Loyola University**
*New Orleans, Louisiana*

Graduate, June 1971. MBA – Economics, June 1969
BBA – Business Administration

## ORGANIZATI0NS

• Member, American Society of Health Economists, 2008-Present

• Member, City of Palm Beach Gardens Budget Committee, 2007-2012

• Member, AAEFE, 1989-Present

• Member, American Economic Association, 1983-Present

• Member, National Association of Forensic Economists, 1989-Present

• Member, National Association of Business Economists, 1990-Present (Health Roundtable)

• Member, Health Economics Study Group, Great Britain, 1973-Present

• Member, Gideons International, 1978-Present (Past President)

• Member, Rotary International, 1983-2012

• Referee Journal of Forensic Economics (2 years)

• Licensed, State of Florida and State of Louisiana, Health and Life Insurance. No. 43972-6317 (FL)

## Contact

**ADDRESS:**

#93 SANDBOURNE LANE

PGA NATIONAL

PALM BEACH GARDENS, FL 33418

**PHONE:**

561-622-0330

561-346-7828

561-503-0181

888-577-7747

**FAX:**

561-624-2854

**WEB PAGE:**

www.bpettingill.com

**EMAIL:**

biffpett@gmail.com

## EXPERIENCE

| | |
|---|---|
| 1985 to Present | **FORENSIC ECONOMIST/MEDICAL & PROFESSIONAL PRACTICE**<br>Financial Analysis, Structured Settlement Negotiations |
| 1988 to 1998 | **FLORIDA INSTITUTE OF TECHNOLOGY**<br>*Graduate Business School*<br>*Treasure Coast Graduate Center*<br>*Stuart, Florida.*<br><br>Professor of Economics - Taught Advanced Macroeconomics, Managerial Economics, Health Care Economics, Advanced Microeconomics (Retired) |
| 1987 to 1988 | **PALM BEACH ATLANTIC COLLEGE**<br>*Rinker School of Business*<br>*West Palm Beach, Florida*<br><br>Professor of Economics - Taught Microeconomics, Macroeconomics, Free Enterprise System and International Economics |
| 1980 to 1987 | **UNIVERSITY OF SOUTHWESTERN LOUISIANA**<br>*Lafayette, Louisiana.*<br>*College of Business Administration*<br><br>Associate Professor - Taught undergraduate and graduate courses in Economics, Finance and Management |
| 1978 to 1980 | **LSU MEDICAL CENTER**<br>*New Orleans, Louisiana*<br>*Department of Medicine*<br><br>Associate Professor and Administrative Assistant - Principal duties at Medical School included lectures in Medical Economics, grant writing, and computer-assisted data analysis for drug research |
| 1977 to 1978 | **UNIVERSITY OF NEW ORLEANS**<br>*New Orleans, Louisiana*<br>*Department of Economics and Management*<br><br>Assistant Professor - Taught undergraduate courses in Economics and Health Care |
| 1975 to 1977 | **UNIVERSITY OF MANCHESTER**<br>*Manchester, England*<br>*Department of Economics and Social Administration*<br><br>Research Associate - Dual appointment: Lecturer in Economics and Course Coordinator of the Administrative Development Course for Hospital Administrators |
| 1974 to 1975 | **CENTRE FOR STUDIES IN ECONOMICS AND SOCIAL POLICY**<br>*London, England*<br><br>Research Fellow - Primary task was a case study of Wigan Community Health Council. Research published in a sequel to the book, Politics of Consumer Representation, by R. Klein and J. Lewis, Centre for Studies in Social Policy, London, England. |

## PUBLICATIONS

Pettingill, B. "Wigan Community Health Council." in Community Health Councils: Four Case Studies: ed. Janet Lewis (Centre for Studies in Social Policy, Publ.) 1976 pp. 87-98.

Pettingill, B. "Cost Effectiveness of Chiropractic Treatment in Louisiana – A Feasibility Study." Louisiana Journal of Chiropractics, September-October 1977 pp. 9-10.

Pettingill, B. "Review of a History of Economic Thought." by William J. Barber. Review of Business and Economic Research XIII, Fall 1977 pp. 111-112.

Pettingill, B. "A Feasibility Study of the Cost-Effectiveness Analysis of Rheumatoid Arthritis in Great Britain." Ph.D., Thesis, Manchester Business School Publication, January 1977, p. 275.

Pettingill, B.F. "Cost-Effectiveness Analysis in the Hospital." Dimensions in Health Services Canada, January 1978, pp. 19-20.

Pettingill, B. and Langdon, C. "View on Youth Employment: A Survey of Businessmen and Vocational Counselors in the Greater New Orleans Area." Business Review Louisiana Tech Publishers, March 1979, pp. 23-28.

Pettingill, B. "Physicians' Estimates of Disability vs Patients' Reports of Pain." Psychosomatics, December 1979, Vol. 20, No. 12, pp. 827-830.

Pettingill, B. and Langdon, C. "The Problem of Teenage Workers as Viewed by the New Orleans Businessmen." Louisiana Business Survey, Fall 1979. pp.6-8.

Langdon, C., Pettingill, B.F., Bhatia, S. "Vocational-Technical Education in Region I of Louisiana." Research Study 44, Division of Business and Economic Research, University of New Orleans, May 1982. p. 124.

Payne, Stephen L and Pettingill, B.F. "How Much Theft Can You Tolerate?" Security Management, August 1982. pp. 100-102.

Langdon, Charles, Pettingill, B.F., and Bhatia, S. "Vo-Tech in Metro New Orleans: The Student and the Schools." Louisiana Business Survey, Summer 1982. pp. 9-11.

Pettingill, B.F., Bhatia, S., and Langdon, C. "The Counselor-Firstline Manager in the Vocational Technical Educational System." Vocational Guidance Quarterly, December 1985. pp. 14-17.

Payne, S. and Pettingill, B.F. "Theft Perceptions." The Personnel Administrator. October 1983. pp. 102-111.

Pettingill, B.F. and Payne, S. "Shrinkage-Another Area of Supply Cost." Hospital Topics. May-June 1984. pp. 12-15.

## PUBLICATIONS

Pettingill, B.F., et al. "A Hospital Linen Cost Control System." Southern Hospitals, May-June 1984. pp. 62-64.

Pettingill, B.F., and Stafford, John, M.D. "The Insurance Carriers Can Contribute to the Reduction of Health Care Costs." City Business. January 1984. pp. 4-5.

Pettingill, B.F., and Watson, Marie. "One System of Health Care Delivery Hospital Administrators Cannot Afford to Overlook." Hospital Topics. September 1984. pp. 111-114.

Pettingill, B.F., and Westell, Hariette. "Management of Diagnostic Related Groups." Hospital Topics. Vol. 62, No. 4. August 1984. pp. 68-70.

Pettingill, B.F. "Competition for the Consumer." Citybusiness. July 1984. pp. 14-16.

Pettingill, B.F. "Award Winning Tax Angle." Tax Angle. Vol. X, No. 4. April 1984. pp 28-29.

Pettingill, B.F., and Payne, S. "Coping with Organizational Politics." Supervisory Management. April 1986. pp, 28-32.

Pettingill, B.F., and Payne, S. "Obstacles to Improving Student Creativity in Management for Business." Journal of Education for Business. March 1986. Vol. 61 No. 6. pp. 271-275.

Pettingill, B.F., and Payne, S. "Management and Values Education." Published in SMA Proceedings. November 1985. pp. 349-352.

Pettingill, B.F., and Perrin, Warren A. 'Estimating Future Medical Maintenance Expenses." Louisiana Bar Journal. October 1986. pp., 149-152.

Pettingill, B.F., and Payne, S. "Management and Value Education." Organizational Behavior Teaching Review. Vol. XI, No. 1. 1986-87. pp. 18-27.

Pettingill, B.F., and Payne, S. "Faculty Perceptions of Student Values." Southern Management Association. Dennis F. Ray (ed.) pp. 437-440.

Pettingill, B.F. "How an Economist Sets a Value on Human Life." Editorial. Palm Beach Post [West Palm Beach, FL] May 1989.

Pettingill, B.F., and Eriksen, Michael. "Case Management: Evaluating a Firm's Caseload Using a Cost-Benefit Approach." The Trial Lawyer. Vol. 22, No. 5. September-October 1999.

# CURRICULUM VITAE

## Paul J Schenarts, MD

**CAMPUS ADDRESS:**     Department of Surgery-General Surgery
983280 Nebraska Medical Center
Omaha,NE 68198-3280
Phone: (402) 559-5248
Email: paul.schenarts@unmc.edu

## EDUCATION

| | |
|---|---|
| 1983 - 1987 | BS, Biology, Fordham University; Bronx, NY |
| 1987 - 1992 | MD, University of Connecticut, School of Medicine; Farmington, C |

## POST DEGREE TRAINING

| | |
|---|---|
| 7/1989 - 6/1990 | Post-Sophomore Fellow, Anatomic and Clinical Pathology, University of Connecticut, School of Medicine; Farmington, CT |
| 7/1992 - 6/1993 | Surgical Internship, General Surgery, Maine Medical Center; Portland, ME |
| 7/1993 - 6/1999 | Residency, General Surgery, Maine Medical Center; Portland, ME |
| 7/1994 - 6/1996 | N.I.H. Trauma Research Fellow, Investigational Intensive Care Uit, University of Texas Medical Branch and Shriner's Burn Institute; Galveston, TX |
| 7/1998 - 6/1999 | Chief Surgical Resident, General Surgery, Maine Medical Center; Portland, ME |
| 7/1999 - 6/2000 | Fellow, Trauma Surgery & Surgical Critical Care, Vanderbilt University School of Medicine; Nashville, TN |
| 4/2004 - Present | Surgical Education Research Fellow, Association for Surgical Education |

## CONTINUING EDUCATION AND TRAINING

| | |
|---|---|
| 10/2012 - 2012 | Trauma Program Director Training, Trauma Center Association of American, Wyoming Medical Center |
| 9/2013 - 2013 | 20th Annual Surgeons as Educators Course, American College of Surgeons |
| 9/2013 - 2014 | Physicians Leadership Academic, University of Nebraska Medical Center |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2013 - Present | Vice Chairman of Surgery - Academic Affairs, Department of Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2012 - Present | Professor of Surgery, Department of Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2012 - Present | Director of Acute Care Surgery, Department of Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2012 - Present | Chief of Trauma Surgery & Surgical Critical Care, Department of Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2012 - 2013 | Vice Chairman of Surgery - Education, Department of Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2010 - 2012 | Assistant Dean of Clinical Academic Affairs, Brody School of Medicine, East Carolina University, Greenville, NC |

| | |
|---|---|
| 2009 - 2012 | Director, Multidisciplinary ICU Clerkship, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2007 - 2012 | Associate Professor with Tenure, Department of Surgery, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2006 - 2012 | Director, General Surgery Residency Program, Pitt County Memorial Hospital, East Carolina University, Greenville, NC |
| 2006 - 2012 | Associate Director, General Surgery Clerkship, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2005 - 2006 | Associate Director, General Surgery Residency, Pitt County Memorial Hospital, East Carolina University, Greenville, NC |
| 2004 - 2012 | Resident Coordinator, Surgery, Emergency Medicine, OB/GYN, Physical Medicine & Rehabilitation, Trauma Surgery & Surgical Intensive Care Unit, Greenville, NC |
| 2002 - 2012 | Lecturer, Anatomic & Histology, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2002 - 2008 | Lecturer, War & Medicine Seminar, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2002 - 2006 | Clerkship Director, Surgery Clerkship, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2001 - 2008 | Selective Director, Acting Internships, Surgical Critical Care & Trauma Surgery, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2001 - 2007 | Assistant Professor, Department of Surgery, Brody School of Medicine, East Carolina University, Greenville, NC |
| 2001 - 2001 | Course Director, General Surgery Didactic Course, Physician's Assistant Program, School of Allied Health, East Carolina University, Greenville, NC |
| 2000 - 2001 | Instructor of Surgery, Department of Surgery, Division of Trauma & Surgical Critical Care, School of Medicine, Vanderbilt University, Nashville, TN |
| 2000 - 2001 | Instructor, Emergency Medicine Course, Physician's Assistant Program, Trevecca Nazarene University, Nashville, TN |
| 1999 - 2001 | Instructor of Surgery, Department of Surgery, Meharry Medical College, Nashville, TN |
| 1999 - 2000 | Instructor, Problem Based Learning Elective, School of Medicine, Vanderbilt University, Nashville, TN |
| 1994 - 1996 | Teaching Assistant, Integrated Physiology Lab, University of Texas Medical Branch, Galveston, TX |

## CERTIFICATIONS AND LICENSES

| | |
|---|---|
| Present | Instructor, Advanced Trauma Life Support 19915 |
| Present | Provider, Advanced Cardiac Life Support NC05361 |
| Present | Instructor, Rural Trauma Team Development Instructor |
| 1992 - Present | Diplomate, National Board of Medical Examiners 401332 |
| 2000 - 2021 | General Surgery, American Board of Surgery 45792 |
| 2001 - 2022 | Surgical Critical Care, American Board of Surgery 1927 |
| 2013 - Present | Provider, Pediatric Advanced Life Support NE02147 |
| 2014 - Present | Nebraska State Faculty, Advanced Trauma Life Support 19915 |
| Present | Medical Doctor, Maine Medical License |
| Present | Medical Doctor, Tennessee Medical License |
| Present | Medical Doctor, Nebraska Medical License 26640 |
| Present | Medical Doctor, North Carolina Medical License 2001-00776 |

# GRANTS AND CONTRACT SUPPORT

## NON-SPONSORED / OUTSIDE GRANTS INFORMATION

| | |
|---|---|
| Title: | ACCESS: A Controlled Comparison of Eritoran Tetrasodium and Placebo in Patients with Severe Sepsis |
| Funding Agency: | Eisai, Inv |
| Project Period: | 2008 - 2011 |
| Total Dollars: | $282,736 |
| Direct Cost: | $282,736 |
| Role: | Sub-Investigator |

| | |
|---|---|
| Title: | The Oscillation for ARDS Treated Early (OSCILLATE) Trial |
| Funding Agency: | Canadian Health Institutes of Health Research, RCY |
| Project Period: | 2010 - 2014 |
| Total Dollars: | $0 |
| Direct Cost: | $0 |
| Role: | Sub-investigator |

| | |
|---|---|
| Title: | Randomized, Multi-Centre, Controlled Clinical Study on the Effect of S.A.F.E. Therapy on Disease Severity and Inflammation in Mechanically-Ventilated Subjects due to Severe Sepsis. |
| Funding Agency: | BBraun |
| Project Period: | 2011 - 2014 |
| Total Dollars: | $330,664 |
| Direct Cost: | $0 |
| Role: | Sub-investigator |

## OTHER APPOINTMENTS AND POSITIONS

| | |
|---|---|
| 2000 - 2001 | Co-Medical Director & Flight Physician, Vanderbilt Life Flight, Vanderbilt University Medical Center, Nashville, TN, |
| 2000 - 2001 | Attending Surgeon, Trauma & Surgical Critical Care, Vanderbilt University Medical Center, Nashville, TN, |
| 2001 - 2012 | Attending Surgeon, Trauma, Surgical Critical Care & Emergency Surgery, Pitt County Memorial Hospital / University Health Systems, Greenville, NC, |
| 2012 - Present | Attending Surgeon & Director of Acute Care Surgery, Nebraska Medicine, Omaha, NE, |
| 2012 - Present | Chief of Trauma Surgery, Nebraska Medicine, Omaha, NE, |
| 2012 - Present | Chief of Surgical Critical Care, Nebraska Medicine, Omaha, NE, |
| 2013 - Present | Associate Director, Adult Critical Care Unit, Nebraska Medicine, Omaha, NE, |

## MILITARY SERVICE

| | |
|---|---|
| 2004 - 2005 | Commander, Alpha Team 933 FST, Operation Iraqi Freedom (Tikrit, Abu Ghraib, Baghdad) Operation Enduring Freedom (Afghanistan) |

933rd Forward Surgical Team
115th Field Hospital
86th Combat Support Hospital

48th Combat Support Hospital
Khowst, Afghanistan

344th Combat Support Hospital, United States Army Medical Corps

| | |
|---|---|
| 2003 - 2003 | Trauma Surgeon, Operation Enduring Freedom (Afghanistan) |
| | 948th & 946th Forward Surgical Teams, United States Army Medical Corps |
| 2001 - 2002 | Surgeon, 874th Medical Team, Forward Surgical (FST) |
| | Fort Jackson, SC, United States Army Medical Corps |
| 2000 - 2001 | Surgeon, 5th Group, Special Forces |
| | 18 Delta Trauma Rotation Coordinator |
| | Vanderbilt University Trauma Center |
| | Nashville, TN, United States Army Medical Corps |
| 1999 - 2000 | Surgeon, 4203rd US Army Hospital |
| | Nashville, TN, United States Army Medical Corps |
| 1994 - 2013 | Colonel (MSO J61, General Surgeon), United States Army Medical Corps (Reserve) |

## HONORS AND AWARDS

<u>LOCAL</u>

| | |
|---|---|
| | Scholars in Surgery, University of Connecticut, School of Medicine, Farmington, CT, USA |
| | Waterbury Medical Association, University of Connecticut, School of Medicine, Farmington, CT, USA |
| | Excellence in Surgical Studies, American College of Surgeons (Connecticut Chapter), CT, USA |
| | Summa Cum Laude, Fordham University, Bronx, NY, USA |
| | Phi Beta Kappa, Fordham University, Bronx, NY, USA |
| | Alpha Sigma Nu, Fordham University, Bronx, NY, USA |
| | Phi Kappa Phi, Fordham University, Bronx, NY, USA |
| | Alpha Epsilon Delta, Fordham University, Bronx, NY, USA |
| | McVicor Scholarship, Fordham University, Bronx, NY, USA |
| | East Carolina Distinguished Military Service Society, East Carolina Distinguished Military Service Society |
| | Robert L. Jones Award for Outstanding Teaching, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| | UNC Board of Governors Distinguished Professor for Teaching, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| | Master Educator Award, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| | Alpha Omega Alpha, USA |
| 1983-1984 | Dean's List, Honors, Fordham University, Bronx, NY, USA |
| 1984-1987 | Dean's List, HIgh Honors, Fordham University, Bronx, NY, USA |
| 1992 | Pediatric Trauma Paper Award, American College of Surgeons (Connecticut Chapter), CT, USA |
| 1996 | Resident Trauma Paper Award, American College of Surgeons (Maine Chapter), ME, USA |
| 1997 | Resident Teacher of the Year in Surgery, Maine Medical Center; University of Vermont, School of Medicine, Portland, ME, USA |
| 1998 | Resident Teacher of the Year in Surgery, Maine Medical Center; University of Vermont, School of Medicine, Portland, ME, USA |
| 1999 | Resident Teacher of the Year in Surgery, Maine Medical Center; University of Vermont, School of Medicine, Portland, ME, USA |
| 2003 | Best Clinical Clerkship Award, Clerkship Director, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2004 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2004 | Best Clinical Clerkship Award, Clerkship Director, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2004 | Excellent in Clinical Teaching Award, East Carolina University, Brody School of Medicine, Greenville, NC, USA |

| | |
|---|---|
| 2005 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2005 | Best Clinical Clerkship Award, Clerkship Director, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2006 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2006 | Best Clinical Clerkship Award, Clerkship Director, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2006 | University Award for Outstanding Teaching, Finalist, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2007 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2007 | Graduation Hippocratic Oath Administrator, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2007 | Clinical Science Award for Best Clinical Teacher of Year, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2007 | Best Clinical Clerkship Award, Clerkship Director, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2008 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2008-2009 | Emergency Medicine Best Off-Service Teaching Award, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2010 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2010 | Graduation Hippocratic Oath Administrator, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2010 | Clinical Science Award for Best Clinical Teacher of Year, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2011 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2011 | Faculty Marshal (1st Med School Faculty in Univ History), East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2011 | White Coat Ceremony, Key Note Speaker, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2012 | String of Pearls Invited Lecture, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2012 | Bernard Vick Teaching Award for Excellence, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2013 | Excellence in Clinical Clerkship Training, East Carolina University, Brody School of Medicine, Greenville, NC, USA |
| 2014-2015 | Top Five Educators of Surgical Medical Students-Four Cohorts, University of Nebraska Medical Center, Omaha, NE, USA |

**NATIONAL**

NATO Medal, 2nd Award, United States Army Medical Corps, USA

Combat Medic Award, United States Army Medical Corps, USA

Combat Action Award, United States Army Medical Corps, USA

Eagle Scout, USA

Order of the Arrow

National Oustanding Teacher Award, Association for Surgical Education, USA

| | |
|---|---|
| 2003 | Army Commendation Medal, United States Army Medical Corps, USA |
| 2003 | Global War on Terrorism Expeditionary Medal, United States Army Medical Corps, USA |
| 2004 | Outstanding Paper Award, Association for Surgical Education, USA |
| 2004-2005 | Bronze Star, United States Army Medical Corps, USA |
| 2004-2005 | Army Commendation Medal with Oak Leaf Cluster, United States Army Medical Corps, USA |
| 2004-2005 | Army Achievement Medal, United States Army Medical Corps, USA |
| 2004-2005 | Afghan Campaign Medal, United States Army Medical Corps, USA |
| 2004-2005 | Iraq Campaign Medial, 2nd Award, United States Army Medical Corps, USA |
| 2004-2005 | Army Commendation Medal with 2 Oak Leaf Clusters, United States Army Medical Corps, USA |
| 2004-2005 | Meritorious Service Medal, United States Army Medical Corps, USA |
| 2004-2005 | Afghan Campaign Medical, 3rd Award, United States Army Medical Corps, USA |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| Present | Member, Shock Society |
| Present | Member, American Trauma Society |
| Present | Member, Pediatric Trauma Society |
| Present | Fellow, American College of Surgeons |
| Present | Member, Society of University Surgeons |
| Present | Member, Southeastern Surgical Congress |
| Present | Member, Association for Academic Surgery |
| Present | Member, Association of Military Surgeons |
| Present | Member, Society of Critical Care Medicine |
| Present | Member, Association for Surgical Education |
| Present | Member, American College of Chest Physicians |
| Present | Member, Association of Program Directors in Surgery |
| Present | Member, Eastern Association for the Surgery of Trauma |
| Present | Fellow, American Association for the Surgery of Trauma |
| Present | Founding Faculty Advisor, Charles Rob Student Surgical Society |
| 2012 | Member, North Carolina Medical Society |
| 2012 - Present | Member, American College of Surgeons, Nebraska Chapter |

## COMMITTEE ASSIGNMENTS

### COLLEGE OF MEDICINE

| | |
|---|---|
| 2011 - Present | Emergency Preparedness Committee, Univerity of Nebraska Medical Center |
| 2014 - Present | Acute Care Strategic Planning Committee, University of Nebraska Medical Center |

### LOCAL/REGIONAL

| | |
|---|---|
| 2012 | Committee on Trauma, American College of Surgeons, North Carolina Chapter |
| 2012 | Chair, Education Subcommittee, American College of Surgeons, North Carolina Chapter |
| 2012 | Disaster Preparation Committee, Eastern Regional Advisory Committee for Trauma, North Carolina |
| 2002 - 2002 | LCME Education Committee, General Curriculum Design Subcommittee, East Carolina University |
| 2002 - 2007 | M3 Promotion Committee, Department of Surgery Representative, East Carolina University |
| 2003 - 2012 | Division of Surgical Education Surgery Education Workshop Group, East Carolina University |

| | |
|---|---|
| 2004 - 2004 | Vice President, American Trauma Society, North Carolina Chapter |
| 2005 - 2007 | Chairman, Strategic Planning Steering Committee, East Carolina University |
| 2005 - 2008 | President, American Trauma Society, North Carolina Chapter |
| 2005 - 2011 | Faculty Senator, East Carolina University |
| 2005 - 2012 | Student Affairs Committee, East Carolina University |
| 2006 - 2006 | Program Director, 50th Annual Meeting, American College of Surgeons, North Carolina Chapter |
| 2006 - 2012 | Graduate Medical Education Committee, East Carolina University |
| 2007 - 2008 | Organizational Culture Assessment Team, East Carolina University |
| 2007 - 2012 | Personnel Committee (Promotion & Tenure), East Carolina University |
| 2009 - 2011 | M1 / M2 Curriculum Renewal Committee, East Carolina University |
| 2009 - 2012 | LCME Steering Committee, East Carolina University |
| 2009 - 2012 | M4 Curriculum Committee, East Carolina University |
| 2010 - 2012 | Brody Council, East Carolina University |
| 2010 - 2012 | Dean's Leadership Team, East Carolina University |
| 2010 - 2012 | M3 Curriculum Committee, East Carolina University |
| 2010 - 2012 | Executive Curriculum Committee, East Carolina University |
| 2012 - Present | Organizer, Resident Paper Competition, Annual Advances in Trauma, Region VII, American College of Surgeons, Committee on Trauma |
| 2013 - Present | Advances in Trauma Program Committee, American College of Surgeons, Committee on Trauma |
| 2014 - Present | Hospital Site Reviewer, State of Nebraska |
| 2014 - Present | Member, State of Nebraska Trauma Center Designation Committee |
| 2015 - Present | Regulatory Committee (Ad Hoc), State of Nebraska Trauma System |
| 2015 - Present | Strategic Planning Task Force, State of Nebraska Trauma System |
| 2015 - Present | Representative, Nebraska Committee on Trauma, American College of Surgeons |

## MEDICAL STAFF

| | |
|---|---|
| 2014 - Present | Nebraska Medicine Quality Steering Committee, Nebraska Medicine |

## NATIONAL/INTERNATIONAL

| | |
|---|---|
| Present | Collaborative Grant Project, ASE & APDS |
| Present | Exam Writer, Harvesting Project (4th Year Surgery Exam), National Board of Medical Examiners |
| 2004 - 2007 | Research Proposal Reviewer - Hemostasis Section, Combat Casualty Care Research Program, American Institute of Biologic Sciences |
| 2006 - 2010 | Curriculum Committee, Association for Surgical Education |
| 2007 - 2010 | Recorder, Association for Surgical Education |
| 2007 - 2010 | Board of Directors, Member, Association for Surgical Education |
| 2008 - Present | Surgical Education Research Fellowship Faculty Advisor, Association for Surgical Education |
| 2008 - 2008 | Associate Board Examiner, Certifying Exam, Nashville, TN, American Board of Surgery |
| 2009 - 2014 | Program Committee, Assocation of Program Directors in Surgery |
| 2010 - 2013 | Graduate Medical Education Committee, Vice-Chairman, Association for Surgical Education |
| 2011 - Present | Executive Council, Member, Assocation of Program Directors in Surgery |
| 2011 - Present | Board of Directors, Member, Assocation of Program Directors in Surgery |
| 2012 - Present | Committee on Careers in Trauma Surgery, Eastern Association for the Surgery of Trauma |
| 2012 - Present | Governance & Strategic Planning Task Force, Eastern Association for the Surgery of Trauma |
| 2012 - 2012 | OSCE Project Task Force, American College of Surgeons |
| 2012 - 2012 | Program Chair for 2012 Meeting, Assocation of Program Directors in Surgery |

| | |
|---|---|
| 2012 - 2013 | Education Committee, American Association for the Surgery of Trauma |
| 2012 - 2013 | Liaison to Association for Surgical Education, Assocation of Program Directors in Surgery |
| 2013 - Present | Surgeons as Educators Course: Faculty, American College of Surgeons |
| 2013 - Present | Committee on Medical Student Education, American College of Surgeons |
| 2013 - Present | Graduate Medical Education Committee, Chairman, Association for Surgical Education |
| 2013 - 2015 | Secretary, Assocation of Program Directors in Surgery |
| 2013 - 2015 | Board of Directors, Member, Association for Surgical Education |
| 2014 - Present | SESAP 16: Editorial Board, American College of Surgeons |
| 2014 - Present | Nebraska State Chair, Region VII, American College of Surgeons, Committee on Trauma |
| 2014 - Present | Surgeons as Educators Course: Physician Course Director, American College of Surgeons |
| 2015 - Present | Nominating Committee, Eastern Association for the Surgery of Trauma |
| 2015 - Present | Standardized Letter of Recommendation Task Force, Association of Program Directors in Surgery |
| 2015 - 2015 | Associate Board Examiner, Certifying Exam, Denver, CO, American Board of Surgery |
| 2016 - Present | President - Elect, Association of Program Directors in Surgery |

## UNMC

| | |
|---|---|
| 2012 - Present | ABCDE Steering Committee, University of Nebraska Medical Center |
| 2012 - Present | Trauma Steering Committee, University of Nebraska Medical Center |
| 2012 - Present | Chairman, Trauma Committee, University of Nebraska Medical Center |
| 2012 - Present | Hospital Quality Committee, University of Nebraska Medical Center |
| 2012 - Present | Residency Competency Committee, University of Nebraska Medical Center |
| 2012 - Present | AICU / APCU Quality Triad Committee, University of Nebraska Medical Center |
| 2012 - Present | Enterprise Quality Governance Committee, University of Nebraska Medical Center |
| 2012 - Present | Critical Care Performance Improvement Team, University of Nebraska Medical Center |
| 2012 - Present | Chairman, Trauma Quality Peer Review Committee, University of Nebraska Medical Center |
| 2012 - 2013 | OneTeam Interim Joint Planning Committee, University of Nebraska Medical Center |
| 2012 - 2013 | Comprehensive Unit-Based Safety Program, Blood Stream Infections, University of Nebraska Medical Center |
| 2012 - 2013 | UNMC-P Representative to Physician Leadership Committee, Proposed Accountable Care Organization, University of Nebraska Medical Center |
| 2012 - 2014 | Special Care Committee, University of Nebraska Medical Center |
| 2012 - 2014 | Creighton University Trauma Peer Review Committee, University of Nebraska Medical Center |
| 2013 - Present | UMBD, University of Nebraska Medical Center |
| 2013 - Present | Chairman, Department of Surgery Promotion & Tenure Committee, University of Nebraska Medical Center |
| 2013 - 2014 | Physician Engagement Group, University of Nebraska Medical Center |
| 2014 - Present | Educational Development Institute (EDI), University of Nebraska Medical Center |

## MISCELLANEOUS

| | |
|---|---|
| Present | Editorial Board, Association for Surgical Education |
| Present | Editorial Board, Journal of Surgical Education |
| Present | Editorial Board, Perioperative Care and Operating Room Management |
| Present | Editorial Board, Associate Editor, Education & Leadership, American Journal of Surgery |
| Present | Reviewer, Critical Care Medicine |
| Present | Reviewer, Teaching & Learning in Medicine |

| | |
|---|---|
| Present | Reviewer, The Journal of Critical Illness |
| Present | Reviewer, Journal of the American College of Surgeons |
| Present | Reviewer, Annals of Surgery |
| Present | Reviewer, Journal of the American Medical Association (JAMA) |
| Present | Reviewer, JAMA: Surgery |
| Present | Reviewer, Surgical Endoscopy |
| Present | Reviewer, Journal of Graduate Medical Education |
| 2004 - 2007 | Editorial Board, Current Surgery |

## PRESENTATIONS

1. Schenarts PJ; Fourihar F. K1 lymphoma: A case presentation. Winter Meeting of The New England Pediatric Pathologists Club; 1990. Providence, RI

2. Schenarts PJ; Morgan A. Analysis of abuse versus non-abuse in school aged children who required hospitalization after scald burn. 3rd Annual National Pediatric Trauma Forum; 1993. Indianapolis, IN

3. Schenarts PJ; Kikuchi Y; Bradford D; Schmalstieg F; Traber LD; Traber DL. A nonanticoagulant heparinoid preserves pulmonary microvascular permeability after smoke inhalation. McLaughlin Research Colloquium on Infection and Immunity; 1995. Galveston, TX

4. Schenarts PJ. Smoke inhalation and neutrophil trafficking in the lung. 26th Annual Spring Surgical Symposium; 1995. Portland, ME

5. Schenarts PJ. Hypertonic saline dextran in resuscitation of burns. 27th Spring Surgical Symposium; 1996. Portland, ME

6. Schenarts PJ. Effects of an anti-L-selectin antibody on teh pulmonary and systemic manifestations of smoke inhalation injury. American College of Surgeons, Resident Paper Competition (New England Regional Finals); 1997. Boston, MA

7. Schenarts PJ. Pyridoxilated hemoglobin polyoxyethylene conjugate normalizes hyperdynamic circulation in sepsis. New England Surgical Symposium; 1997. Portland, ME

8. Schenarts PJ; Brady TB; Abourjaily GS. Operative debridement of pancreatic necrosis. Winter Meeting of the Main Chapter of the American College of Surgeons; 1998. Sugar Loaf, ME

9. Schenarts PJ. Physiologic endpoints in resuscitation. Surgical Grand Rounds; Maine Medical Center; 1998. Portland, ME

10. Schenarts PJ. Clinical endpoints in the resuscitation of trauma. Conference on the Pulmonary Artery Catheter, Use, Misuse, Overuse; 1999. Portland, ME

11. Schenarts PJ. Physiologic aspects of aging. Surgical Grand Rounds; Maine Medical Center; 1999. Portland, ME

12. Schenarts PJ. Thromboembolism prophylaxis after traumatic injury. Multi-Disciplinary Critical Care Rounds; Vanderbilt University; 2000. Nashville, TN

13. Schenarts PJ. Medical consequences of terrorism. EMS Night Out; Maury Regional Hospital; 2000. Columbia, TN

14. Schenarts PJ. Comparison & Contrast Adult and Pediatric Trauma. Emergency Medicine Grand Rounds; East Carolina University; 2001. Greenville, NC

15. Schenarts PJ. Initial Resuscitation of the Pediatric Trauma Patient. CORE Pediatric Trauma Program; 2002. Greenville, NC

16. Schenarts PJ. Renal Dose Dopamine: Science of Science Fiction. Department of Surgery Grand Rounds; East Carolina University; 2002. Greenville, NC

17. Schenarts PJ; Roth S; Pofahl W. Preparation for Oral Boards. Chairman's Conference, Department of Surgery; East Carolina University; 2002. Greenville, NC

18. Schenarts PJ. Surgical Nutrition. Chairman's Conference, Department of Surgery; East Carolina University; 2002. Greenville, NC

19. Schenarts PJ. Complications of percutaneous endoscopic gastrostomy in trauma patients. 2002. Greenville, NC

20. Schenarts PJ. Kinematics of Traumatic Injury. Grand Rounds; Department of Emergency Medicine, East Carolina University; 2003. Greenville, NC

21. Bowen J; Schenarts PJ; Bard M; Sagraves S; Goettler C; Toschlog E; Rotondo MF. Does Resident Continuity of Care Matter? The Effect of a Unique Night-Time Coverage. Scheme on Morbidity and Mortality at a Regional Level 1 Trauma Center; 2003

22. Schenarts PJ. Battle Injuries During Operation Enduring Freedom. Combined Trauma & Emergency Medicine Conference; East Carolina University; 2003. Greenville, NC

23. Mann CH; Barwick JF; Schenarts PJ. Common Orthopedic Injuries Presenting to a Public Hospital. Guatemala International Health Education Consortium; 2004. Guatemala

24. Schenarts PJ; Parker F. Global War on Terrorism: A View from Two Fronts. Grand Rounds; Department of Surgery, East Carolina University; 2004. Greenville, NC

25. Phade SV; Schenarts PJ; Sagraves SG; Bard MR; Goettler CE; Toschlog EA; Newell MA; Rotondo MF. Effect of Trauma Center Development on Surgical Resident Education. American College of Surgeons, North Carolina Committee on Trauma Resident Paper Competition; 2004. Greenville, NC

26. Fugo J; Bard MR; Goettler CE; Toschlog EA; Schenarts PJ; Sagraves SG; Newell MA; Rotondo MF. Critically Injured Trauma Patients: Where Do They Belong?. American College of Surgeons, North Carolina Committee on Trauma Resident Paper Competition; 2004. Greenville, NC

27. Fugate; Bard MR; Goettler CE; Toschlog EA; Sagraves SG; Schenarts PJ; Newell MA; Rotondo MF. Alcohol Withdrawal Syndrome: Turning Minor Injuries into Major Problems. American College of Surgeons, North Carolina Committee on Trauma Resident Pape Competition; 2004. Greenville, NC

28. Willis HL; Schenarts PJ; Sagraves SG; Smith PJ. Clinical significance of CT scan-identified blush in patients with liver injuries. Medical Student Annual Research Day; Brody School of Medicine; 2004 Aug. Greenville, NC

29. Smith PJ; Willis HL; Sagraves SG; Schenarts PJ; Bard MR; Toschlog EA; Goettler CE; Newell MA; Rotondo MF. Shotgun Injury Management and Outcomes. Medical Student Annual Research Day; Brody School of Medicine; 2004 Aug. Greenville, NC

30. Schenarts PJ. War Surgery: Tales from Iraq and Afghanistan. Department of Surgery Grand Rounds; University of Texas; 2005 Jun. Houston, TX

31. Schenarts PJ. Advanced Damage Control Surgery. Department of Surgery Grand Rounds; Madigan Army Medical Center; 2005 Oct. Tacoma, WA

32. Schenarts PJ. Resident Continuity of Care. Grand Rounds; Hackensack University Medical Center; 2005 Dec. Hackensack, NJ

33. Schenarts PJ. Critical Care While Under Fire: Tales from Iraq & Afghanistan. Multidisciplinary Critical Care Conference; East Carolina University; 2005 May. Greenville, NC

34. Fugate M; Bard MR; Goettler CE; Toschlog EA; Sagraves SG; Schenarts PJ; Newell MA; Rotondo MF. Alcohol Withdrawal Syndrome: Turning Minor Injuries into Major Problems. EAST 18th Annual Scientific Assembly; 2005 Jan

35. Bard MR; Goettler CE; Toschlog EA; Fugo J; Schenarts PJ; Sagraves SG; Newell MA; Rotondo MF. Critically Injured Adolescent Patients: Where do they belong?. Southeastern Surgical Congress; 2005 Feb

36. Schenarts PJ. Trauma Care While Under Fire: Tales from Iraq & Afghanistan. Multidisciplinary Trauma Conference; East Carolina University; 2005 Jul. Greenville, NC

37. Schenarts PJ. Oral Board Prep. Department of Surgery's Chairman's Conference; East Carolina University; 2005 Aug. Greenville, NC

38. Schenarts PJ. Course Overview. Advanced Trauma Life Support; University Health Systems of Eastern Carolina; 2005 Aug. Greenville, NC

39. Schenarts PJ. Transfer to Definitive Care. Advanced Trauma Life Support; University Health Systems of Eastern Carolina; 2005 Aug. Greenville, NC

40. Goettler CE; Fugo JR; Bard MR; Newell MA; Sagraves SG; Toschlog EA; Schenarts PJ; Rotondo MF. Predicting the need for early tracheostomy: a multifactorial analysis of 992 intubated trauma patients. American Association for the Surgery of Trauma's 64th Annual Meeting; 2005 Sep. Atlanta, GA

41. Schenarts PJ. Medical Care in a War Zone - Tales from Afghanistan & Iraq. Eastern Regional Advisory Committee (ERAC) Meeting; 2005 Nov. Greenville, NC

42. Schenarts PJ. Fundamentals of War Surgery: What a medical team needs to know prior to deployment. 916th Aerospace Medicine Flight; Seymour-Johnson Air Force Base; 2005 Aug. Goldsboro, NC

43. Schenarts PJ. War Surgery during Operation Enduring Freedom & Iraqi Freedom. Surgical Grand Rounds; East Carolina University; 2005 Sep. Greenville, NC

44. Schenarts PJ. Battle Injuries during Operation Enduring Freedom. 8th Annual Naval Trauma Symposium; 2005 Aug. San Antonio, TX

45. Schenarts PJ. Tactical Medicine. North Carolina State Police Conference; 2005 Aug. Greenville, NC

46. Schenarts PJ; Toschlog EA; Sagraves SG; Bard MA; Goettler CE; Newell MA; Rotondo MF. Surgical Resident Perceptions of Trauma/Critical Care Surgeons. Society of Critical Care Medicine's 35th Critical Care Congress; 2006 Jan. San Francisco, CA

47. Toschlog EA; Rotondo MF; Briggs SE; Sagraves SG; Schenarts PJ; Bard MR; Goettler CE; Newell MA. Intensive Care Unit (ICU) Bedside Surgery: A Cost Effective Approach. Society of Critical Care Medicine's 35th Critical Care Congress; 2006 Jan. San Francisco, CA

48. Toschlog EA; Allen N; Briggs SE; Bard MR; Schenarts PJ; Goettler CE; Sagraves SG; Newell MA; Rotondo MF. Cefepime Continuous Infusion (CTI) Versus Conventional Dosing (CVD) for Ventilator Associated Pneumonia (VAP). Society of Critical Care Medicine's 35th Critical Care Congress; 2006 Jan. San Francisco, CA

49. Goettler CE; Briggs SE; Bard MR; Toschlog EA; Sagraves SG; Schenarts PJ; Newell MA; Rotondo MF. High-Frequency Oscillatory Ventilation (HFOV) as a Rescue Maneuver for Adult Respiratory Distress Syndrome (ARDS) in Trauma Patients. Society of Critical Care Medicine's 35th Critical Care Congress; 2006 Jan. San Francisco, CA

50. Sagraves SG; Fugo J; Bowen J; Bard MR; Toschlog EA; Goettler CE; Schenarts PJ; Newell MA; Rotondo MF. Beta-Blockers are Safe in Elderly Trauma Patients. Society of Critical Care Medicine's 35th Critical Care Congress; 2006 Jan. San Francisco, CA

51. Schenarts PJ; Bard MR; Sagraves SG; Newell MA; Goettler CE; Toschlog EA; Willis H; Rotondo MF. Contrast Blush Not Degree of Injury or Transfusion Requirement Predict Positive Angiograms After Hepatic Trauma. Eastern Association for the Surgery of Trauma 19th Annual Scientific Assembly; 2006 Jan. Orlando, FL

52. Toschlog EA; Goettler CE; Bard MR; Newell MA; Sagraves SG; Schenarts PJ; Rotondo MF. Free Peritoneal Fluid (FF) Without Solid Organ Injury on Computerized Tomography (CT) Following Blunt Trauma: Predictors of Therapeutic Laparotomy (TL). Western Trauma Association 36th Annual Meeting; 2006 Feb. Big Sky, MT

53. Newell MA; Rotondo MF; Toschlog EA; Sagraves SG; Schenarts PJ; Bard MR; Goettler CE. The Elderly Trauma Patient: An Investment for the Future?. Western Trauma Association 36th Annual Meeting; 2006 Feb. Big Sky, MT

54. Schenarts PJ. Reflections on being a surgeon during the 4th World War: Iraq & Afghanistan. 2004-2005 Perspectives Lecture Series, Medical Humanities Department, Brody School of Medicine; 2006 Feb. Greenville, NC

55. Schenarts PJ. Overcoming Struggle. Mended Hearts Pitt County Chapter Meeting; 2006 Mar. Greenville, NC

56. Schenarts PJ. On being a citizen soldier. JH Rose High School; 2006 Mar. Greenville, NC

57. Schenarts PJ. Wartime Amputations. Physical Medication and Rehabilitation Grand Rounds; 2006 Mar. Greenville, NC

58. Schenarts PJ; Sagraves SG; Bard MR; Toschlog EA; Goettler CE; Newell MA; Rotondo MF. Factors Influencing Surgical Resident Fellowship Selection and Career Choice. Association of Program Directors in Surgery/Association for Surgical Education; 2006 Mar. Tucson, AZ

59. Sagraves SG; Phade S; Spain T; Bard MR; Goettler CE; Schenarts PJ; Toschlog EA; Newell MA; Cairns B; Peck M; Rotondo MF. A Collaborative Systems Approach to Rural Burn Care. American Burn Association 38th Annual Meeting; 2006 Apr. Las Vegas, NV

60. Schenarts PJ. Medical Aspects of Torture and Triage. M-4 War and Medicine Selective, Medical Humanities Department, Brody School of Medicine; 2006 Apr. Greenville, NC

61. Tyson H; Bard MR; Goettler CE; Schenarts PJ; Toschlog EA; Sagraves SG; Newell MA; Rotondo MF. Predictors of Decubitus Ulcer Formation in the Trauma Population. North Carolina Chapter of the American College of Surgeons Resident & Fellow Research Paper Competition 2006; 2006 Jul. Greenville, NC

62. Fugate M; Toschlog EA; Newton C; Newell MA; Goettler CE; Schenarts PJ; Bard MR; Sagraves SG; Rotondo MF. Morbidity Reduction in Critically Ill Trauma Patients Through Use of a Computerized Insulin Infusion Protocol: A Preliminary Study. North Carolina Chapter of the American College of Surgeons Resident & Fellow Research Paper Competition 2006; 2006 Jul. Greenville, NC

63. Phade SV; Schenarts PJ; Bard MR; Goettler CE; Newell MA; Sagraves SG; Toschlog EA; Rotondo MF. Significance of Field Hypotension in Patients Who Arrive Normotensive at the Trauma Center. North Carolina Chapter of the American College of Surgeons Resident & Fellow Research Paper Competition 2006; 2006 Jul. Greenville, NC

64. Schenarts PJ. Surgical Care during the 4th World War. North Carolina Chapter of the American College of Surgeons 2006 Annual Meeting; 2006 Jul. Myrtle Beach, SC

65. Schenarts PJ; Bard MR; Goettler CE; Newell MA; Sagraves SG; Toschlog EA; Rotondo MF. Field Hypotension: A Marker of Severe Injury or Crying Wolf. American Association for the Surgery of Trauma's 65th Annual Meeting; 2006 Sep. New Orleans, LA

66. Schenarts PJ. An Indepth Review of the 80-Hour Work Week. Grand Rounds; new Hanover Regional Medical Center; 2007 Feb. Wilmington, NC

67. Schenarts PJ. Organization and Delivery of Trauma Care During the Global War on Terror. 6th Annual Trauma and Critical Care Symposium; 2007 Nov. Charlotte, NC

68. Schenarts PJ. Resuscitation and Hemorrhage Control at the Battlefront. 6th Annual Trauma and Critical Care Symposium; 2007 Nov. Charlotte, NC

69. Schenarts PJ; Schenarts KD; Haisch C; Rotondo MF. You're Fired: basics of resident dismissal. Association for Surgical Education; 2007 Apr. Washington, DC

70. Schenarts PJ; Curet MJ. Resident Leadership Skills. Association of Program Directors in Surgery; 2007 Apr. Washington, DC

71. Schenarts PJ; Haisch C; Bard MR. Dinner and a beating: Thinking out of the box presentation. Association for Surgical Education; 2007 Apr. Washington, DC

72. Phade SV; Schenarts PJ; Goettler CE; Dailey JA; Bard MR; Rotondo MF. Effect of Emergency Surgery Coverage on the Trauma Patient. 2007 Trauma Resident Paper Competition, North Carolina Chapter of American College of Surgeons; 2007 Jul. Ashville, NC

73. Godwin J; Bard MR; Schenarts PJ; Rotondo MF. More buck for the bang. 2007 Trauma Resident Paper Competition, North Carolina Chapter of American College of Surgeons; 2007 Jul. Ashville, NC

74. Schenarts PJ. What can we expect from the next generation of surgeons?. Grand Rounds; Virginia Tech Carilion Medical School; 2008 Jan. Roanoke, VA

75. Bard MR; Schenarts PJ; Schenarts KD; Newell MA; Waibel BH; Rotondo MF. Increasing resident responsibility: the impact on trauma patients. Eastern Association for the Surgery of Trauma; 2008 Jan. Amelia Island, FL

76. Schenarts PJ; Schlitzkus LL. Is Your Residency Program Ready for Generation Y?. Association of Program Directors in Surgery Annual Meeting; 2009 May. Salt Lake City, UT

77. Schlitzkus LL; Agle SC; McNally MM; Schenarts KD; Schenarts PJ. What Do Surgical Nurses Know About Surgical Residents?. Pitt County Memorial Hospital/Brody School of Medicine Graduate Medical Education Resident Research Day; 2009 May. Greenville, NC

78. Schlitzkus LL; Agle SC; McNally MM; Schenarts KD; Schenarts PJ. What Do Surgical Nurses Know About Surgical Residents?. Association of Program Directors in Surgery Annual Meeting; 2009 May. Salt Lake City, UT

79. Schlitzkus LL; Schenarts PJ. Women Behaving Badly: Interactions Between Female Nurses and Female Residents. Association of Program Directors in Surgery Annual Meeting; 2010 Apr. San Antonio, TX

80. Newell MA; Schlitzkus LL; Waibel BH; White MA; Schenarts PJ; Rotondo MF. Damage Control in the Elderly: Futile Endeavor or Fruitful Enterprise. 23rd Annual Scientific Assembly of the Eastern Association for the Surgery of Trauma (EAST); 2010 Jan. Phoenix, AZ

81. Schenarts PJ; Schlitzkus LL; Waibel BH; Bard MR. Trauma Publications in the American General and Subspeciality Surgery Literature. Southeastern Surgical Congress 2010 Annual Scientific Meeting; 2010 Feb. Savannah, GA

82. Meara MP; Schlitzkus LL; Witherington M; Haisch C; Rotondo MF; Schenarts PJ. Surgical Resident Education: What is the Department's Price for Commitment?. Pitt County Memorial Hospital/Brody School of Medicine Graduate Medical Education Resident Research Day; 2010 Apr. Greenville, NC

83. Schlitzkus LL; Schenarts PJ; Waibel BH; Bard MR. Trauma Publications in the American General and Subspecialty Surgery Literature. Pitt County Memorial Hospital/Brody School of Medicine Graduate Medical Education Resident Research Day; 2010 Apr. Greenville, NC

84. Schlitzkus LL; Meara MP; Witherington M; Haisch C; Rotondo MF; Schenarts PJ. Surgical Resident Education: What is the Department's Price for Commitment?. Association of Program Directors of Surgery Annual Meeting; 2010 Apr. San Antonio, TX

85. Schenarts PJ. Surgeons of Generation Y: What Can We Expect. Grand Rounds; University of Southern California, Keck School of Medicine; 2010 Feb. Los Angeles, CA

86. Schlitzkus LL; Schenarts PJ; Schenarts KD. 'Twas the Night Before the Interview. Pitt County Memorial Hospital/Brody School of Medicine Graduate Medical Education Resident Research Day; 2011 May. Greenville, NC

87. Schenarts PJ. Generation Y and the Future of Surgery. Department of Surgery Grand Rounds; University of Nebraska Medical Center; 2011 May. Omaha, NE

88. Schenarts PJ. Where is the Next Generation Taking Us?. Grand Rounds; Christiana Medical Center; 2011 Aug. Neward, DE

89. Schlitzkus LL; Clark CJ; Agle SC; Schenarts PJ. A Six Year Head-to-Head Comparison of Osteopathic and Allopathic Applicants to a University-Based Allopathic General Surgery Residency. Vidant Medical Center/Brody School of Medicine Graduate Medical Education Resident Research Day; 2012 May. Greenville, NC

90. Schenarts PJ. Remediating Members of Generation Y. Grand Rounds; Beth Israel Hospital; 2012 Apr. New York, NY

91. Schenarts PJ. Educational Impact of the Electronic Medical Record. Grand Rounds; Department of Pediatrics, East Carolina University; 2012 Apr. Greenville, NC

92. Schenarts PJ. Treating War Wounds in Children. Grand Rounds; Department of Pediatrics, East Carolina University; 2012 May. Greenville, NC

93. Schenarts PJ. Balancing faculty productivity demands vs resident educational needs. American College of Surgeons Clinical Congress; 2012 Oct. Chicago, IL

94. Schenarts PJ. Making it Real: Surgical Infections. Grand Rounds; Department of Surgery, University of Nebraska Medical Center; 2012 Oct. Omaha, NE

95. Schlitzkus LL; Clark CJ; Agle SC; Schenarts PJ. A Six Year Head-to-Head Comparison of Osteopathic and Allopathic Applicants to a University-Based Allopathic General Surgery Residency. Association of Program Directors in Surgery Annual Meeting; 2012 Mar. San Diego, CA

96. Schenarts P; Langenfeld, S. For the Lack of a Carrot or a Stick: The Program Director' s Dilemma of Managing Problematic Members of the Faculty. Surgical Education Week Symposium, Association for Program Directors in Surgery; 2013

97. Steffen, Caleb; Wheeler, Matthew; goede mr; Cemaj S; Buesing KEELY; Schenarts P. In an Urban Setting, Does Field Hypotension Matter if the Patient Arrives with a Normal Blood Pressure?. American College of Surgeons Committee on Trauma - Region 7; 2013 Dec. 5. Kansas City, Missouri

98. Schenarts PJ. Educational Impact of the Electronic Medical Record. Grand Rounds; Department of Surgery, University of Missouri - Kansas City; 2013 Mar. Kansas City, MO

99. Schenarts PJ. Educating Residents in the Electronic Age. Grand Rounds; Department of Surgery, Mercy Hospital; 2013 May. Des Moines, IA

100. Schenarts PJ. Resident Education in the Electronic Era. Grand Rounds; Department of Anesthesiology, University of Nebraska Medical Center; 2013 Nov. Omaha, NE

101. Schenarts PJ. Importance of a Statewide Trauma System. Grand Rounds; Department of Orthopedic Surgery, University of Nebraska Medical Center; 2013 Dec. Omaha, NE

102. Schenarts PJ. Expert panel on difficult clinical cases. 37th Annual Advances in Trauma - American College of Surgeons - Committee on Trauma; 2013 Dec. Kansas City, MO

103. Steffen C; Wheeler M; Goede MR; Cemaj S; Buesing KEELY; Schenarts PJ. In an urban setting, does field hypotension matter if the patient arrives with a normal blood pressure. 38th Annual Advances in Trauma - American College of Surgeons - Committee on Trauma; 2013 Dec. Kansas City, MO

104. Schenarts PJ. The Single Person Disaster: Emergency Care of VIP Patient. 2013 Annual Nebraska Trauma Symposium; 2013 Sep. Omaha, NE

105. Schenarts PJ. Kinematics: The physics of injury and death. 2013 Annual Nebraska Trauma Symposium; 2013 Sep. Omaha, NE

106. Schenarts PJ. Best practices for integrating Advanced Practitioners into surgical training while maintaining educational integrity. Association for Surgical Education; 2013 Apr. Orlando, FL

107. Schenarts PJ. Resident Selection. Association of Residency Coordinators in Surgery; 2013 Apr. Orlando, FL

108. Mamoud A; Gauvin JM; Schenarts PJ. Living the dream: How to survive the nightmare of being sued by a resident. Association of Program Directors in Surgery; 2013 Apr. Orlando, FL

109. Schenarts PJ; Langenfeld, S. For the lack of a carrot or a stick: The program director's dilemma of managing problematic members of the faculty. Association of Program Directors in Surgery; 2013 Apr. Orlando, FL

110. Copeland AW; Schenarts PJ. Student assessment of the value of clinical clerkship skills: Do they know what they need to know? Results of a survey. Southeastern Surgical Congress; 2013 Feb. Jacksonville, FL

111. Schlitzkus LL; Schenarts PJ; Schenarts KD. "Twas the Night Before the Interview" : Perceptions of Resident Applicants about the Pre-Interview Reception. Association of Program Directors in Surgery Annual Meeting; 2013 April. Orlando, FL

112. Schenarts PJ. Education in the Electronic Age. Faculty Development Seminar; 2014 Mar. University of Hawaii, School of Medicine; Honolulu, HI

113. Schenarts PJ. The Next Generation of Surgeons. General Surgery Grand Rounds; 2014 Mar. University of Hawaii, School of Medicine; Honolulu, HI

114. Schenarts PJ. Leadership for the Surgical Resident. ECU Graduation; 2014 Jun. East Carolina University, Department of Surgery; Greenville, NC

115. Lowe JJ; Gibbs SG; Schenarts PJ. EMS Considerations for the Transport of Ebola Patients. Canadian EMS Association; 2014 Oct

116. Dawson DE; Isakov A; Lowe JJ; Schenarts PJ. EMS and Ebola: Field Experience with Transporting Patients. Clinical Outreach & Communication Activity; Webinar; 2014 Dec. Centers for Disease Control, Emergency Communication System

117. Schenarts PJ. Emergency Care of the VIP Patient. Grand Rounds; Department of Emergency Medicine, University of Nebraska Medical Center; 2014 Feb. Omaha, NE

118. Langenfeld, S; Cook G; Sudbeck C; Luers T; Schenarts PJ. Langenfeld SJ, Cook G, Sudbeck C, Lears T, Schenarts PJ. An assessment of unprofessional behavior among surgical residents on Facebook: A warning of the dangers of social Media. J Surg Educ. 2014 Nov- Dec; 71(6):e28-32., Epub 2014 Jun 26. Annual Meeting of the Association of Program Directors in Surgery; 2014 Apr. Chicago, IL

119. Schenarts PJ. Preparing for Humanitarian Missions in War Zones. Annual Meeting of the Association for Surgical Education; 2014 Apr. Chicago, IL

120. Schenarts PJ. Leadership Competencies. Surgeons as Educators Course; 2014 SEp. Atlanta, GA

121. Schenarts PJ. Educational Administration. Surgeons as Educators Course; 2014 Sep. Atlanta, GA

122. Schenarts PJ. Educational Aspects of Merging a Private Practice Group into an Academic Practice. Surgeons as Educators Course; 2014 Sep. Atlanta, GA

123. Schenarts PJ. Resident Selection. Surgeons as Educators Course; 2014 Sep. Atlanta, GA

124. Schenarts PJ. Use of Tranexamic Acid (TXA) in Trauma Patients. Omaha Trauma Symposium; 2014 Sep. Omaha, NE

125. Schenarts PJ. General Surgery Update (Diverticulitis). American College of Surgeons Clinical Congress; 2014 Oct. San Francisco, CA

126. Schenarts PJ. Success during Residency Interviews, The Program Director's Viewpoint. American College of Surgeons Clinical Congress; 2014 Oct. San Francisco, CA

127. Carson JS; Smith LM; Langenfeld, S; Duncan KF; Schenarts PJ; Thompson JS; Mercer DW; Jarman B; Are C. Influence of a new patient safety/quality metric and cost containment curriculum: A controlled pre- and post-intervention trial. ACS Clinical Congress; 2014 Oct. San Francisco, CA

128. Thompson J; Cooper R; Schlitzkus LL; Buesing KEELY; Evans CH; Goede MR; Stothert JC; Schenarts PJ. The influence of poverty level on trauma patients from urban and rural environments using a statewide trauma registry. 38th Annual Advances in Trauma - American College of Surgeons - Committee on Trauma; 2014 Dec. Kansas City, MO

129. Schenarts PJ. Teaching Medical Students & Residents. Eastern Association for the Surgery of Trauma; 2014 Jan. Naples, FL
130. Schenarts PJ. Physics of Injury and Death. Nebraska Association of Emergency Medical Services; 2014 Mar. Norfolk, NE
131. Schenarts PJ; Nagy K; Skarupa D. Transitions in career development. Eastern Association for the Surgery of Trauma; 2014 Jan. Naples, FL
132. Schenarts PJ; Schenarts KD. Understanding Generational Characteristics & Optimizing Your Teaching Environment. 14th Annual Winter Symposium, American Society of Transplant Surgeons; 2014 Jan. Miami, FL
133. Schenarts PJ; Langenfeld, S. Navigating Dismissal of a Resident from your Program. Annual meeting of Association of Program Directors in Surgery; 2014 Apr. Chicago, IL
134. Damme, C; Luo J; Goede MR; Cemaj S; Stothert JC; Schenarts PJ; Buesing KEELY. Prehospital Hypotension Correlates with Injury Severity and Outcomes. Society of Critical Care Medicine; 2015 January. Phoenix, AZ
135. Schenarts PJ. Complications after Traumatic Injury. Nebraska Trauma Nurse Review Course; 2015 Mar. Omaha, NE
136. green jm; shabahang nm; schenarts pj. Navigating your residency through adverse actions and problems. Association of Program Directors in Surgery; 2015 Apr. Seattle, WA
137. langenfeld sj; sudbeck c; luers t; schenarts pj. The glass houses of attending surgeons: an assessment of unprofessional behavior on Facebook among practicing surgeons. Association of Program Directors in Surgery; 2015 Apr. Seattle, WA
138. schenarts pj. Mastering the Resident Interview: The Program Directors Viewpoint. American College of Surgeons Clinical Congress; 2015 Oct. Chicago, IL
139. schenarts pj. Teacher - Learner Interactions in the Electronic Age. American College of Surgeons Clinical Congress; 2015 Oct. Chicago, IL
140. schenarts pj; chaplin r. Transport of Ebola Patients: the Nebraska Experience. Air Medical Transport Conference; 2015 Oct. Long Beach, CA
141. schenarts pj. Moderator, Panel. Society of Educators in Anesthesiology; 2015 Apr. Seattle, WA
142. schenarts pj. Strategic Professional Development Workshop. Eastern Association for the Surgery of Trauma; 2016 Jan. San Antonio, TX
143. schenarts pj. What makes a good trauma surgery job applicant?. Eastern Association for the Surgery of Trauma, 29th Annual Meeting; 2016 Jan. San Antonio, TX
144. schenarts pj. How to develop an academic portfolio for career advancement. Eastern Association for the Surgery of Trauma, 29th Annual Meeting; 2016 Jan. San Antonio, TX
145. schenarts pj. Medical Student & Resident Teaching Panel. Eastern Association for the Surgery of Trauma, 29th Annual Meeting; 2016 Jan. San Antonio, TX
146. schenarts pj. Introduction for the Orien's Lecture. Eastern Association for the Surgery of Trauma, 29th Annual Meeting; 2016 Jan. San Antonio, TX
147. schenarts pj. Impact of poverty level on urban and rural trauma patients. Academic Surgical Congress; 2016 Feb. Jacksonville, FL
148. schenarts pj. Surgical Education in the Era of Handheld Computers. Department of Surgery, University of Minnesota, Grand Rounds; 2016 Jan. Minneapolis, MN
149. schenarts pj. Cell Phones in Clinic and in the Classroom. Department of Medical Education, University of Minnesota, Grand Rounds; 2016 Jan. Minneapolis, MN

# PUBLICATIONS

## A.    ARTICLES PUBLISHED IN SCHOLARLY JOURNALS

1. Schenarts PJ; Bone HG; Traber LD; Traber DL. Effects of severe smoke inhalation injury on systemic microvascular blood flow. Shock (Augusta, Ga.). 1996; Vol. 6 (3): p. 201-205. 1073-2322
2. Paul J. Schenarts; Donald S. Prough. Monitoring organ response during resuscitation in the systemic inflammatory response syndrome. Current Opinion in Critical Care. 2 : 267-272. 1996

3.  H. Bone; P. Schenarts; L. Cindrick; L. Traber; D. Traber. Effects of nitric oxide scavenging on sheep pancreas and liver during sepsis. FASEB Journal. 10 : A598. 1996

4.  L. Cindrick; P. Schenarts; H. Bone; L. Traber; D. Hemdon; D. Traber. Nebulization of a non-anticoagulant heparinoid (gm1892) attenuates lung lymph flow after acute lung injury in sheep. FASEB Journal. 10 : A353. 1996

5.  Schenarts PJ, Bone HG, Traber LD, Traber DL. Effect of severe smoke inhalation injury on systemic microvascular blood flow in sheep. Shock. 6 : 201-205. 1996

6.  H.G. Bone; P.J. Schenarts; S. Fischer; T. Cindrick; L.D. Traber; D.L. Traber. Renal effects of nitric oxide scavenging during hyperdynamic sepsis. European Journal of Anaesthesiology. 14 : 64-65. 1997

7.  Shin CS, Lee KY, Kim JL, Lee HW, Schenarts PJ, Traber DL. Renal Ischemia-Reperfusion Injury Does Not Induce Pulmonary Dysfunction in Sheep. Yonsei Medical Journal. 38 : 142-150. 1997

8.  Cushing BM, Clark DE, Cobean R, Schenarts PJ, Rutstein LA. Blunt and penetrating trauma: Has anything changed?. Surgical Clinics of North America. 77 : 1321-1332. 1997

9.  Shin CS, Han JU, Kim JL, Schenarts PJ, Traber LD, Hawkins H, Traber DL. Heparin attenuated neutrophil infiltration but did not affect renal injury induced by ischemia reperfusion. Yonsei Medical Journal. 38 : 133-141. 1997

10. Bone HG, Schenarts PJ, Booke M, McGuire R, Harper D, Traber LD, Traber DL. Oxalated pyridoxalated hemoglobin polyoxyethylene conjugate normalizes the hyperdynamic circulation in septic sheep. Critical Care Medicine. 25 : 1010-1018. 1997

11. Elgjo GI, Mathew BP, Poli de Figueriedo LF, Schenarts PJ, Horton JW, Dubick MA, Kramer GC. Resuscitation with hypertonic saline dextran improves cardiac function In vivo and ex vivo after burn injury in sheep. Shock. 9 : 375-383. 1998

12. Bone HG, Schenarts PJ, Fischer SR, McGuire R, Traber LD, Traber DL. Pyridoxalated hemoglobin polyoxyethylene conjugate reverses hyperdynamic circulation in septic sheep. Journal of Applied Physiology. 84 : 1991-1999. 1998

13. Bone HG, Fischer SR, Schenarts PJ, McGuire R, Traber LD, Traber DL. Continuous infusion of pyridoxalated hemoglobin polyoxyethylene conjugate in hyperdynamic septic sheep. Shock. 10 : 69-76. 1998

14. Elgjo GI, Poli de Figueiredo LF, Schenarts PJ, Traber DL, Traber LD, Kramer GC. Hypertonic saline dextran produces early (8-12 hrs) fluid sparing in burn resuscitation: A 24-hr prospective, double-blind study in sheep. Critical Care Medicine. 28 : 163-171. 2000

15. Schenarts PJ, Schmalstieg FC, Hawkins H, Bone HG, Traber LD, Traber DL. Effects of an L-selectin antibody on the pulmonary and systemic manifestations of severe smoke inhalation injuries in sheep. Journal of Burn Care and Rehabilitation. 21 : 229-240. 2000

16. Schenarts PJ, Diaz J, Kaiser C, Carrillo Y, Eddy V, Morris JA. Prospective comparison of admission computed tomographic scan and plain films of the upper cervical spine in trauma patients with altered mental status. Journal of Trauma - Injury, Infection and Critical Care. 51 : 663-669. 2001

17. Bone HG, Sakurai H, Schenarts PJ, Traber LD, Traber DL. Effects of manganese superoxide dismutase, when given after inhalation injury has been established. Critical Care Medicine. 30 : 856-860. 2002

18. Toschlog EA; Rotondo MF; Spain T; Walker J; Crowder G; Barrett A; Joyner M; Sagraves SG; Schenarts P; Bard MR; Swanson M; Goettler CE. Characterization of Trauma Patients Lost to Follow-Up. Journal of Trauma. 2002 Dec; p. 1214

19. Sagraves SG, Conquest AM, Albrecht RJ, Toschlog EA, Schenarts PJ, Bard MR, Powell CS, Rotondo MF. Popliteal artery trauma in a rural level I trauma center. American Surgeon. 69 : 485-489. 2003

20. Toschlog EA, MacElligot J, Sagraves SG, Schenarts PJ, Bard MR, Goettler CE, Rotondo MF, Swanson MS. The relationship of injury severity score and Glasgow coma score to rehabilitative potential in patients suffering traumatic brain injury. American Surgeon. 69 : 491-497. 2003

21. Toschlog EA, Blount KP, Rotondo MF, Sagraves SG, Bard MR, Schenarts PJ, Swanson M, Goettler CE. Clinical predictors of subtherapeutic aminoglycoside levels in trauma patients undergoing once-daily dosing. Journal of Trauma - Injury, Infection and Critical Care. 55 : 255-262. 2003

22. Bard MR, Goettler CE, Schenarts PJ, Collins BA, Toschlog EA, Sagraves SG, Rotondo MF. Language barrier leads to the unnecessary intubation of trauma patients. American Surgeon. 70 : 783-786. 2004

23. Schenarts PJ. Three-year-old boy with burn wound sepsis: A challenge to the ethics of a responsible surgeon. Current Surgery. 61 : 245-246. 2004

24. Beaver TM, Schenarts PJ. Battlefield surgery 2005. International Journal of Surgery. 3 : 171-175. 2005

25. Schenarts PJ; Bowen J; Bard MR; Sagraves SG; Toschlog EA; Goettler CE; Cromwell S; Rotondo MF. The Effect of a Rotating Night-Float Coverage Scheme on Preventable and Potentially Preventable Morbidity at a Level I Trauma Center. American journal of surgery. 2005 Jul; Vol. 190 (1): p. 147-152. 0002-9610

26. Schenarts P, Bowen J, Bard M, Sagraves S, Toschlog E, Goettler C, Cromwell S, Rotondo M. The effect of a rotating night-float coverage scheme on preventable and potentially preventable morbidity at a level 1 trauma center. American Journal of Surgery. 190 : 147-152. 2005

27. Schenarts P; Goettler CE. Anterior Urethral Disruption in a Female Patient with a Traumatic Pelvic Fracture. Surgery Journal. 2006; p. 14-16

28. Schenarts P. Resident Dismissal - The Basics. Focus on Surgical Education. 2006

29. Michael F. Rotondo; Paul J. Schenarts. Corticosteroid use in the intensive care unit: At what cost? - Invited critique. Archives of Surgery. 141 : 149. 2006

30. Goettler CE, Fugo JR, Bard MR, Newell MA, Sagraves SG, Toschlog EA, Schenarts PJ, Rotondo MF. Predicting the need for early tracheostomy: A multifactorial analysis of 992 intubated trauma patients. Journal of Trauma - Injury, Infection and Critical Care. 60 : 991-996. 2006

31. Schenarts PJ, Sagraves SG, Bard MR, Toschlog EA, Goettler CE, Newell MA, Rotondo MF. Low-Dose Dopamine: A Physiologically Based Review. Current Surgery. 63 : 219-225. 2006

32. Schenarts PJ, Anderson Schenarts KD, Rotondo MF. Myths and Realities of the 80-Hour Work Week. Current Surgery. 63 : 269-274. 2006

33. Bard MR, Goettler CE, Toschlog EA, Sagraves SG, Schenarts PJ, Newell MA, Fugate M, Rotondo MF. Alcohol withdrawal syndrome: Turning minor injuries into a major problem. Journal of Trauma - Injury, Infection and Critical Care. 61 : 1441-1445. 2006

34. Schlitzkus LL; Schenarts P; Rotondo MF. Personal Achievement and Team Success: Where is the Balance Point?. FOCUS on Surgical Education. 2007; p. 19-22

35. Sagraves SG, Phade SV, Spain T, Bard MR, Goettler CE, Schenarts PJ, Toschlog EA, Newell MA, Claims BA, Peck MD, Rotondo MF. A collaborative systems approach to rural burn care. Journal of Burn Care and Research. 28 : 111-114. 2007

36. Toschlog EA, Sagraves SG, Bard MR, Schenarts PJ, Goettler CC, Newell MA, Rotondo MF. Rural trauma recidivism: A different disease. Archives of Surgery. 142 : 77-81. 2007

37. Schenarts PJ. Debriefing is an effective method for providing feedback and ensuring adherence to best clinical practice by residents in the intensive care unit. Critical Care Medicine. 35 : 957-958. 2007

38. Newell MA, Bard MR, Goettler CE, Toschlog EA, Schenarts PJ, Sagraves SG, Holbert D, Pories WJ, Rotondo MF. Body Mass Index and Outcomes in Critically Injured Blunt Trauma Patients: Weighing the Impact. Journal of the American College of Surgeons. 204 : 1056-1061. 2007

39. Toschlog EA, Newton C, Allen N, Newell MA, Goettler CE, Schenarts PJ, Bard MR, Sagraves SG, Rotondo MF. Morbidity reduction in critically ill trauma patients through use of a computerized insulin infusion protocol: A preliminary study. Journal of Trauma - Injury, Infection and Critical Care. 62 : 1370-1375. 2007

40. Schenarts PJ. Incorporating leadership training, a horizontal approach to resuscitation and performance feedback, into advanced life support. Critical Care Medicine. 35 : 1781-1782. 2007

41. Michael Holzman; Rao Ivatury; Galen Poole; Dimitrios Stefanidis; Paul J. Schenarts; Bob Schmieg; Rebecca Britt. Discussion. American Surgeon. 73 : 682-683. 2007

42. Schenarts P. Advice for New Residents & Faculty: Keys to an Unsuccessful Career and the Importance of Failure. Focus on Surgical Education. 2008

43. Schenarts P. Proceedings of the 2008 Annual Meetings of the Association for Surgical Education. Teaching and learning in medicine. 2008; p. 352-356. 1040-1334

44. Schenarts P. Proceedings of the 2007 Annual Meetings of the Association for Surgical Education. Teaching and learning in medicine. 2008 Jan; 1040-1334

45. Paul J. Schenarts; Brian M. Tibbs. Discussion. American Surgeon. 74 : 541. 2008

46. Schenarts PJ, Phade SV, Goettler CE, Waibel BH, Agle SC, Bard MR, Rotondo MF. Impact of acute care general surgery coverage by trauma surgeons on the trauma patient. American Surgeon. 74 : 494-501. 2008

47. Schenarts PJ, Phade SV, Agle SC, Goettler CE, Sagraves SG, Newell MA, Rotondo MF. Field hypotension in patients who arrive at the hospital normotensive: a marker of severe injury or crying wolf?. North Carolina medical journal. 69 : 265-269. 2008

48. Schenarts PJ, Tyson GH. Combining audiovisual feedback and debriefing: Learning or just imitating?. Critical Care Medicine. 36 : 2948-2949. 2008

49. Schenarts PJ, Love KM, Agle SC, Haisch CE. Comparison of Surgical Residency Applicants from U.S. Medical Schools with U.S.-Born and Foreign-Born International Medical School Graduates. Journal of Surgical Education. 65 : 406-412. 2008

50. Schenarts PJ, Schlitzkus LL, Goettler CE. Editorial: Is resident education a casualty or beneficiary of rapid response systems?. Critical Care Medicine. 37 : 3180-3181. 2009

51. Schlitzkus LL, Agle SC, McNally MM, Schenarts KD, Schenarts PJ. What Do Surgical Nurses Know About Surgical Residents?. Journal of Surgical Education. 66 : 383-391. 2009

52. Waibel BH, Schenarts PJ, Sagraves SG. High-pressure water jet injury to the neck and arm. American Surgeon. 75 : 90-92. 2009

53. Michael F. Rotondo; Michael R. Bard; Scott G. Sagraves; Eric A. Toschlog; Paul J. Schenarts; Claudia E. Goettler; Mark A. Newell; Matthew J. Robertson. What price commitment: What benefit? The cost of a saved life in a developing level i Trauma Center. Journal of Trauma - Injury, Infection and Critical Care. 67 : 915-921. 2009

54. Schenarts P. Surgery: Diagnosis and Management, Fourth Edition. American journal of surgery. 2009 Feb; 0002-9610

55. Briggs S, Goettler CE, Schenarts PJ, Newell MA, Sagraves SG, Bard MR, Toschlog EA, Rotondo MF. High-frequency oscillatory ventilation as a rescue therapy for adult trauma patients. American Journal of Critical Care. 18 : 144-148. 2009

56. Schenarts PJ, Meara MP. Invited Commentary: the next generation of surgeons is more similar to previous generations than commonly thought. American Journal of Surgery. 198 : 150-151. 2009

57. Newell MA, Rotondo MF, Toschlog EA, Waibel BH, Sagraves SG, Schenarts PJ, Bard MR, Goettler CE. The elderly trauma patient: An investment for the future?. Journal of Trauma - Injury, Infection and Critical Care. 67 : 337-340. 2009

58. Rotondo MF, Bard MR, Sagraves SG, Toschlog EA, Schenarts PJ, Goettler CE, Newell MA, Robertson MJ. What price commitment: what benefit? The cost of a saved life in a developing level I trauma center. The Journal of trauma. 67 : 915-923. 2009

59. Schlitzkus LL, Agle SC, McNally MM, Schenarts KD, Schenarts PJ. What Do Surgical Nurses Know About Surgical Residents?. Journal of Surgical Education. 66 : 383-391. 2009

60. Schenarts PJ, Schlitzkus LL, Goettler CE. Editorial: Is resident education a casualty or beneficiary of rapid response systems?. Critical Care Medicine. 37 : 3180-3181. 2009

61. Schenarts P. Proceedings of the 2009 Annual Meetings of the Association for Surgical Education. Teaching and learning in medicine. 2010; p. 68-73. 1040-1334

62. Clayton CS; Schenarts PJ; Sagraves SG. Treatment of traumatic hemisection of the female pelvis with one year follow up. The American surgeon. 2010; Vol. 76 (8): p. 116-117. 0003-1348

63. Schlitzkus LL, Schenarts KD, Schenarts PJ. Is your residency program ready for generation Y?. Journal of Surgical Education. 67 : 108-111. 2010

64. Newell MA, Schlitzkus LL, Waibel BH, White MA, Schenarts PJ, Rotondo MF. "Damage control" in the elderly: Futile endeavor or fruitful enterprise?. Journal of Trauma - Injury, Infection and Critical Care. 69 : 1049-1053. 2010

65. Meara MP, Schlitzkus LL, Witherington M, Haisch C, Rotondo MF, Schenarts PJ. Surgical resident education: What is the department's price for commitment?. Journal of Surgical Education. 67 : 427-431. 2010

66. Schlitzkus LL, Schenarts KD, Schenarts PJ. Is your residency program ready for generation Y?. Journal of Surgical Education. 67 : 108-111. 2010

67. Schenarts PJ, Cohen KC. The leadership vacuum in resuscitative medicine. Critical Care Medicine. 38 : 1216-1217. 2010

68. Goettler CE, Waibel BH, Goodwin J, Watkins F, Toschlog EA, Sagraves SG, Schenarts PJ, Bard MR, Newell MA, Rotondo MF. Trauma intensive care unit survival: How good is an educated guess?. Journal of Trauma - Injury, Infection and Critical Care. 68 : 1279-1287. 2010

69. Claydon CS, Schenarts PJ, Sagraves SG. Acute management of traumatic hemi-section of the female pelvis with one-year follow-up. American Surgeon. 76 : E116-E117. 2010

70. Newell MA, Schlitzkus LL, Waibel BH, White MA, Schenarts PJ, Rotondo MF. "Damage control" in the elderly: Futile endeavor or fruitful enterprise?. Journal of Trauma - Injury, Infection and Critical Care. 69 : 1049-1053. 2010

71. Meara MP, Schlitzkus LL, Witherington M, Haisch C, Rotondo MF, Schenarts PJ. Surgical resident education: What is the department's price for commitment?. Journal of Surgical Education. 67 : 427-431. 2010

72. Schenarts P; Meara MP; Waibel BH. A resident's guide to persuading those who judge you at the surgical M&M. Surgery: Research. 2011

73. Schenarts PJ, Termuhlen PM, Pasley J, Rose JS, Friedell ML. A primer on how to select osteopathic applicants to an allopathic general surgery residency. Journal of Surgical Education. 68 : 239-245. 2011

74. Rose JS, Waibel BH, Schenarts PJ. Disparity between resident and faculty surgeons' perceptions of preoperative preparation, intraoperative teaching, and postoperative feedback. Journal of Surgical Education. 68 : 459-464. 2011

75. Schlitzkus LL, Clark CJ, Agle SC, Schenarts PJ. A six year head-to-head comparison of osteopathic and allopathic applicants to a university-based, allopathic general surgery residency. Journal of Surgical Education. 69 : 699-704. 2012

76. Schenarts PJ, Schenarts KD. Educational impact of the electronic medical record. Journal of Surgical Education. 69 : 105-112. 2012

77. Rose JS, Waibel BH, Schenarts PJ. Resident perceptions of the impact of paging on intraoperative education. American Surgeon. 78 : 642-646. 2012

78. Schenarts PJ, Goettler CE, White MA, Waibel BH. An objective study of the impact of the electronic medical record on outcomes in trauma patients. American Surgeon. 78 : 1249-1254. 2012

79. Schlitzkus LL, Clark CJ, Agle SC, Schenarts PJ. A six year head-to-head comparison of osteopathic and allopathic applicants to a university-based, allopathic general surgery residency. Journal of Surgical Education. 69 : 699-704. 2012

80. Carson J; Johnson E; Schenarts P; Langenfeld, S; Azarow K; Mercer DW; Thompson JS; Are C. The influence of dedicated research time during general surgery residency on ABSITE and Board exam performance. J Am Coll Surg. 2013; Vol. 217 (3): p. S117

81. Carson J; Johnson E; Smith K; Schenarts P; Langenfeld, S; Azarow K; Mercer DW; Thompson JS; Are C. National trends in endoscopy experience for graduating general surgery chief residents. J Am Coll Surg. 2013; Vol. 217 (3): p. S117

82. P.J. Schenarts; Kristin Flowers. Too many excuses for not teaching in the operating room and one simple solution: Faculty feedback. JAMA Surgery. 148 : 923. 2013

83. Lisa L. Schlitzkus; Paul J. Schenarts; Kimberly D. Schenarts. It was the night before the interview: Perceptions of resident applicants about the preinterview reception. Journal of Surgical Education. 70 : 750-757. 2013

84. Paul J. Schenarts; Mandy R. Maness; John R. Pender. Incarcerated paraesophageal hernia. Common Problems in Acute Care Surgery. 203-210. 2013

85. Lisa L. Schlitzkus; Paul J. Schenarts; Kimberly D. Schenarts. It Was the Night Before the Interview: Perceptions of Resident Applicants about the Preinterview Reception. Journal of Surgical Education. 2013

86. Wilson KL, Schenarts PJ, Bacchetta MD, Rai PR, Nakayama DK. Pediatric trauma experience in a combat support hospital in Eastern Afghanistan over 10 months, 2010 to 2011. American Surgeon. 79 : 257-260. 2013

87. Schenarts P; Melin A. The Program Director's Dilemma. Journal of Graduate Medical Education. 2014; Vol. 6 (2): p. 351-352

88. Mark L. Friedell; Thomas J. VanderMeer; Michael L. Cheatham; George M. Fuhrman; Paul J. Schenarts; John D. Mellinger; Jon B. Morris. Perceptions of Graduating General Surgery Chief Residents: Are They Confident in Their Training?. Journal of the American College of Surgeons. 2014

89. Mark L. Friedell; Thomas J. Vandermeer; Michael L. Cheatham; George M. Fuhrman; Paul J. Schenarts; John D. Mellinger; Jon B. Morris. Perceptions of graduating general surgery chief residents: Are they confident in their training?. Journal of the American College of Surgeons. 218 : 695-703. 2014

90. Paul J. Schenarts; Charity Evans. The eye of the master. American Journal of Surgery. 2014

91. Sean J. Langenfeld; Gates Cook; Craig Sudbeck; Thomas Luers; Paul J. Schenarts. An Assessment of Unprofessional Behavior Among Surgical Residents on Facebook: A Warning of the Dangers of Social Media. Journal of Surgical Education. 2014

92. Paul J. Schenarts; Charity Evans. The eye of the master. American Journal of Surgery. 208 : 178-179. 2014

93. Sean J. Langenfeld; Gates Cook; Craig Sudbeck; Thomas Luers; Paul J. Schenarts. An assessment of unprofessional behavior among surgical residents on facebook: A warning of the dangers of social media. Journal of Surgical Education. 71 : e28-e32. 2014

94. Schenarts P; Evans CH. The Eye of the Master. American journal of surgery. 2014 Feb; p. 178-9

95. Lowe JJ; Jelden KC; Schenarts PJ; Rupp LE; Hawes KJ; Tysor BM; Swansige RG; Schwedhelm SS; Smith PW; Gibbs SG. Considerations for safe EMS transport of patients infected with Ebola Virus. Prehospital emergency care : official journal of the National Association of EMS Physicians and the National Association of State EMS Directors. 2014 Oct; 1090-3127

96. martin r; schenarts pj. Surgical Training and the Workforce. Surgical Clinics of North America. 2015

97. lowe jj; jelden kc; schenarts pj; rupp le; hawes kj; tysor bm; swansige rg; schwedhelm ss; smith pw; gibbs sg. Considerations for safe EMS transport of patients infected with Ebola. Journal of Emergency Care. 2015; p. 179-183

98. Lisa L. Schlitzkus; Alyson A. Melin; Jason M. Johanning; Paul J. Schenarts. Perioperative Management of Elderly Patients. Surgical Clinics of North America. 2015

99. Paul J. Schenarts. Perioperative Management. Surgical Clinics of North America. 2015

100. Lisa L. Schlitzkus; Alyson A. Melin; Jason M. Johanning; Paul J. Schenarts. Perioperative Management of Elderly Patients. Surgical Clinics of North America. 95 : 391-415. 2015

101. Paul J. Schenarts. Preface: Perioperative management. Surgical Clinics of North America. 95 : xv-xvi. 2015

102. Charity Evans; Paul J. Schenarts. No one has ever drowned in sweat. American Journal of Surgery. 210 : 173-174. 2015

103. Jason W. Kempenich; Ross E. Willis; Robert Rakosi; John Wiersch; Paul Joseph Schenarts. How do Perceptions of Autonomy Differ in General Surgery Training Between Faculty, Senior Residents, Hospital Administrators, and the General Public? A Multi-Institutional Study. Journal of Surgical Education. 2015

104. Sean J. Langenfeld; Craig Sudbeck; Thomas Luers; Peter Adamson; Gates Cook; Paul J. Schenarts. The Glass Houses of Attending Surgeons: An Assessment of Unprofessional Behavior on Facebook Among Practicing Surgeons. Journal of Surgical Education. 2015

105. Ronald F. Martin; Paul J. Schenarts. Development of a Surgeon. Surgical Clinics of North America. 96 : xv-xvi. 2016

106. Paul J. Schenarts; Samuel Cemaj. The Aging Surgeon. Surgical Clinics of North America. 96 : 129-138. 2016

107. isakov a; schenarts pj. Example: Standard Operating Procedure (SOP) for Patient Handoff between a Healthcare Facility and a Transporting Ambulance. Centers for Disease Control White Paper. 2016 Feb

108. isakov a; schenarts pj. Example: Standard Operating Procedure (SOP) for Air-to-Ground (Air-Ground) Patient Handoff. Centers for Disease Control White Paper. 2016 Feb

109. lowe j; schenarts pj. Example: Standard Operating Procedure (SOP) for Decontamination of an Ambulance that has Transported a Person under Investigation or Patient with Confirmed Ebola. Centers for Disease Control White Paper. 2016 Feb

110. Richard Damewood; Jon B. Morris; John Mellinger; Mark L. Friedell; Karen R. Borman; Daniel L. Dent; Paul J. Schenarts; Benjamin T. Jarman. Association of Program Directors in Surgery Position Response to ACGME for Position on Accreditation Requirements. Journal of Surgical Education. 73 : 363-369. 2016

**B. ARTICLES ACCEPTED FOR PUBLICATION IN SCHOLARLY JOURNALS**

1.  schenarts pj; cemaj s. The Aging Surgeon: Implications for the Workforce, The Surgeon and The Patient. Surgical Clinics of North America. 2015 May

**C. ARTICLES SUBMITTED FOR PUBLICATION IN SCHOLARLY JOURNALS**

1.  Schenarts PJ; Langenfeld, S; Evans CH. A Program Director's Guide to Resident Dismissal. Journal of surgical education. 2014 Mar; 1931-7204

**D. BOOKS PUBLISHED, IN PREPARATION, SUBMITTED OR IN PRESS**

1.  schenarts pj. OFD-EMS Protocol Book. 4th. Omaha Fire Department; 2015

**E. CHAPTERS IN BOOKS**

1.  Schenarts P; Traber DL. Intensivmedizin 1995. Stuttgart, NY: Springer-Verlag; 1995. The lung: An undrained abscess?; 122-131
2.  Schenarts P; Traber DL. Pulmonary Blood Flow in the Intensive Care Unit. London: WB Saunders; 1996. Interaction between vasodilating substances and lung function; 33-55
3.  Cushing BM; Schenarts PJ; Rutstein LA. Surgery. London, UK: Mosby; 2001. Initial evaluation and resuscitation in trauma
4.  Schenarts PJ; Morris JA. Clinician's Pocket Reference, "The Scut Monkey Handbook". 9. Stamford, CT: Appleton & Lange; 2001. Critical Care
5.  Schenarts PJ. Emergency War Surgery Atlas. Borden Institute; 2006. Umbrella Effects of Landmines
6.  Schenarts PJ; Robinson DW. Trauma Atlas. Borden Institute Publishing; 2006. Initial Control and Treatment of Left Subclavian Artery Gunshot Wound
7.  Schenarts PJ. Surgery: A Competency-Based Companion. Saunders Elsevier; 2006. Competencies Under Fire: The Iraq Experience - Do Competencies Apply in the War Zone?
8.  Schenarts PJ; Hopkins MA. Surgery: A Competency-Based Companion. Saunders Elsevier; 2006. The Art of Oral Presentation
9.  Schenarts PJ. War Surgery in Afghanistan and Iraq: A Series of Cases, 2003-2007. Washington, DC: Office of the Surgeon General; 2008. Umbrella effect of landmine blasts; 292-296
10. Schenarts PJ; Robinson D. War Surgery in Afghanistan and Iraq: A Series of Cases, 2003-2007. Washington, DC: Office of the Surgeon General; 2008. Initial management of left subclavian gunshot wound; 350-352
11. Schenarts PJ. War Surgery in Afghanistan and Iraq: A Series of Cases, 2003-2007. Washington, DC: Office of the Surgeon General; 2008. Traumatic below knee amputation; 286-291
12. Schenarts PJ. War Surgery in Afghanistan and Iraq: A Series of Cases, 2003-2007. Washington, DC: Office of the Surgeon General; 2008. 425
13. Schenarts KD; Schenarts PJ. SURGERY: A Competency-Based Companion. Elsevier; 2008. Introduction to the Competencies
14. Schenarts KD; Schenarts PJ. SURGERY: A Competency-Based Companion. Elsevier; 2008. How to Succeed on the Surgical Clerkship
15. Schenarts PJ; Tisherman S; Daley B; Wohltmann C. Essentials of General Surgery. 5. Philadelphia, PA: Lippincott Williams & Wilkins; 2010. Surgical Critical Care
16. Schenarts PJ; Maness M; Pender J. Common Problems in Acute Care Surgery. Warrington, PA: Springer Publishing; 2013. Paraesophageal Hernia; 203-210
17. Schenarts PJ. Surgical Clinics of North America. Elsevier; 2014. Perioperative Management
18. schenarts pj. Surgery: Core Principles and Practice. 2nd. Philadelphia, PA: Jaypee Medical Publishers; 2015. Initial Trauma Evaluation and Resuscitation

## F. BOOKS OR JOURNALS EDITED

### BOOKS EDITED

1.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Junior Resident Edition. East Carolina Press; 2007
2.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Senior Resident Edition. East Carolina Press; 2007
3.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Junior Resident Edition. East Carolina Press; 2008
4.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Senior Resident Edition. East Carolina Press; 2008
5.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Junior Resident Edition. East Carolina Press; 2009
6.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Senior Resident Edition. East Carolina Press; 2009
7.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Junior Resident Edition. East Carolina Press; 2010
8.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Senior Resident Edition. East Carolina Press; 2010
9.  Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Junior Resident Edition. East Carolina Press; 2011
10. Schenarts PJ; Rotondo MF, Editors. The Richard E. Dean ABSITE Review Manual, Senior Resident Edition. East Carolina Press; 2011

## G. ABSTRACTS AND PRELIMINARY COMMUNICATIONS

1.  Booke M; Bradford DW; Meyer J; Pollard V; Conroy B; Bone HG; Schenarts PJ; Traber DL. Measurement of regional myocardial and cerebral blood flow: radioactive versus colored microspheres. FASEB. 1995, Vol. 9
2.  Schenarts PJ; Kikuchi Y; Bradford DW; Schmalstieg FC; Traber DL. A non-anticoagulant heparinoid (GM1892) prevents increase in lung lymph flow after smoke inhalation injury. FASEB. 1995, Vol. 9(3): A416
3.  Schenarts PJ; Holmes KR; Traber LD; Traber DL. Non-anticoagulant heparinoid and the acute lung injury associated with smoke. Shock Supp. 1995, Vol. 3: A194
4.  Schenarts PJ; Kikuchi Y; Schmalstieg FC; Herndon DN; Traber LD; Trabler DL. Role of L-selectin in the lung damage associated with injury. Shock Supp. 1995, Vol. 3: A24
5.  Bone HG; Traber LD; Schenarts PJ; Spaulding T; Traber DL. Hemodynamic effects of pyridoxalated hemoglobin polyoxyethylene conjugate (PHP) in conscious sheep during septic shock. Anesthesiology. 1995, Vol. 83(3A): A232
6.  Bone HG; Sakurai H; Traber LD; Harper D; Schenarts PJ; Traber DL. Pulmonary function after infusion of modified hemoglobin in septic sheep. Anesth Analg. 1996, Vol. 82(2S): S40
7.  Schenarts PJ; Bone HG; Cindrink LL; Traber LD; Traber DL. Pancreatic blood flow after acute lung injury and sepsis in sheep. Critical Care Medicine. 1996, Vol. 24(1): A87
8.  Schenarts PJ; Hawkins H; Schmalstieg FC; Traber LD; Traber DL. Effect of L-selectin antibody on pulmonary morphology after smoke inhalation in sheep. Critical Care Medicine. 1996, Vol. 24(1): A80
9.  Schenarts PJ; Traber LD; Bone HG; Schmalstieg FC; Traber DL. Effect of porcine heparin on oxygenation and pulmonary transvascular fluid flux after smoke inhalation in sheep. Critical Care Medicine. 1996, Vol. 24(2): A89
10. Shin C; Schenarts PJ; Harper D; Traber LD; Hawkins H; Traber DL. Heparin prevents neutrophil infiltration but not tubular damage after renal ischemia-reperfusion injury in sheep. Anesthesia & Analgesia. 1996, Vol. 82(2S): S406
11. Bone HG; Booke M; Schenarts PJ; OConner M; Traber LD; Traber DL. Comparison of different doses of pyridoxalated hemoglobin polyethylene conjugate in the treatment of hyperdynamic sepsis. Critical Care Medicine. 1996, Vol. 24(1): A27
12. Cindrink L; Schenarts PJ; OConner M; Traber LD; Traber DL. Airway nebulization of a non-anticoagulant heparinoid (GM1892) attenuates cardiovascular depression following inhalation injury. Shock Supp. 1996
13. Bone HG; Schenarts PJ; Fischer S; Booke M; Traber LD; Traber DL. Modified hemoglobin reduces catecholamine requirements in an ovine model of septic shock. Shock Supp. 1996
14. Schenarts PJ; Schmalstieg FC; Traber LD; Bone HG; Herdon DN; Traber DL. Effect of an L-selectin antibody on the pulmonary and systemic manifestations of smoke inhalation of sheep. Proc Amer Burn Association. 1996, Vol. 28:131

15. Schenarts PJ; Bone HG; Kramer G; Pollard V; Meyer J; Cindrick L; Traber DL. Radioactive versus colored microspheres in the determination of regional blood flow in sheep. FASEB. 1996, Vol. 10(3): A57

16. Cindrick L; Schenarts PJ; Bone HG; Traber LD; Herndon D; Traber DL. Nebulization of a non-anticoagulant heparinoid (GM1892) attenuates lung lymph flow after acute lung injury in sheep. FASEB. 1996, Vol. 10(3): A353

17. Sagraves SG; Fugo J; Bard MR; Goettler CE; Schenarts PJ; Toschlog EA; Newell MA; Bowel J; Rotondo MF. Beta blockade: Is it Safe in Elderly Trauma Patients?. Critical Care Medicine. 2005 Dec , Vol. 33(12): A41

18. Schenarts PJ; Toschlog EA; Bard MR; Sagraves SG; Goettler CE; Newell MA; Rotondo MF. Surgical Resident Perceptions of Trauma/Critical Care Surgeons. Critical Care Medicine. 2005 Dec , Vol. 33(12): A71

19. Goettler CE; Briggs S; Bard MR; Toschlog EA; Sagraves SG; Schenarts PJ; Newell MA; Rotondo MF. High-Frequency Oscillatory Ventilation (HFOV) as a Rescue Maneuver for Adult Respiratory Distress Syndrome (ARDS) in Trauma Patients. Critical Care Medicine. 2005 Dec , Vol. 33(12): A115

20. Toschlog EA; Allen N; Briggs S; Bard MR; Schenarts PJ; Goettler CE; Sagraves SG; Newell MA; Rotondo MF. Cefepime Continuous Infusion (CTI) versus Conventional Dosing (CVD) for Ventilator Associated Pneumonia (VAP). Critical Care Medicine. 2005 Dec , Vol. 33(12): A171

21. Toschlog EA; Rotondo MF; Briggs S; Sagraves SG; Schenarts PJ; Bard MR; Goettler CE; Newell MA. Intensive Care Unit (ICU) Bedside Surgery: A Cost Effective Approach. Critical Care Medicine. 2005 Dec , Vol. 33(12): A175

22. Are C; Mellinger J; Schenarts P. Avoidance and early detection of the problem resident. Association of Program Directors in Surgery; San Diego, CA. 2012

## H. PUBLISHED AUDIOVISUAL OR COMPUTER-BASED EDUCATIONAL MATERIALS AND COMPUTER SOFTWARE

Not Applicable

## I. PUBLISHED CONTINUING EDUCATION MATERIALS

1. Schenarts PJ. Trauma Rotation Syllabus, 3rd Year General Surgery Surgery Clerkship. Greenville, NC. 2002 Mar
2. Schenarts PJ. Trauma Rotation Curriculum, 2nd Year Physician's Assistant Program. Greenville, NC. 2002 Mar
3. Schenarts PJ; Pofahl, W. General Surgery Course Curriculum, Physician Assistant. Greenville, NC. 2002 Apr
4. Schenarts PJ. General Surgery Clerkship Syllabus. Greenville, NC. 2002 Jun
5. Schenarts PJ. Trauma & Surgical Critical Care Curriculum. Greenville, NC. 2005 Aug
6. Evans CH; Goede M; Schenarts PJ; Cemaj S; Buesing KEELY; Miserlis D; Peterson K; McWilliams K. University of Nebraska Acute Care Surgery Manual. Omaha, NE. 2014 Jun

## J. EDITORIALS

1. Schlitzkus LL; Schenarts PJ; Rotondo MF. Personal Achievement and Team Success: Where is the Balance Point?. FOCUS on Surgical Education. 2007; Vol. Fall: p. 19-22. [Editorial]

## K. CONFERENCE PROCEEDING

Not Applicable

## COMMUNITY SERVICE

| | |
|---|---|
| 2013 - Present | Chairman, EMS Leadership Committee, Omaha Fire Department, City of Omaha |
| 2014 - Present | Physician Medical Director, Omaha Fire Department, City of Omaha |
| 2014 - Present | Ebola Emergency Response Team, Omaha Fire Department, City of Omaha |
| 2015 - Present | EMS Committee, Omaha Fire Department, City of Omaha |

## EDUCATION/TEACHING ACTIVITY

### A.  ADDITIONAL INSTRUCTION

Formal Research Mentoring Harvard University Harvard College Future Surgeons Mentoring Program 2015 - Present

Formal Research Mentoring

Eastern Association for the Surgery of Trauma  Mentoree: Jason Young, MD; Vanderbilt University; Instructor, Department of Surgery; Senior Faculty Mentorship Program 2015 - 2016

Harvard University Harvard College Future Surgeons Mentoring Program 2015 - 2016

Eastern Association for the Surgery of Trauma Senior Faculty Mentoring Program 2015 - Present

Surgical Education & Trauma Surgery East Carolina University Mentoree: Joel S. Rose, MD; Area of Research: Surgical Education & Trauma Surgery 2010 - 2011

Surgical Education & Trauma Surgery East Carolina University Mentoree: Lisa Schlitzkus, MD; East Carolina University, School of Medicine; Area of Research: Surgical Education & Trauma Surgery 2008 - 2009

Surgical Education Research Fellowship Association for Surgical Education Mentoree: AJ Copeland, MD; Uniformed Services Health Sciences University; Area of Research: Educational Preparation of Medical Students for Military Deployment 2011 - 2013

Surgical Education Research Fellowship Association for Surgical Education Mentoree: Jason Kemenick, MD; Keesler AFBase; General Surgery Residency; Area of Research: How do Perceptions of Autonomy Differ in General Surgery Training between Residents, Faculty, Hospital Admins & the General Public: A Multi-Institutional Stud 2013 - 2015

Surgical Education Research Fellowship Association for Surgical Education Mentoree: Nicholas Hamilton, MD; Washington University, School of Medicine; Area of Research: Use of Simulation in Pediatric Trauma Resuscitation 2009 - 2010

Trauma Undergraduate Research Program University of Nebraska Medical Center Mentoree:  Kent Blachford; Michigan State University; Area of Research: Differences Between Day-Time and Night-Time ICU Transfers 2014 - 2014

Formal Research Mentoring Shock-Trauma

University of Maryland  Mentoree: Mayur Narahan, MD, FACS, Assistant Professor 2015 - Present

Formal Research Mentoring, Surg Research Fellow

Association for Surgical Education  Mentoree: Rondi Gelbard, MD; Emory University; Area of Research: Learning decay in breast cancer. Surgical Education Research Fellowship 2015 - 2016

**CURRICULUM VITAE**
**Chris A Cornett, MD**

**CAMPUS ADDRESS:**   Department of Orthopaedic Surgery
985640 Nebraska Medical Center
Omaha, NE 68198-5640
Phone: (402) 559-5626
Email: chris.cornett@unmc.edu

## EDUCATION

| | |
|---|---|
| 1993 - 1997 | BS, Biology, UNL |
| 1998 - 2001 | MPT, Physical Therapy, UNMC |
| 2001 - 2005 | MD, Medicine, UNMC |

## POST DEGREE TRAINING

| | |
|---|---|
| 07/2005 - 05/2010 | Internship and Residency, Orthopaedic Surgery, University of Wisconsin, Madison |
| 08/2010 - 08/2011 | Fellowship, Spine Surgery, University of Pittsburgh Medical Center, Pittsburgh, PA |

## CONTINUING EDUCATION AND TRAINING

| | |
|---|---|
| 2005 - 2005 | Wisconsin Orthopaedic Society Meeting, Madison, WI |
| 2006 - 2006 | AO Basic Trauma Course, Chicago, IL |
| 2007 - 2007 | OTA Advanced Trauma Course, Chicago, IL |
| 2007 - 2007 | AONA Basic Arthroscopy Course, Chicago, IL |
| 2008 - 2008 | AO Principles and Treatment of Spinal Disorders, Baltimore, MD |
| 2009 - 2009 | AOA Annual Meeting, Ft. Myers, FL |
| 2009 - 2009 | AOA-OREF Resident Leadership Forum, selected position, Ft. Myers, FL |
| 2010 - 2010 | AAOS Annual Meeting, New Orleans, LA |
| 2010 - 2010 | Cervical Spine Research Society Annual Meeting, Charlotte, NC |
| 2011 - 2011 | Spine International Education Program Meeting, Miami, FL |
| 2011 - 2011 | Cervical Spine Research Society Annual Meeting, Scottsdale, AZ |
| 2012 - 2012 | AAOS Annual Meeting, San Francisco, CA |
| 2012 - 2012 | Cervical Spine Research Society Annual Meeting, Chicago, IL |
| 2013 - 2013 | AAOS Annual Meeting, Chicago, IL |
| 2014 - 2014 | AAOS Annual Meeting, New Orleans, LA |

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2017 - Present | Associate Professor, Department of Orthopaedic Surgery, University of Nebraska Medical Center, Omaha, NE |
| 2011 - 2017 | Assistant Professor, Department of Orthopaedic Surgery, University of Nebraska Medical Center, Omaha, NE |

## CERTIFICATIONS AND LICENSES

| | |
|---|---|
| Present | USMLE Step 1 Passed |
| Present | USMLE Step 2 Passed |
| Present | USMLE Step 3 Passed |
| Present | Oral Boards - Step II Passed |
| Present | Written Boards - Step 1 Passed |
| 2005 | PT License, State of Nebraska Physical Therapy License expired |
| 2006 - 2011 | Medical License, State of Wisconsin License of Medicine and Surgery |
| 2011 - Present | Medical License, State of Nebraska Medical License 26078 |
| 2013 - Present | American Board of Orthopaedic Surgery Board Certified |

## GRANTS AND CONTRACT SUPPORT

## NON-SPONSORED / OUTSIDE GRANTS INFORMATION

### Completed

| | |
|---|---|
| Title: | Resident Journal Club Grant |
| Funding Agency: | Resident Journal Club |
| Institution: | Orthopaedic Research & Education Foundation |
| Project Period: | 2009 - 2010 |
| Total Dollars: | $0 |
| Direct Cost: | $0 |
| Role: | Recipient |

## OTHER APPOINTMENTS AND POSITIONS

| | |
|---|---|
| 2013 - Present | Medical Director, Physical and Occupational Therapy, Nebraska Medical Center & Bellevue Medical Center, Omaha, NE, USA |
| 2013 - Present | Department Deputy, One Chart, Orthopaedic Surgery, Omaha, NE |
| 2015 - Present | One Chart Operational Owner, Nebraska Medicine, Omaha, NE |
| 2015 - Present | Provider Advisory Group for Patient Experience, Nebraska Medicine, Omaha, NE |
| 2017 - Present | Medical Director, Spine Program, Nebraska Medicine, Omaha, NE |

## CONSULTING POSITIONS

| | |
|---|---|
| 2015 - Present | Consultant Reviewer, CORR |
| 2015 - Present | Consultant Reviewer, Journal of Orthopaedic Research |
| 2016 - Present | Consultant Reviewer, Pain Medicine |

### Editorial
| | |
|---|---|
| 2017 - Present | Board Member, Journal of Orthopaedics and Physical Therapy |

## HONORS AND AWARDS

### Local

| | |
|---|---|
| 1993 - 1997 | Dean's List, UNL, Lincoln, NE, USA |
| 1993 - 1997 | Four-Year Regents Scholarship, UNL, Lincoln, NE, USA |
| 1999 - 2001 | Regents Scholarship, UNMC, School of Physical Therapy, Omaha, NE, USA |
| 2002 - 2005 | Regents Scholarship, UNMC, Omaha, NE, USA |
| 2003 - 2004 | Student Senate Member, UNMC, Omaha, NE, USA |
| 2003 - 2004 | Class of 1963 Distinguished Scholarship-Male, UNMC, Omaha, NE, USA |
| 2004 - 2004 | Alpha Omega Alpha-Nebraska, junior year, UNMC, Omaha, NE, USA |
| 2004 - 2005 | Alpha Omega Alpha Selection Committee, Student Member, UNMC, Omaha, NE, USA |
| 2007 - 2010 | Residency Education Committee, University of Wisconsin, Madison, WI, USA |
| 2009 - 2010 | Chief Orthopedic Resident, University of Wisconsin, Madison, WI, USA |
| 2016 | Outstanding Instructor Award, UNMC, Omaha, NE, USA |
| 2017 | Distinguished Alumni Award, Cambridge Public School, Cambridge, Nebraska |

### National

| | |
|---|---|
| 1996 | Golden Key National Honor Society, UNL, Lincoln, NE, USA |
| 1996 | Phi Beta Kappa National Honor Society, UNL, Lincoln, NE, USA |
| 2009 | AOA Resident Leadership Forum, elected participant, AOA, USA |

## MEMBERSHIPS AND OFFICES IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 1998 - 2001 | Member, National PT organization, American Physical Therapy Association |
| 2001 - 2005 | Member, National Medical Organization, American Medical Association |
| 2001 - 2005 | Member, National Medical Organization, American Academy of Family Physicians |
| 2001 - 2005 | Member, National Medical Student Organization, American Medical Student Association |
| 2005 - Present | Member, National Medical Organization, American Academy of Orthopaedic Surgeons |
| 2011 - Present | Member, National Medical Organization, North American Spine Society |
| 2011 - 2015 | Member, Regional medical organization, Metro Omaha Medical Society |
| 2012 - Present | Member, Regional Medical Organization, Nebraska Orthopaedic Society |
| 2012 - Present | Member, Regional Medical Organization, Nebraska Chapter of the American College of Surgeons |
| 2014 - Present | Member, Regional Medical Organization, Mid-America Orthopaedic Association |
| 2014 - Present | Active Fellow, National Medical Association, American Academy of Orthopaedic Surgeons |

## COMMITTEE ASSIGNMENTS

### College of Medicine
| | |
|---|---|
| 2007 - 2010 | Committee Member, University of Wisconsin Committee, U of W Residency Education Committee |

### Medical Staff
| | |
|---|---|
| 2013 - Present | Committee Member, Physician Advisory Team, The Nebraska Medical Center |
| 2013 - Present | Committee Member, OneTeam Clinical Enterprise Rehabilitation Team, The Nebraska Medical Center |
| 2017 - Present | Committee Member, Surgical Services Operations Committee, Nebraska Medicine |

### National/International
| | |
|---|---|
| 2004 - 2005 | Selection Committee, Student Member, National Honor Medical Society, Alpha Omega Alpha |

### UNMC
| | |
|---|---|
| 2016 - 2019 | Member, Continuing Medical Education Committee, University of Nebraska Medical Center |

### University-Wide
| | |
|---|---|
| 2018 - 2021 | Faculty, Faculty Senate, University of Nebraska Medical Center |

## PRESENTATIONS

1. Cornett CA. What Works in Spine. Occupational Health Seminar; 2012 June. Omaha, NE
2. Cornett CA. Spondylolisthesis/Stenosis. 2012 October. Excel PT - Omaha, NE
3. Cornett CA. Treatment Options for Today's Spine Patient. Union Pacific Northern Region Safety Summit; 2013 October. Omaha, NE
4. Cornett CA. Decision Making in Spine Surgery. Nebraska Self-Insurers Association Luncheon; 2013 June. Omaha, NE
5. Cornett CA. Treatment options for common spine conditions. Community outreach talk/education; 2013 April. Lincoln, NE
6. Cornett CA. Sorting Out a Work Injury: The Spine Perspective. Nebraska Orthopaedic Hospital Work Comp Lecture Series; 2014 March. Omaha, NE
7. Cornett CA. What You Should Know About Your Back. Lamp, Rynearson & Associates Lunch and Learn; 2014 February
8. Cornett CA. Common Back Problems and General Treatment Options. Nebraska Orthopaedic Hospital Spine Pain Seminar; 2014 December. Omaha, NE
9. Cornett CA. Work Injuries of the Spine. Nebraska Association of Occupational Health Nurses Conference; 2014 October. Lincoln, NE
10. Cornett CA. Pathophysiology and Clinical Evaluation of Cervical Spondylotic Myelopathy - Spine Instructional Course Lecture. American Academy of Orthopaedic

Surgeons Annual Meeting; 2014 March. New Orleans, LA

11. Vincent SA; Cornett CA. The Value of the On-Call Resident: A Multi-Center Prospective Evaluation of Resident Services and Billing. Resident Research Forum; 2014 November 21. Omaha, NE

12. Cornett CA. Spine Injuries. Nebraska Safety Council Meeting; 2015 May. Omaha, NE

13. Cornett CA. Pathophysiology and Clinical Evaluation of Cervical Spondylotic Myelopathy. Spine Instructional Course Lecture, American Academy of Orthopaedic Surgeons Annual Meeting; 2015 March. Las Vegas, NV

14. Cornett CA. Surgical Management of Cervical Spondylotic Myelopathy. American Academy of Orthopaedic Surgeons Annual Meeting; 2016 March. Orlando, FL

15. Cornett CA. Liposomal Bupivacaine in Degenerative Lumbar Spine Surgery - Poster. Mid-America Orthopaedic Association; 2016 April. Bonita Springs, FL

16. Cornett CA. A Multicenter Prospective Assessment of the Value of Work Done by an Orthopaedic Resident during Call - Poster. Mid-America Orthopaedic Association; 2016 April. Bonita Springs, FL

17. Cornett CA. Pathophysiology and Clinical Evaluation of Cervical Spondylotic Myelopathy. Spine Instructional Course Lecture, American Academy of Orthopaedic Surgeons Annual Meeting; 2016 March. Orlando, FL

18. Davies J; Jackson JB; Bice M; Vincent S; Phelps K; Stotts A; Grabowski G; Cornett CA; Scannell B. A Multicenter Prospective Evaluation of the Value of the On Call Orthopaedic Resident - Paper Presentation. Southern Orthopaedic Association's Annual Meeting; 2016 July 27-30. Naples, FL

19. Cornett CA; Vincent SA; Crow J; Hewlett A. Bacterial Spine Infections in Adults: Evaluation and Management - Poster. American Academy of Orthopaedic Surgeons Annual Meet; 2016 March. Orlando, FL

20. Bice, M; Cornett, C; Davies, J; Grabowski, G; Jackson, J; Phelps, K; Scannell, B; Stotts, A; Vincent, S. A Multicenter Prospective Evaluation of the Value of the On-call Orthopaedic Resident - Paper. American Academy of Orthopaedic Surgeons Annual Meeting; 2017 March. San Diego, CA

21. Cornett, C. Spine Surgery and Educational Planning. Cambridge Public Schools; 2017 April. Cambridge, NE

22. Gannon EJ; Cornett CA; Larson EP; Lyden ER. The Efficacy of Liposomal Bupivacaine in Lumbar Spine Surgery. Lumbar Spine Research Society Annual Meeting; 2018 April 5. Chicago, IL

23. Larson EP; Gannon EJ; Evans T; Lyden ER; Cornett CA. Does Prophylactic Administration of Tranexamic Acid Reduce Mean Operative Time and Postoperative Blood Loss in Posterior Approach Lumbar Spinal Fusion Surgery Performed for Degenerative Spinal Disease? - Poster Presentation. AAOS Annual Meeting 2019; 2019 March. Las Vegas, NV

24. Larson EP; Gannon EJ; Evans T; Lyden ER; Cornett CA. Does Prophylactic Administration of Tranexamic Acid Reduce Mean Operative Time and Postoperative Blood Loss in Posterior Approach Lumbar Spinal Fusion Surgery Performed for Degenerative Spinal Disease? - Podium Presentation. Mid-America Orthopaedic Association Annual Meeting 2019; 2019 April. Miramar Beach, FL

**PUBLICATIONS**

## A. ARTICLES PUBLISHED IN SCHOLARLY JOURNALS

1. Grabowski G; Cornett CA; Lee JY. Metastatic Lung Cancer Presenting during the Treatment Interval of an Acute Lumbar Disc Herniation: A Case Report. JBJS Case Connector. 2011; Vol. 1: p. 1-5

2. Braly B; Lunardini D; Cornett CA; Donaldson W. Operative Treatment of Cervical Myelopathy: Cervical Laminoplasty. Advances in Orthopedics. 2012

3. Grabowski G, Cornett CA, Kang JD. Esophageal and Vertebral Artery Injuries During Complex Cervical Spine Surgery-Avoidance and Management. Orthopedic Clinics of North America. 43: 63-74. 2012

4. Grabowski G; Whiteside W; Cornett CA. Cervical Laminoplasty and Posterior Cervical Fusion Devices for Cervical Stenosis. Medscape Journal of Medicine. 2012 Sep

5. Grabowski G, Cornett CA. Bone graft and bone graft substitutes in spine surgery: Current concepts and controversies. Journal of the American Academy of Orthopaedic Surgeons. 21: 51-60. 2013

6. Hong PS, Cornett CA. Left-sided inferior vena cava in anterior lumbar spine surgery. Spine J. 2014

7. Paul S. Hong; Chris A. Cornett. Left-sided inferior vena cava in anterior lumbar spine surgery. Spine Journal. 15: 1674-1675. 2015

8. Toy, JO; Cornett CA; Lee, JY. Cervical Spondylotic Myelopathy. UPMC Orthopaedic Surgery Grand Rounds Publication. 2016

9. Chris A. Cornett; Scott A. Vincent; Jordan Crow; Angela Hewlett. Bacterial Spine Infections in Adults: Evaluation and Management. Journal of the American Academy of Orthopaedic Surgeons. 24: 11-18. 2016

10. Cornett CA; Vincent SA; Crow, J; Hewlett A. Bacterial Spine Infections in Adults: Evaluation and Management. Journal of the American Academy of Orthopaedic Surgeons. 2016 Jan; Vol. 24 (1): p. 11-18

11. Cornett CA; Kang JD; Lee JY; et al. Surgical Management of Cervical Spondylotic Myelopathy. Instructional Course Lectures. 2017 Mar; American Academy of Orthopaedic Surgeons. Vol. 66

12. Evan Larson; Tyler Evans; Jake Long; Emmett Gannon; Elizabeth Lyden; Chris Alan Cornett. Does Prophylactic Administration of TXA Reduce Mean Operative Time and Postoperative Blood Loss in Posterior Approach Lumbar Spinal Fusion Surgery Performed for Degenerative Spinal Disease? Clinical Spine Surgery. 2018

13. Gannon EJ; Cornett CA; Larson EP; Lyden ER. The Efficacy of Liposomal Bupivacaine in Lumbar Spine Surgery. HSOA Journal of Surgery: Current Trends & Innovations. 2018 Feb; Vol. 2 (1): p. 1-7

14. Jackson JB III; Vincent SA; Phelps K; Cornett CA; Grabowski G; Scannell B; Stotts A; Bice M. A Prospective Multicenter Evaluation of the Value of the On-Call Orthopedic Resident. Journal of Graduate Medical Education. 2018 Feb; Vol. 10 (1): p. 91-94

15. J. Benjamin Jackson; Scott Vincent; James Davies; Kevin Phelps; Chris Cornett; Greg Grabowski; Brian Scannell; Alan Stotts; Miranda Bice. A Prospective Multicenter Evaluation of the Value of the On-Call Orthopedic Resident. Journal of graduate medical education. 10: 91-94. 2018

## B. ARTICLES ACCEPTED FOR PUBLICATION IN SCHOLARLY JOURNALS

Not Applicable

## C. ARTICLES SUBMITTED FOR PUBLICATION IN SCHOLARLY JOURNALS

Not Applicable

## D. BOOKS PUBLISHED, IN PREPARATION, SUBMITTED OR IN PRESS

Not Applicable

## E. CHAPTERS IN BOOKS

1. Cornett CA; Grabowski, G; Kang, J. Surgical Atlas of Spinal Operations. 1st. 23. New Dehli, India: Jaypee Brothers Medical Publishers, LTD; 2013. Posterior Cervical Fusion and Lateral Mass Screw Fixation; 176-186
2. Cornett CA; Grabowski GG; Kang JK. Textbook of the Cervical Spine. Elsevier Saunders; 2014. Chapter 20, Traumatic Arterial Injuries: Diagnosis and Management; 197-201
3. Grabowski GG; Cornett CA; Kang JK. Textbook of the Cervical Spine. Elsevier Saunders; 2014. Chapter 50, Vascular Injuries; 447-453
4. Grabowski G; Gilbert TM; Larson EP; Cornett CA. DeLee, Drez & Miller's Orthopaedic Sports Medicine Principles and Practice. 5th. Elsevier; 2019. Chapter 130, Degenerative Conditions of the Cervical and Thoracolumbar Spine; 1593-1604

## F. BOOKS OR JOURNALS EDITED

Not Applicable

## G. ABSTRACTS AND PRELIMINARY COMMUNICATIONS

1. Cornett CA; Anderson PA. Does the level of preoperative opioid use affect perioperative adverse events, pain control, patient satisfaction and length of hospital stay? NASS 2011 Annual Meeting; Chicago, IL. 2011 Nov
2. Grabowski GG; Cornett CA; Kang JK. Comparison of Adjacent Segment Degeneration in Isthmic and Degenerative Spondylolisthesis. NASS 2011 Annual Meeting; Chicago, IL. 2011 Nov

## H. PUBLISHED AUDIOVISUAL OR COMPUTER-BASED EDUCATIONAL MATERIALS AND COMPUTER SOFTWARE

1. Cornett CA; Kang JK. Multilevel Cervical Spondylotic Myelopathy - Online print pending [www.spine-iep.com] Educational Program for Spine. Magnif; Feb 2011. Internet Online Case Simulation for the Interactive Educational Program for Spine.

Magnify Group
2.      Cornett CA; Braly B; Donaldson WF. Posterior Cervical Decompression and Fusion - planned online print 11/2011. Orthopedic Knowledge Online; Nov 2011. Internet
3.      Cornett CA; Braly BA; Kang J; Donaldson WF III. Posterior Cervical Decompression and Fusion and Laminoplasty: Indications and Techniques [Orthopaedic Knowledge Online: http://orthoportal.aaos.org/oko/abstract.aspx?article=OKO_SPI043] American Academy of Orthopaedic Surgeons; Jan 2012. Internet

## I.   PUBLISHED CONTINUING EDUCATION MATERIALS

Not Applicable

## J.   EDITORIALS

Not Applicable

## K.   CONFERENCE PROCEEDING

Not Applicable

## COMMUNITY SERVICE

| | |
|---|---|
| 2015 - Present | Member, Strategic Planning Committee, Bennington Public Schools |
| 2013 - 2013 | Orthopaedic Coverage, Figure Skating Championships, U.S. Championships |
| 2012 - 2012 | Orthopaedic Coverage, Olympic Swimming Trials, U.S. Olympics |

## EDUCATION / TEACHING ACTIVITY

## A.   COURSES, TEAM TAUGHT

**Pediatrics/Spine**
 Instructor:
        Mid-America Orthopaedic Association, Paper Presentation/Breakout Session #12 - Miramar Beach, FL April 2019

## B.   RESIDENCY/FELLOWSHIP

 Advisor:
        Cervical Spine Trauma, University of Nebraska Medical Center, Spine Conference - Omaha, NE, 2012
**Back Pain, What You Need to Know**
        University of Nebraska Medical Center, Family Medicine Board Review Course, 2013
**C-Spine Sawbones**
        University of Nebraska Medical Center, Spine Conference - Omaha, NE, 2012

**Cervical Spine Trauma**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2011
**Cervical Spondylotic Myelopathy, Surgical Options**
    University of Wisconsin Hospital and Clinics, Grand Rounds - Madison, WI, 2009
**Degenerative Cervical Stenosis**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2012
**Inferior Vena Cava Filters in Orthopedics**
    University of Wisconsin Hospital and Clinics, Grand Rounds - Madison, WI, 2010
**Osteotomies for Sagittal Plane Deformities**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2013
**Pathophysiology of Cervical Myelopathy**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2014
**Revision Spine Surgery - A Reasonable Approach to Evaluation and Treatment**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2019
**Spine**
    University of Nebraska Medical Center, Spine Conference - Omaha, NE, 2012
**Spine Infections**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2012
**Spine Trauma Evaluation**
    University of Nebraska Medical Center, Spine Conference - Omaha, NE, 2013
**Spondylolisthesis**
    University of Nebraska Medical Center, Spine Conference - Omaha, NE, 2012
**Surgical Approaches to the Elbow and Forearm**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2004
**Surgical Approaches to the Hand and Wrist**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2004
**Thoracolumbar Spine Trauma - Initial Evaluation and Management for Residents**
    University of Nebraska Medical Center, Grand Rounds - Omaha, NE, 2011

## C.  CONTINUING EDUCATION (CE) INSTRUCTION

**Ankle Injuries**
 Director:
    University of Wisconsin Hospital and Clinics, Trauma Conference - Madison, WI, 2009
**Cervical Myelopathy**
    University of Wisconsin Hospital and Clinics, Spine Visiting Professorship, Case
    Presentations - Madison, WI, 2008
**Cervical Spondylotic Myelopathy**
    University of Nebraska Medical Center - Orthopaedic Department, Guest Lecturer -
    Omaha, NE, 2009
**Common Cervical Spine Surgeries, Floor Management Issues**
    University of Wisconsin Hospital and Clinics, Nursing Education - Madison, WI, 2009
**Common Lumbar Spine Surgeries, Floor Management Issues**
    University of Wisconsin Hospital and Clinics, Nursing Education - Madison, WI, 2008
**Congenital Scoliosis and Idiopathic Adolescent Scoliosis**
    University of Wisconsin Hospital and Clinics, Pediatric Visiting Professorship, Case

Presentations - Madison, WI, 2009

**Current Issues in Spine Surgery?**
Nebraska Orthopaedic Hospital, CME Presentation - Omaha, NE, 2012

**Hip Fractures, Tibial Plateau Fractures and Ankle Injuries**
University of Wisconsin Hospital and Clinics, Trauma Conference - Madison, WI, 2010

**Pathophysiology of Cervical Spondylotic Myelopathy**
American Academy of Orthopaedic Surgeons, ICL - 2014 Annual Meeting, New Orleans, LA, 2014

**Pediatric Hip Fractures and Dislocations**
University of Wisconsin Hospital and Clinics, Trauma Conference - Madison, WI, 2009

**Pre-Hospital Management of Spinal Injuries**
University of Nebraska Omaha, Emergency Care of the Athlete in a Pre-Hospital Setting, 2017

**Today's Spine Patient, A Nursing Prospective**
Nebraska Orthopaedic Hospital, Fall Forum - Omaha, NE, 2013

**Upper Cervical Spine Trauma**
University of Wisconsin Hospital and Clinics, Trauma Conference - Madison, WI, 2008

## D. FACULTY ADVISING/MENTORING

**Neuroscience Rotation**
<u>Other</u>
University of Nebraska Medical Center, Pain fellow rotating once a week, Jan-Feb, 2016
University of Nebraska Medical Center, Pain fellow rotating once a week, Jan-Feb, 2017
University of Nebraska Medical Center, Pain fellow rotating once a week, Jan-Feb, 2018

## E. MEDICAL STUDENT TEACHING

## M-ID 504 - MUSCULOSKLTL & INTGMNT

<u>Lecture:</u>
Orthopedic Spine Injuries, 1.00 hour, 12/07/2017
Orthopedic Spine Injuries, 1.00 hour, 12/05/2018

## M-ID 640 - HEMO/ONC/MS/SKIN/INF D

<u>Lecture:</u>
FY2012 Detail, 0.25 hours, 06/30/2012
Spine, 0.25 hours, 04/09/2013
Spine, 0.25 hours, 04/08/2014
Spine, 0.25 hours, 04/07/2015
Spine, 0.25 hours, 04/05/2016

# *CURRICULUM VITAE OF*
## *JOSEPH L. GRANT*

**PRESENT
EMPLOYMENT:**  Independent Tire Analyst

**HOME ADDRESS:**  4201 Moss Creek Court
Matthews, North Carolina 28105
Phone 704 617 0336

**EDUCATION:**  Bachelor of Science in Mechanical Engineering – June, 1971
Fenn College of Engineering, Cleveland State University

**COURSES &
SEMINARS:**
- Tire Society Symposium
- Akron Rubber Group
- Clemson University Tire Industry Conference (October, 1985 and 1986)
- Monsanto Rubber Technology Seminar (May, 1989)
- SAE Motor Vehicle Accident Reconstruction and Cause Analysis
  (March, 1993)
- International Tire Exposition and Conference
- Northwestern University Traffic Institute Accident Investigation
   (March, 1997)
- STL Trans Tech Tire Technology Seminar – 1999

**PROFESSIONAL
ORGANIZATIONS:**
- Society of Automotive Engineers
- Akron Rubber Group
- Rubber Manufacturers' Association
    Chairman - Truck Bus Tire
    Engineering Committee (1986-1992)
- Tire & Rim Association
- The Maintenance Council of the American Trucking Association
- American Society of Mechanical Engineers
- Tire Industry Association
- American Chemical Society

**PUBLICATIONS:**  1) *"What makes a High Performance Tire Different than a Regular Tire"*
    Jan. 1986 - Akron Rubber Group
    Oct. 1986 - Clemson University Tire Industry Conference
    April 1987 - American Retreading Association
*2) "Rim Line Grooves as an Indicator of Underinflated or Overloaded
Tire Operation in Radial Tires"* September 2004 – ITEC
*3) "X-Ray Study of Sixty (60) Worn Out Passenger & Light Truck Tires"*
    September 2012 – ITEC
*4) "Typical Manufacturing Conditions in Steel Belted Radial Tires: Do
They Influence Tire Durability" September 2016 - ITEC*
    Also Published – 2017 Tire Technology International Annual

**PATENTS:**  Method of Forming Belted Radial Tires from a Cylindrical Tire Band
(1977)

## CURRICULUM VITAE OF
## JOSEPH L. GRANT

**EMPLOYMENT:**            · June 1971 – Dec. 1994        The General Tire & Rubber Company
                         · Jan., 1995 – April 2000     Continental General Tire, Inc.
                         · May 2000 – Dec. 2005        Continental Tire, North America, Inc.
                         · Jan. 2006 – Present          Independent Tire Analyst

**POSITIONS:**

• June, 1971            Engineering Trainee, Tire Technology Department, Akron Tire Manufacturing Plant (Akron, Ohio).

• October, 1972         Project Engineer, Advanced Tire Development.
                        Responsible for the Development of Advanced Concept Tire Products, including Fiberglass Belted Radial Passenger Tires and Advanced Bias Truck Tires (Akron, Ohio).

• October, 1978         Manager, Bias Passenger Car Tire Engineering Technology.
                        Responsible for the Engineering Development Group for Bias Passenger Tires (Akron, Ohio)

• April, 1980           Manager, Replacement and Private Brand Passenger Car Tire Engineering Technology.
                        Responsible for the Engineering Development Group for Bias and Radial Passenger Tires (Akron, Ohio).

• March, 1987           Section Manager, Radial Truck Tire Engineering.
                        Responsible for the Engineering (Construction and Mold Design) Development Group for Radial Truck Tires (Akron, Ohio).

• September, 1988       Director, Commercial Tire Technology.
                        Responsible for the Engineering (Construction and Mold Design) and Compound Development Groups for Commercial Products, including Bias and Radial Medium and Heavy Service Truck Tires and Giant, Farm and Industrial Tires (Akron, Ohio, September 1988 - March 1992) (Mt. Vernon, Illinois, April 1992 - December 1992).

• January, 1993         Director, Product Analysis.
                        Responsible as company-wide consultant to assist other Departments on the subject of Tire Failure Analysis, Tire Performance Standards, and Safety Literature (Akron, Ohio, January 1993 - October, 1995) (Charlotte, North Carolina, November 1995 – January 2006).

• January, 2006         Independent Tire Analyst

2



Résumé of
**GRAY BEAUCHAMP, M.S., P.E.**
Principal Engineer

**Kineticorp™**

6070 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Tel: 303.733.1888
Fax: 303.733.1902
gbeauchamp@kineticorp.com

**EXPERIENCE:** Principal Engineer, Senior Engineer, and Engineer, Kineticorp, LLC, Denver, Colorado, April 2005 to Present
Engineer, Knott Laboratory, Inc., Centennial, Colorado, January 2003 to March 2005

**EDUCATION:** **M.S. Mechanical Engineering,** University of Colorado, Denver, 2015
**B.S. Mechanical Engineering**, Biomedical emphasis, University of Colorado, Boulder, 2002

**REGISTRATIONS:** Mr. Beauchamp is registered as a Professional Engineer in the State of Colorado. He is an accredited Traffic Accident Reconstructionist through the Accreditation Commission for Traffic Accident Reconstruction (ACTAR).

**ENGINEERING:** Mr. Beauchamp is an expert in traffic accident reconstruction, vehicle dynamics and driver response, and has investigated and reconstructed hundreds of vehicular accidents. Some specific examples of Mr. Beauchamp's experience are listed below:

- Mr. Beauchamp is an active member of the Society of Automotive Engineers (SAE). He is a peer reviewer for technical papers published in the rollover session, the accident reconstruction session, and in the Analysis, Synthesis, and Design of Advanced Suspensions session of SAE. He regularly presents his own research at the annual World Congress in Detroit Michigan.
- Mr. Beauchamp is an instructor for SAE's Reconstruction and Analysis of Rollover Crashes of Light Vehicles course. He has guest lectured on Accident Reconstruction at the Denver Police Department for officers training in the Level 3 Advanced Traffic Collision Investigation and Reconstruction Course. He has also guest lectured at the graduate level at the University of Colorado and Wayne State University.
- Mr. Beauchamp has performed full scale vehicle testing including rollover testing on a public highway in Utah, high speed tire disablement testing, high speed yaw testing and P.I.T (Pursuit Intervention Technique) testing with the Denver Police Department at their training facility in Denver, Colorado.
- Mr. Beauchamp specializes in single vehicle loss of control accidents. This includes both driver loss of control and vehicle rollovers. He has published numerous publications on these topics and has given lectures regarding these types of accidents.
- Mr. Beauchamp also specializes in heavy truck systems, including air brake systems, to determine their condition and relevance to an accident. He has completed numerous seminars on the topics of commercial vehicle accidents, air brake systems, and out-of-service criteria.
- Mr. Beauchamp analyzes occupant kinematics, including occupant motion and seat belt usage, in a variety of different accidents, including bus accidents and vehicle rollovers. He has also published with SAE on the topic of occupant ejection.
- Mr. Beauchamp has investigated accidents involving a variety of vehicles including tractor-trailers, buses, railway vehicles, farm equipment and animals, motorcycles, bicycles and passenger cars. Many of these accidents also involved pedestrians.
- Within the SAE, Mr. Beauchamp participated in the Accident Investigation and Reconstruction Practices Committee (AIRP) which drafted standards and recommendations regarding accident reconstruction. Additionally, he participated in three subcommittees within AIRP; the Critical Speed Taskforce, the EDR Working Group, and the Animation Committee.

**RESEARCH:** Mr. Beauchamp's current and past areas of research include rollover dynamics, crush energy analysis, vehicle handling, pneumatic tire disablement, and heavy truck braking. For his Master's Degree, Mr. Beauchamp's final project focused on how braking and steering inputs by the driver affect the specific tire marks that are deposited by a yawing vehicle. Several of Mr. Beauchamp's publications have been included in the SAE International Journal of Passenger Cars. As stated by SAE, "Only those outstanding and archival technical papers which either advance the state of the art or insightfully piece together prior research in ways which increase automotive understanding are selected for inclusion in this journal."[1]

**OTHER INTERESTS:** Mr. Beauchamp is a licensed motorcycle rider. He is an avid snowmobile rider, snow skier and mountain biker.

**PROFESSIONAL AFFILIATIONS: SAE** - Society of Automotive Engineers; The Tire Society; INCR - International Network of Collision Reconstructionists. **NSPE** – National Society of Professional Engineers.

---

[1] "SAE International Journal of Passenger Cars - Mechanical Systems – Electronic Version." *Books.sae.org*. SAE, May 2012. Web. 22 March 2013

**Gray Beauchamp, M.S., P.E.**
*Principal Engineer*



www.kineticorp.com

6070 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Tel: 303.733.1888
Fax: 303.733.1902

## Books

1. Rose, Nathan A., **Beauchamp, Gray**, Asay, Alan F., <u>Rollover Accident Reconstruction</u>, Society of Automotive Engineers, ISBN 978-0-07680-9372-8, 2019, https://www.sae.org/publications/books/content/r-475/.

## Publications

1. **Beauchamp, G.**, Pentecost, D., Koch, D., Bortles, W., "Speed Analysis of Yawing Passenger Vehicles Following Tire Tread Detachment," SAE Technical Paper 2019-01-0418, 2019.

2. Bortles, W., Koch, D., **Beauchamp, G.**, Pentecost, D., Rayburn, G., Hostetler, R., "Event Data Recorder Performance During High Speed Yaw Testing Subsequent to a Simulated Tire Tread Separation Event," SAE Technical Paper 2019-01-0634, 2019.

3. Koch, D., **Beauchamp, G.**, and Pentecost, D., "Deceleration Rates of Vehicles with Disabled Tires," SAE Technical Paper 2017-01-1427, 2017, doi:10.4271/2017-01-1427.

4. **Beauchamp, G.**, Pentecost, D., Koch, D., and Rose, N., "The Relationship Between Tire Mark Striations and Tire Forces," *SAE Int. J. Trans. Safety* 4(1):134-150, 2016, doi:10.4271/2016-01-1479.

5. **Beauchamp, G.**, Thornton, D., Bortles, W., and Rose, N., "Tire Mark Striations: Sensitivity and Uncertainty Analysis," *SAE Int. J. Trans. Safety* 4(1):121-127, 2016, doi:10.4271/2016-01-1468.

6. Rose, N., Carter, N., and **Beauchamp, G.**, "Post-Impact Dynamics for Vehicles with a High Yaw Velocity," SAE Technical Paper 2016-01-1470, 2016, doi:10.4271/2016-01-1470.

7. **Beauchamp, G.**, Koch, D. and Thornton, D. E., "A Comparison of 25 High Speed Tire Disablements Involving Full and Partial Tread Separations," *SAE Int. J. Trans. Safety* 1(2):2013, doi:10.4271/2013-01-0776.

8. Carter, N., **Beauchamp, G.**, Rose, N. A. "Comparison of Calculated Speeds for a Yawing and Braking Vehicle to Full-Scale Vehicle Tests," Paper Number 2012-01-0620, Society of Automotive Engineers, Warrendale, PA, 2012.

9. Rose, N. A., **Beauchamp, G.**, "A Variable Deceleration Rate Approach to Rollover Crash Reconstruction," *Collision Magazine*, Volume 5, Issue 1, Spring 2010.

10. **Beauchamp, G.**, Hessel, D., Rose, N. A., Fenton, S. J., "Determining Steering and Braking Levels from Yaw Mark Striations," *SAE Int. J. Passeng. Cars – Mech. Sys* **2**(1):291-307 (SAE Paper Number 2009-01-0092), 2009.

11. Rose, N. A., **Beauchamp, G.**, "Development of a Variable Deceleration Rate Approach to Rollover Crash Reconstruction," *SAE Int. J. Passeng. Cars – Mech. Sys* **2**(1):308-332 (SAE Paper Number 2009-01-0093), 2009.

12. Rose, N. A., **Beauchamp, G.**, "Analysis of a Dolly Rollover with PC-Crash," Paper Number 2009-01-0822, Society of Automotive Engineers, 2009.

13. Rose, N. A., **Beauchamp, G.**, Fenton, S. J., "The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity," 2008-01-0194, Society of Automotive Engineers, Warrendale, PA, 2008.

14. Rose, N. A., Fenton, S. J., **Beauchamp, G.**, "Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model," *SAE Int. J. Passeng. Cars – Mech. Sys.* **1**(1):105-123 (SAE Paper Number 2008-01-0178), 2008.

15. Funk, J. R., **Beauchamp, G.**, Rose, N. A., Fenton, S. J., Pierce, J., "Occupant Ejection Trajectories in Rollover Crashes: Full-Scale Testing and Real World Cases," *SAE Int. J. Passeng. Cars – Mech. Sys.* **1**(1):43-54 (SAE Paper Number 2008-01-0166), 2008.

16. Rose, N. A., **Beauchamp, G.**, Fenton, S. J., "Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling," 2007-01-0726, Society of Automotive Engineers, Warrendale, PA, 2007.

17. Rose, N. A., **Beauchamp, G.**, Bortles, W., "Quantifying the Uncertainty in the Coefficient of Restitution Obtained with Accelerometer Data from a Crash Test," 2007-01-0730, Society of Automotive Engineers, Warrendale, PA, 2007.

18. Rose, N. A., **Beauchamp, G.**, Fenton, S. J., "Restitution Modeling for Crush Analysis: Theory and Validation," 2006-01-0908, Society of Automotive Engineers, Warrendale, PA, 2006.

## Technical Conferences and Seminars

1. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2016.

2. "Applying Automotive EDR Data to Traffic Crash Reconstruction," Society of Automotive Engineers, Norwalk, CA, December 6-9, 2015.

3. "Advanced Vehicle Dynamics for Passenger Cars and Light Trucks," Society of Automotive Engineers, Troy, Michigan, October 29-31, 2014.

4. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2013.

5. "Human Factors in Traffic Crashes," Presented by Jeff Muttart, Northwestern University, West Chester, Ohio, November 5 – 9, 2012.

6. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2012.

7. "Crash Data Retrieval (CDR) Technician – Level 1," Course Presented by William Bortles, Greenwood Village, Colorado, March 8, 2011.

8. "Crash Data Retrieval (CDR) Technician – Level 2," Course Presented by William Bortles, Greenwood Village, Colorado, March 8, 2011.

9. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2010.

10. "CVSA Seminar," Colorado Motor Carriers Association, Denver, Colorado, August 27, 2009.

11. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2009.

12. "2008 SAE Government/Industry Meeting," Society of Automotive Engineers, Washington, DC, May 13, 2008.

13. "VBOX Product Training," VBOX USA, Denver, CO, April 21, 2008.

14. "Tire Mechanics & Modeling," 1-Day Course Presented by Dr. Patrick Fitzhorn, Director of the Race Vehicle Dynamics Laboratory at Colorado State University, March 20, 2008.

15. "Tire and Wheel Safety Issues," Society of Automotive Engineers, Greenville, SC, June 22, 2007.

16. "Tire as a Vehicle Component," Society of Automotive Engineers, Greenville, SC, June 21, 2007.

17. "Basic Rider Course," T3RG Motorcycle Class, Denver, CO, May, 2007.

18. Society of Automotive Engineers World Congress, Detroit, Michigan, April 2007.

19. "Active Safety Technology: Paving the Road to Accident-Free Driving Telephone/Webcast," Society of Automotive Engineers, March 1, 2007.

20. CarSim 7 Training Session, Presented by Thomas Gillespie of Mechanical Simulation Corporation via Teleconference, December 13, 2006.

21. "Vehicle Dynamics for Passenger Cars and Light Trucks," Society of Automotive Engineers, Troy, Michigan, August 23-25, 2006.

22. "CVSA Critical Inspection Seminar," Colorado Motor Carriers Association, Denver, Colorado, July 27, 2006.

23. "Bendix Comprehensive Air Brake Systems Training," Bendix Corporation, Denver, Colorado, May 9-11, 2006.

24. "Inspection and Investigation of Commercial Vehicle Crashes," Institute of Police Technology and Management, Tempe AZ, December 8-12, 2003.

### Instructor

1. "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, Instructor, 8-hour course taught on October 15, 2018, Los Angeles, CA.

2. "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, Instructor, 8-hour course taught on June 15, 2018, Detroit, MI.

3. "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, Instructor, 8-hour course taught on April 9, 2018, Detroit, MI.

4. "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, Instructor, 8-hour course taught on December 1, 2016, Norwalk, CA.

5. "Reconstruction and Analysis of Rollover Crashes of Light Vehicles," Society of Automotive Engineers Course C1502, Instructor, 8-hour course taught on September 29, 2016, Scottsdale, AZ.

6. "Tire Mark Forensic Evidence," Guest Lecturer, Wayne State University, BME 7810 – Forensic Bioengineering, Detroit, MI, April 14, 2010.

7. "Tire Marks Deposited Preceding and Subsequent to Vehicular Impacts," Guest Lecturer, University of Colorado at Denver, ME 4238/5238 – Impact Mechanics, Denver, CO, June 30, 2009.

8. "Level 3 Advanced Traffic Collision Investigation and Reconstruction," Instructor, Denver Police Department, Denver, CO, September 29, 2009.

9. "Level 3 Advanced Traffic Collision Investigation and Reconstruction," Instructor, Denver Police Department, Denver, CO, October 2, 2008.

### Presentations

1. "Science and Technology in the Courtroom – Tips From the Experts," American Bar Association – Transportation Megaconference XIII Trucking and Motor Carrier Litigation, New Orleans, LA, March 10, 2017.

2. "Tire Mark Striations: Sensitivity and Uncertainty Analysis," SAE Technical Paper Presentation, 2016 Society of Automotive Engineers World Congress, Detroit, MI, April 13, 2016.

3. "The Relationship Between Tire Mark Striations and Tire Forces," SAE Technical Paper Presentation, 2016 Society of Automotive Engineers World Congress, Detroit, MI, April 13, 2016.

4. "Testing the Validity of Myths Surrounding Tire Failures," American Bar Association – 2015 Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, AZ, April 9, 2015.

5. "A Comparison of 25 High Speed Tire Disablements Involving Full and Partial Tread Separations," SAE Technical Paper Presentation, 2013 Society of Automotive Engineers World Congress, Detroit, MI, April 17, 2013.

6.  "The Controllability of Various Tire Disablements: 25 High Speed Tests," American Bar Association – 2013 Emerging Issues In Motor Vehicle Product Liability Litigation, Phoenix, AZ, April 4, 2013.

7.  "Severity Underreported: The Accident May Be More Severe Than You Think," American Bar Association – 2011 Emerging Issues in Motor Vehicle Product Liability Litigation, Phoenix, AZ, April 1, 2011.

8.  "Development of a Variable Deceleration Rate Approach to Rollover Crash Reconstruction," SAE Technical Paper Presentation, 2009 Society of Automotive Engineers World Congress, Detroit, MI, April 22, 2009.

9.  "Determining Steering and Braking from Yaw Mark Striations," SAE Technical Paper Presentation, 2009 Society of Automotive Engineers World Congress, Detroit, MI, April 21, 2009.

10. "Accident Reconstruction: Heavy Trucks," Morison Ansa Holden Assuncao & Prough LLP, Philadelphia, PA, June 2, 2008.

11. "Guardrail and Barrier Impacts," Caltrans Legal Department, Los Angeles, CA, August 7, 2007.

12. "Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling," SAE Technical Paper Presentation, Society of Automotive Engineers World Congress, Detroit, Michigan, April 17, 2007.

13. "Impaired Driver Awareness," Center for Transportation Safety, Fort Collins Colorado, March 24, 2005.



Résumé of
**STEPHEN J. FENTON, P.E.**

# Kineticorp™

6070 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Tel: 303.733.1888
Fax: 303.733.1902
sfenton@kineticorp.com

**EXPERIENCE:**

- President and Principal Engineer, Kineticorp, LLC, 2005 to Present
- Vice President, Principal Engineer, and Senior Engineer, Knott Laboratory, Inc., Denver, Colorado 1995 to 2005
- President, Fenton/Kerr Engineering, Inc., Denver, Colorado, 1993 to 1997
- Area Manager, Peter Kiewit Sons', Inc., Omaha, Nebraska, 1990 to 1993
- Project Engineer and Superintendent, Twin Mountain Rock Company, Albuquerque, New Mexico, 1987 to 1990
- Field Engineer, Kiewit Western Company, Denver, Colorado 1983 to 1987

**REGISTRATIONS:** Mr. Fenton is registered as a Professional Engineer in the State of Colorado. He is a fully accredited Traffic Accident Reconstructionist through the Accreditation Commission for Traffic Accident Reconstruction (ACTAR).

**EDUCATION: B.S., Engineering**, Civil Specialty, Colorado School of Mines, Golden, Colorado, 1987.

**AWARDS:** Mr. Fenton was a co-author on a paper that received the **2006 Arch T. Colwell Merit Award** from the Society of Automotive Engineers. This award recognizes authors of outstanding papers presented at SAE meetings. Papers are judged for their value as contributions to existing knowledge of mobility engineering.

**FORENSIC ENGINEERING:** Mr. Fenton investigates and reconstructs vehicular accidents and provides expert testimony in State and Federal courts for both defendants and plaintiffs. In the course of his work as a forensic engineer, Mr. Fenton actively participates in the accident reconstruction community.

- Mr. Fenton chaired the Photogrammetry Committee for the Society of Automotive Engineers (SAE) from 2001 to 2012, and participated as a team member in the Accident Investigation and Accident Reconstruction Standards Committee (AIARSC). As a part of the AIARSC, he participated in the following subcommittees: Investigation Techniques, Vehicle Road Friction, Reconstruction Analysis, Information Resources, and Motor Vehicle Fire Investigations Task Force. Through his involvement with these committees, Mr. Fenton participated in establishing professional guidelines and protocols for accident investigation and reconstruction.
- Mr. Fenton has conducted accident investigations as a team member for the National Highway Traffic Safety Administration's (NHTSA) Crash Injury Research and Engineering Network (CIREN), which teams engineers with doctors to gather real-world crash data and to evaluate occupant injuries.
- Mr. Fenton has given presentations and lectures at a number of national and international technical conferences, including the Society of Automotive Engineer's World Congress and Northeastern University's *Symposium on Criminal Justice*. He conducts seminars for regional bar associations and engineering societies on photogrammetry and vehicular accident reconstruction.
- Mr. Fenton has authored numerous technical articles in the areas of accident reconstruction, photogrammetry, and computer animation, which have been published in the SAE's *Technical Paper Series*, *Accident Reconstruction Journal*, and the *National Academy of Forensic Engineers*.
- Mr. Fenton has been awarded grants related to photogrammetric documentation and has been listed as a training specialist for close-range photogrammetry software.
- Mr. Fenton's accident reconstruction expertise has been featured on such television programs as MSNBC's "Why Cars Crash," Discovery Channel's "Discover Magazine – The Science behind the Headlines" and NBC's News Magazine "Dateline."

**PROFESSIONAL AFFILIATIONS**:

- Society of Automotive Engineers (SAE), Member
- ASCE (American Society of Civil Engineers), Member
- SPIE (The International Society for Optical Engineering), Member
- ASPRS (American Society of Photogrammetry and Remote Sensing), Member

**Stephen J. Fenton, P.E.**
*President and Principal Engineer*



www.kineticorp.com

***Denver:***
6070 Greenwood Plaza Blvd., Suite 200
Greenwood Village, Colorado 80111
Tel: 303.733.1888
Fax: 303.733.1902

## Publications

1. Beauchamp, Gray, Hessel, David, Rose, Nathan A., **Fenton, Stephen J.,** "Determining Steering and Braking Levels from Yaw Mark Striations," Paper Number 2009-01-0092, Society of Automotive Engineers, 2009, published in the *SAE International Journal of Passenger Cars – Mechanical Systems.*

2. Rose, Nathan A., Beauchamp, Gray, **Fenton, Stephen J.,** "The Influence of Vehicle-to-Ground Impact Conditions on Rollover Dynamics and Severity," Paper Number 2008-01-0194, Society of Automotive Engineers, 2008.

3. Rose, Nathan A., **Fenton, Stephen J.,** Beauchamp, Gray, "Analysis of Vehicle-to-Ground Impacts during a Rollover with an Impulse-Momentum Impact Model," Paper Number 2008-01-0178, Society of Automotive Engineers, 2008.

4. Rose, Nathan A., Neale, W.T.C., **Fenton, Stephen J.,** Hessel, D., McCoy, R.W., Chou, C.C., "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," Paper Number 2008-01-0350, Society of Automotive Engineers, 2008.

5. Funk, J. R., Beauchamp, G., Rose, Nathan A., **Fenton, Stephen J.,** Pierce, J., "Occupant Ejection Trajectories in Rollover Crashes: Full-Scale Testing and Real World Cases," Paper Number 2008-01-0166, Society of Automotive Engineers, 2008.

6. Rose, Nathan A., Beauchamp, Gray, **Fenton, Stephen J.,** "Factors Influencing Roof-to-Ground Impact Severity: Video Analysis and Analytical Modeling," 2007-01-0726, Society of Automotive Engineers, 2007.

7. Rose, Nathan A., **Fenton, Stephen J.,** Beauchamp, Gray, "Restitution Modeling for Crush Analysis: Theory and Validation," 2006-01-0908, Society of Automotive Engineers, 2006.

8. Chou, C., McCoy, R., **Fenton, Stephen J.,** Neale, W., Rose, Nathan, "Image Analysis of Rollover Crash Test Using Photogrammetry," 2006-01-0723, Society of Automotive Engineers, 2006. This paper received the **2006 Arch T. Colwell Merit Award**, which was established by Arch Colwell to recognize authors of outstanding papers presented at SAE meetings. Papers are judged for their value as contributions to existing knowledge of mobility engineering, and primarily with respect to their value as an original contribution to the subject matter.

9. **Fenton, Stephen J.,** "Using Photogrammetric Animations to Effectively Present Your Accident Reconstruction to the Jury," American Bar Association (ABA), 2006

10. Rose, Nathan A., **Fenton, Stephen J.,** "Crush and Conservation of Energy Analysis: Toward a Consistent Methodology," 2005-01-1200, Society of Automotive Engineers, Warrendale, PA, 2005.

11. Neale, W., **Fenton, Stephen J.,** McFadden, S., Rose, Nathan, "A Video Tracking Photogrammetry Technique To Survey Roadways for Accident Reconstruction," 2004-01-1221, Society of Automotive Engineers, Warrendale, PA, 2004.

12. Rose, Nathan A., **Fenton, Stephen J.,** "An Examination of the CRASH3 Effective Mass Concept," 2004-01-1181, Society of Automotive Engineers, Warrendale, PA, 2004.

13. Rose, Nathan A., **Fenton, Stephen J.,** Hughes, Christopher M., "Integrating Monte Carlo Simulation, Momentum-Based Impact Modeling, and Restitution Data to Analyze Crash Severity," 2001-01-3347, Society of Automotive Engineers, Warrendale, PA, 2001.

14. **Fenton, Stephen J.,** Neale, William, Rose, Nathan A., Hughes, Christopher, "Determining Crash Data Using Camera-Matching Photogrammetric Technique," 2001-01-3313, Society of Automotive Engineers, Warrendale, PA, 2001.

15. **Fenton, Stephen**, Rose, Nathan A., Johnson, Wendy, "Using Digital Photogrammetry to Determine Crash Severity," Proceedings of the International Crashworthiness Conference, September 2000.

16. **Fenton, Stephen J.**, "Forensic Engineering Comparison of Two & Three Dimensional Photogrammetric Accident Analysis," *National Academy of Forensic Engineering* (NAFE), REF:308S, Photogrammetric Accident Analysis.

17. **Fenton, Stephen J.**, Johnson, Wendy, LaRocque, Jaime, Rose, Nathan A., "Using Digital Photogrammetry to Determine Vehicle Crush and Equivalent Barrier Speed," 1999-01-0439, Society of Automotive Engineers, Inc., Warrendale, PA, 1999.

18. **Fenton, Stephen J.**, "Laying the Foundation of an Automotive Product Liability Case Using Photogrammetry," American Trial Lawyers Association, 2003 Annual Convention, San Francisco, California, July 22, 2003.

19. **Fenton, Stephen J.**, "Photographs Help Reconstruct Princess Diana Crash," Illinois Association of Traffic Accident Investigators (IATAI) Newsletter, December 21, 1998.

20. **Fenton, Stephen J.**, "Reconstructing the Princess Diana Crash," Law Enforcement Technology, August 1998.

21. **Fenton, Stephen J.**, "Princess Diana Car Crash Animation," Digimation, Siggraph '98 3D software, 1998.

22. **Fenton, Stephen J.**, "Automotive Airbags," *Accident Investigation Quarterly*, Issue 16, Fall 1997.

23. **Fenton, Stephen J.**, "Accident Scene Diagramming Using New Photogrammetric Technique," Society of Automotive Engineers (SAE) paper 970944, 1997.

24. **Fenton, Stephen J.**, "Operations Manual - Surveying Operations," Peter Kiewit Sons', Inc, 1993.

**Committee Publications**

1. SAE Accident Investigation and Reconstruction Practices Committee, Joe Marsh, Sponsor, "Reaffirmation of J1301 – Truck Deformation Classification," Society of Automotive Engineers (SAE) J1301.

2. SAE Accident Investigation and Reconstruction Practices Committee, Joe Marsh, Sponsor, "Reaffirmation of J224 – Collision Deformation Classification," Society of Automotive Engineers (SAE) J224.

3. SAE Accident Investigation and Reconstruction Practices Committee, John Marcosky, Sponsor, "Ethics for Accident Investigation and Reconstruction," Society of Automotive Engineers (SAE) J2314.

4. SAE Accident Investigation and Reconstruction Practices Committee, "Equidistant Crush Measurement Techniques," Society of Automotive Engineers (SAE) J2433, In Press.

**Grants and Funded Research**

1. "A Method to Quantify Vehicle Dynamics and Deformation for Vehicle Rollover Tests Using Camera-Matching Video Analysis," funded, in part, by **Ford Motor Company**, 2007.

2. "Image Analysis of Rollover Crash Test Using Photogrammetry," funded, in part, by **Ford Motor Company**, 2005-06.

3. "Chimney Rock Preservation and Access Project," Awarded Grant, **Colorado Historical Society**, Grant #96-02-104.

4. "Photogrammetric Ruin Documentation Project," Awarded Grant, **Colorado Historical Society**, Grant #96-01-095.

5. "Survey and Documentation of Parabaloid at Zeckendorf Plaza," Awarded Grant, **Colorado Historical Society**, 1995 Mini Grant.

**Presentations and Courses Taught**

1. "Effectively Packaging and Presenting Complex Accident Reconstruction Concepts", Presented at the American Bar Association 2014 Emerging Issues in Motor Vehicle Product Liability Litigation Conference, Phoenix, AZ, April 3, 2014.

2. "Utilizing Today's Technology in Reconstructing Accidents", Presented at the American Bar Association 2012 Emerging Issues in Motor Vehicle Product Liability Litigation Conference, Phoenix, AZ, March 29, 2012.

3. "Determining Driver Error from Tire Marks and Quantifying the Severity of Highway Barrier Collisions," California Department of Transportation Tort Conference, San Diego Hilton, May 21, 2009.

4. "Rollovers and Guardrail Impacts", California Department of Transportation, Los Angeles, CA, August 7, 2007.

5. "When the Traffic Collision Report is of No Help", California Department of Transportation, Santa Barbara, CA, May 24, 2007.

6. "Accident Reconstruction and Animation in Rollover Cases", Mercedes-Benz, San Francisco, CA, May 4, 2007.

7. Accident Investigation Methods, Mercedes and DaimlerChrysler, Tokyo, Japan, February 9, 2007.

8. Accident Investigation Methods, Mercedes and DaimlerChrysler, Seoul, South Korea, February 7, 2007.

9. Handling, Stability and Rollovers, Ford Motor Company, Detroit, MI, July 31 through August 2, 2006.

10. "The Admissibility of Computer Simulations and Animations in Trial", Presented at the Association of Southern California Defense Counsel (ASCDC) 2005 Products Liability Meeting, Los Angeles, CA, November 3, 2005.

11. "Using Photogrammetric Animations to Effectively Present Your Accident Reconstruction to the Jury", Presented at the American Bar Association 2005 Emerging Issues in Motor Vehicle Product Liability Litigation Conference, Phoenix, AZ, March 31, 2005.

12. Course in Close-Range Photogrammetry, Presented at SAE World Congress, March, 2003.

13. Presentation on Close-Range Photogrammetry, Society of Automotive Engineers, Phoenix, 2002.

14. "Determining Crash Data Using Camera Matching Photogrammetric Technique", Presented at the Society of Automotive Engineers' International Body Engineering Conference & Exhibition (IBEC) and The Automotive & Transportation Technology Congress (ATT), in Paris France on July 11, 2002; paper number 2001-01-3313.

15. "Integrating Monte Carlo Simulation, Momentum-Based Impact Modeling, and Restitution Data to Analyze Crash Severity", Presented at the Society of Automotive Engineers' International Body Engineering Conference & Exhibition (IBEC) and The Automotive & Transportation Technology Congress (ATT), in Paris France on July 11, 2002; paper number 2001-01-3313.

16. "Technology in Product Liability Cases", Speaker, 2000 CDLA annual conference in Steamboat Springs, Colorado, August 19, 2000.

17. "State of the Art Technologies in Accident Reconstruction", Speaker, National Association of Independent Insurance Adjusters 63rd Annual Convention, Keystone, Colorado, May 25, 2000

18. "Distal Lower Extremity Fractures", Contributed Video Simulation Production, Member - San Diego CIREN team, CIREN Quarterly Meeting, Washington, D.C., May 5, 2000.

19. "Accident Reconstruction Techniques and Practices", Society of Automotive Engineers, Colorado Section Meeting, Knott Laboratory Media Center, January 19, 2000

20. "The Role of Computers in Accident Reconstruction", Knott Laboratory, Inc., Englewood, Colorado, October 26, 1999.

21. "New Technologies in Accident Reconstruction", Colorado Defense Lawyer's Association Conference, Vail, Colorado, August 13-14, 1999.

22. "New Technologies in Accident Reconstruction", Wyoming Trial Lawyer's Association Conference, Jackson Hole, Wyoming, June 16, 1999.

23. "Courtroom Use of Photogrammetry", Knott Laboratory, Inc., Denver, Colorado, April 15, 1999.

24. "Using Digital Photogrammetry to Determine Vehicle Crush & Equivalent Barrier Speed (EBS)", Society of Automotive Engineers (SAE), International Congress & Exposition, Accident Reconstruction Session, Cobo Hall, Detroit, Michigan, March 2, 1999.

25. "Photogrammetric Reconstruction," Attorneys Information Exchange Group, Air Bag Summit, Kansas City, Missouri, May 17, 2002.

26. "State-of-the-Art Technology in Accident Reconstruction", Montgomery, Little and McGrew Law Firm, Denver, Colorado, February 26, 1999.

27. "Princess Diana Accident Reconstruction: A Case Study Utilizing Photogrammetry and Computer Animation", Northeastern University Law Enforcement Exposition, Boston, MA, November 17-18, 1998.

28. "Vehicular Accident Reconstruction-Case Studies and Future Technologies", Allstate Insurance Company, Englewood, Colorado, November 11, 1998.

29. "Vehicular Accident Reconstruction as it Relates to Parking Lot and Low Speed Accidents", Allstate Claim Service, Highlands Ranch, Colorado, October 15, 1998.

30. "Accident Reconstruction: State-of-the-Art Technology", Knott Laboratory, Inc., Denver, Colorado, October 7, 1998.

31. "State-of-the-Art Technology in Accident Reconstruction", Colorado Claims Association Annual Seminar, Englewood, Colorado, October 2, 1998.

32. "Auto Litigators at Dawn: Reconstructing the Princess Di Automobile Crash", Colorado Trial Lawyers Association (CTLA) 1998 Annual Convention, Steamboat Springs, Colorado, July 30-August 2, 1998.

33. "Product Liability", Knott Laboratory, Inc., Denver, Colorado, April 9, 1998.

34. "Photogrammetry & Animations", Colorado Trial Lawyers Association, CLE Spring Training Seminar, Tucson, Arizona, March 20, 1998.

35. "Seat Belts and Airbags: Current Technology", Knott Laboratory, Inc., Denver, Colorado, March 19, 1998.

36. "State-of-the-Art Techniques in Forensic Engineering", Mile High Optimists Club, The University Club, Denver, Colorado, March 5, 1998.

37. "Computer Animation and Photogrammetry", Paul S. Edwards & Associates, Colorado Springs, Colorado, February 13, 1998.

38. "Photogrammetric Accident Reconstruction", Colorado Bar Association, Colorado Springs, Colorado, January 15, 1998.

39. "Discovery Magazine – Science Behind the Headlines" Documentary, Discovery Channel, November 11, 1998.

40. "Date Line NBC – Princess Diana Accident", Guest Presenter, Television News Magazine, NBC, October 1997.

41. "Low Speed Accident Investigation", Knott Laboratory, Inc. Denver, Colorado, October 18, 1997.

42. "Seat Belt and Airbag Investigation", Knott Laboratory, Inc., Denver, Colorado October 16, 1997.

43. "Accident Reconstruction - Accident Scene Diagramming Using New Photogrammetric Technique", Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, February 27, 1997.

44. "Forensic Animation", Nebraska Association of Trail Attorneys, Omaha, Nebraska, August 1996.

45. "Forensic Animations - How to control costs, hire a credible engineer, and use animations as demonstrative evidence", Colorado Bar Association - Technical Division Meeting, Denver, Colorado, March 1, 1995.

46. "Forensic Animation", First Judicial Bar Association, Jefferson County Courthouse, Golden, Colorado, February 13, 1995.

47. "Forensic Photogrammetry", Nebraska State Attorney's Office, Omaha, Nebraska, May 1994.

## Technical Conferences and Seminars

1. SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2013.

2. SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2011.

3. Bosch Crash Data Retrieval (CDR) System® Level 1 and Level 2 Technician Course, Kineticorp, LLC, Greenwood Village, CO, March 8, 2011.

4. SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2010.

5. SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2009.

6.   SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2008.

7.   "FMVSS No. 126 ESC Compliance Test Procedure Technical Workshop & Demonstration" Presented by the National Highway Traffic Safety Administration at TRC, November 7, 2007.

8.   SAE Motor Vehicle Fire Investigation Task Force Meeting, Detroit, MI, April, 2007

9.   SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Detroit, Michigan, April, 2007.

10.  CIREN Case Review, Multidisciplinary Meeting, University of Michigan, April 4, 2007

11.  CIREN Case Review, Multidisciplinary Meeting, University of Michigan, October 20, 2006.

12.  Handling, Stability and Rollovers, Ford Motor Company, Detroit, MI, July 31 through August 2, 2006.

13.  Brake Certification Seminar, Colorado Motor Carriers Association, July 27, 2006.

14.  CIREN Case Review, Multidisciplinary Meeting, University of Michigan, May 24, 2006.

15.  Accident Reconstruction Symposium, Society of Automotive Engineers (SAE), Ventura, CA, November 8-9, 2005.

16.  CIREN Case Review, Multidisciplinary Meeting, University of Michigan, November, 2005.

17.  SAE Motor Vehicle Fire Investigation Task Force Meeting, Detroit, MI, April, 2005.

18.  SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, April, 2005.

19.  SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, March, 2004.

20.  SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, March 3-6, 2003.

21.  SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, March 5-7, 2002.

22.  SAE World Congress by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, March 5-8, 2001.

23.  "Distal Lower Extremity Fractures", Video Simulation Production, Member - San Diego CIREN team, CIREN Quarterly Meeting, Washington, D.C., May 5, 2000.

24.  PC-Crash & PC-Rectification Training Workshop, New Horizons Computer Center, Detroit, Michigan, March 3–4, 1999.

25.  Technical Standards Committee Meeting on Engineering Ethics, Committee Member, Detroit, Michigan, March 2, 1999.

26.  Value For Our World: The Innovation Challenge, Seminar by Society of Automotive Engineers (SAE), International Congress of Exposition, Cobo Hall, Detroit, Michigan, March 1-4, 1999.

27.  Global Technology Partnering:  Accident Reconstruction and Occupant Protection and Injury Assessment in the Automotive Crash Environment, seminar by Society of Automotive Engineers (SAE), International Congress and Exposition, Cobo Hall, Detroit, Michigan, February 26-27, 1997.

# CURRICULUM VITAE
# ALAN H. WEINTRAUB, M.D.

**PRESENT POSITION:**      MEDICAL DIRECTOR BRAIN INJURY PROGRAM
ATTENDING PHYSICIAN
Craig Hospital - CNS Medical Group, P.C.
3425 South Clarkson Street
Englewood, Colorado 80113

**EDUCATION:**

  FELLOWSHIP:      Neurotrauma Rehabilitation      1986
Brain Injury and Spinal Cord Injury
Craig Hospital - Englewood, Colorado

  INTERNSHIPS & RESIDENCY:      University of Colorado School of Medicine      1985
Department of Physical Medicine and Rehabilitation
Denver, Colorado

  AFFILIATED HOSPITALS:      University Hospital
Veterans Administration Hospital
Spalding Rehabilitation Hospital
Craig Hospital
Children's Hospital

  MEDICAL SCHOOL:      American University of the Caribbean      1982
School of Medicine
Plymouth, Montserrat, West Indies
**M.D. DEGREE**

  COLLEGE:      Florida International University, School of Physical Therapy
**BACHELOR OF SCIENCE**

     University of South Florida, Tampa, Florida
College of Natural Sciences

**CERTIFICATION:**

Diplomate      1986
American Board of Physical Medicine and Rehabilitation

Fellow, American Congress of Rehabilitative Medicine      10/27/2017

Subspecialty of Brain Injury Medicine      12/2014-Present
American Board of Physical Medicine and Rehabilitation

**MILITARY:**

  Major, United States Army Reserve Medical Corp.      1983 -1991

**HOSPITAL APPOINTMENTS:**

| | | |
|---|---|---|
| **Craig Hospital** | Englewood, Colorado | 1985 - Present |
| **Littleton Hospital** | Littleton, Colorado | 1985 - Present |
| **Porter Adventist Hospital** | Denver, Colorado | 1985 - Present |
| **St. Anthony Hospitals** | Denver, Colorado | 1986 - Present |
| **Swedish Medical Center** | Englewood, Colorado | 1986 – Present |
| **Select Specialty Hospital** | Denver, Colorado | 2003 – 2017 |
| **Sky Ridge Medical Center** | Lone Tree, Colorado | 2007 - Present |
| **Kindred Hospital** | Denver, Colorado | 2009 - Present |
| **NextCARE Hospital** | Denver, Colorado | 1995-1999 |
| **SCCI Hospital – City Park** | Denver, Colorado | 1999 – 2004 |
| **Spalding Rehabilitation Hospital** | Denver, Colorado | 1986 - 1999 |
| **Aurora Presbyterian Hospital** | Aurora, Colorado | 1987 – 1999 |
| **St. Lukes Presbyterian Hospital** | Denver, Colorado | 1987 – 1995 |

**CLINICAL APPOINTMENTS:**

| | |
|---|---|
| **Medical Director** | 2005 – Present |
| Rocky Mountain Regional Brain Injury System | |
| Craig Hospital | |
| Englewood, Colorado | |

**Medical Director** 1986 - Present
Brain Injury Program
Craig Hospital
Englewood, Colorado

**Associate Clinical Professor** 12/1/14 - Present
University of Colorado School of Medicine
Department of Physical Medicine and Rehabilitation
Denver, Colorado

**Assistant Clinical Professor** 1988 – 11/30/14
University of Colorado School of Medicine
Department of Physical Medicine and Rehabilitation
Denver, Colorado

**Medical Director – Trauma Rehabilitation** 9/2009 - Present
Littleton Hospital

**Consultant** 2000 - Present
Colorado Avalanche Hockey Club

**Consultant** 1998 - Present
Denver Bronco Football Club

**Medical Director** 1993 - 1998
Learning Services - Bear Creek
Community Re-entry Program for Acquired Brain Injury
Lakewood, Colorado

**Medical Director**
TheraTX Rehabilitation 1995 - 2000

Autumn Heights Health Care Center 1995 - 1998
Denver, Colorado

Bethany Health Plex 1996 - 1998
Lakewood, Colorado

Heritage Park Manor Restorative Care Center 1993 -1995
Littleton, Colorado

**Consultant** 1989 - 1991
Transitions of Denver
Lakewood, Colorado

**Consultant**
Bear Creek Community Re-entry Program for the Head Injured 1989 - 1993
Lakewood, Colorado

**Consultant** 1988 - 1992
Heritage Rehabilitation Center
Denver, Colorado

**Training Director**
Residency/Fellowship Program                                          1986 - 1992
Craig Hospital
Englewood, Colorado

**Medical Director**                                                  1986 - 1988
Regency Rehabilitation Hospital
Denver, Colorado

## RECOGNITIONS AND AWARDS:

Sheldon Berrol, MD Clinical Service Award, Brain Injury Association of America          2017

Castle Connolly Top Doctors®                                         2015, 2016,2017, 2018

*5280* – Top Doctors – Brain Injury Medicine                         2013, 2014, 2015, 2016, 2017

*"Top Doctors"*                                                      2012, 2013, 2014, 2015, 2016
U.S. News and World Report

*"Best Doctors for Executives"*                                      2013
Colorado Biz Magazine

*2011 Award for Innovative Clinical Treatment*                       2011
North American Brain Injury Association (NABIS)

## INVITED PARTICIPANT:
Insurance Rehabilitation Synergy Group (IRSG) Conference –
The Past, Present and Future of Rehabilitation                       2018

Galveston Brain Injury Conference – Chronic Brain Injury: Surveillance and Collaborative Care   2012, 2013 2014, 2015
Galveston, TX                                                        2016, 2017, 2018

"Invitational Workshop on New Opportunities in Traumatic Brain Injury Research:    4/12 – 4/13/2012
  Advancing the National Research Agenda"
Toronto, Canada

"Rehabilitation Access and Outcome after Severe Traumatic Brain Injury"           5/16 – 5/17/2016
Spaulding Harvard Traumatic Brain Injury Model System
Washington DC

## RESEARCH POSITIONS:
**Medical Director**
Rocky Mountain Regional Brain Injury System                          2012 to present
TBI Model System of Care                                             1998 - 2008
        Funded: National Institute on Disability Rehabilitation and Research (NIDRR)

## EXAMINATIONS:
Subspecialty of Brain Injury Medicine, American Board of PM&R        2014
American Board of Physical Medicine and Rehabilitation - Part II     1986
American Board of Physical Medicine and Rehabilitation - Part I      1985
Federal Licensing Examination                                        1982
ECFMG Certification                                                  1982
Physical Therapy - PES Board State of Florida                        1979

## LICENSURE:

**State of Colorado**                    #25718                      1983 - Present
Licensed to Practice Medicine

| **State of Florida** | #45374 | 1992 – Present |
| Licensed to Practice Medicine | | 1984 - 1986 |

| **State of Hawaii** | #13519 | 2005 - Present |
| Licensed to Practice Medicine | | |

| **State of Florida** | | 1979 - 2017 |
| Licensed as Registered Physical Therapist | | |

## PROFESSIONAL ASSOCIATIONS:

| NORTH AMERICAN BRAIN INJURY SOCIETY | 2005 - Present |
| INTERNATIONAL SOCIETY OF PHYSICAL AND REHABILITATION MEDICINE | 2001 – Present |
| INTERNATIONAL BRAIN INJURY ASSOCIATION | 1990 - Present |
| AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION | 1983 - Present |
| AMERICAN CONGRESS OF REHABILITATION MEDICINE | 1983 - Present |
| AMERICAN MEDICAL ASSOCIATION | 1982 - Present |
| AMERICAN PARAPLEGIA SOCIETY | 1985 - Present |
| AMERICAN SOCIETY OF NEUROREHABILITATION | 1991 - Present |
| AMERICAN SPINAL INJURY ASSOCIATION | 1985 - Present |
| ARAPAHOE MEDICAL SOCIETY | 1986 – Present |
| BRAIN INJURY ASSOCIATION OF AMERICA | 1985 - Present |
| BRAIN INJURY ASSOCIATION OF COLORADO | 1985 - Present |
| COLORADO MEDICAL SOCIETY | 1986 - Present |
| COLORADO NEUROLOGICAL INSTITUTE | 1989 - Present |
| INTERNATIONAL ASSOCIATION FOR THE STUDY OF TRAUMATIC BRAIN INJURY | 1987 - Present |
| ROCKY MOUNTAIN REHABILITATION SOCIETY | 1985 – Present |
| DENVER MEDICAL SOCIETY | 1986 - 2002 |
| MEMBER - AMERICAN COLLEGE OF SPORTS MEDICINE | 1979 - 1980 |
| MEMBER - AMERICAN PHYSICAL THERAPY ASSOCIATION | 1977 – 1979 |

## PROFESSIONAL ACTIVITIES:

**2018 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS**      1/07/18 – 1/10/18
Vail, CO
Program Chair

**NABIS/IBIA**
Editorial Advisory Board of Brain Injury Professional      1/2018 - Present

**2015 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS**     1/11/15 – 1/14/15
Vail, CO
Program Chair and Steering Committee

**AMERICAN CONGRESS OF REHABILITATION MEDICINE**
Treasurer, Executive Board – Brain Injury ISIG     10/2014 - Present

**NORTH AMERICAN BRAIN INJURY SOCIETY**
Board of Directors     2014 - Present

**2012 BRAIN INJURY SUMMIT – A MEETING OF THE MINDS**     1/9/2012 – 1/13/2012
Beaver Creek, CO
Program Chair and Steering Committee

**CNS MEDICAL GROUP, P.C. - ENGLEWOOD, COLORADO**     1986 - Present
   President     1988 - 2003

**COLUMBIA HEALTH ONE**     1997 - 2010
   Member - Sports Medicine Program
   Broncos Sports Medicine Program

**BRAIN INJURY ASSOCIATION OF COLORADO**     2007 - 2009
   Board of Directors

**STATE OF COLORADO, DEPARTMENT OF LABOR**     2011 - Present
   Division of Workers' Compensation     2004 - 2005
   Advisory Committee for the Development of TBI Medical Treatment Guidelines     1996 - 1997

**COLORADO FOUNDATION FOR MEDICAL CARE**     1994 – 2009
   Physician Reviewer

**SWEDISH HOSPITAL**     1994 - 2014
   Chairman Physical Medicine and Rehabilitation Section - Department of Medicine

**COLORADO NEUROLOGICAL INSTITUTE**     1992 - Present
   Education Committee Member     1992 - 2000
   Chair Education Committee     1996 - 2000
   Board of Directors     1997 - 2000

**AMERICAN ACADEMY OF PHYSICAL MEDICINE AND REHABILITATION**     1986 - Present
   Special Interest Group - Brain Injury, Spinal Cord Injury
   Brain Injury Research Committee     1986 - Present

**AMERICAN CONGRESS OF REHABILITATION MEDICINE**     1986 - Present
   Traumatic Brain Injury
   Brain Injury SIG Task Force
   DOC Task Force
   Prognosis Task Force

**COLORADO BRAIN INJURY ASSOCIATION**     1986 - Present
   Advisory Board

**CRAIG HOSPITAL - ENGLEWOOD, COLORADO**     1986 - Present
   Research Task Force     1986 - Present
   Professional Activities Committee     1986 - Present
   Pharmacy and Therapeutics Committee     1986 - Present
   Education Program Director     1986 - 1990
   Secretary/Treasurer     1987 - 1991

**ROCKY MOUNTAIN REGIONAL BRAIN INJURY CENTER**                1990 - 1994
    Governing Board Member - Medical Consultant

**SWEDISH/PORTER HOSPITAL - COMBINED MEDICAL STAFF**          1990 - 1994
    Chairman Physical Medicine and Rehabilitation Subsection

**NATIONAL HEAD INJURY FOUNDATION**                           1986 - 1990
    Medical Issues Committee Liaison to Professional Advisory Counsel

**COLORADO BOARD OF HEALTH TASK FORCE ON TRAUMATIC HEAD INJURY**   1986 - 1987
    Legislative Liaison Committee
    Education Committee
    Surveillance Committee

**TECHNICAL ADVISORY COMMITTEE**                              1986 - 1987
    Colorado Brain Injury Association
    Acute Care Committee

**CHIEF RESIDENT**                                            1984 - 1985
    Department of Physical Medicine and Rehabilitation
    University of Colorado Health Sciences Center

**UNIVERSITY OF COLORADO HEALTH SCIENCES CENTER**            1983 - 1985
    Member - University of Colorado House Staff Association
    Executive Committee
    Department Representative

**COMMUNITY ACTIVITIES:**

**COLORADO SPORTS CONCUSSION SPECIAL INTEREST GROUP**        2010 - Present
    **AND TASK FORCE**
    Jake Snakenberg Youth Sports Concussion Act

**ARAPAHOE HIGH SCHOOL, CENTENNIAL, CO**                     2005 - Present
    Medicine Class – Annual Instructor, Brain Injury, Neuroscience

**CRAIG HOSPITAL FOUNDATION**: PUSH for the Cure Annual Fundraiser   2002 - Present
    Steering Committee

**COLORADO HEAD INJURY FOUNDATION WILDERNESS CAMP PROGRAM**   1987 - Present
    Medical Advisor and Consultant

**NATIONAL WHEELCHAIR BASKETBALL ASSOCIATION**               1986 - Present
    Certified Classifier

**KEMPE CHILDREN'S FOUNDATION**                              1994 - 2000
    Volunteer

**WINTER PARK HANDICAP SKI PROGRAM**                         1986 - 1990
    Handicap Ski Instructor

**COLORADO PHYSICIANS SKI PATROL**                           1983 – 1988
    Member

**KMVP RADIO SPORTS EXTRA**                                  1987
    Talk Show on Sports and Disabled Persons
    Co-Host/Consultant

**DADE COUNTY SPORTS MEDICINE PROJECT & CLINIC**                              1977 - 1979
    Assistant Student Director

**ORANGE BOWL MARATHON COMMITTEE**                              1977 – 1979
    Assistant Chairperson of Medical Aide Stations


**SCIENTIFIC INTERESTS / PUBLICATIONS**:

Whyte J, Ketchum J, Bogner JA, Brunner R, Hammond F, Zafonte RD, Whitenack G, **Weintraub A.** The Effects of Statin Treatment on Outcomes following Traumatic Brain Injury. *J Neurotrauma*. 2018 Jun 28. doi: 10.1089/neu.2017.5545. [Epub ahead of print]  PMID: 29954258

Hays K, Thompson S, **Weintraub A**, Ketchum J. Rhythmic Auditory Stimulation and Gait Training in Traumatic Brain Injury: A feasibility Study. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), pp E81.

Hays K, Tefertiller C, Ketchum J, Eagye C, O'Dell D, Natale A, **Weintraub A**.  The Use of the Balance Evaluation Systems Test for Individuals with Chronic Traumatic Brain Injury. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), ppE81

**Weintraub A**. Cerebral Fat Emboli Syndrome Masquerades as Traumatic Diffuse Axonal Injury. *The Journal of Head Trauma Rehabilitation*. 2018 33(3), ppE101

Kowalski R, **Weintraub A**, Rubin B, Gerber D, Olsen A: Impact of timing of ventriculoperitoneal shunt placement on outcome in posttraumatic hydrocephalus. J. Neurosurg. 2018 Feb 23:1-12. doi: 10.3171/2017.7.JNS17555. [Epub ahead of print]. PMID:  29473779

Monden K, Gerber D, Newman J, Philippus A, Biggs J, Schneider H, Spier E, **Weintraub A**, Makley M. Sleep Hygiene:  A Novel, Nonpharmacological Approach to Treating Sleep-Wake Cycle Disturbance after Moderate to Severe Brain Injury on an Inpatient Rehabilitation Unit.  *Brain Injury Professional* 2018 14(4), pp20-21

**Weintraub A**., et al (2017) Severe Traumatic Brain Injury: What to Expect in the Trauma Center, Hospital and Beyond" (Based on research by TBI Model Systems). http://www.msktc.org/tbi/factsheets/Severe-Traumatic-Brain-Injury#Top

**Weintraub A**, Whyte, J.  (2017). eL Electroencephalography in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_24-3

Sharma A**., Weintraub A.** (2017). Endotracheal Tube in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_25-3

**Weintraub A, Whyte, J.**  (2017). eL Electroencephalography *in Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_24-3

**Weintraub A**, Sharma A. (2017).  International Classification of Diseases in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_40-3

**Weintraub A**, Whyte J. (2017).  Hemispherectomy in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_37-3

**Weintraub A**, Sharma A. (2017).  Carotid Endarterectomy in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782_13-3

**Weintraub A**, Whyte J. (2017). Blood Oxygen Level Dependent (BOLD) in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi: 10.1007/978-3-319-56782-2_10-3

**Weintraub A**, Whyte J. (2017). Polysomnography in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing. doi:10.1007/978-3-319-56782-2_61-3

**Weintraub A**, Whyte J. (2017). Neuroimaging in *Encyclopedia of Clinical Neuropsychology*. J. Kreutzer et al. Springer International Publishing.  doi:10.1007/978-3-319-56782-2_52-3

**Weintraub A,** Gerber D, Kowalski R. Posttraumatic Hydrocephalus as a Confounding Influence on Brain Injury Rehabilitation – Incidence, Clinical Characteristics and Outcomes. *Archives of Physical Medicine and Rehabilitation*. 2017 Feb: 98(2):312-319.

Stacey A, Lucas S, Dikmen S, Temkin N, Bell K, Brown A, Brunner R, Diaz-Arrastia R, Watanabe T, **Weintraub A**, Hoffman J. Natural History of Headache Five Years after Traumatic *Brain Injury*. J Neurotrauma. 2017 Jan 18 [Epub ahead of print]

**Weintraub A**, Dungan D, Makley M. Cerebral fat emboli syndrome: A case series of neuroimaging correlations and clinical rehabilitation outcome. *Brain Inj*. 2016:30(722).

**Weintraub A**, Gerber D, Makley M, Kowalski R. Incidence and characteristics of post-traumatic hydrocephalus during inpatient rehabilitation. *Brain Inj*. 2016:30(623).

Kowalski R, **Weintraub A,** Gerber D. Hydrocephalus predicts outcome following traumatic brain injury. *Brain Inj*. 2016:30(624).

Makley M, **Weintraub A**, Biggs Arnold J, Schneider H, Newman J, Philippus A, Kowalski, R, Mackzum A, Frey K, Schraa J, Gerber D. Sleep efficiency after traumatic brain injury and agitation scores on an inpatient brain injury rehabilitation unit. *Brain Inj*. 2016:30(684).

Makley M, **Weintraub A**, Schneider H, Biggs Arnold J, Philippus A, Newman J, Kowalski R, Schraa J, Mackzum A, Frey K, Gerber D. Practical aspects of monitoring sleep with moderate-to-severe traumatic brain injury (TBI) on an inpatient rehabilitation unit. *Brain Inj*. 2016:30(720).

**Weintraub AH**, Gerber DJ, Kowalski RG. Post-Traumatic Hydrocephalus as a Confounding Influence on Brain Injury Rehabilitation: Incidence, Clinical Characteristics and Outcomes. *Archives of Physical Medicine and Rehabilitation*. Sep 23 2016.

Politzer T, Berryman A, Rasavage K, Snell L, **Weintraub A**, Gerber DJ. The Craig Hospital Eye Evaluation Rating Scale - CHEERS. *PM&R: The Journal of Injury, Function, and Rehabilitation.* Sep 21 2016

Kowalski R, **Weintraub A**, Mellick D, Nakamura T, Gerber D, Harrison-Felix C. *Intraventricular Hemorrhage on Early CT Predicts Poorer Short and Long Term Outcome in Moderate to Severe TBI*. October 2015. Vol 96(10):e7

Powell J, **Weintraub A**, Dreer L, Novack T. Vision Problems after Traumatic Brain Injury. *Archives of PM&R,* July 2015. Vol 96(10):1933-1934.

**Weintraub A**, Gerber D, Gerhart K, Makley M Posttraumatic Hydrocephalus: Clinical Characteristics and Rehabilitation Outcomes. *Brain Injury,* 2014, Vol 28, No 5-6

Ripley D, Wierman M, Gerber D, **Weintraub A**, Newman J.  Comment on the Decision to Provide Testosterone Supplementation to Patients with Traumatic Brain Injury.  *PM&R*, 2014, Vol 6(8):761-762.

**Weintraub, A** Guest Editor, Brain Injury/Professional, 2014, Vol 10, Issue 4

Abate, M, Hamstra K, Bixler, B, **Weintraub, A**.  Family Management: A Process Approach for Quality Outcomes. *Brain Injury Professional*, 2014, Volume 10, Issue 4:32-22

Malec J, Hammond F, Flanagan S, et al.  (**Weintraub A** – Contributor participant) Recommendations from the 2013 Galveston Brain Injury Conference for Implementation of a Chronic Care Model in Brain Injury. *J Head Trauma Rehabil* November/December 2013, Vol 28(6):476-483.

Thompson S, **Weintraub** A. The Clinical Use of Neurologic Music Therapy in a Brain Injury Rehabilitation Setting: A Retrospective Analysis of Therapeutic Practice" J *Head Trauma Rehabil* September 2013, Vol 28(5):E31-E85

Anderson J, Mason C, **Weintraub A**, Siebert A, Hartman C.  Service Utilization in the Community:  Development of Stratifications of Care. *The Journal of Head Trauma Rehabilitation*.  September/October 2012 – Vol 27 - Issue 5

Anderson A., Mason C., Freeman N. **Weintraub A**. Military Transition Back to the Community: Regaining a Sense of Belongingness. *Brain Injury* 2012, Vol 26, No 4-5.  (*Accepted Abstracts from the International Brain Injury Association's Ninth World congress on Brain Injury.  March 21-25, 2012.  Edinburgh, Scotland.*)

Ripley D., Pretz C., Harrison-Felix C., Alvarez R**., Weintraub A.**  The Predictive Value of D-Dimer for Diagnosis of Venous Thrombosis in Patients with Traumatic Brain Injury in the Acute Rehabilitation Setting. *Brain Injury* 2012, Vol 26, No 4-5. (*Accepted Abstracts from the International Brain Injury Association's Ninth World congress on Brain Injury.  March 21-25, 2012.  Edinburgh, Scotland.*)

Rocchio C, Schraa J, **Weintraub A**. Family Involvement X Professional Accessibility + Shared Goals = Outcomes. *Brain Injury Professional* 2012:8(4)16-18.

Ripley D, Politzer T, Berryman A, Rasavage K, **Weintraub A**. The Vision Clinic: An interdisciplinary method for assessment and treatment of visual problems after Traumatic Brain Injury. *NeuroRehabilitation* 2010 (27) 231-235.

Cilo  M, Politzer T, Ripley D, **Weintraub A**. Vision examination of TBI patients in an acute rehabilitation hospital. *Neurorehabilitation* 2010 (27) 237-242.  PMID: 21098992

Politzer T, Cilo M, **Weintraub A**.  A new prism use for treatment of cyclo-deviation in trochlear nerve injury. *Neurorehabilitation* 2010 (27) 255-259.  PMID: 21098995

**Weintraub A**, Ashley M. "Issues in Aging Following Traumatic Brain Injury" in Mark Ashley, (ed.) Traumatic Brain Injury: Rehabilitative Treatment and Case Management (3rd Edition) CRC Press, Boca Raton, FL., 2010.

Ashley M, **Weintraub A**, Ripley D. "Bioscience Frontiers and Neuromedical Interventions Following Brain Injury"  Mark Ashley, (ed.) Traumatic Brain Injury: Rehabilitative Treatment and Case Management  (3rd Edition) CRC Press, Boca Raton, FL., 2010.

Jha A, **Weintraub A**, et al.  "A Randomized Trial of Modafinil fo**r** the Treatment of Fatigue and Excessive Daytime Sleepiness in Individuals with Chronic Traumatic Brain Injury." *J Head Trauma Rehabil* 2008; 23(1):52-63

Jha A, Cusick, C, Harrison-Felix C, Morey C, Sendroy-Terrill M, Gerber D, **Weintraub A**." Factors associated with Fatigue after TBI." *Archives of PM&R*. August 2004. Vol 85(8):e1-e2.

Gerber D, **Weintraub A**, Cusick C, Ricci P, Whiteneck G. "Magnetic resonance imaging of traumatic brain injury: relationship of T2 SE and T2 GE to clinical severity and outcome. *Brain Injury* 2004; 18:1083-1097.

**Weintraub A**, Ashley M. "Traumatic Brain Injury: Aging and Related Neuromedical Issues" *Traumatic Brain Injury – Rehabilitative Treatment and Case Management, Second Edition*. CRC Press LLC, 2004; 273-301 (Book Chapter)

**Weintraub A**, Gerhart, KA, Mellick, DC. "Violence-Related Traumatic Brain Injury: A Population-Based Study," *Journal of Trauma*; Volume 55(6); December 2003; 1045-1053.

**Weintraub A**, Keating, Daniel, Masel, Brent, et al.  "Case Management Update: Focus on Traumatic Brain Injury" *Case Management* August 2003. (Speaker in this publication)

**Weintraub A**, Gerber D, Ricci P, Cusick C "Magnetic Resonance Imaging of Traumatic Brain Injury: Sensitivity of T2* Weighted Gradient Echo Imaging" Scientific poster. *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A**, Gerber D, Ricci P, Cusick C "Magnetic Resonance Imaging of Traumatic Brain Injury: Relationship to Clinical Severity and Outcome" *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A**H, Mellick, D "Violence-Related Traumatic Brain Injury:  A Population-Based Outcome Study" poster. *Arch Phys Med Rehab* Vol 82, Sept. 2001.

**Weintraub A** "The Concussed Athlete." *In Touch with CNI* (Colorado Neurological Institute) Vol IV, Issue II, April 2001.

**Weintraub A** "The Concussed Athlete." *CNI Review*, Volume 11, Number 1, Summer 2000.

**Weintraub A**, Bryan TA "Rehabilitation Nursing Utilization and Cost Following Traumatic Brain Injury." Poster. *Arch Phys Med Rehabil* Vol 80 Sept 1999.

**Weintraub A**, Mellick D "Violence as a Cause of TBI in Colorado" poster. Brain Injury Association of Colorado Oct 99-poster/paper.

**Weintraub A**, Gerber D. "Sports Related Concussion" T*ime-out* Vol. 3, Issue 3. HealthOne Broncos Sports Medicine/Rehabilitation publication 1999

Burke F, **Weintraub A**, Lanig IS et al. "A Prospective Evaluation of Color Doppler Ultrasound Imaging for the Diagnosis of Heterotopic Ossification in Spinal Cord Injured Patients" *Archives of Physical Medicine and Rehabilitation* 79:9 Sept 1998

**Weintraub A** (Editor). "Frontiers in Traumatic Brain Injury." *CNI Review*: Vol. 8:1, Winter 1997.

**Weintraub A**. "Neuropharmacologic Approaches to Frontal Brain Dysfunction." *CNI Review* Vol. 8:1, 1997 28-33.

**Weintraub A**. "Atypical Recovery Patterns Following Traumatic Brain Injury in Multiple Sclerosis Patients."
Scientific Paper. International Association for the Study of Traumatic Brain Injury. Melbourne, Australia 11/24/96.

**Weintraub A**. "Neuropharmacological Interventions for Frontal Lobe Injury: A Conceptual Model. Relearning Times," 2:2, Jan, 1995.

**Weintraub A**, Hildebrand KH. "Concomitant Traumatic Brain Injury and Spinal Cord Injury." *Management of Spinal Cord Injury*, Editor, Zejdlik CP. Wadsworth Health Sciences Publication - 2nd Edition 1991.

**Weintraub A**, Opat CA. "Motor and Sensory Dysfunction in the Brain Injured Adult." *Physical Medicine and Rehabilitation: State of the Art Reviews.* Vol. 3, No 1 February 1989, Philadelphia - Hanley & Belfus.

**Weintraub A**, Johnson K, Heron A. "Principles of Low Pressure Drainage for Treatment of Neurogenic Bladder Complications." *Archives of Physical Medicine and Rehabilitation*: Abstract 74:11 Nov 1993. Scientific Paper. 55th Annual Assembly. American Academy of Physical Medicine and Rehabilitation. Miami, Florida, 1993.

Smith J, **Weintraub A**, et al. "Hypoxic/Ischemic Cerebral Insult: A Retrospective Analysis within a Long Term Rehabilitation Model." Scientific Paper Presentation Colorado Head Injury Foundation. Annual Meeting, Colorado Springs, Colorado, 1990.

Dahlberg C, **Weintraub A**, Howard S. "Language Disturbances in Closed Head Injury." *Archives of Physical Medicine and Rehabilitation*: Abstract 68:9, Sept 1987. Scientific Paper. 49th Annual Assembly American Congress of Rehabilitation Medicine. Orlando, Florida 1987.

**Weintraub A**, Koehler C, Lammertse D, et al. "Quantitative Bone Loss after Acute SCI." *Archives of Physical Medicine and Rehabilitation.* Abstract 69:9, Sept. 1988. Scientific Paper Presentation. 65th Annual Session American Academy of Physical Medicine and Rehabilitation. Seattle, Washington, 1988.

Daigle R, Stavros, AT, **Weintraub A**, Lanig I, et al. "Color Duplex Scanning of Heterotopic Ossification in the Spinal Cord Injured Patient." Society of Vascular Technology Meetings. Scientific presentations, Boston, Massachusetts, 1991.

Dahlberg C, **Weintraub A**, et al, "Language Disturbances Following Closed Head Injury." 64th Annual Session American Academy of Physical Medicine and Rehabilitation Scientific Paper Presentation. 1987

Balazy T, **Weintraub A**, Cilo M, Seibert C. "TBI Clinical Recovery Patterns: Pathological and Neuroradiological Correlation's." Study in Progress.

Biomechanics/Gait/Prosthetics and Orthotics. V.A. Sponsored Educational Film, 1983-1985.
Pilot Study of the Use of Hespan in the Management of Acute Cerebral Infarction. University of Colorado Health Sciences Center, 1983-1985.

## PRESENTATIONS:

**"BRAIN INJURY AND THE FUTURE OF NEUROMODULATION REHABILITATION"**          9/28/2018
The American Association of Orthotics and Prosthetics National Assembly
Vancouver BC - Canada

**"OPTIMIZING OUTCOMES FOLLOWING SEVERE TBI"**          9/10/2018
Learning Services, 2018 Brain Injury Symposium

**"TRAJECTORY OF RECOVERY AND PREDICTORS OF OUTCOME IN DISORDERS OF CONSCIOUSNESS FOLLOWING TRAUMATIC BRAIN INJURY"**    06/02/18
4th Federal Interagency Conference on Traumatic Brain Injury
Washington DC

**"CATASTROPHIC BRAIN INJURY RESULTING FROM EXTREME SPORTS: PREDICTORS OF OUTCOME"**    06/01/18
University of Colorado – 3rd International Extreme Sports Medicine Congress
Boulder, CO

**"A CONTEMPORARY UPDATE ON ADVANCES IN BRAIN INJURY REHABILITATION"**    05/11/18
CoxHealth 28th Annual Decisions in Trauma Conference
Springfield, MO

**"UPDATES IN PHARMACOLOGICAL REHABILITATION POST TBI"**    03/28/18
Keynote Speaker, Kansas Brain Injury Association's 10th Annual Professional Conference
Kansas City, KS

**"CEREBRAL FAT EMBOLI SYNDROME MASQUERADES AS TRAUMATIC DIFFUSE AXONAL INJURY"** Poster Presentation, Co-Authored by Michael Makley, MD    03/16/18
and Eric Spier, MD.
North American Brain Injury Society Annual Meeting, Houston, TX

**"NEUROREHABILITATION IN DISORDERS OF CONSCIOUSNESS: RECENT ADVANCES AND CLINICAL IMPLICATIONS"**    03/14/18
North American Brain Injury Society Annual Meeting, Houston, TX

**"QUANTIFYING SLEEP AFTER TBI: A COMPARISON OF ACTIGRAPHY SCORING METHODS."** Poster Presentation with Kimberley Monden, PhD, Angela Philipppus, BA,    01/09/18
Don Gerber, PsyD, Jody Newman, SLP, Eric Spier, MD, Jennifer Biggs, RN, Heidi Schneider, RN,
Lori Womeldoff, CTRS, James Schraa, PsyD, Michael Makley, MD.
2018 Brain Injury Summit, Vail, CO

**"DISRUPTED SLEEP AND PAIN FOLLOWING TRAUMATIC BRAIN INJURY IN THE SUBACUTE REHABILITATION SETTING."** Poster Presentation with Kimberly Monden, PhD,    01/09/18
Angela Philippus, BA, Don Gerber, PsyD, Jody Newman, SLP, Eric Spier, MD, Jennifer Biggs, RN,
Heidi Schneider, RN, Lori Womeldorff, CTRS, James Schraa PsyD, Michael Makley, MD.
2018 Brain Injury Summit. Vail, CO

**"FEASIBILITY OF IMPLEMENTING A SLEEP HYGIENE PROTOCOL ON AN INPATIENT TBI REHABILITATION UNIT: PATIENT, FAMILY AND NURSING PERSPECTIVES."**    01/09/18
Poster Presentation with Jody Newman, SLP, Kimberly Monden, PhD, Don Gerber PsyD,
Angela Phillippus, BA, Heidi Schneider, RN, Jennifer Biggs, RN, Eric Spier, MD, James Schraa, PsyD,
Lori Womeldorff, CTRS, Michael Makley, MD
2018 Brain Injury Summit, Vail, CO

**"THE USE OF THE BALANCE EVALUATION SYSTEMS TEST FOR INDIVIDUALS WITH CHRONIC TRAUMATIC BRAIN INJURY."** Poster Presentation with Kaitlin Hays, PT,    01/09/18
Candy Tefertiller, PT, Denise O'Dell, PT
2018 Brain Injury Summit, Vail, CO

**"THE MISDIAGNOSIS OF ANOXIC ENCEPHALOPATHY: LEUKOENCEPHALOPATHY-CHASING THE DRAGON."** Poster Presentation with Eric Spier, MD and Julie Hastings, MD    01/09/18
2018 Brain Injury Summit, Vail, CO

**"CEREBRAL FAT EMBOLI SYNDROME MASQUERADING AS DIFFUSE TRAUMATIC AXONAL INJURY."** Poster Presentation with Michael Makley, MD    01/09/18

2018 Brain Injury Summit, Vail, CO

**"RECOVERY PATTERNS FOLLOWING SEVERE TBI: CASE STUDIES FOR NEURO**                01/09/18
**LITIGATION AND CLINICAL PRACTICE."**
2018 Brain Injury Summit, Vail, CO

**"BRAIN INJURY MEDICINE: CENTERS OF EXCELLENCE, EVIDENCE INFORMED**                11/17/17
    **PRACTICES"**
Paradigm National Case Manager Educational Conference
Las Vegas, NV

**"DISORDERS OF CONSCIOUSNESS (DOC): AN INTRODUCTION TO MINIMAL**                10/14/17
    **COMPETENCY GUIDELINES FOR DOC PROGRAMS"**
AAPM&R Annual Assembly
Denver, CO

**"TRAUMATIC CATASTROPHIC INJURY: A LIFE CHANGING EVENT, BEST PRACTICES**                09/14/17
**FOR MANAGEMENT AND ALIGNING EXPECTATIONS"**
Joint Symposium sponsored by Learning Services and Craig Hospital
Anchorage, Alaska

**"UNDERSTANDING TRAUMATIC BRAIN INJURY FOR THE SCI**                09/03/17
    **NEUROREHABILITATION PRACTITIONER"**
Academy of Spinal Cord Injury Professionals
Denver, CO

**"RATIONALE PHARMACOTHERAPY DURING TBI RECOVERY AND ACUTE**                09/03/17
    **NEUROREHABILITATION: ON OVERLOAD FOR THE SCI CLINICIANS"**
Academy of Spinal Cord Injury Professionals
Denver, CO

**"CONTEMPORARY ISSUES IN BRAIN INJURY MEDICINE AND**                08/11/17
    **NEUROREHABILITATION"**
Brain Injury Conference
Benton, Arkansas

**"OVERVIEW OF CATASTROPHIC TRAUMATIC BRAIN INJURY"**                5/12/17
Spirituality Conference, "Understanding TBI for Clergy and Spiritual Leaders in the Community
Craig Hospital

**"CATASTROPHIC TRAUMATIC BRAIN INJURY: FROM THE MOMENT**                04/18/17
    **EVERYTHING CHANGES"**
Lecture and Panel Discussion
2017 Colorado Workers Compensation Educational Conference

**MODERATOR, SCIENTIFIC PAPERS:**
    **"EPIDEMIOLOIGC AND PUBLIC HEALTH PERSPECTIVES"**                04/01/17
International Brain Injury Association 12th World Congress
New Orleans, LA

**"DISRUPTED SLEEP PREDICTS NEXT DAY AGITATION IN MODERATE TO**                3/31/17
  **SEVERE TBI"** Poster Presentation along with C Draganich, BA, D Gerber, PsyD, K Monden, PhD,
Jody Newman, MA, Jennifer Biggs, RN, H Schneider, RN, Angela Philippus, BA, M Makley, MD
International Brain Injury Association 12trh World Congress on Brain Injury
New Orleans, LA  3/29-4/1/2017

**"TREATING DISRUPTED SLEEP ON A TBI UNIT WITH A SLEEP HYGIENE**                3/31/17
**INTERVENTION: A FEASBILITY STUDY"** Poster Presentation along M Makley, MD,
K Mondon, PhD, D Gerber, PsyD, J Newman, MA, A Philippus, BA, C Draganich, BA.
International Brain Injury Association 12trh World Congress on Brain Injury

**"PHARMACOLOGICAL REHABILITATION OF FRONTAL
BRAIN DYSFUNCTION FOLLOWING TBI"**
Neuropsychiatry & TBI -  Lecture and Conference Program Chair                    03/17/17
Craig Hospital
Englewood, CO


**"TBI AND RATIONALE PHARMACOLOGIC REHABILITATION"**                              02/01/17
Grand Rounds, University of Colorado School of Medicine
Denver, CO


**"TBI RECOVERY REHABILITATION AND REINTEGRATION"**                              12/14/16
Arapahoe High School Medicine Class, Lecture and Tour – Craig Hospital


**"NEUROPHARMACOLOGY AND BRAIN INJURY REHABILITATION: EVIDENCE              11/18/16
 INFORMED BEST PRACTICES"**
California Brain Injury Association Medical Legal Conference
Silverado, CA


**"APHASIA AND TRAUMATIC BRAIN INJURY: CHARACTERIZATION, NOVEL              11/2/16
    CONSIDERATIONS AND TREATMENT"**
(Presentation with Kim Frey, PhD, Kristin Mascarenes, CCC-SLP)
The American Congress of Rehabilitation Medicine, 93rd Annual Conference


**"STEM CELL TRIAL FOR TBI SANBIO RESEARCH"**                                    9/29/16
Craig Hospital, Board of Directors


**"CONTEMPORARY ISSUES IN SPINAL CORD INJURY REHABILITATION**                    9/22/16
Alaska Brain and Spinal Cord Injury Education Day    Anchorage, Alaska
**"NEUROPLASTICITY AND TBI RECOVERY – THE ROLE OF MINDFULLNESS,              7/29/16
MEDITATION & YOGA"**
Love Your Brain Colorado Event


**"CATASTROPHIC SEVERE TRAUMATIC BRAIN INJURY: EXTREME SPORTS"**              6/10/16
2ND International Extreme Sports Medicine Congress
Boulder, Colorado


**"TBI OUTCOMES AND THE SEARCH FOR THE CURE"**                                  3/26/16
Hawaii Brain Injury Association Meeting
Oahu, Honolulu


**"BEST PRACTICES IN BRAIN INJURY REHABILITATION"**                              03/08/16
Webinar, Workers Compensation


**"HYDROCEPHAULS PREDICTS OUTCOME FOLOWING TRAUMATIC BRAIN INJURY"**        03/03/16
(Platform Presentation – Kowalsi R, Weintraub A, Gerber D.)
Eleventh World Congress on Brain Injury, The Hague, Netherlands


**'INCIDENCE AND CHARACTERISTICS OF POST-TRAUMATIC HYDROCEPHALUS
    DURING INPATIENT REHABILITATION"** (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands                    03/02/16


**"SLEEP EFFICIENCY AND AGITATION AFTER TRAUMATIC BRAIN INJURY              03/02/16
 ON AN INPATIENT REHABILITAIOTH UNIT"** (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands


**"THE PRACTICAL ASPECTS OF MONITORING SLEEP IN POARTICIPANTS WITH              03/02/16
    MODERATE TO SEVERE TRUMATIC BRAIN INJURY ON AN INPAITENT
    REHABILTATION UNIT"** (Poster Presentation – Second Author)

Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"CEREBRAL FAT EMBOLI SYNDROME: CLINICAL AND NEUROIMAGING**    03/02/16
  **CHARACTERISTICS AND OUTCOMES"** (Poster Presentation – Lead Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"INTRAVENRICULAR HEMORRHAGE ON EARLY CT PREDICTS POORER SHORT**    10/28/15
  **AND LONG TERM OUTCOME IN MODERATE TO SEVERE TBI**
  (Poster presentation – 2nd Author)
Eleventh World Congress on Brain Injury, The Hague, Netherlands

**"TRANSITONS IN LONG TERM CARE FOR PERSONS WITH**    10/27/15
  **DISORDERED CONSCIOUSNESS**
American Congress of Rehabilitation Meeting, Dallas, TX

**"TESTOSTERONE REPLACEMENT IN HYPOGONADAL MEN FOLOWING TBI:**    10/02/15
  **RESULTS FROM A DOUBLE-BLIND, PLACEBO CONTROLLED PILOT STUDY.**
Poster presentation, American Academy of PM&R Annual Meeting

**"CURRENT TRENDS IN BRAIN INJURY MEDICINE NEUROREHABILITATION"**    09/24/15
Montana State Workers Compensation State Fund Annual Governors Conference

**"CATASTROPHIC TRAUMATIC BRAIN INJURY: THE LEGAL AND**    09/18/15
  **REAL LIFE INTERSECT"**
Iowa Defense Council Association Annual Conference on Catastrophic TBI

**"MILD TBI – HOT CLINICAL AND RESEARCH TOPICS: PANEL-CASE STUDY**    5/01/2015
**PRESENTATION"**
12th Annual North American Brain Injury Society Meeting

**"PREDICTIVE DETERMINATIONS OF OUTCOMES FOLLLWOING SEVERE TBI:**    4/30/2015
**CASE STUDY PANEL SYMPOSIA"**
12th Annual North American Brain Injury Society Meeting

**"CONTEMPORARY ADVANCES IN BRAIN INJURY MEDICINE**    3/26/2015
**AND NEUROREHABILITATION"**
7th Annual Meeting – Brain Injury Association of Kansas and Greater Kansas City

**"SEVERE TRAUMATIC BRAIN INJURY RECOVERY PATTERNS –**    1/14/2015
  **CASE STUDY SYMPOSIA"**
2015 Brain Injury Summit, Vail, CO

**"ADVANCES IN TRAUAMTIC BRAIN INJURY NEUROREHABILITATION"**    11/7/2014
Montana State Fund 14th Annual Medical Conference

**"PHARMACOLOGIC REHABILITAITON OF NEUROBEHAVIORAL**    11/7/2014
  **DISTURBANCES FOLLOWING TBI"**
Montana State Fund 14th Annual Medical Conference

**"THE REHABILITATION OF NEUROBEHAVIORAL DISORDERS"**    10/23/2014
Minnesota Brain Injury Conference

**"DISORDERS OF CONSCIOUSNESS: MINIMAL COMPETENCY GUIDELINES"**    10/9 & 10/10/2014
Presentation Participant
American Congress of Rehabilitation Medicine
Orlando, Florida

**"CURRENT TRENDS IN BRAIN INJURY NEURO REHABILITATION"** – KEYNOTE SPEAKER    09/12/2014
14TH Annual – On With Life – Brain Injury Rehabilitation Fall Conference
Ankeny, Iowa

**"SEVERE TRAUMATIC BRAIN INJURY AS A CONSEQUENCE OF EXTREME SPORTS"**     6/13/2014
1ST Annual International Extreme Sports Medicine Congress
CU Sports Medicine, University of Colorado
Boulder, CO

**"ADVANCES IN PHARMACOLOGIC REHABILITATION FOLLOWING TBI"**     04/30 – 5/2/2014
**"ACUTE BRAIN INJURY MEDICINE AND REHABILITATION MANAGEMENT FOLLOWING TBI"**
**"SYSTEMS OF CARE FOLLOWING CATASTROPHIC TBI AND POLYTRAUMA: A CASE PRESENTATION"**
2ND Quadrennial Alaska Brain Injury Conference/NABIS
Anchorage, Alaska

**"CONTEMPORARY INNOVATIONS IN BRAIN INJURY NEUROREHABILITATION"**     04/04-04/5/2014
2014 Brain Injury Conference: The Future of Rehabilitation Litigation Trial Lawyers Association
  of British Columbia
Vancouver, BC

**"SEVERE TRAUMATIC BRAIN INJURY AS A CONSEQUENCE OF EXTREME SPORTS"**     06/13/2014
1ST Annual International Extreme Sports Medicine Congress
Boulder, CO

**(1) ADVANCES IN PHARMACOLOGIC REHABILITATION FOLLOWING TBI**     04/30 – 05/2/2014
**(2) ACUTE BRAIN INJURY MEDICINE AND REHABILITATION MGMT FOLLOWING TBI**
**(3) SYSTEMS OF CARE FOLLOWING CATASTROPHIC TBI AND POLYTRAUMA: A CASE PRESENTATION**
2nd Quadrennial Alaska Brain Injury Conference cosponsored with NABIS
Anchorage, Alaska

**CONTEMPORARY INNOVATIONS IN BRAIN INJURY NEUROREHABILITATION.**     04/04-04/05/2014
Plenary Lecture.  The Future of Rehabilitation Litigation – Trial Lawyers Association
British Columbia - Canada

**"PHARMACOLOGICAL REHABILITATION OF NEUROBEHAVIORAL DISORDERS**     04/30/14
    **FOLLOWING TBI"**
St. Elias Specialty Hospital, Anchorage, Alaska

**POSTTRAUMATIC HYDROCEPHALUS: CLINICAL CHARACTERISTIC**     03/19-03/22/2014
  **AND REHABILITATION OUTCOMES.  (Weintraub A**, Gerber D, Gerhart K, Makley M.)
Poster presentation at the Tenth World Congress on Brain Injury. San Francisco, CA.  .

**"BRAINS AND BONES"**     03/11/14
Swedish Medical Center Grand Rounds (with Gary Maerz, MD)

**"REHABILITATION PHARMACOTHERAPY IN SEVERE TBI: A CONCEPTUAL**     12/05/13
    **EVIDENCE INFORMED MODEL"**
Denver Health Medical Center – Neurotrauma Grand Rounds

**"PHARMACOLOGY IN BRAIN INJURY REHABILITATION: A CONCEPTUAL APPROACH**     05/09/13
**TO NEUROBEHAVIORAL DISORDERS"**
Learning Services Symposium – Challenges in the Continuum of Care following a TBI

**"21ST CENTURY INNOVATIONS IN BRAIN INJURY REHABILITATION"**     04/11/13
**KEYNOTE SPEAKER –** Minnesota Brain Injury Alliance
Minneapolis, MN

**PHARMACOLOGIC REHABILITATION OF NEUROBEHAVIORAL DISTURANBCES**     04/11/13
    **FOLLOWING TRAUMATIC BRAIN INJURY**
Minnesota Brain Injury Alliance

Minneapolis, MN

**"THE STATE OF THE ART IN BRAIN INJURY TREATMENT & REHABILITATION**  03/08/13
**KEYNOTE SPEAKER** - Brain Injury Alliance – Iowa
From Research to Reality – Best Practices in Brain Injury Service Delivery
West Des Moines, Iowa

**"ADVANCES IN CATASTROPHIC BRAIN INJURY NEUROREHABILITATION"**  01/24/13
Zenith Insurance Company
San Diego, CA

**"CURRENT CONCEPTS OF SCI REHABILITATION – WHAT CASE MANAGERS NEED**  01/24/13
  **TO KNOW"**
Zenith Insurance Company
San Diego, CA

**"MILITARY RELATED TRAUMATIC BRAIN INJURIES"**  11/7/12
Guest Interviewee on "Studio 12," PBS/Colorado Public Television

**"21ST CENTURY INNOVATION IN BRAIN INJURY MEDICINE AND REHABILITATION"**  9/23/12
International Symposium on Life Care Planning
Denver, CO

**"PHARMACOLOGICAL REHABILITAITON OF NEUROCOGNTIIVE AND BEHAVIORAL**  9/20/12
  **DISTURBANCES IN THE BRAIN INJURED ADULT"**
International Symposium on Life Care Planning – Pre-Course
Denver, CO

**"21st CENTURY INNOVATIONS IN BRAIN INJURY MEDICINE AND REHAB"**  9/15/12
North American Brain Injury Society
Miami, FL

**"SERVICE UTILIZATION IN THE COMMUNITY: DEVELOPMENT OF**  9/12/12
  **STRATIFICATIONS OF CARE"**
Poster Presentation (with J, Anderson, C. Mason, A Siebert)
North American Brain Injury Association

**"PHARMACOLOGIC REHABILITAITON OF NEUROBEHAVIORAL DISTURBANCES**  05/19/12
  **FOLLOWING TRAUMATIC BRAIN INJURY"**
World Federation for NeuroRehabilitation, Biennial Congress
Melbourne, Australia

**"21ST CENTURY INNOVATIONS IN BRAIN INJURY REHABILITATION"**  04/19/12
Learning Services
Lakewood, CO

**"RECOVERY, REHABILITAITON AND OUTCOMES IN CATASTROPHIC TBI:**  03/13/12
  **IMPORTANCE AND PERSPECTIVES"**
Pinnacol Assurance
Denver, CO

**"NEW HORIZONS IN THE FIELD OF BRAIN INJURY MEDICINE AND**  11/18/11
**NEUROREHABILITATION"**
Touchstone/Nexus Neurorecovery Network
Houston, TX

**"21ST CENTURY INNOVATIONS IN THE CARE AND REHABILITATION OF TBI"**  10/12/11
29th Annual Conference of the Brain Injury Alliance of Colorado (BIAC) – Keynote Speaker
Denver, CO

**"BRAIN INJURY PHARMACOLOGY"** 08/02/11
Swedish Medical Center, Family Practice Residency Program

**"NEUROPHARMACOLOGIC REHAB IN THE BRAIN INJURY ADULT"** 04/12/11
Insurance Rehabilitation Study Group (IRSG) 46th Annual Meeting
San Diego, CA

**"ADVANCES IN BRAIN INJURY REHAB: SEARCHING FOR THE CURE"** 04/04/11
Pacific NW Brain Injury Association Conference – Keynote Speaker
Portland, OR

**"THE NEUROSCIENCE OF BRAIN INJURY REHAB: PRACTICAL APPROACHES** 03/09/11
     **TO LONG TERM MANAGEMENT"**
University of Idaho's TBI Webinar

**"SPORTS CONCUSSIONS"** 02/11/11
Sports Medicine Symposium – USA Rugby Conference
Las Vegas, NV

**"SPASTICITY AND TBI"** 10/07/10
Joint Meeting – National Association of State Head Injury Administrators and
     North American Brain Injury Society
Minneapolis, MN

**"TREATMENT OF TRAUMATIC BRAIN INJURY AT THE LONG TERM CARE** 10/23/09
   **HOSPITAL:  CHALLENGES AND OPPORTUNITIES"**
The National Association of Long Term Hospitals
Dallas, TX

**"TBI REHAB"** 10/14/09
Farmers Insurance Claims Executives
Presentation at Craig Hospital
Englewood, CO

**"STATE OF THE ART BRAIN INJURY REHABILITATION"** 6/19/07
Paradigm Healthcare – Case Managers
Presentation at Craig Hospital
Englewood, CO

**"TRAUMATIC BRAIN INJURY NEUROLOGICAL RECOVERY PATTERNS:** 5/17/07
**IMPLICATIONS FOR THE REHABILITATION THERAPIST IN**
**TREATMENT PLANNING"**
TBI Model Systems Leadership Conference
Denver, CO

**"STATE OF THE ART INTERVENTIONS FOR TRAUMATIC BRAIN INJURY** 3/07/07
 **PATIENTS AND FAMILIES"**
Brain Injury Association of Utah

**"NEUROPHARMACOLOGIC ADVANCES AND TRAUMATIC BRAIN INJURY"** 9/01/06
California Brain Injury Association
Napa, CA

**"CATASTROPHIC TRAUMATIC BRAIN INJURY – EVIDENCE-BASED PRACTICES"** 6/16/06
Colorado Trauma Society
Denver, CO

**"OUTCOME ORIENTED TRAUMATIC BRAIN INJURY REHAB –** 5/24/06
     **PREDICTORS, SYSTEMS OF CARE AND COMMUNITY REINTEGRATION"**
Annual Colorado State Rehabilitation Counselors Conference

Denver, CO

**"BENCH SCIENCE MEETS TBI CLINICAL PRACTICE, A NEUROREHABILITATION**   8/11/05
**PERSPECTIVE"**
6th Annual University of California Neurotrauma Meeting
Ojai, California

**"FACTORS ASSOCIATED WITH FATIGUE AFTER TRAUMATIC BRAIN INJURY"**   09/11/04
ACRM-ASNR Joint Conference
Ponte Vedra Beach, FL
(Paper presented by Amitabh Jha MD – Alan Weintraub, et al contributed to study)

**"ADVANCES IN TRAUMATIC BRAIN INJURY NEUROREHABILITATION"**   06/18/04
Eleventh Annual Brain Injury Conference – Mayo Clinic
Rochester, MN

**"PHARMACOLOGIC REHABILITATION OF NEUROCOGNITIVE AND BEHAVIORAL**
**DISTURBANCES IN THE BRAIN INJURED ADULT"**   06/18/04
Eleventh Annual Brain Injury Conference – Mayo Clinic
Rochester, MN

**"PHARMACOLOGIC REHABILITATION IN THE ADULT TBI PATIENT"**   04/02/04
Centre for Neuro Skills
Bakersfield, CA

**"BRAIN INJURY NEUROLOGICAL RECOVERY PATTERNS"**   11/11/03
Montana State Fund – 3rd Annual Education Conference
Helena, Montana

**"TRAUMATIC BRAIN INJURY – ADVANCES & INTERVENTIONS"**   11/11/03
Montana State Fund – 3rd Annual Education Conference
Helena, Montana

**"TRAUMATIC BRAIN INJURY NEUROLOGIC RECOVERY PATTERNS:**
 **IMPLICATIONS FOR THE REHABILITATION THERAPIST IN TREATMENT PLANNING"**   04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"REHABILITATIVE PHARMACOTHERAPY AND FRONTAL BRAIN DYSFUNCTION"**   04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"CASE STUDIES IN DYSPHAGIA MANAGEMENT:  ASSESSMENT, THERAPY AND**
 **MEDICAL TREATMENT"**   04/11/03
Contemporary Forum – Traumatic Brain Injury Conference
San Francisco, CA

**"TRAUMATIC BRAIN INJURY CASE MANAGEMENT**   02/18/03
Case Management Society of American – Rocky Mtn. Chapter
Denver, CO

**'TRAUMATIC BRAIN INJURY ISSUES"**   01/28/03
Regis University, Physical Therapy Department

**"TBI EVALUATION, PREDICTORS AND REHABILITATION CONCEPTS"**   12/2002
University of Hawaii
Trauma Grand Rounds

**"NEUROPHARMACOLOGIC TRENDS IN ACUTE AND CHRONIC TBI MANAGEMENT"**   12/2002
University of Hawaii

Department of Neurotrauma

**"TBI REHABILITATION: NEW DEVELOPMENTS & TRENDS"**                     09/19/02
2002 Governor's Conference on Workers' Compensation & Occupational Safety and Health
West Yellowstone, MT

**"SEARCHING THE CURE"**                     06/29/02
The Brain Injury Symposium
Honolulu, Hawaii

**"NEUROPHARMACOLOGY OF THE FRONTAL LOBES"**                     06/28/02
The Brain Injury Symposium
Honolulu, Hawaii

**"TRAUMATIC BRAIN INJURY REHABILITATION"**                     05/13/02
Western Association of Workers' Compensation Boards
Denver, Co

**"CONCUSSION:  A MEDICAL STANDPOINT"**                     03/23/02
Trainers/Coaches State Conference
Denver, Co

**"PATHOPHYSIOLOGY & MEDICAL MANAGEMENT OF TRAUMATIC BRAIN INJURY**                     03/12/02
Regis University, Department of Physical Therapy
Denver, Co

**"TBI SYSTEMS OF CARE"**                     3/7 – 3/8/02
Speaker/Facilitator (Private/Public Agencies)
Hawaii

**"BRAIN INJURY REHAB"**                     02/27/02
Pinnacol Insurance Seminar
Denver, Co

**"TRAUMATIC BRAIN INJURY, THE CUTTING EDGE"**                     11/30 – 12/01/01
Brain Injury Association Meeting
Hawaii

**"OVERVIEW OF TRAUMATIC BRAIN INJURY REHABILITATION"**                     11/13/01
Colorado Case Management Association Meeting
Craig Hospital, Englewood, Co

**"LATEST DEVELOPMENTS IN TRAUMATIC BRAIN INJURY"**                     10/11 – 10/12/01
Louisiana Workers Compensation Corporation Annual Meeting
New Orleans, LA

**"LATEST DEVELOPMENTS IN TRAUMATIC BRAIN INJURY"**                     10/11 – 10/12/01
Occupational Medicine 2001:  New Challenges, Best Practices
Southern Physical Rehab Network & Tenet HealthSystem

**"TRAUMATIC BRAIN INJURY"**                     08/02/01
Louisiana Workers Compensation & Gen Cologne Re
Craig Hospital, Englewood, CO

**"CATASTROPHIC TRAUMATIC BRAIN INJURY – ADVANCES IN
    INTERVENTION AND VIDEO VIGNETTES"**
Fourteenth Annual Trauma Symposium                     07/31/01
Stanford Hospital & Clinics

**"SPORT CONCUSSION MANAGEMENT IN THE PROFESSIONAL ATHLETE"**      06/26/01
Professional Hockey Athletic Trainers & Equipment Mangers Annual Conference
Palm Springs, CA

**"TBI MODEL SYSTEMS PROGRAM"**      05/22/01
Colorado Workers Compensation Special Funds Unit

**"ADVANCES IN BRAIN INJURY TREATMENT"**      4/20/01
American Association of Legal Nurse Consultants
Broomfield, Colorado

**"CATASTROPHIC SPINAL CORD AND BRAIN INJURY"**      04/04 – 04/05/01
Zenith Insurance
Sarasota, Florida

**"OVERVIEW OF TBI REHAB"**      03/22/01
Regis University, Department of Physical Therapy
Denver, CO

**"ACUTE CARE AND REHABILITATION"**      01/18/01
Understanding Traumatic Brain Injury for the Clergy
Craig Hospital
Englewood, Colorado

**"SEARCHING THE CURE: REALITY VS. HOPE"**      12/09/00
2000 Brain Injury Symposium
Hawaii Convention Center
Honolulu, Hawaii

**"RECOGNIZING AND COORDINATING CATASTROPHIC INJURY"**      09/27/00
55th Annual Florida Workers' Compensation Educational Conference
Orlando, Florida

**"TRAUMATIC BRAIN INJURY AND REHABILITATION"**      07/25/00
28th Annual WAWCB Conference
Coeur d'Alene, Idaho

**"ADVANCES IN THE FIELD OF CATASTROPHIC TRAUMATIC BRAIN INJURY"**      06/26-27/00
Zenith and General Reinsurance
Sarasota/Orlando, Florida

**"TRAUMATIC BRAIN INJURY AND REHABILITATION"**      06/25/00
28th Annual Western Association of Workers Compensation Boards
Idaho

**"PHARMACOLOGIC REHABILITATION OF THE BRAIN INJURED ADULT"**      06/12/00
5th Annual Traumatic Brain Injury/Spinal Cord Injury Research Symposium
University of Kentucky
Lexington, Kentucky

**"PHARMACOLOGY AND TRAUMATIC BRAIN INJURY"**      06/06/00
University Hospital, Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"TRAUMATIC BRAIN INJURY REHABILITATION: "NEW DEVELOPMENTS AND TRENDS"**      03/24/00
Educational Planning Committee, Inc.  NCARIP/NCNARPPS

**"PATHOPHYSIOLOGY AND MEDICAL MANAGEMENT OF TRAUMATIC BRAIN INJURY"**      03/14/00
Regis University

Denver, Colorado

**"VIOLENCE AS A CAUSE OF TBI IN COLORADO"**                     10/07-09/99
**"AN OVERVIEW OF THE TBI MODEL SYSTEM"**
Brain Injury Association of Colorado
17th Annual Conference
Vail, Colorado

**"BRAIN INJURY TREATMENT AND REHABILITATION"**                 10/05/99
Idaho Industrial Commission
1999 Annual Workers' Compensation Seminar
Boise, Idaho

**"PHARMACOLOGICAL APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**   09/29/99
Wyoming Medical Center – Grand Rounds
Cheyenne, Wyoming

**"SPORTS RELATED CONCUSSION"**                                 09/07/99
Denver Broncos Sports Medicine Clinic In service
Englewood, Colorado

 **"RECENT DEVELOPMENTS IN THE FIELD OF TRAUMATIC BRAIN INJURY"**  07/28/99
ROSE Fifteenth Annual Seminar
Minneapolis, Minnesota

**"ADVANCES IN TBI CARE FOR SCHOOL-AGED CHILDREN"**             05/21/99
State School Nurses Conference
Denver, Colorado

**"NEUROPHARMACOLOGICAL APPROACHES TO FRONTAL BRAIN**           05/12/99
DYSFUNCTION"**
Lectureship – San Juan Regional Medical Center
Farmington, New Mexico

**"ADVANCES IN TBI REHABILITATION"**                            05/02/99
Searching the Cure
Insurance Rehabilitation Study Group
San Francisco, California

 **"OVERVIEW TBI MODEL SYSTEMS"**                               04/22/99
BIAC Board Meeting
Englewood, Colorado

**"SPORTS RELATED CONCUSSION"**                                 03/20/99
Bronco's Sports Medicine Rehabilitation Symposium               03/02/99
Denver, Colorado

**"SEARCHING THE CURE: REALITY VS. HOPE"**                      03/18/99
Brain Injury Association of Iowa
Emerging Practices in BI Service Delivery
Desmoines, Iowa

**"NEW DEVELOPMENTS IN TRAUMATIC BRAIN INJURY REHAB"**          02/27/99
San Juan Regional Medical Center Trauma Conference
Trauma: Scene to Salvage '99
Farmington, New Mexico

**"RECENT DEVELOPMENTS IN BRAIN INJURY**                        02/19/99

Craig Hospital Grand Rounds
Englewood, Colorado

**"TBI MODEL SYSTEMS AND THE ROCKY MOUNTAIN REGIONAL BRAIN INJURY**            02/09/99
**SYSTEM"**
Craig Hospital Grand Rounds
Englewood, Colorado

**"NEUROMEDICAL CONSEQUENCES OF BRAIN INJURY: ADVANCED**                        11/20/98
**TREATMENT CONCEPTS"**
**"THE CUTTING EDGE: MOVING LIFE CARE PLANNING TO THE NEXT LEVEL"**
Life Care Planning Conference
Atlanta, Georgia

**"INTRATHECAL BACLOFEN THERAPY IN ABI DISCUSSION GROUP"**                      11/06/98
AAPM&R-Medtronics Meeting
Seattle, Washington

**"POTENTIALLY NEW MEDICATIONS TO TREAT SPASTICITY DUE TO**                     11/05/98
**ACQUIRED BRAIN INJURY"**
AAPM&R Meeting
Seattle, Washington

**PHARMACOLOGY AND TBI"**                                                       11/01/98
**"OUTPATIENT SERVICE UTILIZATION POST TBI"** POSTER
**"TBI OUTCOMES AND VIOLENCE"** POSTER
**"TBI COGNITIVE HEALTH"** POSTER
**"ATYPICAL TBI RECOVERY PATTERNS"** POSTER
BIA National
New Orleans, Louisiana

**"PHARMACOLOGICAL APPROACHES TO THE FRONTALLY IMPAIRED"**                      10/23/98
Plastic Surgery Lectureship
Swedish Medical Center
Englewood, Colorado

**"TBI REHAB AND MANAGEMENT"**                                                  10/13-14/98
Swiss Re America
Denver, Colorado

**"ADVANCES IN TBI REHAB"**                                                     10/08-09/98
**"SEARCHING THE CURE: REALITY VS. HOPE"**
**"SPASTICITY/DYSTONIA AND OTHER PHYSICAL SEQUELAE"**
Brain Injury Association of Colorado
Vail, Colorado

**"TBI REHAB"**
AIG Insurance                                                                  02/10/98
Phoenix, Arizona

**"INJURY SEVERITY, RECOVERY PATTERNS AND PREDICTIVE OUTCOME IN**               10/28/97
**SEVERE HEAD INJURY"**
11th Annual Stanford Trauma Symposium
Mystery and Intrigue of Trauma II
Stanford, California

**"SPORTS RELATED REPETITIVE MILD BRAIN INJURIES"**                            10/17/97
Penrose Hospital 10th Annual Trauma Symposium
Colorado Springs, Colorado

**"BRAIN INJURY: RECOVERY PATTERNS AND PREDICTORS OF OUTCOME"**          10/09/97
**"ADVANCES IN NEUROPHARMACOLOGIC RESEARCH IN
CATASTROPHIC SCI AND TBI"**
2nd Annual Life Care Planning Conference
Outcomes and Accountability
New Orleans, Louisiana

**"NEUROPHARMACOLOGIC APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**          10/03/97
**"ATYPICAL RECOVERY PATTERNS FOLLOWING TBI"**
Brain Injury Association of Colorado
Vail, Colorado

**COMPREHENSIVE TBI TRAINING SEMINAR**          03/07/97
Prudential Case Management Training Seminar
Craig Hospital, Englewood, Colorado

**"THE NEUROLOGY OF BRAIN INJURY"**          03/01/97
TBI Educators' Conference
Denver, Colorado

**"TBI - AN OVERVIEW OF THE SILENT EPIDEMIC"**          02/12/97
PCA Solutions - Workers' Compensation
Orlando, Florida

**"NEUROPHARMACOLOGIC APPROACHES TO FRONTAL BRAIN DYSFUNCTION"**          02/09/97
Craig Hospital's Annual Medical Staff Meeting
Englewood, Colorado

**"CURRENT TRENDS AND SYSTEMS OF CARE"**          12/9-10/96
HCBS-BI Case Managers Training
Department of  Health Care Policy and Financing
Office of Public and Private Initiatives
Denver, Colorado

**"ATYPICAL RECOVERY PATTERNS FOLLOWING TRAUMATIC BRAIN
INJURY IN MULTIPLE SCLEROSIS PATIENTS"**          11/23-24/96
Scientific Poster and Paper
International Association for the Study of Traumatic Brain Injury
Melbourne, Australia

**"MANAGEMENT OF CATASTROPHIC INJURY CLAIMS"**          10/3-4/96
Chartered Property Casualty Underwriters
Denver, Colorado

**"HETEROTOPIC OSSIFICATION IN TBI PATIENTS"**          09/11/96
Symposium
O'Hare Rehabilitation Center
Denver, Colorado

**"STROKE REHABILITATION"**          06/96
Bethany Healthplex
Denver, Colorado

**"THE FRONTAL LOBE SYNDROME"**          02/96
Learning Services
Lakewood, Colorado

**"THE NEUROLOGIC EXAMINATION IN TBI"**
Metro State College - Speech Department
Denver, Colorado

11/16/95

**"NEUROMEDICAL CONSEQUENCES OF TRAUMATIC BRAIN INJURY AN INTERDISCIPLINARY APPROACH"**
Missoula, Montana

08/25-26/95

**"TBI MODELS OF CARE AND SUBSTANCE ABUSE" (Interviewer)**
 Northern Rockies Brain Injury Symposium
Missoula, Montana

08/25-26/95

**"PCA SOLUTIONS - STATE OF THE ART ISSUES IN TRAUMATIC BRAIN INJURY CARE"**
Workers' Compensation Insurance Group
Orlando, Florida

03/31/95

**"ADVANCES IN NEUROLOGICAL ASPECTS OF BRAIN INJURY REHABILITATION"**
Learning Services
Lakewood, Colorado

12/13/94

**"MEDICAL AND REHABILITATION MANAGEMENT OF TBI"**
Metlife Training Seminar
Craig Hospital
Englewood, Colorado

12/5/94

**"THE NEUROLOGICAL EXAMINATION -- A FUNCTIONAL MODEL"**
Speech  Department Lectureship Series
Metro State University
Denver, Colorado

10/27/94

**"TRAUMATIC BRAIN INJURY -- A CATASTROPHIC INJURY MODEL"**
Two Lectureships
49th Annual Florida workers' Compensation Educational Conference
Orlando, Florida

09/20/94

**"CUTTING EDGE ISSUES IN TBI"**
Case Managers Seminar
Bear Creek Learning Services
Lakewood, Colorado

01/10/94

**"OVERVIEW OF TRAUMATIC BRAIN INJURY REHABILITATION"**
General Re-insurance Seminar
Craig Hospital
Englewood, Colorado

11/18/93

**"PRINCIPLES OF LOW PRESSURE DRAINAGE FOR THE TREATMENT OF NEUROGENIC BLADDER COMPLICATIONS"**
55th  Annual Assembly
American Academy of Physical Medicine and Rehabilitation
Miami, Florida

11/03/93

**MODERATOR - "TBI SCIENTIFIC PAPER SESSIONS"**
55th Annual Assembly
American Academy of Physical Medicine and Rehabilitation
Miami, Florida

11/02/93

**"CUTTING EDGE ISSUES IN TBI CARE: AN OVERVIEW"**
Metropolitan Life Insurance Seminar
Miami, Florida

09/15/93

**"PATHOPHYSIOLOGY AND RECOVERY PATTERNS OF TRAUMATIC SUBCORTICAL INJURIES"** 04/08/93
Brain Injury Program - Grand rounds
Craig Hospital
Englewood, Colorado

**"BRAIN INJURY - THE SILENT EPIDEMIC"** 03/15/93
Issues of the 90's Lectureship
Cherry Creek High School
Englewood, Colorado

**"COMPREHENSIVE REHABILITATION: REIMBURSEMENT PERSPECTIVES A PHYSICIANS ROLE - CONFRONTING OUR FUTURE"** 11/13/92
American Academy of Physical Medicine and Rehabilitation
54th Annual Assembly
San Francisco, California

**MODERATOR: TBI SCIENTIFIC PAPER SESSIONS** 11/13/92
54th Annual Assembly
American Academy of Physical Medicine and Rehabilitation
San Francisco, California

**"THE SPECTRUM OF TRAUMATIC BRAIN INJURY"** 11/12/92
Workers Compensation Reinsurance Bureau
Newark, New Jersey

**"OVERVIEW OF TBI"**
**"MECHANISMS OF TBI"**
**"NEUROLOGIC RECOVERY PATTERNS OF TBI"** 03/26/92
State Farm Insurance Conference
Denver, Colorado

**"PREVENTION OF TBI AND THE USE OF BICYCLE SAFETY HELMETS"** 01/09/92
Craig Hospital - Brain Injury Program - Grand Rounds

**"ACUTE NEUROPHARMACOLOGIC MANAGEMENT IN TBI PATIENTS"** 12/13/91
Swedish Trauma Service Rounds

**"PREVENTION OF TBI AND THE USE OF BICYCLE SAFETY HELMETS"** 11/12/91
Colorado Medical Society
Denver, Colorado

**"RECOVERY PATTERNS FOLLOWING HYPOXIA-ISCHEMIC CEREBRAL INJURY"** 10/19/91
Heritage Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF TRAUMATIC BRAIN INJURY"** 09/18/91
Executive Risk Consultants, Inc.
Altamonte Springs, Florida

**"BRAIN INJURY REHABILITATION: BEHAVIORAL PROBLEMS AND CHOICE OF MEDICATION"** 08/13/91
Bethesda Psych Hospital
Denver, Colorado

**"THE SILENT EPIDEMIC - TRAUMATIC BRAIN INJURY"**     06/91
Thousand Points of Light
Colorado Head Injury Foundation Benefit

**"THE REALITIES OF BRAIN INJURY"**     04/26/91
The National Head Injury Foundation
Denver, Colorado

**"NEUROPHARMACOLOGY IN BRAIN INJURY"**     04/25/91
Head Injury Association
Detroit, Michigan

**"NEUROPHARMACOLOGY IN BRAIN INJURY"**     04/19/91
American Speech and Language Association
Denver, Colorado

**"NEUROPHARMACOLOGICAL APPROACHES IN BRAIN INJURED REHABILITATION"**     04/11-13/91
Colorado Speech-Language-Hearing Association
Lakewood, Colorado

**INTRODUCTION - CO-MODERATOR "THE CUTTING EDGE"**     01/14/91
9th Annual Southwest Brain Injury Conference
Vail, Colorado

**"DISCHARGE PLANNING FROM A PHYSICIAN'S PERSPECTIVE"**     07/27/90
Colorado Head Injury Foundation - Case Manager's Conference
Denver, Colorado

**"PHARMACOLOGIC MANAGEMENT IN BRAIN INJURY"**     03/06/90
INSERVICE - Nursing Staff Craig Hospital
Englewood, Colorado

**MODERATOR - "HEAD INJURY SCIENTIFIC PAPERS"**     02/13/90
8th Annual Southwest Head Injury Symposium
Sedona, Arizona

**CO-ORGANIZER - "NEURO-ANATOMY COURSE"**     02/90
Colorado Neurologic Institute

**"HETEROTOPIC OSSIFICATION FOLLOWING CENTRAL
NERVOUS SYSTEM INJURY"**     01/19/90
Colorado Society of Rehabilitation Nursing
Denver, Colorado

**"FACTS, MYTHS AND REALITIES"**
**"SPECTRUM OF TRAUMATIC BRAIN INJURY: RECOVERY PATTERNS,**     02/24/89
**COMPLICATIONS AND SEQUELAE"**
**"TRAUMATIC BRAIN INJURY: TYPES OF INJURY, INITIAL EVALUATION
AND TREATMENT VEGETATIVE STATES"**
Colorado Trial Attorneys Update, Colorado Head Injury Foundation
Denver, Colorado

**MODERATOR - "HEAD INJURY SCIENTIFIC PAPERS"**     01/30/89
7th Annual Southwest Head Injury Symposium
Options for the 1990's - Opportunities for Success
Park City, Utah

**"USE OF PHARMACOLOGIC AGENTS IN TBI"**     01/19-20/89
**"PEDS REHAB '89"**
**"MANAGEMENT OF SPASTICITY AND HEAD INJURY"**

Children's Hospital
Denver, Colorado

**"TRAUMATIC BRAIN INJURY - AN OVERVIEW"**　　　　　01/13/89
3rd Annual Winter Conference
The Workers' Compensation Education Association
Denver, Colorado

**"OVERVIEW OF TRAUMATIC BRAIN INJURY AND REHABILITATION**　　12/12/88
**SYSTEMS OF CARE"**
Swedish Medical Center Neurosensory Meeting
Englewood, Colorado

**"QUANTITATIVE BONE LOSS AFTER SPINAL CORD INJURY"**　　10/30-11/04/88
American Congress of Rehabilitation Medicine
American Academy of Physical Medicine and Rehabilitation
Seattle, Washington

**"MECHANISMS OF BRAIN INJURY"**　　　　　　　　10/22/88
**"MINOR HEAD INJURY: CENTRAL NERVOUS SYSTEM SPASTICITY"**
Second Annual Pacific Coast Brain Injury Association
B.C. Head Injury Association & Western Rehabilitation Society
Richmond, B.C.

**"TRAUMATIC BRAIN INJURY: A SYSTEM OF CARE"**　　　　10/07/88
North American Reinsurance
Craig Hospital
Englewood, Colorado

**"THE USE OF PHARMACOLOGICAL AGENTS IN BRAIN INJURED PATIENTS"**　08/19-21/88
Colorado Head Injury Foundation, Inc.
6th Annual Family/Professional Conference
Colorado Springs, Colorado

**"OVERVIEW OF HEAD INJURY"**　　　　　　　　　07/88
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"**　　05/20/88
Robert Wood Johnson Institute
Edison, New Jersey

**"MEDICAL/NEUROLOGICAL AND REHABILITATION SEQUELAE**　　05/04/88
**FOLLOWING TRAUMATIC BRAIN INJURY"**
University of Colorado Residency Lectureship
Denver, Colorado

**"PATHOPHYSIOLOGY AND RECOVERY PATTERNS FOLLOWING**　　05/02/88
**TRAUMATIC BRAIN INJURY"**
University of Colorado Residency Lectureship
Denver, Colorado

**"MECHANISMS AND SEQUELAE MANAGEMENT OF TRAUMATIC BRAIN INJURY"**　04/29/88
Disability Management 1988 - Current Legal and Medical Developments
Denver, Colorado

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"**　　01/10-13/88

6th Annual Southwest Head Injury Symposium
Lake Tahoe, Nevada

**"SPASTICITY MANAGEMENT IN THE HEAD INJURED ADULT"** 01/07/88
Heritage Rehabilitation Center
Denver, Colorado

**"HETEROTOPIC OSSIFICATION IN THE HEAD INJURED ADULT"** 12/10/87
Swedish Medical Center Neurotrauma Unit In service
Englewood, Colorado

**"HETEROTOPIC OSSIFICATION IN THE HEAD INJURED ADULT"** 11/20/87
Craig Hospital, Grand Rounds
Englewood, Colorado

**"OVERVIEW OF HEAD INJURY"** 10/87
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**DISCUSSANT - "SCIENTIFIC PAPER PRESENTATION (HEAD TRAUMA)"** 10/19/87
49th Annual Assembly American Academy of Physical Medicine and Rehabilitation
Orlando, Florida

**"HETEROTOPIC OSSIFICATION AND THE TBI ADULT"** 10/17/87
49th Annual American Academy of Physical Medicine and Rehabilitation
Orlando, Florida

**"HEAD INJURY AND SEQUELAE"** 07/24/87
Northern Colorado Medical Record Association
Boulder, Colorado

**"RECOVERY PATTERNS, TREATMENTS, COMPLICATIONS AND SEQUELAE"** 06/18/87
Management of the Head Injury Patient: The Long Term Perspective
Physicians' Home Care
Englewood, Colorado

**"GUNSHOT WOUND IN SPINAL CORD INJURY"** 03/19-24/87
**"MANAGEMENT OF SPASTICITY"**
Fourth Annual Physical Medicine Short Course
Fitzsimons Army Hospital
Aurora, Colorado

**"SEQUELAE OF HEAD INJURY"** 03/87
Regency Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF HEAD INJURY"** 02/87
Regency Rehabilitation Hospital
Denver, Colorado

**"OVERVIEW OF HEAD INJURY RELATED TO SKIING"** 01/87
Winter Park Handicap Ski Program
Winter Park, Colorado

**"OVERVIEW OF HEAD INJURY"** 01/87
Behavioral Attendant Orientation Service
Craig Hospital
Englewood, Colorado

**"HETEROTOPIC OSSIFICATION"** 08/86
Orthopaedic Section Conference
Swedish Medical Center, Englewood, Colorado

**"OVERVIEW OF HEAD INJURY"** 07/86
University of Colorado
Resident Lectureship
Denver, Colorado

**"THE HEAD INJURY PROGRAM"** 06/19/86
St. Anthony's Rehabilitation Department
Denver, Colorado

**"OVERVIEW OF SPINAL INJURY"** 06/09/86
South Denver Paramedic/EMT Conference
Swedish Medical Center
Englewood, Colorado

**"GUNSHOT WOUNDS TO THE SPINE"** 05/17/86
Craig Hospital Grand Rounds
Englewood, Colorado

**"SPASTICITY"** 04/03/86
Centre for Neuro Skills
Bakersfield, California

**"HETEROTOPIC OSSIFICATION"** 03/86
Regency Hospital
Denver, Colorado

**"MULTIPLE IN SERVICES TO TBI INTERDISCIPLINARY TEAM** 1986-present
**ON "CLINICAL TBI ISSUES"**

**TRAINING OF MEDICAL STUDENTS, RESIDENTS AND FELLOWS** 1986-present
**IN "ISSUES RELATED TO TBI CLINICAL"**

**"GUNSHOT WOUNDS OF THE SPINE"** 12/85
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"HYPERTENSION IN HEAD INJURY"** 08/85
Pediatric In service
Children's Hospital
Denver, Colorado

**"AUTONOMIC HYPERREFLEXIA"** 08/84
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"STEROID MYOPATHY"** 02/84
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"DEPRESSION AND CNS DISORDERS"** 05/83
Grand Rounds

University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

**"REFLEX SYMPATHETIC DYSTROPHY"** 04/83
Grand Rounds
University of Colorado-Department of Physical Medicine and Rehabilitation
Denver, Colorado

# CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

**Education**
1979     Bachelor of Science Degree in Nursing, University of Tennessee, Knoxville, TN

**Conferences/Seminars** (contact hours)
2017     Association of Rehabilitation Nursing (12.0) covering: Catastrophic Case
Management; Life Care Plans; Forensic Rehabilitation

Association of Rehabilitation Nursing (5.0) covering: Challenges of Family
Caregivers of Veterans Diagnosed with Traumatic Brain Injury; Changes in Payment
Regulation and Acute Care Use of Total Hip Replacement; Trends in Length of Stay

Association of Rehabilitation Nursing (1.0) covering Alternative Practices in
Rehabilitation Nursing

Association of Rehabilitation Nursing (1.0) covering Experience with Mirror
Therapy

American Nurses Association (1.4), Enteral Nutrition Update

American Nurses Association (1.3), Chronic Pain

Association of Rehabilitation Nursing (0.5), Pediatric Sepsis

2016     Certified Case Manager Workshop Certification (14.0) covering Current and Future
Practice of High Quality Case Management and Patient Centered Case Management
Services

Association of Rehabilitation Nursing (1.0) covering Factor Influencing Outpatient
Cardiac Rehabilitation Attendance

2015     Certified Rehabilitation Registered Nurse Review (18.0) Seminar covering: Life
Care Planning; Ethical Issues; Changes in Health Care; New Therapies, Cardiac
Rehabilitation; Traumatic Brain Injury; Pain Management; Spinal Cord
Injury/Musculoskeletal/Orthopedic Disorders; Stroke; Pediatric Rehabilitation;
Management of Aortic Stenosis

2014     Certified Rehabilitation Registered Nurse Review Seminar (42.5)
Rehabilitation of Brain Injury, CRRN (12.0)
Chemical Electrical Burns (1.0)

2013     ARN Nursing Traumatic Brain Injury (7.0)

Elder Care (4.0)
Pediatric Rehabilitation (5.0)
Rehabilitation of Spinal Cord Injury (8.4)

2012    Core Curriculum for Case Management (23.0)
        Case Management Society of America
    Stroke Rehabilitation:  A Function-Based Approach (7.0)
    Wound Care:  Palliative, Home, and Clinical Practices (4.0)
    Evidence-Based Rehabilitation Nursing: Common Challenges and Interventions (10.0)
    Bowel Management in Rehabilitation (8.1)
    Rehabilitation of Brain Injury (7.0)
    Pediatric Rehabilitation (5.0)
    Nutrition and Dysphagia Management (3.0)
        Association of Rehabilitation Nurses

2011    Understanding Spinal Cord Injury (8.4)
    Understanding Brain Injury (8.4)
        Shepherd Center Foundation and American Trauma Society
    Assessment and Documentation of Pressure Ulcers (1.0)
        Kinetic Concepts Incorporated (KCI)
    Understanding Treatment of Chronic Pain (1.0)
    Understanding EMG/NCV (1.0)
        Middle Tennessee Case Managers' Association
    Neurostimulation (1.0)
        Mid-South Workers' Compensation Association
    Medical Case Management (7.5)
        Vanderbilt University

2010    Certified Rehabilitation Registered Nurse Review Seminar (20.5), covering:
    Life Care Planning; Ethical Issues; Changes in Healthcare:  Technical, Role Related,
    and New Therapies; Cardiac Rehabilitation; Neuroanatomy; Traumatic Brain Injury;
    Spinal Cord Injury; Musculoskeletal/Orthopedic Disorders; Pain Management;
    Geriatric Rehabilitation; Trends in Rehabilitation; Achieving and Maintaining Health
    Maintenance Goals; Stroke; Pulmonary Rehabilitation; Pediatric Rehabilitation

2009    Case Management Society of America (30.5)
    Certified Rehabilitation Registered Nurse Seminar (20.5), covering:
    Life Care Planning; Neuroanatomy; Traumatic Brain Injury; Spinal Cord Injury;
    Musculoskeletal / Orthopedic Disorders; Stroke Patients; Achieving & Maintaining
    Health Maintenance Goals; Pulmonary Rehabilitation; Cardiac Rehabilitation; Pain
    Management; Pediatric Rehabilitation; Geriatric Rehabilitation

2008    Case Management Society of America (24.0)
    Cultural and Language Impact on Health Care Delivery (1.0)
    Ethical Issues with Patient Records & HIPPA (1.0)

Management of Chronic Pain in Occupational Health (2.0)
Medical Case Management – Vanderbilt (6.5)
Treatment of the Lumbar Spine & Physical Therapy Evaluation (1.0)

2007    Case Management Society of America (22.1)
Chronic Pain Intervention (1.0)
Orthopedic Shock Wave (1.5)
Reflex Sympathetic Dystrophy (1.2)
Treatment of Lumbar Spine Injuries (1.5)

2006    Advanced Catastrophic Case Management (12.0)
Advancement in Orthotics (1.5)
Case Management Society of America (20.0)
Life Care Planning (12.0)

2005    Advanced Practice in Case Management (25.0)
Case Management Society of America (20.0)

2004    Case Management Society of America (22.8)

2003    Case Management Society of America (25.0)

2002    Advanced Practice in Case Management (20.5)
Update in Life Care Planning (3.0)

2001    Case Management Society of America (31.3)

1999    Current Issues in Case Management (2.0)
Rehabilitation of the Injured Worker (2.0)

1998    Advanced Catastrophic Case Management (12.0)

1997    Case Management Society of America (21.6)
Life Care Planning (10.0)
Life Care Plans: Spinal Cord Injury (20.0)

1996    Addressing Physical Therapy Needs (4.0)
Case Management Society of America (21.0)
Independent Study in Case Management (3.0)
Spinal Cord Injury (5.0)

1995    Chronic Pain (3.0)
Creating a Practical Measurement System in Post-Acute Rehabilitation for Persons
with Acquired Brain Injury (12.0)

Occupational Medicine (3.0)
Pediatric Physical Therapy (3.0)
Scope and Function of Physical Medicine and Rehabilitation (5.0)

1994 Brain Injury (15.0)
Case Management Society of America (15.0)
Spinal Stenosis (2.0)

1993 Case Management Society of America (15.0)
Managed Care (1.0)
Mid-South Department of Labor (20.0)
Quality Improvement and Ethics in Case Management (6.0)

1989 Expert Vocational Training (16.0)
Life Care Planning (16.0)
National Head Injury Seminar (including 1987 and 1986)

**Credentials**
Certified Nurse Case Manager by American Nurses Association
Certified Rehabilitation Registered Nurse
State of Tennessee Nursing License

**Accomplishments**

1994 Named one of the "Future 50" companies by the Nashville Area Chamber of Commerce.

1993 Care Management Consultants, Inc. was selected by the Tennessee Department of Labor to provide case management peer review.
Developed the policies, procedures, and protocols for the practice of case management in the State of Tennessee for the Department of Labor

1992 Began testifying as Life Care Planner.

1989 Life Care Planning Seminar and Training. Extensive experience in consulting and preparation of life care plans.

1988 Appointment by Intra Corp as Trainer for the Southeast Territory. Responsible for training over 100 new case managers

1987 – 1990 Intra Corp Rehabilitation Regional Trainer for the Southeastern United States. Week long formalized training of new case managers that entailed coverage of Worker's Compensation laws, liability, long-term disability claims, case management, and communication skills.

| | |
|---|---|
| 1986 | Committee for the Development of Regional Burn Unit at Vanderbilt University. |
| 1983 – 1991 | Extensive case experience in coordination of catastrophic injuries, which includes Head Injury, Spinal Cord Injury, Amputations, Burns, Psychiatric, and Multiple Trauma Cases. Experience in chronic illness as well. |
| 1981 – 1985 | Speaking assignments at Middle Tennessee School of Nursing. Topics on Fluid and Electrolyte Imbalance, Burns, Pancreatitis, and Head Injury. |
| 1981 | Appointment of Staff Nurse I at Vanderbilt University Medical Center. |
| 1980 | Presentations for Continuing Education at Blount Memorial Hospital. Topics included Arsenic Poisoning, Fluid and Electrolyte Imbalance, and Burns. Committee for Development of Quality Guidelines in Care Planning. Recruiter, spokesperson for Registered Nurses in East Tennessee. |

**Experience**

Extensive case experience and supervision of catastrophic injuries listed, i.e., head injury, spinal cord injury, amputations, burns, multiple traumas

| | |
|---|---|
| 1990 – Present | Care Management Consultants, Inc., Brentwood, TN<br>President and Owner<br>Life Care Planner<br>Case Manager for Catastrophic Pediatric and Adult Cases<br>Manage 25 employees<br>26 years direct case management experience |
| 1986 – 1989 | Intra Corp, Brentwood, TN<br>Rehabilitation Specialist with promotion to Senior Rehabilitation Specialist<br>Strong experience with worker's compensation, auto liability claims, group insurance, and long term care<br>Medical case management of catastrophic cases with emphasis on head injury, spinal cord injury, amputations, and burns |
| 1983 – 1985 | Aetna Life & Casualty, Nashville, TN<br>Nurse Coordinator in the Claim's Department Staff<br>Experience with workers compensation and catastrophic injuries |
| 1980 – 1983 | Vanderbilt University Medical Center, Nashville, TN<br>Staff II Nurse<br>Charge Nurse of 32 bed unit providing care of high acuity trauma patients |

CATHLIN VINETT MITCHELL, RN, BSN, CRRN, CM

1979 – 1980    Blount Memorial Hospital in Maryville, Tennessee
               Float Nurse
               Worked throughout the hospital (mainly in ER, ICU, and Orthopaedics)

# Vita-Ernest Goss
## 5202 Burt St. Omaha, NE 68132; (402) 280-4757
e-Mail  ernieg@creighton.edu; websites; www.outlook-economic.com  www.ernestgoss.com
www.twitter.com/erniegoss

## Current position & outreach activities

- January 1, 1992 – Present, MacAllister Chair in Economics, Professor of Economics, Creighton University. Each month my economic survey results appear in 100-150 print outlets, 40-75 radio outlets and scores of TV stations and blogs.
- July 1, 2014 –Dec. 31, 2015, Director of the Institute for Economic Inquiry, Creighton University.
- July 1, 2010 – Present, Research Faculty with California State University, Fresno.  Designed and implemented a survey of the San Joaquin Valley, California for California State University-Fresno.  Survey has been conducted monthly since October 2010.

- Fall 2009 – Fall 2015.   Testified before U.S. Congress regarding the closure of GM and Chrysler dealerships. Completed analysis of Blender's Tax Credit for Congress. Testified before the Kansas Legislature and the Nebraska Legislature (numerous times).

- Fall 2005.  Appointed by Nebraska Attorney General to head task force to investigate factors affecting the price of gasoline & diesel fuel in the state. Produced study which is available on request.

- December 2003 – July 2004.  Scholar-in-Residence-Congressional Budget Office.  Research project was to investigate the impact of the Internet on U.S. productivity growth.

- 2005-present.  Created the Rural Mainstreet Economic Outlook.  A monthly survey of bank CEOs in 10 states. Results are carried monthly in media outlets across the globe.  www.outlook-economic.com  Provided Congressional testimony regarding the survey results, September 16, 2009.

- 1994-present.  Created and produce a monthly survey and economic forecast for nine state Mid-American region.  Survey results released in media outlets throughout the region and US.  2006 results published in over 1,000 newspaper articles, in approximately 600 recorded radio interviews and in a large number of magazines. Recent newspaper citations and news program appearances include: *The Wall Street Journal*, *St. Louis Post-Dispatch*, *Chicago Tribune,, Charlotte Observer, U.S A. Today, Investors Business Daily,  NBC Nightly News, ABC.Com*, and the *Canadian Broadcasting System*. See monthly release at: www.outlook-economic.org

- 1995-present.  Created and produce a monthly survey and economic forecast for a three state Mountain States economic region.  Results carried in newspapers, radio stations and magazines in the three states of Colorado, Utah and Wyoming (e.g. *Rocky Mountain News*, *KTLK* Radio, Denver, *Utah Public Radio*). See monthly release at: www.outlook-economic.org  August 2005.  National Public TV program (nationally distributed), "Tribal Casinos in the U.S."

- 1992-present.  Created and serve as the editor of *Economic Trends*, a quarterly newsletter that addresses economic issues of concern to state, regional and national business and public policy leaders [current issue 8(1)].  10,500 subscribers nationwide.   Survey results & newsletter available at:  www.outlook-economic.org

- Serve as keynote speaker/presenter to various groups each month.  2015 along, Keynote speaker at approximately 20 events and conferences.  Panel member, Kansas City Federal Reserve Economic Roundtable, Economic Summit, Kansas City, MO;  Keynote speaker at Minnesota Supply Managers Educational Conference, Minneapolis, MN;  Keynote speaker at multiple events each year such as South Dakota's Annual Housing Conference, Pierre, SD.  Minnesota Chamber Economic Outlook.

- Currently serve as a Cabinet member of the United Way's Community Investment Review Team (CIRT) Served as member of the Financial Audit Committee of Mosaic and on Board of Directors of Mosaic Foundation (2000-2009;  Past president of NAPM-Nebraska, member of: Omaha Chamber of Commerce's *Business Research Council*;  *University of Nebraska's Economic Forecasting Consensus Group*..  Past president of the *Omaha Association of Business Economics*;  Editorial board of *Review of Regional Studies*; Monthly columns in *Business and Industry* and in B2B.  Serve on boards of several not-for-profit organizations; Named as Visiting Scholar to the Congressional Budget Office; Member of Federal Reserve Bank of Kansas City-Economic Roundtable 2003, 2004, 2005, 2006, 2007.

**Current academic research**

- Examining the impact of farm income on estimated income inequality.
- Investigating the impact of the release of economic indicators on intra-day bond and equity prices.

.

# EDUCATION

B.A., 1972; University of South Florida, Tampa, FL; Major—Mathematics/Accounting.

M.B.A., 1975; Georgia State University, Atlanta, GA; Major—Quantitative Methods/Accounting

Ph.D., 1983; University of Tennessee, Knoxville, TN, Major—Economics—Fields Econometrics, Regional Economics.

# PREVIOUS EXPERIENCE

**Funded research contracts (last 5 years):**

1. **Fall 2018**. "Reducing the Property Tax Burden on Nebraska Farmers," in-process for Fair Nebraska.
2. **Summer 2018**. "The Economic Impact of Nebraska's Independent Colleges on the State Economy," completed for the Council of Independent Nebraska Colleges Foundation (CINCF).
3. **Winter 2017**. "The Impact of Boys Town on the Omaha MSA and State of Nebraska," completed for Boys Town, Omaha, NE.
4. **Winter 2017**. "The Economic Impact of the Prestage Farms Plant on the Region and State of Iowa," produced for Mid-Iowa Growth Alliance.
5. **Winter 2017**. "The Economic Impact of the Keystone XL Pipeline on the State of Nebraska," completed for TransCanada Corporation, Winnipeg, Canada.
6. **Spring 2017**. "The Estimated Impact of the New York Property & Casualty Insurance Industry on the State of New York, Its Counties, Political Districts and Economic Development Districts," produced for the Independent Insurance Agents & Brokers of New York, Inc.
7. **Summer 2017**. "The Economic Impact of Omaha's Streetcar on the Area Economy," produced for the City of Omaha.
8. **Spring 2016**. "Public Power Costs in Nebraska: What's Ahead," study completed for Wind Is Water, Houston, Texas.
9. **Spring 2016**. "The Economic Impact of Anaerobic Digestion System on Iowa Counties," study completed for EcoEngineers, Des Moines, Iowa.
10. **Spring 2016**. "Economic Impact of the Death Penalty," study for Equal Justice USA, St. Louis, Missouri.
11. **Spring 2016**. 4 Lanes 4 Nebraska to estimate the impact of the expansion of Highway 275 on Nebraska.
12. **Winter 2015**. 4 Lanes 4 Nebraska to estimate the impact of the expansion of Highway 81 on Nebraska.
13. **Spring 2015**, Contract with Ho-Chunk to estimate the benefits of operations of Ho-Chunk on the Winnebago Community, and on the states of Iowa, Nebraska and South Dakota.
14. **Fall 2015.** Contract and study for the Platte Institute for Economic Research to examine the privatization of Nebraska's public power system. Study is complete and available on request.
15. **Fall 2015.** Contract with the American Banking Association (ABA) investigating and estimating the economic advantage experienced by credit unions and Farm Credit due to their tax status and subsidies. Study is complete and available on request.
16. **Fall 2015.** Contract with TransCanada Corporation estimating the impact of the Keystone pipeline on Nebraska. Study is complete and available on request.
17. **Fall 2015.** Contract with Iowa Central Community College (ICCC) estimating the impact of ICCC on the service area and the State of Iowa. Study is complete and available on request.
18. **Fall 2015.** Contract with Hamilton Telecommunications to estimate the impact on the Hamilton Relay Services contract on Albany, Georgia. Study available on request.
19. **Spring 2015**. Contract with HDR, Inc. to estimate the economic impact of the University of Nebraska College of Architecture. Study is complete and available on request.
20. **Spring 2015**. Contact with College World Series Inc. estimating the impact of the College World Series on the City of Omaha and the State of Nebraska. Study is complete and available on request.
21. **Spring 2015**. Contract with New York First to estimate the impact of New York property and casualty

industry on the state of New York.  Study is complete and available on request.

22. **Spring 2015**.  Joint project with the Bureau of Business Research at the University of Nebraska estimating the economic impact of CHI medical operations on the State of Nebraska.

23. **Winter 2015**.  Contract with Ho-Chunk examining the impact of Ho Chunk enterprises on the Winnebago nation, state and region. Study is complete and available on request.

24. **Winter 2014**.  Contract with 4 Lanes 4 Nebraska.  Study examining the impact of expanding Nebraska's Highway 275. Study is complete and available on request.

25. **Summer 2014**. Contract and study for Consumer Energy Alliance to examine the update previous study examining the impact of the Keystone Pipeline, Washington, DC.  Study is complete and available on request.

26. **Spring 2014**.  Contract and study for  Fort Dodge Growth Alliance to examine the impact of various economic development options for the eight county economic area, Fort Dodge, Iowa. Study is complete and available on request.

27. **Spring 2014**.  Contract and study for Alegent Health Care to examine the impact of Alegent's clinical and hospital operations on Iowa and Nebraska (with University of Nebraska-Lincoln). Study is complete and available on request.

28. **Winter 2014.**  Contract with Omaha Chamber of Commerce.  Study to produce a Nebraska Tax System for the 21st Century:  A Critique and Recommendation.  Study is complete and available on request.

29. **Winter 2014**.  Contract and study for 4R Gun Club to determine the economic feasibility of a full-service shooting range in Omaha, NE. Study is complete and available on request.

30. **Winter 2014**.  Contract and study for Creighton University School of Dentistry to determine the economic contribution of an expanded dental school on the State of Nebraska and City of Omaha. Study is complete and available on request.

## Legal research contracts and litigation support (last 5 years):

1. **Spring 2017.**  International Foods v. Jinomaha Property Management Group, LLC,

2. **Fall 2016.**  Mandi Mumm (Plaintiff) v. Jennie Edmundson Hospital.

3. **Fall 2015**.  Baird-Holm Law LLC.  Estimate the value of closely held corporation, Star Logistics. Analysis.

4. **Winter 2015**.  Baird-Hold Law LLC.  Estimate the value of crop insurance division of Farm Credit Services of America.

5. **Spring 2015**.  Adam Lary (Plaintiff) v. Mitchell Enterprises,

6. **Winter 2014.**  Baird-Hold Law LLC.  Estimate the value of a confidential list of clients for Aureus Radiology.

7. **Fall 2014.**  Knudsen, Berkheimer, Richardson & Endacott, LLP.  Estimate the damages sustained by plaintiff stemming from defendant's failure to retain/hire job candidate.

8. **Fall 2014**.  Fraser Stryker Law LLC.  Estimate the economic damages sustained by the Everhart family from the wrongful death of Daniel Everhart.

9. **Fall 2014.**  Lillis, O'Malley, Olson, Pamming, Pose, Templeman, LLP.  Estimate the interest and inflation rate for a breach of contract.

10. **Summer  2014.**  Stern Oil Company vs. vs. James R. Brown, DBA Exxon Good-to-Go and Freeway Mobil, Retained by plaintiff (Stern Oil Company) to estimate the damages from the breach of contract by the defendant.

11. **Spring 2014.** Aureus Radiology, L.L.C., vs. Genesis Medical Staffing, Inc. Retained by plaintiff (Aureus) to examine the economic impact of violation of a non-competition agreement and copyright law.

12. **Spring 2013**.  Woodmen of the World, vs. U.S. Bank Corporation.  I was retained by the defendant (U.S. Bank) to estimate damages sustained by Woodmen as a result of U.S. Bank's investment policies.

13. **Summer 2012**.  City of Omaha vs. Omaha Firefighters.  Retained by defendant (City of Omaha) to estimate wages for City of Omaha firefighters in arbitration hearings.

14. **Summer 2012**. Aureus Radiology. Estimation of damages for breach of non-competition agreement.

15. **Summer 2011.** Credit Bureau Services vs. Experian Credit Services. Litigation support for the plaintiff (Credit Services) examining the economic damages from anti-competitive activities of Experian Credit Services.

**Research positions:**
1. **December 2003 to July 2004**. Visiting scholar with the Congressional Budget Office, Washington, DC. Research project was to investigate the impact of the Internet and technology expansions on economic growth.
2. **January 1990 to December 1991**. Research Fellow 1990 and 1991, *NASA's Marshall Space Flight Center*. Examined data requirements for an Executive Information System; Assisted in software selection for various projects; Worked with external contractors in verifying & validating software.
3. **June 1983 to August 1987.** Associate Director of the Center for High Technology Management and Economic Research. Prepared and submitted research proposals; Produced contract reports for funded research; Supervised both contract and non-contract research; Presented research findings to business and civic groups; Supervised and coordinated the work of research assistants; Acquired and maintained data sets to support academic and contract research. Also served as the **Interim Chair** of the Department of Management Information System, *University of Alabama in Huntsville*. Responsible for the management of nine-faculty member department (all full-time).
4. **June 1980 to Winter 1983**. Research Assistant, *Oak Ridge National Laboratory* (managed by the Nuclear Division of Union Carbide). Performed research on two contracts: Employment Impacts Associated with the Introduction of Solar Energy. Sponsor, Solar Energy Research Institute, Denver, Colorado. Nuclear Waste Disposal Siting- The Fiscal Impacts and Incentives. Sponsor: Office of Nuclear Waste Isolation, Washington, D.C.
5. **May 1978 to May 1980**. Graduate Research Assistant, *Center for Business and Economic Research-University of Tennessee*. Assisted in the preparation of the *Economic Report to the Governor*, 1979 and 1980. Constructed econometric model of the state of Tennessee employing non-linear transformations of both dependent and independent regression variables (Box-Cox Model).

PUBLICATIONS
# Books

(with Morse). <u>Governing Fortune: Casino Gambling in America</u> , University of Michigan Press, February 2007.

(with Clark and Kosova). <u>Changing Attitudes toward Economic Reform during the Yeltsin Era,</u> published by Greenwood Press, Westbury, Connecticut (2003).

# Editor reviewed essays and articles:

<u>Nebraska Cattleman's Association</u>. Article "Federal Reserve Policy, the Value of the U.S. Dollar and Agriculture Exports," forthcoming.

<u>Farmland in Perspective</u>. Article, "Agriculture Exports, Economic Growth and Farmland Prices," forthcoming.

# Peer refereed publications

## Journals

"Have Casinos Contributed to Rising Bankruptcy Rates, "*International Advances in Economic Research*, Fall, 2009,Vol. 15: pp. 456-469.

"The Contribution of Foreign Capital to U.S. Productivity Growth," *The Quarterly Review of Economics and Finance*, Vol. 47, July 2007, pp. 383-396.

"The Impact of Foreign Capital on State Economic Growth," *Economic Development Quarterly*, Vol. 18(3), August 2004, pp. 255-68.

"Women and the Internet: Is There an Economic Payoff?" *Communications of the Association for*

*Computing Machinery*, Sept. 2003, Vol. 46(9), pp. 160-166.

"Economic Well-Being and Popular Support for Market Reform in Russia," *Economic Development & Cultural Change*, Vol. 51(3), Spring 2003, pp. 753-768.

"Health Care Organizational Learning: Predicting Death in the ICU with Neural Networks," in *Health Care Management Science*, Vol. 5 2002, pp. 221-227.

(with Phillips). "How Information Technology Affects Wages: Evidence Using Internet Usage as a Proxy for IT Skills," *Journal of Labor Research*, Vol. XXIII(3), 2002, pp. 463-474.

"The Internet's Contribution to U.S. Productivity Growth," *Business Economics*, Vol. XXXVI, October 2001, pp. 32-42.

(with Phillips). "The Impact of Tax Incentives: Do Initial Economic Conditions Matter?" *Growth & Change*, Vol. 32 (Spring 2001), pp. 236-250.

(with Knudsen). "Evaluating Solvency Standards for State Unemployment Insurance Trust Funds," *Public Budgeting & Finance*, Vol. 19(4), March 2000, pp. 3-20.

(with Phillips). "Business Tax Incentives: Do They Contribute to Economic Disparity?" *Economic Development Quarterly,* Vol. 13(3), 1999, pp. 217-228.

(with Ramchandani). "Survival Prediction in the Intensive Care Unit: a Comparison of Neural Networks and Binary Logit Regression," *Socio-Planning Sciences*, Summer, 1998, pp. 189-198.

(with Phillips). "The Impact of Home Ownership on the Duration of Unemployment," *Review of Regional Studies,* Vol. 27(*1*), 1997, pp. 9-27.

(with Phillips). "The Impact of Economic Development Agency Spending on Employment and Income Growth," *Economic Development Quarterly,* Vol. 11(1), February, 1997, pp. 88-96.

(with Ramchandani). "Comparing Classification Accuracy of Neural Networks, Binary Logit Regression and Discriminant Analysis for Insolvency Prediction of Life Insurers." *Journal of Economics and Finance*, Fall 1995, Vol. 19(3), pp. 1-18.

(with Phillips). "The Effects of State and Local Taxes on Economic Development: A Meta Analysis." *Southern Economic Journal*, Vol. 62(2), October 1995, pp. 320-333.

(with Phillips). "State Employment Growth: The Impact of Taxes and Economic Development Agency Spending." *Growth and Change*, Summer, 1994, pp. 288-300.

"The Real Impact of a Point-of-Care Computer System on Intensive Care Unit Nurses," *Journal of Systems Management*, January/February, 1995, p. 43-47.

(with Paul and Wilheit). "Duration of Unemployment: Geographic Mobility and Selectivity Bias," *Review of Regional Studies*, Fall, 1994, pp. 127-142.

"The Impact of Infrastructure Spending on New Business Formation: The Importance of Economic Development Spending," *Review of Regional Studies*, Winter, 1994.

(with Vozikis). "High Tech Manufacturing: Firm Size, Industry Size and Population Density," *Small Business Economics*, April 1994, pp. 291-297.

(with Fletcher). "Forecasting with Neural Networks: An Application Using Bankruptcy Data," *Information & Management,* Spring, 1993, Vol. 24(1), pp. 159-167.

(with Campbell). "Logit Regression using Lotus 1-2-3." *Journal of Business & Entrepreneurship*, July, 1992, Vol. 4(2), pp. 89-99.

(with Whitten). "Forecasting with a Lotus Based Logit Regression Model," *The Journal of Business Forecasting*, Vol. 10(1), Spring, 1991, pp. 19-22.

(with Paul). "The Impact of Unemployment Insurance Benefits on the Probability of Migration of the Unemployed," *Journal of Regional Science*, August, 1990, Vol. 30 (3), pp. 349 -358.

(with Busbin and Dillon). "Improving Spreadsheet Control for Sales Managers Through the Use of Systems Development Life Cycle," *Journal of Personal Selling & Sales Management*, Summer, 1990, Vol. X, pp. 101-107.

(with Schroer). "The Use of Spreadsheet Packages in Industrial Engineering- The Case of Regression with Binary Dependent Variables," *Computers and Industrial Engineering*, V18(2), 1990, pp. 129-132.

(with Vozikis). "The Creation of Socioeconomic Data Sets and the Entity-Relationship Model," *International Journal of Computer Applications in Technology*, Vol. 4(1), 1991, pp. 1-5.

(with Dillon and Kendrick). "Management of Spreadsheet Application Development in Accounting," *The Woman CPA*, July, 1989, Vol. 51(3), pp. 20-24.

(with Schroer). "Design Considerations for a State Level Energy Data Base Management System,"

*Computers & Industrial Engineering*, Vol. 14 (4), 1988, pp. 441-453.

(with Vozikis and Mescon). "The State Rating Game: An Extension of the Grant/Thornton Index," *Southern Ohio Business Review*, Spring, 1990, Vol. 6(1), pp. 7-11.

(with Vozikis). "The Employment Impacts for a High Tech Community of Shifts in Spending from Defense/Space to Civilian Purposes," *Public Budgeting & Financial Management*, V2 (3), 1990, pp. 551-574.

(with Paul). "Union Membership, Economic Rents, and Migration Behavior," *Journal of Labor Research*, Vol XI (3), Summer, 1990, pp. 347-355.

(with Vozikis and Mescon). "The Impact of Venture Capital in a Regional Economy," *Business Perspectives*, Spring 1989, Vol. 2(3), pp. 35-36.

"Prior Geographic Mobility and Job Search Length," *Review of Regional Studies*, Winter, 1988-89, Vol. 18 (1), pp. 112-122.

(with Paul). "Age, Skill Level, and Mobility, *Atlantic Economic Journal*, Vol. XV(2), 1987, pp. 90-1.

(with Paul). "Age and Work Experience in the Migration Decision," *Journal of Human Resources*, Vol. 21(3), Summer, 1986 pp. 397-405.

"High Technology Employment in Selected U.S. Cities," *Alabama Business & Economic Journal*, Vol. 9(4), July 1986 pp. 25-34.

(with Schoening). "The Migration Propensities of Workers in High Tech Occupations," *Atlantic Economic Journal*, Fall, 1985, pp. 87-88.

(with Schoening). "Search Time, Unemployment and the Migration Decision," *Journal of Human Resources*, Fall, 1984 pp. 570-579.

(with Schoening). "A Projection of High Technology Demand and Supply for the State of Alabama," *Alabama Journal of Business and Economics*, July, 1984, pp. 13-25.

(with Chang). "Elasticities of Interstate Migration: Implications of Alternative Functional Forms," *Journal of Regional Science*, May 1983, Vol. 23(2), pp. 223-232.

(with Bjornstad). "Issues in the Use of Payments in Lieu of Taxes to Provide Nuclear Waste Facility Siting Incentives," *Radioactive Waste Management*, December, 1981, Vol. 2(2), pp.125-42.

## Conferences chaired

**March 12, 2001**. Rural Economic Development and the Digital Divide, conference of Congressional leaders, the Nebraska Governor, Nebraska Legislative leaders, business leaders and academics focusing on the impact of slow speed Internet access on the economic development of rural communities, Omaha, NE.

**Summer 2000**. Co-chaired the 1999-2000, Great Plains Economic Roundtable with the Center for the New West, Denver Colorado.

## Refereed Published Proceedings

"Prediction of Insolvency of Life Insurers Through Neural Networks," *Proceedings of the 8th European Conference on Information Systems*, Summer, 2000, Austria, Vienna, Vol. 2, pp. 850-57.

"The Impact of Internet Usage on Wages," Proceedings of the 2000 International Applied Business Research Conference, Puerto Vallarta, Mexico, March, 2000.

"Privatization in Eastern Europe and Economic Development," *Proceedings of the Eastern Management Association*, June, 1997, Dublin, Ireland, pp. 23-33.

(with Vozikis). "The Impact of a Federally Funded Hospital on the Economic Development of a Rural Indian Reservation," *1996 Proceedings of the Northeast Decision Sciences Institute*, St. Croix Virgin Island, pp. 225-227.

(with Ramchandani and Buelow). "Survival Prediction in the Intensive Care Unit: A Comparison of Neural Networks and Binary Logit Regression," 1994 *Proceedings of the Decision Sciences Institute*, Honolulu, Hawaii, pp. 696-698.

(with Ramchandani and Buelow). "Measuring the Impact of Point-of-Care Computer Systems on the ICU Nurse," 1994 *Proceedings of the Decision Sciences Institute*, Honolulu, HI, pp. 867-869.

(with Vozikis and Mescon). "A Double-Loop Learning: A Comparative Management and Management Education Model," *Proceedings of the Association of the Advancement of Policy, Research and Development in the Third World,* International Conference, Cairo, Egypt, Nov. 1993.

(with Fletcher). "Predicting Bankruptcy with a Back Propagation Neural Network, *Proceedings of the*

*23rd Annual Meeting of the Midwest Decision Sciences Institute*, Kansas City, MO, 1992, pp. 76-78.

(with Grantham). "Technology Transfer and Data Storage Methodologies," *Proceedings of the Mid-South Academy of Economics and Finance*, Jackson, MS., 1990, pp. 693-703.

(with Mescon, Vozikis and Ralston). "An Extension of the Grant/Thornton Index," *Proceedings of The U. S. Association for Small Business and Entrepreneurship*, Annual Meeting, Orlando, Fall 1990, p. 278.

(with Vozikis and McGruder). "Organizational Information Systems Spending and Company Performance," *Proceedings, Decision Sciences Institute*, 1989, p. 698.

"The Relationship between Unemployment Rates and the Probability of Out-Migration: The Importance of Unemployment Compensation," *Programs Abstracts Directory*, Northeast Regional Science Association, 1989.

(with Vozikis). "Organizational Information System Intensity: The Importance of Market Share and Profitability," *Proceedings and Abstracts of the Seventeenth Annual Meeting of Western DSI Conference*, Kailua-Kona, Hawaii, 1988, page 316.

(with Richardson). "Paradigms and Growth of the MIS Discipline: An Opposing View," *Proceedings of the 1986 International Interdisciplinary Consortium on Information Systems*, San Diego, Ca., pp. 38-48.

(with Vozikis). "Defense/Space Expenditures: An Input-Output Analysis," *Proceedings and Abstracts of the Seventeenth Annual Meeting of Western Decision Sciences Institute*, Kailua-Kona, HI, 1988, page 359.

(with Whitten and Sundaryier). "Multivariate Reliability Modeling Using Expert Systems," *Proceedings of the Conference on Artificial Intelligence for Space Applications*, Fall 1986, pp. 39-46.

"A Queuing Program for the Selection of the Optimum Number of Nodes in a Local Area Network," *1985 Proceedings of the International Business Schools Computer Users Group*, Summer, 1985, Atlanta, Ga.

"Queuing Program to Simulate Unemployment in the Local Labor Market," *Proceedings and Abstracts American Institute for Decision Sciences Western Regional Conference*, 1985, pp. 14-16.

(with Chang). "Functional Forms and the Determinants of Interstate Migration in the United States," *American Statistical Association 1981 Proceedings: Business and Economic Statistics Section*, Detroit, MI, 1981, pp. 412-17.

## Cases, Abstracts, Book Reviews Chapters in Books

"Network Applications in the Insurance Industry," Mathematics and Computers in Science and Engineering, Edited by C.E. D'Attellis, et al. World Scientific Engineering Society Press, Athens, Greece, New York, NY, 2001, pp. 247-252.

Bidding for Business:  The Efficacy of Local Economic Development Incentives in a Metropolitan Area," Book Review in *Urban Studies*, June 2001, Vol. 38(7), pp. 1193-1194.

(with Vozikis and Mescon), "Mud Island," Case and instructor notes in Business Policy and Strategy, by Paul Shrivastava, South-Western Publishing Co., 1994, pp. 593-609.

(with Fletcher). "Neural Networks in Regional Science: An Application Using Migration Data," *Proceedings of 38th North American Meeting of Regional Science Association*, 1991, p. 38.

(with Vozikis and Mescon). "Technical Factors Affecting International Information and Technology Transfer," in *Global Issues of Information Technology Management,* Lexington Books, 1991, pp. 450-464.

(with Vozikis and Mescon). "Mud Island,"  Case and instructor notes in  *Strategic Management Texts & Cases* by Peter Wright, Charles Pringle, and Mark Kroll,  Allyn and Bacon, 1992, pp. 891-911.

(with Vozikis and Schroer). "Regional High-Tech Location & Development Strategies and Agglomeration Economies,"  *Abstracts of 49th Annual Meeting of the Academy of Management Meeting*, Washington, D. C., August, 1989, page 445.

(with Vozikis). "Venture Creation in High vs. Low Tech Regions: An I/O Impact Analysis. *Abstracts of the 1987 Meeting of the American Academy of Management*,  New Orleans, page 380.

(with Paul). "Age and Work Experience in the Decision to Migrate," *Journal of Economic Literature Selected Abstracts*, June 1987, Vol. XXV, pp. 1202-1203.

(with Schoening). "Search Time, Unemployment and the Migration Decision."  *Journal of Economic Literature Selected Abstracts*, June 1985, page 1050.

## Other Publications & Research Reports

"Top Economists Tinker with Their Projections," Ernie Goss, CFO Magazine, December 1, 2010.

"Inflation Fueled by Fed," Ernie Goss, Ingram's Magazine, December, 2010.

"Rural Mainstreet Banks at Risk," *Ingram's Magazine*, April 2009, pp. 71-75.

"Entrepreneurship and Business Incubation: A Model for Economic Development in the 1990s," *Portfolio, Annual Edition 1992*, Creighton University, pp. 9-12.

"Putting the Fizz in NAFIS," *Research Report 91-001*, produced for NASA's Marshall Space Flight Center in partial fulfillment of Faculty Research Fellowship, 1991.

"Industrial Development Strategies for the South Mississippi Economic Area," Research Report 90-002, produced in partial fulfillment of contract to Center for Community & Economic Development, University of Southern Mississippi.

"NAFIS Systems Development Methodology," *Research Report 90-001*, produced for NASA's Marshall Space Flight Center in partial fulfillment of Faculty Research Fellowship, 1990.

(with Kendrick). "Tennessee Senatorial Survey," *Research Report 89-001* produced for the AFL/CIO and Tennessee Education Association as partial fulfillment of contract, Summer 1989.

"Environmental Tracking Study, Minneapolis, Minnesota," *Research Report 89-002* produced for KBLCOM Inc. of Houston, Texas as partial fulfillment of contract, 1989.

(with Kendrick). "Environmental Tracking Study, Portland, Oregon," *Research Report 89-003* produced for KBLCOM Inc. of Houston, Texas as partial fulfillment of contract, 1989.

(with Kendrick). "Data Management for the Business Enterprise Using Rbase for DOS," Database manual produced for training sessions in database, 1989.

"Investment in Delmarva: An Input-Output Analysis," Center for Business and Economic Research, *Research Report No. 88-01001*, Salisbury State University, 1988.

(with Schroer). "Design Considerations for a State Energy Data Base Management System," *UAH Research Report No. 596*, March 1987.

(with Siegrist and Yarbrough). "Development of Predictive Models from Hardware Historical Failure Data," *UAH Research Report No. 500*, 1986 Contract Report--Rockwell International.

"High Technology Employment in Huntsville and Selected U.S. Cities," *UAH Research Report No. 449*, 1985, Center for High Technology Management & Economic Research, University of Alabama/Huntsville.

(with Vozikis). "The Impact of the Space Station on the Huntsville Economy," Contract Report, McDonnell-Douglas Aircraft, January 1987.

(with Schoening). "A Projection of High Tech Manpower Demand and Supply for the State of Alabama and the Huntsville Metropolitan Area," *UAH Research Report No. 396*, 1984, The Center for High Technology Management and Economic Research, The University of Alabama in Huntsville.

"The Solar Factory," business simulation program written for & copyrighted-Johnson Research Center.


ACADEMIC PAPERS PRESENTED
## National and International

"Gambling Law and Economics," presented at LSPI, 2006, Hamburg, Germany, 2006.

"Using Neural Networks to Predict Insurance Company Failure," presented to the Eastern Decision Sciences Annual Meeting, July 2000, Vienna, Austria.

"The Impact of State Economic Development Agency Spending on Economic Growth," invited paper presented to the *National Association of State Development Agencies*, 50th Anniversary Mid-Year Directors' Meeting, Fall, 1996, Cleveland, Ohio.

"Entrepreneurship in Eastern Europe: Is There Hope?" European International Business Association, 17th Annual Conference, Copenhagen, Denmark, Dec. 1991.

"An Extension of the Grant/Thornton Index," U. S. Association for Small Business and Entrepreneurship, Annual Meeting, Orlando, Fall 1990.

"Organizational Information Systems Spending and Company Performance," presented at the 20th Annual Meeting of the Decision Sciences Institute, November, 1989, New Orleans, LA.

"Regional High-Tech Location & Development Strategies and Agglomeration Economies," presented at 47th Annual Meeting of the Academy of Management, August, 1989, Washington, D. C.

"Mud Island," case presented at the 1988 Meeting of the Decision Sciences Institute, Las Vegas, NV.

"Venture Creation in High vs Low Tech Regions: An I/O Impact Analysis," presented at the 1987 Academy of Management Meetings, New Orleans, LA.

"An Expert System for Multi-Variable Reliability Modeling," presented at the 1986 Conference on Artificial Intelligence for Space Applications, Huntsville, Ala.

"Paradigms and Growth of the MIS Discipline: An Opposing View," presented at the 1986 International Interdisciplinary Consortium On Information Systems, San Diego, CA.

"A Queuing Program for the Selection of the Optimum Number of Nodes in a Local Area Network," presented at the 1985 Meeting of the International Business Schools Computer Users Group, Atlanta, GA.

"Functional Forms and Determinants of Interstate Migration in the United States," presented at the 1981 Annual Meeting of the American Statistical Association, Detroit, MI.

## Regional

"The Impact of Casinos on County Bankruptcy Rates," presented at the 44th annual meeting of the Southern Regional Science Association, Spring 2004, New Orleans, LA.

"The Impact of Foreign Capital on Productivity," presented at the 42nd annual meeting of the Southern Regional Science Association, Spring 2002, Washington, D.C.

"Internet Usage and Wage Growth," presented to the 41st annual meeting of the Southern Regional Science Association, Spring 2001, Austin, Texas.

"The Impact of the Internet on Wages," presented to the 40th Annual meeting of the Southern Regional Science Association, Spring 2000, Miami, Florida.

"Determining the Optimal Size of State Unemployment Insurance Trust Funds," presented at the 37th Annual Meeting of the Southern Regional Science Association, Spring, 1998, Savannah, GA.

"State and Local Business Tax Incentives: Effects of Intrastate Rivalries," presented at the 36th Annual Meeting of the Southern Regional Science Association, Spring, 1997, Memphis, TN.

"Is There a Border State Tax Effect?" presented at the Annual Meeting of the Mid-West Economics Association Meeting, Spring 1996, Chicago, IL.

"Predicting Employment Growth with a Neural Network," presented at the 35th Annual Meeting of the Southern Regional Science Association, Baltimore, Maryland, Spring 1996.

"The Impact of a Federally-Funded Hospital on the Economic Development of a Rural Indian Reservation," accepted for presentation at the Northeast Decision Sciences Institute, Spring 1996, St. Croix, Virgin Islands.

"Business Tax Incentive Packages: A Comparison of Assessment Methodologies Among the States," at Mid-South Academy of Economics and Finance, Atlanta, Winter, 1996.

"The Impact of Border State Taxes on State Economic Growth," at Mid-Western Association of Economics and Finance, Chicago, Winter, 1996.

"Housing and Economic Development: Is There a Connection?" presented at the 26th Annual Meeting of the Mid-Continent Regional Science Association, St. Louis, MO, June 1995.

"The Impact of State Economic Development Agency Spending on Employment and Income Growth" presented at the 34th Annual Meeting of the Southern Regional Science Association, April 1995, San Antonio, Texas.

"Searching for a Job: The Impact of Geographic Mobility on Estimates of Racial Discrimination," 25th Annual Meeting of the Mid-Continent Regional Science Association, Chicago, IL, June 1994.

"The Effects of State Taxes on Economic Development: A Meta Analysis," Southern Regional Science Association, Orlando, FL, April 1994.

"The Impact of State Economic Development Agency Spending on Economic Growth" presented at the 32nd Annual Meeting of the Southern Regional Science Association, April 1993, Washington, D.C.

"Indigenous Business Development: A New Paradigm of State Economic Development," presented at the 31st Annual Meeting of the Southern Regional Science Association, April 1992, Charleston, SC.

"The Impact of State Business Incubation Programs on Business Startups and Employment Growth: The Problem of Selectivity Bias," presented at the 30th Annual Meeting of the Southern Regional Science Association, April 1991, Miami, FL.

"Value Added in High Tech Manufacturing: The Importance of Firm Size, Industry Size and Population Density," presented at the 1990 Annual Meeting of the Southern Regional Science Association,

Washington, D.C.

"The Relationship between Unemployment Rates and the Probability of Out-Migration: The Importance of Unemployment Compensation," presented at the 1989 Annual Meeting of the Northeast Regional Science Association Boston, Mass.

"Organizational Information Systems Intensity: The Importance of Market Share and Profitability," presented at the 1988 Meeting of the Western Decision Sciences Institute, Kailua- Kona, Hawaii.

"Unions, Economic Rents and Migration Behavior," presented at the 1988 Meeting of the Southern Regional Science Association, Morgantown, West Virginia.

"The Simultaneous Determination of Job Search Length and the Probability of Migration," presented at the 1987 Southern Regional Science Meetings, Atlanta, GA.

"Multi-Variable Reliability Modeling for the Space Shuttle," presented at the 1986 Meeting of Technical and Business Exhibition & Symposium, Huntsville, Ala.

"The Impact of Age, Education, and Job Search on Distance Migrated," presented at the 1985 Annual Meeting of the Southern Regional Science Association, Washington, D.C.

"A Queuing Program to Simulate Unemployment in the Local Labor Market," presented at the 1985 Annual Conference of Western American Institute of Decision Sciences, Monterey, CA.

"High Technology Occupations and the Decision to Migrate," presented at the 1984 Annual Meeting of the Southern Regional Science Association, Orlando, FL.

"The Internal Labor Market Model and Geographic Mobility," presented at the 1984 Annual Meeting of Eastern Economic Association, New York, New York.

"Functional Forms and Determinants of Interstate Migration in the United States," presented at the 1981 Annual Conference of the Western Economic Association, San Francisco, CA.


**INVITED PRESENTATIONS, July 1, 2011-June 30, 2012 (other years on request):**
July 1, 2013 – June 30, 2014. Presentation to MidWest International Trade Association, Omaha, NE. July 10, 2013. Presentation to Duncan Aviation Management Group, Lincoln, NE. July 22, 2013. Presentation to Nebraska Educators, Omaha, NE. August 5, 2013. Presentation to Illinois Banker Group, Springfield IL. August 9, 2014. Presentation to Iowa Engineers & Architects, Dubuques, IA. August 28, 2013. Presentation to Corn Producers Wholesale meeting, Ankeny, IA. September 11, 2013. First National Bank Credit Risk Group, Omaha, NE. September 27, 2013. Presentation to Financial Planning Association, Quarry Oaks, NE. October 9, 2013. Presentation to Iowa Mortgage Association, West Des Moines, IA. October 10, 2013. Presentation to the Iowa Racing and Gaming Commission, Dubuque, IA. October 15, 2013. Presentation to Iowa Community Bankers Association, Algona, IA. October 16, 2013. Presentation to Iowa Community Bank Summit, West Des Moines, IA. October 17, 2013. Presentation to Marcotte Insurance Group, Omaha, NE. October 25, 2013. Presentation to United Bankers Bank, Minneapolis, MN. October 21, 2013. Presentation to Federal Home Loan Bank Group, Des Moines, IA. October 22, 2013. Presentation to Union Bank Fall Economic Forum, Lincoln, NE. October 23, 2013. Presentation to Great Western Bank Client Economic Forum, Omaha, NE. November 5, 2013. Presentation to Five Points Board of Directors, Omaha, NE. November 21, 2013. Presentation to Kansas City Institute for Supply Management, Kansas City, MO. . December 5, 2013. Presentation to Topeka/Washburn University Economic Forum, Topeka, KS. December 11, 2013. Presentation to Omaha Downtown Rotary Club, Omaha, NE. December 13, 2013. Panel member on Iowa Press, Des Moines, IA. January 23, 2014. Presentation to ACG Nebraska Chapter Executives, Omaha, NE. February 6, 2014. Presentation to Nebraska Cooperatives, Lincoln, NE. February 7, 2014, Present findings from Omaha Chamber study to Nebraska Legislative committee, Lincoln, NE. February 13, 2014, Presentation to Scott County Iowa Board of Supervisors Economic Development Summit, Davenport, IA. February 13, 2014, Presentation to American Procurement and Inventory Control Society, Omaha, NE. February 24, 2014, Presentation to Bayer Ag Division, Charleston, SC. February 25, 2014, Presentation to Institute for Supply Management-St. Louis, St. Louis, MO. March 6, 2014, Presentation to Greater Fort Dodge, Economic Alliance, Fort Dodge, IA. March 7, 2014, Presentation to Nebraska LEAD, Omaha, NE. March 18, 2014, Presentation to First National Bank of Phillipsburg Client Group, Phillipsburg, KS. March 25, 2014, Presentation to Senator Johanns Staff, Omaha, NE. April 10, 2014, Presentation to South Dakota Ag Credit Conference, Pierre, SD. April 17, 2014, Presentation to Leadership Omaha,, Omaha, NE. April 17, 2014, Presentation to Performance Banking Group, Sioux Falls, SD. June 5, 2014, Presentation to the CFMA

Group, Omaha, NE.  June 6, 2014, Presentation to Associated Builders and Contractors of Iowa, Riverside, IA. June 11, 2014, Presentation to Mid-American Energy's Customer Satisfaction Group, Davenport, IA.  June 19, 2014, Presentation to BKD Financial Services Leadership Group, St. Louis, MO.

July 10, 2012:  Testimony before the Lancaster County Commissioners (Nebraska).  July 18, 2012: Appeared as guest on Market-to-Market, Iowa Public TV.  July 25, 2012, Presentation to the Council Bluffs, Iowa Chamber of Commerce. July 27, 2012:  Presentation to the Financial Management Association, Quarry Oaks, Nebraska.  August 2, 2012:  Presentation to Iowa banking group, Des Moines, Iowa.  August 15, 2012:  Presentation to Minnesota banking group, Quarry Oaks, Nebraska. August 16, 2012, Presentation to the Governor's Legislative Summit, Nebraska SAC Museum. August 27, 2012: Presentation to Federal Home Loan Banking Conference, Andover, Kansas. August 29, 2013, Presentation to Iowa Mortgage Annual Convention, West Des Moines, Iowa.  Sept. 10, 2012:  Presentation to Federal Home Loan Bank Meeting, Oklahoma City, Oklahoma. Sept. 18, 2012: Presentation to Client Banking Group, Orange City, Iowa.  Sept. 24, 2012: Presentation to Federal Home Loan Bank Group, Fremont, Nebraska. Sept. 28, 2015: Presentation to Client banking group, Kansas City, Missouri.  Oct. 9, 2012: Presentation to Great Western Bank Client Group, Omaha, Nebraska. Oct. 11, 2012:  Presentation to Iowa Banking Group, Norwalk, Iowa. Oct. 23, 2012: Presentation to Minnesota Manufacturing Association, Minneapolis, Minnesota. Oct. 30, 2012: Presentation to the Bismarck Economic Development Alliance, Bismarck, North Dakota. Nov. 12, 2012: Economic Panelists, Nebraska  Chamber of Commerce, La Vista, Nebraska.  Nov. 14, 2012: Presentation to City State Bank Client Group, West Des Moines, Iowa.  Nov. 27, 2012:  Presentation to Iowa Farm Group, Ames, Iowa.  Dec. 3, 2012:  Presentation to Mid-America Economic Development Association, Chicago, Illinois.  Jan. 4, 2013: Panel Member, Iowa Journal, Iowa Public TV, Des Moines, Iowa. Jan. 17, 2013:  Presentation to Financial Executives Institute, Omaha, Nebraska.  Jan. 31, 2013:  Presentation to Nebraska Cooperatives, Lincoln, Nebraska.  Feb. 5,  2013: Presentation to NAIFM Realty, Lincoln, Nebraska.  Feb. 6, 2013:  Presentation to Catholic Mutual Group, St. Petersburg, Florida. Feb. 21, 2013:  Presentation to Limestone Producers Association, Coraville, Iowa.  Feb. 26, 2013:  Presentation to ISM-St. Louis, St. Louis, Missouri. March 1, 2013: Presentation to Nebraska Agriculture Leaders, Creighton University.  March 11, 2013: Presentation to Frontier Cooperative, David City, Iowa.  March 15, 2013: Presentation to the Senatorial group of Senator Johanns. March 19, 2013: Presentation to Celebrate Agriculture, Omaha, Nebraska.  March 21, 2013:  Presentation to Dewitt Banking Group, Davenport, Iowa. March 26, 2013:  Presentation to the Bismarck/Mandan Chamber of Commerce, Bismarck, North Dakota.  May 6, 2013:  Presentation to the North Omaha Rotary, Omaha, Nebraska.  May 17, 2013:  Presentation to the Mid-West International Trade Association, Omaha, Nebraska.

## EDITORIAL/REVIEW & OTHER ACTIVITIES
**Community Service and University Service (July 1, 2013 – June 30, 2014):**
1. Member of Peter Kiewit Foundation, Economic Development Panel.
2. Member & Co-chair of the United Way of Omaha Cabinet, Mental Health 2.
3.  Member of Creighton University Budget & Planning process.
4. Member of the University of Nebraska Forecasting Panel.
5. Panel member at Creighton Business Symposium.
6. Panel member at conference on poverty, Nov. 14, 2013., Omaha, NE.
7. Panel member at Creighton University, Student Research.
8. Review College of Business Sabbatical requests.
9. Member of United Way World Café, Economic Development, Omaha, NE.

**Overview of previous years:** Received NABE's 2001 Edmund A. Mennis Contributed Paper Award; Named as Visiting Scholar at the Congressional Budget Office; Member of Federal Reserve Bank of Kansas City-Economic Roundtable 2003, 2004, 2005.   Reviewer 2005-06:*Southern Economic Journal,  Economic Development Quarterly*, *Review of Regional Studies*, *Journal of Developmental Entrepreneurship*, *Journal of Economics and Business*, Editor of *Economic Trends*, an economic newsletter produced three times per year examining economic factors in the Midwest.  Member of Editorial Board-*Review of Regional Studies*.  Referee for *Decision Sciences Institute,  Journal of Regional Science, Regional Science Perspectives, Southern Economic Journal, The Review of Regional Studies, The Journal of Economics and Finance.* Selected as a participant in *Leadership Omaha,* 1996-97; Board of Directors for the *Omaha Rotary Club*, 1997-2000; President-elect of  *Nebraska Purchasing Management Association*;  Member of the *Applied Research Advisory Council* of the Applied Information Management Institute, Omaha, NE, 1992;  Member of the *Nebraska Economic Forecasting Consensus Group*, 1995-2003, University of NE-Lincoln; Member of Omaha Chamber of Commerce *Business Research Council,* 1998-2000.  Received the *Jim Cusick Award* by the NAPM-NE, February 2000.  Member of United Way's Economic Development Committee (2001).



# Elizabeth H. Raphael, M.D.
## Principal Engineer

### Delta V Biomechanics
930 Commercial Street, Palo Alto, CA 94303
tel: 650.320.8800
fax: 877.819.1969
email: raphael@deltavbio.com

## Specialized Professional Competence

Emergency medicine, biomechanics, vehicular injury analysis, accident reconstruction, restraint system analysis, automotive crash worthiness, occupant kinematics, and computer analysis of human motion.

## Education

M.D.    Wayne State University School of Medicine, Detroit, MI
S.B.    Mechanical Engineering, Massachusetts Institute of Technology, Cambridge, MA

## Experience

*Principal Engineer*, Delta V Biomechanics
*Managing Engineer*, Piziali and Associates, Inc.
*Clinical Associate Professor*, Department of Surgery, Stanford University School of Medicine
*Attending Emergency Physician*, Stanford University Hospital
*Attending Emergency Physician*, Detroit Medical Center
*Assistant Professor (Clinician Educator)*, Wayne State University School of Medicine
*Locum Tenens Emergency Physician*, Munson Medical Center
*Resident Physician*, Emergency Medicine, Wayne State University
*Research Engineer*, Department of Neurosurgery, Henry Ford Hospital
*Researcher*, Department of Orthopedic Surgery, Massachusetts General Hospital
*Engineering Externship*, Quality Assurance Department, Martin Marietta Aerospace

## Licenses and Board Certifications

1997    Licensed Physician in California
1995    Fellow of the American College of Emergency Physicians
1994    Certified Instructor of Advanced Cardiac Life Support
1993    Board Certification in Emergency Medicine, recertified 2003
1990    National Boards passed
1989    Certified Provider of Advanced Cardiac Life Support
1989    Certified Provider of Advanced Trauma Life Support

## Awards

2000    Society of Academic Emergency Medicine, Regional CPC Award
1987    American Heart Association, for research of aneurysm clips
1987    Henry Ford Hospital, scholarship for neurosurgery research
1984    Wunsch Foundation Silent Hoist and Crane Company Award, for an outstanding academic design project to dispose of biochemical waste
1984    The Estus H. Magoon Scholarship, for outstanding woman student at Massachusetts Institute of Technology

## Committee Appointments

Association for the Advancement of Automotive Medicine Scientific Program Committee
Association for the Advancement of Automotive Medicine Board of Directors
Detroit Receiving Hospital Emergency Department Domestic Violence Reduction Committee
Wayne County Medical Society Task Force on Violence
Michigan Partnership for the Prevention of Gun Violence
Detroit Receiving Hospital Injury Prevention Committee
Crittenton Hospital Emergency Department Review Committee

## Professional Memberships

Association for the Advancement of Automotive Medicine (AAAM)
Society of Automotive Engineers (SAE)
American College of Emergency Medicine (ACEP)
Society of Academic Emergency Medicine (SAEM)

## Selected Publications and Presentations

Invited Lecture, "Recent Biomechanical Analyses Complicated by Obesity," University of Virginia Center for Applied Biomechanics, Charlottesville, VA, March 14, 2012.

Grand Rounds, "Biomechanics and Mechanism of Injury," University of Virginia Emergency Medicine Conference Series, Charlottesville, VA, March 14, 2012.

Invited Lecture, "Biomechanics, Fracture Mechanics and Mechanism of Injury," Stanford University Emergency Medicine Trauma Series, Stanford, CA, March 9, 2011.

Lecture, "Drowning, Near-Drowning and Submersion Injury," Emergency Residents Conference, Stanford University, Stanford, CA November 7, 2010.

Invited Lecture, "Automotive Trauma," Emergency Nurses Association Meeting, Palo Alto, CA, September 16, 2010.

Director, Biomechanics Course, Association for the Advancement of Automotive Medicine, 52nd Annual Conference, San Diego, CA October 4-5, 2008.

Piziali, R. L.; Fox, J. C.; Girvan, D. S.; Raphael, E. H., and Ridenour, J., "A Review and Analysis of the Performance of Laminated Side Glazing in Rollover Accidents," *Society of Automotive Engineers International Congress and Exposition Paper No. 2007-01-1166*, Detroit, MI, April 16-19, 2007.

Raphael, E.; Piziali, R.; Le, H.; Hinger, J.; Cooper, E., and Croteau, J., "Physical Evidence Associated With Seatbelt Entanglement During A Collision," *Society of Automotive Engineers International Congress and Exposition, Paper No. 2007-01-1501*, Detroit, MI, April 16-19, 2007.

Invited Lecture, "Rollover Motor Vehicle Crash Injury Patterns", Emergency Medicine Conference Series, Wayne State University, Detroit MI, April 19, 2007.

Invited Lecture, "Rollover Motor Vehicle Crashes," Emergencies in Medicine, 24th Edition, sponsored by the Michigan Chapter of the American College of Emergency Physicians, Park City, UT, March 3, 2006.

Symposium, Traffic Collision Types and Associated Injuries, 49th Annual Conference, Association for the Advancement of Automotive Medicine, Cambridge, MA, September 11, 2005.

Invited Lecture, "Motor Vehicle Crash Injury Patterns," Emergencies in Medicine 23rd Edition, sponsored by the Michigan Chapter of the American College of Emergency Physicians, Park City, UT, March 8, 2005.

Invited Lecture, "Crash Scene Investigations: The Real CSI," 52nd Annual Detroit Trauma Symposium, sponsored by Wayne State University School of Medicine, Dearborn, MI, November 11, 2004.

Invited Lecture, "Crash Scene Investigations: The Real CSI," Emergency Medicine Conference Series, Wayne State University, Detroit, MI, November 11, 2004.

Invited Lecture, "Motor Vehicle Crash Injury Patterns," 22nd Annual Emergencies in Medicine Conference, sponsored by Wayne State University, Park City, Utah, March 5, 2004.

Stanford Winter Semester Lecture, "Biomechanics: Understanding the Human Machine (ME 01)," Stanford University, Stanford CA, Jan. 7 - March 11, 2002.

UC Berkeley Extension Course, "Biomechanics for Scientists and Engineers," University of California at Berkeley (San Francisco Center), CA, November 2001.

Invited Presentation, "Occupant Kinematics and Injury Biomechanics in Rollover Accidents, American Society of Mechanical Engineers, San Francisco Section Meeting, October 2001.

Lecture, "Mechanism of Injury", San Mateo County Field Care Audit, Stanford University, Stanford, CA, February 21, 2001.

Lecture, "Mechanism of Injury - Did you Get T-boned to the Hip Bone?", Thirteenth Annual Trauma Symposium, Stanford Hospital and Clinics, Stanford, CA, July 24-25[th], 2000.

Stanford Summer Semester Course: Biomechanics: Understanding The Human Machine (ME 01), Stanford, CA, June 19 - July 24, 2000.

Lecture, Mechanism of Injury: The Key to Trauma Care, Stanford Emergency Medicine Symposium, Kauai, HI, March 31, 2000.

Orthopedic Workshop: Splinting and Casting, Joint Reductions, Injections and Aspirations, Stanford Emergency Medicine Symposium, Kauai, HI, March 31, 2000.

Lecture, Orthopedic Emergencies, Stanford Medical Student Lecture Series, Stanford, CA, November 3, 1999.

"Anesthetic Methods for Reduction of Acute Shoulder Dislocations: A Prospective Randomized Study Comparing Intraarticular Lidocaine With Intravenous Analgesia and Sedation," *American Journal of Emergency Medicine,* Vol. 17, Number 6, pp. 560-570, October 1999.

Lecture, Abdominal Pain in the Emergency Department, Stanford Emergency Medicine Resident Orientation, Stanford, CA, July 13, 1999.

Grand Rounds Presenter, Motor Vehicle Crashes During Pregnancy, Stanford OB/GYN Department, Stanford, CA, May 5, 1999.

Lecture, Pedestrian Motor Vehicle Collisions, Stanford Emergency Medicine Conference Series, Stanford, CA, January 27, 1999.

Lecture, Biomechanics of Knee Injuries, Stanford Emergency Medicine Conference Series, Santa Clara, CA, September 16, 1998.

Grand Rounds Presenter, Biomechanics of Car Crashes, Stanford Emergency Medicine Conference Series, Stanford, CA, September 9, 1998.

Lecture, Abdominal Pain in the Emergency Department, Emergency Medicine Resident Orientation, Stanford, CA, July 9, 1998.

Lecture, Biomechanics of Car Crashes, Stanford Trauma Symposium Stanford, CA, October 29, 1997.

Lecture, Dive Medicine, Emergency Medicine Conference Series, Wayne State University, Detroit, MI, August 29, 1996.

Presenter, Intra-articular Lidocaine versus Intravenous Analgesia and Sedation for the Reduction of Acute Anterior Shoulder Dislocations, Michigan Emergency Assembly, Traverse City, MI, July 23, 1996.

Discussant, Case Presentation Competition, Society for Academic Emergency Medicine, Denver, CO, May 4, 1996.

Lecture, Biomechanics, Emergency Medicine Conference Series, Grace Hospital, Detroit, MI, April 25, 1996.

Testified, Michigan State House of Representatives, Transportation Committee, Lansing, MI, February 1, 1996.

Testified, Michigan State House of Representatives, Committee of Downriver Representatives, Ecorse, MI, January 29, 1996.

Lecture, Biomechanics, Emergency Medicine Conference Series, Wayne State University, Detroit, MI, November 30, 1995.

Faculty, Medicine for Engineering, seminar linking medicine and engineering, 39th annual conference, Assoc. for the Advancement of Automotive Medicine, Chicago, IL, October 15, 1995.

Testified, Michigan State House of Representatives, Republican Task Force for Traffic Safety, Warren, MI, May 28, 1995.

Discussant, Case Presentation Competition, Society of Academic Emergency Medicine, San Antonio, TX, May 1995.

Lecture, Focus on Neurology, Nursing Trauma Conference, Crittenton Hospital, Rochester, MI, January 27, 1995.

In Vitro Measurement of Micromotion Between an Artificial Hip Joint and the Host Bone, Bachelor's Thesis, MIT, 1985.

Residual Stresses and the Effects of Preferred Grain Orientation on Aluminum 2219 and its Stress Acoustic Constant, Presented at the American Institute of Aeronautical and Astronautical Engineers Symposium, 1984.

## Nathan T. Dorris, PhD, CPE
**President & Principal Consultant**

## Professional Profile:

Nathan Dorris is a human factors specialist (ergonomist) with extensive professional experience in product safety and the evaluation of instructions, warnings and other safety communications. Dr. Dorris is a Principal Consultant for Dorris and Associates International, LLC.  His primary responsibilities include the design and implementation of product safety research, including evaluations of human-machine interfaces as well as the usability and effectiveness of precautionary information.  Dr. Dorris represents Dorris and Associates as a member of the ANSI Z535 main committee and he currently serves as the ANSI Z535.5 subcommittee chairman.  The Z535 series of standards pertain to the design of warning signs, labels and various other safety communications.

Dorris and Associates have a wide variety of clients including private and public corporations, non-profit organizations, trade associations, state and federal governmental agencies, as well as defense and plaintiff's attorneys. Client services have been performed in the U.S., Canada, U.K., France, Germany, Spain, Belgium, Australia and Japan. Products manufactured and/or distributed by these clients range from automobiles and airplanes to everyday consumer products and children's toys.

Dr. Dorris is also an Affiliate Professor in the Industrial and Systems Engineering Department of Auburn University, where he has taught the graduate course in Human Factors Engineering (HFE).

## Education:

B.S., Management, Georgia Institute of Technology; Atlanta, GA  (1997)

M.S., Industrial and Systems Engineering, Auburn University; Auburn, AL  (2004)

Ph.D., Industrial and Systems Engineering, Auburn University; Auburn, AL  (2004)

## Professional Affiliations & Service:

Certified Professional Ergonomist (CPE)

American National Standards Institute (ANSI) Z535 Main Committee and Z535.5 Chairman

Human Factors and Ergonomics Society (HFES)

American Society of Safety Professionals (ASSP)

Society of Automotive Engineers (SAE)

The Institute of Industrial Engineers (IIE)

National Safety Council (NSC)

## Honors & Awards:

Auburn University Presidential Graduate Research Fellowship

National Institute for Occupational Safety and Health (NIOSH) Graduate Fellowship

Alpha Pi Mu Industrial Engineering Honor Society

2003 INFORMS Doctoral Colloquium Participant

Outstanding Presentation Award, 2003 Auburn University Graduate Research Forum

## Publications & Reports:

Boelhouwer, E. J., Davis, J., Franco-Watkins, A., Dorris, N. T., and Lungu, C.(2013).Comprehension of hazard communication: Effects of pictograms on safety data sheets and labels. *Journal of Safety Research, 46,*September, 145-155.

Dorris, N.T. and Burke, K.A. (2011). Mandatory airbag warnings: An updated evaluation. In *Proceedings of the Society of Automotive Engineers International World Congress*, SAE 11B-0026. Warrendale, PA: Society of Automotive Engineers.

Burke, K.A., Dorris, N.T., and Dorris, J.A. (2010). Sunscreen Labeling and Warnings: A Human Factors Analysis. In *Proceedings of the 3rd International Conference on Applied Human Factors and Ergonomics*, Miami, FL.

Dorris, N.T., Valimont, R.B, and Boelhouwer, E.J. (2007). Eye Movements While Reading Degraded On-Product Warnings. In *Proceedings of the Human Factors and Ergonomics Society 51st Annual Meeting*, Santa Monica, CA: The Human Factors and Ergonomics Society.

Glasscock, N.F. and Dorris, N.T. (2006). Warning Degradation and Durability. Prepared for: *The Handbook of Warnings*, edited by M.S. Wogalter. A volume in the Human Factors and

Ergonomics Series (series editor: Gavriel Salvendy). Mahwah, NJ: Lawrence Erlbaum Associates (LEA).

Carnahan, B.J., Dorris, N.T., and Kuntz, L.A. (2005). Designing Anthropomorphic Symbols Using Interactive Evolutionary Design. *Information Design Journal and Document Design*, 13(3), pp. 179-190.

Dorris, N.T., Carnahan, B.J., Orsini, L, and Kuntz, L.A. (2004). Interactive Evolutionary Design of Anthropomorphic Symbols. In *Proceedings of the 2004 IEEE Congress on Evolutionary Computation (CEC)*. New York: The Institute of Electrical and Electronics Engineers.

Carnahan, B.J. and Dorris, N.T. (2004). User-Centered Symbol Design Through Human-Computer Collaboration. In *Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting*. Santa Monica, CA: The Human Factors and Ergonomics Society.

Dorris, N.T. and Davis, J. (2003). Testing the Effects of Degradation on Comprehension of Warnings. In *Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting*. Santa Monica, CA: The Human Factors and Ergonomics Society.

Davis, J. and Dorris, N.T. (2003). Current Status of Warning Systems in Forest Harvesting Equipment. USDA Forest Service Research Agreement No. SRS 02-CA-11330132-087.

Flynn, E., Dorris, N.T., Carnahan, B.J. and Holman, T. (2002) Medication Dispensing Errors in Community Pharmacies: A Nationwide Study. In *Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting*. Santa Monica, CA: The Human Factors and Ergonomics Society.

Dorris, A.L. and Dorris, N.T. (2001) Supporting the Warning Designer: An Automotive Case Study. In *Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting*. Santa Monica, CA: The Human Factors and Ergonomics Society.

Dorris, A.L. and Dorris, N.T. (2001). Mandatory Air Bag Warnings: A Human Factors Analysis of Their Development. SAE 2001-01-0046. Warrendale, PA: Society of Automotive Engineers.


## Presentations & Seminars:

"The Future of Product Warnings: Some Questions Answered & Some Answers Questioned." American Equipment Manufacturers Product Safety & Compliance Seminar, St. Louis, MO. April 2015.

"Twenty-first Century Warnings in a Global World." Defense Research Institute Product Liability Conference, Washington, D.C. April 4, 2013.

"The Development of ANSI Z535.6: Presentation of Safety Messages in Collateral Materials." Invited Panel Member for Discussion at the Human Factors and Ergonomics Society 48th Annual Meeting. New Orleans, LA.

"Warning Systems in Logging Equipment." American Society of Safety Professionals (ASSP) Conference 2004, Las Vegas, NV.

"Identifying Relevant Symbol Design Criteria Using Interactive Evolutionary Computation." IEC Workshop at Genetic and Evolutionary Computation Conference (GECCO) 2004. Seattle, WA. June, 2004.

"Developing Safety Symbols for the Workplace through Interactive Evolutionary Design." American Industrial Hygiene Conference & Exposition (AIHce), Atlanta, GA. 2004

"Can Loggers Understand Degraded Warning Labels?"  Council on Forest Engineering (COFE) 2004 Annual Meeting. Hot Springs, AR. April, 2004.

"Developing and Evaluating Warnings for Recreational Products."  Defense Research Institute (DRI) Product Liability Conference. New Orleans, LA. February 2004.

"Equipment Warning Signs and Symbols."  Alabama Cooperative Extension's 2003 Professional Logging Managers (PLM) Continuing Education Satellite Broadcast. Auburn, AL. July 24, 2003.

"The Use of Interactive Evolutionary Design (IED) to Facilitate Workplace Hazard Communication."  IEC Workshop at Genetic and Evolutionary Computation Conference (GECCO) 2003. Chicago, IL. July 12, 2003.

"Current Status of Warning-Systems in Forest Harvesting Equipment."  National Occupational Research Agenda (NORA) Symposium 2003: "Working Partnerships Research to Practice." Washington, D.C. June 23, 2003.

"How Deteriorated are Warnings Associated with Forest Harvesting Equipment?"  Invited Presentation to the Society of Automotive Engineers (SAE) Committee on Forest Harvesting Equipment.  Eugene, OR. February 19, 2003.

"Warning Design & Development:  A Human Factors Perspective."  Key Note Address of the Web Sling and Tie Down Association (WSTDA) Spring 2001 Meeting.  San Antonio, TX. March 14, 2001.

# **EXHIBIT A**

# DRAFT SUPPLEMENTAL QUESTIONNAIRE

### RYSTA LEONA SUSMAN, both
### individually and as Legal Guardian of
### SHANE ALLEN LOVELAND, et al., Plaintiffs, _v._ THE GOODYEAR TIRE & RUBBER
### COMPANY, DEFENDANT

**Juror Number** _____

**Name:** _____
　　　　　　**First**　　　　　　　　　　**MI**　　　　　　　　**Last**

### JUROR QUESTIONNAIRE

This questionnaire is designed to obtain information from you with respect to your qualifications to sit as a juror in this case. Before the case can start, a jury must be selected.  The judge and the people involved in the case need to know something about you in order to select jurors who can be fair to both sides. In order to move jury selection along as quickly as possible, the court has prepared this background questionnaire to be completed before you are called to the jury box. You should fill out this questionnaire by yourself without consulting any other person.

The questions on this form are designed to help the court and the lawyers learn something about your background and your views on issues that may be related to this case. The questions are not asked to invade your privacy, but to make sure that you can be a fair and impartial juror.

You should answer the questions honestly, carefully and completely. Please do not leave any questions blank. If a question does not apply to you, simply write N/A (for Not Applicable) in the space for the answer. If there is no response to a question, we will assume that you mistakenly skipped it and may ask you about it in court.

Since we need to make copies, please DO NOT write on the back of any page. If you need more room, continue at the bottom or side of the page or on the blank page at the end of the questionnaire.  When you have completed the questionnaire, please give it to the attendant.

You may be asked follow-up questions later to clarify your answers. If there are questions that you would feel more comfortable answering in private, simply write "**private**" in the space provided for your answer and circle the question number. The follow-up questions on that topic will be held out of the presence of the other jurors. After you have finished the questionnaire, let the clerk know that you have circled one or more question numbers.

If you have trouble reading, understanding, or filling out this form, please let the court clerk know.
If you do not understand a question, please write "I DO NOT UNDERSTAND" and the question will be explained to you in Court.

PLEASE REALIZE THERE ARE NO RIGHT OR WRONG ANSWERS.

Please complete the questionnaire and (hand to clerk/bailiff?) _____.

PLEASE REMEMBER YOU ARE ANSWERING THESE QUESTIONS UNDER PENALTY OF PERJURY. YOUR ANSWERS MUST BE TRUE AND COMPLETE.

1.      Please tell me your gender:

        1. Male          2.  Female      3. Other

2.      In which county do you live? _____

3.      Is English your first language?

        _____  Yes              _____  No

        If no, what is your first language?  _____

4.      What is your current employment status?

                1. Employed full time          5. Looking for work
                2. Employed part time          6. Retired
                3. Homemaker                   7. Disabled
                4. Full-time student           8. Other

5.      What is your current occupation and who do you work for?

        _____

        _____

6.      What is your marital status:

        1.  Single, never married
        2.  Divorced, or separated
        3.  Widowed
        4.  Married

7.      If applicable, what is your partner/spouse's current occupation and who does he/she work for?

        _____

        _____

8.      What is the highest level of education you have completed?

                1. Grade school
                2. High school graduate or GED
                3. Some college or junior college degree
                4. College degree
                5. Graduate degree (MA, MBA, JD, PhD, etc.)
                6. Technical, trade, or business school

9.     What was your area of study? _____

10.    What are your pastimes or hobbies?

_____

_____

11.    Do you belong to any social or volunteer clubs or organizations?

_____ Yes          _____ No

If "Yes," which ones and describe any leadership positions you hold.

_____

_____

12.    What are your primary sources of news?

1.  Internet. (Which websites?)_____)
2.  TV/Cable news. (Which station(s)?) _____)
3.  Radio. (Which station(s)?) _____)
4.  Newspaper. Which one(s)? _____)
5.  Social Media Sites (Facebook, Instagram, Twitter)
6.  Podcast.  Which one(s)? _____)
7.  Any other? _____

13.    Have you ever publicly commented on a news story online or written a letter to the editor of a news publication?

_____ Yes          _____ No

If "Yes," what was the story about and what was your comment?

_____

_____

4

14.     Are you active on any social media sites?

_____ Yes          _____ No

If "Yes," what social media sites are you on?

_____

_____


15.     This case involves allegations that a tire manufactured by Goodyear was defectively designed and manufactured causing Shane Allen Loveland and Jacob Summers to sustain serious injuries.  Have you heard of, or do you have any knowledge of, this case or its facts or circumstances?

If "Yes," what did you hear and where did you hear it?

_____

_____


16.     The judge will instruct you that you are not permitted to share anything on social media about the case or your experience as a juror during the trial. Do you believe you may have difficulty following this instruction?

_____ Yes          _____ No

17.     The judge will instruct you that you are not permitted to do any outside research on the case, the attorneys, the parties, witnesses, the law, the judge, other jurors, or anything else. This includes online research of any type. Do you think you would have difficulty following that instruction?

_____ Yes          _____ No

18.     Have you, or anyone else close to you, ever been employed by Goodyear Tire and Rubber Company?

_____ Yes          _____ No

If "Yes," please describe who, the experience, and when this occurred.

_____

_____

19.    Have you, or anyone else close to you, ever been employed in any business that provides products or services to Goodyear Tire and Rubber Company?

\_\_\_\_\_ Yes      \_\_\_\_\_ No

If "Yes," please describe who, the experience, and when this occurred.

_____

_____

20.    Do you have any employment, education, training, policy development, volunteer experience, or other experience in the following areas?  (Check Yes or No for each.)

| | Yes | No |
|---|---|---|
| Tire design, manufacture, re-treading, or sales | | |
| Evaluation, review or investigation of claims | | |
| A medical related job | | |
| Investigation of people | | |
| Law enforcement or investigation | | |
| Attorney, law office or the court system | | |
| Insurance | | |
| Accident investigation or reconstruction | | |
| Fire Department or paramedics | | |
| Engineering | | |
| Writing, proof reading or analysis of product warranties | | |
| Care of the elderly or disabled | | |
| Fine arts or music | | |
| Education/Teaching | | |
| Counseling or mental health | | |
| Rehabilitation | | |

If "Yes," to any of the above categories, please describe:

_____

_____

_____

_____

21.    Have you ever served as a juror before?

\_\_\_\_\_ Yes      \_\_\_\_\_ No

If "Yes," were you the foreperson?

\_\_\_\_\_ Yes      \_\_\_\_\_ No

6

22.    In a legal matter, have you (or anyone close to) you ever: (check all that apply)

_____ Filed a lawsuit or sued someone (been a plaintiff in a lawsuit)?

_____ Been sued by someone (been a defendant in a lawsuit)?

_____ Been a witness or an expert in a lawsuit?

_____ Other involvement in a lawsuit (other than juror)

If "Yes," please describe who, the experience, and the time frame of your experience.

_____

_____

23.    Have you ever used the services of a lawyer for any reason, other than divorce or criminal issues?

_____ Yes    _____ No

If "Yes," please describe who the attorney(s) were, and the time frame of your experience.

_____

_____

24.    Have you or anyone close to you ever sustained an injury you believed was due to someone else's negligence, whether it was a person, a company or anyone else, even if you did not sue?

_____ Yes    _____ No

If "Yes," please describe your experience.

_____

_____

25.    Do you follow state and local politics?  (Candidates, issues, trends)  _____ Yes    _____ No

26.    Do you have any military experience?    _____ Yes    _____ No

27.    Have you ever voted for or against a politician based on his/her views or policies towards the civil justice system?

_____ Yes    _____ No

7

28.     Do you hold any negative opinions about corporations, in general?

_____Yes        _____No

29.     Have you or any members of your family or close friends ever owned or operated your own business?

_____ Yes        _____ No

30.     How would you describe your knowledge of vehicles (circle the one that best applies)?

1.  I know a lot about vehicles.
2.  I know an average amount about vehicles.
3.  I know very little about vehicles.

31.     Do you, any members of your family, or close friends have any special knowledge of or experience in tire design, manufacturing, re-treading or repair?

_____ Yes        _____ No

If "Yes," please describe the experience, and the time frame of your experience.

_____

_____

32.     Have you, or any of your family members, or close friends ever owned a Goodyear tire?

____Yes        ____No        ____Unsure

33.     Have you ever suggested to another person that they should buy Goodyear tires, or requested Goodyear tires for your vehicle?

____Yes              ____No        ____Unsure

34.     Do you, for any reason, avoid using Goodyear brand tires?

____Yes              ____No

If "Yes," please explain.

_____

_____

35.    Would any of your experiences with Goodyear products affect the way you viewed a case involving one of its tires?

____Yes              ____No

If "Yes," please explain.

_____

_____


36.    Have you purchased used tires for your vehicle?

____Yes              ____No

37.    Do you drive a vehicle that is over 10 years old?

____Yes              ____No          ___Not sure

38.    Have you ever had tires on your vehicle that were more than 10 years old?

___Yes              ____No          ___Not sure

39.    Have you ever had an issue with a tire that you thought was defective?

____Yes              ____No

If "Yes," please explain.

_____

_____


40.    Have you, or anyone else close to you, ever been employed in concrete manufacturing, concrete delivery, concrete pouring, concrete stamping, or concrete sales?

_____  Yes        _____  No

If "Yes," please describe who, the experience, and the time frame of your experience.

_____

_____

**How much do you disagree or agree with the following opinions?  Circle a number between 1 and 7, where 1 is "Disagree strongly" and 7 is "Agree strongly". (You may use any number in between as well.)**

41.    There are too many lawsuits.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

42.    Corporations will sacrifice safety if it means making more money.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

43.    Jury awards are too high.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

44.    It is an important part of a jury's job to send messages to the community and to corporations with its verdict.

   Disagree strongly   1   2   3   4   5   6   7    Agree Strongly

45.    I would have a hard time putting my sympathy aside in a case in which a person was seriously and permanently injured.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

46.    People are too ready to sue.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

47.    In a case in which an injured person is suing a big company, I would more likely root for the injured person.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

48.    There should be strict rules for determining damages in personal injury lawsuits.

   Disagree strongly   1   2   3   4   5   6   7    Agree Strongly

49.    The justice system is rigged against the little guy.

   Disagree strongly   1   2   3   4   5   6   7    Agree Strongly

50.    Lawsuits are costing us all too much money.

   Disagree Strongly   1   2   3   4   5   6   7   Agree Strongly

51.    If someone is injured while using a company's product, that company should pay the injured person, regardless of the circumstances.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

52.    Sometimes lawyers file lawsuits in an attempt to take unfair advantage of wealthy individuals or companies.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

53.    If a case makes it all the way to a jury trial, the defendant must have done something wrong.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

54.    Most drivers would be unable to control a vehicle if the tire lost its tread (not went flat, but lost its tread) at highway speed.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

55.    If a tire loses tread, there must be something wrong with the way the tire was made.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

56.    I am a safer driver than most other drivers.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

57.    I would be able to control my vehicle even if a tire suddenly de-treaded (not just a flat tire).

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

58.    A tire should be designed to never lose tread regardless of how it is used or maintained.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

59.    Most people never read warranties.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

60.    Goodyear is a company you can trust to make safe products.

Disagree Strongly    1    2    3    4    5    6    7    Agree Strongly

**The following are types of damages people can seek money for in a lawsuit.  If there was evidence for it, would you be willing to award money for...**

61.  Medical expenses?  \_\_\_\_\_ Yes  \_\_\_\_\_ No
62.  Mental anguish?  \_\_\_\_\_ Yes  \_\_\_\_\_ No
63.  Pain and suffering?  \_\_\_\_\_ Yes  \_\_\_\_\_ No
64.  Loss of wages  \_\_\_\_\_ Yes  \_\_\_\_\_ No
65.  Punitive damages?  \_\_\_\_\_ Yes  \_\_\_\_\_ No

66.  If a seriously and permanently injured person fails to prove a company is to blame for his injuries in a lawsuit, would you have difficulty giving a verdict in which the person receives no money?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

67.  Have you or any family members been involved in an injury automobile accident?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

68.  Have you or any family members had a serious accident because of a tire that blew out or de-treaded (as opposed to a tire going flat)?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

69.  Have you, a family member, or close friend, ever been a witness to a wreck because a tire blew out or de-treaded?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

70.  Have you or a member of your family ever been injured while using any kind of product, whether medical, mechanical, etc.?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

If "Yes," were those injuries caused, at least in part, by something you believe was wrong with the product?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

If  "Yes," to either question above, please explain

_____

_____

71.  Do you support legislative proposals to place caps or limits on the amount of money juries can award?

\_\_\_\_\_ Yes  \_\_\_\_\_ No

72.     Which of the following best describes your political affiliation?

     1. Democrat          2. Republican

     3. Independent       4. Green party

     5. Tea party          6. Other

     7. None             8. Refuse to say

73.     Do you think of yourself as a liberal, a moderate or a conservative?

     1. Liberal

     2. Moderate

     3. Conservative

74.     What race or races do you consider yourself to be?  The U.S. Census categories are:

     1. White (Caucasian)       2. Black or African American

     3. Asian             4. American Indian or Alaska Native

     5. Native Hawaiian or other Pacific Islander      6.  Hispanic/Mexican American/Latino

75.     Do you have significant uncorrected visual impairment that might prevent you from reading charts and materials from a distance?

     \_\_\_\_\_Yes  _____ No

If  "Yes," please explain.

_____

_____

76.    Do you have any medical or physical problems, including any medications, that might affect your ability to serve as a juror?

_____Yes  _____ No

If "Yes," please explain

_____

_____

77.    In a court of law, everyone is seen as equal no matter who you are—even if you are a company. Do you feel you could not give a company the same consideration in a lawsuit as they would an individual?

_____Yes  _____ No

78.    In a civil lawsuit, the plaintiff who brings the lawsuit has the burden to prove his or her claims. As the judge will instruct you, the defense has no burden of proof. Do you have opinions about this law that you would still apply a burden of proof to the defendant company in this case?

_____Yes  _____ No

79.    Is there any reason at all (for example, religious, political or personal) that would make it difficult for you to be a fair and impartial juror in this case?

_____Yes  _____ No

If "Yes," please explain.

_____

_____

80.     Is there anything else the Court should know that might affect your ability to serve as a juror (e.g., emotional difficulties, concerns about the case subject, etc.)?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

If "Yes," please explain.

_____

_____

81.     Is there something that you would rather discuss in <u>private</u> with the Court?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

82.     Would you like to serve as juror in this case?

\_\_\_\_\_ Yes    \_\_\_\_\_ No

If "Yes," please explain.

_____

_____

*Please review the following list of people and organizations. If you or any of your family or close friends know or associate with anyone on this list, please circle who and explain how you know them below.*

| | | |
|---|---|---|
| Rysta Leona Susman | Shane Allen Loveland | Jacob Summers |
| Larry Blair | Goodyear Tire & Rubber Company | Dandee Concrete Construction Co. Inc. |
| Trooper Joseph Flasnick | Rob Gibson | Mary K. Gibson |
| Daniel T. Buser | Kramer's Towing | Action Care Ambulance Inc. |
| Wood River Rescue Unit | Good Samaritan EMS | Shelton Volunteer Fire & Rescue |
| David Southwell | Micky Gilbert | Craig Lichtblau, MD |
| Bernard Pettingill, Ph.D. | Chris Cornett, MD | William Sorrell, MD |
| Kearney Towing & Repair Center, Inc. | Jay Lawrence | Beale Robinson |
| Richard Olsen | Ray Young | Keith Trares |
| Madeline Komenic | Joseph Zekoski | James Stroble |
| Robert Altvater | Mark Grund | Yutaka Ito |
| Dr. Robert Crandall | Dr. Scott Smith | Joseph Grant |
| Stephen J. Fenton | Gray Beauchamp | Elizabeth Raphael |
| Alan Weintraub | Cathlin Vinett Mitchell | Ernest Goss |
| Nathan Dorris | Michael "Mike" Kerns | CHI Health Good Samaritan, Kearney, NE |
| Kearney Clinic, P.C. | Madonna Rehabilitation Hospital | Colorado Blood and Cancer Care |
| Learning Services Neurobehavioral Institute | Swedish Medical Center | Panorama Orthopedics & Spine Center |
| Kearney Regional Medical Centre | Madonna Rehabilitation Hospital | University of Nebraska Medical Center |
| New West Sports Medicine and Orthopaedic | The Law Firm of Kaster, Lynch, Farrar & Ball | The Law Firm of Schewebel, Goetz & Sieben, P.A. |
| The Fraser Stryker Law Firm | The Law Firm of Greensfelder, Hemker & Gale | The Law Firm of Baird Holm |
| The Law Firm of Yost & Baill | Attorney Kyle W. Farrar | Attorney Wesley T. Ball |
| Attorney Paul Godlewski | Attorney Michael F. Coyle | Attorney Edward S. Bott, Jr. |
| Attorney Clark Hedger | Attorney Julianne M. Rodriguez | Attorney Jennifer D. Tricker |
| Attorney Nicole M. Kustermann | Robert X. Cringely | Paul Schenarts, MD |
| James Mahalek, MD | | |

Person                    Nature of contact

_____     _____

_____     _____

_____     _____

**I affirm, under penalty of perjury, that I have given complete and honest answers to all of the questions above.**

_____       _____

     **Signature**                                **Date**