IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | Case No. 8:18-cv-00127 |

**REPLY BRIEF IN SUPPORT OF GOODYEAR'S MOTION IN LIMINE TO PROHIBIT DAVID SOUTHWELL FROM <u>OPINING ON TRUTHFULNESS OF WITNESSES AND PARTIES</u>**

The Goodyear Tire & Rubber Company ("Goodyear"), by and through undersigned counsel, hereby submits its Reply Brief in Support of Goodyear's Motion in Limine to Prohibit David Southwell from Opining on Truthfulness of Witnesses and Parties.

<u>**ARGUMENT**</u>

There appears to be a disconnect between Goodyear's motion and Plaintiffs' opposition brief. Goodyear's short motion, based on well-settled evidentiary holdings not subject to dispute, seeks an order prohibiting Plaintiffs' expert, David Southwell, from "offering any testimony based on his ***opinions and subjective belief with regard to the truthfulness, state of mind, or accuracy of Goodyear's interactions with NHTSA*** as set forth in pages 28-29 of his report, or in any other way." (ECF No. 167 at 3 (emphasis added).)

In response, Plaintiffs lay out their (frequently factually inaccurate) version of events in connection with Goodyear's Tread Throw Investigation, a NHTSA investigation, and Goodyear's communications with NHTSA. These supposed facts, and the extent to which Goodyear may

1

2

dispute them through the course of trial if admitted, have no bearing on Goodyear's motion, which is based on a simple and well-settled evidentiary prohibition that an expert witness cannot offer opinions on the truthfulness of another witness or party, the state of mind of another witness or party, or offer any opinion at all based on his subjective beliefs. At no time do Plaintiffs discuss or even superficially address the law of the question, or cite to a single piece of legal authority. Presumably then, Plaintiffs concede the point but merely wanted to use the opposition brief to gratuitously present a narrative to the Court. Regardless, the factual issues with which Plaintiffs' opposition occupies itself are not pertinent to the narrow premise of Goodyear's motion. Though Goodyear does dispute the accuracy of Plaintiffs' misrepresentative narrative, such disagreements are not germane to the issue before the Court.

## CONCLUSION

For each of the foregoing reasons, and those previously briefed in Goodyear's opening motion papers, Goodyear requests that the Court grant Goodyear's Motion in Limine to Prohibit David Southwell from Opining on Truthfulness of Witnesses and Parties.

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

3

1840093

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with NECivR 7.1(d)(3) and further certify that the word count function was applied to include all text, including the caption, headings, footnotes, and quotations. This document was prepared using Microsoft Word 2010 and contains 630 words.

                                                  /s/ Edward S. Bott, Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 18th day of February, 2020.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                                  /s/ Edward S. Bott, Jr.

1840093