IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. 8:18-cv-00127 |
| THE GOODYEAR TIRE & RUBBER COMPANY, | )<br>) |
| Defendant. | ) |

### INDEX IN SUPPORT OF
### THE GOODYEAR TIRE & RUBBER COMPANY'S
### REPLIES IN SUPPORT OF MOTION *IN LIMINE*

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Replies in Support of Motion in *Limine*.

| *Exhibit* | *Description* |
|---|---|
| A | 10.29.19 Letter from E. Bott to K. Farrar |
| B | 10.25.19 Letter from E. Bott to K. Farrar |
| C | 11.7.19 Letter from E. Bott to K. Farrar |
| D | 11.12.19 to 11.14.19 Emails between E. Bott, K. Farrar, A. Groppe, and D. Muscato |
| E | 12.2.19 to 12.4.19 Emails between A. Groppe and D. Muscato |
| F | 12.13.19 Emails between A. Groppe and D. Muscato |
| G | 1.6.20 Emails between A. Groppe and D. Muscato |
| H | David Southwell's March 28, 2019 deposition in this *Susman* matter, selected portions, pages 29-30, 53 |
| I | Craig Lichtblau, M.D.'s April 8, 2019 deposition in this *Susman* matter, selected portions, pages 20-21, 43-44, 46-50, 52, 57-58 |
| J | Beale Robinson's December 4, 2001 deposition in the Garcia matter, selected portions, pages 25, 47, 88-89 (GY_Susman_09054, GY_Susman_09076; GY_Susman_09117-09118) |
| K | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Replies in Support of Motion *in Limine* |

1

1839920

|  |  |
|---|---|
| Dated: February 18, 2020 | GREENSFELDER, HEMKER & GALE, P.C. |

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

1839920

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 18th day of February, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                  /s/ Edward S. Bott, Jr.