*EXHIBIT A*



|  |  |
|---|---|
| Greensfelder, Hemker & Gale, P.C. | |
| 10 South Broadway | 12 Wolf Creek Drive |
| Suite 2000 | Suite 100 |
| St. Louis, MO 63102 | Belleville (Swansea), IL 62226 |

T: 314-241-9090
F: 314-241-8624
www.greensfelder.com

Edward S. Bott, Jr.
Direct Dial (314) 516-2690
FAX (314) 241-4245
e-mail address
esb@greensfelder.com

October 29, 2019

*Via Email*
Kyle W. Farrar
Kaster, Lynch, Farrar & Ball, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Re:   *Susman, et al. v. The Goodyear Tire & Rubber Co.*
      Case No. 8:18-cv-00127

Dear Kyle:

As you and I have previously discussed, Goodyear will be making available to you for inspection at Goodyear's offices in Akron the claim files it has located responsive to the court's Order of October 7, 2019. This production will be available to you starting November 4, 2019, and will be on a rolling basis. I am told there are currently 70 plus boxes of documents set aside for your review. We have a conference room reserved and will move boxes in and out as you need them. Please inform me of the date you intend to begin your review of the documents, and the names of the individuals doing the review as they will need to complete visitor forms prior to arrival.

Very truly yours,

GREENSFELDER, HEMKER & GALE, P.C.

By *[signature]*

Edward S. Bott, Jr.

ESB/rlv
cc:   Paul E. Godlewski (via email)
      Michael F. Coyle (via email)
      Jennifer D. Tricker (via email)

1822690

