*EXHIBIT D*

| | |
|---|---|
| **From:** | Andrea V. Groppe |
| **Sent:** | Thursday, November 14, 2019 2:50 PM |
| **To:** | Daneen Muscato; Edward S. Bott; Kyle Farrar |
| **Cc:** | Rhonda L. VanOsdale |
| **Subject:** | RE: Susman v. GY |

Thank you.  Please have them ask the folks at Security for Lori Skillman.

Andrea
Greensfelder, Hemker & Gale, P.C.
Direct:  314/345-4769



---

**From:** Daneen Muscato [mailto:Daneen@thetirelawyers.com]
**Sent:** Thursday, November 14, 2019 2:15 PM
**To:** Edward S. Bott; Kyle Farrar
**Cc:** Andrea V. Groppe
**Subject:** RE: Susman v. GY

InfoStore can pick the 10 boxes up Tuesday between 1:00 p.m. and 3:00 p.m. I have told them that they will be available for pick-up in the lobby at Goodyear.

Daneen

---

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Thursday, November 14, 2019 10:42 AM
**To:** Kyle Farrar <kyle@fbtrial.com>; Daneen Muscato <Daneen@thetirelawyers.com>
**Cc:** Andrea V. Groppe <agroppe@greensfelder.com>
**Subject:** RE: Susman v. GY

Thanks Kyle.  We will wait to hear from Daneen on the pick up time.

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying,

distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Kyle Farrar [mailto:kyle@fbtrial.com]
**Sent:** Thursday, November 14, 2019 9:34 AM
**To:** Edward S. Bott; FWD-Daneen
**Cc:** Andrea V. Groppe
**Subject:** RE: Susman v. GY

Ed – let's start with 10 boxes and see where we get.

Daneen will coordinate the time of pick-up.

**From:** Edward S. Bott <esb@greensfelder.com>
**Sent:** Wednesday, November 13, 2019 2:22 PM
**To:** Kyle Farrar <kyle@fbtrial.com>; FWD-Daneen <daneen@thetirelawyers.com>
**Cc:** Andrea V. Groppe <agroppe@greensfelder.com>
**Subject:** RE: Susman v. GY

Kyle,

The files were available for your review beginning November 4.  Your team reviewed a small sample of perhaps 6 – 8 boxes over two days and on that you told me November 5 that you wanted copies of everything.  On November 7, through exchange of letters and email, I understood we had an agreement to make the files available to your copy service on a rolling bases to be copied at your expense.  Friday afternoon, November 8, we received the Agreement to the Protective Order signed by your copy service.  Early Monday morning, November 11, I emailed you and Daneen regarding the release of the first set of boxes for copying.  We heard nothing in response until mid-afternoon, November 12, when Daneen emailed indicating you wanted to start with 20 boxes.  Andrea's response to Daneen later that afternoon put no demands on the copying process other than to have the copy service label each e-folder to correspond to the box number that the documents came out of.  Your response was to demand all of the documents by November 15.  I don't know why, but lets get this back on track.

We suggested starting with 10 boxes until we saw the work product of the copy service with an understanding that we will release more boxes at a time after this initial test case.  Whether we start with 10 or 20 boxes doesn't really matter to us, but we want some confidence that we will get the files back in their current condition.  Your copy service cannot possibly copy all of the boxes in a day or even a few days, but assuming all goes well with the first copy set we have no problem increasing the number of boxes released at a time.

Your service can pick up the boxes between 9 am and 3 pm.  As a courtesy we ask that we be told when they will arrive and how many boxes they will be taking so that we can have them in the lobby area ready for them.

Ed

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



*"We earn our reputation from the companies we keep."®*

CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of
GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be
for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying,
distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error,
please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions,
conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker &
Gale, P.C.  shall be understood as neither given nor endorsed by it.

---

**From:** Kyle Farrar [mailto:kyle@fbtrial.com]
**Sent:** Wednesday, November 13, 2019 10:45 AM
**To:** FWD-Daneen; Edward S. Bott
**Subject:** Re: Susman v. GY

Ed - with all due respect, this had gotten way out of hand. I have tried to work with you in every way on this but I will not keep going. The documents were ordered to be produced in November 7. Produce the documents by the end of the week to me or I'm filing a motion for contempt Monday morning.

On Nov 12, 2019, at 4:34 PM, Daneen Muscato <Daneen@thetirelawyers.com> wrote:

   Goodyear is really demanding with how they want the documents scanned.

   Begin forwarded message:

         **From:** "Andrea V. Groppe" <agroppe@greensfelder.com>
         **Date:** November 12, 2019 at 5:18:41 PM EST
         **To:** Daneen Muscato <Daneen@thetirelawyers.com>
         **Subject: RE: Susman v. GY**

         Hi, Daneen,

         Thank you for the below.  I will need to contact Goodyear to confirm when the
         boxes will be ready.  I imagine they will be able to get them down sometime
         tomorrow morning, but my contact is likely gone for today.

         We would like to start with 10 boxes initially, so we can see the service's work
         product.  Once we are satisfied they will return the files in the same manner in
         which they were received, we will be happy to increase the number of boxes
         sent.

Whoever picks up the boxes needs to park in the visitor lot across the street from the Goodyear building, as no parking is allowed in front of the building.

With respect to the scanning:

- "GY-Claims 1" Bates numbers are good; if we can dispense with leading zeroes, that would be preferable.
- The fronts of boxes do not need to be scanned.  They have writing on them that is not an accurate representation of contents and doesn't mean anything to us.
- The post-its on the fronts of the folders don't need to be scanned, as they mean nothing to us – they are Goodyear's notes to help them re-file the files.  Please have the post-its replaced exactly where they were.
- Each box has a number on it ("Box 1").  The scanned documents from the respective boxes should be put in an e-folder that corresponds to the box number so, in the event something scanned is stuck or otherwise incorrect, the document can be located with greater ease.
- How long do they anticipate it will take to scan 10 boxes?  25 boxes?
- How will the scanned/Bates numbered documents be sent to us?  I imagine both of our offices will get the scanned/numbered documents on rolling basis.

Thanks, I look forward to hearing from you.  I will talk with Goodyear in the morning about timing of the first pick-up.

Andrea
Greensfelder, Hemker & Gale, P.C.
Direct:  314/345-4769

<image001.png>

---

**From:** Daneen Muscato [mailto:Daneen@thetirelawyers.com]
**Sent:** Tuesday, November 12, 2019 3:36 PM
**To:** Andrea V. Groppe
**Subject:** Susman v. GY

Hi Andrea:

We'd like to start with 20 boxes of claims files. Please let me know when we start.

Daneen Muscato
Paralegal
Kaster, Lynch, Farrar & Ball, LLP
125 NE 1st Ave, Ste 3
Ocala, FL 34470
352-622-1600 phone
352-622-1611 fax
daneen@thetirelawyers.com

Notice: This communication is work product, including any attachments and is intended only for the person or entity to which it is addressed. It may contain confidential and legally privileged information or material. Any unauthorized review, use, disclosure or distribution is prohibited.