*EXHIBIT E*

| | |
|---|---|
| **From:** | Daneen Muscato <Daneen@thetirelawyers.com> |
| **Sent:** | Wednesday, December 04, 2019 1:52 PM |
| **To:** | Edward S. Bott; Andrea V. Groppe |
| **Cc:** | Rhonda L. VanOsdale; Kyle Farrar |
| **Subject:** | RE: Susman v. GY |

I understand that InfoStore was able to pick up the next 10 boxes to continue the scanning process. A copy of the scanned files from the first 10 boxes are copied to a CD that was placed in box 1 that was returned to Goodyear. Please let me know if you prefer receiving a copy in a different manner going forward.

Daneen

**From:** Edward S. Bott [mailto:esb@greensfelder.com]
**Sent:** Monday, December 02, 2019 3:37 PM
**To:** Daneen Muscato <Daneen@thetirelawyers.com>; Andrea V. Groppe <agroppe@greensfelder.com>
**Cc:** Rhonda L. VanOsdale <rlv@greensfelder.com>; Kyle Farrar <kyle@fbtrial.com>
**Subject:** RE: Susman v. GY

Andrea is not in the office today Daneen.  I will look into it and get back to you.

**Edward S. Bott, Jr.**
Greensfelder, Hemker & Gale, P.C.
10 South Broadway, Suite 2000
St. Louis, Mo. 63102
Phone - (314) 516-2690
Fax - (314) 241-4245



"We earn our reputation from the companies we keep."®
CONFIDENTIAL & PRIVILEGED TRANSMISSION
The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.

**From:** Daneen Muscato [mailto:Daneen@thetirelawyers.com]
**Sent:** Monday, December 02, 2019 2:37 PM
**To:** Andrea V. Groppe
**Cc:** Rhonda L. VanOsdale; Edward S. Bott; Kyle Farrar
**Subject:** Susman v. GY

Hi Andrea:

1

InfoStore will be returning the 10 boxes tomorrow between 10:00 a.m-3:00 p.m. tomorrow. Please advise if another set of boxes will be available for pick-up.

Daneen Muscato
Paralegal
Kaster, Lynch, Farrar & Ball, LLP
125 NE 1st Ave, Ste 3
Ocala, FL 34470
352-622-1600 phone
352-622-1611 fax
daneen@thetirelawyers.com

Notice: This communication is work product, including any attachments and is intended only for the person or entity to which it is addressed. It may contain confidential and legally privileged information or material. Any unauthorized review, use, disclosure or distribution is prohibited.