*EXHIBIT F*

| | |
|---|---|
| **From:** | Andrea V. Groppe |
| **Sent:** | Friday, December 13, 2019 11:35 AM |
| **To:** | Daneen Muscato |
| **Cc:** | Edward S. Bott; Kyle Farrar; Rhonda L. VanOsdale |
| **Subject:** | RE: Susman: the next three weeks. |

Yes, 15 boxes will be available for pick up December 17.  Thanks and have a good weekend.

Andrea
Greensfelder, Hemker & Gale, P.C.
Direct:  314/345-4769



**From:** Daneen Muscato [mailto:Daneen@thetirelawyers.com]
**Sent:** Friday, December 13, 2019 10:08 AM
**To:** Andrea V. Groppe
**Cc:** Edward S. Bott; Kyle Farrar; Rhonda L. VanOsdale
**Subject:** RE: Susman: the next three weeks.

Hi Andrea:

We are working to do a drop off/pick up on the 17th. Can we get 15 boxes on this pick up? With the holiday schedule it looks like the next drop off/pick up won't be until January 7th and we are trying to keep everything running smoothly.

Daneen

**From:** Andrea V. Groppe [mailto:agroppe@greensfelder.com]
**Sent:** Friday, December 13, 2019 8:47 AM
**To:** Daneen Muscato <Daneen@thetirelawyers.com>
**Cc:** Edward S. Bott <esb@greensfelder.com>; Kyle Farrar <kyle@fbtrial.com>; Rhonda L. VanOsdale <rlv@greensfelder.com>
**Subject:** Susman: the next three weeks.

Good morning, Daneen,

Lori at Goodyear's last day in the office, until January 2, is Wednesday (12/18/19), and Goodyear is closed from December 23, 2019, until January 2, 2020.  Please advise whether InfoStore will be ready to drop off/pick up boxes by December 18.

Thank you.

**Andrea Groppe**
*Paralegal*
Greensfelder, Hemker & Gale, P.C.
10 South Broadway | Suite 2000

1

St. Louis, MO 63102
P: 314.345.4769 | F: 314.241-4245 | agroppe@greensfelder.com



*"We earn our reputation from the companies we keep."®*

CONFIDENTIAL & PRIVILEGED TRANSMISSION

The message included with this e-mail and any attached document(s) contains information from the law firm of GREENSFELDER, HEMKER & GALE, P.C. which may be confidential and/or privileged.  This information is intended to be for the use of the intended recipient.  If you are not the intended recipient, note that any disclosure, photocopying, distribution or use of the contents of this e-mail information is prohibited.  If you have received this e-mail in error, please notify us by a reply to this email and promptly delete or destroy the transmission or attachments.  Opinions, conclusions and other information in this message that do not relate to the official business of Greensfelder, Hemker & Gale, P.C.  shall be understood as neither given nor endorsed by it.