*EXHIBIT G*

**From:** Andrea V. Groppe
**Sent:** Monday, January 06, 2020 3:12 PM
**To:** 'Daneen Muscato'
**Subject:** RE: Susman v. Goodyear

Hi, Daneen,

Yes, 20 boxes will be ready for pick-up tomorrow.  Thanks.

Andrea
Greensfelder, Hemker & Gale, P.C.
Direct:  314/345-4769



**From:** Daneen Muscato [mailto:Daneen@thetirelawyers.com]
**Sent:** Monday, January 06, 2020 2:58 PM
**To:** Andrea V. Groppe
**Subject:** Susman v. Goodyear

Hi Andrea:

Infostore is ready to do a dropoff and pickup tomorrow. 1:00 pm-3:00 pm is the timeframe. Please let me know if they can collect 20 boxes.

Daneen Muscato
Paralegal
Kaster, Lynch, Farrar & Ball, LLP
125 NE 1st Ave, Ste 3
Ocala, FL 34470
352-622-1600 phone
352-622-1611 fax
daneen@thetirelawyers.com

Notice: This communication is work product, including any attachments and is intended only for the person or entity to which it is addressed. It may contain confidential and legally privileged information or material. Any unauthorized review, use, disclosure or distribution is prohibited.