# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both Individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS, | 8:18CV127 |
| Plaintiffs, | ORDER |
| vs. | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| Defendant. | |

This matter is before the Court on the Parties' Joint Motion for Jury Questionnaire, ECF No. 237. The motion is denied. The Court's Supplemental Jury Questionnaire will be sent to potential jurors in this case and can be found at https://www.ned.uscourts.gov/forms?page=2.

Accordingly,

IT IS ORDERED:

The Joint Motion for Jury Questionnaire, ECF No. 237, is denied.

Dated this 19th day of February 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge