# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 8:18-cv-00127 |
| v. | ) ) | Appearing on behalf of: |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | The Goodyear Tire & Rubber Company |
| Defendant. | ) ) | |

## APPLICATION FOR ADMISSION PRO HAC VICE
## OF ROBERT L. DUCKELS

I, ROBERT L. DUCKELS, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Missouri, and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

Bar Number:   52432MO
Law Firm:   Greensfelder, Hemker & Gale, P.C.
    10 S. Broadway, Suite 2000
    St. Louis, MO  63102
    314/241-9090; Fax: 314/241-4245

I, ROBERT L. DUCKELS, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 27th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Duckels
　　　　　　　　　　　　　　　　　　　　　　　　Applicant

---

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska for this case only.

　　　　　　　　　　　　　　　　DATED this _____ day of _____, 20___.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　(Deputy Clerk)

Receipt Number _____

COPIES MAILED ON _____