# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 |

## INDEX IN SUPPORT OF
## THE GOODYEAR TIRE & RUBBER COMPANY'S
## MEMORANDUM IN SUPPORT OF ITS MOTION TO PRECLUDE PLAINTIFFS' PURPORTED TIRE FAILURE EXPERT, DAVID SOUTHWELL, FROM OFFERING OPINIONS FIRST DISCLOSED IN HIS MARCH 4, 2020 SECOND SUPPLEMENTAL EXPERT REPORT AT TRIAL

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of The Goodyear Tire & Rubber Company's Memorandum in Support of Its Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions First Disclosed in His March 4, 2020 Second Supplemental Expert Report at Trial.

| *Exhibit* | *Description* |
|---|---|
| A | David Southwell's March 4, 2020 Second Supplemental Expert Report |
| B | The Goodyear Tire & Rubber Company's Objections and Responses to Plaintiffs' First Requests for Production of documents served August 27, 2018 |
| C | Exemplar page from 751-page spreadsheet produced by Goodyear on August 27, 2018 |
| D | The Goodyear Tire & Rubber Company's Objections and Responses to Plaintiffs' Second Requests for Production of documents served March 11, 2019 |
| E | Mr. Bott's June 27, 2019 cover letter and an exemplar page from the spreadsheet |
| F | David Southwell's March 28, 2019, deposition in this *Susman* matter, selected portions, pages 29-30, 53, 111-115 |
| G | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Memorandum in Support of Its Motion to Preclude Plaintiffs' Purported |

1

1844301

| | Tire Failure Expert, David Southwell, From Offering Opinions First Disclosed in His March 4, 2020 Second Supplemental Expert Report at Trial |
|---|---|

Dated: March 6, 2020					GREENSFELDER, HEMKER & GALE, P.C.

					By:	/s/ Edward S. Bott., Jr.
					Edward S. Bott, Jr.
					Clark W. Hedger
					Robert L. Duckels
					Juliane M. Rodriguez
					10 South Broadway, Suite 2000
					St. Louis, MO  63102
					(314) 241-9090
					Fax:  (314) 345-5465
					esb@greensfelder.com
					ch1@greensfelder.com
					rld@greensfelder.com
					jrodriguez@greensfelder.com

					AND

					BAIRD HOLM LLP
					Jennifer D. Tricker (NE# 23022)
					1700 Farnam Street, Suite 1500
					Omaha, NE  68102-2068
					(402) 344-0500
					jtricker@bairdholm.com

					*Attorneys for The Goodyear Tire & Rubber Company*

2

1844301

3

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 6th day of March, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

              /s/ Edward S. Bott, Jr.

1844301