*EXHIBIT G*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 8:18-cv-00127 ) ) ) ) ) ) |

### DECLARATION OF CLARK W. HEDGER IN SUPPORT OF THE GOODYEAR TIRE & RUBBER COMPANY'S MEMORANDUM IN SUPPORT OF ITS MOTION TO PRECLUDE PLAINTIFFS' PURPORTED TIRE FAILURE EXPERT, DAVID SOUTHWELL, FROM OFFERING OPINIONS FIRST DISCLOSED IN HIS MARCH 4, 2020 SECOND SUPPLEMENTAL EXPERT REPORT AT TRIAL

I, Clark W. Hedger, declare as follows:

1. My name is Clark W. Hedger. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts stated herein are true and correct.

2. True and accurate copies of the documents identified in The Goodyear Tire & Rubber Company's Memorandum in Support of Its Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions First Disclosed in His March 4, 2020 Second Supplemental Expert Report at Trial are attached to the Index in Support of The Goodyear Tire & Rubber Company's Memorandum in Support of Its Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions First Disclosed in His March 4, 2020 Second Supplemental Expert Report at Trial.

1844302

Offering Opinions First Disclosed in His March 4, 2020 Second Supplemental Expert Report at Trial or, in the Alternative, Motion to Continue Trial.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of March, 2020, in St. Louis, Missouri.

_____
CLARK W. HEDGER

1807702

2