IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 <br><br> **ENTRY OF APPEARANCE** |

COMES NOW Brian J. Fahey of Fraser Stryker PC LLO and hereby enters his appearance as attorney of record on behalf of Plaintiffs, Rysta Leona Susman, both individually and as Legal Guardian of Shane Allen Loveland and Jacob Summers.

Dated this 9th day of March, 2020.

        RYSTA LEONA SUSMAN, both Individually and as Legal Guardian of Shane Allen Loveland, Plaintiffs

        By: /s/ *Brian J. Fahey*
          Michael F. Coyle #18299
          Brian J. Fahey #25753
          FRASER STRYKER PC LLO
          500 Energy Plaza
          409 South 17th Street
          Omaha, NE 68102
          (402) 341-6000 (telephone)
          (402) 341-8290 (facsimile)
          Email: mcoyle@fraserstryker.com
          bfahey@fraserstryker.com

        and

        Kyle W. Farrar
        KASTER, LYNCH, FARRAR & BALL, LLP
        1117 Herkimer Street
        Houston, TX 77008
        Email: kyle@fbtrial.com

and

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
Email: pgodlewski@schwebel.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Entry of Appearance was filed electronically on March 9, 2020, with the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| Edward S. Bott Jr.<br>Clark W. Hedger<br>Robert L. Duckels<br>10 South Broadway, Ste. 2000<br>St. Louis, MO 63102<br>esb@greensfelder.com<br>chl@greensfelder.com<br>rld@greensfelder.com | Jennifer D. Tricker<br>BAIRD HOLM, LLP<br>1700 Farnam Street, Ste. 1500<br>Omaha, NE 68102<br>jtricker@bairdholm.com |

By: /s/ *Brian J. Fahey #25753*

2319465 v1