## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 8:18-cv-00127 |
| v. | ) ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

COMES NOW Juliane M. Rodriguez of the law firm Greensfelder, Hemker & Gale, P.C., ("Greensfelder") and hereby requests leave of Court to withdraw her appearance as counsel for Defendant, The Goodyear Tire & Rubber Company ("Goodyear").  Ms. Rodriguez further states:

1.      Juliane M. Rodriguez is currently an attorney at Greensfelder, Hemker & Gale, P.C. and has entered her appearance as counsel of record for Goodyear in this case.

2.      Ms. Rodriguez has accepted a new position and will no longer be an attorney at Greensfelder.

3.      Accordingly, Ms. Rodriguez seeks to withdraw as counsel for Goodyear.

4.      Goodyear will not be prejudiced by this withdrawal and will continue to be represented by Greensfelder and its attorneys Edward S. Bott, Jr., Clark W. Hedger, Robert L. Duckels, and by Jennifer D. Tricker of Baird Holm, LLP.

WHEREFORE, Juliane M. Rodriguez respectfully requests that the Court grant this request for leave to withdraw as counsel for The Goodyear Tire & Rubber Company and that Ms. Rodriguez be removed from the Electronic Case Filing Service List for this case.

Dated: March 9, 2020          GREENSFELDER, HEMKER & GALE, P.C.

By:    /s/ Juliane M. Rodriguez         
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 9th day of March, 2020.


_____/s/ Juliane M. Rodriguez_____