IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | CASE NO. 8:18-cv-00127<br><br>**MOTION FOR CLARIFICATION** |

COMES NOW, Plaintiffs Rysta Leona Susman, individually and as legal guardian of Shane Allen Loveland, and Jacob Summers, by and through their counsel, and hereby moves the Court for clarification regarding its Memorandum and Order, ECF No. 263.

In its Memorandum and Order, the Court ruled on several motions in limine sought by both Plaintiffs and Defendant. Relevant to the present Motion, the Order ruled on the propriety of evidence concerning (1) the investigation of Goodyear's Load Range E Tire by the National Highway Transportation Safety Administration (NHTSA); (2) Goodyear's voluntary replacement program of Load Range E tires; and (3) prior incidents similar to the auto crash in this case.

Plaintiffs move and respectfully seek Court clarification that (1) Plaintiffs may introduce evidence of Goodyear's replacement program without reference to the NHTSA investigation and for purposes additional to the presence of the nylon cap; and (2) evidence of prior similar incidents of Load Range E Tire failure outside of the speed

range identified by the Court if Plaintiffs can establish through evidence that speed is not a material factor concerning such failure.

In further support of this Motion, Plaintiffs are submitting a Brief and Index of Evidence contemporaneously herewith, filed under seal consistent with the Court's Protective Order, ECF No. 66.

        RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, and JACOB SUMMERS, Plaintiffs

BY:   */s/ Michael F. Coyle*
Michael F. Coyle, #18299
Brian J. Fahey, #25753
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
mcoyle@fraserstryker.com
bfahey@fraserstryker.com

and

Kyle Wayne Farrar *(Pro Hac Vice)*
Skip Edward Lynch *(Pro Hac Vice)*
1117 Herkimer St.
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
skip@thetirelawyers.com

and

Paul Godlewski *(Pro Hac Vice)*
SCHWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com
ATTORNEYS FOR PLAINTIFF

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically on the 9th day of March, 2020, with the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following individuals:

    Edward S. Bott, Jr.
    Clark W. Hedger
    Robert L. Duckels
    Greensfelder, Hemker & Gale, P.C.
    10 South Broadway, Suite 2000
    St. Louis, MO  63102

    Jennifer D. Tricker
    Baird Holm LLP
    1700 Farnam Street, Suite 1500
    Omaha, NE  68102-2068

                                      */s/ Michael F. Coyle*

2319530 v1