IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br> Defendant. | Case No. 8:18-cv-00127 |

### INDEX IN SUPPORT OF
### THE GOODYEAR TIRE & RUBBER COMPANY'S
### TRIAL BRIEF

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of

The Goodyear Tire & Rubber Company's Trial Brief.

| *Exhibit* | *Description* |
|---|---|
| A | Plaintiffs' Proposed Trial Exhibit 112, Product Performance Review |
| B | Plaintiffs' Proposed Trial Exhibit 114, Crown Area Improvements in LR E MPV Tires |
| C | Plaintiffs' Proposed Trial Exhibit 119, Treat/Top Belt Throw |
| D | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Trial Brief |

1

1845002

2

Dated: March 10, 2020

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

2

1845002

3

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served to counsel listed below by electronic mail/shared file site this 10th day of March, 2020, to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

                                                             /s/ Edward S. Bott, Jr.