IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | CASE NO. 8:18CV127 |
|---|---|
| Plaintiff(s), | |
| THE GOODYEAR TIRE & RUBBER COMPANY | |
| Defendant(s). | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE AS TO GOODYEAR'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

Plaintiffs' hereby submits their Index of Exhibits in Support of their Motion in Limine as to Goodyear's Objections to Plaintiffs' Deposition Designations

| **Exhibit** | **Description** |
|---|---|
| 1 | Goodyear's Objections to Plaintiffs' Deposition Designations |
| 2 | January 30, 2019 Letter to Ed Bott |
| 3 | February 14, 2019 Letter to Ed Bott |
| 4 | February 19, 2010 Letter to Kyle Farrar |

Dated: March 10, 2020

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: /s/ Kyle Farrar

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball *(Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com

1

wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

***Attorneys for Plaintiffs***

CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*