IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br><br>        Plaintiff(s),<br><br>        v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY<br><br>        Defendant(s). | CASE NO. 8:18CV127 |

_____

**DECLARATION OF KYLE WAYNE FARRAR IN SUPPORT OF PLAINTIFFS'
MOTION IN LIMINE AS TO GOODYEAR'S OBJECTIONS TO
<u>PLAINTIFFS' DEPOSITION DESIGNATIONS</u>**

    I, Kyle Wayne Farrar, declare as follows:

    My name is Kyle Wayne Farrar. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts state herein are true and correct.

    True and accurate copies of each of the documents identified as Exhibits in Plaintiffs' Motion in Limine as to Goodyear's Objections to Plaintiffs' Deposition Designations are attached to the Index in Support of Plaintiffs' Motion in Limine as to Goodyear's Objections to Plaintiffs' Deposition Designations

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this March 10, 2020 in Houston, Texas.

By: _____
       Kyle Wayne Farrar