# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Case No. 8:18-cv-00127 |
| v. | ) ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## THE GOODYEAR TIRE & RUBBER COMPANY'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS AND COUNTER-DESIGNATIONS

The Goodyear Tire & Rubber Company ("Goodyear") objects to plaintiffs' deposition designations in their entirety as not relevant to the issues of whether the LT235/85R16 Wrangler HT Load Range E tire at issue was defective in design or manufacture, or to whether Goodyear was negligent in the design or manufacture of the Tire at Issue. The depositions of former employees of Goodyear, Richard J. Olsen, Beale A. Robinson, Ray Young, and Joseph Zekoski were taken of these witnesses in their individual capacity and not as a corporate representative. The scope of the witnesses' testimony relates solely to the subject matters, scope and documents associated with Goodyear's investigation into the Load Range E "tread throw" issue initiated in 1995, after the Tire at Issue was manufactured. The testimony designated by plaintiffs from these depositions is not relevant and does not tend to prove the Tire at Issue was defective in design or manufacture, or that Goodyear was negligent in design or manufacture of the Tire at Issue. Goodyear objects to the testimony of each witness in its entirety under FRE 402, FRE 403, and for the reasons set forth in Goodyear's Motion in Limine ECF 161 and Motion in Limine ECF 171.

1

Rather than restate these objections to each page and line designation, Goodyear's reference to "General Objections" is intended to assert each of these objections to that testimony.

Objections other than FRE 402, FRE 403, ECF 161 and ECF 171 are separately stated.

The objections are abbreviated pursuant to the legend in footnote 1 below:[1]

1.  Jay K. Lawrence, November 5, 2019, *Rysta Leona Susman, et al. v. The Goodyear Tire & Rubber Company*, (no Bates number).

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 5:10-5:12 | | |
| 8:8-8:17 | | |
| 9:20-9:22 | | |
| 10:10-11:4 | | |
| 11:18-12:5 | | |
| 17:5-17:22 | General objections; MIL No. 165; MIL 172 | |
| 19:21-20:23 | General objections; MIL No. 165; MIL No. 172 | |
| 24:3-24:19 | | |
| 24:21-24:25 | Form objection | |
| 26:22-26:24 | | |

---

[1] **OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**
**F: Foundation**
**FRE: Federal Rule of Evidence**
**FRCP: Federal Rule of Civil Procedure**
**MIL: Goodyear's Motion in Limine**
**MIL No. 161: Re post-manufacture design changes to Subject Tire**
**MIL No. 164: Re Dr. Lichtblau opinion on medical treatment Mr. Loveland will likely not need in the future**
**MIL No. 165: Re other tires, models, or designs**
**MIL No. 168: Re plant practices at Goodyear's Gadsden, Alabama facility**
**MIL No. 170: Re redaction of confidentiality legends prior to publishing to jury**
**MIL No. 171: Re investigation into "tread throws" involving Load Range E tires**
**MIL No. 172: Re other accidents, claims, or lawsuits**
**MIL No. 173: Re private recall**
**MIL No. 174: Re National Highway Traffic Safety Administration's Preliminary Evaluation of Load Range E tires and Goodyear's Voluntary Replacement Program**
**MIL No. 175: Re Bridgestone/Firestone recall and incidents**
**MIL No. 176: Re adjustment data**
**MIL No. 178: Re "Day in the Life Video of Shane Loveland"**
**MIL No. 179: Re sealing trade secret material or commercially sensitive documents**

2

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 27:17-28:14 | | |
| 28:23-29:17 | | |
| 36:4-36:9 | | |
| 37:1-37:12 | General objections | |
| 38:1-38:3 | | |
| 40:1-41:5 | General objections; MIL No. 172 and MIL 176 as to lines 1-6 | |
| 45:3-47:14 | General objections; MIL No. 172; MIL No. 176 as to 45:13-47:14 | |
| 48:12-49:25 | General objections; MIL No. 172; MIL No. 176 | |
| 50:7-52:11 | General objections; MIL No. 172; MIL No. 176 | |
| 52:19-52:23 | General objections; MIL No. 172; MIL No. 176 | |
| 53:16-55:3 | General objections; MIL No. 172; MIL No. 176 | |
| 55:11-55:15 | General objections | |
| 56:13-58:16 | General objections | |
| 60:1-60:21 | General objections | |
| 65:9-66:10 | General objections; MIL No. 176 | |
| 72:19-73:13 | General objections; MIL No. 173; MIL No. 174 | |
| 73:23-74:16 | General objections; MIL No. 173; MIL No. 174 | |
| 75:17-77:11 | General objections; MIL No. 172; MIL No. 173; MIL No. 174 | |
| 84:20-85:13 | General objections; MIL No. 173; MIL No. 174 | |
| 86:6-87:19 | General objections; MIL No. 172; MIL No. 173; MIL No. 174 | |
| 94:21-95:25 | General objections; MIL No. 173; MIL No. 174 | |
| 102:19-109:20 | General objections; MIL No. 173; MIL No. 174 | |
| 110:23-117:12 | General objections; MIL No. 173; MIL No. 174; form and foundation objection 112:6-112:18; MIL No. 172 as to 113:9-114:25; MIL No. 176 as to 115:1-117:12 | |
| 118:12-119:1 | General objections; MIL No. 172 | |
| 119:22-121:25 | General objections; MIL No. 172; MIL No. 176 | |

3

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 136:10-147:7 | | |

2.      Richard J. Olsen, July 17, 2002, *James Aufiero v. The Goodyear Tire & Rubber Company, et al.; Linzer v. The Goodyear Tire & Rubber Company, et al.; Larry Swanson v. The Goodyear Tire & Rubber Company, et al.; Kennette Haymes v. The Goodyear Tire & Rubber Company, et al.; Ramona Dow, et al. v. The Goodyear Tire & Rubber Company; and Roque Arrendondo v. The Goodyear Tire & Rubber Company, et al.,* GY_Susman_11429.

| Plaintiffs' Designation | Goodyear Objections | Court's Ruling |
|---|---|---|
| 21:2-21:11 | | |
| 23:9-23:12 | | |
| 28:13-29:14 | | |
| 47:21-48:03, 06 | | |
| 48:8-48:12 | | |
| 48:16:49:03 | General objections; MIL No. 176 | |
| 52:21-54:12 | General objections; MIL No. 176 | |
| 60:12-60:24 | General objections; MIL No. 176 | |
| 62:16-63:03 | General objections; MIL No. 176 | |
| 66:4-66:17 | General objections; MIL No. 176 | |
| 80:23-81:13, 17-21 | General objections; R:F as to 80:23-81:3 | |
| 84:2-84:24 | General objections; MIL No. 172 | |
| 85:16-85:23 | General objections; MIL No. 172 | |
| 90:1-91:7 | General objections; R; F; H; MIL No. 172 | |
| 93:4-94:9 | General objections; R; F; H; MIL No. 172 | |
| 96:15-96:20 | General objections; MIL No. 176 | |
| 98:11-98:20 | General objections; MIL No. 172 | |

4

| Plaintiffs' Designation | Goodyear Objections | Court's Ruling |
|---|---|---|
| 107:8-107:21 | General objections; MIL No. 172 | |
| 133:15-17, 20-21 | | |
| 150:13-152:04 | General objections; MIL No. 172; R; F | |
| 154:03-19 | General objections; MIL No. 172; R; F | |
| 204:14-204:16 | General objections; MIL No. 172; Mil No. 176 | |
| 206:6-207:1 | General objections; MIL No. 172; Mil No. 176 | |
| 228:18-229:9 | General objections; MIL No. 172; Mil No. 176 | |
| 229:24-230:4 | General objections; MIL No. 172; Mil No. 176 | |
| 233:13-233:20 | General objections | |
| 256:4-257:8 | General objections; MIL No. 176 | |
| 258:12-259:2 | General objections; MIL No. 172; MIL No. 176 | |
| 261:1-261:18 | General objections; MIL No. 172; MIL No. 176 | |
| 261:23-263:9 | | |
| 269:4-269:17 | General objections; R; F; MIL No. 172 | |
| 276:5-276:14 | General objections; MIL No. 161 | |
| 278:7-279:12 | General objections; MIL No. 172; MIL No. 176; F (Olsen was not responsible for forming the team) | |
| 282:14-17 | General objections; R; F; MIL No. 172; MIL No. 174 | |
| 282:20-283:2, 5-25 | General objections; R; F; MIL No. 172; MIL No. 174 | |
| 284:3-7 | General objections; R; F; MIL No. 172; MIL No. 174 | |
| 284:18-286:7 | General objections; R; F; non-disclosed opinion; form of question | |
| 291:17-292:5 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs stipulate they will not offer irrelevant and immaterial evidence regarding Gadsden plant practices | |
| 294:6-294:15 | General objections; MIL No. 168; R; F; H; see ECF No. 224 | |
| 295:23-296:5 | General objections; MIL No. 168; R; F; H; see ECF No. 224 | |

1838536v2

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 26:5-28:12 | | |
| 65:21-66:3 | | |
| 81:23-83:2 | | |
| 96:21-97:15 | | |
| 255:7-256:3 | | |
| 259:4-259:7 | | |
| 286:8-286:21 | | |

3.      Beale A. Robinson, August 3, 2000, *Lori Frankl, et al. v. Goodyear Tire and Rubber Company, et al.*, Volume 1, GY_Susman_08726.

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 8:10:15:49-10:10:19:17 | General objections; MIL No. 165 | |
| 10:10:Q9:50-18:10:A1:52 | General objections; R objection to any design changes not related to plaintiffs' defect theories; MIL No. 172; MIL No. 176 | |
| 19:10:Q3:27-19:10:A3:38 | General objections; MIL No. 176 | |
| 22:10:Q6:07-22:10:36:29 | General objections; MIL No. 176 | |
| 23:10:A6:47-23:10:A7:29 | General objections; MIL No. 176 | |
| 24:10:Q8:17-28:10:A5:19 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 35:10:Q3:53-37:10:58:06 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 39:11:Q1:01-42:11:A4:42 | General objections | |
| 53:11:Q1:25- | General objections; MIL No. 168; See ECF No. 224 where | |

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 54:11:A2:12 | plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 54:11:42:54-55:11:44:10 | General objections | |
| 58:11:Q7:44-59:11:49:04 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 59:11:A9:15-60:11:49:45 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 62:11:A2:17-62:11:52:48 | General objections; MIL No. 168; See ECF No. 224 where plaintiffs agree to not present irrelevant evidence regarding Gadsden plant practices unrelated to defect theories | |
| 66:11:Q8:29-66:11:59:33 | General objections | |
| 67:12:Q0:37-68:12:01:52 | General objections | |
| 68:12:Q2:08-72:12:08:42 | General objections; MIL No. 172; MIL No. 176 | |
| 86:13:Q4:27-87:13:A5:42 | General objections | |
| 88:13:Q6:40-90:13:30:19 | General objections; FRE 602 | |
| 93:13:Q4:41-96:13:A8:49 | General objections; MIL No. 161 as to 13:Q4:41-13:34:43 | |
| 99:13:Q3:42-100:13:A5:37 | General objections; R; F; FRE 602 | |
| 121:14:27:47-125:14:A4:58 | General objections; R; F; FRE 602; MIL No. 165; MIL No. 172; MIL No. 176 | |

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 42:11:04:43-42:11:05:21 | | |

4.      Beale A. Robinson, August 4, 2000, *Lori Frankl, et al. v. Goodyear Tire and Rubber Company, et al.*, Volume 2, GY_Susman_08854.

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 132:09:13:05-134:09:A6:48 | General objections | |
| 141:09:26:46-142:09:28:32 | General objections; MIL No. 176 | |
| 145:09:Q1:31-145:09:A1:46 | General objections; MIL No. 165 | |
| 147:09:36:07-148:09:36:28 | General objections; MIL No. 165 | |
| 154:09:Q3:09-154:09:43:18 | General objections; R; MIL No. 165 | |
| 154:09:Q3:34-156:09:A6:32 | General objections; R; MIL No. 165 | |
| 156:09:Q6:46-157:09:56:53 | General objections; R; MIL No. 165 | |
| 157:09:Q7:57-157:09:58:52 | General objections; R; MIL No. 165 | |
| 158:09:A8:59-158:10:00:07 | General objections; R; MIL No. 165 | |
| 159:10:Q1:39-160:10:02:11 | General objections; R; MIL No. 165 | |
| 161:10:Q4:22-162:10:04:54 | | |
| 162:10:Q8:15-165:10:A2:43 | General objections; MIL No. 172; MIL No. 176 | |
| 176:10:Q3:14-177:10:A3:59 | General objections | |
| 179:10:Q7:30-179:10:37:54 | General objections | |
| 186:10:Q8:04-186:10:48:29 | General objections; MIL No. 176 | |

8

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 189:10:Q4:25-190:10:56:31 | General objections; MIL No. 176 | |
| 199:11:Q9:32-199:11:20:06 | General objections; MIL No. 176 | |
| 199:11:A1:31-200:11:23:03 | General objections; MIL No. 176; designation cuts off witness in mid-answer | |
| 213:11:Q4:15-213:11:45:08 | General objections | |
| 215:11:47:46-216:11:48-33 | General objections | |
| 246:12:Q7:32-246:12:48:12 | General objections | |
| 248:12:Q2:31-248:12:A3:03 | General objections; MIL No. 172; MIL No. 176 | |
| 250:12:Q5:58-251:12:56:52 | General objections; MIL No. 172; MIL No. 176; FRE 602; F; H; (see 251:12:Q6:56 where witness testified he does not know who authored these conclusions) | |
| 252:12:Q8:19-253:13:A1:08 | General objections | |

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 148:9:Q6:32-148:9:A7:18 | | |
| 201:11:23:06-201:11:A3:35 | | |
| 216:11:Q8:38-217:11:50:22 | | |
| 289:14:01:37-289:14:02:54 | | |

9

1838536v2

5.     Beale Robinson, December 4, 2001, *Garcia v. Kelly-Springfield Tire Company, et al.; Phyllis Geer, et al. v. The Kelly-Springfield Tire Company, Inc., et al.*, Volume 1, GY_Susman_09030.

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 6 | | |
| 47-48 | General objections | |
| 51-53 | General objections | |
| 55 | General objections; R; MIL No. 165 | |
| 57 | General objections; R; MIL No. 165 | |
| 60-61 | | |
| 61 | | |
| 64-65 | | |
| 74 | General objections; R; MIL No. 172 | |
| 78 | General objections; MIL No. 172; MIL No. 176 | |
| 80-81 | General objections; MIL No. 176 | |
| 82-83 | General objections; MIL No. 172; MIL No. 176 | |
| 84-86 | General objections; MIL No. 172; MIL No. 176 | |
| 89 | General objections; MIL No. 172; MIL No. 176 | |
| 89-92 | General objections; MIL No. 172; MIL No. 176 | |
| 93 | General objections | |
| 108 | | |
| 109-111 | General objections | |
| 111-115 | General objections; MIL No. 172; MIL No. 176 | |
| 129-130 | General objections; F (witnesses' first involvement with light truck tires was not until 1996 – see 24:20) | |
| 131-132 | General objections; omits witnesses' answer at 132:25-133:22 | |
| 139-140 | General objections; MIL No. 161 | |
| 151 | General objections; MIL No. 168; see plaintiffs' agreement regarding evidence on Gadsden plant practices ECF No. 224 | |

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 183-184 | General objections; MIL No. 172 | |
| 201-204 | General objections; R; FRE 403 | |

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 86:6-86:12 | | |
| 89:11-89:17 | | |
| 92:15-93:11 | | |
| 132:25-133:22 | | |

6.   Beale Robinson, December 5, 2001, *Garcia v. Kelly-Springfield Tire Company, et al.; Phyllis Geer, et al. v. The Kelly-Springfield Tire Company, Inc., et al.*, Volume 2, GY_Susman_09249.

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 239-240 | General objections; MIL No. 172; MIL No. 176 | |
| 241-243 | General objections; MIL No. 172; MIL No. 176 | |
| 255-256 | General objections; MIL No. 172; MIL No. 176 | |
| 272-273 | General objections; MIL No. 173 | |
| 275-276 | General objections; MIL No. 173 | |
| 277-278 | General objections; MIL No. 173 | |
| 279-280 | General objections; MIL No. 173 | |
| 287-288 | General objections; MIL No. 172; MIL No. 176 | |
| 289-290 | General objections; MIL No. 172; MIL No. 176 | |
| 298 | | |
| 307 | | |

1838536v2

7.     Ray Young, September 19, 2002, *Arrendondo v. The Goodyear Tire & Rubber Co., et al.; Boerm v. The Kelly-Springfield Tire Co., et al.*, GY_Susman_13270.

Goodyear objects to any testimony designed to be presented from Mr. Young for the additional reason that his employment with Goodyear was as a compounder (11:24-12:1) and there are no claims in this case that the tire was defective due to the compounds used; and because Mr. Young's involvement in the LRE investigation was only as a member of the first committee in 1995, was not involved in any committee thereafter (15:7-15:23) and he had nothing to do with preparing any of the presentations on the issues (16:9-16:19); and because Mr. Young had nothing to do with the decision to apply the nylon overlay to the Wrangler HT tire (50:6-50:14).

| Plaintiffs' Designation | Goodyear Objections | Court Ruling |
|---|---|---|
| 4:7-4:8 | | |
| 11:24-12:1 | | |
| 15:7-15:21 | General objections | |
| 17:9-17:11 | General objections | |
| 17:15-17:19 | General objections | |
| 17:23-18:6 | General objections | |
| 22:12-22:21 | General objections; MIL No. 172 | |
| 22:23-23:2 | General objections | |
| 23:22-24:4 | General objections | |
| 26:19-27:14 | General objections; MIL No. 172; MIL No. 176 | |
| 28:6-29:5 | General objections; MIL No. 161; MIL No. 172; MIL No. 176 | |
| 29:24-30:2 | General objections; MIL No. 172; MIL NO. 176 | |
| 44:20-44:25 | General objections; MIL No. 161; MIL No. 172; MIL No. 176 | |
| 45:7-46:24 | General objections; MIL No. 161; MIL No. 172; MIL No. 176 | |
| 49:18-53:13 | General objections; MIL No. 161; MIL No. 172; MIL No. 176 | |

1838536v2

| Plaintiffs' Designation | Goodyear Objections | Court Ruling |
|---|---|---|
| 63:7-64:18 | General objections; MIL No. 172; MIL No. 176; see attorney objections | |
| 93:6-93:20 | General objections; MIL No. 172; MIL No. 176; F | |
| 94:12-94:17 | General objections; MIL No. 172; MIL No. 176; F | |
| 95:10-95:17 | General objections; MIL No. 172; MIL No. 176; F | |
| 96:5-96:6 | General objections; MIL No. 172; MIL No. 176; F | |

8.     Joseph Zekoski, October 17, 2001, *Ebanks v. The Kelly-Springfield Tire Company, et al.*; GY_Susman_10540.

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 5 | | |
| 5-6 | | |
| 9 | | |
| 13 | General objections | |
| 14-16 | General objections | |
| 16-17 | General objections | |
| 17 | General objections | |
| 19-20 | General objections; MIL No. 172; MIL No. 165 | |
| 21 | General objections; MIL No. 165 | |
| 22 | General objections; MIL No. 165 | |
| 23-25 | General objections; MIL No. 176; MIL No. 172 | |
| 26-28 | General objections; MIL No. 176; MIL No. 172 | |
| 28-30 | General objections; MIL No. 176; MIL No. 172 | |
| 30 | General objections | |
| 31 | General objections | |
| 32-34 | General objections | |
| 35 | General objections; MIL No. 165 | |
| 37-38 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect | |

13

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| | theories | |
| 39-41 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect theories; MIL No. 165 | |
| 42 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect theories; MIL No. 165 | |
| 43-45 | General objections | |
| 46 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect theories; MIL No. 165 | |
| 48 | General objections; MIL No. 172 | |
| 49-50 | General objections; MIL No. 172; MIL No. 176; MIL No. 165 | |
| 51-53 | General objections; MIL No. 165 | |
| 54-55 | General objections | |
| 57 | General objections | |
| 58-59 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect theories | |
| 66-69 | General objections; R – changes to tires other than adding nylon overlay have nothing to do with plaintiffs' defect theories | |
| 72-73 | General objections; MIL No. 172 | |
| 74-75 | General objections; MIL No. 172; MIL No. 176; R – design and manufacture changes unrelated to defect theories | |
| 75 | General objections | |
| 77 | General objections | |
| 78-82 | General objections; MIL No. 172; MIL No. 176; MIL No. 165 | |
| 84-85 | General objections; MIL No. 172; MIL No. 176; MIL No. 165 | |
| 85 | General objections; MIL No. 172; MIL No. 176; MIL No. 165 | |
| 86-87 | General objections; MIL No. 165; R – changes to design | |

14

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| | and manufacture unrelated to plaintiffs' defect theories | |
| 90 | General objections; MIL No. 165; R – changes to design and manufacture unrelated to plaintiffs' defect theories | |
| 92-93 | General objections; MIL No. 172; MIL No. 165 | |
| 94-96 | General objections; MIL No. 172; MIL No. 165; MIL No. 176 | |
| 96-97 | General objections | |
| 97 | General objections | |
| 98 | General objections | |
| 102-103 | General objections | |
| 106-109 | General objections; MIL No. 172; MIL No. 176; MIL No. 165; R – design and manufacture changes unrelated to plaintiffs' defect theories | |
| 110-114 | General objections; MIL No. 172; MIL No. 176; MIL No. 165 | |
| 114-118 | General objections; MIL No. 172; MIL No. 176; MIL No. 165; F; FRE 602 (chart); H | |
| 125-131 | General objections; MIL No. 172; MIL No. 176; MIL No. 165; F; FRE 602 (chart); H | |
| 132-135 | General objections; MIL No. 172; MIL No. 176; MIL No. 165; MIL No. 161; R – design and manufacture changes unrelated to plaintiffs' defect theories | |
| 136-137 | General objections; MIL No. 165 | |
| 138 | General objections; MIL No. 172; MIL No. 165 | |
| 139-140 | General objections; MIL No. 172; MIL No. 165 | |
| 140-141 | General objections; MIL No. 172; MIL No. 165; R; FRE 403 regarding evidence of any settlements | |
| 143 | General objections; MIL No. 172; F; FRE 602 | |
| 151-152 | General objections; MIL No. 172; R – testimony relates to use of an overlay on passenger tires not radial light truck tires; MIL No. 165 | |
| 154-157 | General objections; MIL No. 165; MIL No. 172; MIL No. 176; MIL No. 161 | |
| 161-163 | General objections | |

15

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 171-172 | General objections; R; MIL No. 165 | |
| 172-174 | General objections; R; MIL No. 165; MIL No. 172 | |
| 174-175 | General objections; R; MIL No. 165; MIL No. 172 | |
| 178 | General objections; form and foundation | |

| Goodyear Counter-Designations | Plaintiff's Objections | Court's Ruling |
|---|---|---|
| 191:7-192:22 | | |

16

GREENSFELDER, HEMKER & GALE, P.C.


By: ___/s/ Edward S. Bott, Jr._____
Edward S. Bott, Jr.
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
jrodriguez@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was sent via email this 28th day of February, 2020.

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

_____/s/ Edward S. Bott, Jr._____

18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both )
individually and as Legal Guardian of )
SHANE ALLEN LOVELAND, et al., )
     )
    Plaintiffs, )
     )    Case No. 8:18-cv-00127
v. )
     )
THE GOODYEAR TIRE & RUBBER )
COMPANY, )
     )
    Defendant. )

### THE GOODYEAR TIRE & RUBBER COMPANY'S OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS FOR THE DEPOSITION OF KEITH TRARES

The Goodyear Tire & Rubber Company ("Goodyear") submits the following objections and counter-designations to the testimony of Keith Trares from the case of *Garcia v. The Goodyear Tire & Rubber Company,* Cause No. 4813, in the District Court, Forty-Ninth Judicial District, Zapata County, Texas.

Goodyear objects to the testimony of Mr. Trares in its entirety as it relates exclusively to the Load Range E investigation which is the subject of numerous motions in limine filed by Goodyear as evidence not admissible at trial, and the designations are primarily relating to documents which Mr. Trares did not create and on which he does not have personal knowledge, and his testimony is cumulative to testimony offered by other former Goodyear employees who did create the documents and who did have personal knowledge of the subject matter of the questioning.

In addition, Goodyear raises the following specific objections:

1

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 9:10-16:25 | Goodyear objects to Exhibit 1 and all testimony relating to it as cumulative, lack of foundation, MIL No. 176; MIL No. 172; MIL No. 165; hearsay; and the Court's Order ECF No. 263, Sec. I.B, and exhibit not identified on plaintiffs' Exhibit List. | |
| 21:4-29:1 | Goodyear objects to Exhibit 2 and all testimony relating to it as cumulative, lack of foundation, MIL No. 176; MIL No. 172; MIL No. 165; hearsay; and the Court's Order ECF No. 263, Sec. I.B, and exhibit not identified on plaintiffs' Exhibit List. | |
| 29:5-31:22 | Goodyear objects to Exhibits 3 and 4 and all testimony relating to it as cumulative, lack of foundation, MIL No. 176; MIL No. 172; MIL No. 165; hearsay; and the Court's Order ECF No. 263, Sec. I.B, and exhibit not identified on plaintiffs' Exhibit List. | |
| 31:25-42:25 | Goodyear objects to Exhibit 13 and all testimony relating to it as cumulative, lack of foundation, MIL No. 176; MIL No. 172; MIL No. 165; hearsay; and the Court's Order ECF No. 263, Sec. I.B, and exhibit not identified on plaintiffs' Exhibit List. | |
| 43:13-49:17 | Goodyear objects to Exhibit 6 and all testimony relating to it; violates MIL Order ECF No. 263, Sec. I.G. Gadsden plant practices; MIL No. 165; F,H, FRE 403, and exhibit not identified on plaintiffs' Exhibit List. | |
| 51:14-57:24 | Goodyear objects to Exhibit 14 and testimony relating to it on the basis of lack of foundation, cumulative, and exhibit not identified on plaintiffs' Exhibit List. | |
| 60:5-60:12 | R, F, cumulative. | |
| 60:22-63:3 | Goodyear objects to Exhibit 7 and all testimony relating to it; the basis of F, H, irrelevant defect theories, FRE 403, and exhibit not identified on plaintiffs' Exhibit List. | |
| 64:14-64:23 | Goodyear objects to Exhibit 8 and all testimony relating to it on the basis it violates ECF No. 263 Sec. I.G.; witness lacks foundation (see 65:1-65:3), and exhibit not identified on plaintiffs' Exhibit List. | |
| 67:2-68:24 | Goodyear objects to Exhibit 8 and all testimony relating to it on the basis of MIL No. 176, MIL No. 172, MIL No. 168 and MIL Order ECF No. 263, Sec. I.B., and MIL No. 165, and exhibit not identified on plaintiffs' Exhibit List. | |

1844882

| Plaintiffs' Designation | Goodyear's Objections | Court's Ruling |
|---|---|---|
| 69:9-70:25 | Goodyear objects to Exhibit 9 and all testimony relating to it on the basis of MIL No. 168 and MIL Order ECF No. 263, Sec. I.G.; irrelevant defect theory; FRE 403; F (see 71:2-71:6). | |
| 99:20-101:12 | F, non-disclosed opinion, MIL No. 161. | |
| 102:10-103:7 | Goodyear objects to Exhibit 10 and all testimony relating to it on the basis of F, MIL No. 161, and exhibit not identified on plaintiffs' Exhibit List. | |
| 121:12-121:14 | MIL No. 165, F, R. | |
| 129:16-132:6 | Goodyear objects to Exhibit 13 and all testimony relating to it on the basis of F, H, and MIL No. 161, and exhibit not identified on plaintiffs' Exhibit List. | |

Subject to the above stated objections, Goodyear identifies the following counter-designations:

| Goodyear's Counter-Designations | Plaintiffs' Objections | Court's Ruling |
|---|---|---|
| 65:1-65:3 | | |
| 71:2-71:6 | | |
| 101:13-101:18 | | |
| 103:9-103:16 | | |

GREENSFELDER, HEMKER & GALE, P.C.

By:  ___/s/ Edward S. Bott, Jr._____
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com

AND

3

1844882

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was emailed this 10th day of March, 2020 to:

Kyle W. Farrar
KASTER, LYNCH, FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, TX 77002
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
80 South 8th Center
5120 IDS Center
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

/s/ Edward S. Bott, Jr.

4

1844882