# EXHIBIT 2



# KASTER LYNCH FARRAR & BALL LLP

TEXAS | FLORIDA

**BRUCE R. KASTER** — PARTNER
bruce@thetirelawyers.com

**SKIP EDWARD LYNCH** — PARTNER
skip@thetirelawyers.com

**KYLE W. FARRAR** — PARTNER
kyle@thetirelawyers.com

**WESLEY TODD BALL** — PARTNER
wes@thetirelawyers.com

January 30, 2019

Edward S. Bott
Greensfelder Hemker & Gale, PC
10 South Broadway, Ste 2000
St. Louis, MO 63102

Re:   Susman (Loveland) v. Goodyear

Dear Mr. Bott:

We would like to take the depositions of the following Goodyear employees:

- Joe Zekoski
- Rich Olsen
- Beale Robinson
- Keith Trares
- Maledon Kominic
- Ray Young

Please advise if Goodyear can make these individuals available and potential dates. If Goodyear is unable to make these individuals available for deposition please provide the last known address for each.

Sincerely,

Kyle Farrar

KWF/dm
CC: Paul Godlewski