# EXHIBIT 3



|  | BRUCE R. KASTER | PARTNER<br>bruce@thetirelawyers.com |
|---|---|---|
| KASTER LYNCH FARRAR & BALL LLP | SKIP EDWARD LYNCH | PARTNER<br>skip@thetirelawyers.com |
| TEXAS \| FLORIDA | KYLE W. FARRAR | PARTNER<br>kyle@thetirelawyers.com |
|  | WESLEY TODD BALL | PARTNER<br>wes@thetirelawyers.com |

February 14, 2019

Edward S. Bott
Greensfelder Hemker & Gale, PC
10 South Broadway, Ste 2000
St. Louis, MO 63102

Re:    Susman (Loveland) v. Goodyear

Dear Ed:

    During the deposition of Mr. Blair, we discussed the former Goodyear employees for whom I requested depositions. You suggested allowing me to use the depositions previously produced instead of retaking them, and you would waive any arguments as to hearsay or complaints that the depositions were not taken in this matter. You would preserve all other objections (relevance, etc.) that you would have had the depositions been taken in this matter. I am reviewing the depositions now to see if that is an agreement we can reach.

    In order to make that agreement, however, we will need to obtain the transcripts in PTX or ASCII format so we can cut the video transcripts as well as the video files. Can you please confirm you will be able to produce transcripts in one of these formats as well as the videos?

Sincerely,

Kyle Farrar

KWF/dm

CC: Paul Godlewski