IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS

    Plaintiff(s),

CASE NO. 8:18CV127

THE GOODYEAR TIRE & RUBBER COMPANY

    Defendant(s).

## INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' TRIAL BRIEF

Plaintiffs' hereby submits their Index of Exhibits in Support of their Trial Brief.

| Exhibit | Description |
|---|---|
| Trial Exhibit 69 | David Southwell's expert report **Filed under seal** |
| Trial Exhibit 168 | Crown Area Improvements in LRE MPV Tires – GY_Susman_26434-26474 **Filed under seal** |
| Exhibit 1 | Deposition Excerpt of Richard Olsen, p. 151 and 279 **Filed under seal** |
| Trial Exhibit 224 | Meeting on LT-Metric 'Tread Throw' Field Problems (09/19-21/95) GY-Susman_ 20930-20933 **Filed under seal** |
| Trial Exhibit 121 | RLT Crown Integrity GY_Susman 22763-22776 **Filed under seal** |
| Trial Exhibit 161 | RLT Adjustment Data Need GY-Susman_22950-22951 **Filed under seal** |
| Trial Exhibit 189 | Radial Light Truck – Gadsden GY_Susman_26733 **Filed under seal** |
| Trial Exhibit 197 | RLT LRE Crown Integrity Improvement: Team Trip; Fayetteville/Gadsden GY_Susman_22535-22537 **Filed under seal** |
| Trial Exhibit 176 | RLT LRE Crown Integrity GY_Susman_26631-26654 **Filed under seal** |
| Trial Exhibit 177 | North America Tire Crown Integrity Update GY_Susman_26655-26672 **Filed under seal** |
| Trial Exhibit 190 | RLT LR-E Crown Integrity GY_Susman_22525 **Filed under seal** |
| Exhibit 2 | Deposition Except of Beale Robinson, p. 124-125 **Filed under seal** |
| Trial Exhibit 84 | Expert Report of Micky Gilbert |

Dated: March 10, 2020

        Respectfully submitted,

        **KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _/s/ Kyle Farrar_

Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball (*Pro Hac Vice*)
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE (CM/ECF)</u>

I HEREBY CERTIFY that on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*