IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS LEGAL GUARDIAN OF SHANE ALLEN LOVELAND; AND JACOB SUMMERS,<br><br>Plaintiff,<br><br>vs.<br><br>THE GOODYEAR TIRE AND RUBBER COMPANY,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:18CV127<br><br>**RULE 45(c) MOTION TO QUASH SUBPOENA COMMANDING RYAN SCARLETT, CO-OWNER OF KEARNEY TOWING AND REPAIR CENTER, INC., TO APPEAR FOR AND PRESENT TESTIMONY AT THE TRIAL OF THIS MATTER** |

**COMES NOW,** Ryan Scarlett and Kearney Towing and Repair Center, Inc. ("Kearney"), pursuant to Fed. R. Civ. P. 45 and hereby asks that the Court to quash a subpoena served upon Ryan Scarlett, the co-owner of Kearney on March 10, 2020. Pursuant to Fed. R. Civ. P. 45(d) Mr. Scarlett further requests the payment of reasonable attorney's fees associated with the filing of this Motion.

As required by NeCivR 7.1, a Brief in Support of this Motion and Index of Evidence is filed contemporaneously herewith.

Pursuant to NeCivR 7.1(e), Kearney hereby requests an emergency hearing and the opportunity to present oral arguments concerning this Motion.

RYAN SCARLETT AND KEARNEY TOWING & REPAIR CENTER, INC., A NEBRASKA CORPORATION,

By: _____
Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 (Telephone)
(402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael F. Coyle
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
mcoyle@fraserstryker.com
**Attorney for Plaintiff**

Paul E. Godlewski
Schwebel Goetz & Sieben, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, MN 55402
pgodlewski@schwebel.com
**Attorney for Plaintiffs**

Skip Edward Lynch
Kaster Lynch Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Skip@thetirelawyers.com
**Attorney for Plaintiffs**

Kyle Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Kyle@fbtrial.com
**Attorney for Plaintiffs**

William R. Ogden
1117 Herkimer Street
Houston, TX 77008
bill@fbtrial.com
**Attorney for Plaintiffs**

Edward S. Bott, Jr.
Clark Hedger
10 South Broadway, Suite 2000
St. Louis, MO 63102
esb@greensfelder.com
chl@greensfelder.com
**Attorneys for Defendant**

Jennifer D. Tricker
Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
jtricker@bairdholm.com
**Attorney for Defendant**

                */s/ Kristina J. Kamler*