IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RYSTA LEONA SUSMAN, BOTH INDIVIDUALLY AND AS LEGAL GUARDIAN OF SHANE ALLEN LOVELAND; AND JACOB SUMMERS, | ) ) ) ) ) | 8:18CV127 |
| Plaintiff, | ) ) | **INDEX OF EVIDENCE** |
| vs. | ) ) ) | |
| THE GOODYEAR TIRE AND RUBBER COMPANY, | ) ) ) ) | |
| Defendant. | ) ) | |

As support for the Motion to Quash filed by Ryan Scarlett and Kearney Towing and Repair Center, Inc., they hereby submit the follow evidence.

1. March 10, 2020 Subpeona
2. Map and estimate of miles between Kearney, Nebraska and Omaha, Nebraska
3. Affidavit of Ryan Scarlett
4. Subpoena for October 15, 2019 deposition
5. October 15, 2019 deposition transcript (excerpts only)
6. March 3, 2020 email

I, Kristina Kamler, am counsel for Ryan Scarlett and Kearney Towing and Repair Center, Inc. The exhibits above are true and accurate copies of what they purport to be.

Respectfully submitted,

RYAN SCARLETT AND KEARNEY TOWING & REPAIR CENTER, INC., A NEBRASKA CORPORATION,

By: _____
Stephen G. Olson, II, #18949
Kristina J. Kamler, #24082
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102
(402) 348-0900 (Telephone)
(402) 348-0904 (Facsimile)
solson@ekoklaw.com
kkamler@ekoklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Michael F. Coyle
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
mcoyle@fraserstryker.com
**Attorney for Plaintiff**

Paul E. Godlewski
Schwebel Goetz & Sieben, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, MN 55402
pgodlewski@schwebel.com
**Attorney for Plaintiffs**

Skip Edward Lynch
Kaster Lynch Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Skip@thetirelawyers.com
**Attorney for Plaintiffs**

Kyle Farrar
Farrar & Ball LLP
1010 Lamar, Suite 1600
Houston, TX 77002
Kyle@fbtrial.com
**Attorney for Plaintiffs**

William R. Ogden
1117 Herkimer Street
Houston, TX 77008
bill@fbtrial.com
**Attorney for Plaintiffs**

Edward S. Bott, Jr.
Clark Hedger
10 South Broadway, Suite 2000
St. Louis, MO 63102
esb@greensfelder.com
chl@greensfelder.com
**Attorneys for Defendant**

Jennifer D. Tricker
Woodmen Tower
1700 Farnam Street
Omaha, NE 68102
jtricker@bairdholm.com
**Attorney for Defendant**

*/s/ Kristina J. Kamler*