AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| RYAN LEONA SUSMAN, et. al.<br>*Plaintiff*<br>v.<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>*Defendant* | )<br>)<br>)  Civil Action No. 8:18-cv-127<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: RYAN SCARLETT, 1303 East 22nd Street, Kearney NE 68847

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Roman L. Hruska Federal Courthouse<br>111 South 18th Plaza<br>Omaha, NE 68102 | Courtroom No.: 2 |
|---|---|
| | Date and Time: **March 23 - 27, 2020; 8:30 a.m.** |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/05/2020

*CLERK OF COURT*

OR

_____     /s/ Jennifer D. Tricker
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
THE GOODYEAR TIRE & RUBBER COMPANY, who issues or requests this subpoena, are:

Jennifer Tricker, Attorney, Baird Holm LLP, 1700 Farnam Street, Suite 1500, Omaha, NE 68102, jtricker@bairdholm.com, 402.636.8348.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT
**Exhibit 1**



**Elizabeth K. Kaup**

1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068
Tel: 402.344.0500
Fax: 402.344.0588
Direct: 402.231.8584
ekaup@bairdholm.com
www.bairdholm.com

March 5, 2020

**BY HAND DELIVERY**

Ryan Scarlett
1303 E 22nd St.
Kearney, NE 68847

    Re:  *Ryan Leona Susman, et al v. The Goodyear Tire & Rubber Company*
          Case No: 8:18-cv-00127

Dear Mr. Scarlett

    We represent the Defendant in the above-referenced matter. We have enclosed a subpoena which requires you to appear to testify at trial March 23, 2020 through March 27, 2020, beginning at 8:30 a.m. at the Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE 68102. We expect we will only need you one day of that week, but at this time, we cannot be certain of the date or the exact time. Therefore, if you contact me to provide me with the best telephone number to reach you, we will work with you as we are able to narrow down the date and time so as to inconvenience you as little as possible.

    Also enclosed please find a check in the amount of $252.06 for your witness fee and mileage. If we end up requiring your presence more than one day at trial, we will pay you an additional witness fee. Please feel free to call me if you have any questions concerning the enclosed subpoena.

                                          Respectfully,

                                          Elizabeth K. Kaup
                                          Paralegal

EKK/cmd
Enclosures

*Providing Exceptional Legal Service Since 1873*

# BAIRD HOLM LLP

ATTORNEYS AT LAW
1700 Farnam Street
Suite 1500
Omaha, NE 68102

US BANK
Farnam at Seventeenth
Omaha, NE 68102
27-2/1040

Check No. 00301334

Date: March 5, 2020

PAY  Two hundred fifty-two and 06/100***************************************************************  $***252.06***

TO THE ORDER OF  Ryan Scarlett

Baird Holm LLP - Operating Account

*Karen Smith*

Void after 90 days

⑆00301334⑆ ⑉104000029⑉ 14870157590 ⑉

| Baird Holm LLP - Operating Account | | | | Check #: | 301334 |
|---|---|---|---|---|---|
| Vendor ID: 2669351 | Payee: | Ryan Scarlett | | Check Date: | Mar 5, 2020 |

| Invoice Num | Invoice Date | Reference | Invoice Description | Payment Amt |
|---|---|---|---|---|
| 02052020 | Mar 5, 2020 | | G6080-00048 Witness Fee & Mielage/JDT | $252.06 |
| | | | Totals: | $252.06 |

*R338468*