**Google Maps** — Omaha, Nebraska to Kearney, Nebraska     Drive 185 miles, 2 h 46 min



### Omaha
Nebraska

**Get on I-80 W from S 13th St**

5 min (2.0 mi)

↑ 1. Head south on S 14th St toward Howard St

0.3 mi



EXHIBIT
**Exhibit 2**

2. Turn left onto Leavenworth St

358 ft

3. Turn right at the 1st cross street onto S 13th St
   - Pass by McDonald's (on the right in 1.4 mi)

1.5 mi

4. Slight right to merge onto I-80 W

0.2 mi

Follow I-80 W to NE-44 N/2nd Ave in Kearney. Take exit 272 from I-80 W

2 h 35 min (181 mi)

5. Merge onto I-80 W

0.3 mi

6. Keep left to stay on I-80 W

3.0 mi

7. Keep left to stay on I-80 W

4.3 mi

8. Keep left to stay on I-80 W

173 mi

9. Take exit 272 for NE-44

0.3 mi

Follow NE-44 N/2nd Ave to W 24th St

6 min (2.1 mi)

10. Turn right onto NE-44 N/2nd Ave

2.0 mi

11. Turn right onto W 24th St

0.1 mi

# Kearney
Nebraska

These directions are for planning purposes only. You may find that construction projects, traffic,

weather, or other events may cause conditions to differ from the map results, and you should plan your route accordingly. You must obey all signs or notices regarding your route.