```
                                                          Page 1

 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
 2
 3   RYSTA LEONA SUSMAN, both,      )CASE NO8:18-cv-00127
     individually and as Legal      )
 4   Guardian of SHANE ALLEN        )
     LOVELAND, et al.,              )
 5                                  )
              Plaintiffs,           )VIDEO DEPOSITION
 6                                  )OF RYAN SCARLETT
                 vs.                )
 7                                  )
     THE GOODYEAR TIRE & RUBBER     )
 8   COMPANY,                       )
                                    )
 9            Defendant.            )
     -------------------------------
10
11         VIDEO DEPOSITION OF RYAN SCARLETT, taken
12   before Jennifer R. McCarter, Professional Court
13   Reporter and General Notary Public within and for
14   the State of Nebraska, beginning at 10:38 a.m.,
15   October 15, 2019, at Jacobsen, Orr, Lindstrom &
16   Holbrook, P.C., L.L.O., 322 West 39th Street,
17   Kearney, Nebraska.
18
19
20
21
22
23
24                                          EXHIBIT
25                                         Exhibit 5
```

SCARLETT - Direct

Page 5

1      Q    And so I want you to know that if for some
2  reason you don't understand my question, let me know
3  that.
4      A    Okay.
5      Q    I'll be happy to restate it for you, okay?
6      A    Okay.
7      Q    So tell me just again, do you live here in
8  the Kearney area?
9      A    Yes, sir.
10     Q    All right.  How long have you lived here?
11     A    Twenty-two years.
12     Q    Okay.  Were you born and raised in
13 Nebraska?
14     A    Yes, sir.
15     Q    Okay.  Where was your home or where were
16 you born?
17     A    Bartlett, Nebraska.
18     Q    Okay.  I don't know where Bartlett is.  I
19 should know maybe, but I don't.
20     A    Very small town 75 miles north of
21 Grand Island on 281.
22     Q    Okay.  And then did you come from Bartlett
23 to Kearney?
24     A    Yes.
25     Q    And how long have you lived in -- Well,

1   22 years, you said.
2          A    22 years, yep.
3          Q    What is your educational background?
4          A    My educational background, graduated from
5   high school, a couple years in college.  That's it.
6          Q    Okay.  Did you complete college or get
7   a --
8          A    No.
9          Q    -- an associate's degree or anything?
10         A    No.
11         Q    What did you study in college?
12         A    Psychology.
13         Q    And then, as I understand it, you are the
14  current owner of Kearney Towing & Repair Center,
15  Inc.; is that correct?
16         A    Yes.
17         Q    And I understand that you purchased that
18  business in approximately April of 2014?
19         A    Correct.
20         Q    Okay.  What did you do before that?
21         A    I worked for the company.
22         Q    When did you start working at Kearney?
23         A    Well, previous to that I had eight or nine
24  years at another repair shop in town; and then
25  Kearney Towing & Repair, I think it was nine years

SCARLETT - Direct

Page 7

```
 1    before I purchased it is how long I worked there.
 2         Q    Okay.  So let me try to back this up and
 3    see if I understand the sequencing here.  You were
 4    working for another repair shop in town for eight or
 5    nine years before going to Kearney, correct?
 6         A    Uh-huh.
 7         Q    Is that yes?
 8         A    Yes.
 9         Q    All right.  And the reason why I say that
10    is because for our court reporter, she needs take it
11    down --
12         A    Yeah.
13         Q    -- verbally?  Thanks.  So then you go to
14    Kearney and you work there for about nine years
15    before you bought the business in April 2014?
16         A    Correct.
17         Q    Who did you buy it from?
18         A    Sam Pierce.
19         Q    To the best of your knowledge was Sam the
20    original owner?
21         A    Yes.
22         Q    Okay.
23         A    Partnership prior to that between him and
24    another guy, but he solely owned it when I started
25    working for him.
```