*EXHIBIT A*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RYSTA LEONA SUSMAN, both
individually and as Legal Guardian of
SHANE ALLEN LOVELAND, et al.,
    Plaintiffs,

                              Case No. 8:18-cv-00127

v.

THE GOODYEAR TIRE & RUBBER
COMPANY,

    Defendant.
_____

DEPOSITION OF
DAVID ROY SOUTHWELL

March 28, 2019

9:00 a.m.

Colville & Dippel
1309 E. Broadway Boulevard
Tucson, Arizona 85719

EPIQ COURT REPORTING
240 West 35th Street
8th Floor
New York, New York 10001
(212) 557-7400
Prepared by:  Sandra Marruffo, R.P.R., AZ C.R. 50815

David Roy Southwell - 3/28/2019

54

1  overlay does not, by definition, make that tire
2  unreasonably dangerous?  Will you agree with that?
3      A.   Yeah, I think that's reasonable.
4      Q.   Okay.  Did this tire comply with all industry
5  standards?
6           MR. FARRAR:  Object to form.
7           THE WITNESS:  I need you to define
8  "industry standards."
9      Q.   BY MR. BOTT:  Well, you had a definition for
10 "state of the art."  Do you have a definition for
11 "industry standards"?
12     A.   It's your question.
13     Q.   It is, yeah.  I'm asking, do you have a
14 definition for it?
15     A.   The industry standard is to design and sell a
16 tire that is safe and will maintain integrity until the
17 tread wears out.  That's the industry standard.
18     Q.   All right.
19     A.   That tire did not meet the industry standard.
20     Q.   Now, there are Federal Motor Vehicle Safety
21 Standards, correct?
22     A.   There are.
23     Q.   To your knowledge, did this tire meet those
24 Federal Motor Vehicle Safety Standards?
25     A.   Nobody tested it.

David Roy Southwell - 3/28/2019

55

1  Q. How do you know that?
2  A. Well, because it's a destructive test, so it
3  would never have made it into the market if it had been
4  tested.
5  Q. So do you know whether or not the -- the -- the
6  tire overall, this model tire, as designed and
7  manufactured by Goodyear, did it meet Federal Motor
8  Vehicle Safety Standards?
9  A. Well, the design of one tire would have -- you
10  know, the design -- the performance of one tire of that
11  design would have met it.
12  Q. Because had it not met -- had it -- had the
13  Goodyear testing of this tire, however many tests they
14  did, not passed the Federal Motor Vehicle Safety Standard
15  testing, then it would not have been fit for use?
16  A. The design of the tire, yes.
17  Q. Okay. I understand you're not talking about
18  this individual tire or -- I get that.
19  A. Uh-huh.
20  Q. I'm just talking about the -- the design of the
21  tire, as tested, would have had to have passed FMVSS?
22  A. FM- -- it would have -- FMVSS is a very
23  short-term, you know, test. It doesn't -- it doesn't
24  purport to test or represent the long-term durability of
25  tires in the market.

David Roy Southwell - 3/28/2019

56

1      Q.   Using that FMVSS standard as an example, are
2 you aware of any written standard by anybody that this
3 tire failed, this model tire?
4      A.   A written standard?
5           MR. FARRAR:  Object to form.
6           THE WITNESS:  There's certainly plenty of
7 published material that reflects the standard to which
8 tire manufacturers hold themselves, which is that a tire
9 should not fall apart before it wears out, and it failed
10 that standard.
11     Q.   BY MR. BOTT:  Okay.  Any other standard?
12     A.   No.
13     Q.   Okay.  With regard to service and maintenance
14 of tires, I assume you agree that the inflation pressure
15 should be checked regularly?
16     A.   Yes.
17     Q.   It's important to keep the tire properly
18 inflated?
19     A.   Yes.
20     Q.   Important to keep the tire so that it's not
21 overloaded?
22     A.   Yes.
23     Q.   And you understand that in a construction
24 setting like the Dandee Concrete Construction Company,
25 where it's on work sites and perhaps more susceptible to