*EXHIBIT B*

Joseph L. Grant
May 31, 2019

Page 1

```
 1         IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
 2

 3    RYSTA LEONA SUSMAN, BOTH
      INDIVIDUALLY AND AS LEGAL
 4    GUARDIAN OFSHANE ALLEN
      LOVELAND; AND JACOB SUMMERS,
 5
              Plaintiff,
 6

 7         vs.                        CASE NO. 8:18CV127

 8
      THE GOODYEAR TIRE & RUBBER
 9    COMPANY,

10            Defendant.

11

12    DEPOSITION OF:       JOSEPH L. GRANT

13    DATE:                May 31, 2019

14    TIME:                9:00 a.m.

15    LOCATION:            A. William Roberts Jr. & Associates
                           6135 Park South Drive
16                         Charlotte, NC

17    TAKEN BY:            Counsel for the Plaintiff

18    REPORTED BY:         SOLANGE RUIZ-URIBE, Court Reporter

19
              A. WILLIAM ROBERTS, JR., & ASSOCIATES
20                  Fast, Accurate & Friendly

21
      Charleston, SC     Hilton Head, SC   Myrtle Beach, SC
22    (843) 722-8414     (843) 785-3263    (843) 839-3376

23
      Columbia, SC       Greenville, SC    Charlotte, NC
24    (803) 731-5224     (864) 234-7030    (704) 573-3919

25                       Asheville, NC
                         (828) 785-5699
```

Joseph L. Grant
May 31, 2019

Page 145

1     A. Correct.
2     Q. Okay. Even though Goodyear says it is
3 defectively designed?
4     MR. BOTT: Object to form.
5     THE WITNESS: I'm not sure that -- where
6 do they say it was defectively designed? There was
7 never any recall of these tires, NHTSA never found
8 anything defective.
9 BY MR. LYNCH:
10     Q. You don't think Goodyear believes these
11 are defectively designed?
12     A. Not to the point where they -- that they
13 felt that there was a defect that made them
14 unreasonably dangerous to the point they would have
15 to recall them. No.
16     Q. Okay. So you don't believe-- they may be
17 defectively and may be unreasonably dangerous but
18 not to the point of recall?
19     A. That's Goodyear's position and that's what
20 I see in my analysis of the tires.
21     Q. All right. Two, the subject tire was
22 appropriately designed, manufactured, tested and
23 stands in compliance with the federal regulations
24 and industry standards in government tires. I'm
25 sorry. You say it's manufactured, but then they

Joseph L. Grant
May 31, 2019

Page 146

1   went back and remanufactured this tire with nylon
2   cap plies, didn't they?
3       A.   They did make some changes including an
4   option nylon cap ply per some of the service
5   conditions that they saw there tires were being
6   used.
7       Q.   But you don't believe that they
8   necessarily needed to do that because you believe
9   this tire was appropriately designed and
10  manufactured.  So why would they ever go back and
11  redesign it?
12      A.   Because of the changing conditions that
13  they saw in certain applications.  It doesn't mean
14  in all applications but they saw, obviously saw a
15  need to change it for certain -- it doesn't mean
16  that, again, that in the vast majority of
17  applications tires are perfectly fine.
18              They didn't -- I go back to it.  They
19  didn't recall them.  If -- you know, I'm not a
20  Goodyear employee but I have dealt with tire
21  manufacturers enough, if they seriously thought
22  there was an issue that made them concerned from a
23  durability standpoint they would have recalled the
24  tires.  That's my experience.
25      Q.   When you say this tire was properly

Joseph L. Grant
May 31, 2019

Page 147

1  stamped, is this where you're talking about you're
2  disagreement with Lila?
3       A.   No.  It comes up more specifically toward
4  the end.  I will offer you there is no government
5  requirement to stamp, you know, I'm talking about
6  federal and industry standards governing tires as
7  far as being appropriately stamped.
8       Q.   Goodyear could certainly stamp a tire and
9  put a born on date, beer does it and bread does it
10 and other people do it, right?
11      A.   So you want a second date.  It already has
12 one date so you want a second date now.  Sure, they
13 could put three or four dates on it.
14      Q.   You think the average consumer knows how
15 to read a DOT?
16      A.   Anybody that wants to know the date of the
17 tires are it's very easy for them to find out.
18 Anybody can.  Anybody can.  And especially someone
19 like Dandy Construction or more importantly Kerney
20 Towing who was doing the actual maintenance on --
21 the work on the tires.
22           They should know or they should be
23 able to easily find out what the -- what the year of
24 the manufacture of these particular tires, very
25 easy.  We wouldn't have to go very far out of this

Joseph L. Grant
May 31, 2019

Page 148

1  room to find information if we really want to know
2  what the date was on the tire.
3       Q.   You and I can do it, and you think the
4  court reporter here knows how to read the date on
5  the tire?
6       A.   If she wanted to know and she wanted to
7  take that responsibility other than letting her tire
8  professional know.
9  BY MR. LYNCH:
10      Q.   For the record, she said she doubted it?
11      A.   She can find out.  I would offer her to
12 Google it or ask Siri even and you would easily come
13 up with something.
14      Q.   It's sort of hidden in the DOT code,
15 right?
16      A.   No.  It's very easy to find.  And I'll
17 offer, just so you're aware, we haven't talked about
18 it, but I will offer you surveys that I've been
19 involved with, with thousands and thousands of
20 tires, all different manufacturers around the world,
21 there is no one, no one that puts that type of
22 information on the sidewall of the tire.
23      Q.   The subject tire experienced a detachment
24 of portion of the tread and top belt.  We talked
25 about this entire --

Joseph L. Grant
May 31, 2019

Page 189

1    CERTIFICATE OF REPORTER

2

3        I, Solange Ruiz-Uribe, Notary Public for the State
4    of North Carolina at Large, do hereby certify that the
5    foregoing transcript is a true, accurate, and complete
6    record.
7        I further certify that I am neither related to nor
8    counsel for any party to the cause pending or interested
9    in the events thereof.
10       Witness my hand, I have hereunto affixed my
11   official seal this 31st day of May, 2019 at Charlotte,
12   Mecklenburg County, North Carolina.
13
14
15
16
17
18
19
20
21
22
23                                    _____
24                                    Solange Ruiz-Uribe
                                      My Commission expires
25                                    March 7, 2022