IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 8:18-cv-00127 ) ) |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) |
| Defendant. | ) ) |

### INDEX IN SUPPORT OF
### THE GOODYEAR TIRE & RUBBER COMPANY'S
### BRIEF IN SUPPORT OF ITS
### MOTION FOR LEAVE TO AMEND ANSWER
### TO INCLUDE OHIO STATUTORY DEFENSE TO PUNITIVE DAMAGES CLAIM

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of The Goodyear Tire & Rubber Company's Brief in Support of its Motion for Leave to Amend Answer to Include Ohio Statutory Defense to Punitive Damages Claim.

| *Exhibit* | *Description* |
|---|---|
| A | David Southwell's March 28, 2019, deposition in this *Susman* matter, selected portions, pages 54-56 |
| B | Joseph L. Grant's May 31, 2019, deposition in this *Susman* matter, selected portion, pages 145-148 |
| C | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Brief in Support of its Motion for Leave to Amend |

1

1845031

Dated: March 11, 2020     GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

1845031

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 11th day of March, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Kyle W. Farrar (*pro hac vice*)
Wesley Todd Ball (*pro hac vice*)
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com
wes@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South 8th Street
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
Brian J. Fahey
FRASER, STRYKER PC LLO
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
bfahey@fraserstryker.com

*Attorneys for Plaintiffs*

                                                  /s/ Edward S. Bott, Jr.