*EXHIBIT E*

# COMPREHENSIVE REHABILITATION RE-EVALUATION

Containing

**Extended Follow Up Office Visit**
**Updated Vocational Position Statement**
**Updated AMA Impairment Rating**
**Updated Functional Assessment**
**Updated Continuation of Care**
**Updated Summary Report**
**Updated Photographs**
**Updated Documentation**

On

# Shane Loveland

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Board Certified Brain Injury Medicine
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

# Updated Continuation of Care

## Updated Continuation of Care

Date:     01/24/2020
Patient:  Shane Loveland

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*: | | | |
| Neurologist | Life | 2-3x Yr and Prn | 200.00/OV * |
| Cardiologist | Life | Prn | 150.00/OV |
| Orthopedic Surgeon | Life | Prn | 181.98/IE<br>100.-150.00/OV |
| Gastroenterologist | Life | Prn | 102.-170.00/OV |
| Physiatrist | Life | 2-4x Yr & Prn | 325.04/IE<br>213.85/OV |
| Pulmonologist | Life | Prn | 115.-190.00/OV |
| Ophthalmologist | Life | 1x Yr & Prn | 200.00/OV |

*Per Dr. Morgan LaHolt (Neurologist).  See Documentation (6/29/17), **(Tab #2).**

Updated Continuation of Care
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care (Continued):* | | | |
| ENT | Life | Prn | 84.-317.00/OV |
| Primary Care | Life | 2-4x Yr & Prn | 100.-400.00/OV* |
| Neurosurgeon | Life | Prn | 150.00/IE<br>125.00/OV |
| Urologist | Life | 1x Yr & Prn | 185.-385.00/IE<br>130.-255.00/OV |
| *Diagnostic Tests:* | | | |
| Electroencephalogram | Life | Prn | 871.00 |
| EKG | Life | Prn | 41.00 |
| Echocardiogram | Life | Prn | 763.-876.00 |
| MRI of Brain | Life | Prn | 641.-1,156.00 |
| MRI – Lumbar<br>    Hips/Pelvis | Life | Prn | 642.00<br>629.00 ea |

*Per Dr. Chad Murray (Primary Care). Please see Documentation (6/30/17), **(Tab #2)**.

**Updated Continuation of Care**
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
| --- | --- | --- | --- |
| *Diagnostic Tests*: (Continued) | | | |
| X-ray Thoracolumbar | Life | 1 x Yr/Prn | 85.00 |
| X-ray Lumbosacral | Life | 1x Yr/Pr | 85.00 |
| X-ray Chest/Lung | Life | Prn | 68.00 |
| Barium Swallow | Life | 1x Yr/Prn | 306.00 |
| Renal Scan/Ultrasound | Life | Prn | 289.00 |
| *CBC with Differential | Life | 2x Yr & Prn | 32.00 |
| *Hepatic Panel | Life | 1x/4 Months | 41.00 |
| *Comp. Metabolic Panel | Life | 1x/Ev 3 Months | 46.00 |
| *Serum Level of Anti-Seizure Medication | Life | 1x Ev 3-6 Months | 91.00-100.00 |
| Routine Urinalysis | Life | 2-3 Yr & Prn | 31.00 |
| Urine Culture & Sensitivity | Life | Prn | 64.00 |

*If patient is on anti-seizure medication such as Dilantin, Tegretol, Depakote or Phenobarbital.

Updated Continuation of Care
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|

<u>Possible Surgical Procedures and Potential Complications</u>:

| | | | |
|---|---|---|---|
| Pulmonary | Life | | |
| Urological | Life | **COSTS** | |
| Thrombophlebitis | Life | **CANNOT** | |
| Renal Complications | Life | **BE DETERMINED** | |
| Seizure Activity | Life | **WITH MEDICAL** | |
| Hydrocephalus Requiring VP Shunt | Life | **CERTAINTY.** | |
| Infection of Shunt | | | |
| Shunt Replacement | | | |
| Endoscopy | | | |
| Aspiration Pneumonia | | | |
| Urosepsis | | | |

**Updated Continuation of Care**
Page Five

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Therapeutic Evaluations*: | | | |
| Physical Therapy | Life | 1x Yr & Prn | 90.15 |
| Occupational Therapy | Life | 1x Yr & Prn | 95.53 |
| Speech/Cognitive | Life | 1x Yr & Prn | 97.14 |
| *Outpatient Therapy*: | | | |
| Physical | Life | 3x Wk for 1 Yr and Prn | 111.39/Visit |
| Occupational/ADL | Life | 3x Wk for 1 Yr and Prn | 123.66/Visit |
| Speech/Cognitive | Life | 3x Wk for 1 Yr and Prn | 84.05/Visit |

**Updated Continuation of Care**
Page Six

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Support Care:* | | | |
| **Aid and Attendant Care | Life | 24 hrs/Day  * R.N.<br>7 days/Wk  * L.P.N.<br>52 wks/Yr | 50.00/Visit<br>24.-30.00/Hr |
| Housekeeper | Life | 2-4 Hrs/Wk<br>1 Day/Wk | 15.00/Hr<br>(Approximate) |
| Case Manager | Life | 2-3x/Mo | 50.00/Visit |

*During periods of medical stability, if the patient is on medications, an L.P.N. can provide the patient's aide and attendant care, (95% of the time).

*During periods of medical fragility, an R.N. must provide the care, (5% of the time).

**Per Dr. Chad Murray (Primary Care).  Please see Documentation, **(Tab #2)**.

**Updated Continuation of Care**
Page Seven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| **Mobility: *** | | | |
| Wheeled Walker | Life | 1x Ev 5-7 Yrs | 199.00 |
| Manual Wheelchair | Life | 1x Ev 5-7 Yrs | 1,619.00 |
| Roho Cushion | Life | 1x Yr | 359.00 |
| **Medications:** | | | |
| Fluoxetine 20 mg | Life | 1x day | 27.00 (30) |
| Amantadine 10 mg | Life | 2x day | 46.00 (60) |
| Pantoprazole 40 mg | Life | 2x day | 168.00 (60) |
| Divalproex 125 mg | Life | 1x day | 80.00 (30) |
| Risperidone 1 mg | Life | 2 tabs 3x day | 666.00 (180) |
| Depakote 125 mg | Life | 4 in A.M., 4 mid-day, 2 in P.M. | 227.00 (300) |
| Trazodone 100 mg | Life | 3 at night | 50.00 (90) |
| Melatonin 5 mg | Life | 2 at night | 8.00 (60) |
| **Personal Items *** | | | |
| Depends | Life | 5 per day | 59.99 (52) |
| Disposable Underpads | Life | 1-2 per day | 34.71 (100) |

*See printouts in Documentation Section, **(Tab #3)**.

**Updated Continuation of Care**
Page Eight

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Housing:* | | | |
| Handicap Accessible Home | 1 X | | 200,000.00-450,000.00 |
| *Transportation:* | | | |
| Handicap Accessible Van | Life | 1x Ev 5-7 Yrs | 45,000.00-75,000.00 |
| Automobile Association (Yearly + Plan) | Life | Yearly | 59.50 |
| Cellular Phone (Portable) | Life | 1 Ev 5-7 Yrs | 39.99 and Up |

Craig H. Lichtblau, M.D.
American Board of Physical Medicine & Rehabilitation
Board Certified Physical Medicine & Rehabilitation
Board Certified Brain Injury Medicine
CHL/cl/jan/20