*EXHIBIT F*



**Bernard F. Pettingill, Jr., Ph.D.**
Consulting Economist

93 Sandbourne Lane
PGA National
Palm Beach Gardens, Florida 33418

E-mail: biffpett@comcast.net
Website: www.bpettingill.com
T. 561.622.0330
F. 561.624.2854

## Present Value Analysis

In the Matter of:
Shane Loveland

## Prepared By:

Bernard F. Pettingill, Jr. Ph.D.
Consulting Economist
3/13/2019

## Prepared For:

Kyle Farrar, Esquire
Attorney at Law
Farrar & Ball, L.L.P.
1010 Lamar Street, Suite 1600
Houston, Texas 77002

Bernard F. Pettingill, Jr., Ph.D. ©

Section VII: Quantitative Economic Loss Summary

## Economic Loss Summary

**Economic Loss**

**Period I: Past Loss (From Incident to Trial Date)**

| | | |
|---|---|---:|
| I.1.a | Past Loss of Earning Capacity | $ 95,521 |
| I.1.a | Past Medical Expenses | TBD |
| | **Total Past Loss** | **$ 95,521** |

**Period II: Future Loss**

| | | |
|---|---|---:|
| II. 2.a | Present Value of Future Loss of Earning Capacity | $ 737,044 |
| II. 2.a | Present Value of Future Medical Care | $ 12,562,731 |
| | **Total Future Loss** | **$ 13,299,776** |

| | |
|---|---:|
| **Total Past and Future Loss** | **$ 13,395,297** |