*EXHIBIT H*



**Bernard F. Pettingill, Jr., Ph.D.**
Consulting Economist

93 Sandbourne Lane
PGA National
Palm Beach Gardens, Florida 33418

E-mail: biffpett@comcast.net
Website: www.bpettingill.com
T. 561.622.0330
F. 561.624.2854

## Present Value Analysis

In the Matter of:
Shane Loveland

## Prepared By:

Bernard F. Pettingill, Jr. Ph.D.
Consulting Economist
3/13/2019

## Prepared For:

Kyle Farrar, Esquire
Attorney at Law
Farrar & Ball, L.L.P.
1010 Lamar Street, Suite 1600
Houston, Texas 77002

Bernard F. Pettingill, Jr., Ph.D. ©

Section IV: Loss of Earning Capacity

**4.1 The past and future loss of Earning Capacity:**         $   21,684   (USD)
　　Source:　　1. Wage information from Dandee Concrete Construction, Inc.

**4.2 Income Growth Rate:**                                    2.59%
　　Source:　　1. CPI 30 year growth rate

**4.3 Future Income Discount Rate:**                           2.84%
　　Source:　　1. US Treasury Yield