IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 8:18-cv-00127 ) ) |
| THE GOODYEAR TIRE & RUBBER COMPANY, | ) ) ) |
| Defendant. | ) ) |

                          INDEX IN SUPPORT OF
                 THE GOODYEAR TIRE & RUBBER COMPANY'S
    MEMORANDUM IN SUPPORT OF ITS MOTION TO PRECLUDE PLAINTIFFS'
    REHABILITATION EXPERT, CRAIG LICHTBLAU, M.D., FROM OFFERING
    OPINIONS AT TRIAL FIRST DISCLOSED IN HIS MARCH 3, 2020 SUPPLEMENTAL
    EXPERT REPORT, AND TO PRECLUDE PLAINTIFFS' ECONOMIC EXPERT,
        BERNARD PETTINGILL, FROM OFFERING OPINIONS AT TRIAL FIRST
          DISCLOSED IN HIS SECOND SUPPLEMENTAL EXPERT REPORT
                         **SERVED ON MARCH 9, 2020**

The Goodyear Tire & Rubber Company ("Goodyear") hereby submits its Index in Support of The Goodyear Tire & Rubber Company's Memorandum in Support of its Motion to Preclude Plaintiffs' Rehabilitation Expert, Craig Lichtblau, M.D., From Offering Opinions at Trial First Disclosed in His March 3, 2020 Supplemental Expert Report, and to Preclude Plaintiffs' Economic Expert, Bernard Pettingill, From Offering Opinions at Trial First Disclosed in His Second Supplemental Expert Report Served On March 9, 2020.

| *Exhibit* | *Description* |
|---|---|
| A | Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig Lichtblau M.D., Summary Report section |
| B | Supplemental Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig Lichtblau M.D., Updated Summary Report section |
| C | Supplemental Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig Lichtblau M.D., Extended Follow-Up Office Visit section |
| D | Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig |

|   |   |   |
|---|---|---|
|   |   | Lichtblau M.D., Continuation of Care section |
|   | E | Supplemental Comprehensive Rehabilitation Evaluation on Shane Loveland prepared by Craig Lichtblau M.D., Updated Continuation of Care section |
|   | F | Present Value Analysis in the Matter of Shane Loveland prepared by Bernard F. Pettingill, Jr., Ph.D., Quantitative Economic Loss Summary section |
|   | G | Second Supplemental Present Value Analysis in the Matter of Shane Loveland prepared by Bernard F. Pettingill, Jr., Ph.D., Quantitative Economic Loss Summary section |
|   | H | Present Value Analysis in the Matter of Shane Loveland prepared by Bernard F. Pettingill, Jr., Ph.D., Loss of Earning Capacity section |
|   | I | Second Supplemental Present Value Analysis in the Matter of Shane Loveland prepared by Bernard F. Pettingill, Jr., Ph.D., Loss of Earning Capacity section |
|   | J | Declaration of Clark W. Hedger in Support of The Goodyear Tire & Rubber Company's Memorandum in Support of its Motion to Preclude Plaintiffs' Rehabilitation Expert, Craig Lichtblau, M.D., From Offering Opinions at Trial First Disclosed in His March 3, 2020 Supplemental Expert Report, and to Preclude Plaintiffs' Economic Expert, Bernard Pettingill, From Offering Opinions at Trial First Disclosed in His Second Supplemental Expert Report Served On March 9, 2020 |

Dated: March 11, 2020  GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Edward S. Bott., Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
10 South Broadway, Suite 2000
St. Louis, MO  63102
(314) 241-9090
Fax:  (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE  68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

1845793

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of March, 2020, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Kyle W. Farrar (*pro hac vice*)
Wesley Todd Ball (*pro hac vice*)
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com
wes@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South 8th Street
Minneapolis, MN 54402
pgodlewski@schwebel.com

Michael F. Coyle
Brian J. Fahey
FRASER, STRYKER PC LLO
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
bfahey@fraserstryker.com

*Attorneys for Plaintiffs*

/s/ Edward S. Bott, Jr.