*EXHIBIT G*



**Bernard F. Pettingill, Jr., Ph.D.**
Consulting Economist

93 Sandbourne Lane
PGA National
Palm Beach Gardens, Florida 33418

E-mail: biffpett@comcast.net
Website: www.bpettingill.com
T. 561.622.0330
F. 561.624.2854

| Present Value Analysis |
|---|
| In the Matter of: |
| Shane Loveland |

| Prepared By: |
|---|
| Bernard F. Pettingill, Jr. Ph.D. |
| Consulting Economist |
| 3/5/2020 |

| Prepared For: |
|---|
| Kyle Farrar, Esquire |
| Attorney at Law |
| Farrar & Ball, L.L.P. |
| 1010 Lamar Street, Suite 1600 |
| Houston, Texas 77002 |

Bernard F. Pettingill, Jr., Ph.D. ©

Section VII: Quantitative Economic Loss Summary

## Economic Loss Summary

**Economic Loss**

**Period I: Past Loss (From Incident to Trial Date)**

| | | |
|---|---|---|
| I.1.a  Past Loss of Earning Capacity | $ | 105,263 |
| I.1.a  Past Medical Expenses | $ | 1,520,221 |
| **Total Past Loss** | $ | **1,625,484** |

**Period II: Future Loss**

| | | |
|---|---|---|
| II. 2.a  Present Value of Future Loss of Earning Capacity | $ | 787,741 |
| II. 2.a  Present Value of Future Medical Care | $ | 16,693,758 |
| **Total Future Loss** | $ | **17,481,498** |
| **Total Past and Future Loss** | $ | **19,106,982** |