*EXHIBIT I*



# Bernard F. Pettingill, Jr., Ph.D.
## Consulting Economist

93 Sandbourne Lane
PGA National
Palm Beach Gardens, Florida 33418

E-mail: biffpett@comcast.net
Website: www.bpettingill.com
T. 561.622.0330
F. 561.624.2854

## Present Value Analysis

In the Matter of:
Shane Loveland

## Prepared By:

Bernard F. Pettingill, Jr. Ph.D.
Consulting Economist
3/5/2020

## Prepared For:

Kyle Farrar, Esquire
Attorney at Law
Farrar & Ball, L.L.P.
1010 Lamar Street, Suite 1600
Houston, Texas 77002

Bernard F. Pettingill, Jr., Ph.D. ©

## Section IV: Loss of Earning Capacity

**4.1 The past and future loss of Earning Capacity:**          $     21,684   (USD)

   Source:      1. Wage information from Dandee Concrete
                Construction, Inc.

**4.2 Income Growth Rate:**                                           2.46%

   Source:      1. CPI 30 year growth rate

**4.3 Future Income Discount Rate:**                                  1.32%

   Source:      1. US Treasury Yield