IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as a Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY,<br><br>　　　　　　　　　　Defendant. | **PLAINTIFFS' AMENDED WITNESS LIST**<br><br>Court File Number: 8:18CV127 |

Plaintiffs intend to call the following witnesses at the trial of this matter:

NAMEADDRESS

**Rysta Susman**

Plaintiff Rysta Susman is expected to testify as to Plaintiff Shane Loveland's pre and post-accident activity level, and harms and losses Plaintiff sustained as a result of the May 1, 2015 accident.

**Jacob Summers**

Plaintiff Jacob Summers is expected to testify as to his knowledge on the facts of the accident and his injuries, harms and losses sustained as a result of the May 1, 2015 accident.

**Craig Lichtblau, M.D.**

Dr. Lichblau is expected to testify as to Plaintiff Shane Loveland's injuries that result from the May 1, 2015 subject accident as well as the necessary past and future care needed due to the injuries sustained from the May 1, 2015 subject accident.

**Bernard F. Pettingill Jr., Ph.D.**

Dr. Pettingill is expected to testify regarding the loss of income, both past and future, as well as the cost associated with Plaintiff Shane Loveland's present and future care that is needed due to the injuries sustained from the May 1, 2015 subject accident.

**Theresa Gibbs**

Theresa Gibbs is expected to testify as to Plaintiff Shane Loveland's pre and post-accident activity level, and harms and losses Plaintiff sustained as a result of the May 1, 2015 accident.

**Chris A. Cornett, M.D.**

Dr. Cornett is expected to testify as to the nature and extent of Plaintiff Jacob Summer's injuries he sustained as a result from the May 1, 2015 accident, along with Plaintiff's future care and treatment.

**Paul Schenarts, M.D.**

Dr. Schenarts is expected to testify as to the nature and extent of Plaintiff Jacob Summer's injuries he sustained as a result from the May 1, 2015 accident, along with Plaintiff's future care and treatment.

**David Southwell**

Mr. Southwell is expected to testify regarding the cause of failure of the subject tire, the defective design and manufacture of the subject tire, safer alternative designs that were technologically feasible when the subject tire was designed and manufactured as well as other

similar incidents of similar tire failures including other Goodyear Load Range E tire failures produced as part of the claims files in this matter.

**Micky Gilbert**

Mr. Gilbert is expected to testify as to the reconstruction of the subject accident and the handling of the subject vehicle including the effect of a rear tire detread as occurred in the subject accident resulting in a loss of control.

**Jay K. Lawrence**

Mr. Lawrence is expected to testify regarding his knowledge of the Goodyear Load Range E tread throw problem, the addition of the nylon cap ply and the partial recall of certain Load Range E tires.

**Beale Robinson via Deposition**

**Ray Young via Deposition**

**Joseph Zekoski via Deposition**

**Richard Olsen via Deposition**

**Keith Trares via Deposition**

Plaintiffs may call the following witnesses at the trial of this matter:

**Larry Blair**

Plaintiff Larry Blair is expected to testify as to his knowledge on the facts of the accident, maintenance of the vehicle and tires.

**Rob Gibson**

Rob Gibson is expected to testify as to his knowledge on the facts of the accident and Plaintiffs' injuries sustained as a result of the May 1, 2015 accident.

**Mary K. Gibson**

Mary Gibson is expected to testify as to her knowledge on the facts of the accident and Plaintiffs' injuries sustained as a result of the May 1, 2015 accident

**Daniel T. Bueser**
**Dandee Concrete Construction Co., Inc.**

Daniel T. Buser is expected to testify as to his knowledge of Plaintiffs' employment history with Dandee Concrete Construction Co., Inc. as well as policy and procedures regarding maintenance of the subject vehicle.

**Derrick Beck**

Derrick Beck is expected to testify as to his knowledge on the facts of the accident on May 1, 2015. Derrick Beck is an eyewitness to the accident.  Mr. Beck was one individual who called 911.

**Melissa Abate (Case Manager)**

Melissa Abate is expected to testify as to Plaintiff Shane Loveland's long term rehabilitation at Learning Services, as a result from the May 1, 2015 accident.

**William T. Sorrell, M.D.**

Dr. Sorrell is expected to testify as to the nature and extent of Plaintiff Jacob Summer's injuries he sustained as a result from the May 1, 2015 accident, along with Plaintiff's future care and treatment.

**James M. Mehalek, M.D.**

Dr. Mehalek is expected to testify as to the nature and extent of Plaintiff Jacob Summer's injuries he sustained as a result from the May 1, 2015 accident, along with Plaintiff's future care and treatment.

Plaintiffs reserve the right to call any and all witnesses identified on Defendant's Witness List, and any other witnesses necessary for rebuttal and/or impeachment.

Dated: March 11, 2020

KASTER, LYNCH, FARRAR & BALL, L.L.P.

By:_____
Kyle Wayne Farrar (Pro Hac Vice)
Texas Bar No. 24034828
Wesley Todd Ball (Pro Hac Vice)
Texas Bar No. 24038754
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com

*and*

Paul E. Godlewski (#35567)
SCHWEBEL GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
612-377-7777 (Telephone)
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
FRASER, STRYKER LAW FIRM
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com