IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, both individually and as Legal Guardian of SHANE ALLEN LOVELAND, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY, <br><br>    Defendant. | Case No. 8:18-cv-00127 |

**GOODYEAR'S MOTION IN LIMINE AS TO PLAINTIFFS' OBJECTIONS TO GOODYEAR'S DEPOSITION DESIGNATIONS**

The Goodyear Tire & Rubber Company ("Goodyear"), by its attorneys, submits its Motion in Limine as to Plaintiffs' Objections to Goodyear's Deposition Designations pursuant to the Court's Order Re: Trial Preparation (ECF No. 256):

**INDEX OF UNRESOLVED OBJECTIONS**

**I.    10.23.18 Deposition of Daniel T. Bueser**

    **A.    Plaintiffs' Objections.**

    33:10-25:        Relevance; Speculation, Character evidence

    35:20-23:        Relevance

    57:10-58:20:    Relevance

    **B.    Goodyear's Objections to Plaintiffs' Counter Designations.**

    49:02-50:10    Hearsay.

    68:17 beginning at "The Truck" 69:06:    Hearsay.

**II.    10.15.19 Deposition of Ryan Scarlett**

    **A.    Plaintiffs' Objections.**

1

    19:08-19:22:    Relevance

    21:06-21:09:    Relevance

    22:24-23:17:    Relevance

    35:17-35:20:    Relevance; 407

    36:20-37:18:    Relevance; 407

    59:20-61:08:    Relevance; MIL regarding Comparative Fault

  **B.**    **Goodyear's Objections to Plaintiffs' Counter Designations.**

    28:15-29:04:    Non-responsive answer; hearsay.

**III.**    **2.7.19 Deposition of Larry Blair**

  **A.**    **Plaintiffs' Objections.**

Plaintiffs object to the entirety of the deposition as irrelevant pursuant to MIL regarding comparative fault. Plaintiffs further object to the playing of the video as Mr. Blair was deposed in prison for a minor drug charge and is wearing prison clothes. Accordingly, the video is unfairly prejudicial under FRE 403.

    07:13-09:25:    Relevance; 403; 404; 609 (testimony regarding a conviction not involving a dishonest act or false statement)

    13:18-14:09:    Relevance; 403; 404; 609 (testimony regarding a conviction more than 10 years old and not involving a dishonest act or false statement)

    27:25-29:14:    Relevance; Hearsay, MIL regarding comparative fault; MIL regarding workers compensation bar)

    42:09-43:11:    MIL regarding comparative fault; MIL regarding workers compensation bar)

    54:09-55:21:    Relevance

    69:15-72:03:    Relevance (there is no allegation the truck or tire was overloaded)

  **B.**    **Goodyear's Objections to Plaintiffs' Counter Designations.**

    29:15-31:12:    Objection to 30:11-31:12 for lack of foundation as Blair testified he never experienced a blown tire and has no engineering expertise.

**IV.    12.4.01 Deposition of Beale Robinson.**

    **A.    Plaintiffs' Objections.**

69:10-70:2:    Undisclosed Expert Opinion; unqualified to give opinion

353:2-361:15:    Relevance

    **B.    Goodyear's Objections to Plaintiffs' Counter Designations.**

None.

**V.    7.16.02 Deposition of Joseph Zekoski.**

    **A.    Plaintiffs' Objections.**

422:18-423:8:    Speculation

    **B.    Goodyear's Objections to Plaintiffs' Counter Designations.**

None.

**VI.    7.17.02 Deposition of Richard Olsen.**

    **A.    Plaintiffs' Objections.**

34:18-35:4:    Relevance (discussion about commercial tires)

133:23-135:18:    Relevance

    **B.    Goodyear's Objections to Plaintiffs' Counter Designations.**

None.

GREENSFELDER, HEMKER & GALE, P.C.

By:   /s/ Edward S. Bott, Jr.
Edward S. Bott, Jr.
Clark W. Hedger
Robert L. Duckels
10 South Broadway, Suite 2000
St. Louis, MO 63102
(314) 241-9090
Fax: (314) 345-5465
esb@greensfelder.com
ch1@greensfelder.com
rld@greensfelder.com

AND

BAIRD HOLM LLP
Jennifer D. Tricker (NE# 23022)
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
(402) 344-0500
jtricker@bairdholm.com

*Attorneys for The Goodyear Tire & Rubber Company*

4

1846518

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed with the Clerk of the Court and served upon all attorneys of record using the CM/ECF system this 12th day of March, 2020.

Kyle W. Farrar (*pro hac vice*)
Wesley Todd Ball (*pro hac vice*)
KASTER, LYNCH, FARRAR & BALL, LLP
1117 Herkimer St.
Houston, TX 77008
kyle@fbtrial.com

Paul E. Godlewski
SCHWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 South 8th Street
Minneapolis, MN 55402
pgodlewski@schwebel.com

Michael F. Coyle
Brian J. Fahey
FRASER, STRYKER PC LLO
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com
bfahey@fraserstryker.com

*Attorneys for Plaintiffs*

                /s/ Edward S. Bott, Jr.

1846518