IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS | CASE NO. 8:18CV127 |
|---|---|
| Plaintiff(s), | |
| THE GOODYEAR TIRE & RUBBER COMPANY | |
| Defendant(s). | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION TO PRECLUDE PLAINTIFFS' PURPORTED TIRE FAILURE EXPERT, DAVID SOUTHWELL, FROM OFFERING OPINIONS FIRST DISCLOSED IN HIS MARCH 4, 2020 SECOND SUPPLEMENTAL REPORT AT TRIAL**

Plaintiffs' hereby submits their Index of Exhibits in Support of their Opposition to Goodyear's Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions first Disclosed in His March 4, 2020 Second Supplemental Report at Trial.

| **Exhibit** | **Description** |
|---|---|
| Exhibit 1 | Joint Email to Magistrate Bazis dated June 10, 2019 |

Dated: March 12, 2020

Respectfully submitted,

**KASTER, LYNCH, FARRAR, & BALL, L.L.P.**

By: _____
Kyle Wayne Farrar *(Pro Hac Vice)*
Wesley Todd Ball *(Pro Hac Vice)*
Kaster, Lynch, Farrar & Ball, LLP
Texas Bar No. 24038754 1117 Herkimer Street
Houston, TX 77008

1

(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
kyle@fbtrial.com
wes@fbtrial.com
*and*

Paul Godlewski *(Pro Hac Vice)*
SCHEWEBEL, GOETZ & SIEBEN, P.A.
5120 IDS Center
80 S. 8th Street, #5120
Minneapolis, Minnesota 55402
612.377.7777
612.333.6311 (Fax)
pgodlewski@schwebel.com

and

Michael F. Coyle
Fraser Stryker Law Firm
409 South 17th Street
Suite 500, Energy Plaza
Omaha, NE 68102
mcoyle@fraserstryker.com

***Attorneys for Plaintiffs***

3

## CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on March 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Edward S. Bott, Jr
Clark W. Hedger
Juliane M. Rodriguez
10 South Broadway, Ste 2000
St. Louis, MO 63102
esb@greensfelder.com
ch1@greensfelder.com
jrodriquez@greensfelder.com

Jennifer D. Tricker
1700 Farnam Street, Ste 1500
Omaha, NE 68102
jtricker@bairdholm.com

*Attorneys for Defendant Goodyear Tire & Rubber Company*