IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS<br>　　　　Plaintiff(s), | CASE NO. 8:18CV127 |
| v.<br>THE GOODYEAR TIRE & RUBBER COMPANY<br>　　　　Defendant(s). | |

**DECLARATION OF KYLE WAYNE FARRAR IN SUPPORT OF PLAINTIFFS' BRIEF IN OPPOSITION TO GOODYEAR'S MOTION TO PRECLUDE PLAINTIFFS' PURPORTED TIRE FAILURE EXPERT, DAVID SOUTHWELL, FROM OFFERING OPINIONS FIRST DISCLOSED IN HIS MARCH 4, 2020 SECOND SUPPLEMENTAL REPORT AT TRIAL**

I, Kyle Wayne Farrar, declare as follows:

My name is Kyle Wayne Farrar. I understand the nature of this oath, and I am competent to testify to the matters stated in this Declaration. This testimony is based on my own personal knowledge, and the facts state herein are true and correct.

True and accurate copies of each of the documents identified as Exhibits in Plaintiffs' Brief in Support of their Opposition to Goodyear's Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions first Disclosed in His March 4, 2020 Second Supplemental Report at Trial are attached to the Index in Support of Plaintiffs' Brief in Opposition to Goodyear's Motion to Preclude Plaintiffs' Purported Tire Failure Expert, David Southwell, From Offering Opinions first Disclosed in His March 4, 2020 Second Supplemental Report at Trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this March 12, 2020 in Houston, Texas.

By: _____

Kyle Wayne Farrar