

| | |
|---|---|
| **BRUCE R. KASTER** | PARTNER<br>bruce@thetirelawyers.com |
| **SKIP EDWARD LYNCH** | PARTNER<br>skip@thetirelawyers.com |
| **KYLE W. FARRAR** | PARTNER<br>kyle@thetirelawyers.com |
| **WESLEY TODD BALL** | PARTNER<br>wes@thetirelawyers.com |

TEXAS | FLORIDA

April 13, 2020

Magistrate Susan M. Bazis
111 South 18th Plaza, Ste 2271
Omaha, NE 68102

    Re: *Susman v. Goodyear Tire & Rubber Co.,* Case No. 8:18CV127

Dear Magistrate Bazis:

Pursuant to your Order dated March 17, 2020 the parties are to file a joint stipulation for dismissal by April 16, 2020. Because Shane Loveland has a guardian, we must get approval from the state court regarding the settlement. The parties have been working diligently towards that end, but due to some of the complexities of the settlement including the creation of trusts, resolving the workers compensation liens and the limitations now faced by COVID-19 we have experienced some delays. The parties therefore request an additional 30 days to file the stipulation.

                                                  Regards,

                                                  Kyle W. Farrar

KWF/dm

CC: Counsel via CM/ECF