

BRUCE R. KASTER — PARTNER — bruce@thetirelawyers.com
SKIP EDWARD LYNCH — PARTNER — skip@thetirelawyers.com
KYLE W. FARRAR — PARTNER — kyle@thetirelawyers.com
WESLEY TODD BALL — PARTNER — wes@thetirelawyers.com

May 12, 2020

Magistrate Susan M. Bazis
111 South 18th Plaza, Ste 2271
Omaha, NE 68102

Re: *Susman v. Goodyear Tire & Rubber Co.,* Case No. 8:18CV127

Dear Magistrate Bazis:

Pursuant to your Text Order dated April 14, 2020 granting the parties request for an additional thirties days to file a joint stipulation for dismissal said stipulation is due on May 18, 2020. The parties have continued to work diligently to finalize all the necessary terms of this settlement.

We have been able to conclude everything as it relates to the terms of Jacob Summers settlement but we still need Court approval for Shane Loveland from the Buffalo County State Court. This cannot be accomplished until the worker's comp lien has been fully resolved which is out of our control despite our best efforts. We continue to work diligently with the comp carrier, but we have not resolved the past lien and future payments issues yet.  As such the parties request an additional 30 days to file the stipulation.

Regards,

Kyle W. Farrar

KWF/dm

CC: Counsel via CM/ECF