

| | |
|---|---|
| **BRUCE R. KASTER** | PARTNER<br>bruce@thetirelawyers.com |
| **SKIP EDWARD LYNCH** | PARTNER<br>skip@thetirelawyers.com |
| **KYLE W. FARRAR** | PARTNER<br>kyle@thetirelawyers.com |
| **WESLEY TODD BALL** | PARTNER<br>wes@thetirelawyers.com |

June 10, 2020

Magistrate Susan M. Bazis
111 South 18th Plaza, Ste 2271
Omaha, NE 68102

    Re: *Susman v. Goodyear Tire & Rubber Co.,* Case No. 8:18CV127

Dear Magistrate Bazis:

Pursuant to your Text Order dated May 13, 2020 granting the parties request for an additional thirties days to file a joint stipulation for dismissal said stipulation is due on June 17, 2020. The parties have continued to work diligently to finalize all the necessary terms of this settlement.

As stated previously we have been able to conclude everything as it relates to the terms of Jacob Summers settlement but we still need Court approval for Shane Loveland. This has been submitted to the Franklin County Court and the Court has set it for hearing on June 22, 2020 at 2:30 p.m. We are hopeful that this matter will be resolved very shortly thereafter and a joint stipulation for dismissal can be filed as directed. As such the parties request an additional 30 days to file the stipulation.

                                                              Regards,

                                                               Kyle W. Farrar

KWF/dm

CC: Counsel via CM/ECF