IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RYSTA LEONA SUSMAN, Both individually and as Legal Guardian of Shane Allen Loveland; and JACOB SUMMERS <br>     Plaintiff(s), <br><br> v. <br><br> THE GOODYEAR TIRE & RUBBER COMPANY <br>     Defendant(s). | CASE NO. 8:18CV127 |

## JOINT STIPULATION OF DISMISSAL

All Plaintiffs and Defendant The Goodyear Tire & Rubber Company ("the Parties"), through undersigned counsel, agree and stipulate, and hereby file their Joint Stipulation to Dismiss with Prejudice. The Parties have agreed that each party will bear its own attorneys' fees, expenses and costs.

Stipulated and agreed this 13th day of July, 2020

By:_____
Kyle Wayne Farrar (Pro Hac Vice)
Kaster, Lynch, Farrar & Ball, L.L.P.
Texas Bar No. 24038754
Wesley Todd Ball (Pro Hac Vice)
1117 Herkimer Street
Houston, TX 77008
(713) 221-8300 (Telephone)
(713) 221-8301 (Facsimile)
Email: kyle@fbtrial.com
Email: wes@fbtrial.com

By:_____
Edward S. Bott, Jr.
Greensfelder, Hemker & Gale, P.C
Clark W. Hedger
Robert L. Duckels
10 South Broadway, Ste 2000
St. Louis, MO 63102
(314) 241-9090 (Telephone)
(314) 345-5465
Email: esb@greensfelder.com
Email: chl@greensfelder.com
Email: rld@greensfelder.com

1

*and*                                                          *and*

Paul E. Godlewski (#35567)                    Jennifer D. Tricker (NE# 23022)
Schwebel Goetz & Sieben, P.A.                 Baird Holm LLP
5120 IDS Center                                1700 Farnam Street, Ste 1500
80 South Eighth Street                         Omaha, NE 68102
Minneapolis, Minnesota 55402-2246              (402) 344-0500 (Telephone)
612-377-7777 (Telephone)                       Email: jtricker@bairdholm.com
612-333-6311 (Facsimile)
Email: pgodlewski@schwebel.com

*and*

Michael F. Coyle
Fraser, Stryker Law Firm
409 South 17th Street
Ste. 500, Energy Plaza
Omaha, Nebraska 681025
(402) 341-6000 (Telephone)
(402) 341-8290 (Facsimile)
mcoyle@fraserstryker.com

Counsel for Plaintiffs                         Counsel for Defendant

2

CERTIFICATE OF SERVICE (CM/ECF)

  I HEREBY CERTIFY that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.