

ATTORNEYS AT LAW

A PROFESSIONAL ASSOCIATION

James R. Schwebel †§♦#
John C. Goetz §
William R. Sieben †§♦#
Richard L. Tousignant †*§
Peter W. Riley †*§#
Paul E. Godlewski †*§

Kojo A. Addo
Hannah R. Albrecht ‡
James S. Ballentine ‡
Matthew J. Barber ¶
Cole J. Dixon †❖ð
Aaron S. Eken ‡
Mark H. Gruesner †*
Max H. Hacker
Courtney A. Lawrence
Robert L. Lazear
Jennifer E. Olson
Cody C. Scharpf ‡
Jessica A. Servais ‡
Alicia N. Sieben †*§
William K. Strifert *

August 11, 2022

**VIA CM/ECF & U.S. MAIL**

Clerk of Court
U.S. District Court of Nebraska
111 South 18th Plaza
Suite 1152
Omaha, NE 68102-1322

RE:   *Susman, et al vs. The Goodyear Tire & Rubber Company, et al*
      Court File No. 8:18-CV-00127-LSC-SMB

Dear Clerk of Court:

Pursuant to Text Order by the Court on August 8, 2022, enclosed please find a CD-ROM containing Exhibit O to Defendant Goodyear Tire & Rubber Company's Index to Filing No. 181.

Should Your Honor have questions, please give me a call.

Sincerely,

/s/ Paul E. Godlewski

Paul E. Godlewski
Attorney at Law
Direct Dial Number: (612) 344-0327
pgodlewski@schwebel.com

Enclosure

cc:   Counsel of record (w/o enc.)

† *American Board of Trial Advocates*

* *Certified by the National
  Board of Trial Advocacy as
  a Civil Trial Specialist*

§ *The Best Lawyers in America
  Woodward White, Inc.*

♦ *American College of Trial Lawyers*

# *International Society of Barristers*

‡ *Also licensed in WI*

¶ *Also licensed in ND*

❖ *Also licensed in IA*

ð *Also licensed in SD*